# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE CENTER, et al., | ) ) ) ) | |
| *Petitioners*, | ) ) | |
| v. | ) ) | No. 25-8059 |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, U.S. Department of Transportation, et al., | ) ) ) ) ) | |
| *Respondents*. | ) ) | |
| STATE OF CALIFORNIA, | ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | No. 26-508 |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, U.S. Department of Transportation, et al., | ) ) ) ) ) | |
| *Respondents*. | ) ) | |

## AMENDED CERTIFICATION FOR THE INDEX TO THE ADMINISTRATIVE RECORD

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, Linda Daugherty, Acting Associate Administrator for Pipeline Safety, Pipeline and Hazardous Materials Safety Administration ("PHMSA"), an operating administration of the U.S. Department of Transportation, certifies the materials described in the Certified Index filed on January 13, 2026 constitute the complete administrative record pertaining to PHMSA's: (1) December 17, 2025 letter regarding interstate determination; (2) December 22, 2025 letter approving restart plans; and (3) December 23, 2025 emergency special permit.

Date: February 6, 2026

LINDA GAIL DAUGHERTY
Digitally signed by LINDA GAIL DAUGHERTY
Date: 2026.02.06 15:20:04 -05'00'

_____
Linda Daugherty
Acting Associate Administrator for Pipeline Safety
Pipeline and Hazardous Materials Safety Administration
U.S. Department of Transportation