# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 25-8059

**Case Name** | Environmental Defense Center et al. v. PHMSA et al.

Hearing Location (*city*) | San Francisco

Your Name | Linda Krop and Jeremy Frankel

List the sitting dates for the two sitting months you were asked to review:

July 6-10; August 10-14

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

July 6: pre-planned and nonrefundable travel

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Linda Krop    **Date** | March 18, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*