UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

No. 26-508

STATE OF CALIFORNIA,
*Petitioner*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PETITONERS' MOTIONS TO SUPPLEMENT
AND FOR JUDICIAL NOTICE**

The United States respectfully requests a 7-day extension of time, to April 9, 2026, to respond to Petitioners' motions to supplement, complete the record, and for judicial notice. Fed. R. App. P. 26(b); 9th Cir. R. 31-2.2(b). Currently, the response deadline is April 2, 2026. This is the United States' first extension request.

The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The attached declaration of undersigned counsel explains in detail the good cause for this extension.

Environmental Petitioners (a coalition of environmental groups) challenge two Pipeline and Hazardous Materials Safety Administration (PHMSA) actions. The State of California also filed suit challenging these the same actions and an additional determination. Environmental Petitioners ask the Court to supplement the record with 13 documents (including three of Petitioners' "expert" declarations), to complete the record with 10 documents, and to take judicial notice of 28 documents (which include all of the proposed supplemental documents except for their three declarations, all of the documents they propose to complete the record, and eight additional documents). These documents, combined, total more than 640 pages. California seeks to supplement the record with four documents totaling 80 pages.

This extension is justified because the United States is responding to two motions, both filed on March 23, 2026. The motions seek to complete the record or supplement the record with a wide range of documents and, in the alternative,

1

seek judicial notice of dozens of documents.  Both the Department of Justice and PHMSA, as the agency that determines the contents of the administrative record on review, need additional time to allow for document review.  Additionally, the government's response brief is subject to review and approval by officials both within PHMSA and the U.S. Department of Justice.  The extension is warranted to accommodate this internal review process.

Although undersigned counsel has worked diligently to prepare the brief and engage in the necessary review and consultation within the federal government, this process will not be complete by the current due date of April 2, 2026. An extension of time is necessary to complete these internal processes and will ensure thoughtful consideration of the issues presented for the Court's review on questions that implicate the judicial record supporting Petitioners' challenges.

Counsel for the United States conferred with the other parties.  Respondent-Intervenor Sable does not oppose this motion, presuming the Court will also extend its response deadline to April 9, 2026.  Environmental Petitioners and California similarly do not oppose, presuming the Court will extend their reply deadline to April 23, 2026.

For these reasons and those in the attached declaration, the United States respectfully requests that the April 2, 2026, deadline for all answering briefs be

2

extended by 7 days, up to and including April 9, 2026, and that the reply deadline

be extend to April 23, 2026.

Respectfully submitted,


Of Counsel:                                   ADAM R.F. GUSTAFSON
                                              *Principal Deputy Assistant Attorney General*
BENJAMIN FRED
TIMOTHY O'SHEA                                /s/ *Matthew R. Oakes*
KATHLEEN MAITLAND                            MATTHEW R. OAKES
*Attorneys*                                   *Attorneys*
Pipeline and Hazardous Materials Safety  Environment and Natural Resources Division
Administration                                U.S. Department of Justice
                                              Post Office Box 7415
CHARLES ENLOE                                 Washington, D.C. 20044
*Attorney*                                    (202) 598-0402
U.S. Dept. of Transportation                  matthew.oakes@usdoj.gov

3

**DECLARATION OF COUNSEL
IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME**

I, Matthew Oakes, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section, Environment and Natural Resources Division, U.S. Department of Justice. I am lead counsel for the United States in this appeal, and I am principally responsible for preparing the United States' response to Petitioners' motions.

2. On March 23, 2026, Environmental Petitioners filed a Motion to Complete and Supplement the Administrative Record and for Judicial Notice. Dkt. 25-8059; Dkt. 56.1. On the same day, California filed a Motion to Complete the Administrative Record, and for Judicial Notice. Case 26-508; Dkt. 26.1.

3. Under the current briefing schedule, the response briefs to both Environmental Petitioners' and California's motions are due April 2, 2026. If the motion is granted, response briefs will be due April 9, 2026.

4. Despite the exercise of diligence, I am unable to file the answering brief by the current due date for the following reasons:

   a. Environmental Petitioners ask the Court to supplement the record with 13 documents (including three of Petitioners' "expert" declarations), to complete the record with 10 documents, and to take judicial notice of 28 documents (which include all of the proposed supplemental

4

documents except for their three declarations, all of the documents they propose to complete the record, and eight additional documents). These documents total more than 640 pages. California seeks to supplement the record with four documents totaling 80 pages. Additional time is necessary to properly review these documents.

    **b.** Additionally, the government's response brief is subject to review and approval by several levels of officials both within PHMSA and the U.S. Department of Justice. The extension is warranted to accommodate this internal review process.

5.    I consulted counsel for the other parties. Respondent-Intervenor Sable does not oppose this motion, presuming the Court will also extend its response deadline to April 9, 2026. Environmental Petitioners and California similarly do not oppose, presuming the Court will extend their reply deadline to April 23, 2026.

6.    The court reporter is not in default with regard to any designated transcripts.

7.    For these reasons and those in the attached declaration, the United States respectfully requests that the April 2, 2026, deadline for all answering briefs be extended by 7 days, up to and including April 9, 2026, and that the reply deadline be extend to April 23, 2026. If an extension is granted, I will endeavor to file the brief within the time requested.

5

I declare under penalty of perjury that the above is true and correct.

Executed April 1, 2026.

/s/ *Matthew R. Oakes*
MATTHEW R. OAKES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-2686
matthew.oakes@usdoj.gov

*Counsel for the United States*

6

**CERTIFICATE OF COMPLIANCE**

I hereby certify:

1. This document complies with the length limitation of Circuit Rule 27-1(1)(d) because Procedure as the motion contains 506 words and the declaration in support contains 426 words according to the count of Microsoft Word.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Matthew R. Oakes*
MATTHEW R. OAKES
*Attorney*

7