**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

_____

ENVIRONMENTAL DEFENSE CENTER, et al.

      _Petitioners_,

      v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, U.S. Department of Transportation, et al.,

      _Respondents_.

_____

No. 25-8059

STATE OF CALIFORNIA,

      _Petitioner_,

      v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, U.S. Department of Transportation, et al.,

      _Respondents_.

_____

No. 26-508

## <u>REVISED CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD</u>

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, Linda Daugherty, Acting Associate Administrator for Pipeline Safety, Pipeline and Hazardous Materials Safety Administration ("PHMSA"), an operating administration of the U.S. Department of Transportation, certifies the following to be a list of all available documents, exhibits, and other materials constituting the administrative record in the matter under review in this case:

**I.    CORRECTIVE ACTION ORDER, FAILURE INVESTIGATION, AND CONSENT DECREE**

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| May 21, 2015 | PHMSA Corrective Action Order | 0000001-0000009 | 520155011H_Corrective Action Order_05212015 |
| June 3, 2015 | Amendment No. 1 to Corrective Action Order | 0000010-0000016 | 520155011H_Amended Corrective Action Order_06032015 |
| November 12, 2015 | Amendment No. 2 to Corrective Action Order | 0000017-0000023 | 520155011H_Amendment No 2 Corrective Action Order_11122015 |
| May 2016 | PHMSA Failure Investigation Report: Plains Pipeline, LP, Line 901 Crude Oil Release, May 19, 2015, Santa Barbara County, California | 0000024-0000533 | PHMSA_Failure_Investigation_Report_Plains_Pipeline_LP_Line_901_Public |
| June 16, 2016 | Amendment No. 3 to Corrective Action Order | 0000534-0000544 | 520155011H_Amendment No 3 to the Corrective Action Order_061620116 |
| March 13, 2020 | Complaint - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 0000545-0000596 | DN 1 Complaint |

| March 13, 2020 | Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000597-000698 | Plains Consent Decree - Civil Action No 2 20-cv-02415 |
|---|---|---|---|
| August 19, 2020 | United States' Memorandum in Support of Motion to Enter Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000699-000808 | DN 28 Motion to Enter CD with public comments and response to comments |
| August 19, 2020 | Exhibit 4 to United States' Memorandum, Christopher J. Hoidal, PHMSA, Declaration - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000809-000816 | DN 28-4 Christopher Hoidal Declaration ISO Motion to Enter CD |
| August 19, 2020 | Exhibit 5 to United States' Memorandum, Karen A. Butler, PHMSA, Declaration - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000817-000821 | DN 28-5 Karen A Butler Declaration ISO Motion to Enter CD |
| October 14, 2020 | Order to Enter Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000822-000823 | DN 33 Order entering lodged Consent Decree at DN 6-1 |

| October 29, 2020 | Corrective Action Order Closure Letter | 000824 | 520155011H_Closure Letter_10292020 |
|---|---|---|---|
| October 14, 2022 | Notification of Transfer of Assets to Pacific Pipeline and Assumption Agreement | 000825-000832 | 10-14-22 Plains to Pacific Pipeline Sale and CD Assumption Agreement |
| March 31, 2023 | Consent Decree Bi-Annual Report | 000833-000836 | Pacific Pipeline Company Consent Decree Bi-Annual Report - March 31, 2023 FINAL |
| September 28, 2023 | Consent Decree Bi-Annual Report | 000837-000840 | Pacific Pipeline Company-CD Bi-Annual Report 9-29-2023 SIGNED |
| September 20, 2023 | Cal Fire – Office of the State Fire Marshall 2024 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2024 | 000841-000861 | CASFM_2024_HL_Grant_App_Review |
| February 19, 2024 | Notification of Transfer of Assets to Sable Offshore and Assumption Agreement | 000862-000869 | Civil Action No2-20-CV-02415 Consent Decree - Assumption |
| March 31, 2024 | Consent Decree Bi-Annual Report | 000870-000873 | Consent Decree Bi-Annual Report 3.31.24 |
| September 25, 2024 | Cal Fire – Office of the State Fire Marshall 2025 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2025 | 000874-000893 | CASFM_2025_HL_Grant_App_Review |

| September 30, 2024 | Consent Decree Bi-Annual Report | 000894-000898 | Consent Decree Bi-Annual Report 9.30.24 |
|---|---|---|---|
| March 31, 2025 | Consent Decree Bi-Annual Report | 000899-000903 | Consent Decree Bi-Annual Report 3.31.25 |
| September 25, 2025 | Cal Fire – Office of the State Fire Marshall 2026 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2026 | 000904-000913 | CASFM 2026 HL Base Grant Application - SIGNED |
| September 30, 2025 | Consent Decree Bi-Annual Report | 000914-000918 | Consent Decree Bi-Annual Report 9.30.25 |

## II.  INTERSTATE DESIGNATION AND RESTART PLAN APPROVAL

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| May 18, 2016 | Letter from Zach Barrett, Director for State Programs, PHMSA, to Bob Gorham, Program Manager, Pipeline Safety Division, California State Fire Marshal | 000919-000921 | Letter from Zach Barrett to Bob Gorham |
| July 29, 2024 | Line CA-324 Restart Plan | 000922-000929 | Line 324 Restart Plan |

| Date | Document | Bates | Redacted Title |
|---|---|---|---|
| July 29, 2024 | Line CA-325 Restart Plan | 000930-000937 | Line 325 Restart Plan |
| August 19, 2025 | Letter Requesting Removal of Pressure Restrictions for Line CA-325 | 000938-000939 | Redacted Aug 2025 Pressure Waiver Request CA-325 |
| August 19, 2025 | Letter Requesting Removal of Pressure Restrictions for Line CA-324 | 000940-000941 | Redacted Aug 2025 Pressure Waiver Request CA-324 |
| August 25, 2025 | Line CA-324 and Line CA-325 Fill Plan and Startup Procedures | 000942-000983 | Redacted CA-324 and CA-325 Fill Plan and Start Up Procedures |
| September 10, 2025 | The Las Flores Pipeline Linefill Contact List | 000984 | Redacted Linefill Operations Contact List |
| September 10, 2025 | The Las Flores Pipeline Linefill Positioning Plan Assignments | 000985 | Redacted Positioning Plan Assignments |
| November 26, 2025 | Sable Letter to PHMSA Regarding Interstate Determination | 000986-000989 | Sable Letter to PHMSA Regarding Interstate Determination |
| December 12, 2025 | Inspection Output Report (Electronically generated December 28, 2025) | 000990-000992 | Inspection Output Report |

| December 17, 2025 | PHMSA Interstate Determination | 000993-000995 | PHMSA Interstate Determination |
| December 22, 2025 | PHMSA Approval of Restart Plans | 000996-000997 | Approval of Sable Restart Plans |

III.　　　**EMERGENCY SPECIAL PERMIT**

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| April 24, 2024 | Sable application to OSFM for state waivers for CA-324 and CA-325 | 000998-001024 | CA-324 and CA-325 State Waiver Applications |
| December 17, 2024 | OSFM state waiver for CA-324 | 001025-001039 | CA-324 State Waiver Letter of Decision |
| December 17, 2024 | OSFM state waiver for CA-325 | 001040-001054 | CA-325 State Waiver Letter of Decision |
| December 18, 2024 | OSFM notification to PHMSA for no-objection process for CA-324 state waiver | 001055-001056 | CA-324 OSFM Letter of Decision Notification to PHMSA |
| December 18, 2024 | OSFM notification to PHMSA for no-objection process for CA-325 state waiver | 001057-001058 | CA-325 OSFM Letter of Decision Notification to PHMSA |

| | | | |
|---|---|---|---|
| December 20, 2024 | Report submitted to PHMSA for consideration of CA-324 and CA-325 state waivers | 001059-001084 | Accufacts Inc. Evaluation of Las Flores Pipeline System Startup Proposal |
| December 23, 2024 | Letter submitted by petitioner Center for Biological Diversity requesting PHMSA objection to CA-324 and CA-325 state waivers | 001085-001153 | CBD Request for Objection to CA-324 and CA-325 state waivers |
| January 20, 2025 | Executive Order 14156: Declaring a National Energy Emergency | 001154-001158 | 90 FR 8433 |
| February 11, 2025 | PHMSA letter to OSFM stating no objection to CA-324 state waiver | 001159-001160 | PHMSA no-objection letter to CA-324 state waiver |
| February 11, 2025 | PHMSA letter to OSFM stating no objection to CA-325 state waiver | 001161-001162 | PHMSA no-objection letter to CA-325 state waiver |
| April 2, 2025 | OSFM letter to Sable conveying PHMSA non-objection to CA-324 state waiver | 001163-001164 | CA-324 OSFM Notification to Sable of PHMSA no-objection |
| April 2, 2025 | OSFM letter to Sable conveying PHMSA non-objection to CA-325 state waiver | 001165-001166 | CA-325 OSFM Notification to Sable of PHMSA no-objection |
| July 1, 2025 | Department of Transportation NEPA Procedures | 001167-001232 | DOT Order 5610.1D: DOT's Procedures for Considering Environmental Impacts |
| December 19, 2025 | Sable application to PHMSA for emergency special permit | 001233-001272 | Sable Emergency Special Permit Application Letter |

| | | | |
|---|---|---|---|
| December 23, 2025 | Additional information regarding Sable's application to PHMSA for an emergency special permit | 001273-001408 | Addendum to Sable Emergency Special Permit Application |
| December 23, 2025 | PHMSA letter to Sable approving emergency special permit | 001409 | Emergency Special Permit Issuance Letter |
| December 23, 2025 | PHMSA analysis of Sable special permit application materials | 001410-001413 | Emergency Special Permit Analysis and Findings |
| December 23, 2025 | Conditions for the emergency special permit | 001414-001429 | Emergency Special Permit Conditions |

## IV.        SUPPLEMENT

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| October 18, 2001 | Liquid Pipeline Interstate/Intrastate Delineation Maps | 001430-001435 | Liquid Pipeline Interstate-Intrastate Delineation |
| March 2025 | Sable Spill Prevention, Control, and Countermeasure (SPCC) Plan | 001436-001506 | Sable SPCC Plan (3-2025) |
| October 22, 2025 | Letter from Cal. Office of State Fire Marshal to Sable Re State Waivers | 001507-001508 | OSFM-Letter-to-Sable |
| October 23, 2025 | Letter from Sable to Cal. Office of State Fire Marshal Re State Waivers | 001509-001512 | Sable-Letter-to-OSFM |

| December 2025 | PHMSA National Pipeline Mapping System, Public Viewer | 001513 | PHMSA Map Viewer |
|---|---|---|---|
| December 2025 | Santa Ynez Unit Overview Slide Deck | 001514-001533 | SOC Presentation_PHMSA_Redacted _Final |

Date:   04/22/2026

LINDA GAIL DAUGHERTY Digitally signed by LINDA GAIL DAUGHERTY
Date: 2026.04.22 17:05:01 -04'00'

_____

Linda Daugherty

Acting Associate Administrator for Pipeline Safety

Pipeline and Hazardous Materials Safety Administration

U.S. Department of Transportation