UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>Petitioners,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,<br><br>Respondent,<br><br>---------------------------------------<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>Intervenors. | No. 25-8059<br><br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board<br><br>ORDER |
| STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>Respondents,<br><br>--------------------------------------- | No. 26-508<br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board |

PACIFIC PIPELINE COMPANY and
SABLE OFFSHORE CORP.,

      Intervenors.

By direction of the panel, Respondents' motion to extend time, Dkt. 73, is granted in part. Respondents' consolidated answering brief is due May 11, 2026. Respondent-Intervenors' answering brief is due May 11, 2026.

IT IS SO ORDERED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT