# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————————————————

)

ENVIRONMENTAL DEFENSE CENTER, )
   et al. )

)

*Petitioners*, )

)

v. )     No. 25-8059

)

PIPELINE AND HAZARDOUS )
MATERIALS SAFETY )
ADMINISTRATION, U.S. Department )
of Transportation, et al., )

)

*Respondents*. )

———————————————————————— )

)

STATE OF CALIFORNIA, )

)

*Petitioner*, )

)

v. )     No. 26-508

)

PIPELINE AND HAZARDOUS )
MATERIALS SAFETY )
ADMINISTRATION, U.S. Department )
of Transportation, et al., )

)

*Respondents*. )

———————————————————————— )

## SECOND REVISED CERTIFIED INDEX TO THE

## ADMINISTRATIVE RECORD

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, Linda Daugherty, Acting Associate Administrator for Pipeline Safety, Pipeline and Hazardous Materials Safety Administration ("PHMSA"), an operating administration of the U.S. Department of Transportation, certifies the following to be a list of all available documents, exhibits, and other materials constituting the administrative record in the matter under review in this case:

## I. CORRECTIVE ACTION ORDER, FAILURE INVESTIGATION, AND CONSENT DECREE

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| May 21, 2015 | PHMSA Corrective Action Order | 000001-000009 | 520155011H_Corrective Action Order_05212015 |
| June 3, 2015 | Amendment No. 1 to Corrective Action Order | 000010-000016 | 520155011H_Amended Corrective Action Order_06032015 |
| November 12, 2015 | Amendment No. 2 to Corrective Action Order | 000017-000023 | 520155011H_Amendment No 2 Corrective Action Order_11122015 |
| May 2016 | PHMSA Failure Investigation Report: Plains Pipeline, LP, Line 901 Crude Oil Release, May 19, 2015, Santa Barbara County, California | 000024-000533 | PHMSA_Failure_Investigation_Report_Plains_Pipeline_LP_Line_901_Public |
| June 16, 2016 | Amendment No. 3 to Corrective Action Order | 000534-000544 | 520155011H_Amendment No 3 to the Corrective Action Order_061620116 |
| March 13, 2020 | Complaint - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000545-000596 | DN 1 Complaint |

| March 13, 2020 | Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000597-000698 | Plains Consent Decree - Civil Action No 2 20-cv-02415 |
|---|---|---|---|
| August 19, 2020 | United States' Memorandum in Support of Motion to Enter Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000699-000808 | DN 28 Motion to Enter CD with public comments and response to comments |
| August 19, 2020 | Exhibit 4 to United States' Memorandum, Christopher J. Hoidal, PHMSA, Declaration - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000809-000816 | DN 28-4 Christopher Hoidal Declaration ISO Motion to Enter CD |
| August 19, 2020 | Exhibit 5 to United States' Memorandum, Karen A. Butler, PHMSA, Declaration - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000817-000821 | DN 28-5 Karen A Butler Declaration ISO Motion to Enter CD |
| October 14, 2020 | Order to Enter Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 000822-000823 | DN 33 Order entering lodged Consent Decree at DN 6-1 |

| October 29, 2020 | Corrective Action Order Closure Letter | 000824 | 520155011H_Closure Letter_10292020 |
|---|---|---|---|
| October 14, 2022 | Notification of Transfer of Assets to Pacific Pipeline and Assumption Agreement | 000825-000832 | 10-14-22 Plains to Pacific Pipeline Sale and CD Assumption Agreement |
| March 31, 2023 | Consent Decree Bi-Annual Report | 000833-000836 | Pacific Pipeline Company Consent Decree Bi-Annual Report - March 31, 2023 FINAL |
| September 28, 2023 | Consent Decree Bi-Annual Report | 000837-000840 | Pacific Pipeline Company-CD Bi-Annual Report 9-29-2023 SIGNED |
| September 20, 2023 | Cal Fire – Office of the State Fire Marshall 2024 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2024 | 000841-000861 | CASFM_2024_HL_Grant_App_Review |
| February 19, 2024 | Notification of Transfer of Assets to Sable Offshore and Assumption Agreement | 000862-000869 | Civil Action No2-20-CV-02415 Consent Decree - Assumption |
| March 31, 2024 | Consent Decree Bi-Annual Report | 000870-000873 | Consent Decree Bi-Annual Report 3.31.24 |
| September 25, 2024 | Cal Fire – Office of the State Fire Marshall 2025 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2025 | 000874-000893 | CASFM_2025_HL_Grant_App_Review |

| September 30, 2024 | Consent Decree Bi-Annual Report | 000894-000898 | Consent Decree Bi-Annual Report 9.30.24 |
| March 31, 2025 | Consent Decree Bi-Annual Report | 000899-000903 | Consent Decree Bi-Annual Report 3.31.25 |
| September 25, 2025 | Cal Fire – Office of the State Fire Marshall 2026 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2026 | 000904-000913 | CASFM 2026 HL Base Grant Application - SIGNED |
| September 30, 2025 | Consent Decree Bi-Annual Report | 000914-000918 | Consent Decree Bi-Annual Report 9.30.25 |

## II. INTERSTATE DESIGNATION AND RESTART PLAN APPROVAL

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| May 18, 2016 | Letter from Zach Barrett, Director for State Programs, PHMSA, to Bob Gorham, Program Manager, Pipeline Safety Division, California State Fire Marshal | 000919-000921 | Letter from Zach Barrett to Bob Gorham |
| July 29, 2024 | Line CA-324 Restart Plan | 000922-000929 | Line 324 Restart Plan |

| | | | |
|---|---|---|---|
| July 29, 2024 | Line CA-325 Restart Plan | 000930-000937 | Line 325 Restart Plan |
| August 19, 2025 | Letter Requesting Removal of Pressure Restrictions for Line CA-325 | 000938-000939 | Redacted Aug 2025 Pressure Waiver Request CA-325 |
| August 19, 2025 | Letter Requesting Removal of Pressure Restrictions for Line CA-324 | 000940-000941 | Redacted Aug 2025 Pressure Waiver Request CA-324 |
| August 25, 2025 | Line CA-324 and Line CA-325 Fill Plan and Startup Procedures | 000942-000983 | Redacted CA-324 and CA-325 Fill Plan and Start Up Procedures |
| September 10, 2025 | The Las Flores Pipeline Linefill Contact List | 000984 | Redacted Linefill Operations Contact List |
| September 10, 2025 | The Las Flores Pipeline Linefill Positioning Plan Assignments | 000985 | Redacted Positioning Plan Assignments |
| November 26, 2025 | Sable Letter to PHMSA Regarding Interstate Determination | 000986-000989 | Sable Letter to PHMSA Regarding Interstate Determination |
| December 12, 2025 | Inspection Output Report (Electronically generated December 28, 2025) | 000990-000992 | Inspection Output Report |

| December 17, 2025 | PHMSA Interstate Determination | 000993-000995 | PHMSA Interstate Determination |
| December 22, 2025 | PHMSA Approval of Restart Plans | 000996-000997 | Approval of Sable Restart Plans |

III.      **EMERGENCY SPECIAL PERMIT**

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
| --- | --- | --- | --- |
| April 24, 2024 | Sable application to OSFM for state waivers for CA-324 and CA-325 | 000998-001024 | CA-324 and CA-325 State Waiver Applications |
| December 17, 2024 | OSFM state waiver for CA-324 | 001025-001039 | CA-324 State Waiver Letter of Decision |
| December 17, 2024 | OSFM state waiver for CA-325 | 001040-001054 | CA-325 State Waiver Letter of Decision |
| December 18, 2024 | OSFM notification to PHMSA for no-objection process for CA-324 state waiver | 001055-001056 | CA-324 OSFM Letter of Decision Notification to PHMSA |
| December 18, 2024 | OSFM notification to PHMSA for no-objection process for CA-325 state waiver | 00157-001058 | CA-325 OSFM Letter of Decision Notification to PHMSA |

| Date | Description | Bates Range | Title |
|---|---|---|---|
| December 20, 2024 | Report submitted to PHMSA for consideration of CA-324 and CA-325 state waivers | 001059-001084 | Accufacts Inc. Evaluation of Las Flores Pipeline System Startup Proposal |
| December 23, 2024 | Letter submitted by petitioner Center for Biological Diversity requesting PHMSA objection to CA-324 and CA-325 state waivers | 001085-001153 | CBD Request for Objection to CA-324 and CA-325 state waivers |
| January 20, 2025 | Executive Order 14156: Declaring a National Energy Emergency | 001154-001158 | 90 FR 8433 |
| February 11, 2025 | PHMSA letter to OSFM stating no objection to CA-324 state waiver | 001159-001160 | PHMSA no-objection letter to CA-324 state waiver |
| February 11, 2025 | PHMSA letter to OSFM stating no objection to CA-325 state waiver | 001161-001162 | PHMSA no-objection letter to CA-325 state waiver |
| April 2, 2025 | OSFM letter to Sable conveying PHMSA non-objection to CA-324 state waiver | 001163-001164 | CA-324 OSFM Notification to Sable of PHMSA no-objection |
| April 2, 2025 | OSFM letter to Sable conveying PHMSA non-objection to CA-325 state waiver | 001165-001166 | CA-325 OSFM Notification to Sable of PHMSA no-objection |
| July 1, 2025 | Department of Transportation NEPA Procedures | 001167-001232 | DOT Order 5610.1D: DOT's Procedures for Considering Environmental Impacts |
| December 19, 2025 | Sable application to PHMSA for emergency special permit | 001233-001272 | Sable Emergency Special Permit Application Letter |

| December 23, 2025 | Additional information regarding Sable's application to PHMSA for an emergency special permit | 001273-001408 | Addendum to Sable Emergency Special Permit Application |
|---|---|---|---|
| December 23, 2025 | PHMSA letter to Sable approving emergency special permit | 001409 | Emergency Special Permit Issuance Letter |
| December 23, 2025 | PHMSA analysis of Sable special permit application materials | 001410-001413 | Emergency Special Permit Analysis and Findings |
| December 23, 2025 | Conditions for the emergency special permit | 001414-001429 | Emergency Special Permit Conditions |

## IV.  ADDITIONAL RECORD DOCUMENTS ADDED APRIL 22, 2026

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| October 18, 2001 | Liquid Pipeline Interstate/Intrastate Delineation Maps | 001430-001435 | Liquid Pipeline Interstate-Intrastate Delineation |
| March 2025 | Sable Spill Prevention, Control, and Countermeasure (SPCC) Plan | 001436-001506 | Sable SPCC Plan (3-2025) |
| October 22, 2025 | Letter from Cal. Office of State Fire Marshal to Sable Re State Waivers | 001507-001508 | OSFM-Letter-to-Sable |
| October 23, 2025 | Letter from Sable to Cal. Office of State Fire Marshal Re State Waivers | 001509-001512 | Sable-Letter-to-OSFM |

| December 2025 | PHMSA National Pipeline Mapping System, Public Viewer | 001513 | PHMSA Map Viewer |
|---|---|---|---|
| December 2025 | Santa Ynez Unit Overview Slide Deck | 001514-001533 | SOC Presentation_PHMSA_Redacted_Final |

## V. ADDITIONAL RECORD DOCUMENTS ADDED MAY 8, 2026

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| July 27, 2022 | Certificate of Completion Inspect Valves | 001534 | Inspect Valves OQ-Ryan Dunehew - REDACTED |
| July 2023 | Final Pipeline Report – UltraScan WM+ Pipeline: 24-inch L901 Las Flores-Gaviota | 001535-001652 | 324 UT Dec 2022 BakerHughes EMPCo-Desktop-VAPADFU-REDACTED |
| July 2023 | Final Pipeline Report – UltraScan WM+ Pipeline: 24-inch L901 Las Flores - Gaviota | 001653-001770 | 324 UT Dec 2022 BakerHughes EMPCo - REDACTED |
| November 22, 2023 | New MagneScan Inspection Report for 30 inch Nitrogen Pipeline C325A: Gaviota to Sisquoc | 001771-001971 | C325A MFL-A Sept 2023 BakerHughes EMPCo - REDACTED |

| | | | |
|---|---|---|---|
| November 27, 2023 | New MagneScan Inspection Report for 30 inch Nitrogen Pipeline CA325B2: MP 75.4 to Pentland Station | 001972-002162 | CA325B2 – MFL-A Oct 2023 MP 75.4 to Pentland Baker Hughes EMPCo - REDACTED |
| December 4, 2023 | New MagneScan Inspection Report for 30 inch Nitrogen Pipeline CA325B1: Sisquoc to MP 75.4 | 002163-002330 | CA325B1 – MFL-A Oct 2023 Sisquoc to MP 75.4 Baker Hughes EMPCo - REDACTED |
| January 2024 – November 2025 | Critical Bond Readings (2024-2025) | 002331 | Critical Bond Readings (2024-2025) - REDACTED |
| January 2024 – November 2025 | Rectifier Inspections (2024-2025) | 002332-002334 | Rectifier Inspections (2024-2025) - REDACTED |
| April 2024 – October 2025 | Cathodic Protection Readings (2024-2025) | 002335-002338 | Cathodic Protection Readings (2024-2025) - REDACTED |
| April 22, 2024 | Atmospheric Inspection Report | 002339-002727 | 2024 Atmospheric inspections - REDACTED |
| May 7, 2024 | Pacific Pipeline Company Welding Procedure Specification (WMS) | 002728-002730 | Welding Procedure Specs CPBW-127-ALT 182026.56 - REDACTED |
| May 29, 2024 | Pacific Pipeline Company Welding Procedure Specification (WPS) | 002731-002734 | BW CPBW-127-ALT 5.7.24 PQR 5.29.24 - REDACTED |

| June 2024 (per Revision Log) | Las Flores Pipeline Tactical Plan | 002735-003948 | Las Flores Pipeline Tactical Response Plan – 2024 - REDACTED |
| June 12, 2024 | F-195.569: Exposed Pipeline & Internal Surface Inspection Report | 003949-003951 | Gifford Creek Exposure 195.569 6.12.24 - REDACTED |
| August 22, 2024 | Sable Offshore Public Awareness Plan | 003952-004013 | SOC Public Awareness Plan v.2 08.23.24_Signed |
| September 13, 2024 | Coating Inspection Report | 004014-004022 | Sable Offshore – Coating Report – 9.13.24 - MOV-610P(1) - REDACTED |
| September 19, 2024 | Aegeus Inspection Solutions | 004023 | [NAME REDACTED] BU&BR-X70 PPC 9.19.24 Signed - REDACTED |
| September 19, 2024 | Aegeus Inspection Solutions | 004024 | CH BU&BR-X70 PPC 9.19.24 Signed - REDACTED |
| October 17, 2024 | Ultrasonic Thickness Survey Report | 004025 | Sable Offshore_UTT_LAM SCAN_0182026.56 - REDACTED |
| October 17, 2024 | Weld Map | 004026 | Weld Map 0325B-2023-0182026.56 - REDACTED |

| | | | |
|---|---|---|---|
| October 21, 2024 | Radiographic Examination Report | 004027 | X-Ray Reader Sheet 182026.56 RT_SABLE_D.TORRES_LINE_325B_PO PP2408485_10-21-2024 – REDACTED |
| October 25, 2024 | Below Ground Coating Report | 004028-004029 | Coating report 182026.56 - REDACTED |
| October 31, 2024 | Phillips 66 – Midstream Internal Covered Task List | 005028-005035 | Covered Task List – [REDACTED] |
| November 2024 (per Revision Log) | Pacific Pipeline Company Integrated Contingency Plan Las Flores Canyon Core Plan | 004030-004376 | Pacific Pipeline Company Las Flores Canyon Pipeline Integrated Contingency Plan 20250711 - REDACTED |
| November 4, 2024 | VeriSource – Employee List | 004377-004379 | Veriforce – Jose M – REDACTED |
| December 12, 2024 | Pacific Pipeline Operator Qualification Plan | 004380-004487 | PPC Operator Qualification Plan v.1 12.12.24 - REDACTED |
| December 31, 2024 | Post Inspection Written Preliminary Findings Dates of Inspection: 9/11/2024 - 12/13/2024 | 004488 | Line CA-325AB Field IMP – PostInspection Written Preliminary Findings |
| February 26, 2025 | Weld Diagram from Repair | 004489-004490 | DIG LOC 56868.13 AS BUILT (1) – REDACTED |

| | | | |
|---|---|---|---|
| February 26, 2025 | Magnetic Particle Examination Report | 004491 | Sable Offshore_MPI Report_324-2022-0056868.13 - REDACTED |
| February 26, 2025 | Ultrasonic Thickness Survey Report | 004492 | Sable Offshore_UTT Report_Lam_Scan_324-2022-056868.13 - REDACTED |
| 2025 | Cover Letter – Hydro-Test Report 325A/325B Tie-In Pipe | 004493 | CSFM Cover Letter – CSFM ID#25-07261 |
| April 3, 2025 | Hydro-Test Report – 325A/325B Tie-In Pipe | 004494-004559 | CSFM ID#25-07261 Test Report – ID#1742980140 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – CA-325A TS-3 | 004560 | CSFM Cover Letter – CSFM ID# 25-07256 |
| April 14, 2025 | Hydro Test Report – CA-325 TS-3 | 004561-004626 | CSFM Test ID#25-07256 – Milbar Test Report - ID#1743268200 – REDACTED Copy |
| April 20, 2025 | Hydrotest Report Summary Review/Certification – Segment 4 | 004627-004630 | Certification 25-07275 - REDACTED |
| April 22, 2025 | Hydro Test Report – Section 4 | 004631-004682 | CSFM Test ID#25-07275 – Test Report - 1743620760 - REDACTED |

| | | | |
|---|---|---|---|
| 2025 | Line 325B Hydrotest Site 4-5 Dig Information | 004683 | SITE 4-5-DIG-LOCATION-020825 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 5 | 004684 | CSFM Cover Letter – CSFM ID#25-07283 |
| April 22, 2025 | Hydro Test Report – Segment 5 | 004685-004736 | Test Report – ID#1744569300 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 6 | 004737 | CSFM Cover Letter – CSFM ID# 25-07295 |
| April 24, 2025 | Hydro Test Report – Segment 6 | 004738-004791 | CSFM ID#25-07295 – Test Report – ID#174235540 - REDACTED |
| May 1, 2025 | Sable Offshore Integrity Management Program (March 2025 cover page) | 004792-004875 | PPC HL Integrity Management Plan v.3 1May2025 - REDACTED |
| May 5, 2025 | Hydrostatic Test Plan Sable Offshore | 004876-004902 | SO-LFP-HST-PLN-0001 - Las Flores Pipeline Hydrotest (Lines 324-325A-325B) - IFE-Rev4 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 7 | 004903 | CSFM Cover Letter – CSFM ID# 25-07298 |
| May 5, 2025 | Hydro Test Report – Section 7 | 004904-004963 | CSFM ID #25-07298 Test Report – ID#1745672280 – REDACTED |

| | | | |
|---|---|---|---|
| 2025 | Cover Letter – Hydro-Test Report Segment 1 | 004964 | CSFM Cover Letter – CSFM ID#25-07317 |
| May 16, 2025 | Hydro-Test Report – Section 1 | 004965-005026 | Test Report -ID#1746608400 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 8 | 005027 | CSFM Cover Letter – CSFM# 25-07316 |
| May 13, 2025 | Hydro Test Report – Section 8 | 005036-005087 | CSFM Test ID#25-07316 – Test Report – I D#1746609660 - REDACTED |
| May 22, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: Various Dates from February 16, 2025 thru May 21, 2025 | 005088-005089 | PIWPF |
| 2025 | Cover Letter – Hydro Test Report – Segment 2 | 005090 | CSFM Cover Letter – CSFM ID# 25-07349 |
| June 2, 2025 | Hydro Test Report – Segment 2 | 005091-005148 | CSFM ID#25-07349 Test Report – ID#174902480 - REDACTED |
| June 18, 2025 | Liquids HCA Analysis Results PPC and SYU 2025 | 005149-005172 | PPC and SYU HCA 2025 HCA Analysis Report - REDACTED |

| | | | |
|---|---|---|---|
| July 8, 2025 | Lines 324, 325A, and 325B Fracture Testing | 005173-005849 | Sable Lines 324, 325A, and 325B Fracture Testing Final Report V1 - REDACTED |
| July 17, 2025 | Pacific Pipeline 2025 Annual Agency Exercise | 005850-006311 | 7-17-25 Pacific Pipeline Agency Exercise Documentation Report (1) - REDACTED |
| August 2025 | Sable Offshore Corrosion Under Insulation (CUI) Plan | 006312-006313 | PPC CUI Plan Aug 2025 |
| August 5, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: 3-29-25, 3-30-25, 3-31-25, 4-12-25, 4-13-25, 4-14-25, 4-15-25, 4-22-25, 5-1-25, 5-2-25, 5-9-25, 5-10-25, 5-11-25, 5-12-25, 5-13-25, 5-26-25, 5-27-25, and 5-28-25 | 006314-006315 | Sable IU 445A Field IMP Hydrotest State Waiver – PostInspection Written Preliminary Findings |
| August 8, 2025 | F-195.420(b): Block Valve Inspection | 006316-006318 | SDV30121 – POV30124 August 2025 - REDACTED |
| August 14, 2025 | Sable Offshore Damage Prevention Plan | 006319-006348 | SOC Damage Prevention Program v.3 08.14.25 (3) - REDACTED |

| | | | |
|---|---|---|---|
| August 19, 2025 | Certificate of Completion Inspect Valves | 006349 | Inspect Valves OQ-Elijah Keener - REDACTED |
| August 20, 2025 | Sable Operations and Maintenance Manual | 006350-006825 | SOC Liquid Pipeline OM Manual v.2 08.20.25 (PPC) - REDACTED |
| August 20, 2025 | Liquid Operations & Maintenance Manual F-195.406: MOP Determination | 006826-006831 | PPC Liquid O&M Manual v2 08.20.25-MOP-Determination-324-Signed - REDACTED |
| August 20, 2025 | Liquid Operations & Maintenance Manual F-195.406: MOP Determination | 006832-006837 | PPC Liquid O&M Manual v2 08.20.25-MOP-Determination-325A-Signed - REDACTED |
| August 20, 2025 | Liquid Operations & Maintenance Manual F-195.406: MOP Determination | 006838-006843 | PPC Liquid O&M Manual v2 08.20.25-MOP-Determination-325B-Signed - REDACTED |
| August 28, 2025 | Las Flores Pipeline Data Manual (PDM) for Pipelines 324 & 325 | 006844-006913 | Updated Data Manual- Las Flores Pipeline Data Manual (PDM) for Pipelines 324 325 RevE-082825 - REDACTED |
| August 28, 2025 | Certificate of Completion Inspect, Test and Calibrate Relief Valves | 006914 | Relief Valve OQ-Michael Lackey – REDACTED |

| | | | |
|---|---|---|---|
| September – October 2025 | Regulatory Work Order #430 | 006915-006917 | Valve Inspection 325B 2025 - REDACTED |
| September 2025 | Regulatory Work Order #431 | 006918-006920 | Valve Inspection 325A 2025 - REDACTED |
| September 2025 | Regulatory Work Order #432 | 006921-006923 | Valve Inspection 324 2025 - REDACTED |
| September 2, 2025 | Post Inspection Written Preliminary Findings Dates of Inspection: July 27-28, 2025 and August 5-9, 2025 and August 22, 2025 | 006924-006925 | PIWPF (002) |
| September 11, 2025 | Liquids HCA and EFRD Analysis Specification Sable PPC and SYU 2025 | 006926-006938 | Geonamic Liquids HCA Analysis Specification PPC and SYU 2025_Rev1 - REDACTED |
| October 1, 2025 | Air Patrol Report | 006939-006940 | SABLE 10.1.25 PL-1145S California - REDACTED |
| October 1, 2025 | Post Inspection Written Preliminary Findings Dates of Inspection: 09/08/2025; 09/10/2025; 09/15/2025; 09/16/2025 | 006941 | Sable(Pacific)PIWPF |

| | | | |
|---|---|---|---|
| October 17, 2025 | Corrosion Growth Rate Analysis Procedure for Line 324, 325A, and 325B | 006942-006947 | Draft CGRA D2 SOC Oct 2025 - REDACTED |
| October 22, 2025 | Regulatory Work Order #1063 | 006948-006950 | PSV Record-324 - REDACTED |
| October 22, 2025 | Exposed Pipe Response Records | 006951 | Exposed Pipe Response Records - REDACTED |
| October 29, 2025 | Air Patrol Report | 006952-006953 | SABLE 10.28.25 PL-1145S California - REDACTED |
| November 2, 2025 | F-195.420(b): Block Valve Inspection | 006954-006956 | HA- DOT SDV 700-1 Inspection 11-7-2025 - REDACTED |
| November 15, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: 09/02/2025, 09/03/2025, 09/04/2025, 09/05/2025, 09/08/2025 | 006957 | Sable CRM Inspection – PostInspection Written Preliminary Findings |
| November 18, 2025 | Air Patrol Report | 006958-006959 | SABLE 11.18.25 PL-1145S California - REDACTED |
| November 21, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: 11/18/25 | 006960-006961 | PIWPF (003) |

| | | | |
|---|---|---|---|
| December 2025 | Pacific Pipeline Company- Las Flores Pipeline – Lines 324 and 325 A/B – Valve Summary | 006962 | PPC LFP Valve-Info-Mainline-Numbering System Dec 2025 – REDACTED |
| December 1, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: October 6-10, 2025 | 006963-006964 | PIWPF (004) |
| December 4, 2025 | Regulatory Work Order #1066 | 006965-006967 | PSV Record 325B – Pentland - REDACTED |
| December 4, 2025 | Air Patrol Report | 006968-006975 | SABLE 12.4.25 PL-1145S California - REDACTED |
| December 5, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: November 17-20, 2025 | 006976-006977 | PIWPF 1 |
| December 9-11, 2025 | PHMSA inspection photos | 006978-007028 | IMG_0867 – IMG_0941 - REDACTED |
| December 11, 2025 | PHMSA Inspection Output Report for December 9-11, 2025 inspection of Sable (Electronically generated April 29, 2026) | 007029-007053 | 2025_Sable Offshore Las Flores - Inspection Output IOR (2026-4-29 1777470238) |
| | Pacific Pipeline Company Documented Fulfillment of Restart | 007054-007055 | CD Restart Plan documentation |

| | | | |
|---|---|---|---|
| | Requirements under Consent Decree | | |
| | Gaviota Valve Line-Up Sheet and Flow Diagram | 007056-007057 | Gaviota Lineup Sheet Flow Diagram - REDACTED |
| | Gaviota P&IDs | 007058-007066 | GAVIOTA-PIDS-081625-RECORD-COLOR - REDACTED |
| | Las Flores P&IDs | 007067-007075 | LAS_FLORES-PIDS-072525-RECORD-COLOR – REDACTED |
| | Las Flores Valve Line-Up Sheet and Flow Diagram | 007076-007077 | LFC Lineup Sheet Flow Diagram - REDACTED |
| | Pentland P&IDs | 007078-007087 | PENTLAND-PIDS-080225-PRELIMINARY-BW - REDACTED |
| | Pentland Valve Line-Up Sheet and Flow Diagram | 007088-007089 | Pentland_Lineup Sheet Flow Diagram - REDACTED |
| | Sisquoc Valve Line-Up Sheet and Flow Diagram | 007090-007091 | Sisquoc Lineup Sheet Flow Diagram - REDACTED |
| | Sisquoc P&IDs | 007092-007099 | SISQUOC-PIDS-072525-RECORD-COLOR - REDACTED |

| | USPL 24-10 | 007100-007103 | US Pipeline 24-10 Sable Offshore – OQ Spreadsheet - REDACTED |
|---|---|---|---|
| | ISNetworld OQ Report | 007104 | Brown OQ Report 2023 - REDACTED |
| | PPC Valve 460 Statement for CD | 007105 | PPC Valve 460 statement for CD – REDACTED |
| | Line Pipe Preventative and Mitigative Measures Form | 007106-007111 | P&MM Spreadsheet 2025 – REDACTED (1) |
| | ILI Work Order #103 | 007112-007135 | Sable TaskOp – ILI Work Order #103 56868.13 - REDACTED |
| | ILI Work Order #161 | 007136-007154 | Sable TaskOp – ILI Work Order #161 - REDACTED |

Date:

LINDA GAIL DAUGHERTY
Digitally signed by LINDA GAIL DAUGHERTY
Date: 2026.05.08 19:21:53 -04'00'

_____

Linda Daugherty

Acting Associate Administrator for Pipeline Safety

Pipeline and Hazardous Materials Safety Administration

U.S. Department of Transportation