UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059, consolidated with No. 26-508

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

**RESPONDENTS' SUPPLEMENTAL EXCERPTS OF RECORD INDEX**

MATTHEW R. OAKES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov

## Table of Contents for Supplemental Excerpts of Record to Answering Brief

| Date of Doc. | Description of Document | File Name from Administrative Record | AR Page # | SER Page # |
|---|---|---|---|---|
| | | **Volume 2 of 4** | | |
| May 21, 2015 | PHMSA Corrective Action Order | 520155011H_Corrective Action Order_05212015 | 000001-000009 | 0001-0009 |
| Dec. 23, 2025 | Additional information regarding Sable's application to PHMSA for an emergency special permit | Addendum to Sable Emergency Special Permit Application | 001273-001408 | 0010-0145 |
| Dec. 2025 | Santa Ynez Unit Overview Slide Deck | SOC Presentation_PHMSA_Redacted_Final | 001514-001533 | 0146-0165 |
| Nov. 2024 (per Revision Log) | Pacific Pipeline Company Integrated Contingency Plan Las Flores Canyon Core Plan | Pacific Pipeline Company Las Flores Canyon Pipeline Integrated Contingency Plan 20250711 - REDACTED | 004030-004376 | 0166-0300 |
| | | **Volume 3 of 4** | | |
| Nov. 2024 (per Revision Log) | Pacific Pipeline Company Integrated Contingency Plan Las Flores Canyon Core Plan | Pacific Pipeline Company Las Flores Canyon Pipeline Integrated Contingency Plan 20250711 - REDACTED | 004030-004376 | 0300-0512 |
| May 1, 2025 | Sable Offshore Integrity Management | PPC HL Integrity Management Plan v.3 | 004792-004875 | 0513-0596 |

1

| Date of Doc. | Description of Document | File Name from Administrative Record | AR Page # | SER Page # |
|---|---|---|---|---|
| | Program (March 2025 cover page) | 1May2025 - REDACTED | | |
| **Volume 4 of 4** | | | | |
| May 5, 2025 | Hydrostatic Test Plan Sable Offshore | SO-LFP-HST-PLN-0001 - Las Flores Pipeline Hydrotest (Lines 324-325A-325B) - IFE-Rev4 - REDACTED | 004876-004902 | 0597-0622 |
| May 16, 2025 | Hydro-Test Report – Section 1 | Test Report - ID#1746608400 - REDACTED | 004965-005026 | 0624-0685 |
| Dec. 11, 2025 | PHMSA Inspection Output Report for December 9-11, 2025 inspection of Sable (Electronically generated April 29, 2026) | 2025_Sable Offshore Las Flores - Inspection Output IOR (2026-4-29 1777470238) | 007029-007053 | 0686-0710 |
| | Las Flores P&IDs | LAS_FLORES-PIDS-072525-RECORD-COLOR – REDACTED | 007067-007075 | 0711-0719 |
| | Las Flores Valve Line-Up Sheet and Flow Diagram | LFC Lineup Sheet Flow Diagram - REDACTED | 007076-007077 | 0720-0721 |
| Dec. 2024 | Pacific Pipeline Operatory Qualification Plan | PPC Operator Qualification Plan v1 12.12.24 – REDACTED | 004380-004487 | 0722-0829 |
| | | | | |
| | | | | |

2