UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059, consolidated with No. 26-508

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

**RESPONDENTS' SUPPLEMENTAL EXCERPTS OF RECORD**

**Volume 4 of 4**

MATTHEW R. OAKES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov



"Pipeline Solutions Since 1952"

# Hydrostatic Test Plan



## PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)

Document Number: SO-LFP-HST-PLN-0001

Revision: 4

IFE – Issued for Execution

Revision Date: May 5, 2025

SER-000597

004876


"Pipeline Solutions Since 1952"

| | **Hydrostatic Test Plan** | | | |
|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

# Table of Contents

1. **PURPOSE** .................................................................................................................... **3**

2. **OVERALL PROJECT DESCRIPTION** ............................................................................ **3**

3. **REFERENCE DOCUMENTS** ......................................................................................... **4**

4. **HYDROSTATIC TESTING** ............................................................................................ **4**

    4.1. Supply and Disposal of Water ............................................................................... 5

    4.2. Water Movement ................................................................................................... 5

    4.3. Hydrostatic Test – General Data ........................................................................... 5

    4.4. Stabilization .......................................................................................................... 7

    4.5. Test Execution ...................................................................................................... 7

5. **ROLES AND RESPONSIBILITIES** ............................................................................... **9**

6. **DEFINITIONS AND ACRONYMS** ................................................................................. **9**

7. **REVISION HISTORY** .................................................................................................. **14**

8. **APPROVALS HISTORY** ............................................................................................. **14**

**APPENDIX A – LOCATIONS OF VALVES AND ADDITIONAL INSTRUMENTS** ........................ **15**

**APPENDIX B – TEST LETTERS FOR SEGMENTS 3-8** ................................................ **16**

**APPENDIX C – TEST LETTERS FOR SEGMENTS 1-2** ................................................ **23**

SER-000598

004877



| | **Hydrostatic Test Plan** | | | |
|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

## Tables

Table 1 Test Segments ........................................................................................................4
Table 2 Roles and Responsibilities .......................................................................................9
Table 3 Definitions and Acronyms .......................................................................................13
Table 4 Revision History ......................................................................................................14
Table 5 Approvals History ....................................................................................................14

SER-000599

004878



"Pipeline Solutions Since 1952"

# Hydrostatic Test Plan



## PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)

Document Number: SO-LFP-HST-PLN-0001

Revision: 4

IFE – Issued for Execution

Revision Date: May 5, 2025

SER-000597

004876



| | | **Hydrostatic Test**<br>**Plan** | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest**<br>**(Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

# Table of Contents

**1. PURPOSE** ........................................................................................................... **3**

**2. OVERALL PROJECT DESCRIPTION** .................................................................. **3**

**3. REFERENCE DOCUMENTS** ............................................................................... **4**

**4. HYDROSTATIC TESTING** ................................................................................. **4**

    4.1. Supply and Disposal of Water .......................................................................5

    4.2. Water Movement ............................................................................................5

    4.3. Hydrostatic Test – General Data ...................................................................5

    4.4. Stabilization ...................................................................................................7

    4.5. Test Execution ...............................................................................................7

**5. ROLES AND RESPONSIBILITIES** .................................................................... **9**

**6. DEFINITIONS AND ACRONYMS** ...................................................................... **9**

**7. REVISION HISTORY** ....................................................................................... **14**

**8. APPROVALS HISTORY** .................................................................................. **14**

**APPENDIX A – LOCATIONS OF VALVES AND ADDITIONAL INSTRUMENTS** ....................... **15**

**APPENDIX B – TEST LETTERS FOR SEGMENTS 3-8** ................................................. **16**

**APPENDIX C – TEST LETTERS FOR SEGMENTS 1-2** ................................................. **23**

SER-000598

004877



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No **SO-LFP-HST-PLN-0001** | | Last Revised | **May 5th, 2025** |

**Tables**

Table 1 Test Segments ................................................................................................4
Table 2 Roles and Responsibilities ..............................................................................9
Table 3 Definitions and Acronyms ..............................................................................13
Table 4 Revision History .............................................................................................14
Table 5 Approvals History ...........................................................................................14

SER-000599

004878



| | | **Hydrostatic Test Plan** | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## 1. PURPOSE

This document describes the procedures for hydrostatic testing of the Sable Offshore PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B).

## 2. OVERALL PROJECT DESCRIPTION

The following plan is to fill, hydrotest, and then dewater Lines 324 and 325. The pipeline will be tested in eight segments. Approximately 134,000 barrels of water from LFC will be used for pipeline Segments 3-8, and approximately 70,000 barrels for Segments 1 and 2. Once a section of the line is filled, it will be hydrotested and dewatered before moving to the next section.

An earlier version of this plan covered testing Segments 3 through 8. It has been updated to include testing Segments 1 (CA-324) and 2 (CA-325A).

After the initial water volume is moved through the pipeline testing Segments 3-8, a second water volume from the Emergency Containment Basin (ECB) will fill Segment 1 for testing. Additional water will be added and moved into Segment 2 for testing

**Project Location:**

The pipeline system consists of 2 portions:
o  CA-324 (OSFM Line ID 0015): 10.86 miles of 24-inch pipeline located in Santa Barbara County
o  CA-325A/B (OSFM Line ID 0001):  113.56 miles of 30-inch pipeline located in Santa Barbara County, San Luis Obispo County, and Kern County, California
   ▪  CA-325A: 38.72 miles beginning at Gaviota ending at Sisquoc in Santa Barbara County
   ▪  CA-325B: 74.84 miles beginning at Sisquoc terminating in Pentland, portions of which are in Santa Barbara, San Luis Obispo, and Kern Counties.



SER-000600

004879



| | | **Hydrostatic Test** | | |
| | | **Plan** | | |
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

## 3. REFERENCE DOCUMENTS

- US Department of Transportation 49 CFR 195
- CSFM OPS

## 4. HYDROSTATIC TESTING

The pipelines will be tested in eight (8) segments. A previous version of this plan included testing Segments 3-8. This plan includes testing Segments 1 & 2.



| Line | Segment | Start MP | End MP | Length (mi) | Start Stn | End Stn | Location | Latitude | Longitude |
|------|---------|----------|--------|-------------|-----------|---------|----------|----------|-----------|
| CA-324 | 1 | | | 10.87 | | | | | |
| CA-325A | 2 | | | 14.85 | | | | | |
| CA-325A | 3 | | | 23.87 | | | | | |
| CA-325B | 4 | | | 11.06 | | | | | |
| CA-325B | 5 | | | 13.79 | | | | | |
| CA-325B | 6 | | | 10.25 | | | | | |
| CA-325B | 7 | | | 22.99 | | | | | |
| CA-325B | 8 | | | 16.74 | | | | | |
| CA-325B | End | | | | | | | | |

*Table 1 Test Segments*

All operations will be conducted in accordance with Title 49, Part 195 of the Code of Federal Regulations regarding the hydrostatic testing of steel pipelines that transport crude oil, all CA OSFM requirements, and the waiver agreement between the state of California and Sable Offshore/Pacific Pipeline Company.

All personnel assigned to this project must complete Sable Offshore training, and documents will be issued to personnel and forwarded to Sable Offshore project management. Additionally, any OQ requirement for personnel must be verified based on Sable Offshore's span of control requirements.

The Pressure Test design document, including plot pressure, maximum test pressure, and minimum test pressure for each hydrostatic test, will be approved by Sable Offshore prior to testing each section. All final station numbers, high, low, test site and far end elevations will be field verified by Sable Offshore prior to beginning the hydrostatic testing operations. All hydrotest pressures, etc. contained in this document are based on assumptions that may not be applicable to the final test

SER-000601

004880



| | | **Hydrostatic Test**<br>**Plan** | | |
|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

parameters. The information provided by Sable Offshore prior to testing will supersede any information in this document.

## 4.1. Supply and Disposal of Water

Sable will supply and dispose of the water used for hydrostatic testing. The contractor will supply all temporary piping, pumps, transportation, etc., for filling the pipe.

The water must be clean, free from dirt and suspended matter. During water injection, peracetic acid (PAA) will be added to the water to neutralize any biological materials.

Green aniline tracer dye will be injected into the test water at a rate of 1 gallon for every 40,000 gallons of test water.

Test water will be treated at Pentland upon receipt from the pipeline and stored in vessels for surface discharge.

## 4.2. Water Movement

As part of the Consent Decree, Sable Offshore is required to hydrotest Lines 324, 325A, and 325B. The first segment will be filled with water from LFC using a portable pump connected to the Emergency Containment Basin (ECB) or the fire system. The estimated water fill is approximately 134,000 barrels. A pig will be launched at the start of the water fill to Gaviota. Water will continue to be injected until the entire volume has been added, filling CA-324, Segment 2, and a portion of Segment 3 in CA-325A. CA-324 (Segment 1) and Segment 2 in CA-325A will not be tested at this time. A dewater pig will be launched into CA-324 at LFC and then into CA-325A at Gaviota with air to move the water into Segment 3. Segment 3 will be tested, followed by transferring the water into subsequent segments for testing until all remaining segments have been tested.

Water will be discharged into a treatment system and stored in tanks at Pentland for land discharge.

A second batch of water from the ECB will be used to fill Segment 1 (30,290 BBL). After testing Segment 1, additional water will be injected to provide a sufficient volume to fill Segment 2 (65,436 BBL). A dewater pig will be launched into CA-324 at LFC to move this water into Segment 2 for testing.

## 4.3. Hydrostatic Test – General Data

### 4.3.1.    MOP

MOP for each line section is defined as the maximum operating pressure at the minimum elevation of each line section.

- CA-324 (Segment 1): █████████████
- CA-325A (Segments 2-3) ████████████
- CA-325B (Segments 4-7) ███████████
- CA-325B (Segment 8) ████████████
- According to the waiver agreement, CA-324 (Segment 1) will be spike tested for 15 minutes at 1.5xMOP for 15 minutes followed by an 8-hour pressure test at 1.25xMOP
- CA-325A will be spike tested for 15 minutes at 1.39xMOP for 15 minutes followed by an 8-hour pressure test at 1.25xMOP

SER-000602

004881



| | | | |
|---|---|---|---|
| | **Hydrostatic Test Plan** | | |
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

- CA-325B will not be spike tested. 8-hour pressure test at 1.25xMOP

The hydrotest will be witnessed and approved by a PPC representative along with an approved third party.

Before any phase of the testing operations begins, safety will be addressed and reviewed by all parties involved. All equipment used for testing will be inspected to ensure its safety for use. All personnel associated with the testing operations will be instructed to observe all safety compliance measures. The following criteria shall be observed to help ensure the safety of all operations, in addition to all site-specific safety requirements:

- Only trained, experienced and authorized personnel will install the nipples and valves to the manifold.
- Equipment arrangement on the ROW will be planned to facilitate the work while maintaining the safety of the test personnel in unlikely case of rupture.
- All individuals performing Covered Tasks under Sable Offshore's specs will provide proof of qualification before beginning work on the respective covered task.
- All personnel will be informed of their assignments and responsibilities on a per shift basis.
- Reliable transportation and communication systems will be provided and maintained during test operations, so all personnel directly involved in testing may communicate during testing.
- Personnel that are not directly engaged in the testing operations will remain out of the testing area during the test period, and no work shall be performed on or around the pipe under test. The appropriate barricades and signage will be posted.
- Test instruments will be calibrated prior to use and documentation of this calibration will be maintained in the test trailer and will be made available upon request. Instrumentation will be certified within 180 days of the test being performed.
- A secondary gauge or pressure monitoring device will be installed on each test section. This gauge will be monitored along with the dead weight gauge as pressure is applied to the section. The gauge will be connected to the test manifold or cap in such a way that it is wholly independent of the dead weight gauge and pressure chart.
- Check valves will be installed as necessary to ensure the safety of the pipeline, pumps and personnel.
- Hoses, fittings and test connections will be checked for proper pressure rating.
- Whip checks or hose halters will be installed on all hosed connections larger than 1".
- Bleed off outlets shall be installed in all piping to allow for pressure release whenever necessary.
- All work and pressure tests shall be conducted with due regard for the safety of life, property and environmental compliance.
- Warning signs will be placed at areas with exposed pipe while under test and in or near populated areas.

SER-000603

004882



| | | | |
|---|---|---|---|
| | **Hydrostatic Test Plan** | | |
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

### 4.4. Stabilization

After filling is complete, each test section must stabilize at approximately twenty-five percent (25%) of the test pressure for twelve (12) hours or until the average pipe and ground temperatures become asymptotic. Personnel or security must be present at the test location while the test section is pressurized.

### 4.5. Test Execution

We will supply hydrotesting equipment that meets Sable Offshore specifications. This will include one (1) pressure unit, one (1) 50-3,000 psi dead weight gauge, two (2) 0-3,000 psi, 24-hour rotation circular chart pressure recorders, up to four (4) digital pressure recording instruments, and up to five (5) 12", 0-150°F 24-hour rotation circular chart pipe and ground temperature recorders, as well as up to five (5) three-channel digital temperature recording devices for ambient, pipe, and ground temperatures. All instrumentation will be calibrated and certified within the last six (6) months. Certificates of calibration will be provided to Sable Offshore prior to testing or upon request at any time after the project has commenced. The instrumentation will be housed in a climate-controlled test trailer complete with a generator and lighting. We will also supply Veriforce Operator Qualified personnel to conduct the pressure tests.

The hydrotesting will be conducted according to Sable Offshore specifications. Once the stabilization period is completed, the section will be pressured up to approximately 50% of the pressure, and the test segment will be visually inspected for leaks. After the 50% leak check is completed, the section will be pressured up to approximately 75% of the pressure, and the test segment will again be visually inspected for leaks. Each hold/leak check shall last for 10 minutes. Once the hold/leak checks are successfully performed, the section(s) will be increased to 80% of the target test pressure at a rate of approximately 10 psi per minute, and a PV Plot will be completed by recording the number of strokes for each 10 psi from approximately 80% until 100% of the target test pressure is reached. All pertinent information shall be recorded on continuous chart recorders or electronic recording devices, as well as specific hydrotest recording forms to preserve the test record. A log of pressure and temperature readings will be made every 15 minutes throughout the duration of the hydrostatic test. Individual test section details can be found in Appendix A.

In general, the following process should be followed at each test location for conducting the pipeline hydrotesting. This execution is not exhaustive; all applicable guidelines and procedures from Sable Offshore and contractors, as well as general safety procedures and industry standard practices, must be adhered to. The testing execution described below will align with the project schedule as necessary and is not intended to represent a sequence of work.

#### Administration of hydrotesting

- Toolbox safety meeting.
- Verify Primary Generator is operational.
- Verify Test Trailer is operational.
- Verify Primary Pressure Pump is operational.
- Verify all instrumentation is operational.

SER-000604

004883



| | **Hydrostatic Test Plan** | |
|---|---|---|

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

- Install new charts on all analog instrumentation.
- Open line to pressure instrumentation.
- Communicate with Sable Offshore onsite Inspection at all times.
- Verify all instrumentation is operating within range.
- Increase pressure to ~50% test pressure +/- 10 PSI.
- Conduct ~50% leak check
- Increase pressure to ~75% test pressure +/- 10 PSI.
- Conduct ~75% leak check.
- Verify all instrumentation is operating within range.
- Increase pressure from ~75% to 100% target test pressure at ~10 psi/min, conducting a PV Plot from 80% of target test pressure until 100% of target test pressure in reached
- Verify all instrumentation is operating within range.
- Conduct hydrotest.
- Begin documentation of all test data on 15-minute intervals.
- Verify operation of all instrumentation throughout test (15-minute intervals).
- Maintain strength test pressure between min and max values for 8 hours.
- Add or remove water as necessary to maintain pressure window.
- Measure and document all water added or removed.
- Pressure must stay above the minimum test pressure.
- Verify no leaks are present throughout the test.
- Post-Hydrotest operations shall be completed upon acceptance.
- Isolate pressure hose from pipeline (<span style="color:red">Do Not Remove</span>).
- Bleed pressure from hose to facilitate charting to zero (<span style="color:red">0</span>) pressure on chart.
- Communicate successful depressurization to onsite representative.
- Remove charts from all instruments and note the following information on the chart or Milbar sticker:
  - Chart Type
  - Owner Company
  - General Contractor
  - Project Name
  - Test Section Name
  - Length
  - Test Start Date
  - Test Start Time
  - Test Start PSI
  - Test Stop Date
  - Test Stop Time
  - Test Stop PSI Begin MP/STA

**Page 8 of 26**

SER-000605

004884



| | Hydrostatic Test Plan | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status **IFE - Issued for Execution** |
| | | Effective Date **March 11, 2025** |
| | | Revision Number **4** |
| Doc No **SO-LFP-HST-PLN-0001** | | Last Revised **May 5th, 2025** |

- o End MP/STA
- o Test Medium
- o Chart Location (MP/STA)
- o Recorder Serial Number
- o Chart Notations
- o Test Administrator signature & date
- o Sable Offshore Inspection signature & date

- Testing completed

## 5. ROLES AND RESPONSIBILITIES

| Roles | Responsibilities |
|---|---|
| **Company**<br>**Sable Offshore** | • Provide permits for the acquisition and/or discharge of water.<br>• Provide 'As Built' survey data for high point, low point, beginning point, ending point test location and any additional necessary points including stationing and elevations.<br>• Provide onsite company representatives and test inspectors at all work locations for up to a 2 shift 24 hr. per day 7 day per week working schedule<br>• Provide adequate access for loaded over the road vehicles to all locations.<br>• Provide sufficient workspace at all locations.<br>• Provide emergency response equipment and support.<br>• Locate failures. |
| **Contractor**<br>**U.S. Pipeline** | • Provide support crews for up to a 2 shift 24 hr. per day 7 day per week working schedule (if necessary).<br>• Provide supervision and take full responsibility for additional support provided.<br>• Provide labor, materials and equipment for unloading, loading, and/or installation of Milbar equipment. |
| **Milbar Hydro-Test, Inc.** | • Provide Test Supervisor and technicians for hydrotesting.<br>• Perform test as specified in this procedure.<br>• Provide pressure charts, temperature charts, and dead weight tester for the hydrostatic testing. Furnish all certificates of calibration for equipment.<br>• Record all pressure and temperature readings for the hydrostatic test. Provide same to the Test Inspector for certification. |

*Table 2 Roles and Responsibilities*

## 6. DEFINITIONS AND ACRONYMS

| Term | Definition |
|---|---|
| **CFR** | Code of Federal Regulations |

SER-000606

004885



| | Hydrostatic Test Plan | |
|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status **IFE - Issued for Execution** |
| | | Effective Date **March 11, 2025** |
| | | Revision Number **4** |
| Doc No **SO-LFP-HST-PLN-0001** | | Last Revised **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Chief Inspector** | That person designated by the Company as being responsible for the construction activities on a given project. |
| **Cold Working Pressure (CWP)** | The maximum working pressure of a fitting that the ANSI rates between -20 ºF and 100 ºF. |
| **Commencement Pressure (Strength Test)** | Also known as start Strength Test pressure. It is the minimum Strength Test pressure plus a cushion. |
| **Contractor** | Contractor's employees, agents, and other representatives and the employees, agents, and other representatives of its subcontractors. |
| **Company** | Sable Offshore and/or its affiliates. |
| **Company Representative** | The authorized representative of the Company in the field and/or test shop during the hydrostatic test who is to report to the Company project manager. |
| **Design Pressure (Internal Design Pressure)** | Is the maximum internal pressure limit based on the material in a pipeline segment and is greater than or equal to the maximum allowable operating pressure (MAOP) of natural and other gas pipelines or maximum operating pressure (MOP) in the case of hazardous liquids pipelines. |
| **Deadweight Tester** | An instrument that consists of a finely machined piston that is mounted vertically in a close-fitting cylinder used for maintaining a calculable pressure. Also known as a piston gauge. When fitted with a means of pressure control, additional pressure ports, masses, or other specific equipment, the complete system is commonly known as a dead-weight tester. |
| **Double Stroking** | Occurs when the straight-line portion of the stroke pressure plot requires twice the number of strokes for the same amount of pressure increase. The number of strokes is determined by the average number of stokes per 10 psi using a linear regression on the first 100 psi of the stroke pressure plot. Also known as double deviation. |
| **Fabrication** | An assembly of piping, fittings, and valves that, when installed, are normally considered only part of the facility. |
| **High Pressure Piping** | All piping which is to operate above 100 psig. |
| **Hydrostatic Pressure Test** | An integrity assessment of a pipeline or pipeline component, during which internal pressure above the normal or maximum operating pressure is applied, under no-flow conditions, for a fixed period of time. A liquid test medium is normally used to apply the internal pressure. |
| **High Pressure Pump** | Positive displacement pump equipped with micro switch breaker and stroke counter used to apply pressure to the pipeline during a hydrotest. |
| **Leak Check** | A preliminary review of a test section to check for leaks during pressurization before reaching the Specified Strength Test Pressure. |
| **Leak Test** | A procedure used in conjunction with testing to detect the existence or evidence of leaks in the pipeline that utilizes visual or analytical processes. For piping that is entirely visible during the test, the leak test will consist of observation of the piping while under pressure to check for visible or audible evidence of a leak. For piping below ground or otherwise not visible, the leak test will consist of an approved procedure whereby pressure variations during Strength Testing are accounted for, taking into account the effects of temperature and pressure on the test medium and pipe. |

SER-000607

004886



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |

| | | Status | IFE - Issued for Execution |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | SO-LFP-HST-PLN-0001 | Last Revised | **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Low Pressure Piping** | All piping which is to operate at or below 100 psig. |
| **Maximum Allowable Operating Pressure (MAOP)** | The maximum pressure at which a pipeline or segment of a pipeline may be operated under 49 CFR Part 192. It depends on the material used, the class location, test pressure levels and the operating conditions. |
| **Maximum Operating Pressure (MOP)** | The maximum pressure at which a pipeline or segment of a pipeline may be normally operated under 49 CFR Part 195. It depends on the material used, the class location, test pressure levels and the operating conditions. |
| **Maximum Test Pressure (MTP)** | The maximum internal fluid pressure permitted for testing, for the materials and for Part 192 facilities, class location involved. |
| **Primary Test** | Hydrostatic test for new buried pipelines, meter station piping, regulator station piping, compressor station piping, pump station piping, terminal piping, and delivery station piping. |
| **PCM** | Pressure Containing Material |
| **Pig** | A device that is driven through a pipeline by the flow of the fluid within the pipeline, used to perform various internal activities such as pipe cleaning, separation of pipe fluids, and internal inspection. |
| **Pig Trap** | An arrangement of pipeline equipment, with associated piping and valves for launching and/or receiving pigs. |
| **Pipeline** | All parts of those physical facilities through which product moves in transportation, including pipe, valves, and other appurtenance attached to pipe, compressor units, metering stations, regulator stations, delivery stations, holders, and fabricated assemblies. |
| **Pre-Test** | A pressure test performed on a critical subsection prior to the mainline test to ensure its integrity. Examples include pipe segments to be used for emergency pipe or pre-pull. |
| **Pressure Recorder** | A circular or strip chart analog used for recording the pressure during the hydrotest. |
| **Pressure Test** | A test performed to prove the integrity of piping. This test may consist of Leak Check, Leak Test, Strength Test and/or other testing criteria as required by Regulations and defined in the Pressure Test Letter and this document. |
| **Pressure Test Letter** | The letter approved  by the Company which provides any Specified Spike Test Pressure,Specified Leak Test Pressure, Specified Strength Test Pressure, Pressure Tolerance, test durations, requirement for stroke-pressure monitoring, requirement for a pressure-volume plot, and other information pertinent to the pressure test. |
| **Pressure Tolerance** | The allowable variance from the Specified Test Pressures, as specified by the Pressure Test Letter. |
| **Pressure Test Records** | The set of documents required to be completed and submitted for each pressure test. |
| **Restrained Pipe** | Pipe that is buried or otherwise permanently secured in one location. |
| **Secondary Test** | Pressure test using water or inert gas for fully exposed valve and piping assemblies and pipe. |

SER-000608

004887



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status **IFE - Issued for Execution** |
| | | Effective Date **March 11, 2025** |
| | | Revision Number **4** |
| Doc No **SO-LFP-HST-PLN-0001** | | Last Revised **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Should or May** | Verb used in association with a recommended or suggested practice. |
| **Shall or Will** | Verb used in association with a mandatory requirement. |
| **Strength Test** | Test designed to establish the operating pressure limit of a pipeline as required by code or regulation. It is the pressurization of piping to a minimum predetermined stress level or pressure and maintaining this stress level or pressure for a predetermined time interval or hold period. |
| **Specified Minimum Yield Strength (SMYS)** | An indication of the minimum stress that may cause permanent deformation of the pipe. |
| **Specified Strength Test** | The desired minimum strength test pressure, as specified Pressure by the Pressure Test Letter. |
| **Specifications** | Job Description, Drawings, codes, regulations, and standards and all other forms or documents comprising the contract between the Company and Contractor for the work described therein. |
| **Stabilization** | A period of time after the pipeline is completely filled, but before the pressure is increased to test pressure to allow the pressure and temperature in the test section to achieve steady-state. This is generally the time after the fill pumps are shut down and while the pressure pumps are readied for service and/or immediately after reaching test pressure. |
| **Strength Pressure Test** | A pressure test performed to qualify facilities to operate at a desired maximum allowable operating pressure (MAOP) or maximum operating pressure (MOP). |
| **Stress Corrosion Cracking (SCC)** | A form of cracking produced by the combined action of tensile stress (residual or applied), a corrosive environment, and susceptible material. |
| **Stroke Counter** | A device attached to a high pressure positive displacement pump that will count the number of time the pump completes a full cycle of the pistons on the pump. |
| **Stroke Pressure Plot** | A pressure versus strokes plot where a stroke counter is used to measure the amount of volume required to raise the pressure 10 psi. This value is recorded every 10 psi throughout the pressure up sequence beginning at 85% of test pressure and culminating at 100% of test pressure. Also known as PV Plot or Yield Plot. |
| **Test Administrator** | Individual that is present during the execution of the test and has the responsibility to monitor the test for compliance to the test plan. |
| **Test Duration** | The length of time pressure is held at the target pressure, not to include time taken to pressure up or during the leak test, according to the type of test (leak, spike, or strength) as specified in the Pressure Test Plan. |
| **Test Inspector** | The person responsible for ensuring pressure testing is conducted and documented in accordance with Company specifications and procedures, the approved Pressure Test Letter, the Contract Documents and the approved Pressure Testing Plan. |
| **Test Medium** | The fluid or gas that is used to conduct a pressure test. |
| **Test Pressure Ratio** | The test pressure divided by the desired operating pressure or MAOP of a pipeline system. |

SER-000609

004888



"Pipeline Solutions Since 1952"

# Hydrostatic Test
# Plan

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Test Report** | The final report with data recorded before, during and after the hydrotest, as well as the final test results. |

*Table 3 Definitions and Acronyms*

SER-000610

004889



| | | **Hydrostatic Test** <br> **Plan** | | |
|---|---|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | | Status | **IFE - Issued for Execution** |
| | | | Effective Date | **March 11, 2025** |
| | | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | | Last Revised | **May 5th, 2025** |

## 7. REVISION HISTORY

| Revision # | Date | Clause | Changes |
|---|---|---|---|
| 0 | March 11, 2025 | | Initial release – For review |
| 1 | March 13, 2025 | | Minor revisions, added test letters for sections 3-8 |
| 2 | March 19, 2025 | | Minor revisions to test letters. |
| 3 | May 2,2025 | | Corrected 4.3.1 MOP |
| 4 | May 5,2025 | | Revised Section 2, Sections 4 and 4.1, Appendix A, Added Appendix C |

*Table 4 Revision History*

## 8. APPROVALS HISTORY

This Project Execution Plan is reviewed by the Company and maintained by the Milbar and Contractor. Plan changes require the review and approval of the following as applicable.

| APPROVED BY | Signature / Date |
|---|---|
| **Milbar** | 05/05/2025 |
| **Sable Offshore** | |
| | |
| | |

*Table 5 Approvals History*

SER-000611

004890



**HYDRO-TEST INCORPORATED**

"Pipeline Solutions Since 1952"

# Hydrostatic Test
# Plan

| Project | PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) | Status | IFE - Issued for Execution |
|---|---|---|---|
| | | Effective Date | March 11, 2025 |
| | | Revision Number | 4 |
| Doc No | SO-LFP-HST-PLN-0001 | Last Revised | May 5th, 2025 |

## APPENDIX A – LOCATIONS OF VALVES AND ADDITIONAL INSTRUMENTS

Additional instrument locations are in yellow – Jumpers are in Blue

Valves (yellow) indicate instrument sites
Valves (yellow & blue) indicate instrumentation and bypass sites (2)
Rev 1 (3/21/2025)
Rev 2 (5/3/2025)

SER-000612

004891



# Hydrostatic Test Plan

| Project | PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) | Status | IFE - Issued for Execution |
|---|---|---|---|
| | | Effective Date | March 11, 2025 |
| | | Revision Number | 4 |
| Doc No | SO-LFP-HST-PLN-0001 | Last Revised | May 5th, 2025 |

## APPENDIX B – TEST LETTERS FOR SEGMENTS 3-8



**Sable Offshore**
**Hydrostatic Test Information**
**Spike Test**
Pipeline: CA-325A
Test Section #3

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.281 in. | X-70 | 23.95 miles | | |

Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.281 | | | | | | |
| Begin | 0.281 | | | | | | |
| High | 0.281 | | | | | | |
| Low | 0.281 | | | | | | |
| End | 0.281 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 790 PSI at the high point and Maximum of 99.1% SMYS at the low point of the thinnest wall pipe.

SER-000613

004892



| | **Hydrostatic Test Plan** | |
|---|---|---|

| | | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325A
Test Section #3

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.281 in. | X-70 | 23.95 miles | | |

Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.281 | | | | | | |
| Begin | 0.281 | | | | | | |
| High | 0.281 | | | | | | |
| Low | 0.281 | | | | | | |
| End | 0.281 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 650 PSI at the high point and Maximum of 88.4% SMYS at the low point of the thinnest wall pipe.

SER-000614

004893



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| **Doc No** | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



### Sable Offshore
### Hydrostatic Test Information
### Strength Test
Pipeline: CA-325B
Test Section #4

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.438 in. | X-70 | 11.06 miles | | |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.438 | | | | | | |
| Begin | 0.438 | | | | | | |
| High | 0.438 | | | | | | |
| Low | 0.438 | | | | | | |
| End | 0.438 | | | | | | |

*Gary Zunkel*
_____
Company Representative Approval

3/19/025
_____
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 886 PSI at the high point and Maximum of 80% SMYS at the low point of the thinnest wall pipe.

SER-000615

004894



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status: **IFE - Issued for Execution** <br> Effective Date: **March 11, 2025** <br> Revision Number: **4** <br> Last Revised: **May 5th, 2025** |
| Doc No | **SO-LFP-HST-PLN-0001** | |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #5

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.438 in. | X-70 | 13.79 miles | | |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.438 | | | | | | |
| Begin | 0.438 | | | | | | |
| High | 0.438 | | | | | | |
| Low | 0.438 | | | | | | |
| End | 0.438 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 743 PSI at the high point and Maximum of 79.5% SMYS at the low point of the thinnest wall pipe.

SER-000616

004895



# Hydrostatic Test Plan

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



### Sable Offshore
### Hydrostatic Test Information
### Strength Test
Pipeline: CA-325B
Test Section #6

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.438 in. | X-70 | 10.25 miles | ██████ | ██████ |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.438 | | | | | | |
| Begin | 0.438 | | | | | | |
| High | 0.438 | | | | | | |
| Low | 0.438 | | | | | | |
| End | 0.438 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 1201 PSI at the high point and Maximum of 68% SMYS at the low point of the thinnest wall pipe.

SER-000617

004896



# Hydrostatic Test Plan

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #7

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.344 in. | X-65 | 22.99 miles | ▮ | ▮ |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 912 PSI at the high point and Maximum of 84.7% SMYS at the low point of the thinnest wall pipe.

SER-000618

004897



| | **Hydrostatic Test<br>Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest<br>(Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #8

### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.375 in. | X-65 | 16.74 miles | | |

### Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| 175 psi | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.375 | | | | | | |
| Begin | 0.375 | | | | | | |
| High | 0.375 | | | | | | |
| Low | 0.375 | | | | | | |
| End | 0.375 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 450 PSI at the high point and Maximum of 91.3% SMYS at the low point of the thinnest wall pipe.

SER-000619

004898



| | **Hydrostatic Test** | |
|---|---|---|
| | **Plan** | |

| | | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## APPENDIX C – TEST LETTERS FOR SEGMENTS 1-2



**Sable Offshore**
**Hydrostatic Test Information**
**Spike Test**
Pipeline: CA-324
Test Section #1

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in. | X-65 | 10.87 miles | | |

Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| 400 psi | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 1156 PSI at the high point and Maximum of 81.9% SMYS at the low point of the thinnest wall pipe.

SER-000620

004899



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-324
Test Section #1

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in. | X-65 | 10.87 miles | ███ | ███ |

Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| ███ | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 905 PSI at the high point and Maximum of 68% SMYS at the low point of the thinnest wall pipe.

SER-000621

004900



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| **Doc No** | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



### Sable Offshore
### Hydrostatic Test Information
### Spike Test
Pipeline: CA-325A
Test Section #2



General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.344 in. | X-65 | 14.83 miles | ███████ | ███████ |

Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | ███ | | | | | |
| Begin | 0.344 | ███ | | | | | |
| High | 0.344 | ███ | | | | | |
| Low | 0.344 | ███ | | | | | |
| End | 0.344 | ███ | | | | | |

*Gary Zunkel*
Company Representative Approval

3/192025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 862 PSI at the high point and Maximum of 94.6% SMYS at the low point of the thinnest wall pipe.

SER-000622

004901



| | Hydrostatic Test Plan | |
|---|---|---|

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



### Sable Offshore
### Hydrostatic Test Information
### Strength Test
Pipeline: CA-325A
Test Section #2

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.344 in. | X-65 | 14.83 miles | | |

Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*
_____
Company Representative Approval

3/19/2025
_____
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 722 PSI at the high point and Maximum of 85.2% SMYS at the low point of the thinnest wall pipe.

SER-000623

004902



# Sable Offshore

## PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)

# Test Section:
# 1

# Station 0+00 to Station: 573+75
# 57,375 Feet of 24" O.D.

## Milbar Test ID#
## 1746608400

SER-000624

004965



il          I                                 CSFM ID#25-07317

**General Information:**

The purpose of this report is to summarize and document the results from the testing. This section of the PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) project for Sable Offshore is designated as 1. This section is primarily comprised of 24" O.D. x 0.344" W.T. x X-65 Grade pipe. The section begins at Station # 0+00 and ends at Station #573+75 for a total length of 57,375 Feet. The Sable Offshore test procedure was completed and validated by company inspection which was on site during the entire test. At the completion of the test the data contained in the test documentation was accepted as evidence of a valid test by Sable Offshore under Sable Offshore specifications.

**Elevation Data:**

The elevation at the test site was 223 FT at Station # 0+00. The begin point of the test section was at an elevation of 223 FT at Station #  0+00. The highest point in the test section was at an elevation of 817 FT at Station # 39+00. The lowest point in the test section was at an elevation of 12 FT at Station # 94+00. The end point of the test section was at an elevation of 194 FT at Station # 573+75.

**Temperature Data:**

The ambient temperature at the test site at the beginning of testing was 62°F at 08:05 AM May. 12, 2025 and was a minimum of 62°F at 08:05 AM May. 12, 2025 and reached a maximum of 74°F at 10:00 AM May. 12, 2025 before ending the test at 73°F at 05:00 PM May. 12, 2025.

The pipe temperature at the test site at the beginning of testing was 65.4°F at 08:05 AM May. 12, 2025 and was a minimum of 65.4°F at 08:05 AM May. 12, 2025 and reached a maximum of 65.5°F at 08:25 AM May. 12, 2025 before ending the test at  65.4°F at 05:00 PM May. 12, 2025.

The ground temperature at the test site at the beginning of testing was 64.5°F at 08:05 AM May. 12, 2025 and was a minimum of 64.4°F at 08:15 AM May. 12, 2025 and reached a maximum of 64.6°F at 02:15 PM May. 12, 2025 before ending the test at 64.5°F 05:00 PM May. 12, 2025.

**PVPlot Data:**

The plot was started at 5/12/25 07:36:51 AM with a pressure of 1130 psi and ended at 5/12/25 07:59:33 AM with a pressure of 1423 psi. The total duration of the plotting was 22.7 minutes at an average of 69.383 strokes per min and 12.907 psi per minute. We pumped a total of 1575 strokes at 1.306 gallons per stroke taking 5.375 strokes per psi or 7.02 gallons per psi for a total gallons pumped of 2056.95 gallons. The deviation from the calculated baseline was a total of -3.675 Gallons or -0.338 Gal/Mile.

**Duration Data:**

The total duration was 8 Hours 15 Minutes 0 Seconds for all phases of testing for this section. Detailed information regarding the duration of each phase of the testing can be found in the table on the following page.

**Please refer to additional documentation, drawings, etc supplied by Sable Offshore for details of any other piping and components that are incorporated within this section.



CSFM ID#25-07317

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPIKE | 05/12/25 08:05 AM | 05/12/25 08:20 AM | 0H15M 0S | 1423@ 76.4% | 1423@ 76.4% | 1423@ 76.4% | 1423@ 76.4% | 1166@ 62.6% | 1166@ 62.6% | 1514@ 81.3% | 1514@ 81.3% | 1436@ 77.1% | 1436@ 77.1% |
| TEST | 05/12/25 09:00 AM | 05/12/25 05:00 PM | 8H0M 0S | 1173@ 63% | 1172@ 62.9% | 1173@ 63% | 1172@ 62.9% | 916@ 49.2% | 915@ 49.1% | 1264@ 67.8% | 1263@ 67.8% | 1186@ 63.6% | 1185@ 63.6% |

SER-000626

004967



# TEST LOG

CSFM ID#25-07317

05/12/2025

Test ID#1746608400

| Company & Contractor: | Sable Offshore / U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) |
|---|---|---|

| Contract #: 26145 | Location: Nipomo, CA | Pipe Description: 24" O.D. 0.344" W.T. X-65 Grade |
|---|---|---|

| Section #: 1 | From: Sta.# 0+00 | To: Sta.# 573+75 | Length: 57,375 Feet |
|---|---|---|---|

| Pressure Unit Location: Sta.# 0+00 | Pressure Unit Number: PT020 | Gal./Stk.: 1.306 | Strokes / 10 psi: 53.75 |
|---|---|---|---|

| Max Pressure: 1433 PSI | Min Pressure: 1162 PSI | Test Medium: Water | Weather: Clear |
|---|---|---|---|

| Type | Certified | Serial # | Manufacturer | Range | Type | Certified | Serial # | Manufacturer | Range |
|---|---|---|---|---|---|---|---|---|---|
| Amb-RTU | 12/18/2024 | 004199A | Signalfire | -100 °F to 212 °F | PR | 03/11/2025 | 0814139 | Barton | 0-3000 PSI |
| Deadweight | 03/06/2025 | 6106 | Chandler | 50-3000 PSI | PR | 03/05/2025 | 202E-0925071 | Barton | 0-3000 PSI |
| G-RTU | 12/18/2024 | 004327G | Signalfire | -100 °F to 212 °F | Press-RTU | 12/18/2024 | 004199PG | Signalfire | 0-5800 PSI |
| G-RTU | 12/18/2024 | 004175G | Signalfire | -100 °F to 212 °F | Press-RTU | 12/18/2024 | 004191PG | Signalfire | 0-5800 PSI |
| P-RTU | 12/18/2024 | 004327P | Signalfire | -100 °F to 212 °F | | | | | |
| P-RTU | 12/18/2024 | 004175P | Signalfire | -100 °F to 212 °F | | | | | |

| Start Test | 05/12/25 / 08:05 AM | End Test | 05/12/25 / 05:00 PM |
|---|---|---|---|

| # | Date \| Time | Pressure (PSIG) | Amb | Pipe | Ground | Remarks | # | Date \| Time | Pressure (PSIG) | Amb | Pipe | Ground | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/12/25 05:09 AM | 401 | 59 | 65 | 64 | Start Pump | 25 | 05/12/25 11:00 AM | 1173 | 68 | 66 | 64 | |
| 2 | 05/12/25 05:12 AM | 418 | 59 | 65 | 64 | Stop Pump | 26 | 05/12/25 11:15 AM | 1173 | 71 | 66 | 64 | |
| 3 | 05/12/25 05:25 AM | 417 | 58 | 65 | 64 | Start Pump | 27 | 05/12/25 11:30 AM | 1173 | 70 | 66 | 65 | |
| 4 | 05/12/25 05:56 AM | 710 | 58 | 65 | 64 | Leak Check | 28 | 05/12/25 11:45 AM | 1173 | 71 | 66 | 65 | |
| 5 | 05/12/25 06:46 AM | 708 | 58 | 65 | 65 | Start Pump | 29 | 05/12/25 12:00 PM | 1173 | 73 | 66 | 64 | |
| 6 | 05/12/25 07:09 AM | 1000 | 60 | 65 | 65 | Leak Check | 30 | 05/12/25 12:15 PM | 1173 | 74 | 66 | 65 | |
| 7 | 05/12/25 07:26 AM | 1000 | 60 | 65 | 64 | Start Pump | 31 | 05/12/25 12:30 PM | 1173 | 73 | 66 | 65 | |
| 8 | 05/12/25 07:36 AM | 1130 | 61 | 65 | 65 | Start Plot | 32 | 05/12/25 12:45 PM | 1173 | 74 | 66 | 64 | |
| 9 | 05/12/25 07:59 AM | 1423 | 61 | 65 | 65 | Stop Plot | 33 | 05/12/25 01:00 PM | 1173 | 74 | 66 | 64 | |
| 10 | 05/12/25 08:05 AM | 1423 | 62 | 65 | 65 | On Spike Test | 34 | 05/12/25 01:15 PM | 1173 | 73 | 66 | 65 | |
| 11 | 05/12/25 08:10 AM | 1423 | 63 | 65 | 65 | | 35 | 05/12/25 01:30 PM | 1173 | 74 | 66 | 65 | |
| 12 | 05/12/25 08:15 AM | 1423 | 62 | 65 | 64 | | 36 | 05/12/25 01:45 PM | 1173 | 74 | 66 | 65 | |
| 13 | 05/12/25 08:20 AM | 1423 | 63 | 65 | 65 | Off Spike Test | 37 | 05/12/25 02:00 PM | 1173 | 74 | 66 | 65 | |
| 14 | 05/12/25 08:25 AM | 1423 | 63 | 66 | 65 | Bleed to Strength | 38 | 05/12/25 02:15 PM | 1173 | 73 | 66 | 65 | |
| 15 | 05/12/25 08:39 AM | 1173 | 65 | 66 | 64 | Stop Bleed | 39 | 05/12/25 02:30 PM | 1173 | 74 | 66 | 64 | |
| 16 | 05/12/25 08:45 AM | 1173 | 65 | 66 | 65 | | 40 | 05/12/25 02:45 PM | 1173 | 73 | 65 | 64 | |
| 17 | 05/12/25 09:00 AM | 1173 | 68 | 66 | 64 | On Test | 41 | 05/12/25 03:00 PM | 1173 | 73 | 66 | 64 | |
| 18 | 05/12/25 09:15 AM | 1173 | 73 | 66 | 64 | | 42 | 05/12/25 03:15 PM | 1173 | 72 | 66 | 64 | |
| 19 | 05/12/25 09:30 AM | 1173 | 73 | 66 | 64 | | 43 | 05/12/25 03:30 PM | 1172 | 73 | 65 | 64 | |
| 20 | 05/12/25 09:45 AM | 1173 | 73 | 66 | 64 | | 44 | 05/12/25 03:45 PM | 1172 | 74 | 65 | 65 | |
| 21 | 05/12/25 10:00 AM | 1173 | 74 | 66 | 65 | | 45 | 05/12/25 04:00 PM | 1172 | 73 | 65 | 65 | |
| 22 | 05/12/25 10:15 AM | 1173 | 73 | 66 | 64 | | 46 | 05/12/25 04:15 PM | 1172 | 72 | 65 | 65 | |
| 23 | 05/12/25 10:30 AM | 1173 | 72 | 66 | 64 | | 47 | 05/12/25 04:30 PM | 1172 | 73 | 65 | 65 | |
| 24 | 05/12/25 10:45 AM | 1173 | 68 | 66 | 64 | | 48 | 05/12/25 04:45 PM | 1172 | 72 | 65 | 65 | |

Remarks: Pipe and ground temperature recordings taken from SignalFire Unit 004327.

| Total Log Entries: 51 | Test Accepted |
|---|---|

| Milbar Representative Will Turner SER-000627 | | Company Representative Scott Short | |
|---|---|---|---|

 

004968

# MILBAR
**HYDRO-TEST INCORPORATED**

## TEST LOG (Continued)

QSFM ID#25-07217

**Test ID#**
**1746608400**

| Company & Contractor: | Sable Offshore / U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) |
|---|---|---|

| Start Test | 05/12/25 / 09:00 AM | End Test | 05/12/25 / 05:00 PM |
|---|---|---|---|

| Date | Time | Pressure (PSIG) | Temperature (F) Amb | Pipe | Ground | Remarks |
|---|---|---|---|---|---|---|
| 49 \| 05/12/25 | 05:00 PM | 1172 | 73 | 65 | 65 | Off Test |
| 50 \| 05/12/25 | 05:15 PM | 1172 | 71 | 65 | 65 | |
| 51 \| 05/12/25 | 05:50 PM | 0 | 71 | | | |

**Total Log Entries: 51**     **Test Accepted**

| Milbar Representative | Company Representative |
|---|---|
| Will Turner | Scott Short |
| SER-000628 | Scott Short 004969 |



CSFM ID#25-07317

Milbar Test ID# **1746608400**

004970

Milbar Representative
Will Turner

Company Representative

SER-000629



CSFM ID#25-07317

Milbar Test ID# 1746608400

004971

**Milbar Representative**
Will Turner

**Company Representative**

SER-000630



CSFM ID#25-07317

Milbar Test ID# **1746608400**

004972

Milbar Representative
Will Turner

Company Representative

SER-000631



CSFM ID#25-07317

Milbar Test ID# 1746608400

004973

Milbar Representative
Will Turner

Company Representative

SER-000632

CSFM ID#25-07317

Milbar Test ID# 1746608400

004974

Milbar Representative
Will Turner

Company Representative

SER-000633



CSFM ID#25-07317

Milbar Test ID# 1746608400

004975

Milbar Representative
Will Turner

Company Representative

SER-000634

CSFM ID#25-07317

Milbar Test ID# 1746608400

004976

Milbar Representative
Will Turner

Company Representative

SER-000635

CSFM ID#25-07317

Milbar Test ID# 1746608400

SER-000636

Milbar Representative
Will Turner

Company Representative



CSFM ID#25-07317

Milbar Test ID# 1746608400

004978

Milbar Representative
Will Turner

Company Representative

SER-000637



CSFM ID#25-07317

Milbar Test ID# 1746608400

004979

Milbar Representative
Will Turner

Company Representative

SER-000638



CSFM ID#25-07317

Milbar Test ID# 1746608400

SER-000639

Milbar Representative
Will Turner

Company Representative

004980

CSFM ID#25-07317

Milbar Test ID# 1746608400

Milbar Representative
Will Turner

Company Representative

SER-000640

004981



## MILBAR HYDRO-TEST INCORPORATED — STROKE / PRESSURE LOG

CSFM ID#25-07317

5/12/2025
1746608400

Company: Sable Offshore / U.S. Pipeline — Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)

Contract: 26145 — Location: Nipomo, CA — Pipe Description: 24" O.D. 0.344" W.T. X-65 Grade

Section: 1 — From: Sta.# 0+00 — To: Sta.# 573+75 — Length: 57,375 Feet

| Pressure Unit Location: | Sta.# 0+00 | Pressure Unit Number: | PT020 | Gal/Stk: | 1.306 | Strokes/10 psi: | 53.75 |

Date & Time Start Plot: 5/12/25 07:36:51 AM — Pressure: 1130
Date & Time Stop Plot: 5/12/25 07:59:33 AM — Pressure: 1423

| Date        Time | Pressure (PSIG) | Strokes | Difference |
|---|---|---|---|
| 5/12/25 07:36:51 AM | 1130 | 0 | 0 |
| 5/12/25 07:37:40 AM | 1140 | 55 | 55 |
| 5/12/25 07:38:27 AM | 1150 | 110 | 55 |
| 5/12/25 07:39:13 AM | 1160 | 164 | 54 |
| 5/12/25 07:39:58 AM | 1170 | 216 | 52 |
| 5/12/25 07:40:46 AM | 1180 | 272 | 56 |
| 5/12/25 07:41:30 AM | 1190 | 323 | 51 |
| 5/12/25 07:42:18 AM | 1200 | 379 | 56 |
| 5/12/25 07:43:01 AM | 1210 | 430 | 51 |
| 5/12/25 07:43:50 AM | 1220 | 486 | 56 |
| 5/12/25 07:44:36 AM | 1230 | 539 | 53 |
| 5/12/25 07:45:23 AM | 1240 | 593 | 54 |
| 5/12/25 07:46:10 AM | 1250 | 647 | 54 |
| 5/12/25 07:46:57 AM | 1260 | 702 | 55 |
| 5/12/25 07:47:41 AM | 1270 | 753 | 51 |
| 5/12/25 07:48:29 AM | 1280 | 809 | 56 |
| 5/12/25 07:49:14 AM | 1290 | 861 | 52 |
| 5/12/25 07:50:02 AM | 1300 | 916 | 55 |
| 5/12/25 07:50:47 AM | 1310 | 969 | 53 |
| 5/12/25 07:51:34 AM | 1320 | 1022 | 53 |
| 5/12/25 07:52:18 AM | 1330 | 1074 | 52 |
| 5/12/25 07:53:07 AM | 1340 | 1130 | 56 |
| 5/12/25 07:53:54 AM | 1350 | 1184 | 54 |
| 5/12/25 07:54:40 AM | 1360 | 1239 | 55 |
| 5/12/25 07:55:25 AM | 1370 | 1290 | 51 |
| 5/12/25 07:56:11 AM | 1380 | 1343 | 53 |
| 5/12/25 07:56:57 AM | 1390 | 1396 | 53 |
| 5/12/25 07:57:44 AM | 1400 | 1451 | 55 |
| 5/12/25 07:58:31 AM | 1410 | 1505 | 54 |
| 5/12/25 07:59:22 AM | 1420 | 1558 | 53 |
| 5/12/25 07:59:33 AM | 1423 | 1575 | 17 |

Milbar Representative
Will Turner
SER-000641


Company Representative
Scott Short

004982



# MILBAR HYDRO-TEST INCORPORATED

CSFM ID#25-07317

# STROKE/PRESSURE PLOT

5/12/2025

1746608400

| | | |
|---|---|---|
| Company: Sable Offshore **/** U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) | |
| Contract: 26145 | Location: Nipomo, CA | Pipe Description: 24 " O.D. 0.344" W.T.X-65 Grade |
| Section: 1 | From: Sta.# 0+00 | To: Sta.# 573+75 | Length: 57,375 Feet |

| | | | | |
|---|---|---|---|---|
| Begin | Sta: 0+00 Ele: 223 Stress: 49,639 psi / 76.4 % | End Sta: 573+75 Ele: 194 Stress: 50,078 psi / 77 % | Total Gallons Pumped: **2056.95** | Gallons/Stroke: **1.306** |
| High | Sta: 39+00 Ele: 817 Stress: 40,657 psi / 62.5 % | Low Sta: 94+00 Ele: 12 Stress: 52,830 psi / 81.3 % | Strokes/PSI: **5.3754** | Gallons/PSI: **7.0203** |
| TS | Sta: 0+00 Ele: 223 Stress: 49,639 psi / 76.4 % | Deviation: -3.7 Gallons / -0.34 Gal/Mile | Strokes/Min: **69.38** | PSI/Min: **12.91** |

Pressure

Strokes

| | |
|---|---|
| Milbar Representative Will Turner SER-000642 | Company Representative Scott Short |





004983

Milbar Test ID# 1746608400                    CSFM ID#25-07317

SER-000643

004984



Milbar Test ID# 1746608400

CSFM ID#25-07317



SER-000644

004985

Milbar Test ID# 1746608400

CSFM ID#25-07317



SER-000645

004986

Milbar Test ID# 1746608400          CSFM ID#25-07317

SER-000646                                                    004987

Milbar Test ID# 1746608400          CSFM ID#25-07317

SER-000647                                                    004988

Milbar Test ID# 1746608400        CSFM ID#25-07317



Milbar Test ID# 1746608400        CSFM ID#25-07317

Milbar Test ID# 1746608400

CSFM ID#25-07317



SER-000649

Milbar Test ID# 1746608400                    CSFM ID#25-07317



Milbar Test ID# 1746608400                    CSFM ID#25-07317

Milbar Test ID# 1746608400

CSFM ID#25-07317

SER-000651

004992

Milbar Test ID# 1746608400          CSFM ID#25-07317



SER-000652

Milbar Test ID# 1746608400          CSFM ID#25-07317

004994



SER-000653

Milbar Test ID# **1746608400**          CSFM ID#25-07317



OFFICE OF THE STATE FIRE MARSHAL
**PIPELINE SAFETY DIVISION**
P O Box 944246
Sacramento, CA 94244-2460
Tel: (916)445-8477

**SFM**

# NOTIFICATION OF PROPOSED PIG RUN
## OR HYDROSTATIC TEST

Date    May 06, 2025

| CSFM ID# | **25-07317** | Request Date | 05/05/2025 | Test Date | 05/11/2025 | Start Test Time | 0800 | Report Due Date | 06/10/2025 |
|---|---|---|---|---|---|---|---|---|---|

| Est. Time of Test | ☐ 4 Hours ☑ 8 Hours | Independent Testing Firm: *Milbar Hydro-Test, Inc. – A* |
|---|---|---|

| Facility ID# | -- | ☐ **Notify the local Fire Department at least 3 working days prior to the Hydrostatic Test.** |
|---|---|---|

| Line ID # | **0015** | *CA-324 – 0445A – Pacific Pipeline Company* | INSP Unit # |
|---|---|---|---|

| Kind of Test | ☐ 2 Yrs | ☑ 5 Yrs (CA) | ☐ New Line | ☐ Part 195 | ☐ Pre-Tested Pipe | ☐ Replacement Relocation | ☐ Station Pipe and Valve, Receiver |
|---|---|---|---|---|---|---|---|

| Hydrotest | ☑ Yes ☐ No | Test Medium: | ☑ Water | ☐ Jet Fuel | ☐ Diesel | ☐ Fuel Oil | ☐ Crude | ☐ Other | ☐ None Unknown |
|---|---|---|---|---|---|---|---|---|---|

| Pig Run | ☐ Yes ☑ No | Pig Run Code | ☐ Deformation | ☐ Metal Loss | ☐ Other | ☐ None Unknown |
|---|---|---|---|---|---|---|

| Test Length (in Feet) | 57,375 | Test Pressure (psig) | 1254-1505 | MOP Max Pressure (psig) | 1003 | Test Cycle (yrs) | 5 |
|---|---|---|---|---|---|---|---|

| Lat/Long Position: (Require information must be include on the report.) | Begin from | Lat | 0.00000000 | End To | Lat | 0.00000000 |
|---|---|---|---|---|---|---|
| | | Long | 0.00000000 | | Long | 0.00000000 |

| Test Equipment: Location | ███████████████████████ |
|---|---|

| If other than water, has waiver been granted? | ☐ Yes ☑ No | Waiver Date: |
|---|---|---|

| Comments (additional information) | *Testing Segment #1 from MP 0 to MP 10.87 (324-Sta 0+00 (Lat 34.478972, Long. -120.041829) to Sta. 573+75 (Lat 34.476017, Lat -120.198202) Test pressures shown are for the low point in the line and need to be adjusted for the test site. MOP at the low point in CA-324 is 1003 psig* |
|---|---|

| **Office of Pipeline Safety Use Only.** Assigned to Engineer Date | Engineer | Review Date | Responsed Date |
|---|---|---|---|
| Report Received Date | Report Overdue | No | Next Test Date | 05/11/2030 |
| Test Result | ☐ Pass ☐ Fail ☑ Unknown | Leak During Hydro/Pig Run Test | ☐ Yes ☐ No ☑ Unknown |
| Call Received By | *Victor Gomez* | Person Calling: | ██████████ |
| | | Phone #: | ██████████ | Fax #: |

* Return this form with the report to the Office of the State Fire Marshal - Pipeline Safety Division

Milbar Test ID# 1746608400          CSFM ID#25-07317

Appendix B – Hydrostatic Test Notification Form HYD-1



OFFICE OF THE STATE FIRE MARSHAL
PIPELINE SAFETY DIVISION
3780 Kilroy Airport Way, Suite 500
Long Beach, CA 90806

Clear    Save As

## NOTIFICATION OF HYDROSTATIC TEST

Operator must Email request to: PipelineNotification@fire.ca.gov

| | |
|---|---|
| Operator Name: | Sable Offshore Corp/Pacific Pipeline Company |
| Operator ID: | 40681 |
| OSFM Line ID: | 0015 |
| | If the test includes multiple OSFM lines, a separate notification must be submitted for each individual OSFM Line ID |
| High Risk: | Yes ☐ No ☐ |
| Company Performing Hydrotest: | Milbar Hydro-Test Inc. |
| Person Requesting (Operator): | ███████ |
| Title: | Operations Supervisor |
| Address: | ███████ |
| City: | |
| State: | |
| Zip Code: | |
| Phone: | |
| Email: | |
| Test Date: | |
| Test Duration: | ☐ 4 Hours ☐ 8 Hours |
| Type of Test: | ☐ OSFM High Risk ☐ IMP (Part 195.452) ☐ New Construction ☐ Relocation<br>☐ 1 year ☐ 2 year ☐ 3 year ☐ 5 year<br>☐ Pre-tested Pipe ☐ Facility (includes Valves, Receivers, In-plant Piping) |
| Test Medium: | ☐ Water ☐ *Other (OSFM Waiver Required, please attach justification) |
| If Other, List Test Medium: | N/A |
| Length of Pipe Tested (feet): | 57,375 feet (10.87 miles) 24-inch pipe, 0.344 wall, X65. Refer to attached information for additional details |
| Proposed Test Pressure (psig): | 1505 psig (Min. Spike - 15 minutes), 1254 psig (min. strength - 8 hours) (These pressures are at the low point) |
| MOP of Pipeline (psig): | 1003 psig CA-324 at Approx. Sta. 94+00 (elevation 12 feet) |
| Test Equipment Location: | ███████ |

Comments:

Testing Segment #1 from MP 0 to MP 10.87 (324-Sta. 0+00 ███████ to Sta. 573+75 ███████ Test pressures shown ███████ the low point in the line and need to be adjusted for the test site. MOP at the low point in CA-324 is 1003 psig.

☐ The State Fire Marshal and the local fire department must be notified by the Operator at least 3 working days prior to the Hydrostatic Test for the pipeline.

☐ Please include a one-page PDF map of the proposed line that will be tested with this submission.

For Official Use, only:

| OSFM Test ID: | Notification Date: | Notification Received By: |
|---|---|---|
| Waiver Request Received Date: | Waiver Request Granted?<br>☐ Yes ☐ No | Waiver Approval Letter Sent Date: |

If the Test Medium is NOT Water, a Waiver is Required.

Rev. 04/2022



004996

Milbar Test ID# 1746608400                    CSFM ID#25-07317



SER-000656                                              004997

Milbar Test ID# 1746608400    CSFM ID#25-07317



SER-000657    004998

Milbar Test ID# 1746608400

CSFM ID#25-07317



SER-000658

004999

Milbar Test ID# 1746608400          CSFM ID#25-07317



SER-000659                                              005000

Milbar Test ID# 1746608400

CSFM ID#25-07317



SER-000660

005001

Milbar Test ID# 1746608400                    CSFM ID#25-07317



## Sable Offshore
## Hydrostatic Test Information
## Spike Test
Pipeline: CA-324
Test Section #1

### General Information:

| O.D | W.T | Grade | Length | Fill Volume | Gallons/psi |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in | X-65 | 10.87 miles | | |

### Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station | Approximate Elevation (ft) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 1156 PSI at the high point and Maximum of 61.8% SMYS at the low point of the thinnest wall pipe.

SER-000661                                                    005002

Milbar Test ID# 1746608400          CSFM ID#25-07317



## Sable Offshore
## Hydrostatic Test Information
### Strength Test
Pipeline: CA-324
Test Section #1



### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallons/psi |
|------|------|-------|--------|-------------|-------------|
| 24.00 in. | 0.344 in. | X-65 | 10.87 miles | | |

### Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | PV Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 905 PSI at the high point and Maximum of 66% SMYS at the low point of the thinnest wall pipe.

SER-000662          005003

Milbar Test ID# 1746608400          CSFM ID#25-07317

# MILBAR   TEST LOG

Date: 5/12/25
Page: 1 of 2

| Company & Contractor: | Sable Offshore / USPL | Project: | Los Flores Pipe line | | |
|---|---|---|---|---|---|
| Contract Number: | 26-145 | Location: Los Flores Canyon | Pipe Description: | 24 "O.D. 0.344 "W.T. X-65 Grade | |
| Section Number(s): | 1 | From MP/STA: 0+00 | To MP/STA: 573+75 | Length: 10.87 mi | |
| Pressure Unit Location: | 0+00 | Pressure Unit #: PT 020 | Gallons/Stroke: 1.304 | Strokes/10psi: | |
| Test Pressure Maximum: | 1433 psi | Test Pressure Minimum: 1167 psi | Test Medium: Water | Weather: Clear | |

| Instruments | Dead Weight Gauge | Pressure | Temperature (Ambient) | Temperature (Pipe / Ground) | (Other) | (Other) |
|---|---|---|---|---|---|---|
| Range | 50-3000 psi | 0-3000 psi | 0-150 | | | |
| Manufacturer | Chandler | Barton | Barton | | | |
| Serial # | 6106 | 0814139 | 0815136 | | | |
| Certification | / / | 03/11/2025 | 03/11/2025 | / / | / / | / / |

| Date & Time Test Started: | 5/12/25   9:00   ☑AM ☐PM | Date & Time Test Ended: | 5/12/25   5:00   ☐AM ☑PM |
|---|---|---|---|

| Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe/Ground | Remarks | Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe/Ground | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 0509 | 401 | 59 | 65/64 | Start Pump | 11:00 | 1173 | 68 | 65.5/64.4 | |
| 0512 | 418 | 59 | 65/64 | Stop Pump | 11:15 | 1173 | 68 | 65.5/64.8 | |
| 0525 | 418 | 58 | 65/64 | Start Pump | 11:30 | 1173 | 70 | 65.5/65 | |
| 0556 | 710 | 58 | 65/64 | 50% Leak Check | 11:45 | 1173 | 71 | 65.5/64.5 | |
| 0646 | 706 | 58 | 65/65 | Start Pump | 12:00 | 1173 | 73 | 65.5/64.5 | |
| 0709 | 1000 | 60 | 65/65 | Leak Check | 12:15 | 1178 | 74 | 65.7/64.5 | |
| 0721 | 1000 | 60 | 65/64 | Start Pump | 12:30 | 1173 | 73 | 65.5/64.5 | |
| 7:36 | 1130 | 61 | 65.4/64.5 | Stop Plot | 12:45 | 1173 | 74 | 65.5/64.5 | |
| 7:54 | 1423 | 61 | 65/64 | Stop Plot | 1:00 | 1173 | 74 | 65.5/64.5 | |
| 7:55 | 1423 | 62 | 65.4/64.5 | On Spike Test | 1:15 | 1173 | 73 | 65.5/64.5 | |
| 8:10 | 1423 | 63 | 65.4/64.4 | | 1:30 | 1173 | 74 | 65.5/64.5 | |
| 8:15 | 1423 | 62 | 65.4/64.4 | | 1:45 | 1173 | 74 | 65.5/64.5 | |
| 8:20 | 1423 | 63 | 65.4/64.5 | Off Spike Test | 2:00 | 1173 | 74 | 65/64.5 | |
| 8:25 | 1423 | 63 | 65/64.4 | Bled or Start | 2:15 | 1173 | 73 | 65.5/64.5 | |
| 8:39 | 1173 | 65 | 65/64.5 | Stop Bleed | 2:30 | 1173 | 74 | 65/64.4 | |
| 8:45 | 1173 | 65 | 65/64.5 | | 2:45 | 1173 | 73 | 65/64.4 | |
| 9:00 | 1173 | 68 | 65.5/64.4 | | 3:00 | 1173 | 73 | 65.5/64.4 | |
| 9:15 | 1173 | 73 | 65/64.4 | | 3:15 | 1173 | 72 | 65/64.4 | |
| 9:30 | 1173 | 73 | 65/64.4 | | 3:30 | 1172 | 73 | 65.4/64.4 | |
| 9:45 | 1173 | 73 | 65.5/64.4 | | 3:45 | 1172 | 74 | 65/64.5 | |
| 10:00 | 1173 | 74 | 65.5/64.5 | | 4:00 | 1172 | 73 | 65/64.5 | |
| 10:15 | 1173 | 73 | 65.5/64.4 | | 4:15 | 1172 | 72 | 65/64.5 | |
| 10:30 | 1173 | 72 | 65/64.4 | | 4:30 | 1172 | 73 | 65/64.5 | |
| 10:45 | 1173 | 68 | 65/64.4 | | Log Continued: ☐ Yes ☐ No | | | | |

Remarks: Pipe & Ground Temp recorded from Signal Fire Unit 004527

| Section Accepted ☑ Yes | P-V Plot ☑ Yes | Section Ruptured ☐ Yes | Section Leaking ☐ Yes |
|---|---|---|---|

Milbar Supervisor — 5/12/25 — White - Company

[signature]   5/12/25

SER-000663

005004

Milbar Test ID# 1746608400    CSFM ID#25-07317

## MILBAR
HYDRO-TEST INCORPORATED

## TEST LOG

Date: 5/12/25

Page: 2 of 2

| Company & Contractor: | | | Project: | | | |
|---|---|---|---|---|---|---|
| Contract Number: | Location: | | Pipe Description: | " O.D. | " W.T. | Grade |
| Section Number(s): | From: MP/STA | | To: MP/STA | | | Length: |
| Pressure Unit Location: | Pressure Unit #: | | Gallons/Stroke: | | Strokes/10psi: | |
| Test Pressure Maximum: | Test Pressure Minimum: | | Test Medium: | | Weather: | |

| Instruments | Dead Weight Gauge | Pressure | Temperature (Ambient) | Temperature (Pipe / Ground) | (Other) | (Other) |
|---|---|---|---|---|---|---|
| Range | | | | | | |
| Manufacturer | | | | | | |
| Serial # | | | | | | |
| Certification | / / | / / | / / | / / | / / | / / |

| Date & Time Test Started: | / / | : | ☐ AM ☐ PM | Date & Time Test Ended: | / / | : | ☐ AM ☐ PM |
|---|---|---|---|---|---|---|---|

| Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe / Ground | Remarks | Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe / Ground | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 4:45pm | 1172 | 72 | 65.4/64.5 | | | | | | |
| 5:00 | 1172 | 73 | 65.4/64.5 | Off Test | | | | | |
| 5:15 | 1172 | 71 | 65.4/64.5 | | | | | | |
| 5:24 | 1172 | 70 | | Depressure | | | | | |

Log Continued: ☐ Yes ☒ No

Remarks:

| Section Accepted ☒ Yes | P-V Plot ☐ Yes | Section Ruptured ☐ Yes | Section Leaking ☐ Yes |
|---|---|---|---|

5/12/25    5/12/25

White - Company    Yellow - Milbar

SER-000664    005005

Milbar Test ID# 1746608400       CSFM ID#25-07317

# MILBAR
## STROKE / PRESSURE LOG

Date: 5/12/25
Page: 1 of

**Company & Contractor:** Sable Offshore / USPL
**Project:** Las Flores Ppeline
**Contract Number:** 26-145
**Location:** Los Flores Canyon
**Pipe Description:** 24 "O.D. 3/4 "W.T. X 65 Grade
**Section Number(s):** 1
**From MP/STA:** 0+00
**To MP/STA:** 573+75
**Length:** ~10.87 mls
**Pressure Unit Location:** 0+00 (LFC)
**Pressure Unit Number:** PT 020
**Gallons/Stroke:** 1.306

**Date & Time Start Pump:** / / : ☐AM ☐PM Pressure:
**Date & Time Stop Pump:** / / : ☐AM ☐PM Pressure:

| Time | Pressure (psig) | Strokes | Difference | Time | Pressure (psig) | Strokes | Difference |
|------|------|------|------|------|------|------|------|
| 7:36 | 1130 | 0 | 0 | 7:54 | 1420 | 1558 | 53 |
| 7:37 | 1140 | 55 | 55 | 7:54 | 1423 | 1575 | 17 |
| 7:38 | 1150 | 110 | 55 | | | | |
| 7:39 | 1160 | 164 | 54 | | | | |
| 7:39 | 1170 | 216 | 52 | | | | |
| 7:40 | 1180 | 272 | 56 | | | | |
| 7:41 | 1140 | 323 | 51 | | | | |
| 7:42 | 1200 | 379 | 56 | | | | |
| 7:43 | 1210 | 430 | 51 | | | | |
| 7:43 | 1220 | 486 | 53 | | | | |
| 7:44 | 1230 | 539 | 53 | | | | |
| 7:45 | 1240 | 593 | 54 | | | | |
| 7:46 | 1250 | 647 | 54 | | | | |
| 7:46 | 1260 | 702 | 55 | | | | |
| 7:47 | 1270 | 753 | 51 | | | | |
| 7:48 | 1280 | 809 | 56 | | | | |
| 7:49 | 1290 | 861 | 51 | | | | |
| 7:50 | 1300 | 916 | 55 | | | | |
| 7:50 | 1310 | 969 | 53 | | | | |
| 7:51 | 1320 | 1022 | 53 | | | | |
| 7:52 | 1330 | 1074 | 52 | | | | |
| 7:53 | 1340 | 1130 | 56 | | | | |
| 7:53 | 1350 | 1184 | 54 | | | | |
| 7:54 | 1360 | 1239 | 55 | | | | |
| 7:55 | 1370 | 1290 | 51 | | | | |
| 7:56 | 1380 | 1343 | 53 | | | | |
| 7:56 | 1390 | 1396 | 53 | | | | |
| 7:57 | 1400 | 1451 | 55 | | | | |
| 7:58 | 1410 | 1505 | 54 | | | | |

Log Continued: ☐ Yes ☒ No

**Remarks:**

Milbar Superintendent    5/12/25              5/12/25

SER-000665

005006

Milbar Test ID# 1746608400          CSFM ID#25-07317

**Clear Form**



OFFICE OF THE STATE FIRE MARSHAL
PIPELINE SAFETY DIVISION
3780 Kilroy Airport Way, Suite 500
Long Beach, CA 90806

Appendix D – Test Results Form HYD-3
Revision Date: 04/2020

## HYDROSTATIC TEST RESULTS/ PIPELINE DATA

| Test Date: | CSFM Test ID # |
|---|---|
| 05/12/2025 | 25-07317 |
| Pipeline Operator: | Independent Testing Firm: |
| Santa Ofshore Corp/Pacific Pipeline Company | Milbar Hydro-Test Inc. |

### Type of Test and Pipeline Identification (description, line number, name, pre-tested pipe, etc.)

☐ 1 Year ☐ 2 Year ☐ 3 Year ☑ 5 Year ☐ IMP (Part 195.452) ☐ OSFM High Risk ☐ Pre-tested pipe
☐ New Construction ☐ Relocation ☐ Facility (Includes: Valves, Receivers, In-plant Piping)

Comment: Testing Segment #1 from MP 0 to MP 10.87 (324-Sta 0+00 (Lat. ▇▇▇▇▇ to Sta 573+75 (La ▇▇▇▇▇ Test pressures shown are for the low point in the line and need to be adjusted for the test site. MOP at the low point in CA-324 is 1003 psig

| Pipeline Location (mile post, street, station, etc.) | |
|---|---|
| From: | Sta 0+00 ▇▇▇ |
| To: | Sta 573+75 ▇▇▇ |
| CSFM Line ID#: | 0015 CA-324 -- 0445A -- Pacific Pipeline Company |
| Product Normally Transported: | Crude Oil |
| Test Medium : | ☑ Water ☐ Other (Specify) |

| Location of Deadweight Tester: * | | Deadweight Elevation (ft):* |
|---|---|---|
| 12000 Calle Real, Goleta, CA ▇▇▇▇▇ | | 223 |

| Elevation of Pipeline | High Point (ft):* | 817' | Low Point (ft):* | 12' |
|---|---|---|---|---|
| Test Pressure | High Point (psig):* | 1166 - Spike \| 916 - Test | Low Point (psig):* | 1514 - Spike \| 1264 - Test |
| Maximum Operating Pressure (psig):* | | MOP at the low point in CA-324 is 1003 psig | | |

### PIPE DATA

| Pipe O.D. (in.) | Wall Thickness (in.) | Specification & Grade (SMYS) | Length of test segment (ft) | Volume (Barrels) |
|---|---|---|---|---|
| 24" | .344 | X-65 | 57,375 | ~30,000 |
| 3" | .216 | GRD B | 28.5 | |
| 4" | .237 | Grd. B | 3' | |
| 12" | .375 | X-52 | 14.5 | |
| 20" | .500 | X-52 | 41.5 | |
| | | | | |
| | | | | |

### TEST EQUIPMENT

| Make of Deadweight Tester | | Serial # | Date Last Calibrated |
|---|---|---|---|
| Chandler | | 6106 | 03/06/2025 |
| Make of Pressure Chart Recorder (1) / Gauge (2) | | Serial # | Date Last Calibrated |
| 1) Recorder: | SignalFire | 004199 | 12/18/2024 |
| 2) Gauge: | SignalFire | 004199 | 12/18/2024 |
| Make of Temperature Recorder (1) / Gauge (2) | | Serial # | Date Last Calibrated |
| 1) Recorder: | SignalFire | 004199, 004175, 004327 | 12/18/2024 |
| 2) Gauge: | SignalFire | 004191 | 12/18/2024 |

| GPS | Beginning Location: | Ending Location: |
|---|---|---|
| Latitude: | ▇▇▇▇▇ | ▇▇▇▇▇ |
| Longitude: | ▇▇▇▇▇ | ▇▇▇▇▇ |

* N/A is not acceptable in these fields.

Page 1 of 3

Milbar Test ID# 1746608400     CSFM ID#25-07317

| TEST DATA FOR CSFM TEST ID # | | | | | | | 25-07317 |
|---|---|---|---|---|---|---|---|
| Date | Time | Dead weight (psig) | Chart Pressure (psig) | Pipe Wall Temp. °F | Ambient Temp °F | Test Medium Change (+) Add'l (-) Drain (Gal.) | Comments |
| 5/12/25 | 5:09AM | 401 | 400 | 65 | 59 | | Start Pump |
| 5/12/25 | 5:12 | 418 | 400 | 65 | 59 | | Stop Pump |
| 5/12/25 | 5:25 | 417 | 400 | 65 | 58 | | Start Pump |
| 5/12/25 | 5:56 | 710 | 700 | 65 | 58 | | Leak Check |
| 5/12/25 | 6:46 | 708 | 700 | 65.4 | 58 | | Start Pump |
| 5/12/25 | 7:09 | 1000 | 1000 | 65.4 | 60 | | Leak Check |
| 5/12/25 | 7:26 | 1000 | 1000 | 65.4 | 60 | | Start Pump |
| 5/12/25 | 7:36 | 1130 | 1125 | 65.4 | 61 | | Start Plot |
| 5/12/25 | 7:59 | 1423 | 1420 | 65.4 | 61 | | Stop Plot |
| 5/12/25 | 8:05 | 1423 | 1420 | 65.4 | 62 | | On Spike Test |
| 5/12/25 | 8:10 | 1423 | 1420 | 65.4 | 63 | | |
| 5/12/25 | 8:15 | 1423 | 1420 | 65.4 | 62 | | |
| 5/12/25 | 8:20 | 1423 | 1420 | 65.4 | 63 | | Off Spike Test |
| 5/12/25 | 8:25 | 1423 | 1420 | 65.5 | 63 | | Bleed to Strength Test |
| 5/12/25 | 8:39 | 1173 | 1165 | 65.5 | 65 | | Stop Bleed |
| 5/12/25 | 8:45 | 1173 | 1165 | 65.5 | 65 | | |
| 5/12/25 | 9:00 | 1173 | 1165 | 65.5 | 68 | | On Test |
| 5/12/25 | 9:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 9:30 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 9:45 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 10:00 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 10:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 10:30 | 1173 | 1165 | 65.5 | 72 | | |
| 5/12/25 | 10:45 | 1173 | 1165 | 65.5 | 68 | | |
| 5/12/25 | 11:00 | 1173 | 1165 | 65.5 | 68 | | |
| 5/12/25 | 11:15 | 1173 | 1165 | 65.5 | 71 | | |
| 5/12/25 | 11:30 | 1173 | 1165 | 65.5 | 70 | | |
| 5/12/25 | 11:45 | 1173 | 1165 | 65.5 | 71 | | |
| 5/12/25 | 12:00PM | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 12:15 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 12:30 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 12:45 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 1:00 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 1:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 1:30 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 1:45 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 2:00 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 2:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 2:30 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 2:45 | 1173 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 3:00 | 1173 | 1165 | 65.5 | 73 | | |
| Net Change: | | | | | | | |

Page 2 of 3

SER-000667

005008

Milbar Test ID# 1746608400    CSFM ID#25-07317

| Date | Time | Dead weight (psig) | Chart Pressure (psig) | Pipe Wall Temp. °F | Ambient Temp °F | Test Medium Change (+) Add/ (-) Drain (Gal.) | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | 25-07317 |
| 5/12/25 | 3:15PM | 1173 | 1165 | 65.5 | 72 | | |
| 5/12/25 | 3:30 | 1172 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 3:45 | 1172 | 1165 | 65.4 | 74 | | |
| 5/12/25 | 4:00 | 1172 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 4:15 | 1172 | 1165 | 65.4 | 72 | | |
| 5/12/25 | 4:30 | 1172 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 4:45 | 1172 | 1165 | 65.4 | 72 | | |
| 5/12/25 | 5:00 | 1172 | 1165 | 65.4 | 73 | | Off Test |
| 5/12/25 | 5:15 | 1172 | 1165 | 65.4 | 71 | | |
| 5/12/25 | 5:24 | 1172 | 1165 | 65.4 | 70 | | Depressure |
| 5/12/2025 | 5:50 | 0 | 0 | | | | |

**TEST DATA FOR CSFM TEST ID #**

Net Change:

Page 2 of 3

SER-000668

005009

Milbar Test ID# 1746608400          CSFM ID#25-07317

| LIST ALL LEAKS ON LINE PIPE RESULTING FROM UNSUCCESSFUL TEST ATTEMPTS | |
|---|---|
| LOCATION | CAUSE |
| | |
| | |
| | |
| | |
| | |

| Approved Hydrostatic Testing Firm | | |
|---|---|---|
| Name of Employee(s) and Company Conducting Test: | William Turner - Milbar Hydro-Test Inc | |
| Name of Independent Testing Firm Witnessing Test: | Milbar Hydro-Test Inc. | |
| Name of Certified Independent Witness on Site: | William Turner | Date: 05/12/2025 |
| Pipeline Operator's Representative on Site: | ██████████ | Date: 05/12/2025 |
| Name of Person Certifying Test Data for Witnessing Firm: | Gary Zunkel | Date: 05/14/2025 |

Note:

Pipe temperature recorded from SignalFire unit 004327

SER-000669                                                                005010

Milbar Test ID# 1746608400          CSFM ID#25-07317


"Pipeline Solutions Since 1952"

# Hydrotest Report Summary Review/Certification



**Sable Offshore
Line ID# 0015 – CA-324 Segment 1
CA OSFM ID# 25-07317**

**Station 0+00 to Station 573+75
57,375 feet of 24" OD Pipe**

SER-000670

005011

Milbar Test ID# 1746608400          CSFM ID#25-07317



# Hydrotest Report Summary
# Review/Certification

## 1. EXECUTIVE SUMMARY

The purpose of this report is to provide a review and assessment of the documentation for a hydrostatic test ID#1746608400 (CA OSFM ID 25-07317) conducted by Milbar Hydro-Test, Inc. on CA-324 Pipeline (Test Segment 1) owned by Sable Offshore/Pacific Pipeline Company (OSFM Line ID 0015). The hydrostatic test was performed on May 12, 2025, near Goleta, CA, using water as the test medium. Tested pipe was approximately 57,375 feet of pipe: 24-inch OD, nominal 0.344-inch wall thickness, X-65 grade and 87.5 feet of station piping of multiple sizes. Approximately 225 feet of pipe was exposed; approximately 150 feet at LFC Station and 75 feet at Gaviota Station. All remaining pipe was below grade, not visible.

The waiver agreement between OSFM and Sable Offshore/Pacific Pipeline Company (OSFM Line ID 0015) requires a Spike Hydrotest for 15 minutes at 1.5xMOP followed by an 8-hour pressure test at 1.25xMOP. CA-324, (Segment 1) MOP = 1003 psi (max) at the lowest elevation, 12 feet at Station 94+00 feet. All test pressures within CA-324 are adjusted for elevation based upon the MOP established by the low point in CA-324.

Results of this hydrostatic test represented by the data provided, summarized below, are accepted according to the requirements in 49 CFR Part 195, CA OSFM, and the state waiver agreement between the State of California and Sable Offshore/Pacific Pipeline Company

## 2. TEST SPECIFICS

### 2.1. Test Description

Tested pipe included 57,375 feet from Station 0+00 to Station 573+75, from Milepost 0.00 to Milepost 10.87, near Goleta, CA. (from ▓▓▓▓▓▓▓▓▓▓▓ to ▓▓▓▓▓▓▓▓▓▓▓

- 24 inch OD, 0.344 inch wall thickness, API X65

Additional pipe included in the test within LFC Station:

- 2-inch OD, 0.218-inch wall thickness, A106 Grade B – 28.5 feet
- 4-inch OD, 0.237-inch wall thickness, A106 Grade B – 3 feet
- 12-inch OD, 0.375-inch wall thickness, API 5L X52 – 14.5 feet
- 20-inch OD, 0.500 inch wall thickness, API 5L X52 – 41.5 feet

Test site location at Station 0+00 (LFC Station, upstream end) Lal, ▓▓▓▓▓▓▓▓▓▓▓

Elevations of mainline pipe (ref. elevation profile in test report and elevation locations identified in PP2412047 "Hydrostatic Test Plan Sable Offshore", Appendix B, Test Letter for Segment 1, Spike Test and Strength Test).

- Upstream (test site) Station 0+00: 223 feet
- Minimum at Station 94+00: 12 feet
- Maximum at Station 39+00: 817 feet
- End Station 573+75: 194 feet

SER-000671                                                                    005012

Milbar Test ID# 1746608400        CSFM ID#25-07317

|  | **Hydrotest Report Summary** **Review/Certification** | |
|---|---|---|

**Test Pressures**

- Reference PP2412047 "Hydrostatic Test Plan Sable Offshore", Appendix B, Test Letter for Segment 1, Spike Test and Strength Test
    - Spike Test Pressure at test site: 1413 psi (min); 1433 psi (max)
    - Strength test pressure at test site: 1162 psi (min); 1182 psi (max)
    - Test pressures are adjusted for elevation based upon the lowest elevation of CA-324 Segments 1 (12 feet) at Station 94+00 feet

Reference Drawing 324 – Seg 1:

- Pipeline tested, including valves
- Test section isolation
- Temperature and pressure instrumentation: serial numbers and locations

Reference Drawings (station piping at LFC Station):

- LFPU-PS-0008-X
- Mech-304143e003 s1 of 1
- Mech-304143e015
- Mech-304143e016

### 2.2. Test Plan

Reference Test Procedure: PP2412047 (Rev 3) "Hydrostatic Test Plan Sable Offshore"

- Document Number: SO-LFP-HST-PLN-0001, Revision: 3, May 2, 2025
- 15-minute Spike Test at 1.5xMOP
- 8-hour Strength Test at 1.25xMOP
- P/V plot beginning at 80% test pressure
- All mainline valves jogged to partially open position during testing

### 2.3. Test Medium

The test medium was fresh water for the test conducted on 5/12/2025, acquired from wells near LFC, previously stored in the Emergency Containment Basin (ECB) at LFC.

### 2.4. Pressure Test Results

Spike Test pressure was achieved, and the Spike Test began at 8:05 AM on 5/12/2025 at 1423 psi and ended at 8:20 AM at 1423 psi.

Strength Test pressure was achieved, and Strength Test began at 9:00 AM on 5/12/2025 at 1173 psi and ended at 5:00 PM on 5/12/2025 at 1172 psi.

SER-000672        005013

Milbar Test ID# 1746608400     CSFM ID#25-07317



# Hydrotest Report Summary
## Review/Certification

Pipe temperature recorded on the buried pipe was 65.5°F at the beginning of the test, remained nearly constant throughout the test, and ended the test at 65.4°F, recorded from RTU004327 located at MOV3. Ambient temperature (recorded from RTU 004199A began the test at 68°F, increased to 74°F, fluctuated between 68°F and 74°F, and was 73°F at the end of the test. Weather conditions were clear throughout the test.

Calculated sensitivity of changes in temperature of the nominal pipe (24" OD, 0.344" wt) indicate a change in temperature from 65°F to 66°F over the entire test segment will result in a pressure change of 18 psi (according to Pipeline Rules of Thumb, Pipeline Design and Construction, and refinements according to Bahadori. A.B., Vuthaluru, H.B., "Prediction of bulk modulus and volumetric expansion coefficient of water for leak tightness test of pipelines"). This indicates that pipe temperature fluctuations of 0.1°F will result in a pressure change of 1.8 psi.

Results from the P/V plot resulted in 7.02 gal/psi. Calculated relationship between volume and pressure for the nominal pipe results in 6.68 gallons/psi (0.155 psi/gallon) for the test segment. The difference between calculated and measured results is 5%.

The hydrostatic test ID# 1746608400 (CA OSFM ID 25-07317) conducted by Milbar Hydro-Test Inc. on 5/12/2025 is accepted based upon the following criteria:

1. Spike Test pressure was maintained above 1413 psi and below 1433 psi for 15 minutes
2. Strength Test pressure was maintained above 1162 psi and below 1182 psi for 8 hours
3. Minimal fluctuations in pressure throughout the test did not indicate evidence of a leak.
4. The test meets the requirements of 49CFR Part 195, the CA OSFM, and the state waiver agreement.

## TEST CERTIFICATION

I, Gary Zunkel, certify that the attached hydrostatic test records represent the data collected on May 12th, 2025, for the hydrostatic test on ID#1746608400 (CA OSFM ID 25-07317) on CA-324 Pipeline (OSFM Line ID 0015) (Segment 1) owned by Sable Offshore/ Pacific Pipeline Company.

Further, I hereby certify that the pressure test represented by the documentation herein was an acceptable test that met the Spike and Strength Test requirements of Title 49, Part 195 of the Code of Federal Regulations for conducting hydrostatic testing of steel pipelines transporting crude oil, CA OSFM requirements, and the state waiver agreement between the State of California and Sable Offshore/Pacific Pipeline Company. This certification is based on data provided by qualified personnel and my review of the test documentation.

_Bary Zunkel_ (signature)

_____     May 14, 2025

Gary Zunkel

SER-000673     005014

Milbar Test ID# 1746608400     CSFM ID#25-07317     Test Site - Amb-RTU - TRA004199 - 004199A



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051
(000) 000-0000

ecates@bsps-llc.com

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004199

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004199A

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

SER-000674

005015

Milbar Test ID# 1746608400          CSFM ID#25-07317          Test Site - Deadweight - DW16 - 6106



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051          ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Chandler

Instrument: DW16

Type: Deadweight

Model: 5-1

Range: 50-3000 PSI

Calibration Date: 03/06/2025

Serial Number: 6106

Recalibration Due Date: As Requested

Accuracy:  +/- 0.05% FS

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Refinery Supply

Test Equipment Model: 35265-003

Test Equipment S/N:    6504

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

SER-000675                                                      005016

Milbar Test ID# 1746608400    CSFM ID#25-07317    MOV3 - G-RTU - TRA004327 - 004327G



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051
(000) 000-0000

ecates@bsps-llc.com

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004327

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004327G

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:    Ed Cates

Supervisor Name:    Scotty Young

SER-000676

005017

Milbar Test ID# **1746608400**    CSFM ID#25-07317    MOV7 - G-RTU - TRA004175 - 004175G



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051    ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004175

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004175G

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:    Ed Cates

Supervisor Name:    Scotty Young

SER-000677                                                    005018

Milbar Test ID#  **1746608400**      CSFM ID#25-07317      MOV3 - P-RTU - TRA004327 - 004327P



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051          ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004327

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004327P

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

SER-000678                                                    005019

Milbar Test ID# 1746608400     CSFM ID#25-07317     MOV7 - P-RTU - TRA004175 - 004175P



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051       ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004175

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004175P

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

SER-000679       005020

Milbar Test ID#  1746608400          CSFM ID#25-07317          Test Site - PR - PR124 - 0814139



**PFT - ALEXANDER, INC.**
Pressure, Flow & Tank Level Measurement & Control Solutions Since 1958

PFT - Alexander
3269 E. Grant St.
Signal Hill CA 90755

(562) 494-1320          https://www.pft-alexander.com          <N/A>
(562) 494-3633

Customer: Milbar

Manufacturer: BARTON

Instrument: PR124

Type: Pressure

Model:

Range: 0-3000 PSI

Calibration Date: 03/11/2025

Serial Number: 0814139

Recalibration Due Date: As Requested

Accuracy: ± 1% OF FULL SCALE

Remarks:

Control Number:

PFT-ALEXANDER, INC. certifies that the above listed Instrument and Test Standard meets or exceeds all published specifications. They have been calibrated using standards whose accuracies are traceable to the National Institute of Standards and Technology. Documents are on file and may be reviewed by Authorized Personnel.

Test Equipment Make:  Crystal Engineering

Test Equipment Model: 15KPSI

Test Equipment S/N:    804971

Technician Name:      Karl Claburn

Supervisor Name:      <N/A>

SER-000680                                                      005021

Milbar Test ID# 1746608400     CSFM ID#25-07317     Far End - PR - PR084 - 202E-0925071



**PFT - ALEXANDER, INC.**
Pressure, Flow & Tank Level Measurement & Control Solutions Since 1958

PFT - Alexander
3269 E. Grant St.
Signal Hill CA 90755

(562) 494-1320     https://www.pft-alexander.com     <N/A>
(562) 494-3633

Customer: Milbar

Manufacturer: BARTON

Instrument: PR084

Type: Pressure

Model:

Range: 0-3000 PSI

Calibration Date: 03/05/2025

Serial Number: 202E-0925071

Recalibration Due Date: As Requested

Accuracy: ± 1% OF FULL SCALE

Remarks:

Control Number:

PFT-ALEXANDER, INC. certifies that the above listed Instrument and Test Standard meets or exceeds all published specifications. They have been calibrated using standards whose accuracies are traceable to the National
Institute of Standards and Technology. Documents are on file and may be reviewed by Authorized Personnel.

Test Equipment Make: Crystal Engineering

Test Equipment Model: 15KPSI

Test Equipment S/N: 804971

Technician Name: Karl Claburn

Supervisor Name: <N/A>

SER-000681     005022

Milbar Test ID# **1746608400**     <span style="color:red">CSFM ID#25-07317</span>     **Test Site - Press-RTU - PG4199 - 004199PG**



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051          ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: SignalFire

Instrument: PG4199

Type: Pressure

Model: Ranger-HART

Range: 0-5800 PSI

Calibration Date: 12/18/2024

Serial Number: 004199PG

Recalibration Due Date: As Requested

Accuracy: ±0.05% Full Scale
Baumer - PFMN-55.507 1183.4920.2002
S/N.:S121.27.X-1078-4904

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Additel

Test Equipment Model: ADT685-GP20K-PSI-AM

Test Equipment S/N:   30220140131

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

SER-000682                                          005023

Milbar Test ID# 1746608400    CSFM ID#25-07317    Far End - Press-RTU - PG4191 - 004191PG



**BSPS LLC**
147 South Elm St
Haughton LA 71037

(337) 412-2051                ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: SignalFire

Instrument: PG4191

Type: Pressure

Model: Ranger-HART

Range: 0-5800 PSI

Calibration Date: 12/18/2024

Serial Number: 004191PG

Recalibration Due Date: As Requested

Accuracy: ±0.05% Full Scale
Baumer - PFMN-55.507 1183.4920.2002
S/N.:S121.27.X-1047-4905

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Refinery Supply

Test Equipment Model: 35265-003

Test Equipment S/N:    6504

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

SER-000683                                                    005024

# MILBAR
HYDRO-TEST INCORPORATED

# CUSTODY TRANSFER

CSFM ID#25-07317

5/7/2025

1746608400

Company: Sable Offshore / Contractor: U.S. Pipeline

Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) / Sec: 1

| Document Type | Serial Number | Certification Included | Document has been signed by Milbar Representative and Company Representative |
|---|---|---|---|
| PV Plot | ------ | ------ | Yes |
| Test Log | ------ | ------ | Yes |
| Pressure Chart | 0814139 | Yes | Yes |
| Pressure Chart | 202E-0925071 | Yes | Yes |

By signing below, you acknowledge receipt of this test report and the above original hydrostatic test documentation. Milbar will not be responsible for any loss or damage to any original documentation after acknowledgment of receipt by you. Milbar will not be responsible for any incorrect documentation after receipt by you. The acceptance of this documentation constitutes acknowledgment that the tests represented by the above original data were performed in accordance with all applicable D.O.T, State & Company specifications and acknowledgment that the test represented by the above original data is deemed to be acceptable proof that no leaks were evident at the time of the hydrostatic testing.

Milbar Representative
William Turner

SER-000684

Company Representative

005025



SER-000685

005026

# Inspection Output (IOR)

*Generated on 2026.April.29 08:43*

## Report Filters

Assets All, and including items not linked to any asset.
Results All

## Inspection Information

| | | |
|---|---|---|
| Inspection Name | 2025_Sable Offshore Las Flores | |
| Status | LOCKED | |
| Start Year | 2025 | |
| System Type | HL | |
| Protocol Set ID | HL.2025.02 | |

Operator(s) SABLE OFFSHORE CORP (40851)
SABLE OFFSHORE CORP PPC (40881)
Lead Frank Pirok
Team Members Trung Nguyen
Observer(s) Rodrick Seeley, James Hosler, Huy Nguyen
Supervisor Barbara Palmer
Director Dustin Hubbard

Plan Submitted --
Plan Approval --
All Activity Start 12/09/2025
All Activity End 12/11/2025
Inspection Submitted 02/25/2026
Inspection Approval 02/25/2026 by Dustin Hubbard

## Inspection Summary

The Sable Offshore pipeline system consists of a crude oil emulsion pipeline from the offshore platform Harmony to the Las Flores facility near Goleta, CA, and an onshore pipeline from Las Flores to Pentland, CA.

The purpose of this inspection is for a jurisdictional analysis of the onshore portion of the pipeline, which was previously regulated by the California Office of the State Fire Marshal (CSFM), as well as a final review of Sable's procedures and records, as well as field observations before the pipeline is restarted.

PHMSA Western Region has previously conducted an integrated inspection of the pipeline from Platform Harmony to Las Flores in September 2025. In addition, CSFM has conducted several program inspections of the onshore pipeline in 2025 including:

- Standard Annual Operator Inspection, November 2025
- Operator Qualifications, November 2025
- Integrity Management, October 2025
- Specialized MOV Valves, September 2025
- Control Room Management, September 2025
- Public Awareness, July 2025
- Operations and Maintenance, July 2025

## Scope (Assets)

| # | Short Name | Long Name | Asset Type | Asset IDs | Excluded Topics | Planned | Required | Total Inspected | Required % Complete |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 4655 | OO-SYU02 Platform Harmony to Sable Las Flores | unit | 4655 | GOA HVL CO2 Biofuels Reg Rural Gather Rural Low Stress | 110 | 110 | 110 | 100.0% |
| 2. | 93810 (0445A) | Los Flores System (OSFM 0445A) | unit | 93810 | GOA Biofuels CO2 HVL Reg Rural | 110 | 110 | 110 | 100.0% |

Report Filters: Results: all
SER-000686

007029

| # | Short Name | Long Name | Asset Type | Asset IDs | Excluded Topics | Planned | Required | Total Inspected | Required % Complete |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Gather Rural Low Stress | | | | |

*1. Percent completion excludes unanswered questions planned as "always observe".*

## Plans

| # | Plan Assets | Focus Directives | Involved Groups/Subgroups | Qst Type(s) | Extent | Notes |
|---|---|---|---|---|---|---|
| 1. | 4655, 93810 (0445A) | -- | MO.LOOPER, MO.LO.OMEFFECTREVIEW.R, MO.LO.PRESSTESTREQ.P, MO.LO.PRESSTESTREQ.R, MO.LO.COMMSYS.O, MO.LO.OPRECORDS.P, MO.LO.OPRECORDS.R, MO.LO.OMMANUALREVIEW.R, MO.LO.OMLOCATION.O, MO.LO.OMHISTORY.R, MO.LO.OMHISTORY.O, MO.LMOPP.PRESSREGTEST.R, MO.LMOPP.PRESSREGTEST.O, MO.LMOPP.LAUNCHRECVRELIEF.O, MO.RW.PATROL.R, MO.RW.ROWMARKER.O, MO.RW.ROWCONDITION.O, MO.LM.VALVEMAINT.O, MO.LM.VALVEMAINT.R, MO.LOMOP.MOPDETERMINE.R, MO.ABNORMAL.ABNORMAL.R, MO.ABNORMAL.ABNORMALREVIEW.R, MO.EW.EXTWEATHERINSPIMPL.R, MO.LO.SRCR.P, MO.LO.OMEFFECTREVIEW.P, MO.LMOPP.PRESSREGTEST.P, MO.LMOPP.LAUNCHRECVRELIEF.P, MO.ABNORMAL.ABNORMAL.P, MO.RW.PATROL.P, MO.RW.ROWMARKER.P, MO.LM.VALVEMAINT.P, MO.EW.EXTWEATHERCRIT.P, MO.EW.EXTWEATHERINSPREQT.P | P, R, O, S | Detail | O&M review focusing on start up/commissioning procedures |
| 2. | 4655, 93810 (0445A) | -- | FS.PS.PSLOCATION.O, FS.PS.ABVGRNDPIPING.O, MO.LMOPP.LAUNCHRECVRELIEF.P, MO.LMOPP.LAUNCHRECVRELIEF.O, MO.LMOPP.PRESSREGTEST.R, FS.PS.VENTILATION.O, MO.LMOPP.PRESSREGTEST.P, FS.PS.VAPORALARM.O, MO.LMOPP.PRESSREGTEST.O, FS.PS.PSESD.O, FS.PS.PSAUXPWR.O, FS.FG.FIREPROT.O, FS.FG.PSFIREPROTPWR.O, FS.FG.FACPROTECT.O, FS.FG.SIGNAGE.O, FS.FG.FIREPROT.P, FS.FG.FIREPROT.R, MO.LM.VALVEMAINT.P, MO.LM.VALVEMAINT.R, MO.LM.VALVEMAINT.O, FS.VA.PSISOVALVES.O | R, O, P | Detail | O&M review and general observations at the Las Flores facility and pump stations |
| 3. | 4655, 93810 (0445A) | -- | TD.ATM.ATMCORRODEINSP.P, TD.ATM.ATMCORRODEINSP.R, TD.ATM.ATMCORRODEINSP.O, TD.CP.MAPRECORD.P, TD.CP.ISOLATE.R, TD.CP.ISOLATE.O, TD.CP.DEFICIENCY.R, TD.CP.MAPRECORD.R, TD.CP.DEFICIENCY.P, TD.CP.ISOLATE.P, TD.CP.MAPRECORD.P, TD.CPMONITOR.MONITORCRITERIA.R, TD.CPMONITOR.MONITOR.O, TD.CPMONITOR.CURRENTTEST.P, TD.CPMONITOR.CURRENTTEST.R, TD.CPMONITOR.CURRENTTEST.O, TD.CPMONITOR.INTFRCURRENT.P, TD.CP.DEFICIENCY.P, TD.CPMONITOR.INTFRCURRENT.R, TD.CPMONITOR.INTFRCURRENT.O, TD.CP.DEFICIENCY.R, TD.CP.MAPRECORD.R, TD.CPMONITOR.MONITORCRITERIA.P, TD.ICP.EVALUATE.P, TD.ICP.REPAIR.P, TD.ICP.INVESTREMED.P, TD.ICP.INVESTREMED.R, TD.ICP.INHIBITOR.P, TD.ICP.INHIBITOR.R, TD.ICP.INHIBITOR.O, TD.ICP.EXAMINE.P, TD.CPEXPOSED.EXPOSEINSPECT.P, TD.CPEXPOSED.EXPOSEINSPECT.R, TD.ICP.EXAMINE.R, TD.ICP.EVALUATE.R | R, O, P | Detail | O&M review for corrosion related records and observations |

Report Filters: Results: all

SER-000687

007030

| # Plan Assets | Focus Directives | Involved Groups/Subgroups | Qst Type(s) | Extent | Notes |
|---|---|---|---|---|---|
| 4. 4655, 93810 (0445A) | -- | EP.EPO.OPASUBMITTAL.R, EP.EPO.OPATRAINING.R, EP.EPO.OPADRILL.R | P, R, O, S | Detail | Review of OPA drill records |
| 5. 4655, 93810 (0445A) | -- | AR.RMP.SAFETY.P, AR.RMP.WELDINSPECT.R, AR.RMP.CRACKNDE.P, AR.RMP.CRACKNDE.R, AR.RMP.METHOD.P, AR.RMP.METHOD.R, AR.RMP.WELDERQUAL.R, AR.RMP.WELDQUAL.R | P, R, O, S | Detail | Review of repair records and procedures |
| 6. 4655, 93810 (0445A) | -- | TQ.OQ.RECORDS.R, TQ.OQ.TRAINING.R | P, R, O, S | Detail | Verify OQ records for individuals performing covered tasks |
| 7. 4655, 93810 (0445A) | -- | DC.MO.MOPLIMIT.P, DC.PT.PRESSTEST.R, DC.MO.MOPLIMIT.R | P, R, O, S | Detail | Review of start up procedures and pressure test records |
| 8. 4655, 93810 (0445A) | -- | IM.HC.HCALOCATION.R, IM.HC.HCALOCATION.O, IM.PM.PMMMEASURES.R, IM.PM.PMMIMPLEMENT.O, IM.FACIL.FACILIDENT.R, IM.FACIL.PMMPREVENTIVE.R, IM.FACIL.PMMMITIGATIVE.R, IM.FACIL.PMMIMPLEMENT.O, AR.IA.ASSESSSCHEDULE.R | P, R, O, S | Detail | Review of IM topics: HCA identification, ILI data, P&M measures |
| 9. 4655, 93810 (0445A) | -- | CR.CRMGEN.CRMPROCLOCATION.O, CR.CRMRR.PRESSLIMITS.O, CR.CRMFM.CONTROLLERNUMBERS.O, CR.LD.LDTRAINING.O | P, R, O, S | Detail | Observations during control room visit |

## Plan Implementations

| # | Activity Name | SMART Act# | Start Date End Date | Focus Directives | Involved Groups/Subgroups | Assets | Qst Type(s) | Planned | Required | Total Inspected | Required % Complete |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | HQ/Field | -- | 12/09/2025 12/11/2025 | -- | all planned questions | all assets | all types | 220 | 220 | 220 | 100.0% |

*1. Since questions may be implemented in multiple activities, but answered only once, questions may be represented more than once in this table.*

*2. Percent completion excludes unanswered questions planned as "always observe".*

## Forms

This inspection has no Form data entry.

## Results (all values, 111 results)

*138 (instead of 111) results are listed due to re-presentation of questions in more than one sub-group.*

### AR.IA: Integrity Assessments

1. Question Result, ID, References  Sat, AR.IA.ASSESSSCHEDULE.R, 195.452(l)(1)(ii) (195.452(b)(5), 195.452(c), 195.452(d), 195.452(f)(5), 195.452(j)(3), 195.452(j)(5), 195.591)

   Question Text  *Do the records indicate that assessments are implemented as specified in the assessment plan?*

   Assets Covered  4655, 93810 (0445A)

   Result Notes  Reviewed UT Ultra Scan ILI Final Report on Line 324 July 2023 by Baker Hughes, run performed 12/9/2022

   Reviewed ILI Final Report on Line 325A November 22 2023 by Baker Hughes, run 1 performed 9/15/2023, run 2 9/20/2023, tool got stuck and had to be cut out

SER-000688

007031

Reviewed ILI Final Report on Line 325B to MOV 28/MP 75.4 12/4/2023 by Baker Hughes, run performed 10/8/2023

Reviewed ILI Final Report on Line 325B MOV 28 to Pentland 11/27/2023 by Baker Hughes, run performed 10/1/2023

## AR.RMP: Repair Methods and Practices

| | |
|---|---|
| 2. Question Result, ID, References | Sat, AR.RMP.SAFETY.P, 195.402(c)(14) (195.422(a), 195.452(h)(1)) |
| Question Text | *Does the process ensure that repairs are made in a safe manner and are made so as to prevent damage to persons and property?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed O&M P-195.422 Pipeline Repair Procedures |

| | |
|---|---|
| 3. Question Result, ID, References | Sat, AR.RMP.METHOD.P, 195.402(c)(3) (195.452(h)(1), 195.585) |
| Question Text | *Does the process identify permissible repair methods for each type of defect?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed O&M P-195.422 Pipeline Repair Procedures |

| | |
|---|---|
| 4. Question Result, ID, References | Sat, AR.RMP.METHOD.R, 195.404(c)(1) (195.422(a), 195.422(b), 195.452(h)(1), 195.401(b)(1), 195.401(b)(2)) |
| Question Text | *From the review of the results of integrity assessment and remediation projects, were all repairs performed in accordance with procedures and applicable sections of 49 CFR Part 195?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed repair #87 record Line 324 log distance 56868.13 59% metal loss feature, repaired by cutout and replace 6'6" of pipe<br><br>Reviewed coating report at MOV 5 10/16/2024 and 10/21/2024 by Cameron Munter<br><br>Reviewed records for repair on line 325B, 8" of pipe was cut out and replaced due to a dent 10/17/2024 |

| | |
|---|---|
| 5. Question Result, ID, References | Sat, AR.RMP.WELDERQUAL.R, 195.214(a) (195.214(b), 195.222(a), 195.222(b)) |
| Question Text | *From the review of the results of integrity assessment and remediation projects, were repairs requiring welding performed by qualified welders using qualified welding procedures?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed Welder Qualification report for Cristobol Heredia by Aegeus Inspection Solutions for procedure CPBW-127-ALT and CPBW-322-ALT 9/19/2024, stamped by Mathew Neufeld CWI 09061871<br><br>Reviewed Welding Procedure Specification CPBW-127-ALT 5/7/2024; PQR on 5/29/2024 by Brian Wagoner, stamped by Mathew Neufeld CWI 09061871 |

| | |
|---|---|
| 6. Question Result, ID, References | Sat, AR.RMP.WELDQUAL.R, 195.226(a) (195.226(b), 195.226(c), 195.230(a), 195.230(b), 195.230(c)) |
| Question Text | *From the review of the results of integrity assessment and remediation projects, were defects on new welds repaired in accordance with §195.226 or §195.230?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed X Ray Reader sheet from 10/21/2024, weld W-866-40TI-001 failed NDE, then was repaired and re-examined. NDE technician Daniel Torres |

| | |
|---|---|
| 7. Question Result, ID, References | Sat, AR.RMP.WELDINSPECT.R, 195.228(a) (195.228(b), 195.234(a), 195.234(b), 195.234(c), 195.234(d), 195.234(e)) |
| Question Text | *From the review of the results of remediation projects, were new welds inspected and examined in accordance with §195.228 or §195.234?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed Weld Diagram from Repair #87 on 2/26/2025<br><br>Reviewed X Ray Reader sheet from 10/21/2024, weld W-866-40TI-001 failed NDE, then was repaired and re-examined. NDE technician Daniel Torres |

Report Filters: Results: all

SER-000689

007032

8. Question Result, ID, References  Sat, AR.RMP.CRACKNDE.P, 195.452(f)(4) (195.452(h))

Question Text  *Does the process include appropriate NDE method(s) and other information gathering during the evaluation of cracks and cracking?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Reviewed O&M P-195.422 Pipeline Repair Procedures

9. Question Result, ID, References  NA, AR.RMP.CRACKNDE.R, 195.452(l)(1)(ii) (195.452(f)(4), 195.452(h), 195.404(c))

Question Text  *Do the records indicate that appropriate NDE method(s) were used and other information was gathered related to the evaluation of cracking?*

Assets Covered  4655, 93810 (0445A)

Result Notes  No such event occurred, or condition existed, in the scope of inspection review.

No cracking was found during the repair digs

## CR.CRMGEN: General

10. Question Result, ID, References  Sat, CR.CRMGEN.CRMPROCLOCATION.O, 195.446(a)

Question Text  *Are procedures readily available to controllers in the control room?*

Assets Covered  4655, 93810 (0445A)

Result Notes  During the control room visit, observed that paper copies of the procedures were available

## CR.CRMRR: Roles and Responsibilities

11. Question Result, ID, References  Sat, CR.CRMRR.PRESSLIMITS.O, 195.446(b)(2)

Question Text  *Are controllers aware of the current MOPs of all pipeline segments for which they are responsible, and have they been assigned the responsibility to maintain those pipelines at or below the MOP?*

Assets Covered  4655, 93810 (0445A)

Result Notes  During the control room visit, we discussed the operation of the system with the controllers including MOPs

## CR.CRMFM: Fatigue Management

12. Question Result, ID, References  Sat, CR.CRMFM.CONTROLLERNUMBERS.O, 195.446(d)(4)

Question Text  *Do operations include a sufficient number of qualified controllers?*

Assets Covered  4655, 93810 (0445A)

Result Notes  During our visit, the control room was sufficiently staffed

## CR.LD: Leak Detection (Non-CPM)

13. Question Result, ID, References  Sat, CR.LD.LDTRAINING.O, 195.505

Question Text  *Are the Pipeline Controllers trained to recognize leaks?*

Assets Covered  4655, 93810 (0445A)

Result Notes  During the control room visit we discussed the leak detection system with the controllers, and demonstrated a leak response on the simulator module

## DC.MO: Maintenance and Operations

14. Question Result, ID, References  Sat, DC.MO.MOPLIMIT.P, 195.402(a) (195.402(c)(7))

Question Text  *Does the process include procedures for starting up and shutting down any part of the pipeline system in a manner designed to assure operation within the limits prescribed by 195.406?*

Assets Covered  4655, 93810 (0445A)

SER-000690

007033

Result Notes Reviewed O&M P-195.402(c)(7): Operations of a Pipeline System, Pipeline Startup

15. Question Result, ID, References NA, DC.MO.MOPLIMIT.R, 195.402(c)(7)

Question Text *Do records indicate that pressure limitations on the pipeline are not exceeded?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The pipeline has not yet resumed operations

## DC.PT: Pressure Testing

16. Question Result, ID, References Sat, DC.PT.PRESSTEST.R, 195.310 (195.305(b))

Question Text *Are pressure test records available and adequate?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed hydrotest report Line 324 Section 1 Station 0 to 573+75 by Milbar 5/12/2025

Line 325A Section 2 Station 552+21 to 1337+21 by Milbar 5/27-28/25

Line 325A Section 3 Station 1338+21 to 2602+76 by Milbar 3/30/2025

Line 325B Section 4 Station 2602+76 to 3186+76 by Milbar 4/13/2025

Line 325B Section 5 Station 3186+76 to 3914+76 by Milbar 4/14/2025

Line 325B Section 6 Station 3914+76 to 4455+76 by Milbar 4/22/2025

Line 325B Section 7 Station 4455+76 to 5669+76 by Milbar 5/2/2025

Line 325B Section 8 Station 5669+76 to 6554+49 by Milbar 5/9/2025

## EP.EPO: Emergency Planning OPA

17. Question Result, ID, References Sat, EP.EPO.OPASUBMITTAL.R, 194.101(a) (194.101(b), 194.119(e), 194.121(b)) (also presented in: RPT.NR)

Question Text *If the operator is required to have a Facility Response Plan, does the current plan submitted and approved by PHMSA cover all the required pipeline assets?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Sable Offshore Integrated Contingency Plan Nov 2024

Reviewed Las Flores Pipeline Tactical Response Plan Rev 002 6/2024

18. Question Result, ID, References Sat, EP.EPO.OPATRAINING.R, 194.117(b)

Question Text *Do records indicate that the appropriate training was conducted?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed records of spill drill 7/17/2025, attendance list, action items/outstanding issues

19. Question Result, ID, References Sat, EP.EPO.OPADRILL.R, 194.7(b) (National Preparedness for Response Exercise Program (PREP) Guidelines, Section 5 (August 2002), 194.107(c)(1)(ix))

Question Text *Has the oil spill response drill/exercise program been documented?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed records of spill drill 7/17/2025, attendance list, action items/outstanding issues

## FS.FG: Facilities General

20. Question Result, ID, References Sat, FS.FG.FACPROTECT.O, 195.436 (also presented in: PD.SN)

SER-000691

007034

Question Text *Are facilities adequately protected from vandalism and unauthorized entry?*

Assets Covered 4655, 93810 (0445A)

Result Notes All facilities visited during the inspection were fenced with locked gates

21. Question Result, ID, References Sat, FS.FG.SIGNAGE.O, 195.434 (also presented in: PD.SN)

Question Text *Are there operator signs around each pumping station, breakout tank area, and other applicable facilities?*

Assets Covered 4655, 93810 (0445A)

Result Notes All visited facilities had appropriate signs as required

22. Question Result, ID, References Sat, FS.FG.FIREPROT.P, 195.402(c)(3) (195.430(a), 195.430(b), 195.430(c))

Question Text *Does the process require firefighting equipment at pump station/breakout tank areas?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.430: Inspection of Firefighting Equipment

23. Question Result, ID, References Sat, FS.FG.FIREPROT.R, 195.404(c)(3) (195.430(a), 195.430(b), 195.430(c))

Question Text *Are records of inspections of firefighting equipment adequate?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed inspection dates of firefighting equipment available in the field

24. Question Result, ID, References Sat, FS.FG.FIREPROT.O, 195.430(a) (195.430(b), 195.430(c), 195.262(e))

Question Text *Has adequate fire protection equipment been installed at pump station/breakout tank areas and is it maintained properly?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed fire protection equipment with inspection history attached at all facilities visited during the inspection

25. Question Result, ID, References NA, FS.FG.PSFIREPROTPWR.O, 195.262(e)

Question Text *Has motive power, separate from pump station power, been provided for that fire protection equipment that incorporates pumps?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

## FS.PS: Pump Stations

26. Question Result, ID, References NA, FS.PS.VENTILATION.O, 195.262(a)

Question Text *Has adequate ventilation been provided at pump station buildings?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

27. Question Result, ID, References NA, FS.PS.VAPORALARM.O, 195.262(a)

Question Text *Have warning devices that warn of the presence of hazardous vapors been installed at pump station buildings?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

28. Question Result, ID, References Sat, FS.PS.PSESD.O, 195.262(b)

Question Text *Has a device for activating emergency shutdown of the pump station been installed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed emergency shutdown buttons installed at all visited facilities

29. Question Result, ID, References Sat, FS.PS.PSAUXPWR.O, 195.262(b)

Question Text *If power is needed to actuate safety devices, has an auxiliary power supply been provided?*

Report Filters: Results: all

SER-000692

007035

Assets Covered 4655, 93810 (0445A)

Result Notes Observed auxiliary power systems at all visited facilites

30. Question Result, ID, References Sat, FS.PS.PSLOCATION.O, 195.262(d)

Question Text *Has on-shore pumping equipment been installed on property under the control of the operator and is that equipment at least 50 feet from the boundary of that property?*

Assets Covered 4655, 93810 (0445A)

Result Notes All pumping equipment at visited facilities is on property under control of the operator and at least 50 feet from the property boundary

31. Question Result, ID, References Sat, FS.PS.ABVGRNDPIPING.O, 195.254(b)

Question Text *Have above ground components within the pump station been protected from anticipated loads?*

Assets Covered 4655, 93810 (0445A)

Result Notes No issues were observed with any above ground piping at the visited facilities

## FS.VA: Valves

32. Question Result, ID, References Sat, FS.VA.PSISOVALVES.O, 195.260(a)

Question Text *Have valves been installed at locations that allow the pump station equipment to be isolated in the event of an emergency?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed valves to isolate pumping equipment at all visited pump stations

## IM.HC: High Consequence Areas

33. Question Result, ID, References Sat, IM.HC.HCALOCATION.R, 195.452(l)(1)(ii) (195.452(f)(1), 195.452(a), 195.452(b)(2), 195.452(d)(2), 195.452(j)(1))

Question Text *Do records indicate that locations and boundaries of HCA-affecting pipe segments are correctly identified and maintained up-to-date?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Liquids HCA Analysis Report by Geonomic Systems June 18th 2025

34. Question Result, ID, References Sat, IM.HC.HCALOCATION.O, 195.452(b)(5) (195.452(a), 195.452(b)(2), 195.452(f)(1), 195.452(j)(2)) (also presented in: IM.CA)

Question Text *Are locations and boundaries of pipe segments that can affect HCAs correctly identified, maintained up-to-date, and verified in accordance with the program?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on comparing field observations to the HCA Analysis, the HCAs appear to have been correctly identified

## IM.PM: Preventive and Mitigative Measures

35. Question Result, ID, References Sat, IM.PM.PMMMEASURES.R, 195.452(l)(1)(ii) (195.452(f)(6), 195.452(i)(1), 195.452(i)(2), 195 Appendix C, Section VI, API Standard 1160)

Question Text *Do records demonstrate that the process of identification and evaluation for Preventive & Mitigative Measures (P&M Measures) has been applied in accordance with the documented process?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

36. Question Result, ID, References Sat, IM.PM.PMMIMPLEMENT.O, 195.452(b)(5) (195.452(i)(1), 195.452(i)(2), 195.452(i)(3), 195.452(i)(4))

Question Text *Have preventive and mitigative actions been implemented as described in the records?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on our field visit, the measures outlined in the P&MM Form appear to have been implemented

## IM.FACIL: Facilities

**37. Question Result, ID, References** Sat, IM.FACIL.FACILIDENT.R, 195.452(l)(1)(i) (195.452(b)(2), 195.452(d)(2)) (also presented in: TDC.IMFACIL)

**Question Text** *Do the records indicate that locations and boundaries of HCA-affecting facilities are correctly identified and maintained up-to-date?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

**38. Question Result, ID, References** Sat, IM.FACIL.PMMPREVENTIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: TDC.IMFACIL)

**Question Text** *Do the records indicate that facility preventive measures to protect the HCAs have been considered and implemented?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

**39. Question Result, ID, References** Sat, IM.FACIL.PMMMITIGATIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: TDC.IMFACIL)

**Question Text** *Do the records indicate that facility mitigative measures to protect the HCAs have been considered and implemented?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

**40. Question Result, ID, References** Sat, IM.FACIL.PMMIMPLEMENT.O, 195.452(i)(1) (also presented in: TDC.IMFACIL)

**Question Text** *Does an on-site observation provide indications that facility preventive & mitigative measures to protect the HCAs were implemented as proposed?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on our field visit, the measures outlined in the P&MM Form appear to have been implemented

## MO.LO: Liquid Pipeline Operations

**41. Question Result, ID, References** Sat, MO.LO.OMMANUALREVIEW.R, 195.402(a)

**Question Text** *Do records indicate annual reviews of the written procedures in the manual were conducted as required?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M Manual 8/20/2025 Revision log

**42. Question Result, ID, References** Sat, MO.LO.OMLOCATION.O, 195.402(a)

**Question Text** *Are appropriate parts of the manual kept at locations where operations and maintenance activities are conducted?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Observed that the O&M Manual was available at each visited facility

**43. Question Result, ID, References** Sat, MO.LO.OMHISTORY.R, 195.404(a) (195.404(c), 195.9, 195.402(c)(1))

**Question Text** *Do records indicate current maps and records of the pipeline system are maintained and made available as necessary?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on review of other records and maps during the inspection documented on other questions, Sable appears to be maintaining the required records

**44. Question Result, ID, References** Sat, MO.LO.OMHISTORY.O, 195.404(a) (195.404(c), 195.9, 195.402(c)(1))

**Question Text** *Are current maps and records of its pipeline systems available to appropriate operating personnel?*

**Assets Covered** 4655, 93810 (0445A)

Report Filters: Results: all

SER-000694

007037

Result Notes Based on observations, all records are accessible to the appropriate personnel

**45. Question Result, ID, References** Sat, MO.LO.OMEFFECTREVIEW.P, 195.402(a) (195.402(c)(13))

Question Text *Does the process address periodically reviewing the work done by the operator's personnel to determine the effectiveness of the procedures used in normal operation and maintenance and taking corrective action where deficiencies are found?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Procedure P-195.402(c)(13) Review Work Done by Operator.

**46. Question Result, ID, References** NA, MO.LO.OMEFFECTREVIEW.R, 195.402(a) (195.402(c)(13), 195.404(a))

Question Text *Do records indicate periodic review of the work done by operator personnel to determine the effectiveness of the procedures used in normal operation and maintenance and corrective action taken where deficiencies are found?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

**47. Question Result, ID, References** Sat, MO.LO.SRCR.P, 195.402(a) (195.402(f), 195.55(a))

Question Text *Does the procedure include instructions that allow personnel to recognize safety related conditions?*

Assets Covered 4655, 93810 (0445A)

Result Notes P-195.55 - Reporting of SRC.

**48. Question Result, ID, References** Sat, MO.LO.PRESSTESTREQ.P, 195.402(c)(3) (195.302(b), 195.302(c))

Question Text *Does the procedure require pressure testing for all lines except as allowed by 195.302(b)?*

Assets Covered 4655, 93810 (0445A)

Result Notes P-195.300 Pressure Testing

**49. Question Result, ID, References** Sat, MO.LO.PRESSTESTREQ.R, 195.402(c)(3) (195.302(b), 195.302(c))

Question Text *Do records indicate pressure testing for all lines except as allowed by 195.302(b)?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed hydrotest report Line 324 Section 1 Station 0 to 573+75 by Milbar 5/12/2025

Line 325A Section 2 Station 552+21 to 1337+21 by Milbar 5/27-28/25

Line 325A Section 3 Station 1338+21 to 2602+76 by Milbar 3/30/2025

Line 325B Section 4 Station 2602+76 to 3186+76 by Milbar 4/13/2025

Line 325B Section 5 Station 3186+76 to 3914+76 by Milbar 4/14/2025

Line 325B Section 6 Station 3914+76 to 4455+76 by Milbar 4/22/2025

Line 325B Section 7 Station 4455+76 to 5669+76 by Milbar 5/2/2025

Line 325B Section 8 Station 5669+76 to 6554+49 by Milbar 5/9/2025

**50. Question Result, ID, References** Sat, MO.LO.COMMSYS.O, 195.408(a) (195.408(b))

Question Text *Is a communication system in place that provides for the safe operation of the pipeline system?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed communications between field personnel and controllers. Operator trucks are equipped with Starlink for communication in remote areas

**51. Question Result, ID, References** Sat, MO.LO.OPRECORDS.P, 195.402(a) (195.402(c)(3), 195.404(b))

Question Text *Does the process include requirements that operating records that relate to 195.402 activities be maintained?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Page 102 Retention Times.

52. Question Result, ID, References Sat, MO.LO.OPRECORDS.R, 195.404(b) (195.402(c)(3))

Question Text *Does the operator maintain operating records as required?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on review of other records and maps during the inspection documented on other questions, Sable appears to be maintaining the required records

## MO.LOOPER: Liquid Pipeline Startup and Shutdown Operations

53. Question Result, ID, References Sat, MO.LOOPER.PRESSURELIMIT.P, 195.402(a) (195.402(c)(7))

Question Text *Does the process include procedures for starting up and shutting down any part of the pipeline system in a manner designed to assure operation within the limits prescribed by 195.406?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed PPC 24-inch Line CA-324, 30-inch Line CA-325A and 30-inch Line CA-325B Fill Plan and Start Up Procedures

54. Question Result, ID, References NA, MO.LOOPER.PRESSURELIMIT.R, 195.404(b) (195.402(c)(7))

Question Text *Do records indicate the operator assured that pressure limitations on the pipeline were not exceeded during startups or shut-ins?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

55. Question Result, ID, References Sat, MO.LOOPER.FAILSAFE.P, 195.402(a) (195.402(c)(8))

Question Text *In the case of a pipeline that is not equipped to fail safe, does the process include procedures for monitoring from an attended location pipeline pressure during startup until steady state pressure and flow conditions are reached and during shut-in to assure operation within the limits of 195.406?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Las Flores Pipeline Linefill Positioning Plan Assignments for Stations, Line Surveillance, Control Center and Support Staff

Reviewed Las Flores Pipeline Linefill Operations Contact List

56. Question Result, ID, References NA, MO.LOOPER.FAILSAFE.R, 195.402(a) (195.402(c)(8))

Question Text *Do records indicate pressures and flow conditions were monitored as required on pipelines that are not equipped to fail safe?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

57. Question Result, ID, References Sat, MO.LOOPER.FAILSAFE.O, 195.402(a) (195.402(c)(8))

Question Text *Does the operator have the ability to monitor the pipeline pressure and flow conditions from an attended location on a pipeline that is not designed to fail safe?*

Assets Covered 4655, 93810 (0445A)

Result Notes During the control room visit, the controllers demonstrated how they are able to monitor the system conditions. In addition, each visited facility had a workstation to monitor the local pressures and flows

## MO.LMOPP: Liquid Pipeline Overpressure Protection

58. Question Result, ID, References Sat, MO.LMOPP.PRESSREGTEST.P, 195.402(c)(3) (195.428(a)) (also presented in: FS.PS)

Question Text *Does the process adequately detail the inspecting and testing of each pressure limiting device, relief valve, pressure regulator, or other items of pressure control equipment?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Manual: P-195.428(a): Inspect, calibrate, and maintain Overpressure Safety Devices

Report Filters: Results: all

SER-000696

007039

## MO.LOMOP: Liquid Pipeline MOP

59. Question Result, ID, References — Sat, MO.LOMOP.MOPDETERMINE.R, 195.402(c)(3) (195.406(a), 195.406(b), 195.302(b), 195.302(c), ASME B31.8-2008)

Question Text — *Do records indicate the maximum operating pressure was established in accordance with 195.406?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed F-195.406 MOP Determination Line 324, 325A, 325B August 20, 2025; Harmony to Las Flores Pipeline 4/4/25

On Line 325A, the minimum wall thickness is 0.281", however the design calculation used 0.375"

## MO.LMOPP: Liquid Pipeline Overpressure Protection

60. Question Result, ID, References — Sat, MO.LMOPP.PRESSREGTEST.R, 195.404(c) (195.428(a)) (also presented in: FS.PS)

Question Text — *Do records indicate inspection and testing of each overpressure safety device on its non-HVL pipelines at intervals not to exceed 15 months, but at least once each calendar year?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — CA 324: PSV 101, 102, 103A, 103B, 104, 104A, 104B, 105, 107, 106, 123

PSV 101 - set Pressure 250, - facility pipeline.

PSV 104 - Thermal Relief, set Pressure 1360, Capacity 67 GPM,

CA-325B, Surge Relief Devices 4A09, Set Pressure: 1160psig. Dated: 11/04/2025 by Mike Lackey,

61. Question Result, ID, References — NA, MO.LMOPP.PRESSREGTEST.O, 195.428(a) (also presented in: FS.PS)

Question Text — *Are inspections of overpressure safety devices adequate (including HVL lines)?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — No such activity/condition was observed during the inspection.

62. Question Result, ID, References — Sat, MO.LMOPP.LAUNCHRECVRELIEF.P, 195.402(c)(3) (195.426) (also presented in: FS.PS)

Question Text — *Does the process include requirements for relief devices and their proper use for launchers and receivers?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — O&M P-195402(c)(7) Page 121

63. Question Result, ID, References — Sat, MO.LMOPP.LAUNCHRECVRELIEF.O, 195.426 (also presented in: FS.PS)

Question Text — *Are launchers and receivers equipped with relief devices?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Observed relief devices in place on all launchers and receivers at the visited facilities

## MO.ABNORMAL: Liquid Pipeline Abnormal Operations

64. Question Result, ID, References — Sat, MO.ABNORMAL.ABNORMAL.P, 195.402(a) (195.402(d)(1))

Question Text — *Does the process include procedures for responding to, investigating, and correcting the cause of the listed abnormal operating conditions?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.402(d): Abnormal Operations

## MO.LM: Liquid Pipeline Maintenance

65. Question Result, ID, References — Sat, MO.LM.VALVEMAINT.P, 195.402(c)(3) (195.420(a)) (also presented in: FS.VA)

Report Filters: Results: all

SER-000697

007040

Question Text *Does the process adequately address the maintenance program for each valve that is necessary for safe operation of the pipeline system?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M P195.420 Inspecting and maintain Valves,

## MO.RW: ROW Markers, Patrols, Monitoring and Analysis

66. Question Result, ID, References Sat, MO.RW.PATROL.P, 195.402(a) (195.412(a), 195.412(b)) (also presented in: PD.RW)

Question Text *Does the process require inspection of ROW surface conditions and crossings under navigable waterways, as well as reporting and mitigation of findings from said inspections?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.412(a): Right-of-Way Inspections, P-195.412(b): Inspect Navigable Waterway Crossings

## MO.ABNORMAL: Liquid Pipeline Abnormal Operations

67. Question Result, ID, References NA, MO.ABNORMAL.ABNORMAL.R, 195.404(b) (195.402(d)(1))

Question Text *Do records indicate operator's personnel responded to indications of abnormal operations as required by the written procedures?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The pipeline has not yet resumed operations

## MO.RW: ROW Markers, Patrols, Monitoring and Analysis

68. Question Result, ID, References Sat, MO.RW.PATROL.R, 195.412(a) (195.412(b)) (also presented in: PD.RW)

Question Text *Do records indicate ROW surface conditions and crossings under navigable waterways were inspected, and reporting and appropriate mitigation performed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Routine Patrol the stations, weekly patrol

Review ROW Record Dated:10/1/2025 by Brad Brown.

ROW date:10/29/2025 by Brad Brown, KCSI

ROW date: 11/19/2025 by Brad Brown, KCSI

ROW date: 12/05/2025 by Brad Brown, KCSI, Exposed Pipe due to rain fall since 06/12/2024. Top of the pipe was exposed. -Operator monitor the exposed pipe with Oct, NOV Inspection.

F-195.569 Exposed Pipeline & Internal Surface Inspection Report. dated 06/12/2024 by Robert Gomez.

## MO.LM: Liquid Pipeline Maintenance

69. Question Result, ID, References Sat, MO.LM.VALVEMAINT.R, 195.404(c) (195.420(a), 195.420(b)) (also presented in: FS.VA)

Question Text *Do records indicate each mainline valve was inspected as required?*

Assets Covered 4655, 93810 (0445A)

Result Notes 324:

MOV1 - 9//30/2025 by Elijah Keener.

MOV 3- 9/08/ 25 by

Report Filters: Results: all

SER-000698

007041

MOV2 - 09/08/25

MOV 5 ,

MOV7, MOV 8, MOV 9

325A;

MOV 10 - 09/09/2025

MOV 13, MOV 14,

MOV16, MOV 18, - 09/15/2025

MOV 19 - 09/16/2025

MOV 20 - Dated 09/22/2025.

325B:

MOV 23, 10/01/2025

MOV 26, 10/01/2025

MOV 28, 09/03/2025

MOV 38, 09/29/2025

MOV 39, 09/29/2025

MOV 40, 09/29, 2025

SYU:

Onshore: SDV 30121, 30124 - by Ryan Dunehew dated: 08/25/2025.

Offshore: 700-1 by Shayne Duplantis 5-7-2025. OQ checked

## MO.RW: ROW Markers, Patrols, Monitoring and Analysis

70. Question Result, ID, References: Sat, MO.RW.ROWMARKER.P, 195.402(a) (195.410(a), 195.410(c), API RP 1162 (1st Edition), Section 2.7, API RP 1162 (1st Edition), Section 8) (also presented in: PD.RW)

Question Text *Does the process address how line markers are to be placed and maintained?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.410: Place and Maintain Line Markers

71. Question Result, ID, References: Sat, MO.RW.ROWMARKER.O, 195.410(a) (195.410(b), 195.410(c)) (also presented in: PD.RW)

Question Text *Are line markers placed and maintained as required?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on the field visit, pipeline markers are in place and maintained as required

72. Question Result, ID, References: Sat, MO.RW.ROWCONDITION.O, 195.412(a) (also presented in: PD.RW)

Question Text *Are the ROW conditions acceptable for the type of patrolling used?*

Assets Covered 4655, 93810 (0445A)

Result Notes No issues were observed for aerial patrolling

## MO.ABNORMAL: Liquid Pipeline Abnormal Operations

73. Question Result, ID, References — NA, MO.ABNORMAL.ABNORMALREVIEW.R, 195.404(b) (195.402(d)(5))

Question Text — *Do records indicate post-event reviews of actions taken by operator personnel to determine the effectiveness of the abnormal operation procedures and whether corrective actions were taken where deficiencies were found?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — No such event occurred, or condition existed, in the scope of inspection review.

The pipeline has not yet resumed operations

## MO.LM: Liquid Pipeline Maintenance

74. Question Result, ID, References — Sat, MO.LM.VALVEMAINT.O, 195.420(a) (195.420(c)) (also presented in: FS.VA)

Question Text — *Do the pipeline system valves appear to be in good working order and are they protected from unauthorized operation?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — MOV 5 and Check Valve 6 appear to be in good working order and are located in locked vaults

Observed a full operation of MOV 14 with no issues observed, the valve is located in a fenced area with a locked gate

## MO.EW: Extreme Weather

75. Question Result, ID, References — Sat, MO.EW.EXTWEATHERCRIT.P, 195.402(a) (195.414(a))

Question Text — *Does the process adequately detail the specific weather or natural disaster conditions that would require an inspection?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.414: Inspections of Pipelines Affected by Extreme Weather and Natural Disasters

76. Question Result, ID, References — Sat, MO.EW.EXTWEATHERINSPREQT.P, 195.402(a) (195.414(b), 195.414(c))

Question Text — *Does the process adequately detail initial inspection requirements?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.414: Inspections of Pipelines Affected by Extreme Weather and Natural Disasters

77. Question Result, ID, References — Sat, MO.EW.EXTWEATHERINSPIMPL.R, 195.404(c) (195.414(a), 195.414(b), 195.414(c), 195.414(d))

Question Text — *Do records indicate the operator conducted the required inspection following an extreme weather or natural disaster event?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed records of responding to pipe exposed by washout in Gifford Creek during rain event 10/16/2025 and 11/13/2025 by Diego Oropeza

Reviewed F-195.569 Exposed Pipeline and Internal Surface Inspection Report 6/12/2024 by Robert Gomez, for same event as above

## PD.DP: Damage Prevention

78. Question Result, ID, References — Sat, PD.DP.ONECALL.O, 195.442(c)(3)

Question Text — *Observe operator's process for a "One Call" Ticket.*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Observe operator processed 811-TIcket Detail: A251010125 by Nathan Sodergerg

## TD.ATM: Atmospheric Corrosion

79. **Question Result, ID, References** — Sat, TD.ATM.ATMCORRODEINSP.P, 195.402(c)(3) (195.583(a), 195.583(b), 195.583(c))

**Question Text** *Does the process give adequate instruction for the inspection of aboveground pipeline segments exposed to the atmosphere?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.581: Atmospheric Corrosion

80. **Question Result, ID, References** — Sat, TD.ATM.ATMCORRODEINSP.R, 195.589(c) (195.583(a), 195.583(b), 195.583(c))

**Question Text** *Do records document inspection of aboveground pipe exposed to atmospheric corrosion?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed Atmospheric 2024 Annual Survey date: 04/22/2024. by Carlos Argular, Robert Lench.

81. **Question Result, ID, References** — Sat, TD.ATM.ATMCORRODEINSP.O, 195.583(c) (195.581(a))

**Question Text** *Is aboveground pipe that is exposed to atmospheric corrosion protected?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** No atmospheric corrosion issues were observed at any visited facility

## TD.CP: External Corrosion - Cathodic Protection

82. **Question Result, ID, References** — Sat, TD.CP.MAPRECORD.P, 195.589(a) (195.589(b)) (also presented in: TD.CPMONITOR)

**Question Text** *Does the process require maps and/or records of cathodic protection systems that have been installed on pipelines constructed, relocated, replaced, converted to hazardous liquid service, or otherwise changed?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.402(c)(1): Making Information Available

83. **Question Result, ID, References** — Sat, TD.CP.DEFICIENCY.P, 195.402(c)(3) (195.573(e)) (also presented in: TD.CPMONITOR, TD.CPEXPOSED)

**Question Text** *Does the process require correction of any identified deficiencies in corrosion control?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.585: Corrosion Remediation

84. **Question Result, ID, References** — Sat, TD.CP.ISOLATE.P, 195.402(c)(3) (195.575(a), 195.575(b), 195.575(d))

**Question Text** *Does the process provide adequate guidance for electrically isolating each buried or submerged pipeline from other metallic structures unless they electrically interconnect and cathodically protect the pipeline and the other structures as a single unit?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.551: External Corrosion – Design and Installation, Electrical Isolation

85. **Question Result, ID, References** — Sat, TD.CP.ISOLATE.R, 195.589(c) (195.575(a), 195.575(b), 195.575(d))

**Question Text** *Do records document adequate electrical isolation of each buried or submerged pipeline from other metallic structures unless they electrically interconnect and cathodically protect the pipeline and the other structures as a single unit?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

Sable pipeline is isolated from all other structures and casings

86. **Question Result, ID, References** — Sat, TD.CP.ISOLATE.O, 195.575(a) (195.575(b), 195.575(d))

**Question Text** *Are measures performed to ensure electrical isolation of each buried or submerged pipeline from other metallic structures unless they electrically interconnect and cathodically protect the pipeline and the other structures as a single unit?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Observed a pipe to soil reading on a casing near MOV 14 with no issues

SER-000701

007044

| | | |
|---|---|---|
| 87. Question Result, ID, References | Sat, TD.CP.DEFICIENCY.R, 195.589(c) (195.573(e)) (also presented in: TD.CPMONITOR, TD.CPEXPOSED) | |
| | Question Text | *Do records document adequate operator actions taken to correct any identified deficiencies in corrosion control?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025 |
| | | Low readings on initial survey were corrected and measured again during remedial survey |
| 88. Question Result, ID, References | Sat, TD.CP.MAPRECORD.R, 195.589(a) (195.589(b)) (also presented in: TD.CPMONITOR) | |
| | Question Text | *Do maps and or records document cathodic protection system appurtenances that have been installed on pipelines that have been constructed, relocated, replaced, or otherwise changed or been converted to hazardous liquid service?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025 |

## TD.CPMONITOR: External Corrosion - Cathodic Protection Monitoring

| | | |
|---|---|---|
| 89. Question Result, ID, References | Sat, TD.CPMONITOR.MONITORCRITERIA.P, 195.402(c)(3) (195.571) | |
| | Question Text | *Does the process require that CP monitoring criteria be used that is acceptable?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Reviewed O&M P-195.561: External Corrosion – Inspection and Maintenance of System, Determining Adequacy of Cathodic Protection |
| 90. Question Result, ID, References | Sat, TD.CPMONITOR.MONITORCRITERIA.R, 195.589(c) (195.571) | |
| | Question Text | *Do records document that CP monitoring criteria used was acceptable?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025 |
| 91. Question Result, ID, References | Sat, TD.CPMONITOR.MONITOR.O, 195.571 | |
| | Question Text | *Do the methods for taking CP monitoring readings allow for the application of appropriate CP monitoring criteria?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Observed a pipe to soil reading at each visited facility and valve site with no issues observed |
| 92. Question Result, ID, References | Sat, TD.CPMONITOR.CURRENTTEST.P, 195.402(c)(3) (195.573(c)) | |
| | Question Text | *Does the process give sufficient details for making electrical checks of rectifiers, interference bonds, diodes, and reverse current switches?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Reviewed O&M P-195.561: External Corrosion – Inspection and Maintenance of System, Cathodic Protection Units (CPU) Surveys, Interference Bond Surveys (Positive and Negative) |
| 93. Question Result, ID, References | Sat, TD.CPMONITOR.CURRENTTEST.R, 195.589(c) (195.573(c)) | |
| | Question Text | *Do records document adequate electrical checks of rectifiers, interference bonds, diodes, and reverse current switches and at the required intervals?* |
| | Assets Covered | 4655, 93810 (0445A) |
| | Result Notes | Reviewed rectifier reading records for January 2025 to present |
| | | Reviewed critical bond reading records January 2025 to present, will be no longer considered critical at end of year |
| 94. Question Result, ID, References | Sat, TD.CPMONITOR.CURRENTTEST.O, 195.573(c) | |
| | Question Text | *Are rectifiers, interference bonds, diodes, and reverse current switches properly maintained and are they functioning properly?* |

Report Filters: Results: all

SER-000702

007045

| | |
|---|---|
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Observed rectifiers at each visited facility with no issues |

**95.** Question Result, ID, References — Sat, TD.CPMONITOR.INTFRCURRENT.P, 195.402(c)(3) (195.577(a), 195.577(b))

Question Text — *Does the operator have a process in place to minimize detrimental effects of interference currents on its pipeline system and do the procedures for designing and installing cathodic protection systems provide for the minimization of detrimental effects of interference currents on existing adjacent metallic structures?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.561: External Corrosion – Inspection and Maintenance of System, Interference Currents

**96.** Question Result, ID, References — Sat, TD.CPMONITOR.INTFRCURRENT.R, 195.589(c) (195.577(a))

Question Text — *Do records document that the operator has an effective program in place to minimize the detrimental effects of interference currents on their pipeline system, and is minimizing detrimental effects of interference currents from their CP systems on other underground metallic structures?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

No stray currents found on foreign line crossings

**97.** Question Result, ID, References — NA, TD.CPMONITOR.INTFRCURRENT.O, 195.577(a)

Question Text — *Are areas of potential stray current identified, and if found, the detrimental effects of stray currents minimized?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — No such relevant facilities/equipment existed in the scope of inspection review.

## TD.CPEXPOSED: External Corrosion - Exposed Pipe

**98.** Question Result, ID, References — Sat, TD.CPEXPOSED.EXPOSEINSPECT.P, 195.402(c)(3) (195.569)

Question Text — *Does the process require that exposed portions of buried pipeline be examined for external corrosion and coating deterioration, and if external corrosion is found, further examination required to determine the extent of the corrosion?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.569: External and Internal Inspection of Pipe

**99.** Question Result, ID, References — Sat, TD.CPEXPOSED.EXPOSEINSPECT.R, 195.589(c) (195.569)

Question Text — *Do records document that exposed buried piping was adequately examined for corrosion and deteriorated coating?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed exposed pipe report from repair #87 record Line 324 log distance 56868.13

## TD.ICP: Internal Corrosion - Preventive Measures

**100.** Question Result, ID, References — Sat, TD.ICP.INVESTREMED.P, 195.402(c)(3) (195.579(a))

Question Text — *Does the process give adequate guidance for investigating and mitigating the corrosive effects of hazardous liquids or carbon dioxide being transported?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.579: Internal Corrosion

**101.** Question Result, ID, References — NA, TD.ICP.INVESTREMED.R, 195.589(c) (195.579(a))

Question Text — *Do records document investigation and mitigation of the corrosive effects of hazardous liquids or carbon dioxide being transported?*

Assets Covered — 4655, 93810 (0445A)

Report Filters: Results: all

SER-000703

007046

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The line has not yet restarted operations

102. Question Result, ID, References Sat, TD.ICP.INHIBITOR.P, 195.402(c)(3) (195.579(b)(1), 195.579(b)(2), 195.579(b)(3))

Question Text *Does the process give adequate direction for the utilization of corrosion inhibitors?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

103. Question Result, ID, References NA, TD.ICP.INHIBITOR.R, 195.589(c) (195.579(b)(1), 195.579(b)(2), 195.579(b)(3))

Question Text *Do records document that corrosion inhibitors have been used in sufficient quantity?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The line has not yet restarted operations

104. Question Result, ID, References NA, TD.ICP.INHIBITOR.O, 195.579(b)

Question Text *Are internal corrosion monitoring devices placed in appropriate locations?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such activity/condition was observed during the inspection.

105. Question Result, ID, References Sat, TD.ICP.EXAMINE.P, 195.402(c)(3) (195.579(a), 195.579(c))

Question Text *Does the process direct personnel to examine removed pipe for evidence of internal corrosion?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.569: External and Internal Inspection of Pipe

106. Question Result, ID, References Sat, TD.ICP.EXAMINE.R, 195.589(c) (195.579(c), 195.579(a))

Question Text *Do records document examination of removed pipe for evidence of internal corrosion?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed internal inspection report from cutout segment during repair #87 record Line 324 log distance 56868.13

107. Question Result, ID, References Sat, TD.ICP.EVALUATE.P, 195.402(c)(3) (195.587)

Question Text *Does the process give sufficient guidance for personnel to evaluate the remaining strength of pipe that has been internally corroded?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

108. Question Result, ID, References Sat, TD.ICP.EVALUATE.R, 195.589(c) (195.587)

Question Text *Do records document adequate evaluation of internally corroded pipe?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed internal inspection report from cutout segment during repair #87 record Line 324 log distance 56868.13

109. Question Result, ID, References Sat, TD.ICP.REPAIR.P, 195.402(c)(3) (195.585(a), 195.585(b))

Question Text *Does the process give sufficient guidance for personnel to repair or replace pipe that has internally corroded to an extent that there is no longer sufficient remaining strength in the pipe wall?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

## TQ.OQ: Operator Qualification

Report Filters: Results: all

SER-000704

007047

**110. Question Result, ID, References** Sat, TQ.OQ.RECORDS.R, 195.507(a) (195.507(b))

**Question Text** *Do records document the evaluation and qualifications of individuals performing covered tasks, and can the qualification of individuals performing covered tasks be verified?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed OQ certifications:

Michael Lackey - Inspect, Test and Calibrate Relief Valve 8/28/2025

Elijah Keener - Inspect Valves 8/19/2025

Ryan Dunehew - Inspect Valves 6/17/2025

Brad Brown - Inspect Surface Condition of Right of Way 10/3/2022

Cameron Munter - Inspect Pipe Coating with Holiday Detector expires 5/11/2027

Jose Muro - Cathodic Protection Potential Measurement 2/8/2024; Rectifier Inspection 3/12/2024

**111. Question Result, ID, References** Sat, TQ.OQ.TRAINING.R, 195.507(a) (195.507(b), 195.505(h))

**Question Text** *Does the operator have records for initial qualification, retraining and reevaluation of individuals performing covered tasks?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed OQ certifications:

Michael Lackey - Inspect, Test and Calibrate Relief Valve 8/28/2025

Elijah Keener - Inspect Valves 8/19/2025

Ryan Dunehew - Inspect Valves 6/17/2025

Brad Brown - Inspect Surface Condition of Right of Way 10/3/2022

Cameron Munter - Inspect Pipe Coating with Holiday Detector expires 5/11/2027

Jose Muro - Cathodic Protection Potential Measurement 2/8/2024; Rectifier Inspection 3/12/2024

## TDC.IMFACIL: Integrity Management for Facilities (Re-Presented)

**112. Question Result, ID, References** Sat, IM.FACIL.FACILIDENT.R, 195.452(l)(1)(i) (195.452(b)(2), 195.452(d)(2)) (also presented in: IM.FACIL)

**Question Text** *Do the records indicate that locations and boundaries of HCA-affecting facilities are correctly identified and maintained up-to-date?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

**113. Question Result, ID, References** Sat, IM.FACIL.PMMPREVENTIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: IM.FACIL)

**Question Text** *Do the records indicate that facility preventive measures to protect the HCAs have been considered and implemented?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

**114. Question Result, ID, References** Sat, IM.FACIL.PMMMITIGATIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: IM.FACIL)

**Question Text** *Do the records indicate that facility mitigative measures to protect the HCAs have been considered and implemented?*

Report Filters: Results: all

SER-000705

007048

Assets Covered  4655, 93810 (0445A)

Result Notes  Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

115. Question Result, ID, References  Sat, IM.FACIL.PMMIMPLEMENT.O, 195.452(i)(1) (also presented in: IM.FACIL)

Question Text  *Does an on-site observation provide indications that facility preventive & mitigative measures to protect the HCAs were implemented as proposed?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Based on our field visit, the measures outlined in the P&MM Form appear to have been implemented

## FS.PS: Pump Stations

116. Question Result, ID, References  Sat, MO.LMOPP.PRESSREGTEST.R, 195.404(c) (195.428(a)) (also presented in: MO.LMOPP)

Question Text  *Do records indicate inspection and testing of each overpressure safety device on its non-HVL pipelines at intervals not to exceed 15 months, but at least once each calendar year?*

Assets Covered  4655, 93810 (0445A)

Result Notes  CA 324: PSV 101, 102, 103A, 103B, 104, 104A, 104B, 105, 107, 106, 123

PSV 101 - set Pressure 250, - facility pipeline.

PSV 104 - Thermal Relief, set Pressure 1360, Capacity 67 GPM,

CA-325B, Surge Relief Devices 4A09, Set Pressure: 1160psig. Dated: 11/04/2025 by Mike Lackey,

117. Question Result, ID, References  Sat, MO.LMOPP.PRESSREGTEST.P, 195.402(c)(3) (195.428(a)) (also presented in: MO.LMOPP)

Question Text  *Does the process adequately detail the inspecting and testing of each pressure limiting device, relief valve, pressure regulator, or other items of pressure control equipment?*

Assets Covered  4655, 93810 (0445A)

Result Notes  O&M Manual: P-195.428(a): Inspect, calibrate, and maintain Overpressure Safety Devices

118. Question Result, ID, References  NA, MO.LMOPP.PRESSREGTEST.O, 195.428(a) (also presented in: MO.LMOPP)

Question Text  *Are inspections of overpressure safety devices adequate (including HVL lines)?*

Assets Covered  4655, 93810 (0445A)

Result Notes  No such activity/condition was observed during the inspection.

119. Question Result, ID, References  Sat, MO.LMOPP.LAUNCHRECVRELIEF.P, 195.402(c)(3) (195.426) (also presented in: MO.LMOPP)

Question Text  *Does the process include requirements for relief devices and their proper use for launchers and receivers?*

Assets Covered  4655, 93810 (0445A)

Result Notes  O&M P-195402(c)(7) Page 121

120. Question Result, ID, References  Sat, MO.LMOPP.LAUNCHRECVRELIEF.O, 195.426 (also presented in: MO.LMOPP)

Question Text  *Are launchers and receivers equipped with relief devices?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Observed relief devices in place on all launchers and receivers at the visited facilities

## FS.VA: Valves

121. Question Result, ID, References  Sat, MO.LM.VALVEMAINT.P, 195.402(c)(3) (195.420(a)) (also presented in: MO.LM)

Question Text  *Does the process adequately address the maintenance program for each valve that is necessary for safe operation of the pipeline system?*

Assets Covered  4655, 93810 (0445A)

Result Notes  O&M P195.420 Inspecting and maintain Valves,

Report Filters: Results: all

SER-000706

007049

| | |
|---|---|
| 122. Question Result, ID, References | Sat, MO.LM.VALVEMAINT.R, 195.404(c) (195.420(a), 195.420(b)) (also presented in: MO.LM) |
| Question Text | *Do records indicate each mainline valve was inspected as required?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | 324: |

MOV1 - 9//30/2025 by Elijah Keener.

MOV 3- 9/08/ 25 by

MOV2 - 09/08/25

MOV 5 ,

MOV7, MOV 8, MOV 9

325A;

MOV 10 - 09/09/2025

MOV 13, MOV 14,

MOV16, MOV 18, - 09/15/2025

MOV 19 - 09/16/2025

MOV 20 - Dated 09/22/2025.

325B:

MOV 23, 10/01/2025

MOV 26, 10/01/2025

MOV 28, 09/03/2025

MOV 38, 09/29/2025

MOV 39, 09/29/2025

MOV 40, 09/29, 2025

SYU:

Onshore: SDV 30121, 30124 - by Ryan Dunehew dated: 08/25/2025.

Offshore: 700-1 by Shayne Duplantis 5-7-2025. OQ checked

| | |
|---|---|
| 123. Question Result, ID, References | Sat, MO.LM.VALVEMAINT.O, 195.420(a) (195.420(c)) (also presented in: MO.LM) |
| Question Text | *Do the pipeline system valves appear to be in good working order and are they protected from unauthorized operation?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | MOV 5 and Check Valve 6 appear to be in good working order and are located in locked vaults |

Observed a full operation of MOV 14 with no issues observed, the valve is located in a fenced area with a locked gate

Report Filters: Results: all

SER-000707

007050

## IM.CA: Continual Evaluation and Assessment

124. **Question Result, ID, References** Sat, IM.HC.HCALOCATION.O, 195.452(b)(5) (195.452(a), 195.452(b)(2), 195.452(f)(1), 195.452(j)(2)) (also presented in: IM.HC)

**Question Text** *Are locations and boundaries of pipe segments that can affect HCAs correctly identified, maintained up-to-date, and verified in accordance with the program?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on comparing field observations to the HCA Analysis, the HCAs appear to have been correctly identified

## PD.RW: ROW Markers, Patrols, Monitoring

125. **Question Result, ID, References** Sat, MO.RW.PATROL.P, 195.402(a) (195.412(a), 195.412(b)) (also presented in: MO.RW)

**Question Text** *Does the process require inspection of ROW surface conditions and crossings under navigable waterways, as well as reporting and mitigation of findings from said inspections?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.412(a): Right-of-Way Inspections, P-195.412(b): Inspect Navigable Waterway Crossings

126. **Question Result, ID, References** Sat, MO.RW.PATROL.R, 195.412(a) (195.412(b)) (also presented in: MO.RW)

**Question Text** *Do records indicate ROW surface conditions and crossings under navigable waterways were inspected, and reporting and appropriate mitigation performed?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Routine Patrol the stations, weekly patrol

Review ROW Record Dated:10/1/2025 by Brad Brown.

ROW date:10/29/2025 by Brad Brown, KCSI

ROW date: 11/19/2025 by Brad Brown, KCSI

ROW date: 12/05/2025 by Brad Brown, KCSI, Exposed Pipe due to rain fall since 06/12/2024. Top of the pipe was exposed. -Operator monitor the exposed pipe with Oct, NOV Inspection.

F-195.569 Exposed Pipeline & Internal Surface Inspection Report. dated 06/12/2024 by Robert Gomez.

127. **Question Result, ID, References** Sat, MO.RW.ROWCONDITION.O, 195.412(a) (also presented in: MO.RW)

**Question Text** *Are the ROW conditions acceptable for the type of patrolling used?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** No issues were observed for aerial patrolling

128. **Question Result, ID, References** Sat, MO.RW.ROWMARKER.O, 195.410(a) (195.410(b), 195.410(c)) (also presented in: MO.RW)

**Question Text** *Are line markers placed and maintained as required?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on the field visit, pipeline markers are in place and maintained as required

129. **Question Result, ID, References** Sat, MO.RW.ROWMARKER.P, 195.402(a) (195.410(a), 195.410(c), API RP 1162 (1st Edition), Section 2.7, API RP 1162 (1st Edition), Section 8) (also presented in: MO.RW)

**Question Text** *Does the process address how line markers are to be placed and maintained?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.410: Place and Maintain Line Markers

## PD.SN: Facilities Signage and Security

130. **Question Result, ID, References** Sat, FS.FG.FACPROTECT.O, 195.436 (also presented in: FS.FG)

Question Text *Are facilities adequately protected from vandalism and unauthorized entry?*

Assets Covered 4655, 93810 (0445A)

Result Notes All facilities visited during the inspection were fenced with locked gates

131. Question Result, ID, References Sat, FS.FG.SIGNAGE.O, 195.434 (also presented in: FS.FG)

Question Text *Are there operator signs around each pumping station, breakout tank area, and other applicable facilities?*

Assets Covered 4655, 93810 (0445A)

Result Notes All visited facilities had appropriate signs as required

## RPT.NR: Notices and Reporting

132. Question Result, ID, References Sat, EP.EPO.OPASUBMITTAL.R, 194.101(a) (194.101(b), 194.119(e), 194.121(b)) (also presented in: EP.EPO)

Question Text *If the operator is required to have a Facility Response Plan, does the current plan submitted and approved by PHMSA cover all the required pipeline assets?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Sable Offshore Integrated Contingency Plan Nov 2024

Reviewed Las Flores Pipeline Tactical Response Plan Rev 002 6/2024

## TD.CPMONITOR: External Corrosion - Cathodic Protection Monitoring

133. Question Result, ID, References Sat, TD.CP.MAPRECORD.P, 195.589(a) (195.589(b)) (also presented in: TD.CP)

Question Text *Does the process require maps and/or records of cathodic protection systems that have been installed on pipelines constructed, relocated, replaced, converted to hazardous liquid service, or otherwise changed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.402(c)(1): Making Information Available

134. Question Result, ID, References Sat, TD.CP.DEFICIENCY.P, 195.402(c)(3) (195.573(e)) (also presented in: TD.CP, TD.CPEXPOSED)

Question Text *Does the process require correction of any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.585: Corrosion Remediation

135. Question Result, ID, References Sat, TD.CP.DEFICIENCY.R, 195.589(c) (195.573(e)) (also presented in: TD.CP, TD.CPEXPOSED)

Question Text *Do records document adequate operator actions taken to correct any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

Low readings on initial survey were corrected and measured again during remedial survey

136. Question Result, ID, References Sat, TD.CP.MAPRECORD.R, 195.589(a) (195.589(b)) (also presented in: TD.CP)

Question Text *Do maps and or records document cathodic protection system appurtenances that have been installed on pipelines that have been constructed, relocated, replaced, or otherwise changed or been converted to hazardous liquid service?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

## TD.CPEXPOSED: External Corrosion - Exposed Pipe

137. Question Result, ID, References Sat, TD.CP.DEFICIENCY.P, 195.402(c)(3) (195.573(e)) (also presented in: TD.CP, TD.CPMONITOR)

Question Text *Does the process require correction of any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

SER-000709

007052

Result Notes  Reviewed O&M P-195.585: Corrosion Remediation

138. Question Result, ID,  Sat, TD.CP.DEFICIENCY.R, 195.589(c) (195.573(e)) (also presented in: TD.CP, TD.CPMONITOR)
References

Question Text  *Do records document adequate operator actions taken to correct any identified deficiencies in corrosion control?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

Low readings on initial survey were corrected and measured again during remedial survey

Except as required to be disclosed by law, any inspection documentation, including completed protocol forms, summary reports, executive summary reports, and enforcement documentation are for internal use only by federal or state pipeline safety regulators. Some inspection documentation may contain information which the operator considers to be confidential. In addition, supplemental inspection guidance and related documents in the file library are also for internal use only by federal or state pipeline safety regulators (with the exception of documents published in the federal register, such as advisory bulletins). Do not distribute or otherwise disclose such material outside of the state or federal pipeline regulatory organizations. Requests for such information from other government organizations (including, but not limited to, NTSB, GAO, IG, or Congressional Staff) should be referred to PHMSA Headquarters Management.

Report Filters: Results: all
SER-000710                                                                                           007053



007067

SER-000712

SER-000713

007069

SER-000714

007070

SER-000715

007071

SER-000716

SER-000717

007073

SER-000718

007074

SER-000719

# PACIFIC PIPELINE COMPANY
## Valve Line-up Sheet - Normal Operations

1. **TERMINAL/FACILITY:** LFC Pump Station     **DATE:** _____

| VALVE NUMBER | Remote | Valve Open | Close | Verified | Initials / Comments |
|---|---|---|---|---|---|
| ▉ | [X] | ☐ | ☐ | ☐ | STATION INLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" METER SKID INLET |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" STRAINER-101 DRAIN |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" FE-121 METER DRAIN |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" PROVER INLET @ METER SKID |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" METER SKID OUTLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" METER SKID INLET |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" STRAINER-102 DRAIN |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" FE-122 METER DRAIN |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" PROVER INLET @ METER SKID |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" METER SKID OUTLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 6" PROVER 4-WAY |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" PROVER DRAIN |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" PROVER DRAIN |
| ▉ | [X] | ☐ | ☐ | ☐ | 14" P-101 SUCTION |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" P-101 DISCHARGE |
| ▉ | [X] | ☐ | ☐ | ☐ | 14" P-102 SUCTION |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" P-102 DISCHARGE |
| ▉ | ☐ | [X] | ☐ | ☐ | 8" FLOW CONTROL INLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| ▉ | [X] | ☐ | ☐ | ☐ | 8" FLOW CONTROL OUTLET |
| ▉ | ☐ | [X] | ☐ | ☐ | 8" FLOW CONTROL INLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| ▉ | [X] | ☐ | ☐ | ☐ | 8" FLOW CONTROL OUTLET |
| ▉ | ☐ | ☐ | [X] | ☐ | 2" PRESSURE CONTROL INLET DRAIN |
| ▉ | ☐ | [X] | ☐ | ☐ | 12" PRESSURE CONTROL INLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| ▉ | [X] | ☐ | ☐ | ☐ | 12" PRESSURE CONTROL OUTLET |
| ▉ | ☐ | [X] | ☐ | ☐ | 12" PRESSURE CONTROL INLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| ▉ | ☐ | ☐ | ☐ | ☐ | 12" PRESSURE CONTROL OUTLET |
| ▉ | ☐ | [X] | ☐ | ☐ | 3" PS-105 SUMP DISCHARGE |
| ▉ | [X] | ☐ | ☐ | ☐ | 2" P-106 DISCHARGE |
| ▉ | ☐ | [X] | ☐ | ☐ | 2" INJECTION DISCHARGE |
| ▉ | [X] | ☐ | ☐ | ☐ | 20" LAUNCHER KICKER |
| ▉ | [X] | ☐ | ☐ | ☐ | 20" LAUNCHER INLET |
| ▉ | [X] | ☐ | ☐ | ☐ | 24" LAUNCHER TRAP |
| ▉ | ☐ | ☐ | [X] | ☐ | 4" LAUNCHER BARREL DRAIN |

**Comments on Valve Line-ups**

_____

_____

Operations Signature (Person Completing) _____     Date _____

Operations Signature (Person Double Checking) _____     Date _____

SER-000720

007076





# OPERATOR QUALIFICATION PLAN

# VERSION 1, DECEMBER 2024

SER-000722

004380



# TABLE OF CONTENTS

SECTION 1: Introduction ................................................................................................................4

    1.1   Plan Purpose ..........................................................................................................................4

    1.2   Plan Overview ........................................................................................................................4

    1.3   Program Administration.........................................................................................................5

    1.4   Communication of Program Changes .....................................................................................5

    1.5   OQ Process Review, Continuous Improvement and Updates...................................................6

    1.6   Mergers and Acquisitions ......................................................................................................6

    1.7   Language ...............................................................................................................................7

SECTION 2: Covered Task Identification and Analysis.......................................................................8

    2.1   Off-the-Shelf Covered Tasks...................................................................................................8

    2.2   Four-Part Test Description .....................................................................................................8

    2.3   Process to Determine if New Task is Covered or an Existing Task is Obsolete ..........................9

    2.4   Re-Evaluation Intervals .........................................................................................................9

       2.4.1   Data Needed Determining Re-evaluation Interval ................................................................9

       2.4.2   Specifics for Applying DIF Analysis.....................................................................................12

    2.5   Abnormal Operating Conditions ..........................................................................................15

    2.6   Emergency Response ...........................................................................................................16

SECTION 3: Employee Qualification Requirements.........................................................................17

    3.1   General Training...................................................................................................................17

    3.2   Initial Evaluations................................................................................................................17

    3.3   Subsequent Evaluation ........................................................................................................18

    3.4   For Cause Evaluation............................................................................................................19

       3.4.1   Re-Evaluation of Individuals No Longer Qualified ..............................................................19

       3.4.2   After Incident / Accident....................................................................................................19

    3.5   Failure to Qualify.................................................................................................................20

    3.6   Handling Unique Needs of Employees..................................................................................21

    3.7   Evaluator Guidelines ...........................................................................................................21

       3.7.1   Company SME Criteria........................................................................................................21

       3.7.2   Third-party Evaluator Criteria............................................................................................22

SER-000723

004381



**SECTION 4: Non-Qualified Individuals** ................................................................................**23**

**SECTION 5: Contractor Qualification Options** ....................................................................**24**

   5.1   General Information ...............................................................................................24

   5.2   Specialized Contractors.........................................................................................25

   5.3   Contractor Operator Qualification Procedure .......................................................25

**SECTION 6: Third-Party Entities**........................................................................................**27**

**SECTION 7: Recordkeeping Requirements** .......................................................................**28**

   7.1   Plan Development / Implementation .....................................................................28

   7.2   PPC Employees.....................................................................................................28

   7.3   Contractors and Third-Party Entities.....................................................................28

   7.4   Tracking Qualifications..........................................................................................29

**SECTION 8: Appendices**......................................................................................................**30**

   8.1   Appendix A: Definitions ........................................................................................31

   8.2   Appendix B: Covered Task List ...............................................................................37

     8.2.1   *Covered Task List – Task Number, Name, Description, Regulatory Reference and Who Performs* ............37

     8.2.2   *Covered Task List – API / ASME Tasks, Span of Control, Re-evaluation Frequency* .....................42

     8.2.3   *Covered Task List – Accepted Evaluations* ..............................................................45

     8.2.4   *Covered Task List – Task-Specific AOCs* ..................................................................54

   8.3   Appendix C: Forms ................................................................................................84

     8.3.1   *Personnel Performance Monitoring Form* ..............................................................85

     8.3.2   *Certified Specialty Contractor Form*.......................................................................87

     8.3.3   *Contractor Abnormal Operating Condition Verification Form*.....................................88

     8.3.4   *Covered Task Worker ID / Contractor OQ Report*......................................................89

     8.3.5   *OQ Task Assignment Checklist*...............................................................................91

     8.3.6   *Project Manager OQ Quick Check* ..........................................................................96

     8.3.7   *Mutual Aid Form*.................................................................................................97

     8.3.8   *Contractor Audit Form*.........................................................................................98

   8.4   Appendix D: Review and Revision Log ....................................................................108

SER-000724

004382



# SECTION 1:   INTRODUCTION

## 1.1    Plan Purpose

Pacific Pipeline Company (PPC) has written and implemented this plan to comply with the Operator Qualification (OQ) requirements listed in 49 CFR 195 Subpart G. The plan covers pipelines operated under operator identification number 40881 (Sable Offshore Corp PPC). These pipelines include:

| Pipeline | Intrastate or Interstate | Regulatory Classification | Regulatory Body |
|---|---|---|---|
| Las Flores Pipeline (Pacific Pipeline 324, 325A, 325B) | Intrastate | Crude Oil Transmission | PHMSA, OSFM |

## 1.2    Plan Overview

PPC only allows individuals who have been qualified to perform that task, or that are directed and observed by a qualified person, as described in Section 4 of this manual, to perform covered tasks. This plan has been developed to ensure that all persons performing covered tasks on PPC pipelines are properly qualified. The plan has provisions to do the following:

- Describe the roles and responsibilities for individuals responsible for implementing this plan.

- Communicate changes that affect covered tasks to PPC Employees and Contractors performing those covered tasks.

- Have provisions for plan improvement including PPC Employee and Contractor feedback.

- Describe how qualifications are handled during acquisitions of properties that have personnel already qualified.

- Identify the covered tasks performed on the Department of Transportation (DOT) regulated pipelines owned and operated by PPC; the applicable evaluation methods; who performs the task (PPC or Contractor); and the evaluation criteria for each task.

- Describe the evaluation processes.

- Allow for third-party evaluations after they have been reviewed and the review included as part of this plan.

- Allow re-evaluation of an individual whose performance may have contributed to an incident / accident as defined in 49 CFR Part 195 or if it is believed that the individual is no longer qualified to perform the covered task.

- Allow non-qualified individuals to be directed and observed by qualified individuals while performing covered tasks and provide the span-of-control to be observed when this occurs.

- Describe what records are to be maintained and where they are maintained.

SER-000725

004383



## 1.3 Program Administration

PPC is responsible for the development, maintenance and implementation of this manual.

This program shall be reviewed annually and, if necessary, amended. Reviews and revisions are documented in Appendix D: *Review and Revision Log*.

## 1.4 Communication of Program Changes

PPC communicates significant changes that affect a Covered Task to the individuals who perform that covered task. Communication to affected individuals may be made via email or other method, including notification by a third-party agent. These changes may include but are not limited to:

- Modifications to PPC policies and procedures

- Modifications to piping or pipeline facilities

- Changes in state or federal regulations

- Use of new equipment and / or technology that affects covered tasks

- New information from equipment or product manufacturers that affects covered tasks

- Modifications to covered tasks or abnormal operating conditions identified during incident or accident investigations or resulting from employee or contractor feedback.

Once this plan has been inspected by the Pipeline Hazardous Materials and Safety Administration (PHMSA), significant changes are submitted to PHMSA in writing with a letter accompanying the program to explain the changes. These changes may consist of deletion of a covered task, change in acceptable method of evaluations[1], or an increase in the span-of-control or the frequency of evaluation. In addition, wholesale changes made to the OQ Plan, whether due to an overall effort to improve the program or due to a merger or acquisition, require submittal to PHMSA.

This notification is sent to the OPS Information Resource Manager by email at InformationResourcesManager@phmsa.dot.gov or mail to:

ATTN: Information Resources Manager
DOT/PHMSA/OPS
East Building, 2nd Floor (PHP-10), Room E22-321
New Jersey Avenue, SE
Washington, DC 20590.

Regardless of the delivery method, each notification must include:

- Operator Identification Number (OPID(s)), operator name(s), headquarter address. Name of individual submitting notification, Date / email / phone number, Commodity (gas / liquid / both), PHMSA Region(s) where pipeline(s) operate, and names of respective facilities or pipeline systems where changes apply.

---

[1] *This does not include third-party vendors making changes to names / number of models; rather, it includes no longer accepting a certain vendor or adding a new vendor.*

SER-000726

004384



- Complete Plan accompanied by revision / change log and effective date of change(s). The plan should be notated such that changed areas of the plan can be readily identified. Employee-specific information (i.e., social security numbers) and testing material are not needed.

## 1.5 OQ Process Review, Continuous Improvement and Updates

PPC may use the following processes to evaluate the performance of its OQ program and implement improvements to enhance the effectiveness of its program.

- Gathering Employee feedback: Employees are encouraged to provide feedback on the effectiveness of this program. Although they may at any time do this, Employees are encouraged during periodic observations of covered tasks, safety meetings, and OQ evaluations to give feedback.
- Monitoring changes to pipeline safety regulations.
- Analyzing Near Misses and Accident / Incident Reports.
- Conducting regular audits (internal and / or external).
- Communicating between peers and colleagues (verbal, email, fax, etc.).

The Pipeline Operations Manager (or designee) annually reviews the OQ Qualification Plan at intervals not to exceed 15 months but at least once each calendar year, considering the above items. This review incorporates any items from the above that have not been previously incorporated. During this review, determine if the evaluations have been effective in ensuring that the personnel performing the covered tasks are qualified. Address any areas of deficiencies accordingly. Communicate changes to the plan according to Section 1.4: *Communication of Program Changes*. Records of this review are maintained by the OQ administrator or designee.

## 1.6 Mergers and Acquisitions

In the event of a merger or acquisition in which employees from the acquired / merged asset remain as PPC employees, the qualifications of those individuals are reviewed. Where the qualification processes are compatible with those of this manual, and where documentation of the qualification processes and evaluations are available, those qualifications may be considered adequate until the expiration based on the re-evaluation intervals located in this manual.

However, if the individuals are expected to perform additional covered tasks, or if the equipment or procedures used by the acquired asset differ materially from those used by PPC, or if there is otherwise reason to believe that the individuals are not qualified, then those individuals are required to undergo the qualification processes outlined in this plan.

A review of the acquired company's OQ program is made to determine ways that this program may be enhanced.

SER-000727

004385



## 1.7 Language

Individuals performing covered tasks under this program should be able to speak, read and understand English. If an individual cannot fully understand and communicate in English, a bilingual individual may be used to interpret the requirements of this program and referenced qualifications methods.

SER-000728

004386



## SECTION 2:   COVERED TASK IDENTIFICATION AND ANALYSIS

### 2.1   Off-the-Shelf Covered Tasks

PPC based the *Covered Task List* located in <u>Appendix B</u> of this plan on the covered tasks lists determined by the American Petroleum Institute (API) and the American Society of Mechanical Engineers (ASME) in their OQ Standards. In addition, PPC reviewed their operations to determine additional tasks that may pass the Four-Part Test.

PPC has addressed other pipeline-related activities that pose significant risk to the integrity of pipeline facilities (e.g., excavation, purging).

These standards are reviewed annually when this manual is updated to ensure no new covered tasks have been added that are applicable to PPC pipeline operations. PPC also reviews their operation to determine if any tasks need to be added. Lastly, any standards incorporated by reference into the regulations are reviewed to ensure additional covered tasks are identified.

### 2.2   Four-Part Test Description

As required by the regulation, each task was evaluated by the Four-Part Test to determine whether or not personnel must be qualified to perform the task. The test components and the criteria applied to them are as follows:

1.   Is the task performed on a pipeline facility?

     The **pipeline facility** is piping or equipment used in the production, extraction, recovery, lifting, stabilization, separation or treating of petroleum or carbon dioxide, or associated storage or measurement. To be a production facility under this definition, piping or equipment must be used in the process of extracting petroleum or carbon dioxide from the ground or from facilities where carbon dioxide is produced and preparing it for transportation by pipeline. This includes piping between treatment plants which extract carbon dioxide, and facilities utilized for the injection of carbon dioxide for recovery operations.

2.   Is the task associated with operations and maintenance?

     This includes any task that pertains to safe operation and maintenance of the pipeline. It includes construction-type activities done on the pipeline facility during repair.

3.   Is the task required by 49 CFR Part 195?

     This includes tasks that are required by regulation in 49 CFR Part 195.

4.   Does the task affect the operation or integrity of the pipeline?

     In order for something to affect the integrity of the pipeline, it must have the potential to affect, detect or predict something on the pipeline. Very few things done on the pipeline do not meet these criteria. An example of such a task is painting for cosmetic reasons. This does not in any way affect, detect or predict anything on the line. However, if the painting is done for atmospheric

SER-000729

004387



corrosion control, this analogy changes and not performing the task affects the integrity of the pipeline.

Tasks that meet all four parts of this test are considered covered and are listed in Appendix B. They have been examined to determine at what frequency they should be re-evaluated. This is explained in Section 2.4: *Re-Evaluation Intervals*.

## 2.3 Process to Determine if New Task is Covered or an Existing Task is Obsolete

Any time a new activity is performed on the pipeline, it must be given the Four-Part Test to determine applicability to the *Operator Qualification Plan*. If it is determined that this is a new covered task, the evaluation method and criteria must be developed and individuals must be qualified prior to performing the task.

If it is determined that a task or part of a task is no longer being performed on covered facilities, update the OQ plan with the date of removal from the *Covered Task List*, along with an explanation of why it was removed. An MOC must also be issued to all personnel concerned.

## 2.4 Re-Evaluation Intervals

Re-evaluate each task according to the subsequent evaluation requirements for PPC Employees in this plan at intervals as listed in Appendix B. Contractor employees must have evaluations that are also re-evaluated within these applicable intervals.

Subsequent qualification intervals have a 3-month grace period. For example, tasks with a 1-yr subsequent qualification interval must be re-evaluated within 1 year not to exceed 15 months, 3-year subsequent qualification intervals may not exceed 39 months, and 5-year subsequent qualification intervals may not exceed 63 months.

### 2.4.1 Data Needed Determining Re-evaluation Interval

The subsequent qualification interval is established according to the difficulty, importance, and frequency (DIF) analysis as described below. This analysis is based on the one presented in ASME B31Q *Pipeline Personnel Qualification (2018)*. The initial interval for subsequent qualification may not exceed five years. The subsequent qualification intervals are assessed and reduced if necessary.

**DIF Rating Scale** - The five levels on each DIF rating scale are designed to provide a suitable differentiation of responses for each task. Tables 2.4.1-1, 2.4.1-2 and 2.4.1-3 summarize the Difficulty, Importance and Frequency rating scales, respectively.

SER-000730

004388



Difficulty –

- Difficulty pertains to the complexity of the mental or motor skills entailed in performance of the task. Criteria for a Difficulty analysis are expressed in the following terms:
  - Comprehension: an individual is able to translate and explain the requirements for performing a task.
  - Performance: an individual is able to demonstrate the knowledge, skills, and distinctive physical abilities required for performing a task.
  - Application: an individual is able to utilize the requirements and principles for performing a task under a variety of circumstances.
  - Analysis: an individual is able to divide a task into its parts and identify and select an appropriate solution.
- Difficulty Rating Scale
  - Rating 1. A task that requires:
    - Comprehension of basic procedures (e.g., explain the requirements for structure-to-soil readings)
    - Performance of basic skills (e.g., operate a test instrument)
  - Rating 2. A task that requires:
    - Comprehension of basic to intermediate procedures (e.g., explain the requirements for leak surveys)
    - Performance of basic to intermediate skills (e.g., operate a leak survey device)
    - Application of basic to intermediate principles and requirements (e.g., grade / classify an outside gas leak)
  - Rating 3. A task that requires:
    - Comprehension of intermediate procedures (e.g., explain the variables and requirements for repairing a gas leak)
    - Performance of an intermediate skill(s) (e.g., safely install a leak clamp)
    - Application of intermediate principles and requirements (e.g., determine the extent of the gas leak and the conditions of the pipe)
    - Analysis of routine job assignments (e.g., select the appropriate procedures and leak clamp to repair a gas leak)
  - Rating 4. A task that requires:
    - Comprehension of intermediate to advanced procedures (e.g., explain the variables and requirements for replacing a pipeline segment)
    - Performance of intermediate to advanced skill(s) (e.g., safely purge a pipeline segment) or distinctive physical abilities
    - Application of intermediate to advanced principles and requirements (e.g., identify potential sources of accidental ignition and implement prevention of accidental ignition procedures)

SER-000731

004389



- Analysis of routine to complex job assignments (e.g., determine if pipeline segment should be repaired, replaced, or referred for analysis)

  o Rating 5. A task that requires:

  - Comprehension of advanced knowledge (e.g., explain the variables and requirements for reducing pressure or shutting down a pipeline under emergency conditions)

  - Performance of advanced skill(s) (e.g., safely reduce pressure or shutdown a pipeline segment under emergency conditions) or distinctive physical abilities

  - Application of advanced knowledge (e.g., identify the precautions to be taken during pressure reduction or pipeline shutdown and implement appropriate procedures)

  - Analysis of non-routine and complex job assignments (e.g., determine if pressure should be reduced or if the pipeline segment should be shut down during emergency response)

Importance –

- Importance is judged in terms of the consequences of inadequate performance. The critical or noncritical nature of the task is factored into the process through this rating. The rating scale points and examples are:

  o Rating 1. Improper performance of the task may result in an abnormal operating condition that is discovered by a required periodic inspection (e.g., structure-to-soil readings, pipeline patrols).

  o Rating 2. Improper performance of the task may result in an abnormal operating condition that will cause a backup system to operate (e.g., relief valve operations due to improperly adjusting a regulating device).

  o Rating 3. Improper performance of the task may result in an abnormal operating condition that will not be discovered during a required periodic inspection (e.g., internal corrosion, pipe settlement that results in a gas leak).

  o Rating 4. Improper performance of the task may result in an abnormal operating condition while the task is being performed.

  o Rating 5. Improper performance of the task may result in an abnormal operating condition while the task is being performed that is a hazard to persons, property, or the environment or a reportable condition.

Frequency –

- Frequency is determined more objectively. A performance may be considered to be frequent if an individual performs it 12 or more times annually. It may be considered infrequent if it is required once every 5 yrs.

  o Rating 1. Task is performed one to five times per year.

  o Rating 2. Task is performed six to 11 times per year.

  o Rating 3. Task is performed 12 to 35 times per year.

  o Rating 4. Task is performed 36 to 48 times per year.

  o Rating 5. Task is performed more than 49 times per year.

SER-000732

004390



o N/A. Task is performed as needed (potentially less than one time per year).

**Table 2.4.1-1: Summary of Difficulty Rating Scale**

| Difficulty Rating | Comprehend Procedure | Perform Skills | Apply Task Principles | Analysis – Job Complexity |
|---|---|---|---|---|
| 1 | Basic | Basic | | |
| 2 | Intermediate | Intermediate | Intermediate | |
| 3 | Intermediate | Intermediate | Intermediate | Routine |
| 4 | Advanced | Advanced | Advanced | Routine to complex |
| 5 | Advanced | Advanced | Advanced | Non-routine complex |

**Table 2.4.1-2: Summary of Importance Rating Scale**

| Importance Rating | Improper Performance May Result in an Abnormal Operating Condition That: |
|---|---|
| 1 | Can be found by periodic inspection |
| 2 | Will cause backup system to operate |
| 3 | Will not be found by a required periodic inspection |
| 4 | Will develop during the performance of the task |
| 5 | Is a hazard to persons, property, or the environment or is reportable |

**Table 2.4.1-3: Summary of Frequency Rating Scale**

| Frequency Rating | Task is Performed |
|---|---|
| 1 | One to five times per year |
| 2 | Six to 11 times per year |
| 3 | Task is performed 12 to 35 times per year |
| 4 | 36 to 48 times per year |
| 5 | More than 49 times per year |
| N/A | As needed (potentially fewer than one time per year) |

## 2.4.2  Specifics for Applying DIF Analysis

Specifics for applying a DIF analysis for the purpose of determining subsequent qualification intervals and reporting the results include:

- Tasks that have a subsequent qualification interval that is mandated by another code or standard; e.g., welding and plastic pipe joining do not need to be included in the evaluation process.

- Initial results from DIF survey data and application of the Decision Tree are reviewed, including further analysis and adjustments (if required) by PPC and stakeholders.

SER-000733

004391



- One year was determined to be the lowest subsequent qualification interval required to ensure continued qualification and five year to be the longest subsequent qualification interval.

Use of the DIF Ratings and Decision Tree to Determine Subsequent Qualification Intervals - The results of a DIF analysis are put through a Decision Tree to determine recommended subsequent qualification intervals for each task (Figure 2.4.2-1). The following parameters are labeled on the Decision Tree:

- Step 1. Importance: segmented into Important and Less Important
  - o Important > 2.5
  - o Less Important < 2.5
- Step 2. Difficulty: segmented into Very Difficult, Moderate Difficulty, and Not Difficult
  - o Very Difficult > 4.5
  - o Moderate Difficulty 2.5 to <4.5
  - o Not Difficult < 2.5
- Step 3. Frequency: segmented into Very Frequent, Moderate Frequency, and Not Frequent
  - o Very Frequent > 3.5
  - o Moderate Frequency 2.4 to < 3.5
  - o Not Frequent < 2.4

PPC completed a DIF Analysis using the method explained above based on the importance and difficulty ratings listed in ASME B31Q along with frequency ratings based on company experience providing the re-evaluation frequencies listed in Appendix B. If a task was not included in ASME B31Q Appendix A, the PPC Pipeline Operations Manager, or their designee, determined these numbers. If a task included multiple ASME B31Q covered tasks, the PPC Pipeline Operations Manager or their designee will assign the highest number associated with the individual tasks to each category. PPC also has the option to adjust these numbers as determined applicable.

When there is a certification involved in performing a task or part of a task, the interval of the certification takes precedence over the interval determined in this analysis. Aside from the technical expertise expected of individuals possessing such certifications, PPC verifies that such individuals are qualified as required, including the ability to recognize and respond to AOCs. Train and evaluate individuals that are not qualified according to the requirements of this manual prior to those individuals performing the task.

For welders who maintain their proficiency ("qualification") status for welding under the Operations and Maintenance Plan Procedure P-195.214: *Welding*, AOC training takes place before each instance of an affected task being performed, or on a three-year cycle, whichever is less frequent.

Qualify PPC individuals to complete tasks that are not typically performed under emergency situations and infrequently, such as abandonment, pipeline movement or hot-tapping, prior to completing the task or according to the interval listed in Figure 2.4.2-1, whichever is less frequent.

SER-000734

004392



Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 143 of 237

SER-000735

**Step 1**  **Step 2**  **Step 3**

DI Interval (years)

DIF Interval (years)

| | | |
|---|---|---|
| ≥3.5 | Very frequent | 5 |
| 2.5 to <3.5 | Moderate frequency | 3 |
| <2.5 | Not frequent | 1 |

≥4.5 Very difficult 1

≥2.5 Important

| | | |
|---|---|---|
| ≥3.5 | Very frequent | 5 |
| 2.5 to <3.5 | Moderate frequency | 3 |
| <2.5 | Not frequent | 3 |

2.5 to <4.5 Moderate difficulty 3

| | | |
|---|---|---|
| ≥3.5 | Very frequent | 5 |
| 2.5 to <3.5 | Moderate frequency | 5 |
| <2.5 | Not frequent | 3 |

<2.5 Not difficult 3

Task

| | | |
|---|---|---|
| ≥3.5 | Very frequent | 5 |
| 2.5 to <3.5 | Moderate frequency | 5 |
| <2.5 | Not frequent | 3 |

≥4.5 Very difficult 3

Less important <2.5

| | | |
|---|---|---|
| ≥3.5 | Very frequent | 5 |
| 2.5 to <3.5 | Moderate frequency | 5 |
| <2.5 | Not frequent | 5 |

2.5 to <4.5 Moderate difficulty 5

| | | |
|---|---|---|
| ≥3.5 | Very frequent | 5 |
| 2.5 to <3.5 | Moderate frequency | 5 |
| <2.5 | Not frequent | 5 |

<2.5 Not difficult 5

**Figure 2.4.2-1: Decision Tree**

004393



## 2.5    Abnormal Operating Conditions

**Abnormal Operating Condition** means a condition identified by the operator that may indicate a malfunction of a component or deviation from normal operations that may:

- Lead to a pipeline leak or emergency; or

- Result in a hazard(s) to persons, property, or the environment.

AOCs have been written to imply the initial statement "recognize and respond to..." Thus, the AOC is written as "leak from pipeline." The implied statement is "Recognize and respond to leak from pipeline."

AOCs include:

- Things that could conceivably go wrong during the task

- Things that could go wrong as a result of the task

- Things not directly related to the normal performance of the task that could be discovered to be wrong when performing the task

Note that these things do not necessarily meet the strict definition of Abnormal Conditions as defined by the regulation in 49 CFR 195.402(d). However, they are all things that a qualified person should be able to react and respond to when performing the task.

AOCs do not include:

- Doing a task incorrectly;

- Not meeting the specifications or requirements related to the task; or

- Things that are normally checked and corrected during performance of the task (e.g., "transmitter out of calibration" is not an AOC if the task is to "calibrate the transmitter").

PPC may utilize incident / accident investigations, Employee feedback programs (during re-evaluation make these recommendations on the OQSG Skill Verification), or other approaches (Contractor feedback during tailgate safety meetings) to ensure that the AOCs identified and used in evaluating individuals are representative of those that could reasonably be anticipated during performance of the covered task.

General AOCs that may be encountered no matter the task include:

- Unintentional release, vapors, or hazardous atmosphere

- Material defects, anomalies, or physical damage of pipe or a component

- Failure or malfunction of pipeline / facility component(s) that has impaired or is likely to impair the serviceability of the pipeline

- Corrosion on pipeline component that has impaired or is likely to impair the serviceability of the pipeline

- Unexpected hazardous liquid / gas

- Unintended fire and / or explosion on or near the pipeline

SER-000736

004394



- Activation of a safety device
- Unexpected status change
- Failure of communications
- Pipeline system damage
- Abnormal pipeline condition

If additional AOCs are discovered, for example through Employee feedback, add them to the general AOC list or to the task-specific evaluation tool. Communicate these changes to individuals who are already qualified and perform re-evaluation as necessary.

## 2.6   Emergency Response

All activities that occur during an emergency that are considered normal operations or maintenance tasks, if not for the emergency, shall be performed only by qualified individuals. This includes any task listed in the *Covered Task List* found in Appendix B.

All PPC employees are qualified on tasks they normally perform and are trained annually in emergency response. In an emergency situation, non-qualified field personnel are utilized as necessary under direct observation and direction of competent personnel to protect people and the environment according to Section 4.0: *Non-Qualified Individuals* .

SER-000737

004395



# SECTION 3: EMPLOYEE QUALIFICATION REQUIREMENTS

Being qualified for a task does not guarantee that a person can perform all things related to that task in all circumstances. For example, a person may be qualified to perform valve repair, but may be called upon to repair a type or model of valve that they have not worked on in the past. Being qualified includes the ability to recognize when one is not qualified to perform some portion of a task, and to ask for additional assistance when appropriate.

PPC must ensure through evaluation that individuals performing covered tasks are qualified. **Qualified** means that an individual has been evaluated, can perform the covered task, and can recognize and react to abnormal operating conditions. PPC determines which Employees require qualification through analysis of assigned roles and where the employee works on the pipeline. All Employees performing covered tasks must be qualified under this program, unless they are directed and observed by a qualified Employee as described in Section 4.0: *Non-Qualified Individuals.*

While an individual's work history may be used to supplement an evaluation, work performance history review (WPHR) cannot be the sole method of evaluation for qualification.

## 3.1 General Training

Upon hire or transfer within PPC, new employees may be paired with a knowledgeable individual for on-the-job training (based on their previous experience). Once the new employee and the knowledgeable individual are comfortable in the new employee's abilities to perform a covered task, the new employee is evaluated as described in Section 3.2. In addition, individuals may participate in online training as needed. Applicable online training modules for each task are listed in Section 8.2.2.

If an individual is unsuccessful in completing an evaluation, he / she is given remedial training. This training includes on-the-job and may also include additional on-line or classroom activities.

After an individual's evaluations have been suspended due to for cause or after an incident / accident, the individual must receive on-the-job training such as that given to a new hire and may be required to take the computer-based training for the applicable task before being evaluated for requalification.

## 3.2 Initial Evaluations

All individuals are qualified using the following procedure. The actual modules required for each evaluation are listed in Section 8.2.2. An individual is not eligible for initial qualification until he / she has completed the training outlined in Section 3.1.

When an existing PPC Employee without previous qualification in performing the covered task or a new hire is being qualified for a covered task for the first time, the following process is followed:

1. The individual are trained and qualified as appropriate on the recognition and response of the general AOCs (reference Section 2.5: *Abnormal Operating Conditions*) and on actions specific to performing the task. If this is not the first covered task that the Individual has been qualified for under this plan and Task 60: *General AOCs* is current in their file (no more than 36 months old),

SER-000738

004396



they only need a verbal refresher of these items. If Task 60: *General AOCs* is not current, then qualification in the task must be obtained before the individual may be qualified to perform any other covered task.

2. The Individual is evaluated on the general aspects of the task as follows:

   a. A task-specific CBT evaluation (may be imbedded with the training module), written or oral exam is completed to test the individual's knowledge of the task. An 80% is required to pass the evaluation. Individuals who received a score below 80% are not signed off to perform the task as Qualified Individuals (Refer to Section 3.5: *Failure to Qualify*). Those receiving 80% or higher receive remediation training on the items missed through the CBT and are provided follow-up evaluation questions. The individual's final score reflects their grade after the remediation evaluation. The results of the evaluation are documented in the online database.

   b. A Field Evaluator assesses the individual's physical ability and skill to perform the covered task. This assessment is developed from applicable procedures in the PPC Operations and Maintenance (OM) Manual.

A review of the individual's work performance history may be used to supplement the evaluations but may not be used as the sole method of evaluation.

Industry certifications may also be used as demonstration of an individual's qualification to perform the covered task. However, if this is the method used for qualification, the individual must also be evaluated on AOCs to be considered qualified for that task and have an understanding of the PPC task-specific procedure for that task.

## 3.3    Subsequent Evaluation

Employees are re-evaluated at the appropriate task-specific intervals according to the following procedure.

> Note: If the re-evaluation interval has been exceeded, the individual **shall not** perform the covered task unless directed and observed by a qualified individual until re-evaluated. If their evaluation has expired by more than 6 months, they must be evaluated under Section 3.2: *Initial Evaluations*.

1. Ensure the Individual has current qualification (no more than 36 months old) for Task 60: General AOCs and provide refresher training as appropriate on the recognition and response of the general AOCs, and on performing the task. This training may include CBT, on-the-job, classroom, etc.

2. Review an Individual's performance on the job and to determine if there is enough documentation to show he / she has satisfactorily performed the task since the last evaluation and continues to have the ability and skill to perform the task.

   a. If so, complete re-qualification by successfully completing the knowledge assessment, review of applicable procedures and having a Supervisor sign off and provide specific examples that they have observed the Individual's performance of the designated task, and that they agree the Individual has the skill and ability to perform the job. The results of this evaluation are captured in each individual's OQ file.

SER-000739

004397



b.  If this is not the case, or his / her Supervisor is not comfortable signing that they have made this observation, he / she must be requalified using the same process as completed for Initial Evaluations.

## 3.4 For Cause Evaluation

The Individual's Direct Supervisor, with input from the PPC Pipeline Operations Manager, as needed, shall use good judgment to determine if an individual requires re-evaluation of his / her ability to adequately perform a covered task. The PPC Pipeline Operations Manager and Direct Supervisor suspends an individual's qualification if there is reason to believe that an individual is no longer qualified to perform the covered task, until he / she has been re-evaluated.

Reasons for such action include, but are not limited to:

- Inability to perform the essential functions of the covered task with or without reasonable accommodation (including physical or mental disability);
- Unsatisfactory performance of the task;
- Near misses associated with the performance of the task;
- Individual's request not to perform the covered task; or
- Excessive time has elapsed since the individual last performed the task.

### 3.4.1 Re-Evaluation of Individuals No Longer Qualified

The Supervisor is responsible for notifying PPC whenever he / she has reason to believe that an individual (Employee or Contractor) working on the PPC system is no longer qualified to perform a covered task. Reasons may include those noted above in addition to reasonable cause. PPC shall investigate, through completion of the *Personnel Performance Monitoring Form*, and require re-evaluation of the covered task, if necessary. If it is determined that a re-evaluation is required, that Employee is suspended from performing that covered task. A documented, successful re-qualification of the Employee, in accordance with Section 3.3: *Subsequent Evaluation*, is required on that covered task prior to lifting the suspension. The results of the investigation shall be recorded on the *Personnel Performance Monitoring Form*.

### 3.4.2 After Incident / Accident

PPC evaluates an individual if there is reason to believe that the individual's performance of a covered task contributed to an incident / accident as defined in 49 CFR Part 195.

As the result of a reportable incident / accident on any regulated facility, PPC restricts the individual from performing the covered task in question or directly observing a non-qualified individual until it has been determined that their actions did not contribute to the incident / accident.

SER-000740

004398



### 3.4.2.1 Performance of a Qualified Individual Contributing to an Incident / Accident

If there is reason to believe that a qualified individual's performance of a covered task contributed to an incident / accident, PPC shall immediately suspend the individual's qualification and initiate an investigation. Before initiating the investigation, PPC must notify the Manager.

If PPC concludes that there is reason to believe the individual's performance of a covered task contributed to the incident / accident, then the individual's qualification to perform that covered task shall be revoked. **During this time, the individual may not perform the task, even if under the direction and / or direct observation of a qualified individual.** The individual is scheduled for further training, if applicable, and / or re-evaluation before being permitted to perform that specific covered task. This re-evaluation is performed according to the methods listed in Section 3.4.1: *Re-Evaluation of Individuals No Longer Qualified*.

If PPC concludes that there is no reason to believe that the individual's performance of a covered task contributed to the incident / accident, then the individual's qualification to perform that covered task is re-instated. The re-instatement date does not replace the original qualification date nor does it restart the evaluation interval. This process is documented with the *Personnel Performance Monitoring Form*.

### 3.4.2.2 Performance of a Non-Qualified Individual Contributing to an Incident / Accident

If there is reason to believe that a non-qualified individual's performance of a covered task, while under the supervision of a qualified individual, contributed to an incident / accident, the PPC may immediately suspend the qualification of the qualified individual and initiate an investigation. Before initiating the investigation, PPC must notify the Manager.

If PPC concludes that there is reason to believe the qualified individual's direction of the non-qualified individual contributed to the incident / accident, then the qualified individual's qualification to perform the covered task is suspended, terminated or revoked. Following a supervisory review with the non-qualified individual, the non-qualified individual may be allowed to perform the covered task under direction of another qualified individual.

If PPC concludes that there is no reason to believe that either individual's performance of the covered task contributed to the incident / accident, then the directing individual's qualification to perform the covered task is be re-instated. The date of re-instatement does not replace the previous qualification date nor does it restart the evaluation interval. The non-qualified individual is be allowed to perform the covered task with direction.

This decision must be documented on the *Personnel Performance Monitoring Form*.

## 3.5 Failure to Qualify

If the initial evaluation process for a specific covered task results in an unsuccessful evaluation status, the individual may not be evaluated again until he / she has a documented training class. If the second

SER-000741

004399



evaluation process results in an unsuccessful evaluation or if this is a subsequent evaluation, another evaluation shall be administered in the following manner:

1. The Evaluator notifies the individual's Direct Supervisor that the individual's evaluation for a specific covered task has been unsuccessful.

2. The Individual's Direct Supervisor assigns someone to conduct one-on-one training with the individual regarding the specific requirements of the covered task.

3. When the PPC individual's Direct Supervisor satisfied that the individual has mastered the specific covered task, he / she allows the individual to attempt qualification again.

## 3.6    Handling Unique Needs of Employees

Employees who have unique needs are given equivalent but alternate evaluations as appropriate. For example, a PPC Employee that has difficulty with reading comprehension may have the proctor of the exam read the questions, or personnel that are hearing impaired may be given written tests instead of oral exams.

## 3.7    Evaluator Guidelines

As Evaluators, PPC has chosen to use third-party evaluators or Company Subject Matter Experts (SMEs). The Evaluator is trained on the tasks he / she observes. The Evaluator does not need to be OQ qualified for a covered task, nor does the Evaluator need to be able to physically perform the covered task in order to successfully evaluate the Evaluatee; however, he / she must have the knowledge, skills, and abilities to independently evaluate employees on tasks. If the Evaluator performs the covered task, he / she will need to be OQ qualified just like all other individuals who perform that covered task

### 3.7.1    Company SME Criteria

This individual must be re-authorized on a triennial basis.

A Company SME serving as an evaluator will be chosen based on the following factors:

- He / she has the required knowledge, through training or experience, to ascertain the Evaluatee's ability to perform the specific details of the covered task and to recognize and react to abnormal operating conditions (AOCs) that might occur while performing that covered task

- Communication ability

- Personal integrity

- Specific approval of the nomination by PPC management documented on DOT Form: Evaluator Qualification.

SER-000742

004400



### 3.7.2 Third-party Evaluator Criteria

This individual must be re-authorized on an annual basis by completing the third-party's standard evaluator training program. This program is updated on an annual basis to reflect changes implemented during the previous year.

To fulfill evaluation duties, an evaluator must:

- Assess the individual's understanding of and ability to perform a covered task based on the performance standard of proper procedure.
- Determine the individual's understanding of and ability to recognize and appropriately react of abnormal operating conditions (AOC).
- Document the individual's ability to perform a covered task according to PPC procedures.

SER-000743

004401



## SECTION 4:   NON-QUALIFIED INDIVIDUALS

Non-qualified individuals are allowed to perform covered tasks as long as a qualified individual directs and observes them. The qualified individual must be in the position to take over, if needed, and take immediate corrective actions as necessary. Qualified individuals overseeing non-qualified workers are responsible for the correct and safe performance of the covered task(s).

The qualified individual must be able to communicate with the non-qualified individual even if he / she speaks and comprehends a language other than English.

The number of non-qualified individuals that a qualified individual may observe at a given time (called Span-of-Control) should be kept to a minimum. The number of personnel observed depends on the safety issues involved and the potential for an incident / accident to occur if the task was not performed correctly. The qualified individual should consider reducing this ratio if warranted by factors such as noise, visual obstructions, weather, or job site conditions that make it more difficult for the qualified individual to direct and observe a non-qualified individual.

A non-qualified individual may not perform tasks that have a Difficulty rating of Very Difficult (see Section 2.4: *Re-Evaluation Intervals*) without additional approval from the PPC Pipeline Operations Manager.

There are also some tasks, such as welding, that require a person to be qualified to perform according to other sections of 49 CFR Part 195; a non-qualified person may not perform these tasks even under these provisions.

In the case that a qualified individual is not able to direct and observe the non-qualified individual (emergency, break, telephone call), the task will be stopped and may commence upon his / her return.

SER-000744

004402



# SECTION 5: CONTRACTOR QUALIFICATION OPTIONS

## 5.1 General Information

PPC utilizes Contractors (who may also use subcontractors that comply with these requirements) that utilize the third-party vendors listed in this plan, as well as Contractors who provide their own qualifications as accepted under this plan.

PPC may audit a Contractor's existing plan using the *Contractor Audit Form* if that Contractor has evaluated its personnel to the provisions of that plan. After this audit, PPC determines if the evaluations under that plan are equivalent to the requirements of this manual.

It is the responsibility of the Contractor Company to provide qualified, competent workers under the terms of its specific contract with PPC.

PPC has reviewed, or has had someone review on their behalf, the evaluation methods and criteria used by the following named third-party evaluation providers, and has found them to be compatible with the qualification standards set by PPC:

- Operator Qualification Solutions Group (OQSG)
- National Center for Construction, Education and Research (NCCER)
- EnergyU (Midwest Energy Association (MEA))
- Avetta (formally eWebOQ)
- Energy WorldNet (EWN)

A Contractor must qualify its Employees through the third-party vendors (listed above) using the appropriate training and evaluation modules or provide Certification under the listed acceptable Industry Standards to ensure that all of the Contractor Employees who perform covered tasks on behalf of PPC are qualified to perform those tasks. In addition to using these third-party vendors or certifications, the Contract Company may provide their own Operator Qualification Plan for review. PPC has the option to either accept these evaluations or require Contract Employees to be qualified under the requirements of this section. Lastly, the Contract Company or PPC may provide a qualified individual to directly observe an Individual performing the covered task as described in Section 4 of this manual.

The Contract Company must provide PPC with documentation of an individual's evaluations that are in accordance with the requirements of the third-party vendor used. Upon review of the information provided by the Contractor, PPC designates under its operator qualification program those Contractor Employees that it deems appropriately qualified. This designation lasts for the duration of the contract or until that individual's evaluation date expires, whichever is sooner. Documentation of compliance must be provided to PPC prior to commencing the covered work, must be kept current for the duration of the work, and must be retained for five years upon completion of the work.

Note: Records supporting qualification of individuals performing operations and maintenance tasks that require records to be retained for the life of the pipeline (e.g., repairs, corrosion) must also be kept for the life of the system.

SER-000745

004403



## 5.2    Specialized Contractors

Contractors performing specialized work on pipeline components, that is not listed in the list of covered tasks or is more detailed than what is covered, may be qualified by evaluating the Contractor Company's experience and successful performance of these activities prior to initiating those special activities. This situation may occur when the manufacturer of a component recommends a particular vendor to perform maintenance or repair of the component.

These Contractors are deemed qualified by virtue of their industry credentials, such as the manufacturer's authorizations, mechanics certifications, and other commonly accepted evidence of their competence in performing this type of specialty work. The qualifications for specialty Contractors must be documented using the *Certified Specialty Contractor Form* with a copy of their credentials. The PPC representative ensures that the Contractor knows how to recognize and respond to any AOCs that are identified prior to beginning their work.

## 5.3    Contractor Operator Qualification Procedure

The Contractor Operator Qualification (OQ) process begins when a need for contractor services is identified by the Project Manager (PM) or Designee. The scope of the work must first be clearly identified by the PPC Project Manager and OQ Administrator or designee in order to identify any of the OQ covered tasks being performed and the personnel requirements to perform them. After the scope is defined, the following procedure is followed:

1. The Project Manager completes the *OQ Task Assignment Checklist* to mark the OQ covered tasks that will be performed during the project and if they are expected to be completed by PPC personnel or a contractor. He / she then provides this checklist to the individual handling the contractor bid packages for inclusion.

> Note: If no OQ covered tasks are associated with the project, the Project Manager checks this box on the OQ Task Assignment Checklist, files this report in the Project File and then continues with the contractor bid process.

2. During the Pre-project meeting, the Project Manager provides the Contractor Representative with a list of OQ covered tasks assigned to the project. This information should also be available at the project site.

> Note: It is the Project Manager's responsibility to keep this list updated and communicate any changes to the Contractor Representative whenever covered tasks are added, deleted or modified.

3. The Project Manager provides the Contractor Representative a copy of the *Covered Task Worker ID / Contractor OQ Report* so that the Contractor Representative may provide a list of qualified and non-qualified personnel that will be performing OQ covered tasks to the Project Manager at least two full working days prior to commencement of work. He / she also provides proof of evaluation for qualified individuals.

4. The Project Manager reviews this list and ensures span-of-control requirements are being met, if applicable, and qualifications do not expire during the project.

SER-000746

004404



5.  The Project Manager has access to the *Covered Task Worker ID / Contractor OQ Report* on-Site and, within the project file providing a validated list of qualified and non-qualified personnel.

6.  When new workers report to the job, the Project Manager checks the worker's picture ID to confirm the identity of qualified workers.

7.  The PPC On-Site Representative or Inspector is responsible for ensuring that the appropriate *Covered Task Worker ID / Contractor OQ Report* information is completed and filed in the Project File.

8.  If a qualified Contractor Employee speaks and comprehends only a language other than English, the Contract Company is responsible for providing a translator that can efficiently communicate PPC-specific requirements for performing the covered task.

9.  Prior to commencing work, the PPC Project Manager and OQ Administrator (or designee) ensures the Contract Employee is aware of any PPC-specific AOCs and who to contact in the case of an AOC. This is documented using the *Contractor Abnormal Operating Condition Verification Form*.

SER-000747

004405



## SECTION 6: THIRD-PARTY ENTITIES

Through the course of normal operations, or in the event of major natural disasters or other emergencies, PPC may utilize employees of other companies to perform activities on, or affecting, PPC facilities. These individuals may be required to perform certain covered tasks on PPC facilities. In order to allow this mutual assistance to occur without violating 49 CFR 195 Subpart G, the PPC Pipeline Operations Manager or designee is responsible for identifying covered tasks in this plan that may be performed by other companies' Employees under mutual assistance.

These companies are required to provide information on their OQ program for review by PPC. This review includes how each of the covered tasks were evaluated, including initial and subsequent evaluation methods, AOCs, and determination if the evaluation method is acceptable under this OQ Plan.

- If so, obtain the file copies of each individual's qualifications and determine when they will require re-evaluation.

- If not, inform the mutual assistance company that they cannot perform covered tasks until they have been retrained (if applicable) and re-evaluated. Make arrangements to have these completed in a timely manner.

PPC also informs the companies of the potential AOCs and how to respond to them. The information request shall be documented on the *Mutual Aid Form*.

SER-000748

004406



## SECTION 7:  RECORDKEEPING REQUIREMENTS

### 7.1    Plan Development / Implementation

The following records are maintained to document the development and implementation of this plan. These records are either a part of this written plan or are available as otherwise noted:

1. The methodology for identifying covered tasks (see Section 2.0: *Covered Task Identification and Analysis*).

2. The re-evaluation interval for each covered task and the basis for the re-evaluation interval chosen (see Section 2.4: *Re-Evaluation Intervals* and Section 2.0: *Covered Task Identification and Analysis*).

3. The approach used to select individuals for evaluation and qualification (see Section 3.2: *Initial Evaluations* and Section 3.3: *Subsequent Evaluation*).

4. Management of changes to the plan are documented through the PPC MOC process.

### 7.2    PPC Employees

According to 49 CFR 195.507, PPC maintains the records that demonstrate compliance. These records include:

- Identification of qualified individuals

- Identification of the covered tasks the individual is qualified to perform

- Dates of current qualifications

- Qualification methods

The records are maintained while the individual is performing the covered task and for five years afterwards. Records of previous qualifications are also retained for five years. These records are maintained on-site and may be kept in electronic databases that are periodically backed up, or in hard copy.

### 7.3    Contractors and Third-Party Entities

Contractors are required to maintain records of each of their Employees' qualifications, including the same items listed above for Employee records. These records must be provided to PPC prior to commencing work. These records are maintained in hard copy with the DOT pipeline files. The records are maintained while the individual is performing the covered task and for five years afterwards.

If the job is a project (for example, repair) then the records are filed with that repair. If the job is a maintenance activity, an OQ file is set-up for that person and the record retained there.

SER-000749

004407



## 7.4    Tracking Qualifications

Individuals responsible for assigning work involving OQ-related tasks shall have access to up-to-date individual qualification information and are responsible for checking this information prior to making work assignments.

Two forms are provided to ensure that personnel (employee and contractor) performing covered tasks are qualified. The *OQ Task Assignment Checklist* and *Covered Task Worker ID / Contractor OQ Report* are used to designate personnel performing specific covered tasks and to document the verification of contractor personnel qualifications.

Additionally, the *Project Manager OQ Quick Check* form provides a means for project managers to ensure that personnel qualification is documented properly.

SER-000750

004408



## SECTION 8:   APPENDICES

The following appendices are included in this plan:

- Appendix A: Definitions
- Appendix B: Covered Task List
- Appendix C: Forms
- Appendix D: Review and Revision Log

SER-000751

004409



## 8.1 Appendix A: Definitions

PHMSA has defined the following terms as they apply to the OQ Rule and its implementation.

| | |
|---|---|
| **Ability** | The capacity to do or act, physically and / or mentally. |
| **Abnormal Operating Condition** | A condition identified by the operator that may indicate a malfunction of a component or deviation from normal operations that may:<br><br>• Lead to a pipeline leak or emergency; or<br>• Result in a hazard(s) to persons, property, or the environment. |
| **Activity** | A specific deed, action, function, or sphere of action. |
| **Administrator** | The Administrator. Pipeline and Hazardous Materials Safety Administrator or his or her delegate. |
| **Affects the Operation or Integrity of the Pipeline** | Any activity, or omission of an activity, that could directly or indirectly result in a hazard to persons, property or the environment. As used in the safety context of the OQ rule, the phrase indicates activities that could result in an abnormal operating condition that in turn could result in an unsafe operating condition. |
| **Communicate** | To convey information about; make known; to reveal clearly. |
| **Compliance** | Activity(ies) in accordance with a rule. |
| **Contributed** | Determined to be a factor. |
| **Contributed to** | A judgment by designated operator personnel, that the action or inaction of an individual(s) was a factor in the occurrence of an incident / accident. |
| **Covered Task** | An activity, identified by the operator, that (a) is performed on a pipeline facility and; (b) is an operations and maintenance task and; (c) is required by Part 195; and (d) effects the operation or integrity of the pipeline. |
| **Criterion** | A standard upon which a judgment is based. |
| **Current** | Belonging to the present time; now in progress. |
| **Demonstrate** | Provide tangible evidence. |
| **Determine** | To conclude after consideration, investigation, or calculation. |
| **Direct** | To take authoritative charge of or supervise; to control, order or command. |
| **Direct Observation** | Observation of a non-qualified individual during the performance of a covered task by an individual who is qualified to perform the task at hand. The observer must be in direct visual and verbal contact with the individual(s) and must be able to take immediate and effective corrective action if incorrect procedures or abnormal operating conditions are observed. |
| **Document** | Prepare a retrievable record. |

SER-000752

004410



| | |
|---|---|
| **Emergency Response** | Operator qualification requirements for emergency response are limited to that portion of the response performed on the pipeline facility, rather than at offsite locations remote from the facility (e.g., deploying booms miles away is not a "covered task"). |
| | Fire departments and other public responders are not required to be qualified and (if not qualified) must not perform covered operations or maintenance tasks on the pipeline facility. |
| | All other individuals employed by the operator shall be qualified to perform their assigned covered tasks or shall be under the direct observation of a Qualified Individual. |
| | Covered emergency response tasks are those tasks listed in 195.402(e) that meet the four part test specified in 195.501. |
| **Evaluation** | A process, established and documented by the operator, to determine an individual's ability to perform a covered task by any of the following: |

- Written examination
- Oral examination
- Work performance history review
- Observation during:
  - Performance on the job;
  - On-the-job training; or
  - Simulations; and
  - Other forms of assessment.

> *Note: Any evaluation of an individual's qualifications must follow an objective, consistent process that documents the individual's ability to perform the covered task, including the ability to recognize and react to AOCs.*

| | |
|---|---|
| **Evaluator** | Persons performing evaluations should possess the required knowledge: |

- To ascertain an individual's ability to perform the covered tasks.
- To substantiate an individual's ability to recognize and react to abnormal operating conditions that might surface while performing those activities. This does not necessarily mean that the person performing the evaluations should be physically able to perform the covered tasks themselves.

SER-000753

004411



| | |
|---|---|
| **Excavation within a Pipeline Facility** | Qualification for this covered task does not require the Operator's Employee or Contractor Employee to be proficient in the operation of excavation equipment. Covered task(s) requiring qualification shall address the following: <br>• Verification of line location and depth <br>• One-call and underground facility owner / operator notifications <br>• Proper techniques to avoid pipeline damage <br>• Sloping / shoring <br>• Water removal <br>• Inspection <br><br>Third-party excavations that take place on the operator's pipeline facility shall be handled in accordance with the operator's damage prevention plan requirements. |
| **Four Part Test** | A test that is applied to any task to determine if it meets the requirements of a "covered task" for the purposes of this plan. A task must meet ALL FOUR of these conditions to be considered a covered task. The four parts of the test are: <br>• Is the task performed on a pipeline facility? <br>• Is the task associated with operations or maintenance? <br>• Is the task required by Part 195? <br>• Does the task affect the operation or integrity of the pipeline? |
| **Hazardous Liquid** | Petroleum, petroleum products or anhydrous ammonia. |
| **Individual** | A person who, on behalf of the operator, performs one or more covered tasks on a pipeline facility operated by the operator. This includes Contractors, subcontractors, and operator Employees. |
| **Initial Qualification** | Qualification, at any time, of individuals for the first time under this plan. |
| **Integrity** | The ability of a pipeline to operate safely and to withstand the stresses imposed during operations. |
| **Interval** | The amount of time between two specified instants, events, or states. |
| **Knowledge** | Understanding gained through experience or study. |
| **Knowledge, Skills, and Abilities** | An appropriate combination of information (knowledge), craftsmanship (skills), and proficiency (ability or capability) that allows an individual to perform covered tasks in a competent manner. |
| **Maintain** | To keep in a condition of good repair or efficiency. |
| **Maintenance** | The act of maintaining or the state of being maintained; the work of keeping something in proper condition; upkeep. |
| **National Association of Corrosion Engineers (NACE)** | The National Association of Corrosion Engineers was established in 1943 by eleven corrosion engineers in the pipeline industry. These founding members were involved in a regional cathodic protection group formed in the 1930s, when the study of cathodic protection was introduced. The NACE is a membership Association focused on the study of corrosion and development of corrosion prevention and control standards. |

SER-000754

004412

| | |
|---|---|
| **New Construction** | New construction is the act of building a pipeline facility or expanding an existing pipeline facility (as in looping a pipeline segment, which may also be done to meet increased load requirements or to enhance reliability of the system) in order to provide new service to a customer(s) or in order to meet increased demand. |
| **Observation of On-the-Job Performance** | • Observation without interaction during on-the-job performance does not provide an adequate measurement of the knowledge and skills of the individual;<br>• PHMSA has determined that there are no covered tasks to date where observation of on-the-job performance is an adequate, sole method for examining or testing qualification; and<br>• Observation of on-the-job performance does not measure the individual's ability to recognize and react to abnormal operation conditions (AOCs). |
| **Observe** | The act of watching; to watch or perceive. For purposes of conducting qualification evaluations using on the job (OTJ) performance, observations must include the interaction of the evaluator and qualification candidate to ensure that the candidate's knowledge of the specific task requirements and procedures (and the reasons for key task steps) is adequate to ensure the continued safe performance of the task. |
| **Operate** | Starting, stopping and / or monitoring a device or system. |
| **Operations and Maintenance Tasks** | Activities performed by an individual, or group of individuals:<br>• To perform a function on a pipeline facility; or<br>• To provide upkeep of a pipeline facility.<br>This includes in-kind replacement of an existing section of pipe necessitated by severe corrosion, where the capacity of the pipe segments is maintained and service is not expanded.<br>It also includes maintenance and repair tasks performed on the right-of-way or within the confines of a "pipeline facility," as defined. This would include ordinary repairs to a pipeline, including replacement of one or more pipe joints or segments that have been severely damaged by threats such as corrosion or third-party damage.<br>Tasks performed away from a "pipeline facility," such as at a vendor shop (such as rebuilding / refurbishment of meters and regulators, rebuilding of compressors or valves, etc.), are not considered to be Operations and Maintenance tasks for the purposes of the Operator Qualification Rule.<br>However, removal and replacement of such equipment is considered an Operations and Maintenance task.<br>The tie-in of a new pipeline or segment to an existing pipeline is an Operations and Maintenance task; any task carried out on that new segment of pipeline thereafter is also an Operations and Maintenance task. |
| **Operation** | Actions taken to facilitate storage or movement of product through a regulated pipeline. |
| **Operator** | A person who owns or operates pipeline facilities. |

| | |
|---|---|
| **Perform** | To begin and carry through to completion; to demonstrate in accordance with the requirements of; to accomplish (a covered task) in the proper, customary or established manner. |
| **Performed on a pipeline facility** | An activity that is performed by an individual or group of individuals whose performance directly impacts the pipeline facility. |
| | • Pipeline facility is new and existing pipe, right of ways and any equipment, facility or building used in the transportation of gas. |
| | • Activity means physical, visual, or mental effort directed at achieving a results. |
| | • Removed from the system means that part of the pipeline system is physically removed or isolated from the pipeline system. |
| | • Pipeline system means all parts of a pipeline facility through which a gas moves in transportation (line pipe, valves, appurtenances, compressors, meters, etc.). |
| **Person** | Any individual, firm, joint venture, partnership, corporation, association, State, municipality, cooperative association, or joint stock association, and including any trustee, receiver, assignee, or personal representative thereof. |
| **Pipeline** | All parts of a pipeline facility through which gas, hazardous liquid or carbon dioxide moves in transportation, including, but are not limited to, line pipe, valves, and other appurtenances connected to line pipe, pumping units, fabricated assemblies associated with pumping units, metering and delivery stations and fabricated assemblies therein, and breakout tanks. |
| **Pipeline Component** | A pipeline component is some feature or part of a pipeline, such as pipe, valves, fitting, flanges, closures, tees or cathodic protection. |
| **Pipeline Facility** | New and existing pipe, rights-of-way and any equipment, facility, or building used in the transportation of hazardous liquids or carbon dioxide. |
| **Prior** | Preceding in time or order. |
| **Process** | A systematic series of actions directed to some end. |
| **Program** | A written description of processes to be followed, a clear delineation of authorities and responsibilities there under and the specific results expected to be achieved for the implementing organization. |
| **Protocol** | A set of instructions which guides how an activity is performed. As used by OPS, it is a standard methodology used to conduct inspections of regulated entities to determine conformance with the operator qualification rule. |
| **Provision** | The written description of the element(s) or approach employed by an operator to satisfy the requirements of the OQ Rule in 195.505.. |
| **Pursuant** | In accordance with (or) as a follow-up. |
| **Qualified** | An individual has been evaluated and can perform assigned covered task; and can react to abnormal operating conditions. |
| **Records** | Recorded information or data on a particular subject collected and preserved to demonstrate compliance with a rule or process requirement. |
| **Retain** | To keep possession of, in a retrievable and useable condition. |

SER-000756

004414

| | |
|---|---|
| **Significant** | As applicable to OQ program modifications, significant includes but is not limited to: increasing evaluation intervals, increasing span of control ratios, eliminating covered tasks, mergers and / or acquisition changes, evaluation method changes such as written vs. observation, and wholesale changes made to OQ plan. |
| **Skill** | A demonstrable competency to perform a given task well, arising from talent, training or practice. |
| **Standard** | A written document which is commonly used and accepted as a basis for judging acceptability of performance in the areas addressed. |
| **Subject Matter Expert (SME)** | An individual recognized as having a special skill or specialized knowledge of a process in a particular field, or of a piece of equipment. |
| **Subsequent Qualification** | Re-evaluation of an individual's qualifications, after the initial qualification, at the interval established by the operator. |
| **Task** | A piece of work assigned to or expected of an individual(s). |
| **Tasks Affecting the Operation or Integrity of the Pipeline** | Includes tasks that affect, detect, or predict the operation or integrity of the pipeline. This includes tasks such as leak detection and corrosion monitoring. |
| **Tasks Performed on a Pipeline Facility** | An activity that is performed on a pipeline component that is physically connected to the pipeline facility. Note that pipeline components that have been physically removed from the pipeline facility, such as relief valves that are sent to a shop for repair, are no longer considered to be "on" the pipeline facility, and tasks performed on those components while not physically connected to the pipeline facility are not "covered tasks." |
| **Tasks Required by Part 195** | Includes tasks that specifically mentioned in 49 CFR Part 195, as well as tasks that are implied from other requirements in 49 CFR Part 195. |
| **Third-Party Entities** | Any other entity that performs covered tasks on the pipeline. These will be considered as Contractors for the purpose of this plan. |
| **Training** | An educational or instructional process (e.g., classroom, computer-based, or on-the-job) by which an individual's knowledge and skill level is improved. While not currently required by the OQ rule, training is nonetheless fundamental to implementing many of the OQ rule's requirements. |
| **Work Performance History Review (WPHR)** | A process established by the Operator to ascertain the previously demonstrated competency of an individual to perform a covered task. Evaluation parameters should include:<br><br>• A search of existing records for documentation of an individual's satisfactory performance of the covered task in the past;<br>• Verification that the individual's WPH contains no indications of substandard work or involvement in an incident / accident to which the individual may have contributed by committing an error in the performance of a covered task; and<br>• Verification and documentation that the individual has satisfactorily performed the covered task on a regular basis prior to October 26, 1999. |
| **Written** | To set down in writing. |

004415



### 8.2 Appendix B: Covered Task List

This tables only include OQSG tasks that are applicable to PPC.

### 8.2.1 Covered Task List – Task Number, Name, Description, Regulatory Reference and Who Performs

| Task Number | Task Title / Subtasks | Task Description | Regulatory Reference 49 CFR | Performed By (Employee / Contractor / Both) |
|---|---|---|---|---|
| CT0031 | | | 49 CFR 195.577 | |
| CT01 | | | 49 CFR 195.561, 195.563, 195.573, 197.575, 195.577, 195.583, 195.589 | |
| CT01.2 | | | 49 CFR 195.573(a), (b) & (d) and 195.575(c) | |
| CT02 | | | 49 CFR 195.567 | |
| CT0221 | | | 49 CFR 195.444 | |
| CT0241 | | | 49 CFR 195.444 | |
| CT0271 | | | 49 CFR 195.444 | |
| CT0281 | | | 49 CFR 195.444 | |
| CT0291 | | | 49 CFR 195.444 | |
| CT03 | | | 49 CFR 195.573 | |
| CT04 | | | 49 CFR 195.573 | |
| CT05 | | | 49 CFR 195.571 & 195.573 | |
| CT06.2 | | | 49 CFR 195.561, 195.581, and 195.583 | |

SER-000758
004416

PACIFIC PIPELINE COMPANY

| Task Number | Task Title / Subtasks | Task Description | Regulatory Reference 49 CFR | Performed By (Employee / Contractor / Both) |
|---|---|---|---|---|
| CT06.3 | ███ | ███ | 49 CFR 195.416, 195.581(a), and 195.583 | ███ |
| CT06.4 | ███ | ███ | 49 CFR 195.416, 195.581, and 195.583 | ███ |
| CT06J | ███ | ███ | 49 CFR 195.557, 195.559, 195.561, and 195.581 | ███ |
| CT0601 | ███ | ███ | 49 CFR 195.228 and 195.234 | ███ |
| CT0611 | ███ | ███ | 49 CFR 195.228 and 195.234 | ███ |
| CT0621 | ███ | ███ | 49 CFR 195.228 and 195.234 | ███ |
| CT0631 | ███ | ███ | 49 CFR 195.228 and 195.234 | ███ |
| CT0637 | ███ | ███ | 49 CFR 195.228 and 195.234 | ███ |
| CT07 | ███ | ███ | 49 CFR 195.587 | ███ |
| CT0721 | ███ | ███ | 49 CFR 195.422 | ███ |
| CT08 | ███ | ███ | 49 CFR 195.563, 195.567 and 195.575 | ███ |
| CT09 | ███ | ███ | 49 CFR 195.579 | ███ |
| CT09.3 | ███ | ███ | 49 CFR 195.579(a) & (b) | ███ |
| CT10 | ███ | ███ | 49 CFR 195.569 | ███ |
| CT1081 | ███ | ███ | 49 CFR 195.422(a) | ███ |
| CT1082 | ███ | ███ | 49 CFR 195.422(a) | ███ |
| CT110 | ███ | ███ | 49 CFR 195.226 and 195.422 | ███ |
| CT12 | ███ | ███ | 49 CFR 195.579(b) | ███ |

SER-000759

004417



| Task Number | Task Title / Subtasks | Task Description | Regulatory Reference 49 CFR | Performed By (Employee / Contractor / Both) |
|---|---|---|---|---|
| CT1291 | | | 49 CFR 195.410(a) & (c), and 195.442 | |
| CT13 | | | 49 CFR 195.579(c) | |
| CT1301 | | | 49 CFR 195.410(a) & (c) | |
| CT14 | | | 49 CFR 195.581(a) | |
| CT15 | | | 49 CFR 195.410(a) & (c) | |
| CT16A | | | 49 CFR 195.412 | |
| CT16E | | | 49 CFR 195.404(a)(vi)(3) and 195.412(a) | |
| CT16L | | | 49 CFR 195.404(a)(vi)(3), 195.412(a) | |
| CT17 | | | 49 CFR 195.412(b) | |
| CT19 | | | 49 CFR 195.442 | |
| CT20 | | | 49 CFR 195.442 | |
| CT21 | | | 49 CFR 195.434 and 195.436 | |
| CT22 | | | 49 CFR 195.420 | |
| CT23 | | | 49 CFR 195.422 | |
| CT24 | | | 49 CFR 195.428 | |

SER-000760

004418



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

| Task Number | Task Title / Subtasks | Task Description | Regulatory Reference 49 CFR | Performed By (Employee / Contractor / Both) |
|---|---|---|---|---|
| CT25 | | | 49 CFR 195.428 | |
| CT26 | | | 49 CFR 195.428 | |
| CT27 | | | 49 CFR 195.402(c)(3) | |
| CT28 | | | 49 CFR 195.402(c)(3) | |
| CT29 | | | 49 CFR 195.246, 195.403(a) and 195.424 | |
| CT30 | | | 49 CFR 195.246 and 195.424 | |
| CT31 | | | 49 CFR 195.250 | |
| CT32 | | | 49 CFR 195.59 and 195.402(c)(10) | |
| CT33 | | | 49 CFR 195.110 and 195.254 | |
| CT34 | | | 49 CFR 195.204 | |
| CT35 | | | 49 CFR 195.248, 195.252 and 195.422 | |

SER-000761

004419

| Task Number | Task Title / Subtasks | Task Description | Regulatory Reference 49 CFR | Performed By (Employee / Contractor / Both) |
|---|---|---|---|---|
| CT36.2 | | | 49 CFR 195.422(a) | |
| CT36.3 | | | 49 CFR 195.422(a) | |
| CT36.4 | | | 49 CFR 195.422(a) | |
| CT36.5 | | | 49 CFR 195.422(a) | |
| CT36.6 | | | 49 CFR 195.422(a) | |
| CT36.7 | | | 49 CFR 195.422(a) | |
| CT36.8 | | | 49 CFR 195.422(a) | |
| CT36.9 | | | 49 CFR 195.422(a) | |
| CT37 | | | 49 CFR 195 Subpart E | |
| CT38 | | | 49 CFR 195.214-195.230 | |
| CT39F | | | 49 CFR 195.402(c)(7) | |
| CT40 | | | 49 CFR 195.444 | |
| CT41 | | | 49 CFR 195.426 | |
| CT42 | | | 49 CFR 195.420 | |
| CT43 | | | 49 CFR 195.402(a)(3) | |

SER-000762

004420

| Task Number | Task Title / Subtasks | Task Description | Regulatory Reference 49 CFR | Performed By (Employee / Contractor / Both) |
|---|---|---|---|---|
| CT44 | | | 49 CFR 195.422(a) | |
| CT47 | | | 49 CFR 195.577 | |
| CT48 | | | 49 CFR 195.402(c)(10) | |
| CT59 | | | 49 CFR 195.402(c) and 195.422 | |
| CT60 | | | 49 CFR 195.503 | |
| CT65 | | | 49 CFR 195.442 | |
| CT100 | | | 49 CFR 195.402 and 195.422 | |
| CT101 | | | 49 CFR 195.426 | |

### 8.2.2 Covered Task List – API / ASME Tasks, Span of Control, Re-evaluation Frequency

| Task Number | Task Title / Subtasks | API 1161 Covered Task | ASME B31Q Covered Task | Span of Control | Re-evaluation Frequency (Years) |
|---|---|---|---|---|---|
| CT0031 | | | | | |
| CT01 | | | | | |
| CT01.2 | | | | | |
| CT02 | | | | | |
| CT0221 | | | | | |
| CT0241 | | | | | |
| CT0271 | | | | | |
| CT0281 | | | | | |
| CT0291 | | | | | |
| CT03 | | | | | |
| CT04 | | | | | |
| CT05 | | | | | |
| CT06J | | | | | |
| CT06.2 | | | | | |
| CT06.3 | | | | | |
| CT06.4 | | | | | |
| CT0601 | | | | | |
| CT0611 | | | | | |



SER-000763

004421



SER-000764

004422



| Task Number | Task Title / Subtasks | API 1161 Covered Task | ASME B31Q Covered Task | Span of Control | Re-evaluation Frequency (Years) |
|---|---|---|---|---|---|
| CT38 | | | | | |
| CT39F | | | | | |
| CT40 | | | | | |
| CT41 | | | | | |
| CT42 | | | | | |
| CT43 | | | | | |
| CT44 | | | | | |
| CT47 | | | | | |
| CT48 | | | | | |
| CT59 | | | | | |
| CT60 | | | | | |
| CT65 | | | | | |
| CT100 | | | | | |
| CT101 | | | | | |

SER-000765

004423

### 8.2.3 Covered Task List – Accepted Evaluations

The following table lists the covered tasks, training and evaluation modules available for each task, and related industry certifications.

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT0031 | | | | | | | |
| CT01 | | | | | | | |
| CT01.2 | | | | | | | |
| CT02 | | | | | | | |
| CT0221 | | | | | | | |
| CT0241 | | | | | | | |
| CT0271 | | | | | | | |
| CT0281 | | | | | | | |
| CT0291 | | | | | | | |

SER-000767

004425

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 175 of 237

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT03 | | | | | | | |
| CT04 | | | | | | | |
| CT05 | | | | | | | |
| CT06.2 | | | | | | | |
| CT06.3 | | | | | | | |
| CT06.4 | | | | | | | |
| CT06J | | | | | | | |
| CT0601 | | | | | | | |

SER-000768

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 176 of 237

PACIFIC PIPELINE
COMPANY

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
|---|---|---|---|---|---|---|---|
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT0611 | | | | | | | |
| CT0621 | | | | | | | |
| CT0631 | | | | | | | |
| CT0637 | | | | | | | |



004426

PACIFIC PIPELINE COMPANY

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT07 | | | | | | | |
| CT0721 | | | | | | | |
| CT08 | | | | | | | |
| CT09 | | | | | | | |
| CT09.3 | | | | | | | |
| CT10 | | | | | | | |
| CT1081 | | | | | | | |
| CT1082 | | | | | | | |
| CT110 | | | | | | | |
| CT12 | | | | | | | |

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT1291 | | | | | | | |
| CT13 | | | | | | | |
| CT1301 | | | | | | | |
| CT14 | | | | | | | |
| CT15 | | | | | | | |
| CT16A | | | | | | | |
| CT16E | | | | | | | |
| CT16L | | | | | | | |
| CT17 | | | | | | | |
| CT19 | | | | | | | |
| CT20 | | | | | | | |

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 179 of 237

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT21 | | | | | | | |
| CT22 | | | | | | | |
| CT23 | | | | | | | |
| CT24 | | | | | | | |
| CT25 | | | | | | | |
| CT26 | | | | | | | |
| CT27 | | | | | | | |
| CT28 | | | | | | | |
| CT29 | | | | | | | |
| CT30 | | | | | | | |
| CT31 | | | | | | | |

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT32 | | | | | | | |
| CT33 | | | | | | | |
| CT34 | | | | | | | |
| CT35 | | | | | | | |
| CT36.2 | | | | | | | |
| CT36.3 | | | | | | | |
| CT36.4 | | | | | | | |
| CT36.5 | | | | | | | |
| CT36.6 | | | | | | | |
| CT36.7 | | | | | | | |
| CT36.8 | | | | | | | |
| CT36.9 | | | | | | | |
| CT37 | | | | | | | |

SER-000773

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 181 of 237



| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT38 | | | | | | | |
| CT39F | | | | | | | |
| CT40 | | | | | | | |
| CT41 | | | | | | | |
| CT42 | | | | | | | |
| CT43 | | | | | | | |
| CT44 | | | | | | | |
| CT47 | | | | | | | |
| CT48 | | | | | | | |

004431

SER-000774

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 182 of 237

| Task Number | Task / Subtask Name | PPC or Contractor Employee | | | | | Industry Certifications[2] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | OQSG Evaluations[3] | NCCER Evaluations[4] | Energy Worldnet Evaluations | EnergyU Qualification (MEA)[5] | Avetta[6] | |
| CT59 | | | | | | | |
| CT60 | | | | | | | |
| CT65 | | | | | | | |
| CT100 | | | | | | | |
| CT101 | | | | | | | |

004432

### 8.2.4 Covered Task List – Task-Specific AOCs

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT0031 | | | |
| CT01 | | | |
| CT01.2 | | | |



SER-000775

004433

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 183 of 237

SER-000776

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 184 of 237

0004434

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT01.2 |  | | |
| CT02 | | | |

SER-000777

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 185 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT02 | | | |
| CT03 | | | |
| CT04 | | | |
| CT05 | | | |
| CT06.2 | | | |



004435

SER-000778

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 186 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT06.2 | | | |
| CT06.3 | | | |



004436

SER-000779

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 187 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT06.3 | | | |
| CT06.4 | | | |
| CT06J | | | |
| CT0601 | | | |



004437

SER-000780

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 188 of 237

004438

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT0601 | | | |
| CT0611 | | | |
| CT0621 | | | |

SER-000781

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 189 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT0621 | | | |
| CT0631 | | | |
| CT0637 | | | |
| CT07 | | | |



004439



| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT07 | | | |
| CT0721 | | | |
| CT08 | | | |
| CT09 | | | |

**PACIFIC PIPELINE COMPANY**

SER-000782

004440



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

Page 62 of 108
Version 1

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT09 | | | |
| CT09.3 | | | |
| CT10 | | | |
| CT1081 | | | |

SER-000783

004441

SER-000784

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 192 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT1081 | | | |
| CT1082 | | | |
| CT110 | | | |
| CT12 | | | |



004442



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

Page 64 of 108
Version 1

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT12 | | | |
| CT1291 | | | |
| CT13 | | | |

SER-000785

004443



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

PACIFIC PIPELINE COMPANY

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT13 | | | |
| CT1301 | | | |
| CT14 | | | |
| CT15 | | | |

Page 65 of 108
Version 1

SER-000786

004444

SER-000787

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 195 of 237

004445

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT15 | | | |
| CT16A | | | |
| CT16E | | | |





Operator Qualification Plan
December 2024
Appendix B: Covered Task List

PACIFIC PIPELINE COMPANY

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT16E | | | |
| CT16L | | | |
| CT17 | | | |

Page 67 of 108
Version 1

SER-000788

004446



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

PACIFIC PIPELINE COMPANY

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT19 | | | |
| CT20 | | | |
| CT21 | | | |

Page 68 of 108
Version 1

SER-000789

004447



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT21 | | | |
| CT22 | | | |
| CT23 | | | |

Page 69 of 108
Version 1

SER-000791

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 199 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT23 | | | |
| CT24 | | | |
| CT25 | | | |
| CT26 | | | |



004449

SER-000792

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 200 of 237

004450

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT26 | | | |
| CT27 | | | |
| CT28 | | | |
| CT29 | | | |



SER-000793

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 201 of 237



| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT29 | | | |
| CT30 | | | |
| CT31 | | | |
| CT32 | | | |
| CT33 | | | |

004451

SER-000794

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 202 of 237

004452

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT33 | | | |
| CT34 | | | |
| CT35 | | | |
| CT36.2 | | | |



SER-000795

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 203 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT36.2 | | | |
| CT36.3 | | | |
| CT36.4 | | | |



004453

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT36.4 | | | |
| CT36.5 | | | |
| CT36.6 | | | |



Operator Qualification Plan
December 2024
Appendix B: Covered Task List

PACIFIC PIPELINE COMPANY

Page 76 of 108
Version 1

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT36.7 | | | |
| CT36.8 | | | |

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT36.8 | | | |
| CT36.9 | | | |
| CT37 | | | |

SER-000799

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 207 of 237

004457

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT37 | | | |
| CT38 | | | |
| CT39F | | | |
| CT40 | | | |



SER-000800

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 208 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT40 | | | |
| CT41 | | | |
| CT42 | | | |



004458

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT43 | | | |
| CT44 | | | |
| CT47 | | | |



SER-000802

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 210 of 237

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT47 | | | |
| CT48 | | | |
| CT59 | | | |

004460

SER-000803

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 211 of 237

004461

| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT60 | | | |
| CT65 | | | |
| CT101 | | | |
| CT0221 | | | |



SER-000804

004462

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 212 of 237



| Task Number | Task Title / Subtasks | Potential AOC | Response |
|---|---|---|---|
| CT0241 | | | |
| CT0271 | | | |
| CT0281 | | | |
| CT0291 | | | |
| CT100 | | | |



## 8.3 Appendix C: Forms

- Personnel Performance Monitoring Form
- Certified Specialty Contractor Form
- Contractor Abnormal Operating Condition Verification Form
- Covered Task Worker ID / Contractor OQ Report
- OQ Task Assignment Checklist
- Project Manager OQ Quick Check
- Mutual Aid Form
- Contractor Audit Form

SER-000805

004463



### 8.3.1 Personnel Performance Monitoring Form

| Personnel Performance Monitoring | |
|---|---|
| Date: | Area Location: |
| Employee: | Position: |
| Supervisor: | |
| Reason to believe Employee is no longer qualified to perform covered task. (Complete Section A below.) | |
| Reason to believe Employee's performance of covered task contributed to a pipeline incident / accident as defined in Part 195. (Complete Section B.) | |
| Employee suspended from performing specific covered task until re-evaluation is performed. | |
| **Section A** | |
| List covered tasks Employee is believed to be no longer qualified to perform. | |
| Reasons why supervisor believes Employee is no longer qualified to perform the covered tasks. | |
| Steps taken to re-qualify Employee. | |
| Re-evaluation Date: | Re-evaluation Results: |
| Name: | Title: |
| Signature: | Date: |
| Date: | Area Location: |
| Employee: | Position: |
| Supervisor: | |

SER-000806

004464



| **Section B. (Attach this form to the Accident Report.)** |
|---|
| Accident as defined by Part 195 involves release of hazardous liquid (specify applicable criteria): |
| ☐ Significant event (describe below) |
| Employee immediately sent for drug and alcohol testing: <br> ☐ Yes ☐ No; Why Not? |
| List covered tasks Employee was performing at the time of the accident: |
| Reasons why supervisor believes Employee's performance of the covered tasks contributed to the accident: |
| Steps taken to re-qualify Employee: |

| Re-evaluation Date: | Re-evaluation Results: |
|---|---|
| Name: | Title: |
| Signature: | Date: |

SER-000807

004465



### 8.3.2  Certified Specialty Contractor Form

This form is used to qualify specialty Contractors who are deemed qualified by virtue of their industry credentials, such as manufacturer's authorizations, mechanics certifications, and other commonly accepted evidence of their competence in performing this type of specialty work.

A pre-job meeting is held to discuss the following issues. This form is completed and filed with the Contractor qualification records.

| Name: | Date: |
|---|---|
| Task Description: | |
| Potential Applicable AOCs: | |
| Type of Credentials (e.g., API, NACE, etc.): | |
| Contractor Employee Signature: | Date: |
| Print Name: | |
| PPC Employee Signature: | Date: |
| Print Name: | |

SER-000808

004466



### 8.3.3   Contractor Abnormal Operating Condition Verification Form

This form is used to sign off review of the Abnormal Operating Conditions reviewed during a pre-job meeting. This form is completed and filed with the Contractor qualification records.

| |
|---|
| Task Number(s) to be performed: |
| Potential Applicable AOCs: |
| |
| |
| |
| |
| |
| |
| |
| Expected Response from Contractor: |
| |
| |
| |
| |
| |
| |
| |
| |

| | |
|---|---|
| Contractor Employee Signature: | Date: |
| Print Name: | ▉▉▉▉ |
| PPC Employee Signature: | Date: |
| Print Name: | ▉▉▉▉ |

SER-000809

004467



### 8.3.4 Covered Task Worker ID / Contractor OQ Report

Information contained within the Covered Task Worker ID / Contractor OQ Report is required at each job site where contract workers perform OQ covered tasks in order to provide PPC with a current list of qualified and non-qualified workers.

| Project: | | Start Date: | End Date: |
|---|---|---|---|
| Project Number: | Location: | | |
| Contractor Name: | | Contractor Rep.: | |
| PPC Project Mgr.: | | PPC On-Site Rep.: | |

This report is to be completed whenever the following conditions exist: (Check box that applies)

☐ Start of Project

☐ Change in Contractor's Crew (Additions/Removals)

☐ Contractor's Work Assignment Changes (Non-Qualified workers assigned to OQ Covered Tasks)

| Contractor Name and ID # | Covered Task | PPC Internal Use Only | | |
|---|---|---|---|---|
| | | Verification of Qualifications | Qual. Valid for Entire Project | I.D. Check |
| | | ☐OQSG ☐NCCER ☐Energy Worldnet ☐EnergyU ☐Avetta ☐Other ☐**Not Qualified** | ☐Yes ☐No | ☐ |
| | | ☐OQSG ☐NCCER ☐Energy Worldnet ☐EnergyU ☐Avetta ☐Other ☐**Not Qualified** | ☐Yes ☐No | ☐ |
| | | ☐OQSG ☐NCCER ☐Energy Worldnet ☐EnergyU ☐Avetta ☐Other ☐**Not Qualified** | ☐Yes ☐No | ☐ |
| | | ☐OQSG ☐NCCER ☐Energy Worldnet ☐EnergyU ☐Avetta ☐Other ☐**Not Qualified** | ☐Yes ☐No | ☐ |

SER-000810

004468



Operator Qualification Plan
December 2024
Covered Task Worker ID / Contractor OQ Report

| Contractor Name and ID # | Covered Task | PPC Internal Use Only | Qual. Valid for Entire Project | I.D. Check |
|---|---|---|---|---|
| | | Verification of Qualifications | | |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |
| | | ☐OQSG ☐NCCER<br>☐Energy Worldnet ☐EnergyU<br>☐Avetta ☐Other ☐**Not Qualified** | ☐Yes<br>☐No | ☐ |

SER-000811

004469



### 8.3.5 OQ Task Assignment Checklist

| Project Name/Number: | Project Manager: | Contractor: | Date: |
|---|---|---|---|
| Who will verify contractor personnel qualifications? | | | |
| Who will verify PPC employee qualifications? | | | |
| ☐ THERE ARE NO COVERED TASKS ASSOCIATED WITH THIS PROJECT. | | | |

Project Manager Instructions: Place 'X' in the appropriate "Check Person Responsible" column for covered task(s) to be performed during this project by PPC or Contract personnel.

NOTE: This OQ Check List Assignment form is not all inclusive as it may be subject to change due to project scope changes. The Project Manager or Designee is responsible for adding, deleting or modifying this list.

Contractor Instructions: For each covered task with 'X' in the "Check Person Responsible - Contractor" column, submit contractor OQ information. Project Manager MUST receive Contractor required OQ covered task information at least 2 full working days prior to work commencement.

| Task No. | Task Name | Check Person responsible - Contractor | Check Person responsible - PPC Employee | Name of Employee Performing Task |
|---|---|---|---|---|
| CT0031 | | ☐ | ☐ | |
| CT01 | | ☐ | ☐ | |
| CT01.2 | | ☐ | ☐ | |
| CT02 | | ☐ | ☐ | |
| CT0221 | | ☐ | ☐ | |
| CT0241 | | ☐ | ☐ | |
| CT0271 | | ☐ | ☐ | |
| CT0281 | | ☐ | ☐ | |
| CT0291 | | ☐ | ☐ | |
| CT03 | | ☐ | ☐ | |



| Task No. | Task Name | Check Person responsible | | Name of Employee Performing Task |
|---|---|---|---|---|
| | | Contractor | PPC Employee | |
| CT04 | | ☐ | ☐ | |
| CT05 | | ☐ | ☐ | |
| CT06J | | ☐ | ☐ | |
| CT06.2 | | ☐ | ☐ | |
| CT06.3 | | ☐ | ☐ | |
| CT06.4 | | ☐ | ☐ | |
| CT0601 | | ☐ | ☐ | |
| CT0611 | | ☐ | ☐ | |
| CT0621 | | ☐ | ☐ | |
| CT0631 | | ☐ | ☐ | |
| CT0637 | | ☐ | ☐ | |
| CT07 | | ☐ | ☐ | |
| CT0721 | | ☐ | ☐ | |
| CT08 | | ☐ | ☐ | |
| CT09 | | ☐ | ☐ | |
| CT09.3 | | ☐ | ☐ | |
| CT10 | | ☐ | ☐ | |
| CT1081 | | ☐ | ☐ | |
| CT1082 | | ☐ | ☐ | |
| CT110 | | ☐ | ☐ | |
| CT12 | | ☐ | ☐ | |
| CT1291 | | ☐ | ☐ | |
| CT13 | | ☐ | ☐ | |

SER-000813

004471



| | | Operator Qualification Plan |
| | | December 2024 |
| | | OQ Task Assignment Checklist |

| Task No. | Task Name | Contractor | PPC Employee | Name of Employee Performing Task |
|---|---|---|---|---|
| | | Check Person responsible | | |
| CT1301 | | ☐ | ☐ | |
| CT14 | | ☐ | ☐ | |
| CT15 | | ☐ | ☐ | |
| CT16A | | ☐ | ☐ | |
| CT16E | | ☐ | ☐ | |
| CT16L | | ☐ | ☐ | |
| CT17 | | ☐ | ☐ | |
| CT19 | | ☐ | ☐ | |
| CT20 | | ☐ | ☐ | |
| CT21 | | ☐ | ☐ | |
| CT22 | | ☐ | ☐ | |
| CT23 | | ☐ | ☐ | |
| CT24 | | ☐ | ☐ | |
| CT25 | | ☐ | ☐ | |
| CT26 | | ☐ | ☐ | |
| CT27 | | ☐ | ☐ | |
| CT28 | | ☐ | ☐ | |
| CT29 | | ☐ | ☐ | |
| CT30 | | ☐ | ☐ | |

SER-000814

004472



**PACIFIC PIPELINE COMPANY**

Operator Qualification Plan
December 2024
OQ Task Assignment Checklist

| Task No. | Task Name | Check Person responsible | | Name of Employee Performing Task |
| --- | --- | --- | --- | --- |
| | | Contractor | PPC Employee | |
| CT31 | | ☐ | ☐ | |
| CT32 | | ☐ | ☐ | |
| CT33 | | ☐ | ☐ | |
| CT34 | | ☐ | ☐ | |
| CT35 | | ☐ | ☐ | |
| CT36.2 | | ☐ | ☐ | |
| CT36.3 | | ☐ | ☐ | |
| CT36.4 | | ☐ | ☐ | |
| CT36.5 | | ☐ | ☐ | |
| CT36.6 | | ☐ | ☐ | |
| CT36.7 | | ☐ | ☐ | |
| CT36.8 | | ☐ | ☐ | |
| CT36.9 | | ☐ | ☐ | |
| CT37 | | ☐ | ☐ | |
| CT38 | | ☐ | ☐ | |
| CT39F | | ☐ | ☐ | |
| CT40 | | ☐ | ☐ | |
| CT41 | | ☐ | ☐ | |
| CT42 | | ☐ | ☐ | |
| CT43 | | ☐ | ☐ | |

SER-000815

004473



| Task No. | Task Name | Check Person responsible | | Name of Employee Performing Task |
| --- | --- | --- | --- | --- |
| | | Contractor | PPC Employee | |
| CT44 | | ☐ | ☐ | |
| CT47 | | ☐ | ☐ | |
| CT48 | | ☐ | ☐ | |
| CT59 | | ☐ | ☐ | |
| CT60 | | ☐ | ☐ | |
| CT65 | | ☐ | ☐ | |
| CT100 | | ☐ | ☐ | |
| CT101 | | ☐ | ☐ | |

SER-000816

004474



## 8.3.6 Project Manager OQ Quick Check

| | |
|---|---|
| ☐ | Identify OQ covered tasks the Contractor will need qualified personnel on for the project by using the *OQ Task Assignment Checklist*. |
| ☐ | Insert project specific OQ covered task information in contractor bid package and include as part of the contract. |
| ☐ | Obtain list of qualified and non-qualified workers who will be performing OQ covered tasks from the Contractor **at least 2 Full Working Days** prior to commencement of work (See *Covered Task Worker ID / Contractor OQ Report*). |
| ☐ | Provide PPC On-Site Representative or Inspector with all pertinent project OQ information that is applicable to the project in case of an audit (e.g., Copy of OQ Plan, *OQ Task Assignment Checklist*, etc.). |
| ☐ | Communicate OQ Responsibilities to PPC On-Site Representative or Inspector and notify them of any ongoing OQ requirements. |
| ☐ | Ensure that a list of Contractor names of the verified qualified and non-qualified workers is given to the On-Site PPC Representative or Inspector prior to commencement of work. |
| ☐ | Ensure appropriate span-of-control is maintained. |
| ☐ | Check the *Covered Task Worker ID / Contractor OQ Report* provided by Contractor for completion. Areas to check include:<br><br>• Header is completed (Contractor name, start / end dates, project name, etc.);<br>• Check box is completed identifying reason why report is being filled out (e.g., start of project, change in Contractor's Crew, etc.);<br>• Report contains only the covered tasks identified by Project Manager / Designee for this project and the personnel that are specifically assigned to perform this work;<br>• Report clearly identifies any non-qualified workers and OQ covered tasks they are working on. |
| ☐ | Retain the completed *Covered Task Worker ID / Contractor OQ Report* in the Project File in order to comply with government reporting requirements. |

NOTE: Any new personnel to the project MUST have their qualifications verified against the PPC covered task list prior to being allowed to perform any covered task(s).

SER-000817

004475



### 8.3.7  Mutual Aid Form

PPC has identified the following companies to perform activities on, or affecting, PPC facilities.

| | Company Name |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

PPC has reviewed the evaluation methods used by the companies noted above to qualify persons in the following tasks and has determined that these qualification requirements are acceptable alternative methods for evaluating qualifications to perform these tasks on PPC assets.

| | Covered Task | Company | Date Reviewed Qualification Requirement |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

SER-000818

004476

### 8.3.8 Contractor Audit Form

This form should be used to audit Contractor Operator Qualification plans prior to accepting Employees evaluated under the plan to perform work on PPC pipelines. The form is also be used to periodically audit these plans to ensure they are kept up to date. Protocols have been deleted that are not necessarily applicable to PPC in the case of the Contractor plan (i.e., covered task questions; PPC is only interested in the covered task in question to be performed for them).

| Protocol[7] | Question | Plan Location | Comments |
|---|---|---|---|
| 1.0 Document Program Plan, Implementing Procedures and Qualification Criteria | | | |
| 1.01 | Does your plan identify covered tasks and does it specify task-specific re-evaluation intervals for individuals performing these covered tasks? Note: If this in different from PPC interval, the most frequent is relevant. | | |
| 1.02 | Do you employ contractor organizations to provide individuals to perform covered tasks? If so, what methods are used to qualify these individuals and how do you ensure the contractor individuals are qualified in accordance with your OQ plan? | | |
| 1.03 | Does you OQ program included provisions that require individuals from any other entity performing covered task(s) on behalf of you (e.g., through mutual assistance agreements) be evaluated and qualified prior to task performance? | | |
| 1.04 | Does your program contain policy and criteria for the use of training in initial qualification of individuals performing covered tasks, and are criteria in existence for re-training and re-evaluation of individuals if qualifications are questioned? | | |
| 1.05 | Did you meet the OQ Rule requirements for establishing a written operator qualification program and completing qualification of individuals performing covered tasks? | | |

---

7 This is the question number from the Operator Qualification Protocols for Compliance Inspection Process.



SER-000819

004477

SER-000820

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 228 of 237

| Protocol[7] | Question | Plan Location | Comments |
|---|---|---|---|
| 2.0 Identifying Covered Tasks and Related Evaluation Methods | | | |
| 2.01 | Does your plan describe how you developed your covered task list? | | |
| 2.02 | Have you established and documented the evaluation method appropriate to each covered task? | | |
| 2.03 | Do you have a process for managing qualifications of individuals performing covered tasks during program integration following a merger or acquisition? | | |
| 3.0 Identifying Individuals Performing Covered Tasks | | | |
| 3.01 | Does your program document the evaluation and qualifications of individuals performing covered tasks, and can the qualification of individuals performing covered tasks be verified? | | |
| 3.02 | Have you established provisions to allow non-qualified individuals to perform covered tasks while being directed and observed by a qualified individual, and are there restrictions and limitations placed on such activities? | | |
| 4.0 Evaluating and Qualifying Individuals Performing Covered Tasks | | | |
| 4.01 | Do you use work performance history review as the sole method of qualification for individuals performing covered tasks prior to October 26, 1999, and does your program specify that work performance history review will not be used as the sole method of evaluation for qualification after October 28, 2002? | | |
| 4.02 | Are all qualified individuals able to recognize and react to AOCs? Have you evaluated and qualified individuals for their capability to recognize and react to AOCs? Are the AOCs identified as those that the individual may reasonably anticipate and appropriately react to during the performance of the covered task? Have you established provisions for communicating AOCs for the purpose of qualifying individuals? | | |

004478

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 229 of 237

| Protocol[7] | Question | Plan Location | Comments |
|---|---|---|---|
| **5.0 Continued / Periodic Evaluation of Individuals Performing Covered Tasks** | | | |
| 5.01 | Does the operator's program include provisions to evaluate an individual if the operator has reason to believe the individual is no longer qualified to perform a covered task based on: covered task performance by an individual contributed to an accident; other factors affecting the performance of covered tasks? | | |
| 5.02 | Has the operator established and justified requirements for re-evaluation of individuals performing covered tasks? | | |
| 5.03 | Do methods and documentation exist to determine if individuals are performing covered tasks properly? These methods may include, but not be limited to: internal audits, third-party audits or inspections, assessments of procedure compliance, supervisor reviews, or assessment by a technical specialist. | | |
| 5.04 | Has your plan established and justified requirements for re-evaluation of individuals performing covered tasks? | | |
| **6.0 Monitoring Plan Performance; Seeking Improvement Opportunities** | | | |
| 6.01 | Does your plan have provisions to evaluate performance of its OQ plan and implement improvements to enhance the effectiveness of its plan? | | |
| **7.0 Maintaining Plan Records** | | | |
| 7.01 | Do you maintain records in accordance with the requirements of 49 CFR 195, Subpart G, for all individuals performing covered tasks, including contractor individuals? | | |
| **8.0 Managing Changes** | | | |
| 8.01 | Does your OQ program identify how changes to procedures, tools, standards and other elements used by individuals in performing covered tasks are communicated to the individuals, including contractor individuals, and how these changes are implemented in the evaluation method(s)? | | |



| Protocol[7] | Question | Plan Location | Comments |
|---|---|---|---|
| 8.02 | Do you have a process for identifying significant OQ written program changes and notifying the appropriate regulatory agency of these changes once the program has been reviewed? | | |

SER-000822

004480

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 230 of 237

SER-000823



Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 231 of 237

### 8.3.9    DOT Form: Evaluator Qualification

The purpose of this Form is to document the experience, training, and credentials of persons who perform "walkthroughs" (performance evaluations) to establish qualifications for persons who will perform "covered tasks" on DOT pipelines. A person selected by a field supervisor to conduct walkthroughs should have specific and substantial experience in the particular tasks (as denoted by a check-mark) for evaluation.

| Name: | | Field Area: |
|---|---|---|
| 1. _____    4. _____ | | |
| 2. _____    5. _____ | | |
| 3. _____    6. _____ | | |
| Current job title and responsibility: | | |
| Specify general experience and roles performing operations tasks: | | |

Indicate Covered Tasks to be assessed by this associate (by checkmark in left column):

| | Task Number | Task Name | |
|---|---|---|---|
| ☐ | CT0031 | | |
| ☐ | CT01 | | |
| ☐ | CT01.2 | | |
| ☐ | CT02 | | |
| ☐ | CT0221 | | |
| ☐ | CT0241 | | |

004481

SER-000824

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 232 of 237

| | Task Number | Task Name |
|---|---|---|
| ☐ | CT0271 | |
| ☐ | CT0281 | |
| ☐ | CT0291 | |
| ☐ | CT03 | |
| ☐ | CT04 | |
| ☐ | CT05 | |
| ☐ | CT0591 | |
| ☐ | CT06.2 | |
| ☐ | CT06.3 | |
| ☐ | CT06.4 | |
| ☐ | CT06J | |
| ☐ | CT0601 | |
| ☐ | CT0611 | |
| ☐ | CT0621 | |
| ☐ | CT0631 | |
| ☐ | CT0637 | |
| ☐ | CT07 | |
| ☐ | CT0721 | |
| ☐ | CT08 | |
| ☐ | CT09 | |
| ☐ | CT09.3 | |

004482

SER-000825

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 233 of 237

004483

| | Task Number | Task Name |
|---|---|---|
| ☐ | CT10 | |
| ☐ | CT1081 | |
| ☐ | CT1082 | |
| ☐ | CT110 | |
| ☐ | CT12 | |
| ☐ | CT1291 | |
| ☐ | CT13 | |
| ☐ | CT1301 | |
| ☐ | CT14 | |
| ☐ | CT15 | |
| ☐ | CT16A | |
| ☐ | CT16E | |
| ☐ | CT16G | |
| ☐ | CT16L | |
| ☐ | CT17 | |
| ☐ | CT19 | |
| ☐ | CT20 | |
| ☐ | CT21 | |
| ☐ | CT22 | |
| ☐ | CT23 | |
| ☐ | CT24 | |

SER-000826

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 234 of 237

| | Task Number | Task Name |
|---|---|---|
| ☐ | CT25 | |
| ☐ | CT26 | |
| ☐ | CT27 | |
| ☐ | CT28 | |
| ☐ | CT29 | |
| ☐ | CT30 | |
| ☐ | CT31 | |
| ☐ | CT32 | |
| ☐ | CT33 | |
| ☐ | CT34 | |
| ☐ | CT35 | |
| ☐ | CT36.2 | |
| ☐ | CT36.3 | |
| ☐ | CT36.4 | |
| ☐ | CT36.5 | |
| ☐ | CT36.6 | |
| ☐ | CT36.7 | |
| ☐ | CT36.8 | |
| ☐ | CT36.9 | |
| ☐ | CT37 | |
| ☐ | CT38 | |

004484

SER-000827

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 235 of 237

004485

| | Task Number | Task Name |
|---|---|---|
| ☐ | CT39F | |
| ☐ | CT40 | |
| ☐ | CT41 | |
| ☐ | CT42 | |
| ☐ | CT43 | |
| ☐ | CT44 | |
| ☐ | CT45 | |
| ☐ | CT46 | |
| ☐ | CT47 | |
| ☐ | CT48 | |
| ☐ | CT49 | |
| ☐ | CT50 | |
| ☐ | CT51 | |
| ☐ | CT59 | |
| ☐ | CT60 | |
| ☐ | CT62 | |
| ☐ | CT65 | |
| ☐ | CT100 | |
| ☐ | CT101 | |
| ☐ | CT01U | |
| ☐ | CT02U | |



SER-000828

Case: 25-8059, 05/11/2026, DktEntry: 79.4, Page 236 of 237

| | Task Number | Task Name |
|---|---|---|
| ☐ | CT03U | |
| ☐ | CT04U | |
| ☐ | CT05U | |
| ☐ | CT06U | |
| ☐ | CT07U | |
| ☐ | CT08U | |
| ☐ | CT09U | |
| ☐ | CT10U | |
| ☐ | CT11U | |
| ☐ | CT12U | |
| ☐ | CT13U | |
| ☐ | CT14U | |
| ☐ | CT15U | |

Supervisor Name (Printed): _____

Supervisor Name (Signed): _____     Date: _____

004486



## 8.4 Appendix D: Review and Revision Log

| Revision Date | Implementation Date | Revised By | Revision Description |
|---|---|---|---|
| 8/20/2024 | | RCP | Development of PPC OQ Plan |
| December 2024 | | RCP | Updates based on PPC review |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SER-000829

004487