IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Nos. 26-508, 25-8059

ENVIRONMENTAL DEFENSE CENTER, *et al.*,
*Petitioners*,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY
ADMINISTRATION, *et al.*,
*Respondents*,

and

SABLE OFFSHORE CORP., *et al.*,
*Intervenors*.

On Petition for Review of Actions Taken by the Pipeline and
Hazardous Materials Safety Administration

UNOPPOSED MOTION BY AMERICAN PETROLEUM INSTITUTE
AND LIQUID ENERGY PIPELINE ASSOCIATION FOR LEAVE OF
COURT TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF THE
PIPELINE AND HAZARDOUS MATERIALS SAFETY
ADMINISTRATION

Christina Manfredi McKinley, Esq.
Timothy J. Miller, Esq.
BLANK ROME, LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
412-932-2733
christina.mckinley@blankrome.com
timothy.miller@blankrome.com

*Counsel for Amici Curiae American Petroleum Institute and Liquid Energy Pipeline Association*

American Petroleum Institute and Liquid Energy Pipeline Association by their undersigned counsel and pursuant to Federal Rule of Appellate Procedure 29(a) move the Court for permission to file the amici curiae brief filed herewith supporting the Pipeline and Hazardous Materials Safety Administration ("PHMSA") in the above-captioned appeal.

## MOVANTS' INTEREST

American Petroleum Institute ("API") represents all segments of America's natural gas and oil industry, which supports nearly 11 million U.S. jobs and is backed by a growing grassroots movement of millions of Americans. Its approximately 600 members produce, process, and distribute the majority of the nation's energy. API was formed in 1919 as a standards-setting organization and has developed more than 800 standards to enhance operational and environmental safety, efficiency, and sustainability.

Liquid Energy Pipeline Association ("LEPA") is a national trade association that promotes responsible policies, safety excellence, and public support for liquids pipelines. LEPA represents pipelines transporting more than 90 percent of the crude oil and petroleum

products moved by pipeline in the United States. LEPA members bring crude oil to the nation's refineries; natural gas liquids such as ethane, butane, propane, and carbon dioxide to manufacturers and industrial users; jet fuel to airports; fuel to military installations; and petroleum products to our communities, including all grades of gasoline, diesel, home heating oil, kerosene, propane, and biofuels.

Oil pipelines, like the one at issue in this litigation, are of critical importance to many of API's and LEPA's members, who are themselves investors, operators, and developers of oil pipelines. In addition to transporting domestic energy, pipelines generate many other benefits, including supporting good-paying, union-friendly jobs and spurring private investment.

## REASONS WHY AN AMICI BRIEF IS DESIRABLE AND WHY THE MATTERS ASSERTED ARE RELEVANT TO THE DISPOSITION OF THE CASE

Pipelines create thousands of good-paying jobs all across America in construction, manufacturing, professional, and service industries. Each pipeline construction project creates thousands of jobs that can support a family. Those jobs require the support of many more jobs in manufacturing, transportation, finance, hospitality, and health care. The

energy and raw materials that pipelines deliver create jobs across the economy in consumer products and retailing. API's and LEPA's members strongly support this economic development.

Although the parties have framed the issues before this Court as a jurisdictional debate, at least in the first instance, there are significant and broad-reaching ramifications to their resolution. If Petitioners' public policy concerns—that is, those opposing pipeline transportation of needed energy supplies—were to prevail, then the consequences would not be limited to the pipeline at issue. API and LEPA can speak directly to those consequences, and as such, believe they can provide this Court with knowledge and a perspective that will aid the Court in rendering its decision.

## STATEMENT OF CONSENT OR OPPOSITION

Pursuant to Fed. R. App. P. 29(a)(2), API and LEPA sought consent to file an amici brief from all parties to this consolidated appeal. All parties other than the NGO Petitioners (Environmental Defense Center, Get Oil Out!, Santa Barbara Action Network, Sierra Club, Center for Biological Diversity, and Wishtoyo Foundation) have consented. The NGO Petitioners state that they "take no position" on amici's

participation. Because not all parties have consented, API and LEPA submit this proposed brief accompanied by this motion to this Court for permission to file the same in accordance with Federal Rule of Appellate Procedure 29(a)(2). Based upon the statements of the respective parties, API and LEPA affirm that this motion is unopposed.

## CONCLUSION

For the foregoing reasons, API and LEPA respectfully request that their unopposed motion for leave of court to file an amici brief be granted.

*/s/ Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
Timothy Miller, Esq.
BLANK ROME, LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
412-932-2733
christina.mckinley@blankrome.com
timothy.miller@blankrome.com

*Counsel for Amici Curiae American Petroleum Institute and Liquid Energy Pipeline Association*

Dated: May 18, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Unopposed Motion of American Petroleum Institute and Liquid Energy Pipeline Association for Leave to File an Amici Curiae Brief, and any attachments thereto, was electronically filed through this Court's CM/ECF system, which will send a notice of filing to the counsel registered to receive service through the Court's CM/ECF system via electronic filing.

/s/ *Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
Timothy Miller, Esq.
BLANK ROME, LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
412-932-2733
christina.mckinley@blankrome.com
timothy.miller@blankrome.com

*Counsel for Amici Curiae American Petroleum Institute and Liquid Energy Pipeline Association*

May 18, 2026