IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Nos. 26-508, 25-8059

ENVIRONMENTAL DEFENSE CENTER, *et al.*,
*Petitioners*,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY
ADMINISTRATION, *et al.*,
*Respondents*,

and

SABLE OFFSHORE CORP., *et al.*
*Intervenors*.

On Petition for Review of Actions Taken by the Pipeline and
Hazardous Materials Safety Administration

AMICI CURIAE BRIEF OF AMERICAN PETROLEUM
INSTITUTE AND LIQUID ENERGY PIPELINE ASSOCIATION IN
SUPPORT OF RESPONDENT THE PIPELINE AND HAZARDOUS
MATERIALS SAFETY ADMINISTRATION

Christina Manfredi McKinley, Esq.
Timothy J. Miller, Esq.
BLANK ROME, LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
412-932-2733
christina.mckinley@blankrome.com
timothy.miller@blankrome.com

*Counsel for Amici Curiae American
Petroleum Institute and Liquid
Energy Pipeline Association*

## CORPORATE DISCLOSURE STATEMENT

American Petroleum Institute and Liquid Energy Pipeline Association are non-profit trade associations. They have no parent corporations and no publicly held corporation owns any stock in either trade association.

# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ...............................................i

TABLE OF CONTENTS.................................................................. ii

TABLE OF AUTHORITIES ............................................................ iii

IDENTITY AND INTEREST OF AMICI CURIAE AND  SOURCE OF FILING AUTHORITY ...............................................................ix

RULE 29(a)(4)(E) STATEMENT...............................................................xii

INTRODUCTION ............................................................................1

ARGUMENT....................................................................................5

   I.   PIPELINES ARE THE SAFEST MEANS OF TRANSPORTING ENERGY PRODUCTS.................................................................5

      A.  Pipelines are the safest method of transportation. .......................5

      B.  Pipelines have an improving safety record....................................7

      C.  Pipelines have a strong safety record because of the cooperative efforts of the industry, regulators, and the public. .............................8

   II.   PIPELINES ARE ESSENTIAL TO THE UNITED STATES ECONOMY. ...............................................................................12

      A.  Pipelines are a reliable source of United States jobs. .................12

      B.  Pipelines play a critical role in domestic energy stability...........14

CONCLUSION .............................................................................18

CERTIFICATE OF COMPLIANCE………………………………………….

CERTIFICATE OF SERVICE..................................................................

# TABLE OF AUTHORITIES

Page

### Cases

*ANR Pipeline Co. v. Iowa State Commerce Comm'n*, 828 F.2d 465
(8th Cir. 1987)..................................................................4

*Enbridge Energy, Ltd. Partnership v. Whitmer*, 813 F. Supp. 3d 777
(W.D. Mich. 2025).............................. ..................4

*Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971
(9th Cir. 1999)..................................................................1

*Illinois Nat. Gas Co. v. Cent. Illinois Pub. Serv. Co.*, 314 U.S. 498
(1942)...............................................................................3

*Kinley Corp. v. Iowa Utilities Bd.*, 999 F.2d 354
(8th Cir. 1993)..................................................................4

*Larson v. Sinclair Transp. Co.*, 284 P.3d 42
(Co. 2012)........................................................................2

*Lee v. City of Los Angeles*, 250 F.3d 668
(9th Cir. 2001)..................................................................1

*Olympic Pipe Line Co. v. City of Seattle*, 437 F.3d 872
(9th Cir. 2006)..................................................................4

*PennEast Pipeline Company, LLC v. New Jersey*, 594 U.S. 482
(2021)...............................................................................2

*Puntenney v. Iowa Utilities Bd.*, 928 N.W.2d 829
(Iowa 2019)......................................................................6

*Schmitt v. War Emergency Pipelines*, 175 F.2d 335
(8th Cir. 1949)..................................................................3

*United States v. Ohio Oil Co.*, 234 U.S. 548
(1914)...............................................................................................3

**Statutes and Legislative Material**

49 U.S.C. §§ 60105–107...............................................................10

49 U.S.C. § 60115........................................................................11

Accountable Pipeline Safety and Partnership Act of 1996, Pub. L. No.
104-304, 110 Stat. 3794...............................................................10

Norman Y. Mineta Research and Special Programs Improvement Act
(P.L. 108-426) (Nov. 20, 2004)......................................................4

Pipeline Inspection, Protection, Enforcement, and Safety Act of 2006,
Pub. L. No. 109-468, 120 Stat. 3490..............................................8

Pipeline Safety Act of 1992, Pub. L. No. 102-508, 106 Stat.
3289..........................................................................................10

Pipeline Safety Improvement Act of 2022, Pub. L. No. 107-355, 116 Stat.
2985..........................................................................................10

Pipeline Safety Reauthorization Act of 1988, Pub. L. 100-561, 102 Stat.
2805..........................................................................................10

Pipeline Safety, Regulatory Certainty, and Job Creation Act of 2011, Pub.
L. 112-90 (2012), 125 Stat. 1904....................................................10

Protecting Our Infrastructure of Pipelines and Enhancing Safety Act of
2020, Consolidated Appropriations Act, 2021, Division R, Pub. L. 116-260
(2020), 134 Stat. 2210..................................................................10

Protecting our Infrastructure of Pipelines and Enhancing Safety Act of
2016, Pub. L. No. 114-183, 130 Stat. 514........................................10

## Regulations

49 C.F.R. Part 192.....................................................................................10

49 C.F.R. § 192.7(b)................................................................................9

49 C.F.R. 193.2013(c)..............................................................................9

49 C.F.R. Part 195....................................................................................10

49 C.F.R. 195.3(b) ...................................................................................9

49 C.F.R. Part 198....................................................................................10

## Rules

Fed. R. Evid. 201(d)..................................................................................1

## Other Authorities

2025 Pipeline Performance Report, API and LEPA (2026) available at https://content.membernova.com/305561/Document/Download?DocumentType=AccountDocuments&DocumentId=1cdb638c-4136-40b0-9783-4321b8b9c53d&SelectedId=7465ad6d-9c2a-4b24-8e79-320b3588624f.........................................................................7, 8

Aaron S. Bayer, Judicial Notice on Appeal, The National Law Journal (Dec. 8, 2023)..............................................................................1

Aaron Cantú (Daylight San Diego), As prices climb, California imports more gasoline made from Russian oil (Apr. 26, 2026), https://www.daylightsandiego.org/as-prices-climb-california-imports-more-gasoline-made-from-russian-oil/.....................................................16

American Gas Association (2024), https://playbook.aga.org/....................9

American Gas Foundation & Van Ness Feldman LLP, Natural Gas Pipeline Safety and Reliability: An Assessment of Progress (2015), available at https://gasfoundation.org/wp-content/uploads/2019/10/pipelinesafety.pdf.......................................11

Andy Black, Liquid Energy Pipeline Association, Testimony before Senate Committee on Commerce, Science & Transportation, May 15, 2025, available at https://www.commerce.senate.gov/wp-content/uploads/media/doc/Andy%20Black%20LEPA%20Sen%20Comm%20Pipes%20Testimony%20May%202025.pdf.....................................6, 8

API, New API Standard Outlines Best Practices for Public Engagement in Pipeline Construction & Operations (March 2024), available at https://www.api.org/news-policy-and-issues/news/2024/03/28/api-publishes-rp-1185-pipeline-community-engagement....................................................................................11

API and LEPA, Pipeline 101: Jobs & Economic Impact (2023), https://pipeline101.org/topic/job-creation/ (last accessed May 8, 2026).........................................................................................12

California Energy Commission, Annual Oil Supply Sources to California Refineries (2026) https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california..............................................................................17

California Energy Commission, California Oil Refinery History (Jan. 26, 2026), https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/californias-oil-refineries/california-oil.....................................................................17

ICF and API, U.S. Oil and Gas Infrastructure Investment Through 2035, (April 2017), available at https://www.api.org/~/media/Files/Policy/Infrastructure/API-Infrastructure-Study-2017.pdf...............................................12

Energy Infrastructure, Investing in Pipelines: Benefitting the Economy and Creating Jobs (2021), https://www.energyinfrastructure.org/pipeline/investing-in-pipelines....................................................................................9

Jordan Blum (Fortune), California's oil and jet fuel supply is getting slammed by a perfect storm of unfortunate timing—and help is years

away (Apr. 24, 2026), https://fortune.com/2026/04/24/fuel-shortages-iran-war-spread-california-west-coast-help-years-away/................................16

Texas Department of Transportation, Economic Impact of Pipelines in Texas, available at https://ftp.dot.state.tx.us/pub/txdot/move-texas-freight/resources/economic-role-freight/economic-impact-piplines.pdf..........................................................................................14

Texas Tech University, Update to the Economic Impacts of the Texas Oil and Gas Pipeline Industry (May 2023), available at https://texaspipelines.com/wp-content/uploads/2023/06/2022-Analysis-of-the-Current-and-Future-Economic-Impact-of-the-Texas-Oil-and-Gas-Pipeline-Industry-May-2023-Final.pdf.....................................................14

U.S. Department of State, Bureau of Oceans and International Environmental and Scientific Affairs, Final Supplemental Environmental Impact Statement for the Keystone XL Project (Jan. 2014), available at https://2012-keystonepipeline-xl.state.gov/finalseis/index.htm (last accessed May 13, 2026)...................................................................................6, 13

U.S. Department of Transportation, Bureau of Transportation Statistics, Transportation Statistics Annual Report 2024, available at https://www.bts.gov/browse-statistical-products-and-data/transportation-statistics-annual-reports/2025-transportation........................................................................12, 15, 16

U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Pipeline Incident 20 Year Trends, available at https://www.phmsa.dot.gov/data-and-statistics/pipeline/pipelineincident-20-year_trends (page last updated Aug. 27, 2025) (hereinafter "PHMSA 20-Year Trends Data").....................................................................................8

U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Pipeline Mileage and Facilities, available at, https://www.phmsa.dot.gov/data-and-statistics/pipeline/pipeline-mileage-and-facilities (last accessed May 16, 2026).............................1

U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Report on Shipping Crude Oil by Rail, Truck and Pipeline, Oct. 2018, pg. 8 available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/news/70826/report-congress-shipping-crude-oil-truck-rail-and-pipeline-32019.pdf. (last accessed May 16, 2026)..........................................................................5, 6

U.S. Energy Information Association, Natural Gas Consumption by End Use (last updated April 30, 2026), available at https://www.eia.gov/dnav/ng/ng_cons_sum_a_EPG0_vgt_mmcf_a.htm.....
.................................................................................................15

## IDENTITY AND INTEREST OF AMICI CURIAE AND SOURCE OF FILING AUTHORITY

American Petroleum Institute ("API") represents all segments of America's natural gas and oil industry, which supports nearly 11 million U.S. jobs and is backed by a growing grassroots movement of millions of Americans. Its approximately 600 members produce, process, and distribute the majority of the nation's energy. API was formed in 1919 as a standards-setting organization and has developed more than 800 standards to enhance operational and environmental safety, efficiency, and sustainability.

Liquid Energy Pipeline Association ("LEPA") is a national trade association that promotes responsible policies, safety excellence, and public support for liquids pipelines. LEPA represents pipelines transporting more than 90 percent of the crude oil and petroleum products moved by pipeline in the United States. LEPA members bring crude oil to the nation's refineries; natural gas liquids such as ethane, butane, propane, and carbon dioxide to manufacturers and industrial users; jet fuel to airports; fuel to military installations; and petroleum products to our communities, including all grades of gasoline, diesel, home heating oil, kerosene, propane, and biofuels.

Oil pipelines, like the one at issue in this litigation, are of critical importance to many of API's and LEPA's members, who are themselves investors, operators, and developers of oil pipelines. In addition to transporting domestic energy, pipelines generate many other benefits, including supporting good-paying, union-friendly jobs and spurring private investment.

Pipelines create thousands of good-paying jobs all across America in construction, manufacturing, professional, and service industries. Each pipeline construction project creates thousands of jobs that can support a family. Those jobs require the support of many more jobs in manufacturing, transportation, finance, hospitality, and health care. The energy and raw materials that pipelines deliver create jobs across the economy in consumer products and retailing. API's and LEPA's members strongly support this economic development.

As such, API and LEPA believe they can provide this Court with knowledge and perspective that will aid the Court in rendering its decision.

API and LEPA have submitted this proposed brief accompanied by a Motion to this Court for permission to file the same in accordance with

-x-

-xi-

Federal Rule of Appellate Procedure 29(a)(2).

## RULE 29(a)(4)(E) STATEMENT

In compliance with Federal Rule of Appellate Procedure 29(a)(4)(E), the undersigned counsel certifies that no party's counsel authored this brief in whole  or in part, and no party or party's counsel, or any person other than amici API and LEPA or its counsel, contributed money that was intended to fund the preparation of submission of this brief.


/s/ *Christina Manfredi McKinley*
Christina Manfredi McKinley

## INTRODUCTION

The more than 3 million miles of pipelines traversing through the United States are vital to the lives of ordinary Americans.[1,2] These pipelines transport the commodities that Americans rely on every day: the liquid fuels that keep more than 250 million cars and trucks running on our roadways; the feedstocks that the petrochemical industry uses to manufacture plastics, detergents, synthetic fabrics, paints, and a variety

---

[1] This Court can take judicial notice of public or government records and data compilations, transcripts, reports, treatises, law review articles, and other matters of public record, which may be cited for the first time on appeal. Fed. R. Evid. 201(d) ("The court may take judicial notice at any stage of the proceeding."); *E.g.*, *Lee v. City of Los Angeles*, 250 F.3d 668, 688–689 (9th Cir. 2001), *overruled on other grounds*, 307 F.3d 1119 (9th Cir. 2002) (a court may take judicial notice of "matters of public record," including the fact that something exists or occurred, but not of a fact that is "subject to reasonable dispute"); *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (judicially noticing facts contained in news articles); *see also* Aaron S. Bayer, Judicial Notice on Appeal, The National Law Journal (Dec. 8, 2023) ("Courts are generally willing to take judicial notice of data, pronouncements and publications issued by the government"). To the extent the Court finds the data and other facts cited by amici relevant to buttressing the policy arguments amici offer, amici request that the Court take judicial notice of those facts.

[2] U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Pipeline Mileage and Facilities, available at, https://www.phmsa.dot.gov/data-and-statistics/pipeline/pipeline-mileage-and-facilities (last accessed May 16, 2026) (adding mileage for Gas Pipeline Miles by System (2,810,909) + Hazardous Liquid Pipelines Miles (228,540) + Type R Gas Gathering (269,471) + Gravity (40,393)).

of other consumer products; and the natural gas and oil that produces more than 40 percent of America's electric power and which is rapidly becoming a more important source of power for our allies around the world. And aside from playing a pivotal role in our energy and transportation security, an incidental—and substantial—benefit of pipelines is that they are a boon to the nation's economy. While transporting the energy and other products that are the lifeblood of our entire economic system, pipelines also provide a steady source of employment.

Pipelines are nothing new; Americans have been using pipelines to deliver energy products since the 19th century. *PennEast Pipeline Company, LLC v. New Jersey*, 594 U.S. 482, 488 (2021) (discussing history of natural gas industry); *Larson v. Sinclair Transp. Co.*, 284 P.3d 42, 50 (Co. 2012) (en banc) (Justice Hobbs, dissenting) (discussing history of oil industry). The Civil War era brought the nation's first oil pipelines as industry pioneers in Pennsylvania sought to replace wooden barrels and horsedrawn wagons with a more efficient and cost-effective method of transportation. These successful early pipeline exploration efforts laid the foundation for the development of more sophisticated pipeline systems that could transport larger quantities of product to distant

markets. But no matter how far removed we get from these early efforts, the basic rationales for using pipelines—safety, reliability, efficiency, and cost effectiveness—remain the same.

In over 160 years of use, pipelines have proven to be the safest form of transportation for energy products. During World War II, faced with the need to establish a safe and secure method for transporting energy products, industry and the federal government joined forces to build two of the nation's famous pipelines, the Big Inch and Little Big Inch. *Schmitt v. War Emergency Pipelines*, 175 F.2d 335 (8th Cir. 1949). These pipelines provided the fuel that allowed the Allied Powers to succeed on the battlefield and end the deadliest armed conflict in human history. Modern experience has shown that pipelines can be used to safely carry energy products for decades through proper design, construction, testing, operation, and maintenance. Proving the point, the Big Inch and Little Big Inch remain in service today.

Federal oversight of pipelines is also nothing new; federal agencies have regulated the transportation of energy products for more than a century. *See United States v. Ohio Oil Co.*, 234 U.S. 548 (1914) (upholding the Hepburn Act of 1906); *Illinois Nat. Gas Co. v. Cent. Illinois Pub. Serv. Co.*, 314 U.S. 498 (1942) (discussing the preemptive effect of the Natural

Gas Act of 1938); *ANR Pipeline Co. v. Iowa State Commerce Comm'n*, 828 F.2d 465 (8th Cir. 1987) (discussing the preemptive effect of the Natural Gas Pipeline Safety Act of 1968); *Kinley Corp. v. Iowa Utilities Bd.*, 999 F.2d 354 (8th Cir. 1993) (discussing the preemptive effect of the Hazardous Liquid Pipeline Safety Act of 1979); *Enbridge Energy, Ltd. Partnership v. Whitmer*, 813 F. Supp. 3d 777, 792–798 (W.D. Mich. 2025) (discussing the regulatory scheme of the Pipeline Safety Act of 1992 and preemption of state and local regulations on interstate pipelines).

Against this backdrop, in November 2004, Congress enacted a detailed statutory scheme authorizing the Pipeline and Hazardous Materials Safety Administration ("PHMSA") to administer a comprehensive federal pipeline safety program.[3] Congress also included a preemption provision in that statute to ensure uniformity in the administration of this program. That provision, as this Court acknowledged in *Olympic Pipe Line Co. v. City of Seattle*, 437 F.3d 872, 877–878 (9th Cir. 2006), makes clear that the safety of interstate pipelines is the prerogative of one regulator, PHMSA—to the exclusion of all others.

---

[3] Norman Y. Mineta Research and Special Programs Improvement Act (P.L. 108-426) (Nov. 20, 2004).

And while perhaps it goes without saying that a standardized system of safety regulation helps ensure a sound and effective interstate pipeline system, this amici brief leaves the nuances of those jurisdictional squabbles to the parties. Instead, it explains the broader consequences if Petitioners' public policy arguments for restricting pipelines—that is, those opposing pipeline transportation of needed energy supplies—were to prevail.

## ARGUMENT

### I. PIPELINES ARE THE SAFEST MEANS OF TRANSPORTING ENERGY PRODUCTS.

#### A. Pipelines are the safest method of transportation.

Of the available means to transport energy products—pipeline, rail, highway, boat—pipelines are the most efficient and reliable means of transportation.[4] And pipelines are by far the safest. Empirical data supports this observation. More than 99.999% of crude oil and petroleum

---

[4] *See* U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Report on Shipping Crude Oil by Rail, Truck and Pipeline, Oct. 2018, pg. 8, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/news/70826/report-congress-shipping-crude-oil-truck-rail-and-pipeline-32019.pdf. (last accessed May 16, 2026).

products delivered by pipeline reaches its destination safely.[5] A 2018 report prepared for Congress by PHMSA analyzing 10 years of incident data found pipelines were 13 times safer than both trains and trucks, with pipelines experiencing 1 incident for every 720 million gallons delivered—compared to rail incidents occurring every 50 million gallons delivered and truck incidents occurring every 55 million gallons delivered.[6] One analysis found that rejecting a major pipeline and shipping the same crude oil by rail would increase the risk of an oil release by over 800 times and the volume of barrels released by 2.6 times.[7]

---

[5] Andy Black, Liquid Energy Pipeline Association, Testimony before Senate Committee on Commerce, Science & Transportation, May 15, 2025, available at https://www.commerce.senate.gov/wp-content/uploads/media/doc/Andy%20Black%20LEPA%20Sen%20Comm%20Pipes%20Testimony%20May%202025.pdf.

[6] U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Report on Shipping Crude Oil by Rail, Truck and Pipeline, Oct. 2018, pg. 8, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/news/70826/report-congress-shipping-crude-oil-truck-rail-and-pipeline-32019.pdf. (last accessed May 16, 2026).

[7] U.S. Department of State, Bureau of Oceans and International Environmental and Scientific Affairs, Final Supplemental Environmental Impact Statement for the Keystone XL Project, pp. 5.3-5 to 5.3-8 (Jan. 2014), available at https://2012-keystonepipeline-xl.state.gov/finalseis/index.htm (last accessed May 13, 2026). *See also* *Puntenney v. Iowa Utilities Bd.*, 928 N.W.2d 829, 841 (Iowa 2019) (affirming the finding of the Iowa Utilities Board "that on a volume-

While there is no form of transportation that is entirely free of risk, it is in the public interest to use the safest transportation methods available, and the public records, data, and reports have consistently shown that pipelines are the safest form of transportation.

## B. Pipelines have an improving safety record.

The pipeline industry continues to make forward strides to deliver reliable energy and improve on its track record. Over the last 5 years, total incidents from liquids pipelines are down 22%, while incidents affecting people or the environment are down 30%.[8] For areas designated by PHMSA as "high consequence areas" (including areas of population concentration, commercially navigable waterways, or sensitive environmental locations), incidents are down by 36%.[9] Meanwhile, total barrels of crude oil and petroleum product delivered by pipeline has

---

distance basis (*i.e.*, per barrel-mile), pipeline transportation of oil is safer than rail transportation of oil.").

[8] 2025 Pipeline Performance Report, American Petroleum Institute and Liquid Energy Pipeline Association (2026), pp. 26, 28 available at https://content.membernova.com/305561/Document/Download?DocumentType=AccountDocuments&DocumentId=1cdb638c-4136-40b0-9783-4321b8b9c53d&SelectedId=7465ad6d-9c2a-4b24-8e79-320b3588624f. API and LEPA prepared the report based on statistics gathered and made public by PHMSA and the U.S. Federal Energy Regulatory Commission.

[9] *Id.* at 30.

increased by 25%, meaning incidents per barrel-mile delivered by pipeline have dropped 31%.[10]

PHMSA's data also shows that the latest 3-, 5-, 10-, and 20-year rolling averages indicate that the number of pipeline incidents involving injuries is in decline.[11, 12] In sum, the data shows that pipelines are able to safely deliver a barrel of energy to their destination 99.999% of the time,[13] and that the industry continues to make strides in improving safety and efficiency.

### C. Pipelines have a strong safety record because of the cooperative efforts of the industry, regulators, and the public.

The reasons pipelines have a strong safety record are several. First,

---

[10] *Id.* at pp. 27, 35.

[11] U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Pipeline Incident 20 Year Trends, available at https://www.phmsa.dot.gov/data-and-statistics/pipeline/pipelineincident-20-year trends (page last updated Aug. 27, 2025) (hereinafter "PHMSA 20-Year Trends Data"). Click "SERIOUS INCIDENT 20 YEAR TREND" and review the charts depicting "Incident Count," and "Injuries" with data available as recently as May 7, 2026. For these purposes, PHMSA treats a "serious incident" as one that involves a fatality or injury requiring inpatient hospitalization, but which excludes what are known as fire first events.

[12] *Id.*

[13] Andy Black, Liquid Energy Pipeline Association, Testimony before Senate Committee on Commerce, Science & Transportation, May 15, 2025.

the industry is committed to eliminating all pipeline incidents and invests billions of dollars each year toward achieving that objective.[14] These investments fund critical operations, maintenance, and integrity management activities; public awareness, education, and community outreach programs; targeted pipeline repair, replacement, and rehabilitation efforts; and research and development initiatives, including improvements in pipeline materials, inspection tools, and other technologies. The industry also leads or participates in the various standards development organizations that produce many of the technical codes, standards, and recommended practices that apply to the pipeline industry.[15]

Second, PHMSA administers a robust and comprehensive nationwide pipeline safety program under its authority vested by the

---

[14] Energy Infrastructure, Investing in Pipelines: Benefitting the Economy and Creating Jobs (2021), https://www.energyinfrastructure.org/pipeline/investing-in-pipelines; *see also* American Gas Association (2024), https://playbook.aga.org/.

[15] API is one of the world's leading standards development organizations for the oil and gas industry, having produced more than 800 standards in the past 100 years, including dozens of standards that are followed by pipeline operators throughout the United States. https://www.api.org/products-and-services/standards. PHMSA incorporates numerous API standards into the federal pipeline safety regulations. *See* 49 C.F.R. §§ 192.7(b), 193.2013(c), 195.3(b).

Pipeline Safety Act. PHMSA has prescribed federal safety standards that apply throughout the lifecycle of a pipeline project, including requirements for materials, design, construction, testing, operations, maintenance, personnel qualification, and integrity management. *See* 49 C.F.R. Parts 192, 195. PHMSA also oversees a federal certification and grant program that allows state authorities to assume responsibility for regulating the safety of intrastate pipeline facilities, including by establishing additional or more stringent safety standards that are compatible with PHMSA's regulations. 49 U.S.C. §§ 60105–107; 49 C.F.R. Part 198.[16]

Last, but not least, the public plays a critical role in ensuring the

---

[16] Congress routinely addresses emerging pipeline safety issues in reauthorizing the Pipeline Safety Act. *See e.g.*, Pipeline Safety Reauthorization Act of 1988, Pub. L. 100-561, 102 Stat. 2805; Pipeline Safety Act of 1992, Pub. L. No. 102-508, 106 Stat. 3289; Accountable Pipeline Safety and Partnership Act of 1996, Pub. L. No. 104-304, 110 Stat. 3794; Pipeline Safety Improvement Act of 2022, Pub. L. No. 107-355, 116 Stat. 2985; Pipeline Inspection, Protection, Enforcement, and Safety Act of 2006, Pub. L. No. 109-468, 120 Stat. 3490; Pipeline Safety, Regulatory Certainty, and Job Creation Act of 2011, Pub. L. 112-90 (2012), 125 Stat. 1904; Protecting our Infrastructure of Pipelines and Enhancing Safety Act of 2016, Pub. L. No. 114-183, 130 Stat. 514; Protecting Our Infrastructure of Pipelines and Enhancing Safety Act of 2020, Consolidated Appropriations Act, 2021, Division R, Pub. L. 116-260 (2020), 134 Stat. 2210.

safety of our nation's pipelines. The public is an active participant in both (a) the development of the various standards and codes that standards development organizations issue for the pipeline industry and (b) in the rulemaking process that leads to the promulgation of new regulations by PHMSA and its state partners.[17] Greater public awareness and involvement in the pipeline industry has also led to a significant reduction in the instances of third-party damage, once a leading cause of pipeline incidents.[18] Indeed, the public was a driving force behind the creation of an entirely new API Recommended Practice to further improve pipeline safety utilizing enhanced stakeholder outreach and engagement.[19] In short, the efforts of the industry, regulators, and the public are what make pipelines the safest form of transportation.

---

[17] In addition to submitting comments, the public is afforded equal representation with the industry and government officials in determining the membership of the federal advisory committees that review PHMSA's rulemaking proposals under the Pipeline Safety Act, 49 U.S.C. § 60115.

[18] American Gas Foundation & Van Ness Feldman LLP, Natural Gas Pipeline Safety and Reliability: An Assessment of Progress (2015), available at https://gasfoundation.org/wp-content/uploads/2019/10/pipelinesafety.pdf.

[19] API, New API Standard Outlines Best Practices for Public Engagement in Pipeline Construction & Operations (March 2024), available at https://www.api.org/news-policy-and-issues/news/2024/03/28/api-publishes-rp-1185-pipeline-community-engagement.

## II. PIPELINES ARE ESSENTIAL TO THE UNITED STATES ECONOMY.

### A. Pipelines are a reliable source of United States jobs.

As discussed above, pipelines are critical to moving the vast commodities that the United States economy relies on every day, across numerous industries and sectors. The attendant (and perhaps obvious) consequence is that the nation's pipeline network is vital to the overall health and stability of the United States economy.[20]

A single, major pipeline construction projection can generate 42,000 jobs, including in the construction, manufacturing, transportation, and refining sectors.[21] Through 2035, the United Statess' investment in pipeline infrastructure will contribute between $79 and $100 billion annually to U.S. Gross Domestic Product ("GDP")—and support an attendant 828,000 to 1.05 million infrastructure jobs each year, to say nothing of the operations and maintenance positions.[22]

---

[20] U.S. Department of Transportation, Bureau of Transportation Statistics, Transportation Statistics Annual Report 2024, available at https://www.bts.gov/browse-statistical-products-and-data/transportation-statistics-annual-reports/2025-transportation (hereinafter "TSAR 2024").

[21] API and LEPA, Pipeline 101: Jobs & Economic Impact (2023), https://pipeline101.org/topic/job-creation/ (last accessed May 8, 2026).

[22] ICF and API, U.S. Oil and Gas Infrastructure Investment Through 2035 (April 2017), available at

In analyzing the Keystone XL Project, for example, the U.S. Department of State ("State Department") estimated that completing the proposed 875-mile oil pipeline would contribute $3.4 billion to U.S. GDP, including $3.1 billion in domestic construction contracts, materials, and support purchased and another $233 million spent on construction camps.[23] The State Department further estimated that construction spending alone would support approximately 42,100 annual jobs and generate approximately $2.05 billion in earnings.[24]

Using just one state as an example, data maintained by Texas, the nation's top oil and gas producing state, demonstrates the positive impact pipelines have on the economy. According to the Texas Department of Transportation, pipeline transportation has an annual direct, indirect, and induced impact in Texas that "supports 155,631 jobs, $25.5 billion in labor income, $21.8 billion in Gross State Product, and $2.2 billion in

---

https://www.api.org/~/media/Files/Policy/Infrastructure/API-Infrastructure-Study-2017.pdf, at 5, 64–69.

[23] U.S. Department of State, Bureau of Oceans and International Environmental and Scientific Affairs, Final Supplemental Environmental Impact Statement for the Keystone XL Project, 4.10-2 (Jan. 2014), available at https://2012-keystonepipeline-xl.state.gov/finalseis/index.htm. (last accessed Jul. 5, 2024).

[24] *Id.*

state and local tax revenues."[25]  Pipeline transportation also has direct annual effects on pipeline-dependent industries in Texas, supporting 393,200 jobs, $44.9 billion in income, and $158.6 billion in Gross State Product.  And a study prepared by Texas Tech University shows that these positive economic impacts are long lasting.[26]  As the authors of that study explain, "the Texas pipeline industry is conservatively expected to generate cumulative economic impacts (in today's dollars) of $1.86 trillion in economic output, $1.05 trillion in additional gross state product, and contribute $110.34 billion in state and local government revenues" over the 40-year period from 2022 to 2062.[27]

### B.    Pipelines play a critical role in domestic energy stability.

Pipelines not only are critical to the nation's economic growth and development, but to its energy policy and national security.  But the

---

[25] Texas Department of Transportation, Economic Impact of Pipelines in Texas, available at https://ftp.dot.state.tx.us/pub/txdot/move-texas-freight/resources/economic-role-freight/economic-impact-piplines.pdf.

[26] Texas Tech University, Update to the Economic Impacts of the Texas Oil and Gas Pipeline Industry (May 2023), available at https://texaspipelines.com/wp-content/uploads/2023/06/2022-Analysis-of-the-Current-and-Future-Economic-Impact-of-the-Texas-Oil-and-Gas-Pipeline-Industry-May-2023-Final.pdf.

[27] *Id.* at Executive Summary, at 10, 12.

inverse is also true—public policies restricting pipeline development have negative and far-reaching ramifications on the stability of the economy, energy, and national security.

Pipelines are an integral part of the U.S. transportation network. As of 2025, there are more than 3.2 million miles of pipelines in the United States.[28] Pipelines transport nearly all of the natural gas and most of the crude oil and refined petroleum products that millions of Americans use each day. In 2023, for example, pipelines delivered more than 27.4 trillion cubic feet of natural gas to U.S. consumers[29] and carried approximately 3.9 billion barrels of crude and refined petroleum.[30]

Pipelines are particularly important to ensuring an adequate supply of liquid fuels. Since 1960, the transportation sector has remained one of the largest consumers of energy from primary sources domestically (second only to the electric power sector), and, in 2023, used more total energy than the entire economies of every other country in the world

---

[28] Note 2, *supra.*

[29] U.S. Energy Information Association, Natural Gas Consumption by End Use (last updated April 30, 2026), available at https://www.eia.gov/dnav/ng/ng_cons_sum_a_EPG0_vgt_mmcf_a.htm.

[30] TSAR 2024 at 1-33.

except for China and India. [31] Petroleum, which is the source of approximately 90 percent of the energy used by the transportation sector,[32] would not be as widely available, or transported as safely and efficiently, without the bulk shipments that occur each day via the nation's pipelines. Notably, the U.S. was the world's largest petroleum producer in 2023 at 20.6 million barrels per day.[33]

The current geopolitical climate has underscored the importance of domestic energy stability and security and the critical role of pipelines. California lacks major pipelines connecting it to other U.S. oil-producing states, forcing reliance on marine tankers,[34] and has had a growing reliance on foreign sources of supply. And because roughly a third of foreign crude oil comes from the Persian Gulf, California is particularly exposed to supply chain disruptions, such as the current Iran conflict.[35]

---

[31] *Id.* at 6-1 and Figure 6-1.

[32] *Id.* at 6-2.

[33] *Id.*

[34] *See generally* Aaron Cantú (Daylight San Diego), As prices climb, California imports more gasoline made from Russian oil (Apr. 26, 2026), https://www.daylightsandiego.org/as-prices-climb-california-imports-more-gasoline-made-from-russian-oil/.

[35] Jordan Blum (Fortune), California's oil and jet fuel supply is getting slammed by a perfect storm of unfortunate timing—and help is years away (Apr. 24, 2026), https://fortune.com/2026/04/24/fuel-shortages-iran-

Major suppliers include Iraq, Saudi Arabia, Brazil, and Ecuador, with a significant portion of shipments traveling through the geopolitically sensitive Strait of Hormuz.[36]    Indeed, since 2005, California has relied on foreign oil suppliers for 40% or more of its crude oil needs[37] and now depends on foreign sources for roughly 61.1% of its crude oil.[38]  Those imports have surged (up from a mere 5.6% in 1982) while in-state production has declined.[39] California's declining reliance on domestic oil—whether from California itself or other states—has placed California in a difficult energy position.

Thus, California's present situation is a case study underscoring the broader point: some 160 years after the United States first began utilizing pipelines, they remain a critical component of the country's energy

---

war-spread-california-west-coast-help-years-away/.

[36] California Energy Commission, Annual Oil Supply Sources to California Refineries (2026) https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california.

[37] *Id.*

[38] *Id.*

[39] *Id.*; *see also* California Energy Commission, California Oil Refinery History (Jan. 26, 2026), https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/californias-oil-refineries/california-oil.

delivery and security, to say nothing of the attendant economic benefits that accompany pipelines. Without pipelines, energy instability and economic contraction would ensue.

## CONCLUSION

While inevitably there will continue to be jurisdictional debates about whether a given pipeline is interstate or intrastate, the broader principles remain beyond reproach: that pipelines are the safest and most reliable means of moving energy products; that the pipeline industry is focused on safety; that PHMSA plays a critical role in managing these safety initiatives, bolstered by and working with the industry and the public; and that pipelines are critical to ensure a stable supply of commodities running through them, to the economic certainty and financial wellbeing of everyday Americans relying on them, and to security of the U.S. energy supply transported by them. These essential benefits are ensured by the continued existence and maintenance of safe pipelines. For these reasons, amici respectfully submit this brief.

Respectfully submitted,


/s/ Christina Manfredi McKinley
Christina Manfredi McKinley, Esq.
Timothy Miller, Esq.
BLANK ROME, LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
412-932-2733
christina.mckinley@blankrome.com
timothy.miller@blankrome.com

*Counsel for Amici Curiae American
Petroleum Institute and Liquid
Energy Pipeline Association*

Dated: May 18, 2026

## <u>CERTIFICATE OF COMPLIANCE</u>

### <u>Form 8. Certificate of Compliance for Briefs</u>

**9th Cir. Case Number(s)**: 25-8059, 26-508

I am the attorney or self-represented party.

**This brief contains 3,985 words**, excluding the items exempted by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this brief (*select only one*):

[ ] complies with the word limit of Cir. R. 32-1.
[ ] is a cross-appeal brief and complies with the word limit of Cir. R. 28.1-1.
[ X ] is an amicus brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).
[ ] is for a death penalty case and complies with the word limit of Cir. R. 32-4.
[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because (*select only one*):
    [ ] it is a joint brief submitted by separately represented parties;
    [ ] a party or parties are filing a single brief in response to multiple briefs; or
    [ ] a party or parties are filing a single brief in response to a longer joint brief.
    [ ] complies with the length limit designated by court order dated _____.
    [ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** s/*Christina Manfredi McKinley*
Date: May 18, 2026

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Amici Curiae Brief of American Petroleum Institute and Liquid Energy Pipeline Association was electronically filed through this Court's CM/ECF system, which will send a notice of filing to the counsel registered to receive service through the Court's CM/ECF system via electronic filing.

*/s/ Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
Timothy Miller, Esq.
BLANK ROME, LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
412-932-2733
christina.mckinley@blankrome.com
timothy.miller@blankrome.com

*Counsel for Amici Curiae American Petroleum Institute and Liquid Energy Pipeline Association*

May 18, 2026