# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ENVIRONMENTAL
DEFENSE CENTER, et al.,

    *Petitioners*,

    v.

U.S. DEPARTMENT OF
TRANSPORTATION, et al.,

    *Respondents*,

    and

SABLE OFFSHORE CORP., et al.,

    *Respondent-Intervenors*.

Nos. 25-8059, 26-508

## JOINT MOTION FOR A PROTECTIVE ORDER

Petitioners the State of California, Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation; Respondents U.S. Department of Transportation, Sean Duffy, Pipeline and Hazardous Materials Safety Administration, and Paul Roberti; and Respondent-Intervenors Sable Offshore Corp. and Pacific Pipeline Corporation, jointly move the court to enter a protective order in consolidated case numbers 25-8059 and 26-508. The stipulated protective order is attached to this motion as **Exhibit 1**. An order

from this Court directing that the stipulated protective order shall apply to the covered documents will facilitate PHMSA's timely production of the covered documents.

Neither the present motion nor the stipulated protective order seeks a decision by this Court about whether any particular document actually is or contains protected information. The stipulated protective order instead limits the use of designated Protected Information and further provides that, if and to the extent that Petitioners disagree with a designation of Protected Information, they may challenge such designation(s) through a motion.

Accordingly, the parties respectfully request that the Court grant this joint motion and enter an order providing that the stipulated protective order attached as Exhibit 1 shall apply in consolidated case numbers 25-8059 and 26-508.

Respectfully submitted this 21st day of May, 2026.

s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5525
jessica.stebbinsbina@lw.com

Nicholas McDaniel
Lucille E. Wiesner
BABST CALLAND CLEMENTS
AND ZOMNIR, P.C.
505 9th St., NW, Suite 602

s/ *Julie Teel Simmonds*
Julie Teel Simmonds
David Pettit
Talia Nimmer
CENTER FOR BIOLOGICAL
DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
(510) 844-7100

*Counsel for Petitioners Center for Biological Diversity and Wishtoyo Foundation*

2

Washington, DC 20004
(202) 853-3455

James W. Noe
Rafe Petersen
Ashley Akers
HOLLAND & KNIGHT LLP
800 17th St., NW, Suite 1100
Washington, DC 20006
(202) 469-5525

*Counsel for Respondent-Intervenors
Sable Offshore Corp. and Pacific
Pipeline Company*

s/ *Matthew R. Oakes*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney
General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
REBECCA JAFFE
MATTHEW R. OAKES
*Attorneys*
Environment and Natural Resources
Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov

*Counsel for Federal Respondents*

s/ *Linda Krop*
Linda Krop
ENVIRONMENTAL DEFENSE
CENTER
906 Garden Street
Santa Barbara, CA 93101
(805) 963-1622
Lkrop@EnvironmentalDefenseCenter.org

*Counsel for Petitioners Environmental
Defense Center, Get Oil Out!, Santa
Barbara County Action Network, Sierra
Club, and Santa Barbara Channelkeeper*

s/ *Mitchell Rishe*
MYUNG PARK
VANESSA C. MORRISON
Supervising Deputy Attorneys General
MICHAEL DORSI
MATTHEW BULLOCK
MITCHELL RISHE
RAFAEL J. HURTADO
REBECCA HUNTER
Deputy Attorneys General
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3802

*Counsel for Petitioner the State of
California*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system., which will send notice of such filing to counsel for all parties in the case.

Respectfully submitted,

Dated:      May 21, 2026          */s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

*Attorney for Respondent-Intervenors*
*Sable Offshore Corp. and Pacific*
*Pipeline Company*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the length limitation of Circuit Rule 27-1(1)(d) because it does not exceed 5,200 words. I further certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Respectfully submitted,

Dated:     May 21, 2026

*/s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

*Attorney for Respondent-Intervenors*
*Sable Offshore Corp. and Pacific*
*Pipeline Company*