No. 25-8059, 26-508

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*,

and

SABLE OFFSHORE CORP., et al.,
*Intervenors*.

---

## PETITIONERS' UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

---

| | |
|---|---|
| Linda Krop | Julie Teel Simmonds |
| lkrop@environmentaldefensecenter.org | jteelsimmonds@biologicaldiversity.org |
| Margaret M. Hall | David Pettit |
| mhall@environmentaldefensecenter.org | dpettit@biologicaldiversity.org |
| Jeremy M. Frankel | Talia Nimmer |
| jfrankel@environmentaldefensecenter.org | tnimmer@biologicaldiversity.org |
| ENVIRONMENTAL DEFENSE CENTER | CENTER FOR BIOLOGICAL DIVERSITY |
| 906 Garden Street | 2100 Franklin Street, Suite 375 |
| Santa Barbara, CA 93101 | Oakland, CA 94612 |
| Tel: (805) 963-1622 | Tel: (510) 844-7100 |
| *Attorneys for Petitioners Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper* | *Attorneys for Petitioners Center for Biological Diversity and Wishtoyo Foundation* |

Pursuant to FRAP 31 and Circuit Rule 31-2.2(b), Petitioners Environmental Defense Center, Center for Biological Diversity, Sierra Club, Santa Barbara County Action Network, Get Oil Out!, Santa Barbara Channelkeeper, and Wishtoyo Foundation (collectively, "Petitioners") respectfully request that the Court extend their Reply Brief deadline from June 8, 2026, to June 11, 2026. Respondents, Intervenors, and the State of California do not oppose this request. Declaration of Julie Teel Simmonds ("Teel Simmonds Decl."), ¶ 7; *see* Circuit Rule 31-2.2(b)(6).

On May 8, 2026, three days before filing their Answering Brief, Respondent Pipeline and Hazardous Materials Safety Administration (PHMSA) produced nearly six thousand pages of additional documents that they claim are part of the record in this case. Teel Simmonds Decl., ¶ 4. PHMSA then added these documents to the record, *see* Dkt. 77, more than quadrupling the record that it had originally certified in January, *see* Dkt. 25 (certified index with fifty-three documents totaling 1,429 pages).

None of these additional documents had previously been disclosed to Petitioners. Teel Simmonds Decl., ¶ 4. Counsel for Petitioners have thus had to spend substantial time reviewing these additional documents, ascertaining their potential effect on the issues in this case, and determining how to address them— all of which has materially inhibited Petitioners' preparation of their Reply Brief.

2

*Id.* at ¶ 5. Accordingly, Petitioners have a substantial need for the three-day extension they are requesting.

Notably, upon discovering these additional documents, PHMSA sought an extension of time to file its Answering Brief, stating that it required additional time to review the documents before filing. Dkt. 73. The Court partially granted that request, extending its deadline three days from May 8, 2026, to May 11, 2026. Dkt. 76. Petitioners ask only for the same additional time (three days) granted to PHMSA.

Petitioners have exercised diligence. They filed their Opening Brief as scheduled on March 23, 2026, and they have not previously sought an extension of their Reply Brief. Teel Simmonds Decl., ¶ 6. Moreover, Petitioners' unopposed request for a short extension will not prejudice any party, as Petitioners do not seek any hearing continuance or postponement.

For the foregoing reasons, Petitioners respectfully request that the Court grant this Motion and extend Petitioners' Reply Brief deadline from June 8, 2026, to June 11, 2026.

Dated: May 22, 2026     Respectfully submitted,

<div style="margin-left: 3em;">

s/ Linda J. Krop
Linda Krop
Margaret M. Hall
Jeremy M. Frankel
ENVIRONMENTAL DEFENSE
CENTER

</div>

<div style="text-align:center;">3</div>

*Counsel for Petitioners Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

s/ Julie Teel Simmonds
Julie Teel Simmonds
David Pettit
Talia Nimmer
CENTER FOR BIOLOGICAL DIVERSITY
*Counsel for Petitioners Center for Biological Diversity and Wishtoyo Foundation*

## DECLARATION OF JULIE TEEL SIMMONDS

1.      I am counsel for Petitioners Center for Biological Diversity and Wishtoyo Foundation in this matter. I submit this Declaration in support of Petitioners' Unopposed Motion for Extension of Time to file Reply Brief. I have personal knowledge of the following facts, and, if called as a witness in a relevant proceeding, could and would testify competently to the following facts.

2.      On April 30, 2026, counsel for Respondent Pipeline Hazardous Materials Safety Administration (PHMSA) informed Petitioners that the agency had discovered at least 1,500 pages of additional record documents.

3.      On May 1, 2026, PHMSA filed a motion to extend its Answering Brief deadline. Therein, it announced it had discovered at least 2,500 pages of additional record documents.

4.      On May 8, 2026, PHMSA produced nearly 6,000 pages of documents to Petitioners that it had not disclosed before to Petitioners.

5.      I and other counsel for record in this matter have had to spend substantial time reviewing these additional documents, ascertaining their potential effect on the issues in this case, and determining how to address them—all of which has materially inhibited our preparation of Petitioners' Reply Brief.

6.      Petitioners have exercised diligence. They filed their Opening Brief as scheduled on March 23, 2026, and they have not previously sought an extension of

their Reply Brief.

7.      On May 21, 2026, Petitioners' counsel emailed counsel for PHMSA, Intervenors Sable Offshore Corp. and Pacific Pipeline Company, and the State of California about Petitioners' Motion for an Extension of Time and asked for their positions. The parties all informed Petitioners that that they do not oppose Petitioners' request.

8.      No court reporter is in default with regard to any designated transcripts.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 22, 2026                    /s/ Julie Teel Simmonds
                                       Julie Teel Simmonds

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion was printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word, it contains 680 words and is less than 20 pages, in compliance with Federal Rule of Appellate Procedure 27(d)(2) and Circuit Rule 27-1(1).

Dated: May 22, 2026

/s/ Julie Teel Simmonds
Julie Teel Simmonds