UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059, consolidated with No. 26-508

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

**MOTION TO FILE CORRECTED BRIEF AND CORRECTED
SUPPLEMENTAL EXCERPTS**

Respondent the Pipeline & Hazardous Materials Safety Administration, et al., seek leave to file a corrected answering brief, to correct the brief filed on May 11, 2026 (Dkt. 78) and to file corrected supplemental excerpts of record to replace the excerpts of record filed on May 11, 2026 (Dkt. 79).

The United States seeks file a corrected answering brief that corrects two citations in the original brief. On page 28 of the original brief the United States seeks to change a citation from **3**-USSER-**715-716** to **4**-USSER-**718-719**. On page 37 of the original brief the United States seeks to change a citation from **3**-USSER-761-765 to **4**-USSER-761-765. The United States also seeks to file corrected

supplemental excerpts of record.  The United States cited to redacted pages of two documents in its original brief.  In the corrected supplemental excerpts of record the United States has created a fourth volume, and that fourth volume contains unredacted documents that the United States has sought to file under seal.

Correcting these mistakes should not affect the Court's review of the challenged PHMSA decisions.  Accordingly, the Corps requests leave to file the attached corrected brief and excerpts of record.  A redacted version of the Volume 4 of the Supplemental Excerpts of Record has been filed with this motion.  The United States will provide Petitioners' counsel with both electronic and hard copies of the unredacted version of Volume 4 of the Supplemental Excerpts of Record once the Court has entered the parties' negotiated protective order.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

/s/   *Matthew R. Oakes*
MATTHEW R. OAKES
*Attorneys*
Environment and Natural Resources Division
May 22, 2026                     U.S. Department of Justice
DJ # 90-13-1-18076          Post Office Box 7415
Washington, D.C. 20044

1

(202) 598-0402
matthew.oakes@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify:

1. This document complies with the length limitation of Circuit Rule 27-1(1)(d) because it is 224 words, including words in the Addendum.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Matthew R. Oakes*
MATTHEW R. OAKES
*Attorney*