UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059, consolidated with No. 26-508

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

## RESPONDENTS' SUPPLEMENTAL EXCERPTS OF RECORD

## Volume 1 of 4

MATTHEW R. OAKES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov

USSER-000001



**U.S. Department
of Transportation**

**Pipeline and Hazardous
Materials Safety
Administration**

MAY 2 1 2015

1200 New Jersey Avenue SE
Washington, DC 20590

<u>VIA CERTIFIED MAIL AND FAX TO: 713-646-4378</u>

Troy Valenzuela
Vice President EHS
Plains Pipeline, LP
333 Clay Street, Suite 1600
Houston, TX 77002

**Re: CPF No. 5-2015-5011H**

Dear Mr. Valenzuela:

Enclosed is a Corrective Action Order issued in the above-referenced case. It requires Plains Pipeline, LP to take certain corrective actions with respect to Line 901 of your pipeline system that failed on May 19, 2015, near Santa Barbara, CA. Service is being made by certified mail and facsimile. Service of the Corrective Action Order by electronic transmission is deemed complete upon transmission and acknowledgement of receipt, or as otherwise provided under 49 C.F.R. § 190.5. The terms and conditions of this Order are effective upon completion of service.

Thank you for your cooperation in this matter.

Sincerely,

for- Jeffrey D. Wiese
Associate Administrator
for Pipeline Safety

Enclosure

cc:    Ms. Linda Daugherty, Deputy Associate Administrator for Field Operations, OPS
       Mr. Chris Hoidal, Director, Western Region, OPS

USSER-000002

000001

**U.S. DEPARTMENT OF TRANSPORTATION**
**PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION**
**OFFICE OF PIPELINE SAFETY**
**WASHINGTON, D.C. 20590**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| Plains Pipeline, LP, ) | **CPF No. 5-2015-5011H** |
| ) | |
| Respondent. ) | |

## CORRECTIVE ACTION ORDER

### Purpose and Background:

This Corrective Action Order (Order) is being issued, under the authority of 49 U.S.C. § 60112, to require Plains Pipeline, LP (Plains or Respondent), to take the necessary corrective action to protect the public, property, and the environment from potential hazards associated with the recent failure on your pipeline in Santa Barbara County, California.

On May 19, 2015, a reportable accident occurred on Plains' Line 901 pipeline, resulting in the release of approximately 1700 to 2500 barrels of heavy crude oil (Failure). Line 901 is a 24-inch diameter pipeline approximately 10.6 miles in length that transports crude oil from Exxon Mobil's breakout storage tanks in Las Flores Canyon to Plains' Gaviota Pump Station. The cause of the Failure has not yet been determined. Pursuant to 49 U.S.C. § 60117, the Pipeline and Hazardous Materials Safety Administration (PHMSA), Office of Pipeline Safety (OPS), initiated an investigation of the accident. The preliminary findings of the ongoing investigation are as follows:

### Preliminary Findings:

- Plains Pipeline, LP (Plains), is a publicly traded master limited partnership that operates approximately 17,800 miles of crude oil and natural gas liquids pipelines and gathering systems throughout the United States, including California and Texas.[1]

- The failed pipeline is a 24-inch diameter line that transports crude oil and runs from Exxon Mobil's breakout storage tanks in Las Flores Canyon to Plains' Gaviota Pump Station, a distance of approximately 10.6 miles (Affected Pipeline). The Failure occurred near milepost 4 near Goleta, California (Failure Site).

---

[1] https://www.plainsallamerican.com/what-we-do/transportation (last accessed May 20, 2015)

- The Affected Pipeline was constructed from 1987-1990, and consists of .344 wall thickness, X-65 high frequency electric resistance welded (ERW) pipe manufactured by Nippon Steel.

- The Affected Pipeline has a Maximum Operating Pressure (MOP) of 1025 psig and the normal operating pressure is 650 psig. Plains initially reported that the line pressure was approximately 700 psig immediately prior to failure.

- The initial hydrostatic test on the Affected Pipeline was conducted in October 1990, to a pressure of 1719 psig held for 8 hours.

- The Affected Pipeline is insulated and operates at up to 120 degrees Fahrenheit. There are shrink wrap sleeves at some of the pipeline's girth welds.

- The Affected Pipeline was recently smart-pigged on May 5, 2015. Complete in-line inspection (ILI) data was collected but the operator has not yet received a formal report from the ILI vendor regarding the analysis of the data and identification of any anomalies requiring further investigation according to the Federal pipeline safety regulations.

- Previous ILIs were performed in June 2007 and July 2012. In 2007 and 2012, there were 13 and 41 excavations of ILI-identified anomalies on the pipeline, respectively. These anomalies were mostly due to external corrosion, frequently located near the pipeline's girth welds.

- The Failure was discovered by the operator on May 19, 2015 around 1:30 p.m. PST, and reported to the National Response Center (NRC Report No. 1116972) at 2:56 p.m. PST. The operator reported an estimated spill of more than 500 BBLs of crude oil in their NRC report, but stated there was limited information available at that time.

- Prior to the discovery of the Failure, the controller of Line 901 noticed anomalies in the operating pressure, shut down and isolated the line around 11:30 am PST, and called field personnel to investigate.

- Another NRC report (No. 1116950) was received by the National Response Center at 12:43 p.m. from the Santa Barbara Dispatch reporting an unknown oil sheen at Refugio Beach.

- The release occurred on the north side of the Pacific Coast Highway. The released product traveled southward through a nearby water drainage culvert approximately ¼ mile to Refugio State Beach, where the product entered the Pacific Ocean. It is estimated that product has spread several miles down the coast.

- The estimated release amount was reported to have increased to 1700 to 2500 BBLs by the Unified Command center on the afternoon of May 20th.

- Refugio State Beach and camp grounds have been closed due to the oil spill. There were no reports of injuries.

- Several areas of environmental sensitivity are located near the Failure Site, including Bell Canyon, Tecolote Canyon, the City of Gaviota, and Coal Oil Point Reserve.

- Various state and federal agencies responded to the scene, including the U.S. Coast Guard, U.S. Environmental Protection Agency, California County Office of Emergency Services, and local fire department(s). Private oil spill response organizations under contract with Plains and Exxon Mobil personnel are also responding. Clean-up operations are underway.

- The cause of the Failure is unknown and the investigation is ongoing.

**Determination of Necessity for Corrective Action Order and Right to Hearing:**

Section 60112 of Title 49, United States Code, provides for the issuance of a Corrective Action Order, after reasonable notice and the opportunity for a hearing, requiring corrective action, which may include the suspended or restricted use of a pipeline facility, physical inspection, testing, repair, replacement, or other action, as appropriate. The basis for making the determination that a pipeline facility is or would be hazardous, requiring corrective action, is set forth both in the above-referenced statute and 49 C.F.R. § 190.233, a copy of which is enclosed.

Section 60112 and the regulations promulgated thereunder provide for the issuance of a Corrective Action Order, without prior notice and opportunity for hearing, upon a finding that failure to issue the Order expeditiously would result in the likelihood of serious harm to life, property, or the environment. In such cases, an opportunity for a hearing and expedited review will be provided as soon as practicable after the issuance of the Order.

After evaluating the foregoing preliminary findings of fact, I find that continued operation of the pipeline without corrective measures is or would be hazardous to life, property, or the environment. Additionally, having considered the uncertainties as to the cause of the Failure, the location of the Failure, the material being transported, and the proximity of the pipeline to the Pacific Ocean and environmentally sensitive areas, I find that a failure to issue this Order expeditiously to require immediate corrective action would result in the likelihood of serious harm to life, property, or the environment.

Accordingly, this Corrective Action Order mandating immediate corrective action is issued without prior notice and opportunity for a hearing. The terms and conditions of this Order are effective upon receipt.

Within 10 days of receipt of this Order, Respondent may contest its issuance and obtain expedited review either by answering in writing or requesting a hearing under 49 C.F.R. § 190.211, to be held as soon as practicable under the terms of such regulation, by notifying the Associate Administrator for Pipeline Safety in writing, with a copy to the Director, Western Region, OPS (Director). If Respondent requests a hearing, it will be held telephonically or in-person in Denver, Colorado, or Washington, D.C.

USSER-000005

000004

**After receiving and analyzing additional data in the course of this investigation, PHMSA may identify other corrective measures that need to be taken on the Affected Pipeline or Plains' Line 903.** In that event, PHMSA will notify Respondent of any additional measures that are required and an amended Order will be issued, if necessary. To the extent consistent with safety, Respondent will be afforded notice and an opportunity for a hearing prior to the imposition of any additional corrective measures.

## Required Corrective Actions:

Pursuant to 49 U.S.C. § 60112, I hereby order Plains to immediately take the following corrective actions for the Affected Pipeline:

1. *Shutdown.* Plains must not operate the Affected Pipeline until authorized to do so by the Director.

2. *Empty and Purge the Affected Pipeline.* Plains must empty and purge the Affected Pipeline and fill with an inert gas until Items 3 through 8 of this Order are completed. This purging must be done as soon as practicable after repairing the Failure Site, but no longer than 10 days after receipt of this Order.

    a. Plains must notify the Director and local and State responders prior to conducting the purging operations.

    b. Plains must conduct the purging operations during daylight hours and monitor the pipeline right of way continually to quickly identify and contain any releases should they occur.

3. *Review of Affected Pipeline.* Within 45 days of receipt of this Order, Plains must review the Affected Pipeline for conditions similar to those of the Failure. Plains must address any findings that require remedial measures to be implemented prior to restart. This review must include:

    a. All construction, operating and maintenance (O&M) and integrity management records, such as hydrostatic tests, root cause failure analysis of prior failures, aerial and ground patrols, corrosion protection, One Call tickets, excavations and exposed pipe records, and pipe replacements;

    b. Identification of all areas of the Affected Pipeline that have insulated pipe and girth welds with "shrink wrap" sleeves;

    c. All ILI results from the past 10 calendar years, including a followup review of the ILI vendors' raw data and analysis from pre-2015 ILI surveys and a first time review of the data from the ILI survey conducted on May 5, 2015. Determine whether any anomalies were present in the failed pipe joint and any other pipe removed near the Failure Site. Determine whether any anomalies with similar characteristics are present elsewhere on the Affected Pipeline. Plains must submit documentation of this ILI review to the Director within 45 days of receipt of this Order as follows:

        i. List all ILI tool runs, tool types, and the calendar years of the tool runs conducted on Line 901.

        ii. Provide all ILI data from the past 10 years to the Director for review by a 3rd party ILI data analyst.

iii. Explain the process that was used to review the past ILI results, and the process that will be used during the reevaluation.

iv. List and describe (type, size, wall loss, etc.) the specific locations of all ILI features from the ILI surveys conducted prior to the May 5, 2015 survey. Include the disposition of those requiring investigation per 49 CFR Part 195.452(h) or Plains's remediation criteria.

v. List and describe (type, size, wall loss, etc.) the specific location of all ILI features identified by the May 5, 2015 ILI survey that are present in the failed joint and other pipe removed near the Failure Site.

vi. List and describe (type, size, wall loss, etc.) the specific location of all ILI features identified by the May 5, 2015 ILI survey that require investigation per 49 CFR Part 195.452(h) elsewhere on the Affected Pipeline. If an ILI feature or anomaly is identified to be associated with the Failure Site, all features with similar characteristics elsewhere on the Affected Pipeline must be investigated and remediated.

4. *Records Verification.* As recommended in PHMSA Advisory Bulletin 2012-06, Plains must verify the records for the Affected Pipeline to confirm the Maximum Operating Pressure (MOP). Plains must submit documentation of this records verification to the Director within 45 days of receipt of this Order.

5. *Mechanical and Metallurgical Testing.* Within 45 days of receipt of this Order, complete mechanical and metallurgical testing and failure analysis of the failed pipe, including an analysis of soil samples and any foreign materials. Complete the testing and analysis as follows:

   a. Document the chain-of-custody when handling and transporting the failed pipe section and other evidence from the Failure Site. The removal and protection of the failed pipe section shall be done in the presence a PHMSA representative, and all failure surfaces shall be protected from damage or contamination during removal and subsequent storage prior to testing.

   b. Within 10 days of receipt of this Order, develop and submit the testing protocol and the proposed testing laboratory to the Director for prior approval.

   c. Prior to beginning the mechanical and metallurgical testing, provide the Director with the scheduled date, time, and location of the testing to allow for an OPS representative to witness the testing.

   d. Ensure the testing laboratory distributes all reports, whether draft or final, in their entirety to the Director at the same time they are made available to Plains.

6. *Root Cause Failure Analysis.* Within 60 days following receipt of this Order, complete a root cause failure analysis (RCFA) and submit a final report of this RCFA to the Director. The RCFA must be facilitated by an independent third-party acceptable to the Director and must document the decision-making process and all factors contributing to the Failure. The final report must include findings and any lessons learned and whether the findings and any lessons learned are applicable to other locations within Plains' pipeline system.

7. *Remedial Work Plan.* Within 90 days following receipt of this Order, provide a plan to the Director for his approval to investigate and remediate all actionable anomalies per 49 CFR

Part 195.452(h) and anomalies similar to those that may have led to the release at the Failure site.

8. *Restart Plan.* Prior to resuming operation of the Affected Pipeline, Plains must develop and submit a written Restart Plan to the Director for prior approval.

   a. The Restart Plan may only be requested after completion of Items 2 through 7 of this Order.

   b. The Restart Plan must also include documentation of the completion of all mandated actions, and a management of change plan to ensure that all procedural modifications are incorporated into Plains' operations and maintenance procedures manual.

   c. The Restart Plan must provide for adequate patrolling of the Affected Pipeline during the restart process and must include incremental pressure increases during start-up, with each increment to be held for at least 2 hours.

   d. The Restart Plan must include sufficient surveillance of the pipeline during each pressure increment to ensure that no leaks are present when operation of the line resumes.

   e. The Restart Plan must specify a day-light restart and include advance communications with local emergency response officials.

   f. Once approved by the Director, the Restart Plan will be incorporated by reference into this Order.

9. *Return to Service.* After the Director approves the Restart Plan, Plains may return the Affected Pipeline to service but the operating pressure must not exceed eighty percent (80%) of the actual operating pressure in effect immediately prior to the Failure on May 19, 2015.

10. *Removal of Pressure Restriction.*

    a. The Director may allow the removal or modification of the pressure restriction upon a written request from Plains demonstrating that restoring the pipeline to its pre-failure operating pressure is justified based on a reliable engineering analysis showing that the pressure increase is safe considering all known defects, anomalies, and operating parameters of the pipeline.

    b. The Director may allow the temporary removal or modification of the pressure restrictions upon a written request from Plains demonstrating that temporary mitigative and preventive measures are implemented prior to and during the temporary removal or modification of the pressure restriction. The Director's determination will be based on the failure cause and provision of evidence that preventive and mitigative actions taken by the operator provide for the safe operation of the Affected Segment during the temporary removal or modification of the pressure restriction.

11. *Emergency Response Plan and Training Review.* Plains must review and assess the effectiveness of its emergency response plan and Bakersfield Spill Response Plan – Sequence 0107 with regards to the Failure. Include in the assessment a detailed review of the on-scene response and support activities (including timeline), coordination with all parties (including regulatory requests and proceeding with work), site security (including all phases of the response), procedures for improvements, lessons learned, and communication with the National Response Center, emergency responders, third party contractors, public officials, and internal resources. Include a review and assessment of the effectiveness of its emergency training program. Plains must amend its emergency response plan and

emergency training, if necessary, to reflect the results of this review. Documentation of this *Emergency Response Plan and Training Review* must be provided to the Director. Revisions to the Bakersfield Spill Response Plan must be submitted to the Director, Emergency Support and Security Division, for review and approval in accordance with 49 C.F.R. Part 194.

12. ***CAO Documentation Report (CDR).*** Plains must create and revise, as necessary, a Corrective Action Order Documentation Report (CDR). When Plains has concluded all the items in this Order, the company will submit the final CDR in its entirety to the Director. This will allow the Director to complete a thorough review of all actions taken by Plains according to this Order prior to approving the closure of this Order. The intent is for the CDR to summarize all activities and documentation associated with this Order in one document.

   a. The Director may approve the CDR incrementally without approving the entire CDR.

   b. Once approved by the Director, the CDR will be incorporated by reference into this Order.

   c. The CDR must include but not be limited to:

      i. Table of Contents;

      ii. Summary of the Failure and all response activities;

      iii. Summary of pipe data/properties and all prior assessments of the Affected Pipeline;

      iv. Summary of all tests, inspections, assessments, evaluations, and analysis required by this Order;

      v. Summary of the Mechanical and Metallurgical Testing, as required by this Order;

      vi. Summary of the RCFA with all root causes, as required by this Order;

      vii. Lessons learned while completing this Order;

      viii. A path forward describing specific actions Plains will take on its entire pipeline system as a result of the lessons learned from work on this Order

**Other Requirements:**

1. ***Reporting.*** Submit monthly reports to the Director that: (1) include all available data and results of the testing and evaluations required by this Order; and (2) describe the progress of the repairs or other remedial actions being undertaken. The first report is due on June 21. The Director may change the interval for the submission of these reports.

2. ***Documentation of Costs.*** It is requested but not required that Plains maintain documentation of the costs associated with implementation of this Order. Include in each monthly report the to-date total costs associated with: (1) preparation and revision of procedures, studies and analyses; (2) physical changes to pipeline infrastructure, including repairs, replacements and other modifications; and (3) environmental remediation, if applicable.

3. ***Approvals.*** With respect to each submission requiring the approval of the Director, the Director may: (a) approve the submission in whole or in part; (b) approve the submission

on specified conditions; (c) modify the submission to cure any deficiencies; (d) disapprove the submission in whole or in part and direct Plains to modify the submission; or (e) any combination of the above. In the event of approval, approval upon conditions, or modification by the Director, Plains must proceed to take all actions required by the submission, as approved or modified by the Director. If the Director disapproves all or any portion of a submission, Plains must correct all deficiencies within the time specified by the Director and resubmit it for approval.

4. ***Extensions of Time.*** The Director may grant an extension of time for compliance with any of the terms of this Order upon a written request timely submitted and demonstrating good cause for an extension.

The actions required by this Corrective Action Order are in addition to and do not waive any requirements that apply to Respondent's pipeline system under 49 C.F.R. Part 195, under any other order issued to Respondent under authority of 49 U.S.C. § 60101, *et seq.*, or under any other provision of Federal or State law. **After receiving and analyzing additional data in the course of this investigation, PHMSA may identify other corrective measures that need to be taken on the Affected Pipeline or Plains' Line 903.**

Respondent may appeal any decision of the Director to the Associate Administrator for Pipeline Safety. Decisions of the Associate Administrator shall be final.

Be advised that all material you submit in response to this enforcement action is subject to being made publicly available. If you believe that any portion of your responsive material qualifies for confidential treatment under 5 U.S.C. 552(b), along with the complete original document you must provide a second copy of the document with the portions you believe qualify for confidential treatment redacted and an explanation of why you believe the redacted information qualifies for confidential treatment under 5 U.S.C. 552(b).

Failure to comply with this Order may result in the assessment of civil penalties and in referral to the Attorney General for appropriate relief in United States District Court pursuant to 49 U.S.C. § 60120.

In your correspondence on this matter, please refer to CPF No. 5-2015-5011H and for each document you submit, please provide a copy in electronic format whenever possible.

The terms and conditions of this Corrective Action Order are effective upon receipt.

MAY 2 1 2015

Jeffrey D. Wiese
Associate Administrator
for Pipeline Safety

Date Issued

USSER-000010

000009



December 23, 2025

<u>VIA ELECTRONIC MAIL</u>

Linda Daugherty
Acting Associate Administrator for Pipeline Safety
Pipeline and Hazardous Materials Safety Administration (PHMSA)
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590


**RE:    *Addendum to Application for Emergency Special Permit***
**        *Sable Offshore Corp.***

Dear Ms. Daugherty,

Sable Offshore Corp. (Sable) is writing to provide this Addendum to its Emergency Special Permit Application submitted on December 19, 2025. This Addendum makes the following edits or additions to the initial Application:

1) This Addendum includes an updated Attachment A that more clearly depicts the location of segments CA-324 and CA-325 within the larger Santa Ynez Pipeline System (SYPS) facility. Please consider the Attachment A provided in this Addendum to replace the version of Attachment A previously provided.

2) This Addendum includes further materials in Attachments C – F that support the exigent circumstances to be addressed and benefits to the public interest associated with grant of the Emergency Special Permit Application.


Once again, we appreciate PHMSA's consideration of Sable's Application and Addendum. Should you have any questions, please do not hesitate to contact me.

USSER-000011                                                                                                 001273

Sincerely,

J. Caldwell Flores
President and Chief Operating Officer
Pacific Pipeline Company / Sable Offshore Corp.

USSER-000012

001274

**Revised Attachment  A:**

**Lines CA-324 and 325 System Map**



**Attachment C:**

**Declaration of Michael A. Mische**

**Case No. 25-CV-02247 (Sup. Ct. Cal. July 18, 2025)**

USSER-000014

001276

**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
MATTHEW C. WICKERSHAM, SBN 241733
matt.wickersham@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

**PAUL HASTINGS LLP**
DUNCAN JOSEPH MOORE, SBN 233955
djmoore@paulhastings.com
BENJAMIN J. HANELIN, SBN 237595
benjaminhanelin@paulhastings.com
NATALIE C. ROGERS, SBN 301254
natalierogers@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067
Telephone: (310) 620-5879
Facsimile: (310) 620-5899

Attorneys for Real Parties in Interest
SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA BARBARA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, et al., | Case No. 25CV02247 [Coordinated with Case No. 25CV02244] |
| Petitioners and Plaintiffs, | Assigned for all purposes to: Hon. Donna D. Geck |
| v. | **DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION** |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | |
| Respondents and Defendants, | [*Filed concurrently with Opposition to Preliminary Injunction; Declarations of Steve Rusch, Bart Leininger, Brien Vierra, and Michael J. Rosenfeld*] |
| and | |
| SABLE OFFSHORE CORP., et al., | Date: July 18, 2025 |
| Real Parties in Interest. | Time: 10:00 AM Dept.: 4 |
| | Complaint Filed: April 15, 2025 Trial Date: None Set |

1

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000015

001277

**TABLE OF CONTENTS**

I.     INTRODUCTION AND QUALIFICATIONS ......................................................... 6

     A.     Assignment and Scope of Work Performed.......................................... 6

     B.     Qualifications and Background ........................................................... 8

     C.     Materials and Evidence Considered .................................................... 9

     D.     Compensation ................................................................................... 10

II.    SUMMARY OF CONCLUSIONS .................................................................. 10

III.   ANALYSIS .................................................................................................... 13

     A.     Understanding Petroleum ................................................................. 13

     B.     Economic Role & Impact .................................................................. 15

          i.     Global ................................................................................... 15

          ii.    United States ........................................................................ 21

     C.     California Petroleum......................................................................... 22

          i.     Economic Contributions ..................................................... 22

          ii.    Employment......................................................................... 25

          iii.   Production............................................................................ 27

          iv.   Movement & Transportation ................................................ 31

          v.     California Consumption........................................................ 35

          vi.   California Imports ................................................................ 38

     D.     Crude Oil Pricing............................................................................. 45

          i.     Commodity Pricing & Volatility.......................................... 45

          ii.    California Crude Pricing....................................................... 49

     E.     Sable Offshore Corp. ........................................................................ 50

          i.     Sable Oil Reserves, Capacity and Platforms (wells) ............ 50

          ii.    Sable Production Operational Analysis ................................ 52

          iii.   Sable Customers and Selling Markets .................................. 53

          iv.   Sable's Pipelines ................................................................... 54

          v.     Potential Economic Impact on State, Santa Barbara & Adjacent Counties ................................................................................................... 55

          vi.   Potential Economic Implications of Sable Production on Employment and Personal Income.......................................................... 58

          vii.  Potential Implications of Sable Production on California Oil Prices .... 60

USSER-000016
LEGAL02/46287064v8
001278

IV.     SUMMARY CONCLUSIONS ...................................................................... 61

    A.     Summary and General Conclusion ...................................................... 61

    B.     Pertinent Findings ............................................................................... 61

    C.     Key Conclusions .................................................................................. 63

**EXHIBIT A** ........................................................................................................ 66

USSER-000017

LEGAL02/46287064v8

001279

# LIST OF FIGURES

Figure 1:    California Sources, Grades, & Transportation Methods for Crude Oil (2018-2024)

Figure 2:    Global Production & Consumption - Top 10 Nations (2022-2023)

Figure 3:    Comparison: Crude Oil Price to Food Price Index (1990-2018)

Figure 4:    Brent Crude & Gasoline Prices Relative to Food Staples (2019-2023)

Figure 5:    Percent Change in CA GDP to Percent Change in U.S. GDP (1982-2023)

Figure 6:    Percent Change in CA GDP to Percent Change in CA Oil Field Production (1998-2022)

Figure 7:    California: Gross Domestic Product from Oil & Gas Extraction (1998-2022)

Figure 8:    Percent of Oil Production by Top Producing U.S. State (2023)

Figure 9:    California Sees Four-Decade Decline in Crude Production

Figure 10:   Comparison: Annual Percentage Change in Oil Field Production for PADD 5 - CA and U.S. (1991-2022)

Figure 11:   Comparison: Percentage Composition of PADD 5 & CA Oil Field Production to Total U.S. Oil Field Production (1990-2022)

Figure 12:   Comparison of Product Types Per Barrel - CA to U.S.

Figure 13:   CDTFA Net Taxable Gasoline Sales by Calendar Year (2001-2024(e))

Figure 14:   Annual Percentage Change in CA Gasoline Consumption as Compared to Annual Percentage Change in Total U.S. Gasoline Consumption (1971-2022)

Figure 15:   California Alaska Oil Imports (1982-2023)

Figure 16:   California: Changes in Foreign Oil Imports, U.S. Alaska Imports & CA Filed Production (1990-2023)

Figure 17:   California Imports: Percentage Composition by Source (1982-2023)

4

USSER-000018
LEGAL02/46287064v8

001280

Figure 18:    Comparison: Selected Ranking for Social, Economic & Corruption for California Oil Imports (2023/2024)

Figure 19:    Fragile States Index Ranking (Selected CA Sources of Foreign Imports)

Figure 20:    Human Rights Index

Figure 21:    World Crude Oil Prices (2008-2024)

Figure 22:    Average Brent Crude Oil Prices by Year (2015-2024)

Figure 23:    Crude Oil Prices and Key Geopolitical and Economic Events (1970-2024)

Figure 24:    California Crude Oil Cost as a Percent of Avg. Retail Gasoline Price (1999-2023)

Figure 25:    Estimated Sable Platform Production Capacity

Figure 26:    Estimated Sable Breakeven Cost of Production Comparison

Figure 27:    Sable Customers and Selling Markets

Figure 28:    Sable Pipelines and Capacities

Figure 29:    Estimated Economic Impact of Sable Production on CA State, County & Local Revenues

Figure 30:    Estimated Economic Impact of Sable Production on Employment, Wages, and Earnings

Figure 31:    Estimated Potential influence on California oil refinery prices of crude stock oil

Exhibit A:    Resume of Michael A. Mische

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000019

LEGAL02/46287064v8

001281

## I. INTRODUCTION AND QUALIFICATIONS

### A. Assignment and Scope of Work Performed

1. I have been retained as an expert on certain aspects of the oil and gas industry for Sable Offshore Corp., a Delaware corporation, and its three offshore platforms, and Pacific Pipeline Company, a Delaware corporation ("Plaintiffs" or collectively, "Sable") with specific reference to Las Flores Pipelines CA-324 and CA-325 (collectively the "Las Flores Pipeline System") in matters regarding the Center for Biological Diversity and Wishtoyo Foundation's efforts to challenge the California Office of the State Fire Marshal's approval of modified regulatory requirements, known as "State Waivers," to Sable.[1] I have based my analysis and have formulated my conclusions and opinions on my academic and professional training and experiences, and would and could testify in court on my analysis and to these conclusions and opinions. I make this declaration and provide the opinions stated below based upon my experience and my personal knowledge and would and could testify to the matters contained herein.

2. The scope of work for which I was retained involved the collection, assessment, and structuring of data necessary to perform an economic analysis to determine why the production of oil from Sable's offshore platforms and use of its Las Flores Pipeline System would not irreparably harm the public and why preventing the use of the Las Flores Pipeline System to carry Sable's production to market will instead irreparably harm the citizens of California, including the residents of Santa Barbara County. In addressing the scope and performing the work of this assignment, I interrogated data and various literature and analyzed a series of pertinent issues, including but not limited to:

   a. Describing the general economic behavior of the oil and gas industry.

   b. Describing the historical and current status of oil production in the state of California.

---

[1] *Center for Biological Diversity and Wishtoyo Foundation v. California Department of Forestry and Fire Protection, et al.* (Santa Barbara Sup. Ct. April 15, 2025), Case No. 25CV02244.

6

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000020

LEGAL02/46287064v8

001282

c.     Describing California's in-state oil production and its dependency on foreign, non-U.S. oil sources.

d.     Estimating the costs of imports of non-U.S. oil from foreign sources to California.

e.     Determining the potential economic impact that the addition of Sable oil production from its three offshore platforms and the use of its Las Flores Pipeline System could potentially have on in-state oil production and overall California oil supplies.

f.     Comparing the potential breakeven of Sable oil production from its three offshore platforms and the use of its Las Flores Pipeline System at variable production scale, as compared to other California in-state producers and offshore producers.

g.     Determining to which markets Sable oil production from its three offshore platforms and the use of its Las Flores Pipeline System could potentially represent the most viable for Sable to sell or trade its oil.

h.     Assessing the capacity and capacity utilization of each of Sable's pipelines (Line CA-324 and Line CA-325) for the transporting of oil produced by Sable's three offshore platforms to its potential markets.

i.     Estimating the reserves, capacities, and long-term viability of each of Sable's platforms (wells) for oil production.

j.     Comparing the total estimated aggregated GHG emissions by Sable from the production of oil from its three offshore platforms to other comparable in-state sources and to comparable non-U.S. crude oil sources, inclusive of maritime vessel transportation.

k.     Estimating and describing the potential direct and indirect economic impact of oil production based on Sable's three offshore platforms and

7

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000021
LEGAL02/46287064v8
001283

the use of its Las Flores Pipeline System on California state revenues, and Santa Barbara, Kern, and San Luis Obispo Counties.

l.    Estimating and describing the potential direct and indirect employment impact of oil production based on Sable's three offshore platforms and the use of its Las Flores Pipeline System, on Santa Barbara, Kern, and San Luis Obispo Counties.

My work and the opinions expressed herein are restricted to the performance of this assignment and of the scope of work performed described above, and I express no opinion on any other matters that are external to the purview of this Assignment and Scope of Work Performed.

## B.    Qualifications and Background

3.    I am an Associate Professor of Management and Professional Practice at the Marshall School of Business, University of Southern California ("USC") in Los Angeles, CA. I am currently also a Co-Founder and Chairman of the Board of Synergy Consulting Group, Inc., a management consulting firm. I hold a B.S. degree with honors in finance and economics from New York University and an MBA from Stern School of Business, New York University. I also hold an MS degree in Federal Taxation from Golden Gate University and a certification in AI from the Massachusetts Institute of Technology.

4.    I have over 40 years of experience in the management consulting industry and 28 years in higher education. Prior to joining the USC faculty, I had two decades of experience in the management consulting industry. From 1983 to 1992, I worked at KPMG, one of the largest global accounting and consulting firms in the world, and eventually became one of the youngest consulting partners (*i.e.*, "Principals") elected in the history of KPMG. At KPMG, I was a member of the Practices & Methods Review Committee. My practice focused on, among other things, strategy and transformation, transaction management services, and innovation and advanced technologies. From 1991 to 1993, I also served as a Principal of Management Consulting Services at A.T. Kearney, one of the leading

8

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

management consulting firms in the world. From 1995 to 1997, I served as a consultant to the senior leadership of Andersen Consulting (now Accenture) for the development of several practice methodologies related to process transformation and innovation. I have served as Chairman of the Board since 1993 and CEO from 1995 through 2016 for Synergy Consulting Group, Inc. Throughout my consulting career, I have led and managed numerous consulting projects for a variety of clients in the private, public, and non-profit sectors, many of which involved benefit analysis and economic impact of strategies and strategic investments. I have consulted with a variety of industries and organizations, including Fortune 100 companies, elite management consulting firms and investment banks, national, state, and local governments, foreign governments, and heads of state and key policymakers.

5. Since becoming a faculty member at USC in 1997, I have taught numerous MBA courses on the management consulting industry and strategic change, including, among others, The Business of Energy in the 21st Century, Strategic Innovation & Change, Management Consulting, Strategic Transformation & Renewal, Case Analysis for Consultants, Organizational Behavior, and Leading High-Performance Teams. I am also responsible for USC's Certificate in Management Consulting Program and am a senior advisor to USC Management Consulting and Strategy Club, the largest club in the MBA program. I have received the Management and Organization Department Service Excellence Award and the Marshall Golden Apple Teaching Award. I have published eight books on management, organization, and consulting and have been cited in over 300 articles, interviews, reviews, and studies. I have also served as a material or expert witness several times. My academic and research interests in the oil and gas industry span over 50 years and began in October 1973 with the Arab Oil Embargo of the United States when I was a student at New York University.

6. A detailed list of my experience, publications, interviews, and prior expert work, including a list of my testimony in the past four years is included, as a true and correct copy, as **Exhibit A** to this report.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000023
LEGAL02/46287064v8
001285

## C. Materials and Evidence Considered

7. Addressing the objectives required extensive analysis of data and comparative analytical methods. The research involved in this work and in supporting the opinions expressed herein is widely available and includes but is not limited to verifiable sources such as the California Energy Commission, U.S. Energy Information Agency, Bloomberg, U.S. Department of Energy, Sable SEC filings, International Energy Agency, Plains All American Reports Fourth-Quarter and Full-Year 2023 Results; Announces 2024 Guidance, Oil & Gas Journal, American Petroleum Institute, the California Department of Tax and Fee Administration, the U.S. EPA, California Air Resources Board, Statista, The Federal Reserve Bank, the California Attorney General's Office, the California Legislative Analyst's Office, U.S. Department of Interior, Rystad Energy, Bureau of Labor Statistics, the U.S. Oil and Gas Association, and a number of scholarly research articles and papers.

8. In addition to the public materials, I relied upon the evidential and supporting documents associated with this action. By example and without limitation, these materials included Sable Investor Presentation, Cultivation Cap & Eligible Business License Applicants Lists|Santa Barbara County, CA., "Oil & Gas | CA State Lands Commission" found at https://www.slc.ca.gov/oil-gas/.

## D. Compensation

9. Fee and compensation arrangements for this work are based on time and materials. My hourly rate for this assignment is $1,000.00, and payment for my services does not depend in any way on the opinions that I form or on the outcome of this matter. I have no equity interests in Sable Offshore Corp. or any of its affiliates. Furthermore, I have no interests or conflicts that may be related to any other oil and gas producer or any nation-state that drives most of its income from oil and gas. Like many people who have professionally managed pension plans, including those who are members of CalPERS, one of my pension funds may own the stock of one or several petroleum or petroleum-related companies. In this regard, I may have a distant and indirect interest, but in all situations, any interests are immaterial and

10

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

are not pertinent, and do not have any influence on my work and the opinions expressed in this declaration.

## II.    SUMMARY OF CONCLUSIONS

10.    Based on the data, research into prevailing literature, and my analysis, my conclusion is that the production of oil from Sable's offshore platforms and the associated use of its Las Flores Pipeline System to carry Sable's production to market will not irreparably harm the public and will instead benefit the public. For the same reasons, preventing the use of the Las Flores Pipeline System from carrying Sable's production to market would irreparably harm consumers of gasoline, diesel and other byproducts of crude oil.

11.    California is facing an energy crisis and has the highest retail gasoline and aviation fuel costs in the United States. On July 1, retail gasoline prices increased, further stressing consumers who live and work in a state with the highest housing and general cost of living. The addition of Sable's production oil from its three offshore platforms and the use of its Las Flores Pipeline System would increase in-state oil production to 360,000 barrels a day at a time when California is facing extreme uncertainty and price hikes in its fossil fuel energy sector.  The addition of Sable's production and the use of its Las Flores Pipeline System would provide the foundation energy security and price certainty. California's current in-state crude production is just about 310,000[2] barrels per day, which provides less than a quarter of the state's total daily crude demand. The remaining supply, close to 950,000 barrels, is imported from foreign nations including Ecuador, Iraq, and Saudi Arabia.[3] Raising in-state output to a 360,000 barrels a month, which could be achieved through SYU production and operation of the Las Flores Pipelines, would allow California to operate more independently

[2] Commission, C. E. (n.d.). Annual Oil Supply Sources To California Refineries. California Energy Commission.        https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california

[3] Commission, C. E. (n.d.-b). Foreign Sources of Crude Oil Imports to California 2020. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

11

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

and would reduce the State's exposure to geopolitical risks and moderate exposures to spot market price hikes that adversely affect California consumers.

12. The production of oil from Sable's three offshore platforms and the use of Sable's Las Flores Pipeline System to transport its offshore production to market would have a favorable economic impact on California's overall energy situation, as well as have a favorable influence on local employment and tax revenues and consumer retail gasoline, diesel, and aviation fuel prices, and would improve and strengthen California's energy and economic security. Furthermore, the addition of Sable oil production to the market would have ancillary benefits reaching across state lines into Nevada and Arizona and would, in effect, strengthen and improve national defense readiness for U.S. military forces stationed in California, Nevada, and Arizona that are reliant on California refineries for aviation, gasoline and diesel fuels.

13. Allowing Sable to transport SYU-produced crude to market through the Las Flores Pipeline System would significantly benefit the public by serving as the economic "backbone" while navigating the economic uncertainties and risks associated dependency on non-U.S. foreign oil suppliers of energy transformation in support of California's ambitions for energy transformation.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000026
LEGAL02/46287064v8

001288

## III.   ANALYSIS

### A.        Understanding Petroleum

14.      Petroleum is derived from crude oil. Crude oil, or simply 'crude,' is a fossil fuel and the product of millions of years of geological activity and organic decay. Oil deposits are found in the ground, either onshore or offshore, at the bottom of an ocean, lake, or river. To locate deposits, oil producers expend considerable effort and funds to explore and "discover" petroleum deposits, which are reservoirs, pockets or patches of oil, or oil fields. Once located, the oil must be extracted, usually via drilling.[4] The extracted oil is then transported via maritime vessels, pipelines, trucks, or rail tankers to a processing facility, which prepares the petroleum for refinement. The refining process turns crude oil into various products, such as gasoline, diesel fuel, aviation fuels, heating oils, and other derivatives.

15.      The standard measure for crude oil is a barrel, which contains 42 gallons or 159 liters. As a general rule and as an informal estimate, one gallon of oil produces between .47 and .67 gallons of refined gasoline. Stated differently, one barrel of oil (42 gallons) yields 17-28 gallons of gasoline. On average, a barrel of oil, once refined, will yield 45 gallons of total product or about 1.1 times the original volume.[5] Additionally, a single barrel of crude oil typically produces 138,095 Btu of energy.[6]

16.      Not all oil is alike, and there are multiple types of crude that define its quality and grade. Therefore, no two barrels of oil are exactly identical. Petroleum is characterized by its origin and its API rating.[7] A combination of factors — including geology, location,

---

[4] *Petroleum*. (n.d.). https://education.nationalgeographic.org/resource/petroleum

[5] EIA, Petroleum Supply Monthly, April 2019

[6] *Facts about Oil*. (2020). Www3.Uwsp.edu. https://www3.uwsp.edu/cnr-ap/KEEP/Documents/Activities/ Energy%20Fact%20Sheets/FactsAboutOil.pdf

[7] API Definition: According to the American Petroleum Institute, the API rating is "An arbitrary scale expressing the gravity or density of liquid petroleum products." The higher the API gravity (rating), the lighter the oil. In general, light oil crude has an API rating of 38 degrees or more. Intermediate or medium grade oil has an API gravity rating of 22 to 38 degrees. Crude oil with API ratings of 38 and above are considered heavy and extra heavy. The characterization of oil crude as "sweet" or "sour" is related to its sulfur content. See, *Table Definitions, Sources, and Explanatory Notes*. (n.d.). Www.eia.gov. https://www.eia.gov/dnav/pet/TblDefs/pet_pnp_crq_tbldef2.asp

13

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000027
LEGAL02/46287064v8

chemistry, and climate — makes each type of oil unique, possessing specific properties that can be refined for intended uses. For example, oil found in Texas can and will be different than oil in California. The predominant method for assigning a quality rating to crude oil is "gravity" (viscosity) as defined, measured, and rated using the standard established by the American Petroleum Institute (API).[8] Crude oils that rate 35-45 on the API scale are called "light crude" and are considered the highest quality and yield the highest value products from refining. Some crude oils are "sour and heavy to extra heavy," making them more costly to produce and refine into end products. In contrast, other crudes are "sweet and light/lite," which are less expensive to refine.

17.     Crude oils rated at 15 or lower are characterized as "extra-heavy" and typically require more refining processes, are more costly to refine, and yield lower outputs. Extra heavy crudes are typically used for purposes other than gasoline, diesel, and jet fuel production. Crude oils with high sulfur content are generally referred to as "sour," while those with lower sulfur content are characterized as "sweet." Hence, in discussing oil, the term "Light sweet crude" would be used to describe an oil that has a high API rating and low sulfur content. The quality and origin of oil also influence the amounts of greenhouse emissions, as do extraction processes, transportation and distribution methods, and refining efficiencies associated with the oil and the production of end products, such as gasoline. **California generally produces, and its refineries use, heavier crudes.**

---

[8] *Oil categories*. (n.d.). https://www.api.org/products-and-services/engine-oil/eolcs-categories-and-classifications/oil-categories

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000028

LEGAL02/46287064v8

001290

**Figure 1**

| California Sources, Grades & Transportation Methods for Crude Oil- 2018 to 2024 | | |
|---|---|---|
| Crude Oil Source | Crude Grade Characteristic | Transportation Method to CA |
| U.S. DOMESTIC | | |
| CA- Kern | Very Heavy | Pipeline |
| CA- Midway Sunset | Very Heavy | Pipeline |
| CA- Berridge | Very Heavy | Pipeline |
| CA- San Ardo | Very Heavy | Pipeline |
| CA- Lost Hills | Light Heavy | Pipeline |
| CA- Offshore | Heavy | Pipeline |
| CA- Ventura | Light Heavy | Pipeline |
| CA- Elk Hills | Light Heavy | Pipeline |
| Alaska- North Slope | Medium | Tanker |
| Washington State | Gasoline | Tanker |
| FOREIGN | | |
| Canada | Heavy | Tanker & Rail |
| Ecuador | Heavy | Tanker |
| Guyana | Medium/Heavy | Tanker |
| Russia | Heavy | Tanker |
| Saudia Arbia | Heavy | Tanker |
| Iraq | Heavy | Tanker |

(Source: https://www.californiaenergyatlas.com/copy-of-crude-oil)

18.     Generally, oil produced offshore in the Santa Ynez region (Santa Barbara Channel) is heavier crude with low API gravity and consistent with other California crudes. This grade of crude is typically used by California refineries in the production of fuels. Summarized above is a representative sample of the crudes produced in California as compared to the foreign oil imported by California to meet its daily needs.

**B.     Economic Role & Impact**

     **i.     Global**

19.     From heating, cooking, and lighting to the manufacturing of cellular telephones, agricultural production, electrical power generation, plastics, asphalt, concrete, medical

USSER-000029
LEGAL02/46287064v8
001291

devices and pharmaceutical products, and alternative energy production, petroleum is essential to any economy and modern society. Although oil is universally known as a source of energy, petroleum is used in the manufacturing of fibers, such as polyester and nylon, certain types of medical devices, the screens that are used in monitors, televisions, cell phones, computers, cement, asphalt, wind turbines, steel, herbicides, and fertilizers.[9] Petroleum, in the form of gasoline, diesel, and aviation fuels, is essential to transportation and the movement of people, products, and food.

20.    Globally, the amount of oil in the world fluctuates based predominantly on three factors: (1) consumption (demand), (2) production from existing proven sources, and (3) the discovery of new oil sources (reserves). For example, in 1960, crude oil reserves were estimated to be around 291 billion barrels.[10] In 2023, world crude reserves were estimated to range between 1.5 to 1.73 trillion barrels of oil.[11] [12] [13]  Reserve oil is petroleum that has been discovered and properly approximated (proven) but   not yet been harvested (produced). The majority of proven reserves, around 79%, are located in OPEC member countries.[14]

21.    In 2023, around 101.81 million barrels of oil were produced globally per day.[15] For perspective, around <u>1.2 million barrels of oil are consumed on Earth per second</u>.[16] For

---

[9]    IOGP.    (2022,    October    11).    *Oil    and    gas    in    everyday    life*. https://www.iogp.org/workstreams/advocacy/oil-natgas-in-everyday-life/

[10]    Statista.    (2024,    July    23).    *Global    crude    oil    reserves    1960-2023*. https://www.statista.com/statistics/236657/global-crude-oil-reserves-since-1990/

[11] Ibid.

[12] Chen, J. (2024, July 25). Oil reserves. Investopedia. https://www.investopedia.com/terms/o/oil reserves.asp#:~:text=Oil%20reserves%20are%20an%20estimate,oil%20reserves%20in%20the%20 world.

[13] *World Oil Statistics - Worldometer*. (n.d.). https://www.worldometers.info/oil/

[14] OPEC. (2024). *OPEC : OPEC Share of World Crude Oil Reserves*. Opec.org; Organization of the Petroleum Exporting Countries. https://www.opec.org/opec_web/en/data_graphs/330.htm

[15] *Frequently Asked Questions (FAQs) - U.S. Energy Information Administration (EIA)*. (2024, April 11). Www.eia.gov. https://www.eia.gov/tools/faqs/faq.php?id=709&t=6.

[16] Calculation based on 86,400 seconds per day and 2023 consumption of 100.3 million barrels of oil a day.

---

16

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

2024, world production increased by around 1.2% to 103 million barrels a day.[17] According to the IEA, the energy sector, including the oil and gas industry, employs 65 million people worldwide (2019 est.), or about 2% of all global employment.[18] Oil represents the largest employment sector, with 8 million or 12% of total employment in the industry.[19] On a comparative basis, the energy sector has more highly skilled labor as a percentage of its labor force, 45%, than the overall average of all industries, which is 25% for highly skilled labor.[20]

22.    According to the U.N., in 2023, a total of 12.3 billion tons of cargo was transported using maritime vessels, which represents around 80% of all global trade.[21] [22] **Maritime tankers burn bunker (heavy oil) fuels for propulsion, airplanes burn aviation fuels, trucks are powered by diesel fuels, mass-scale agricultural production is based on fossil fuels, and over 60% of automotive transportation is reliant on fossil fuels**. Around 49% to 50% of electrical power generation in the U.S. is derived from fossil fuels.[23]

**Figure 2**

---

[17] *Frequently Asked Questions (FAQs) - U.S. Energy Information Administration (EIA)*. (2024, April 11). Www.eia.gov. https://www.eia.gov/tools/faqs/faq.php?id=709&t=6.

[18] *World Energy Employment*. (n.d.). https://iea.blob.core.windows.net/assets/a0432c97-14af-4fc7-b3bf-c409fb7e4ab8/WorldEnergyEmployment.pdf

[19] *World Energy Employment*. (n.d.). https://iea.blob.core.windows.net/assets/a0432c97-14af-4fc7-b3bf-c409fb7e4ab8/WorldEnergyEmployment.pdf

[20] *World Energy Employment*. (n.d.). https://iea.blob.core.windows.net/assets/a0432c97-14af-4fc7-b3bf-c409fb7e4ab8/WorldEnergyEmployment.pdf

[21] UNCTAD. (2024, October 22). *Review of Maritime Transport 2024*. UNCTAD. https://unctad.org/publication/review-maritime-transport-2024.

[22] statista. (2017). *Topic: Ocean Shipping*. Www.statista.com; Statista. https://www.statista.com/topics/1728/ocean-shipping/

[23] U.S. Energy Information Administration. (2024, July 15). *U.S. Energy Facts Explained*. Eia.gov; U.S. Energy Information Administration. https://www.eia.gov/energyexplained/us-energy-facts/

17

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

| 2022/23- GLOBAL PRODUCTION & CONSUMPTION- TOP 10 NATIONS | | | | | |
| --- | --- | --- | --- | --- | --- |
| WORLD PRODUCTION- 2023 | | | WORLD CONSUMPTION- 2022 | | |
| Nation | Million of Barrels per day | Percent of World Total | Nation | Million of Barrels per day | Percent of World Total |
| United States | 21.91 | 22% | United States | 20.01 | 20% |
| Saudi Arabia | 11.13 | 11% | China | 15.15 | 15% |
| Russia | 10.75 | 11% | India | 5.05 | 5% |
| Canada | 5.76 | 6% | Russia | 3.68 | 4% |
| China | 5.76 | 6% | Saudi Arabia | 3.65 | 4% |
| Iraq | 4.42 | 4% | Japan | 3.38 | 3% |
| Brazil | 4.28 | 4% | Brazil | 3.03 | 3% |
| United Arab Emirates | 4.16 | 4% | South Korea | 2.55 | 3% |
| Iran | 3.99 | 4% | Canada | 2.41 | 2% |
| Kuwait | 2.91 | 3% | Germany | 2.18 | 2% |
| Total Top 10 | 74.59 | 73% | Total Top 10 | 61.08 | 61% |
| World Total-Production | 101.81 | | World Total-Consumption | 99.95 | |

(Source: EIA. https://www.eia.gov/tools/faqs/faq.php?id=709&t=6)

23. Petroleum products, such as gasoline and diesel fuels, are significant components in the determination of the cost of food production and retail grocery prices. As indicated in the Figure below, as gasoline prices increased, the cost of staples such as milk, ground beef, and sugar also increased. As was indicated during the inflationary period of 2021 to 2024, when general inflation outpaced real wages and peaked at 9.1%, and crude oil and gasoline prices peaked at a 40-year high, food prices for consumers increased.

**Figure 3**



DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000032
LEGAL02/46287064v8
001294

(Source: https://extension.psu.edu/fuel-ethanol-hero-or-villain#:~:text=Gasoline%20is%20not%20water%20soluble,performance%20if%20not%20dealt%20with)

24. Crude oil prices have a casual correlation to food prices. When crude prices increase and stay elevated for protracted periods, as they were during the 2020 to 2024 period, food prices, as well as overall costs, tend to also increase. As the research literature indicates, "oil and food price volatility causes macroeconomic instability and deteriorates the living conditions, particularly in developing countries where poor people spend most of their income to buy food."[24] Thus, when the price of crude oil and its related products, such as gasoline, increases, the price increases have a regressive and disproportionate impact on lower and fixed-income groups, as well as working-class families.

25. Longitudinal studies of the influence of crude oil on food prices indicate "statistically significant evidence in favor of the existence of a long-run causal relationship, solely running from oil prices to food prices."[25] One study calculated that a 1% increase in the crude oil price index results in food prices increasing by .08%.[26]

**Figure 4**

---

[24] Z. Zhang, L. Luanne, E. Cesar, W. Michael Food versus fuel: What do prices tell us? Energy Policy, 38 (1) (2010), pp. 445-451.

[25] Karakotsios, Achillefs, et al. "The Dynamic Linkages between Food Prices and Oil Prices. Does Asymmetry Matter?" *The Journal of Economic Asymmetries*, vol. 23, June 2021, p. e00203, https://doi.org/10.1016/j.jeca.2021.e00203. Accessed 9 June 2021.

[26] *Asymmetries*, vol. 23, June 2021, p. e00203, https://doi.org/10.1016/j.jeca.2021.e00203. Accessed 9 June 2021.

19

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

| BRENT CRUDE & GASOLINE PRICES RELATIVE TO FOOD STAPLES | |
|---|---|
| Household Expenditures on Gasoline, Energy & Utilities | 2019-23 % Change |
| Average Price of Brent Crude Oil | 29.08% |
| Average Retail Gasoline Price- | 20.77% |
| Average Price for #2 Diesel Fuel- CA. | 37.36% |
| Average Retail Price of Gasoline- CA. | 33.06% |
| Average Cost of Electricity- Residential Kilowatt | 23.83% |
| Average Cost of Milk - July | 41.78% |
| Average Price of Ground Beef- 1 lbs. - July | 34.26% |
| Average Cost of Butter | 12.27% |
| Average Cost of Ice Cream (.5 Gallon) | 25.05% |
| Average Cost of Sugar- Per lbs. | 107.42% |

(Source: Author)

26.     Increases in crude oil and crude oil product prices are of particular concern in California. Gasoline prices are highly correlated with crude oil prices, and in California, the costs are amplified by tight supplies and regulations. California's average retail gasoline prices, which are correlated to the price of crude oil, are routinely 40% to 50% higher than the national average. Not surprisingly, California retail gasoline prices are also considerably higher than its neighboring states. **Californians pay the highest gasoline prices in the United States**, and they went up on July 1, 2025, as a result of the state excise tax, new Low Carbon Fuel Standard, and ABX2-1, requiring refineries to maintain stock of finished gasoline, in addition to crude oil. Significantly, any disruption or interruption of crude oil supplies to the surviving California refineries will have a detrimental effect on consumer prices and a regressive and disproportionately harsh impact on lower and fixed income Californians.

27.     . At 18.9% of its 39 million inhabitants, California has the highest poverty rate in the U.S. and has 24%, or over 187,000, of the total estimated 771,500 homeless people in the U.S. [27] [28]   Furthermore, California's cost of living is around 12% than all other states,

[27] Torres, Mauricio. "New Census Data Show California Poverty Soared to Alarmingly High Levels in 2023." *California Budget and Policy Center*, 10 Sept. 2024, calbudgetcenter.org/news/new-census-data-show-california-poverty-soared-to-alarmingly-high-levels-in-2023/.

[28] Cremin, Sean. "Homelessness Hits Record High in California, Jumps Dramatically in Rest of US." *Public Policy Institute of California, 25 Mar. 2025*, www.ppic.org/blog/homelessness-hits-record-high-in-california-jumps-dramatically-in-rest-of-us/.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000034
LEGAL02/46287064v8

001296

making it the highest cost of living in the U.S.[29] It's not just gasoline that Californians pay a premium for. According to California's own Legislative Analyst's Office ("LAO"), greenhouse emissions policies have contributed to the second highest monthly electricity rates for residential service in the U.S.[30] For the 2019 to 2024 period, the LAO reports that residential electrical utility rates in California increased by 47%. In the Golden State, Californians monthly utility bills average $438.[31] [32]

### ii.    United States

28.    The U.S. oil and gas industry is an extensive, integral, and critical part of the U.S. economy and is vital to national defense and economic security. At $1.7 trillion, the oil and gas industry comprises around **8% of the U.S. GDP** and employs around 11.3 million people, representing 5.6% of total U.S. employment.[33] An additional 3.4 million jobs are

---

[29] Pino, Ivana. "This Map Compares the Cost of Living in Every State." *Yahoo Finance*, 28 Feb. 2025, finance.yahoo.com/personal-finance/banking/article/cost-of-living-by-state-164246058.html.

[30] Spady, A. (2025, January 8). California's "ambitious" policies to reduce greenhouse gases drive surge in electricity costs: report. *Fox Business*. https://www.foxbusiness.com/fox-news-politics/californias-policies-greenhouse-gases-electricity-surge

[31] https://www.foxbusiness.com/fox-news-politics/californias-policies-greenhouse-gases-electricity-surge

[32] Carey, R. (n.d.). *How much does it cost to live in California? Housing, utilities, and more*. Unbiased. https://www.unbiased.com/discover/banking/what-is-the-cost-of-living-in-california#:~:text=California's%20average%20cost%20of%20living,on%20top%20of%20your%20finances.

[33] American Petroleum Institute. (2019). *Oil & Natural Gas Contribution to U.S. Economy Fact Sheet*. Api.org. https://www.api.org/news-policy-and-issues/taxes/oil-and-natural-gas-contribution-to-us-economy-fact-sheet

See also, *New analysis: American-Made natural gas and oil drives U.S. economic recovery, Strengthens all industries*. (2021b, July 20). https://www.api.org/news-policy-and-issues/news/2021/07/20/2021-pwc-analysis

21

associated with oil and gas affiliated industries and businesses.[34] In the U.S., the oil and gas industry hourly wages, on average, are around 85% higher than the national average.[35]

29.     The oil and gas industry accounts for around 16% of total capital expenditures annually in the U.S.[36] In contrast, the transportation and healthcare sectors account for 5.3% and 6.3% of capital expenditures, respectively.[37] In the U.S., the EIA estimates that Americans spent around $1.0 trillion on energy, of which $503 million was related to gasoline, jet fuel, and diesel fuels in 2020, which collectively accounts for 4.8% of the U.S. GDP.[38] According to a Stanford University report, between 2020 and 2023, the global energy sector attracted around $9.8 billion in private investment in AI, with over half of that investment occurring in the United States.[39]

30.     For 2022, the EIA reports that the U.S. has proven reserves of at least 48.3 billion barrels of oil.[40] Comparatively, **the United States has the 9th largest proven oil reserves in the world**. However, U.S. technologies and the opening of previously closed areas could significantly increase U.S.- proven reserves. Based on current and planned consumption rates

---

[34] *New analysis: American-Made natural gas and oil drives U.S. economic recovery, Strengthens all industries*. (2021, July 20). https://www.api.org/news-policy-and-issues/news/2021/07/20/2021-pwc-analysis

[35] American Petroleum Institute. (2019). *Oil & Natural Gas Contribution to U.S. Economy Fact Sheet*. Api.org.     https://www.api.org/news-policy-and-issues/taxes/oil-and-natural-gas-contribution-to-us-economy-fact-sheet

[36] American Petroleum Institute. (2019). *Oil & Natural Gas Contribution to U.S. Economy Fact Sheet*. Api.org.     https://www.api.org/news-policy-and-issues/taxes/oil-and-natural-gas-contribution-to-us-economy-fact-sheet

[37] American Petroleum Institute. (2019). *Oil & Natural Gas Contribution to U.S. Economy Fact Sheet*. Api.org.     https://www.api.org/news-policy-and-issues/taxes/oil-and-natural-gas-contribution-to-us-economy-fact-sheet

[38] *2020 inflation-adjusted U.S. energy expenditures lowest since 2002*. (n.d.). Www.eia.gov. https://www.eia.gov/todayinenergy/detail.php?id=53620

[39] Stanford University. (2024). *The 2024 AI Index Report | Stanford HAI*. Stanford.edu. https://hai.stanford.edu/ai-index/2024-ai-index-report

[40] U.S. Energy Information Administration. (2017). *U.S. Crude Oil, Natural Gas, and Natural Gas Proved Reserves, Year-end 2017*. Eia.gov. https://www.eia.gov/naturalgas/crudeoilreserves/

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000036

LEGAL02/46287064v8

001298

and EIA current estimates, the U.S. has about 290 years of proven and technically recoverable oil reserves.[41]

### C. California Petroleum

#### i. Economic Contributions

31. With a $3.9 trillion economy (GDP), California comprises 14% of the U.S. GDP, is the nation's largest state economy, and ranks 4th (nominal) as the largest economy globally.[42] [43] On a per capita basis, California would be the second-largest economy in the world.[44] In dollar terms, California's GDP exceeds the GDPs of Italy, the U.K., Canada, and France.[45] For the 1982 to 2023 period, and on a percentage change basis, California's GDP outgrew that of the overall U.S. by 1.06 times.[46] As California is the largest state economy in the nation, it stands to reason that the behavior of California's state economy is highly correlated with that of the overall U.S. GDP on an annual percentage change basis.[47]

---

[41] Ier. (2022, June 22). *Global Oil and Gas proved reserves increase in 2021 - IER*. IER. https://www.instituteforenergyresearch.org/fossil-fuels/gas-and-oil/global-oil-and-gas-proved-reserves-increase-in-2021/

[42] Duan, J., & Bohn, S. (2024, October 14). *California's Economy*. Public Policy Institute of California. https://www.ppic.org/publication/californias-economy/

[43] *California is now the 4th largest economy in the world | Governor of California*. (2025, April 24). Governor of California. https://www.gov.ca.gov/2025/04/23/california-is-now-the-4th-largest-economy-in-the-world/

[44] Duan, J., & Bohn, S. (2024, October 14). *California's Economy*. Public Policy Institute of California. https://www.ppic.org/publication/californias-economy/

[45] Hughes, R. A. (2025, January 6). *If California were a country*. Bull Oak. https://bulloak.com/blog/if-california-were-a-country/

[46] Author calculation.

[47] Author calculation.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000037
LEGAL02/46287064v8
001299

**Figure 5**



(Source: EIA, Fed. Reserve, author)

32.     Over the 1998 to 2023 period, although there is some similarity in movement between California's oil field production to its GDP, based on the annual percentage change, the correlation is very low (.11). The low correlation is not unexpected, as oil and gas production has become less significant over the years in California's economy, as in-state production declines.[48].

**Figure 6**



(Source: EIA, Fed. Reserve, author)

---

[48] *Gross Domestic Product: Oil and Gas Extraction (211) in California.* (2023). Stlouisfed.org. https://fred.stlouisfed.org/series/CAOILGASNGSP#

24

USSER-000038
LEGAL02/46287064v8

33. For 2022, the oil and gas industry generated around **$338 billion in total economic contribution, which comprised around 8% of the Golden State's GDP**.[49] For perspective, professional, financial, and information services at $520 billion are the largest.[50] As indicated in the chart below, oil production contribution to California's GDP reached a historical peak, in absolute dollars, in 2008. Since the 2008 peak, oil production's contribution to California's GDP, in absolute dollar terms, has declined by 76%, indicating a lesser role in the State's overall economy.[51]

**Figure 7**
**California: Gross Domestic Product from Oil & Gas Extraction**



(Source: https://fred.stlouisfed.org/series/CAOILGASNGSP#)

**ii. Employment**

34. Total direct employment affiliated with the oil and gas industry in California is estimated to be around **148,700, with indirect employment associated with California's oil**

---

[49] https://wspa.app.box.com/s/2v30dlvt0fbez09irhav001rw19tfh48

[50] *What is the gross domestic product (GDP) in California? | USAFacts*. (n.d.). USAFacts. https://usafacts.org/answers/what-is-the-gross-domestic-product-gdp/state/california/

[51] *Gross Domestic Product: Oil and Gas Extraction (211) in California*. (2023). Stlouisfed.org. https://fred.stlouisfed.org/series/CAOILGASNGSP#

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000039
LEGAL02/46287064v8
001301

**and gas industry estimated to be around 536,770**.[52] Collectively, total salaries and wages of California workers and employees directly affiliated with the oil and gas industry have generated over $23 billion in personal income and over $53 billion as related to indirect personal income associated with those employed in related industries and businesses.[53] In aggregate, the oil and gas industry has generated over $47.9 billion in state and local and $16.3 billion in federal tax revenues for 2022 (collectively $64.2 billion).[54]

35. Specifically, in California, the oil and gas industry creates and sustains premium-paying jobs across a broad spectrum of job classes, including union, non-union, professional, and skilled workers. For example, petroleum system pump operators, refinery operators, and gaugers earn, on average, $95,610, while gas and processing facility operators earn $105,000 annually.[55] In comparison, the typical wages for a construction worker in California average $44,310 annually, according to the California Department of Tax and Fee Administration (CDTFA).[56]

36. As of December 2023, California holds around 3.1% of all U.S.-proven reserves, ranks fifth largest oil reserves in the U.S., ranks 7th in oil production among 32 oil-producing states, and is home to the Monterey Shale Reserve.[57] Comparatively, California's in-state oil production is dwarfed by Texas, North Dakota, New Mexico, and Alaska. For perspective, Texas produced almost 18 times the amount of oil than California in 2022.

---

[52] *Statewide_LAEDC_2025_factsheet-1.pdf | Powered by Box.* (2025). Box.com. https://wspa.app.box.com/s/2v30dlvt0fbez09irhav001rw19tfh48

[53] *Statewide_LAEDC_2025_factsheet-1.pdf | Powered by Box.* (2025). Box.com. https://wspa.app.box.com/s/2v30dlvt0fbez09irhav001rw19tfh48

[54] *Statewide_LAEDC_2025_factsheet-1.pdf | Powered by Box.* (2025). Box.com. https://wspa.app.box.com/s/2v30dlvt0fbez09irhav001rw19tfh48

[55] *Oil & Gas In California – Los Angeles County Economic Development Corporation.* (2025, March 16). Laedc.org. https://laedc.org/research/reports/oil-gas-in-california/

[56] *Fuel Taxes Statistics & Reports.* (n.d.). Www.cdtfa.ca.gov. https://www.cdtfa.ca.gov/taxes-and-fees/spftrpts.htm

[57] *California State Energy Profile. California Profile.* (n.d.). https://www.eia.gov/state/print.php?sid=CA#89

26

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000040
LEGAL02/46287064v8
001302

27

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO
PRELIMINARY INJUNCTION

USSER-000041
LEGAL02/46287064v8

001303

**Figure 8**



(Source: Top 11 Oil-Producing States in 2023, ROBERT RAPIER, as cited in https://oilandgaspress.com/top-11-u-s-oil-producing-states/. See also, https://www.investopedia.com/financial-edge/0511/top-6-oil-producing-states.aspx#citation-21)

### iii. Production

37. Once a global leader and ranking fourth in the world in oil production, today, California accounts for only around 2.5% to 2.7% of all U.S. crude production and is producing only 23.7% of its own in-state needs. California's oil production has consistently fallen since 1992. In 1992, California produced 320,888,000 barrels of oil.[58] In contrast, in 2022, California produced 124,727,000 million barrels of oil or only 39% of 1992 production. On a comparative basis for the 1990 to 2022 period, California's oil field production declined while overall U.S. oil field production grew. In 2012, the Golden State's in-state oil production was 197 million barrels a day, and California's population was 37.5 million. However, by 2022/23, with California's population at 38.95 million, in-state oil production

---

[58] California Energy Commission. (n.d.-a). *Annual oil supply sources to California refineries*. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california

28

USSER-000042
LEGAL02/46287064v8

001304

had fallen by 35% to 127 million barrels. Meanwhile, California imports of non-U.S. foreign oil grew by 1,102% from its historic low in 1991 of 31 million barrels to 369 million barrels its peak high in 2018.[59]

38.    Since 1990, while overall U.S. field production has increased 66%, California's field production declined 61%, and 68% decline from its peak production in 1985. From 2018, California's field production has declined 26.4%. Since 1982, California's ability to meet its demand for petroleum through in-state production has fallen from over 68% internally sourced to about 21% in 2023.

**Figure 9**



California sees four-decade decline in crude production

Oil output peaked in 1985 at 1.1 million barrels per day before declining as old fields mature

68% Decline

Source: U.S. Energy Information Administration

---

[59] Based on CEC data.

USSER-000043

LEGAL02/46287064v8

001305

39.     California's oil fields, production, and refineries are assigned to PADD Region 5.[60] The Petroleum Administration Defense Districts, or "PADDs," were established during World War II as a means of managing and allocating petroleum resources and production to the war effort. The structure worked so well that it has been retained for reporting purposes today. The PADD 5 region includes Alaska, Arizona, California, Hawaii, Oregon, and Washington. On an annual percentage change basis, for the 1991 to 2022 period, while U.S. oil field production increased and overall PADD 5 production moderated, California production fell.

**Figure 10**



40.     Notwithstanding the increase in California's population, GDP, and motor vehicle registrations, for the 1990 to 2022 period, PADD 5 and **California oil field production as a percentage of total U.S. production has declined due to decreased in-state field production**.

---

[60] Petroleum Administration Defense District. The PADDs were created in 1942 by Presidential Executive Order during WW-II as a method for managing petroleum resources. It is currently used to collect data and for data analysis.

30
DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

**Figure 11**



(Source: EIA)

41.     California refineries use oil to produce a slightly different product mix and yields on a barrel-to-barrel basis compared to a "typical" barrel of oil products. Below is a chart comparing the "typical" barrel product or "slate" mix of California petroleum products to typical U.S. refineries for California in 2024.

31

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000045
LEGAL02/46287064v8
001307

**Figure 12**[61]

| Comparison of Product Types Per Barrel-CA. to U.S. | | |
|---|---|---|
| Product Type | Typical U.S. Product Types | California Product Types |
| CA. CARB Gasoline | 0.00% | 42.40% |
| Aviation (Jet) Fuel | 9.00% | 15.30% |
| CA CARB Diesel Fuel | 25.00% | 10.00% |
| Conventional Gasoline | 45.00% | 5.20% |
| EPA Diesel Fuel | 0.00% | 5.80% |
| Other RBOB | 0.00% | 2.40% |
| Other Diesel | 0.00% | 0.20% |
| Total All Fuels | 79.00% | 81.30% |
| All Other Products | 21% | 18.70% |
| Grand Total: | 100.00% | 100.00% |

(Source: CDTFA_CEC joint report 2024 review of the gasoline in ... (n.d.-b)

42.     Significantly, the addition of Sable oil production from its three offshore platforms and the use of its existing Las Flores Pipeline System will change the supply dynamics in the State by creating not only more viable and more cost effective alternatives to non-U.S. foreign oil supplies, but will also work to help stabilize consumer gasoline prices by reducing the uncertainties and insecurities related to the crude oil supplies necessary to support California's refineries in their production of combustible fuels such as gasoline, diesel and aviation, as well as asphalt and distillates used in the manufacturing of mobile phones, medical devices, and other essential products.

**iv.     Movement & Transportation**

43.     Petroleum products, such as oil and gasoline, are moved from point to point using various transportation methods, including marine vessels, barges, pipelines, rail tankers, and truck tankers. The movement of gasoline and oil is supported by storage tanks for short-term product storage.

---

[61]     CDTFA_CEC joint report 2024 review of the gasoline in ... (n.d.-b). https://seuc.senate.ca.gov/sites/seuc.senate.ca.gov/files/cdtfa_cec_joint_report_2024_review_of_the _gasoline_in_california_and_relate.pdf

32

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

44. **California has no inbound pipelines** for petroleum or gasoline. However, the State has an extensive in-state (intrastate) network of pipelines for moving oil and gasoline from ports to refineries to distribution points (racks), as well as end-users such as airports. **California pipelines carry fuels to 60 distribution points within the state**. Proprietary pipelines are owned and operated by companies such as Crimson and PBF Logistics and were owned by Chevron and ExxonMobil. The sole private common carrier in California is Kinder Morgan.[62] Kinder Morgan owns, has an interest in, and operates over 79,000 miles of pipelines and 139 terminals throughout the U.S.[63] For perspective, according to the U.S. Department of Transportation, the U.S. has over 2.6 million miles of installed petroleum and petroleum-related pipelines.[64]

45. **California has two major outbound pipelines** to supply gasoline to Nevada and Arizona. California's pipeline network is composed of common carrier arteries that transport products from multiple producers and proprietary pipelines.

46. According to the **U.S. Department of Transportation, pipelines are the safest method to transport petroleum products**.[65] A modern pipeline integrates advanced safety technologies with continuous operations to constantly monitor safety and environmental impacts. In the U.S., pipelines and pipeline operations are highly regulated and fall under the purview of various federal, state, and local agencies, including the Pipeline and Hazardous Materials Safety Administration. In California, the California Department of Conservation's Geologic Energy Management Division (CalGEM) and the California Office of the State Fire

---

[62] Schremp, G. (2016). *PADD 5 & California Transportation Fuel Overview Western Regional Emergency Fuel Coordination Meeting California Energy Commission Sacramento, CA*. https://www.naseo.org/Data/Sites/1/schremp-1.pdf

[63] *Home - Kinder Morgan*. (n.d.). Www.kindermorgan.com. https://www.kindermorgan.com

[64] *General Pipeline FAQs*. (n.d.). PHMSA. https://www.phmsa.dot.gov/faqs/general-pipeline-faqs

[65] *General Pipeline FAQs*. (n.d.). PHMSA. https://www.phmsa.dot.gov/faqs/general-pipeline-faqs

33

USSER-000047
LEGAL02/46287064v8

001309

Marshal (OSFM) oversee oil and gas pipelines.[66] **California has the strictest standards for oil and gasoline pipeline construction, testing, and maintenance in the world**.

47.    Since California has no inbound pipelines and its in-state production has fallen considerably, nearly 100% of California's non-U.S. sourced imported oil is delivered to its refineries via maritime vessels, which are significant contributors to GHG emissions.[67] For 2023, California received 61% of its crude oil stocks from foreign sources and 16% from Alaska. Oil imports from these sources are delivered to California using maritime oil tanker vessels (limited barge).[68] Tankers that move oil among and between U.S. ports must comply with the Jones Act.[69] Passed in 1920 as the Merchant Marine Act of 1920, the Jones Act, as amended in 2006, prohibits foreign-flagged vessels from carrying cargo, including petroleum products between U.S. maritime ports in the contiguous states. Under the Jones Act, cargo, including crude oil, must be transported on U.S. flagged ships, built in the U.S. and crewed U.S. crew members. As of 2024, there are only 55 to 58 U.S. tankers that are compliant with the Jones Act and the majority, if not all, are deployed between the Gulf Coast and East Coast markets. The lack of available Jones Act compliant tankers compromises California's ability to move crude from other U.S. sources and strengthens the need for Sable production and the use of the Las Flores Pipeline System.

---

[66]    California Department of Conservation. (n.d.). *Pipelines and facilities*. https://www.conservation.ca.gov/calgem/for_operators/Pages/Facilities.aspx#:~:text=Generally%2C%20CalGEM%20regulates%20all%20pipelines,used%20for%20transportation%20to%20refineries.

[67]    California Energy Commission. (2022). *2022-07_Petroleum_Watch*. California Energy Commission. https://www.energy.ca.gov/media/7138

[68] Commission, C. E. (n.d.). *Foreign Sources of Crude Oil Imports to California 2020*. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

[69]    Section 27 of the Merchant Marine Act of 1920 (P.L. 66-261). See, also: https://crsreports.congress.gov/product/pdf/R/R45725

34

USSER-000048
LEGAL02/46287064v8
001310

48.     California has only a minimal amount (less than 1% in 2015) of inbound oil transported using rail tankers.[70] [71]  In 2024, California received no inbound crude from Canada via rail but did import 468,000 barrels from North Dakota by rail tanker.[72] In the U.S., a DOT-117 certified rail tanker can hold up to 286,000 gallons or 6,809 barrels of product and must be designated with NA1993 identification.[73] [74]  With respect to rail transport, one of the controlling factors is the capacity of the rail tracks and routes. Rail tracks are rated for speed and weight and, therefore, have restrictions. Similar restrictions are associated with tunnels, bridges, curves, incline grades, declines, and urban areas.

49.     **California relies extensively on over-the-road tanker trucks for the local shipping** of finished gasoline products from refineries to distributors (racks) and onward for delivery to retail gasoline stations. In 2015, tanker trucks averaged approximately 4,980 deliveries per day, representing 39.84 million gallons of gasoline.[75] In California, **94% of all trucks are fueled by either diesel (67%) or gasoline (25%)**.[76]

---

[70] Schremp, G. & California Energy Commission. (2016). California transportation fuel overview. In *Western Regional Emergency Fuel Coordination Meeting*. https://www.naseo.org/Data/Sites/1/schremp-1.pdf

[71] Commission, C. E. (n.d.). *Foreign Sources of Crude Oil Imports to California 2020*. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

[72] California Energy Commission. (2024). *Crude Oil Imports By Rail*. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california/crude

[73] *More Rail Tank Cars Meet DOT-117 Safety Standards in 2022 | Bureau of Transportation Statistics*. (2022). Bts.gov. https://www.bts.gov/newsroom/more-rail-tank-cars-meet-dot-117-safety-standards-2022

[74] *Economics of Rail versus Pipeline*. (n.d.-b). Welcome to Altex Energy. https://www.altex-energy.com/economics-of-rail-versus-pipeline/#1501828266955-2913a69d-c276

[75] Crockett, & Schremp, G. (2015). *California Transportation of Petroleum Second Northern California Refinery Safety Forum*. https://calepa.ca.gov/wp-content/uploads/sites/6/2016/10/Refinery-Documents-2015yr-Petroleum.pdf

[76] California. (n.d.). *Large Entity Fleet Reporting STATEWIDE AGGREGATED DATA*. Retrieved February 23, 2025, from https://ww2.arb.ca.gov/sites/default/files/2022-02/Large_Entity_Reporting_Aggregated_Data_ADA.pdf

50.	Two factors combine to make oil and fuel production a critical concern in California. First, California is virtually completely dependent on foreign, non-U.S.-sourced oil to produce its fuels. Second, California has had restrictions and is losing refinery capacity to produce fuels. The combination of these two factors is potentially fatal to the State's economic vitality, growth, and long-term security. Significantly, any disruption of this very tight and delicate balance of supply and demand could have debilitating consequences for the State.

**v.	California Consumption**

51.	Gasoline, diesel, and aviation fuels are made from crude oil. California is the 2nd largest consumer of petroleum and the largest consumer of aviation fuel in the U.S.[77] In 2023, Californians consumed over 500 million barrels of oil (1.8 million per day), 13.119 billion gallons of gasoline, 3.6 billion gallons of diesel fuel, and over 216 million gallons of aviation fuel, based on CEC and CDTFA revenue data. [78] [79] [80]

52.	The largest consumer of crude oil in California is gasoline production. Diesel fuel consumption is the second largest and represents about 17% of all crude oil consumption in the Golden State.[81] Californians consume between **30 to 33 million gallons of gasoline a day and around 9.9 million gallons a day of diesel fuels**. According to the CEC, 97% of all

---

[77] U.S. EIA, Crude Oil Production, Annual, Thousand Barrels, 2023.

[78] California Department of Tax and Fee Administration. (n.d.-b). Fuel Taxes Division Statistics & Reports – 2010. https://www.cdtfa.ca.gov/taxes-and-fees/spftrpts10.htm

[79] California's Refinery Capacity Stretched to the Limit | California Policy Center. (2025, April 11). California Policy Center |. https://californiapolicycenter.org/californias-refinery-capacity-stretched-to-the-limit/

[80] Fuel Taxes Statistics & Reports. (n.d.). Www.cdtfa.ca.gov. https://www.cdtfa.ca.gov/taxes-and-fees/spftrpts.htm

[81] Commission, C. E. (n.d.). *Diesel Fuel Data, Facts, and Statistics*. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/transportation-energy/diesel-fuel-data-facts-and-statistics

36

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

gasoline in California is consumed by automobiles, SUVs, and light-duty trucks.[82] The CEC further notes that "Nearly all heavy-duty trucks, delivery vehicles, buses, trains, ships, boats and barges, farm, construction and heavy-duty military vehicles and equipment have diesel engines. **Diesel is the fuel of choice because it has 12 percent more energy per gallon** than gasoline and has fuel properties that prolong engine life, making it ideal for heavy-duty vehicle applications."[83]

53.   In general, long-term oil and gasoline consumption demonstrate relative inelasticity to price. That is, price increases do not have a correspondingly equal impact on consumption as consumers and incomes adjust to higher prices over the long term. However, studies do indicate the presence of elasticity in the short-term, particularly in California.[84] The consequence of oil, gasoline, and diesel fuel price increases, as well as aviation fuels, generally results in a change in consumer behavior in other expenditure areas; that is, consumers may reduce spending on entertainment, for example, in order to compensate for higher energy costs.

54.   **Oil and gasoline consumption in California has not declined significantly over a twenty-five-year period**. Despite nearly a 100% improvement in miles per gallon due to engine and drive train efficiencies since 1975, and irrespective of California's considerable efforts to encourage and force (and 2035 mandate) the adoption of EVs and Zero Emissions Vehicles (ZEVs), California's demand for oil and gasoline have moderated only slightly over the 2001 to 2024 period. Furthermore, 2025 EV and ZEV adoption rates are significantly lower than CARB estimates and, according to recent sales figures, have slowed

---

[82] Commission, C. E. (n.d.). *California Gasoline Data, Facts, and Statistics*. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/transportation-energy/california-gasoline-data-facts-and-statistics

[83] Commission, C. E. (n.d.). *Diesel Fuel Data, Facts, and Statistics*. California Energy Commission. https://www.energy.ca.gov/data-reports/energy-almanac/transportation-energy/diesel-fuel-data-facts-and-statistics

[84] Colina, Armando R., et al. "Estimates of Gasoline Demand Elasticity Using California Refinery Outages." SSRN Electronic Journal, 2023, https://doi.org/10.2139/ssrn.4629611.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000051
LEGAL02/46287064v8
001313

considerably.[85] From 2001 to 2024, overall, CDTFA reported gasoline sales had fallen 11.12 % or less than one-half of one percent per year.[86]

**Figure 13**



(Source: https://www.cdtfa.ca.gov/taxes-and-fees/spftrpts10.htm)

55.    The annual percentage change in CDTFA gasoline sales is relatively consistent. It shows only a modest annual variance of -.46% and is highly correlated to the annual percentage change in overall U.S. gasoline consumption.

[85]    "New ZEV Sales in California." *Www.energy.ca.gov*, www.energy.ca.gov/data-reports/energy-almanac/zero-emission-vehicle-and-infrastructure-statistics-collection/new-zev.

[86] *Fuel Taxes Division Statistics & Reports – 2020*. (2020). Ca.gov. https://www.cdtfa.ca.gov/taxes-and-fees/spftrpts20.htm

38

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

**Figure 14**



(Source: https://www.fhwa.dot.gov/policyinformation/statistics/2022/mf226.cfm)

56.     Given California's economic profile and growth rate, there is no indication that the demand for crude oil, gasoline, diesel fuels, and aviation fuels will decline significantly over the forthcoming ten-year period. Declines in fossil fuel usage are anticipated as alternative fuels are perfected and scaled, but various agencies and researchers expect the demand for oil to peak sometime between 2035 and 2055.[87] Notwithstanding the inevitable and future peak in fossil fuel production, crude oil is and will remain a vital component of any economy as it is used in so many other applications, such as asphalt and concrete.

**vi.     California Imports**

57.     California is the most dependent of all fifty states on foreign, non-U.S. oil as a source for refineries to produce gasoline, diesel, and aviation fuels. Since the 1980s, California's in-state oil production has fallen, and its reliance on foreign-sourced oil increased. By 2023, California's in-state oil production was only able to supply around 23% of its needs, and its dependency on foreign-sourced oil grew by over 850%.

---

[87] Kimani, Alex. "IEA Predicts End to Oil & Gas Demand Growth before 2030." *OilPrice.com*, 18 Oct. 2024, oilprice.com/Energy/Energy-General/IEA-Predicts-End-to-Oil-Gas-Demand-Growth-Before-2030.html.

39

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000053
LEGAL02/46287064v8
001315

58.     As California's in-state oil field production declined, the Golden State turned to foreign petrostates to meet its in-state crude demands.[88] [89]  For 2023, **60.7% of California's oil was imported from foreign sources, including the petrostates of Iraq (21.7%) and Saudi Arabia (15.7%)**. South America's Brazil and Ecuador represented the third and fourth largest sources of California import sources at 15.1% and 14.6%, respectively. Collectively, and based on CEC data, the three largest sources (Iraq, Saudi Arabia, and Brazil) represented 52.4% of all California foreign imports.[90] Middle Eastern oil from OPEC members Saudi Arabia, Iraq, and the U.A.E., in aggregate, represented 39.25% of all California oil imports for 2023.

59.     According to various independent estimates, **California ranks #1 in payments to foreign sources of oil** and pays more than $61.8 million per day, or $22.5 billion annually, based on Brent market prices, or $54.41 million a day, or $19.8 billion annually, based on WTI market prices, to foreign countries such as Iraq, U.A.E., and Saudi Arabia, and others for its oil imports.[91]

[88] Fox News. (2015, December 21). *Shale oil deposit a possible boon to struggling California, but state wary, enviros opposed*. https://www.foxnews.com/politics/shale-oil-deposit-a-possible-boon-to-struggling-california-but-state-wary-enviros-opposed

[89] Jones, J. (2024, March). *States With the Most Oil Reserves [2024] - Construction Coverage*. Construction Coverage. https://constructioncoverage.com/research/states-with-the-most-oil-reserves

[90] California Energy Commission. (n.d.-h). *Foreign sources of crude oil imports to California*. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

[91] Based on WTI and Brent crude prices as of 3/14/25, and CA. imports are reported by CEC. See also, Ed, C. (2018, October 9). *California ranks #1 in sending dollars abroad for Energy*. https://www.cfact.org/2018/10/09/california-ranks-1-in-sending-dollars-abroad-for-energy/   .   See also, *FACTS - Californians for energy independence*. (2023, July 31). Californians for Energy Independence.
  https://www.energyindependenceca.com/facts/#:~:text=California%20now%20imports%2075%25%20of,use%2C%20mostly%20from%20foreign%20countries.&text=California%20spends%20$25%20Billion%20dollars,to%20meet%20our%20energy%20needs.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000054
LEGAL02/46287064v8
001316

60. In 1982, California produced 61% of its oil needs in the State.[92] Commencing in the mid-1990s, as California's imports of domestically produced oil from Alaska and in-state oil production began a long-term decline, its need for foreign-produced oil began to accelerate. While imports of non-U.S. domestically sourced oil from OPEC and other states increased by 850%, California imports of U.S. domestically produced oil from Alaska plummeted by 57.32%.[93]

**Figure 15**



(Source: https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california)

---

[92] California Energy Commission. (n.d.-a). *Annual oil supply sources to California refineries.* https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california

[93] Alaska North Slope oil field production declined but accounted for 15% of California's oil in 2021. Today, the Alaskan Pipeline operates at 20-25% of its original capacity due to lower field production. However, both field production and pipeline capacity utilization are expected to increase in 2025. See, https://www.californiaenergyatlas.com/crude-oil

41

61.    While imports from foreign sources increased, domestically sourced 'imports' from other U.S. petroleum-producing states, Alaska and California's in-state production have declined.

**Figure 16**



(Source: CEC)

62.    While imports of non-U.S. domestically sourced oil from OPEC and other states increased by 857%, California imports of U.S. domestically produced oil, predominantly supplied from Alaska, plummeted by 57.32%.[94]

---

[94] Alaska North Slope oil field production declined but accounted for 15% of California's oil in 2021. Today, the Alaskan Pipeline operates at 20-25% of its original capacity due to lower field production. However, both field production and pipeline capacity utilization are expected to increase in 2025. See, https://www.californiaenergyatlas.com/crude-oil

42

USSER-000056
LEGAL02/46287064v8
001318



**Figure 17**

(Source, CEC, EIA, and Author)

63.     Compared to all U.S. oil imports, for 2024, California has a significantly greater dependency on and a higher percentage of non-U.S. foreign oil from petrostates such as Iraq, as well as high dependency on South America's Brazil and Ecuador than the overall U.S. Since 1982, California's reliance on foreign oil imports has increased by 857%, or 20 times greater than that of the overall U.S.' importing of foreign oil.[95]

64.     **No state in the U.S. imports more foreign-sourced oil for its use than California**. In 2023, California imported 321.153 million barrels of oil from non-U.S. sources. Since 1982, California's imports of foreign oil have increased by 857%. In 2024, California imports increased slightly to 321.831 million barrels of oil, or .21%. In 2024, as

---

[95] Alternative Fuels Data Center: Maps and Data - U.S. Production, Consumption, and Trade of Petroleum Products. (n.d.). Afdc.energy.gov. https://afdc.energy.gov/data/10324

USSER-000057
LEGAL02/46287064v8

001319

U.S. imports of foreign oil hit a thirty-year low, California imports of crude came within 13% of its thirty-year high (2018).[96]

65.    In 2024, California's mix of non-U.S. foreign imports changed due to the emergence of Guyana filed production. Iraq, which provided 68,406 barrels of oil, composed 21.26% of its non-U.S. oil imports. Brazilian oil imports increased to 20.41%, and as production scaled in Guyana, imports from that South American country increased exports to California to 50,840 barrels or 15.80% of the total 321,831 barrels of non-U.S. imported oil.[97] Additionally, throughout its history, California has also imported oil from Russia, Angola, Oman, and other national providers.[98]

66.    California's oil dependency on imports from various petrostates, such as Iraq and Saudi Arabia, as well as various other Middle Eastern sources, have both intended and unintended economic consequences and directly and indirectly support the sourcing countries' economies, governing policies and structures, political agendas, and societal initiatives. Summarized in the Figure below are some pertinent social, political, and human freedom rankings for various sources such as Transparency International and Global Finance of California crude oil imports.[99]    Iraq, which is California's largest provider of foreign in

[96] Roberts, K. (2024, August 19). *2024 U.S. oil imports from Middle East hit new record low*. Forbes. https://www.forbes.com/sites/kenroberts/2024/08/16/2024-us-oil-imports-from-middle-east-hit-new-record-low/. See also, EIA and CEC import data.

[97] California Energy Commission. (n.d.-d). *Foreign sources of crude oil imports to California*. https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

[98] *California 2019 crude average carbon intensity up*. (2019). Green Car Congress. https://www.greencarcongress.com/2020/06/20200616-carbci.html

[99] Sources include Transparency International. (2024, September 12). 2023 *Corruption Perceptions Index: Explore the results*. Transparency.org. https://www.transparency.org/en/cpi/2023; Vásquez, I., Mcmahon, F., Murphy, R., & Schneider, G. (2023). *HUMAN FREEDOM INDEX 2023 A Global Measurement of Personal, Civil, and Economic Freedom*. https://www.cato.org/sites/cato.org/files/2023-12/human-freedom-index-2023-full-revised.pdf; *Age of conflict*. (n.d.). https://pages.eiu.com/rs/753-RIQ-438/images/Democracy-Index-2023-Final-report.pdf?version=0; Ventura, L. (2024, October 20). *Poorest Countries in the world 2024*. Global Finance Magazine. https://gfmag.com/data/economic-data/poorest-country-in-the-world/; *Human*

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000058
LEGAL02/46287064v8
001320

2023, is ranked 27th out of 179 as a "Fragile/Failed State Index" by the Fund for Peace. For perspective, North Korea and Rwanda rank "better." The U.S. is ranked 141st.[100]

**Figure 18**

| Comparison: Selected Rankings for Social, Economic & Corruption for California Oil Imports (2023/2024) | | | | | |
|---|---|---|---|---|---|
| | Iraq | Saudia Arabia | Brazil | Ecuador | United States |
| Percent of California Total Imports | 21.70% | 15.70% | 15.10% | 14.60% | NA |
| Corruption Perception Ranking | 154 | 53 | 104 | 115 | 24 |
| Human Freedom Ranking | 156 | 157 | 70 | 72 | 17 |
| Media/Press Freedom Ranking | 169 | 166 | 82 | 110 | 55 |
| Democracy Ranking | 128 | 150 | 51 | 85 | 29 |
| Economic Freedom Ranking/Score | Not Ranked | 61.9 | 53.2 | 55 | 70.1 |
| Poorest County Ranking | 71 | 173 | 107 | 79 | 182 |
| Government Integrity | 18.3 | 43.9 | 36.9 | 34.9 | 76.4 |

**Figure 19**

| FRAGILE STATES INDEX RANKING Selected CA Sources of Foreign Imports | |
|---|---|
| California Oil Source | Overall Ranking Out of 179 |
| Iraq | 27 |
| Brazil | 71 |
| Ecuador | 87 |
| Saudi Arabia | 100 |
| U.S.A. | 141 |
| Note: Lower number = more unfavorable. | |

(Source: https://fragilestatesindex.org/excel/)

67. California's sources of foreign oil rank considerably lower in terms of human rights compared to domestically available sources from the U.S., including California.

---

*rights index*. (2024, March 7). Our World in Data. https://ourworldindata.org/grapher/human-rights-index-vdem?tab=chart&country=BRA~ECU~IRQ~SAU~USA; and The Heritage Foundation. (n.d.). *Index of Economic Freedom: All Country Scores | The Heritage Foundation*. Index of Economic Freedom | the Heritage Foundation. https://www.heritage.org/index/pages/all-country-scores.

[100] Energyskeptic. (n.d.). *Peak everything, overshoot, & collapse - preservation of knowledge*. Peak Everything, Overshoot, & Collapse - Preservation of Knowledge. https://energyskeptic.com/

45

USSER-000059
LEGAL02/46287064v8
001321

**Figure 20**



#### D. Crude Oil Pricing

##### i. Commodity Pricing & Volatility

68. Crude oil is a commodity, and the price of crude oil is highly volatile and subject to dramatic swings and shifts, which, in turn, influence retail gasoline and aviation and diesel fuel prices. Crude oil prices swing wildly by the day, hour, and even the minute and, as such, are notoriously difficult to predict. Any major geopolitical event, weather disruption, labor situation, maritime tanker issues, etc., influence the price of oil.

69. As a global commodity, crude oil prices are set and traded on various international markets. Oil and gasoline pricing are very complex and subject to wide variations from day to day, even by the hour to hour, and in some instances, by the minute. The price of crude oil is primarily driven by the basic economic laws of supply and demand. When demand is strong and supply is low, the prices of oil, diesel, aviation fuels, and gasoline escalate.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000060
LEGAL02/46287064v8

001322

70.     As petroleum is a global commodity, its **pricing is subject to extreme volatility**. Geopolitical, domestic, political, and regulatory actions conflate the basic market powers of supply and demand. Five factors influence the spot price of oil: **1-** supply (production), **2-** demand (consumption), **3-** geo-political events, **4-** national and local government policies and regulations, and **5-** trading/financial markets. Notably, any significant disturbance to any of these influencing factors will have an impact on the price of oil and, ultimately, the price of diesel and aviation fuels, as well as retail gasoline prices.

71.     Oil is traded using long-term contracts and spot pricing in multiple markets, with the New York Mercantile (NYMEX) and Intercontinental Exchange (ICE) being predominant. Gasoline is also traded on global markets and in California on spot markets in San Francisco and Los Angeles. The trading prices of various oil types and grades are highly correlated and generally move in the same direction with similar degrees in magnitude of movement. Future oil prices are speculative and can fluctuate wildly. For example, on April 20, 2020, the price of oil fell 306% from its May 2020 futures crude contract price to a negative price of $37.63 a barrel on the New York Mercantile Exchange.[101] Technically, this type of inversion between current and future prices implies that the seller would have to pay the buyer to purchase the seller's oil contract. Under those circumstances, producers have little incentive to produce more products. Illustrated in the chart below are the various crude oil prices for various grades for the 2008 to 2024 period. As indicated, oil prices in various markets tend to move in correlation with one another.

---

[101] Saefong, M. P. (2021, April 19). Oil prices went negative a year ago: Here's what traders have learned since. MarketWatch. https://www.marketwatch.com/story/oil-prices-went-negative-a-year-ago-heres-what-traders-have-learned-since-11618863839

47

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000061
LEGAL02/46287064v8
001323

**Figure 21**



(Source:
https://www.eia.gov/finance/markets/crudeoil/spot_prices.php#:~:text=Crude%20oil%20is%20traded%20in,that%20are%20lower%20in%20quality)

72.     As indicated, the price of crude oil swings radically from period to period. For example, in the mid-2015 period, the WTI price of crude, which is typically a bit lower than Brent, was $108 a barrel. Within about 7 months, the WTI price dropped 70% to $32 a barrel. In 2019, the average price of Brent crude was $64.30 a barrel. However, with the onset of COVID, the average price of Brent fell by almost 35% in 2020 and shot back up 141% in 2022.

**Figure 22**

48

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION



(Sources: EIA, Macrotrends, Statista, OilPrice.com)

73.    Illustrated below are oil price movements for the 1970 to 2023 period as related to major political, economic, and business events.

**Figure 23**



(Source: Author and
https://www.eia.gov/finance/markets/crudeoil/spot_prices.php#:~:text=Crude%20oil%20is%20traded%20in,that%20are%20lower%20in%20quality)

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000063

LEGAL02/46287064v8

001325

74.      During the 1970s, the U.S. experienced two **episodic** events or oil "shocks." The first occurred in 1973, and the second was in 1978. On October 6, 1973, the Fourth Arab-Israeli war broke out between Israel and a collation of Arab nations, including Saudi Arabia, Egypt, and Syria.[102] [103]   The U.S., which had and continues to maintain formal defense alliances with Israel, supported Israel with a $2.8 billion (equivalent to $20.2 billion in 2024) defense aid package.

75.      In retaliation to the U.S. support of Israel, the Arab members of OPEC lowered oil production by 5% and initiated an oil embargo on the U.S. Overall, global oil supplies fell by 14%. Within days of the onset of hostilities, the reduction in production, and the embargo, petroleum prices surged by 71%, rising from $3.01 to $5.12 per barrel. The rapid and unexpected surge in prices dealt a severe, almost debilitating blow to the U.S. economy. Less than three months later, in December 1973, Arab member OPEC oil producers again cut production by 25% from its September levels. In reaction, the price to the U.S. for OPEC-sourced oil rocketed to $11.65 a barrel — an increase of 287% in about 90 days. What followed were gasoline shortages, price spikes, and high inflation. By March 1974, the oil embargo was formally ended by the Arab nations, but its influence on the U.S. economy lasted well into the 1980s. Recognizing its vulnerability to foreign sources and spot market prices, the U.S. Congress established the Strategic Petroleum Reserve (SPR) in December 1975.[104]

76.      Due to its high dependency on non-U.S. foreign-sourced crude oil, California is extremely vulnerable to "oil shocks," shortages, and price hikes that may be perpetrated by foreign actors. California has experienced supply shocks due to refinery closures, port disruptions, and global price surges linked to events thousands of miles away. Brent crude, which serves as the benchmark for many of these imports, tends to be more volatile than West

---

[102] The Editors of Encyclopedia Britannica. (2018). Yom Kippur War | Summary, Causes, Combatants, & Facts. In *Encyclopedia Britannica*. https://www.britannica.com/event/Yom-Kippur-War

[103] Also known as the Yom Kippur War, or Ramadan War.

[104] 42 U.S. Code § 6231 and 42 U.S. Code § 6234

USSER-000064
LEGAL02/46287064v8
001326

Texas Intermediate. When California's supply is driven by international markets, price spikes happen faster and last longer.[105]

### ii. California Crude Pricing

77. In California, environmental factors such as earthquakes, fires, blizzards, heat, and flooding can cause disruptions in crude oil, gasoline, diesel, and aviation fuel production and distribution (transportation). Furthermore, refinery shutdowns, transitions, and decommissions adversely affect the supply of retail gasoline stocks, which rely on crude petroleum as a raw material (feedstock). When those events occur, the spot prices for crude oil stock can spike and are ultimately reflected in higher prices for retail gasoline and other fuels. The price of oil can also be further affected by events such as labor disputes and strikes involving rail and trucking, maritime terminal operational efficiencies, the supply of maritime tankers, employment rates, truck and rail transport, government lockdowns, such as COVID-19, and geopolitical events far from California.

78. The majority of raw material in the production of gasoline is crude oil, which in California has historically averaged 48.25%.

**Figure 24**



---

[105] Johnson, J. (2025, April 18). California could lose a large chunk of its refining capacity in a year. San Francisco Chronicle. https://www.sfchronicle.com/california/article/refinery-closures-gas-prices-20279856.php

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000065
LEGAL02/46287064v8
001327

79. On the West Coast, and particularly in California, refiners tend to pay slightly more for 'first purchase' crude oil than the rest of the U.S. due to low in-state production and the need to import oil from distant sources such as the Middle East.[106] [107]

**E. Sable Offshore Corp.**

**i. Sable Oil Reserves, Capacity and Platforms (wells)**

80. According to the company's latest reserve assessments, the total net estimated contingent resources across all platforms amount to 646 million barrels of oil equivalent (MMBoe). This includes a low estimate of 179 MMBoe and a best estimate of 467 MMBoe, with the resource base comprising 86% oil, 13% gas, and 1% natural gas liquids (NGLs).[108] These figures underscore the long-term strategic value of the asset base, not only in terms of short-term output but also in terms of **reserve longevity**, development flexibility, and potential for **scalable economic impact**. With a phased restart strategy already underway and robust reserve validation, Sable's offshore system is positioned for both operational reliability and multi-decade resource contribution to California's economic future.

**Figure 25**

| Sable Platform Capacity | | | | |
|---|---|---|---|---|
| Platform | Existing Wells | Available well slots | Est. Net Production Per Day | Est. Restart Date |
| Harmony | 32 | 23-27 | 15.0-19.0 MBOE | 15-May-25 |
| Heritage | 44 | 15-17 | 19.0-23.0 MBOE | Jul-25 |
| Hondo | 26 | 10 | 6.0-8.0 MBOE | Aug-25 |

81. Sable's offshore oil recovery infrastructure comprises three key production platforms- Harmony, Heritage, and Hondo- all part of SYU (Santa Ynez Unit). These platforms are designed for high-volume, multi-well production and together **represent one**

---

[106] *California law and refinery closure reflect ongoing challenges for the state's fuel market - U.S. Energy Information Administration (EIA)*. (n.d.). https://www.eia.gov/todayinenergy/detail.php?id=63944

[107] California Crude Oil First Purchase Price (Dollars per Barrel). Eia.gov. https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?f=M&n=PET&s=F005006__3&utm

[108] *Sable Offshore Corp. - Events & Presentations*. (2023). Sableoffshore.com. https://sableoffshore.com/events-and-presentations/default.aspx

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000066
LEGAL02/46287064v8
001328

**of the most robust offshore systems along the California coast**. As of the second half of 2025 (2H25), Sable anticipates a total production capacity between 40,000 and 50,000 barrels of oil equivalent per day (BOE/D), with near-term output poised to rival the historical 2015 peak of 45,000 BOE/D.[109]

82.     Platform Harmony, which resumed production on May 15, 2025, includes 32 existing wells and up to 27 available well slots, targeting a 2H25 production rate of 15,000 to 19,000 BOE/D. Platform Heritage, scheduled to restart in July 2025, features 44 existing wells with 15–17 additional well slots and is expected to deliver 19,000 to 23,000 BOE/D.[110] Platform Hondo, with 26 existing wells and 10 available slots, is projected to come online in August 2025, contributing 6,000 to 8,000 BOE/D..

### ii.     Sable Production Operational Analysis

83.     Operationally, Sable is currently configured to produce between 30,000 to 35,000 barrels of crude oil daily. However, because of its multiple well capabilities, longer-term production yields could be considerably higher. In general, larger producers with 10,000 barrels a day or more in crude oil production require a realized price of $31.00 a barrel to cover fully loaded operating expenses for existing wells.[111] For perspective, the breakeven for a new drilled well ranges between $61.00 to $71.00 a barrel.

84.     Based on Sable's estimates and compared to those generated in my analysis as well as those associated with external benchmarks, Sable's operating breakeven is favorable and competitive and falls within the range of other offshore shallow-water producers. Accordingly, there is an "economic" market for Sable's production, which is cost-competitive on a comparable basis based on current and expected Brent prices.

---

[109]     *Sable Offshore Corp. - Events & Presentations.* (2023). Sableoffshore.com. https://sableoffshore.com/events-and-presentations/default.aspx

[110]     *Sable Offshore Corp. - Events & Presentations.* (2023). Sableoffshore.com. https://sableoffshore.com/events-and-presentations/default.aspx

[111] "Oil and Gas Activity Edges Higher; Uncertainty Rising, Costs Increase." *Dallasfed.org*, 2025, www.dallasfed.org/research/surveys/des/2025/2501#tab-questions.

53

USSER-000067
LEGAL02/46287064v8
001329

**Figure 26**

| Estimated Sable Breakeven Costs as Compared to CA Sources | | |
|---|---|---|
| Source | Estimated Breakeven Cost Range | Current CA Source of Oil |
| Middle East | $9.00 to $11.00 | Yes |
| South America | $7.00 to $28.00 | Yes |
| Offshore-Shallow | $37.00 to $47.00 | |
| Offshore- Deep | $43.00 to $53.00 | |
| Offshore-Shallow- Rystad | $37.00 | |
| Offshore- Deep- Rystad | $43.00 | |
| North American Shale- Rustad | $45.00 | |
| Oil Sands- Rystad | $57.00 to $75.00 | Yes- Canada |
| Sable Offshore- Estimated | $29.00 to $41.30 | |
| Note: Ranges vary based on production volumes and regulatory costs. | | |
| Sources: Various and calculated. | | |

As noted by Rystad, costs for offshore shallow shelf, as well as deepwater producers, declined around 35%. [112] Given Sable's technology, further cost reductions are possible.

### iii.  Sable Customers and Selling Markets

85.  Oil and gas producers sell their output (production) predominantly to refineries, which, in turn, create products such as gasoline, diesel, and aviation fuels and distillates. As crude oil is a global commodity, there are a number of different markets that Sable could potentially sell its production on and to. In California, there are only three major in-state refinery customers representing a combined daily capacity of around 781,000 barrels a day remaining as customers for Sable oil production. All three of these in-state refineries are **heavily dependent on non-U.S. foreign oil** as feedstock to its fuel production process and are **essential to California's economic growth and national security.**

**Figure 27**

| Sable CA. Refinery Customers | | | |
|---|---|---|---|
| Refinery | Operator | Location | Approx. Capacity (bpd) |
| Chevron | El Segundo | Southern CA | 269,000 |
| PBF Energy | Torrance | Southern CA | 149,000 |
| Marathon Petroleum | Carson/Wilmington | Southern CA | 363,000 |
| Total Capacity | | | 781,000 |

(Source: Statewide Economic Impacts of Resuming Production at the Santa Ynez Unit (SYU))

---

[112] *Shale project economics still reign supreme as cost of new oil production rises further*. (2024, October). Rystad Energy. https://www.rystadenergy.com/news/upstream-breakeven-shale-oil-inflation

54

USSER-000068
LEGAL02/46287064v8
001330

86.      Significantly, any disruption to the crude oil feedstocks in these refineries or any unplanned interruptions to the operations of these refineries will have a detrimental impact on consumer prices. To maintain a viable operational profile, especially in consideration of increased regulatory costs and the profit restrictions imposed upon the refineries by ABX2-1, the **surviving California refineries would benefit from the security and cost advantages of additional in-state oil production**.[113]

87.      Sable's oil production will most likely be sold to refineries under long-term contracts, with pricing indexed to the Brent spot market and adjusted for sulfur content, gravity, and California location differential (typically a $2-$5/bbl. discount). As is customary with production, while some portions of Sable's production may be sold on the spot market, Sable is expected to prioritize volume stability and cash flow predictability through structured contracts long-term contracts (6–36 months) with California refineries to **help create price and volume certainty for both Sable and the California consumer**. Spot market sales, which are relatively common in the industry, would most likely cover incremental volumes or provide a hedge for price movement, especially during high and peak demand periods (e.g., summer driving season). Importantly, the **marketability of Sable crude oil is high and lively. California currently imports over 75% of its oil needs, and the decline in local production creates a significant supply gap that Sable is well-positioned to fill with minimal transportation costs and overhead**.[114]

### iv.      Sable's Pipelines

88.      Sable's offshore crude oil production is expected to enter California's intrastate pipeline and refining market, where it is particularly well-suited due to its medium-sour

---

[113] "Governor Newsom Signs Legislation to Prevent Gas Price Spikes and Save Californians Money | Governor of California." *Governor of California*, 14 Oct. 2024, www.gov.ca.gov/2024/10/14/governor-newsom-signs-legislation-to-prevent-gas-price-spikes-and-save-californians-money/.

[114] EIA. (2025). *Short-Term Energy Outlook - U.S. Energy Information Administration (EIA)*. Eia.gov. https://www.eia.gov/outlooks/steo/

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000069
LEGAL02/46287064v8
001331

quality. Production from the Santa Ynez Unit (SYU) is processed and delivered via the Las Flores Canyon (LFC) facility into **existing infrastructure serving major California refineries** (consumers of Sable production). The consuming refineries are linked to offshore Sable's California production via the Sable-owned Las Flores Pipeline system and connected third-party pipelines and are configured to process medium to heavy sour-grade crude like that produced from SYU and consistent with other oil fields in Kern and San Luis Obispo counties. Collectively, Sable's pipelines have a design throughput capacity of 240,000 barrels a day.

**Figure 28**

| Sable Pipelines | | | | |
|---|---|---|---|---|
| Pipeline | Known As | Design Capacity (bpd) | Estimated Utilization | Potential Daily Throughput |
| Line 324 | Line 901 | 150,000 | 85% to 100% | 127,500 to 150,000 |
| Line 325 | Line 903 | 300,000 | 85% to 100% | 255,000 to 300,00 |

89. Lines CA-324 and CA-325 were historically used to transport Santa Ynez Unit (SYU) crude from the onshore Las Flores Canyon Processing Facility to Pentland Station south of Bakersfield and then to connected inland pipeline networks. Pending final clearance under California and federal oversight, Sable intends to open the recommissioned lines to deliver crude to the inland networks for eventual refining into fuels. If both lines are recommissioned and operated near estimated utilization, combined throughput could support ~200,000 bpd, which is more than sufficient for the combined peak output of the Hondo, Harmony, and Heritage platforms.[115] **Assuming Sable produces 31,500 to 40,000 barrels per day, Sable would comprise 10% to 15% of California's daily in-state production for 2024.**

90. Line CA-324 (previously known as Line 901) and Line CA-325 (previously known as Line 903), collectively known as the Las Flores Pipeline System, are critical components of the oil transportation infrastructure associated with Sable's offshore assets.

---

[115] *Sable Offshore Corp. - Events & Presentations*. (2023). Sableoffshore.com. https://sableoffshore.com/events-and-presentations/default.aspx

56

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

These pipelines historically moved SYU crude from onshore Las Flores Canyon treatment facility to Pentland Station south of Bakersfield and then to connected inland California markets. Line 324 has a maximum permitted throughput capacity of 150,000 barrels per day (bpd), while Line 325 is permitted at 300,000 bpd. **The recommissioning of Sable Lines 324 and 325 would reduce the need for marine tanker transport, reduce emissions risk, and help restore a critical energy corridor within the state's coastal infrastructure network.**[116]

     **v.    Potential Economic Impact on State, Santa Barbara & Adjacent Counties**

91.    Sable projects daily production of 45,000 BOE or 31,500 barrels of crude oil, with multiple scenarios modeled and developed extending to higher volumes to test potential economic impact. Assuming a stable Brent benchmark oil price of $70 per barrel, the gross revenue impact of operations can be scaled accordingly over a full year (365 days) and estimated to be $804,825,000.

92.    The analysis assumes a conservative 8% net profit margin, which reflects the high capital and operating costs associated with offshore oil production. California levies an 8.84% corporate income tax, which would apply to any taxable income generated in-state. Additionally, property taxes, estimated at $5 million annually for the Las Flores Canyon facility and related infrastructure, along with employment taxes from a workforce of roughly 340 full-time employees (averaging $118,000 per year), provide further contributions to state and local revenue.

**Figure 29**

---

[116] *Plains All American Reports Fourth-Quarter and Full-Year 2023 Results; Announces 2024 Guidance - Fri, 02/09/2024 - 08:00*. (2023). Plains All American Pipeline. https://ir.plains.com/news-releases/news-release-details/plains-all-american-reports-fourth-quarter-and-full-year-2023

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000071

LEGAL02/46287064v8

001333

| Sable Production & Potential Contribution to CA State & Local Revenues | | | | | | | |
|---|---|---|---|---|---|---|---|
| Daily BOE Production | Employee Count | Est. Annual Gross Revenue | Est. Net Profit | Est. Sales Tax | Est. CA. Corporate Tax | Actual Property Tax | Est. Payroll Tax | Estimated Contribution to Total State Revenue |
| 45000 | 340 | $1,314,000,000 | $105,120,000 | $4,763,250 | $9,292,608 | $5,000,000 | $2,407,200 | **$21,463,058** |
| 100000 | 758 | $2,920,000,000 | $233,600,000 | $10,585,000 | $20,650,240 | $5,000,000 | $5,363,636 | **$41,598,876** |
| 250000 | 1894 | $7,300,000,000 | $584,000,000 | $26,462,500 | $51,625,600 | $5,000,000 | $13,409,091 | **$96,497,191** |
| 500000 | 3788 | $14,600,000,000 | $1,168,000,000 | $52,925,000 | $103,251,200 | $5,000,000 | $26,818,182 | **$187,994,382** |
| 1000000 | 7576 | $29,200,000,000 | $2,336,000,000 | $105,850,000 | $206,502,400 | $5,000,000 | $53,636,364 | **$370,988,764** |

Assumes $80/BOE, 8% net margin, 7.25% sales tax on 5% taxable spend of revenue, 8.84% corporate tax, $5.0 property tax, and 6% payroll tax on $118K average salary for 550 FTEs)

(Source: author's calculation)

93.     Offshore oil infrastructure, such as platforms, pipelines, and the onshore treatment facility, is subject to local property taxation, which directly contributes to county-level general funds. Sable's offshore platform operations, maintenance, and transportation via pipelines, the potential economic contributions to the local communities are substantial. The three offshore platforms are estimated to produce approximately 31,500 to 50,000 barrels per day- totaling around 11 million barrels annually of crude California oil. Assuming this level of output could potentially generate an estimated **$21.5 to $41.6 million per year in combined local and state revenues**, including sales tax, corporate tax, property tax, and payroll taxes. This includes contributions to Santa Barbara County for hosting the LFC treatment facility and onshore pipeline infrastructure, San Luis Obispo County for service logistics and marine jurisdiction, and Kern County through indirect participation in the regional energy supply chain.

94.     Santa Barbara County, in particular, stands to benefit economically the most from Sable operations. Historically, oil-related revenues in the county have funded essential public services such as fire protection districts, law enforcement staffing, road maintenance, and local school districts. The return of Sable's offshore activity, coupled with the rehabilitation of pipelines and treatment facility assets, will likely help restore and expand Santa Barbara's revenue flows, enabling the county to address long-standing infrastructure gaps and growing public service needs.

95.     In San Luis Obispo County, where marine service operators and support logistics for offshore operations are based, Sable's activities will contribute to business tax bases, vendor income, and contractor employment, particularly in port services, environmental

58

USSER-000072
LEGAL02/46287064v8
001334

compliance, and vessel support. While Kern County may see more limited direct benefits due to its inland location, increased activity at Pentland Station as the terminus of the Las Flores Pipeline, supply chain links, such as heavy equipment vendors, staffing agencies, and technical services, could nonetheless generate income and modest revenue benefits tied to Sable's restart.

96. The potential fiscal contributions associated with the recommissioning and operations of Sable's three platforms primarily benefit Santa Barbara County, which hosts Sable's offshore infrastructure and the LFC treatment facility; San Luis Obispo County, through its proximity to offshore jurisdiction and logistical support activities; and to a lesser extent, Kern County, which may participate indirectly through the supply chain and remote platform, processing, and pipeline support services. [117] [118]

### vi. Potential Economic Implications of Sable Production on Employment and Personal Income

97. The restart of offshore oil production by Sable will potentially deliver a substantial and sustained employment and income boost to the Central Coast region of California, particularly to Santa Barbara County. Sable projects a steady-state offshore workforce of approximately 220 full-time California-based employees, supported by an additional 120 steady-state contractors, collectively **totaling around 340 personnel**.

**Figure 30**

| Estimated Impact of Sable Production on Employment, Wages & Earnings | | | |
|---|---|---|---|
| Job Type | Estimated Headcount | Avg. Salary | Total Payroll Impact |
| Sable Employees (CA-based) | ~220 | $120K–$150K/year | ~$30M–$33M/year |
| Steady-State Contractors | ~120 | $90K–$110K/year (blended) | ~$10M–$13M/year |
| **Total Annual Offshore Payroll** | **~340** | | **~$40M–$46M/year** |

(Source: Calculated)

---

[117] *Oil & Gas | CA State Lands Commission*. (n.d.). https://www.slc.ca.gov/oil-gas/

[118] *Cultivation Cap & Eligible Business License Applicants Lists | Santa Barbara County, CA - Official Website*. (2025). Countyofsb.org. https://www.countyofsb.org/1175/Energy-Division

59

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

98.    As indicated, wages and salaries in the oil and gas industry are higher than overall national and California averages. Based on Sable's production scale-up and estimates, the average salaries for direct employees are estimated to range between $120,000 and $150,000 per year, and indirect contractors' wages and salaries are estimated to average between $90,000 and $110,000. Collectively, the combined annual direct employee and indirect contractor payroll is estimated to potentially **range between $40 million and $46 million**.

99.    The economic ripple effect from Sable's offshore operations is potentially significant and multidimensional. The direct payroll infusion of $40M[119] annually translates into high-value job creation and regional income growth. Public sector revenues will similarly rise, supporting core community functions and offsetting fiscal pressures in counties historically tied to the energy economy. Santa Barbara County, as the principal host of offshore and treatment facility infrastructure, will be the primary recipient of both direct economic stimulus and long-term public finance benefits, while San Luis Obispo and Kern Counties will also share in employment, procurement, and service-related gains.

100.    Due to the nature of Sable's production profile, as well as its considerable operational standards, both direct and indirect jobs are high-paying, skilled positions in platform operations, marine logistics, environmental safety, and pipeline maintenance. The majority of these jobs will most likely be concentrated in Santa Barbara County, where the offshore platforms and the Las Flores Canyon (LFC) treatment facility and Las Flores Pipeline System control center are located. Many of these employees will live, spend, and pay taxes locally, contributing significantly to the region's labor income base and consumer-driven economic activity. Moreover, the presence of such high-wage positions stimulates secondary employment effects, including induced demand for housing, transportation, education, healthcare, and local services. Based on various production volumes and labor

---

[119] *Sable Offshore Corp. - Events & Presentations*. (2023). Sableoffshore.com. https://sableoffshore.com/events-and-presentations/default.aspx

60

USSER-000074
LEGAL02/46287064v8
001336

multipliers in the energy and marine logistics sector, Sable could generate between 1,150 to 25,500 in indirect and induced (contractor and affiliated employees) employment in Santa Barbara, Kern, and San Luis Obispo counties and statewide as a result of Sable's offshore restart. The high average salaries associated with these direct roles also imply elevated household purchasing power, further driving economic multipliers in retail, hospitality, and professional services within the local economy. **Sable's activities, therefore, represent not only direct income generation but also a mechanism for broader economic revitalization, particularly in post-pandemic coastal California regions with high service-sector dependence**.

101.    Scaling from Sable's benchmark of 31,500 bpd, supported by approximately 340 direct offshore personnel, the **expansion to a 60,000-bpd production** level would support an estimated 508 to 652 direct workers, assuming a consistent ratio of 1 employee per 92 barrels produced daily. Of this projected workforce, the majority would be full-time employees concentrated in platform operations, marine logistics, environmental oversight, and pipeline maintenance. Applying industry-standard compensation levels, employees earning $120,000 to $150,000 annually with contractors averaging $90,000 to $110,000 annually, the total direct payroll would be $78.24 to $97.8 million per year. This would represent one of the largest wage-driven energy operations in California and likely the United States, injecting massive purchasing power into local economies through increased housing demand, service consumption, and tax contributions.

102.    Coastal counties such as Santa Barbara, Ventura, and San Luis Obispo would see the most immediate impact due to proximity to offshore infrastructure, marine terminals, and workforce housing demand. Meanwhile, inland counties like Kern would benefit from increased activity at Pentland Station as the terminus of the Las Flores Pipeline, expanded supply chains and service contracts tied to energy logistics, environmental services, and oilfield technology. In aggregate, Sable's production could have transformative economic implications, generating billions in direct revenue, thousands of high-wage jobs, and

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000075
LEGAL02/46287064v8
001337

significant fiscal resources for public infrastructure and local governments, making it one of the most economically consequential energy projects in California's modern history.

### vii. Potential Implications of Sable Production on California Oil Prices

103.    Many factors, such as contract terms and negotiation, macroeconomic activity, work and lifestyle habits, and choice of transportation play into the demand for fuels, and prices paid for crude oil and refined products. The most significant determinant, as was so cruelly learned in the 1970s and 1980s, is petroleum supply security. California is virtually at the mercy and held captive to crude supplies from foreign petrostates and is, therefore, highly vulnerable to any disruptions in the supply chain and geopolitical events. Furthermore, California's use of foreign oil from various sources furthers the political ambitions of those nations, which may be contradictory to the interests of the U.S. and, through the constant use of maritime vessels, contributes significantly to greenhouse gas emission.

104.    Despite California's efforts, the demand for fossil fuels is not declining as quickly as CARB had projected, and in fact, has only declined 11% over a twenty-plus year period. The addition of Sable production from its three offshore platforms and the use of its two existing pipelines would have a favorable impact on California's energy needs and would help alleviate stresses associated with its dependency on foreign sources. The introduction of Sable production into the California refinery system could have a **favorable economic impact ranging between $3.283 to $3.456 a barrel** over imports, depending on the final terms of trade.

### Figure 31

| POTENTIAL INFLUENCE ON CALIFORNIA OIL REFINERY PRICES OF CRUDE STOCK OIL | | | | | | |
|---|---|---|---|---|---|---|
| Sable Production at Scale (Barrel/day) | Sable Annual Volume(In Barrels) | Share of California In-State Production | Price to Refiners (5%) ($) | Brent Discount (5%) ($) | Production-Weighted Average Price with Sable Production | Potential Savings ($) with Sable Per Barrel |
| 31500 | 11.50M | 10% | 65.65 | 62.37 | 65.33 | 3.28 |
| 40000 | 14.60M | 12% | 65.65 | 62.37 | 65.12 | 3.28 |
| 55000 | 20.08M | 15% | 65.65 | 62.37 | 65.01 | 3.28 |

(Source: Calculated)

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000076

LEGAL02/46287064v8

001338

## IV. SUMMARY CONCLUSIONS

### A. Summary and General Conclusion

105. Based on the data, research into prevailing literature, and my analysis, my conclusion is that the production of oil from Sable's three offshore platforms and the associated use of its Las Flores Pipeline System to transport Sable's production to market will not irreparably harm the public.

106. The addition of production of oil from Sable's three offshore platforms and the associated use of its Las Flores Pipeline System to transport its offshore production would benefit the public because it will have a **favorable economic impact on California's overall energy situation**, as well as have a favorable influence on local employment and tax revenues. Furthermore, the addition of production from Sable's three offshore platforms and the use of Sable's Las Flores Pipeline System to transport its production to market would have a positive influence on consumer retail gasoline, diesel, and aviation fuel prices, would **improve and strengthen California's energy and economic security and avoid irreparable harm to consumers**.

### B. Pertinent Findings

107. With the continuing decline of in-state oil production, the pending permanent shutdown of two major oil refineries collectively representing the loss of 10.5 million gallons of gasoline per day, growing dependencies on non-U.S. sources for oil and, now gasoline, as well as the highest retail gasoline prices in the U.S., California is confronting a potential energy crisis.

- While overall U.S. field production has increased 66% from 1990 levels, California's field production declined 61%, and 68% decline from its peak production in 1985.
- California is the 2nd largest consumer of petroleum and the largest consumer of aviation fuel in the U.S.[120] In 2023, Californians consumed over 500 million

---

[120] U.S. EIA, Crude Oil Production, Annual, Thousand Barrels, 2023.

63

USSER-000077
LEGAL02/46287064v8

001339

barrels of oil (1.8 million per day), 13.119 billion gallons of gasoline, 3.6 billion gallons of diesel fuel, and over 216 million gallons of aviation fuel.

- Nearly 100% of California's non-U.S.-sourced imported oil is delivered to its refineries via maritime vessels, which are significant contributors to GHG emissions.

- California is highly vulnerable to oil supplies and prices of foreign providers. Since 2005, California's dependency on non-U.S. foreign oil has increased by 19.43%, while its in-state oil production has fallen by 55.22%.

- California is virtually completely dependent on maritime vessel transportation for the importing of oil from non-U.S. foreign sources.

- California's retail gasoline prices routinely average 50% greater than the U.S. national average.

- California's oil and gas industry represents around 8% of its total GDP and employs over 148,000 workers directly and over 536,000 indirectly, and generates around **$47.9 billion in state and local tax revenues for 2022**.

- Californians consume between **30 to 33 million gallons of gasoline a day and around 9.9 million gallons a day of diesel fuels. Oil and gasoline consumption in California has not declined significantly over a twenty-five-year period**.

- California oil and gasoline consumption is relatively inelastic. Since 2001, the consumption of gasoline has decreased by only 11%; total oil consumption has decreased by 22% (mostly due to the switch to renewables for power generation).

- California is highly dependent on foreign, non-U.S. oil imports to meet its demand for petroleum-based fuels and other products; California imports of foreign, non-U.S. sourced oil have increased 69%.

64

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000078

LEGAL02/46287064v8

001340

- California's dependency on foreign oil sourced from petrostates such as Iraq, Saudi Arabia, and the U.A.E, as well as Brazil, Ecuador, and Guyana, is expected to increase in the coming years, making the State more vulnerable to geopolitical events and swings in Brent oil market prices.

- California's dependency on foreign gasoline and diesel fuels sourced from Singapore, India, Japan, South Korea, and China is expected to increase in the coming years, making the State more vulnerable to geopolitical events and disruptions in the supply chain.

## C. Key Conclusions

108. Based on my findings and analysis of Sable and its two existing onshore pipelines, the following conclusions are offered. The use of the Las Flores Pipeline System to carry Sable's production to market will not irreparably harm the public. **Indeed, to the contrary, as is summarized in this declaration, allowing the use of the Las Flores Pipeline System to carry Sable's production to market –would benefit the public and avoid irreparable harm to consumers** for the reasons articulated in this declaration and summarized below.

- As configured, Sable is capable of producing 30,000 to 50,000 barrels of oil per day from its three offshore platforms. At this level, Sable's production would represent approximately **10 to 15% of all California in-state production** based on 2024 levels.

- Sable's existing Las Flores Pipeline System provides adequate transportation for its offshore production.

- The addition of Sable production using its three offshore platforms and the associated use of its existing Las Flores Pipeline System, indicates that Sable would be **cost competitive** with oil sourced from land-based wells, as well as a number of foreign sources, at various production levels (scale).

65

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000079
LEGAL02/46287064v8

001341

- Sable has immediate and long-term oil reserves that, if placed into production, would create significant economic value to the state of California, as well as Santa Barbara, Kern, and San Luis Obispo counties. The potential impact of production is estimated to range between **$21.5 to $41.6 million a year** over a multi-year period depending on production scale.

- The addition of Sable production using its three offshore platforms and the associated use of its existing Las Flores Pipeline System would have a favorable impact and contribution to local employment. Based on various production volumes and labor multipliers in the energy and marine logistics sectors, Sable could generate between **340 to over 7,500** in direct employment, and between 1,150 to 25,500 in indirect (contractor and affiliated employees) employment in Santa Barbara, Kern, and San Luis Obispo counties and statewide as a result of Sable's offshore restart.

- The addition of Sable production using its three offshore platforms and the associated use of its existing Las Flores Pipeline System would **enhance California's energy security** through the use of steady-streamed California sourced oil to the remaining California refineries.

- The addition of Sable production using its three offshore platforms and the associated use of its existing Las Flores Pipeline System would introduce **more California oil into the State's refinery system.**

- **The introduction of Sable production into the California refinery system through the Las Flores Pipeline System could have a favorable economic impact ranging between $3.283 to $3.456 a barrel over imports**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of July, 2025, in Los Angeles, California.

66

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

_____

**Michael A. Mische**

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

USSER-000081

LEGAL02/46287064v8

001343

**Exhibit A**

**MICHAEL A. MISCHE**
**MBA, MS, Cert-AI.**
**Associate Professor of Professional Practice**

**INTRODUCTION**

Widely quoted in the media, including, The Wall Street Journal, Business Insider, The Washington Examiner, San Jose Mercury News, The Irish Business Post, FOX News, FOX Business, KNX-LA, KFI-LA, CBS and NBC, Professor Michael A. Mische is recognized as one of the world's foremost authorities on the management consulting oil and gas industries. He has testified as an expert before the Senate, in high-profile litigation and criminal cases involving management consulting, and has been cited in over 1,100 mainstream publications, interviews, reviews, and research papers. He is highly regarded for his Management Consulting Annual Outlook Report, his published research on oil in Venezuela, and for his major publication on Bidenomics, which was the most comprehensive comparative examination of the U.S. economy for the 2019 to 2023 period, and *A Study of California Gasoline Prices* (2025) which is a fifty-year study of the price determinants in the Golden State. In 2023, Michael released his eighth book, *"CasePro: The Consultant's Critical Thinking Approach to Case Analysis,"* and is the author of seven other books, including a world-wide best-seller with co-author, the late Warren G. Bennis.

Mische joined USC in 1997 as an adjunct professor. Since 2016, Michael has been a fulltime faculty member of the Marshall School of Business, University of Southern California while maintaining an exceptionally high-profile presence as a thought leader in the consulting industry. He is the 2018 recipient of USC's Golden Apple Award for Teaching Excellence and a co-recipient of the 2019 Service Excellence Award. Mische maintains a highly active consulting profile among elite consulting firms and governments with projects spanning major consulting issues, oil & gas prices, the economy, AI in consulting, and issues related to national economic security.

**POSITIONS HELD (ACADEMIA)**
- **University of Southern California**, Marshall School of Business. Los Angeles, CA. (1997-Present).

  o   Associate Professor of Professional Practice & Curriculum Leader: Management Consulting.

     o   Faculty Lead for the Certificate in Strategy & Management Consulting.

     o   Redesigned consulting curriculum to be more relevant and competitive with Harvard.

     o   Designed & implemented a new MOR course offering, *Case Analysis for Consultants: A Critical Thinking Approach*, MOR 499, which provided for interactions between MBAs from the MOR 557 class with UGs from MOR 462.
     o   Co-designed & co-teach a new MBA course offering with Prof. Shon Hiatt titled, *" MOR 599- The Business of Energy in the 21st Century."* Scheduled for Spring 2025.

68

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION    001344

- Co-designed & co-taught, with Jerry Giaquinta, a new course in 2020, (BUCO/MOR 499), a cross-cultural, project-based course; simultaneously taught via Zoom with ICU in Tokyo, Japan.

- Redesigned and upgraded USC's Certificate in Strategy & Management Consulting. (2023).

- Instituted a quantitative national ranking system for MBA consulting programs:

  - Helped to shift USC 2022 Ranking to 9th, compared to 2015 which was not in the Top 30.

  - Helped increase MBA placement in consulting from 16% to 30%. 2015 to 2022.

- **USC Service Activities**

  - Conducted recruiting bootcamps for both MBA and MS students for placement into consulting. (2023-2024).

  - Co-hosted KPMG CEO Paul Knoop on campus for recruiting purposes. (2024).

  - Co-leading, with Paul Adler, Deloitte Sustainability Consulting Case. (2024).

  - Authored new Experiential Learning Center (ELC) exercise based on an actual management consulting situation. (2023).

  - Faculty recruiter, USC Football. Speak with non-committed football recruits and their families about USC academics and the "life of a student athlete." (2022-present).

  - Faculty Adviser, MCSC, the largest MBA student club at Marshall. (2022-present).

  - Implemented career coaching services for MBAs with USC's Career Resources Center. (2023).

  - Faculty coach (informal) USC Marshall MBA Black Students Case Competition Team. (2022).

  - Co-coached (with Carl Voigt) USC Marshall Case Competition Team. (1999 – 2001).

- **USC Teaching Awards**

  - USC Golden Apple Teaching Award. (2018).

  - MOR Service Award. Co-recipient. (2019).

- **USC Marshall School of Business- Teaching Responsibilities:**

  - **MBA-Graduate**                    **Course**                    **Year**

| MOR 599 | The Business of Energy in the 21ˢᵗ Century | 2025 |
|---|---|---|
| MOR 554 | Strategy Innovation & Change | 2015- Present |
| MOR 557 | Management Consulting | 2015- Present |
| MOR 559 | Strategic Transformation & Renewal | 1997- Present |

o **Undergraduate**            **Course**            **Year**

| MOR 499 | *New-* Case Analysis for Consultants | 2022, 2023 |
|---|---|---|
| MOR/BUCO 499 | Cross Cultural Collaboration- Project Based | 2020 |
| MOR 473 | Leading High-Performance Teams | 2016- Present |
| MOR 462 | Management Consulting | 2014- Present |
| BUAD 497 | Strategy- Case Based | 2014 -2016 |
| MOR 463 | Organizational Behavior | 2013- 2018 |

**POSITIONS HELD- PRIVATE SECTOR (FOR PROFIT)**

- **Synergy Consulting Group, Inc.** (1993-Present). *CEO & Chairperson of the Board*. Scottsdale, AZ and State College, PA.

  o Significant clients include United States, Kingdom of Saudi Arabia, several Fortune 50s and several Elite 8 management consulting firms.

  o Special consultant to HRH, Kingdom of Saudi Arabia. (2020-2022).

  o Special consultant to U.S. Government. (Ongoing).

  o Practice specializations include:

    ▪ Strategic Assessment & Positioning.

    ▪ Organizational Performance.

    ▪ Strategic Innovation .

    ▪ Energy Policy as Related to Oil & Gas.

- **Andersen Consulting (Accenture).** (1995-2000). *Special Consultant to Senior Practice Leadership & Management Committee of the Firm*. Chicago & Los Angeles.

  o Advisor on Global Repositioning & Practice Lines Restructuring relating to "Process Transformation."

  o Co-authored "Building Process Excellence: Lessons from the Leaders."

  o Co-developed/Contributor to the AC Reengineering & Strategic Planning Methodology.

  o Keynote Speaker: Andersen Partners & Consultants Innovation & Software Spectacular Meeting, San Antonio. (1996).

  o Designated "Associate Partner" for administrative, NDA, and confidentiality purposes.

70

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION
001346

- **AT Kearney.** (1991 to 1993). *Principal, Management Consulting Services.* Chicago, IL.

  o   Special Project- Internal Restructuring and Cost Reduction.

  o   Special Project- Repositioning Strategic Technology Services for Sale.


- **KPMG.**  (1983 to 1992). *Principal, Management Consulting Services.* Montvale, NJ.
  o   One of the youngest consulting partners elected in the history of the Firm.

  o   PIC & Practice responsibilities included leading/co-leading national services in:

  ▪   Strategy & Transformation Consulting.

  ▪   Transactions Management Services (M&A).

  ▪   Innovation & Advanced Technologies.

  o   Instructor, SDLC and Project Management.

  o   Co-led/managed over $58 million in direct engagement billings (Over $100 million in aggregate).

  o   Maintained one of the highest Net to Gross ratios in the firm.

  o   Member, KPMG Practices & Methods Review Committee.

  o   Member, AICPA Peer Review Committee for PwC.

**NOTABLE CONSULTING ACTIVITIES (Partial)**
- **2025.** U.S. Energy Production as Related to Oil & Gasoline Independence.
- **2024.** Lead Consultant & Expert Witness on behalf of BCG in BCG v. GameStop litigation. (2023-2024).
- **2024.** Lead Consultant. Bidenomics: Facts, Figures & Everything that Americans Should Know. (February 2024).
- **2023.** Lead Consultant. Analysis of the Implications of the Strategic Petroleum Reserve on U.S. War Readiness. Classified. (2023).
- **2023.** Analysis of California's Profit Gouging Tax. (January 2023).
- **2023.** Analysis of Biden Administration's Oil & Gas Policies. (November 2022).
- **2023.** Analysis of U. S. Oil & Gas Prices. Oil & Gas Association. Distributed to U.S. Congress. (October 2022).
- **2018-2021.** Kingdom of Saudi Arabia. Lead Advisor for the development of the strategic plan for the "Innovation Superhighway" linked to Vision 2030. https://www.vision2030.gov.sa/media/rc0b5oy1/saudi_vision203.pdf.
- **2018-2021.** Kingdom of Saudi Arabia. Appointed Senior Advisor to the Saudi Public Investment Fund (Taqnia), a $925 billion investment fund for the design and implementation of co-innovation and co-investment funding and investment selection processes and organization capable of supporting 13 different economic sectors. https://www.pif.gov.sa.

71

- **1997.** Reengineering Government Initiative for Vice President Al Gore. (May- August 1997).

**EXPERT TESTIMONY & PANEL PARTICIPATION (Partial)**

- **2023/2024.** Expert Witness. U.S. Federal District Court. For and on behalf of BCG (Boston Consulting Group) v. GameStop. https://law.justia.com/cases/federal/district-courts/delaware/dedce/1:2022cv00363/78379/76/.
- **2024.** Opined (informal comments) on draft Senate Bill *"To prohibit conflict of interests among consulting firms that simultaneously contract with the Government of the People's Republic of China and the United States Government, and for other purposes."* https://www.hawley.senate.gov/sites/default/files/2024-02/Hawley-Time-to-Choose-Act.pdf.
- **2023.** Expert Witness. Testimony before California Senate on California Oil & Gas Price Gouging. (February 22, 2023). See, Mische at 2-hour, 3 min. mark. https://www.senate.ca.gov/media/senate-energy-utilities-communications-committee-20230222/video
- **2023.** Opined on the "Effects of a Windfall Profit Tax" on U.S. Oil & Gas Competitiveness. United States House of Representatives. Washington, D.C. (January 2023).
- **2023.** Expert Witness. Presentation before the California Foundation on The Environment and The Economy on why California gasoline prices are higher than national averages and the accretive costs of a windfall profit tax. February 10, 2023. Napa, California.
- **2023.** Moderator. "Innovation Factories, Unicorns and Competitive Positioning." Featuring Linda K. Yates, Author and CEO, Mach 49. (November 2022).
- **2023.** Expert Witness, California Senate. "Why Are Oil & Gas Prices So High in California?" Californians Against Higher Taxes Press Conference. Carried live and covered by AP. (November 28, 2022).
- **Prior 2022 (partial).**
  o Material Witness, FARA case. Subpoenaed for and on behalf of the U.S. Government, Southern District of New York (U. S. v. Zuberi). Los Angeles, CA.
  o Subpoenaed as material witness on behalf of the U.S. Government in a political financial and foreign influence investigation (FARA).
  o Testified before United States Grand Jury, 2019/20.
  o Testimony contributed to a conviction and 12-year sentencing in a federal penitentiary on FARA violations. https://www.justice.gov/usao-cdca/pr/political-donor-sentenced-12-years-prison-lobbying-and-campaign-contribution-crimes-tax
  o Expert Witness, for and behalf of major Fortune 500. Witness in the analysis of movie theater operations as related to the Supreme Court Consent Decree of 1948, 2016/17. Los Angeles, CA.
  o Expert Witness, for and behalf of Plaintiff, Magic Chef (Owned by Berkshire Hathaway).
  o Expert Witness, for and on behalf of a Private Client. Witness in the analysis of management consulting services, project management and the application of AICPA Code of Professional Ethics as related to management advisory services, 1988. Miami, FLA.

**MEDIA COVERAGE & CITATIONS: 2022-2025** (partial list)
- Quoted or cited over **1,225** times in academic and research works (Academia.com).
- Quoted over **300** times in the media in 2022 - 2025.

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

- **2025.** Mische interviewed. *Fox Business. University of Southern California Professor Michael Mische explains his study on gas prices being driven up due to high taxes and policies.* (2025, April 4). https://www.foxbusiness.com/video/6370989691112.

- **2025.** Mische interviewed. *John Kobylt Show; KFI AM 640.* (2025, April 8). *Why Are CA Gas Prices So High?* https://kfiam640.iheart.com/featured/the-john-kobylt-show/content/2025-04-08-1119-the-john-kobylt-show-why-are-ca-gas-prices-so-high-0408/.

- **2025.** Mische quoted. *Washington Examiner*. Faria, Z. (2025, April). *California Democrats are responsible for high gas prices.* https://www.washingtonexaminer.com/opinion/beltway-confidential/3366221/california-democrats-responsible-high-gas-prices/.

- **2025.** Mische quoted. *California Globe*. (April 3, 2025). *California's High Gas Prices Climbing Over $5.00 Per Gallon – Again.* https://californiaglobe.com/fr/californias-high-gas-prices-climbing-over-5-00-per-gallon-again/.

- **2025.** Mische quoted. *Business Insider.* Thompson, P. (2025, April 8). *5 consulting contracts cut by DOGE show what government is targeting.* https://www.businessinsider.com/doge-consulting-crackdown-what-contracts-are-being-cut-2025-4.

- **2025.** Mische quoted. *Pleasanton Weekly.* Hunt, T. (2025, April 10). *USC study confirms state policies drive up gas prices.* https://www.pleasantonweekly.com/blogs/tim-talk/2025/04/10/usc-study-confirms-state-policies-drive-up-gas-prices/.

- **2025.** Mische quoted. *Daily News*. Board, T. E. (2025, April 6). *Can California get real about high gas prices?* https://www.dailynews.com/2025/04/06/can-california-get-real-about-high-gas-prices/

- **2025.** Mische quoted. *KTLA.* Turner, A., & Sternfield, M. (2025, March 31). *Policies, not greed, driving California's sky-high gas prices, study finds.* https://ktla.com/news/california/policies-not-price-gouging-to-blame-for-californias-soaring-gas-prices-study-finds/.

- **2024.** Mische quoted. *Washington Examiner,* "USC estimates California fuel could rise by up to 90 cents per gallon next year." (11/20/24). https://www.washingtonexaminer.com/news/3235752/usc-estimates-california-fuel-could-rise-by-up-to-90-cents-per-gallon-next-year/.

- 2024. Mische quoted. *The Irish Business Post,* "Grant Thornton Irish Partners Mull Debt Deal in Growth Plan" (July 21, 2024). https://www.businesspost.ie/news/debt-deal-on-table-as-grant-thornton-mulls-overhaul-of-partnership-structure/.

- 2024. Mische quoted. *The Wall Street Journal,* "Consultants Are Paid to Fix Businesses. Why Can't They Fix Their Own? (March 16, 2024). https://www.wsj.com/lifestyle/careers/consultants-are-paid-to-fix-businesses-why-cant-they-fix-their-own-1ed9bb04?st=6lijni2puvf4t7s&reflink=desktopwebshare_permalink.

- 2024. Mische quoted. *Newsweek, "Californians Need $1,000 More To Pay 2025 Gas Prices."* (11/21/24). https://www.newsweek.com/california-2025-gas-prices-increase-1989321.

- 2024. Mische quoted. *Institute of Energy Research.* "California Gasoline Prices Will Skyrocket." (11/29/24). https://www.instituteforenergyresearch.org/fossil-fuels/gas-and-oil/california-gasoline-prices-will-skyrocket/.

73

- 2024. Mische quoted. *CBS 8, San Diego*. (11/21/24.) https://www.cbs8.com/article/news/local/california-drivers-gas-costs-2025/509-0ec7e8d0-8d2e-4540-9235-c6620628fcdb.

- **2024.** Mische quoted. ***FOX 11, LA***. (11/20/24).  https://www.foxla.com/news/californians-will-pay-much-more-next-year-keep-up-2025-gas-prices-study

- **2024.** Mische interviewed. ***860 AM, LA***. (12/26/24). https://860amtheanswer.com/news/regional/1f1b8870-c3bd-11ef-8dfd-d3251992d201

- 2024. Mische quoted. *Arizona Daily Sun*. "USC estimates California fuel could rise by up to $1.15 cents per gallon next year." (11/20/24). https://azdailysun.com/usc-estimates-california-fuel-could-rise-by-up-to-1-15-cents-per-gallon-next/article_7aa9d45c-a75d-11ef-aee1-df0e25f64341.html.

- **2024.** Mische quoted. ***Courthouse News Services***. "California Lawmakers Consider Newsom's Oil Profit Penalty." (2/23/23). https://www.mresearch.com/wp-content/uploads/California-lawmakers-consider-Newsoms-oil-profit-penalty-plan-_-Courthouse-News-Service.pdf

- 2023. Mische quoted. *The Wall Street Journal*, "For Once, Rookie Consultants Don't Have Enough to Do." (August 4, 2023). https://www.wsj.com/articles/consultants-bain-kmpg-ernst-young-boston-consulting-bcg-recruits-layoffs-1a2629fd.

- 2023. Mische quoted. ***ExtractingFact.com***, "Three Things Governor Newsom Should Learn from the Special Hearing Session." (March 14, 2023). As University of Southern California professor Michael Mische put it:  *"The fact is, we haven't proven any cases of price gouging by oil companies or refiners … As recently as November 2022, we had a court case in the U.S. District Court in San Diego tossed out. The list goes on and on."*  https://www.extractingfact.com/news/statewide/three-things-newsom-should-learn-from-the-special-session-hearing/.

- 2022. Mische quoted*.* ***Seattle Times***, "California Eyes Penalties for Oil Companies Big Profits." (December 4, 2022). https://www.seattletimes.com/business/california-lawmakers-to-meet-eye-big-oils-high-gas-prices/.

- 2022. Mische quoted. ***San Jose Mercury News***, "Should California Tax Oil Profits." (November 29, 2022). https://www.mercurynews.com/2022/11/29/should-california-tax-oil-profits-gas-spike-hearing-sets-stage-for-contentious-debate/.

- 2022. Mische quoted. ***Consumer Watchdog,*** "Should California Tax Oil Profits: Gas Spike Hearing Sets Stage for Contentious Debate." (November 29, 2022). https://consumerwatchdog.org/news-story/should-california-tax-oil-profits-gas-spike-hearing-sets-stage-contentious-debate.

- 2022. Mische quoted. ***East Bay Times,*** on oil and gas prices in California. (November 2022). https://www.eastbaytimes.com/2022/11/29/should-california-tax-oil-profits-gas-spike-hearing-sets-stage-for-contentious-debate/.

- 2022. Mische quoted. ***ArcaMax Business,*** on oil and gas taxes. (November 29. 2022). https://www.arcamax.com/business/businessnews/s-2755516-p2.

- 2021. Mische quoted. ***Politico***, on political pay for play. (February 2021). https://www.politico.com/news/2021/02/12/imaad-zuberi-biden-inner-circle-468816.

- 2021. Mische quoted. ***Washington Examiner***, on FARA conviction. (February 2021). https://www.washingtonexaminer.com/news/donor-ties-biden-trump-clinton-obama-sentenced-12-years-prison.

**BOOKS BY MICHAEL MISCHE**

74

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

- **2025.** Pending & Under Contract: *Management Consulting: Professional Practice, Responsibility & Ethics.* Target publication date August 2025.
- **2023.** *CasePro! The Consultant's Critical Thinking Approach to Case Analysis.* Author. ISBN: 978-1-7935-1400-4. (Cognella Publications, January 2023).
- **2017.** *Management Consulting: Today & Tomorrow.* Contributing Author. ISBN: 978-1-138-12428-8 (Routledge, 2017).
- **2000.** *Strategic Renewal: Becoming a High-Performance Organization.* Author. ISBN: 0-13-021919-3. (Prentice Hall, 2000). Adopted for use by 8 MBA programs.
- **1996.** *The 21st Century Organization: Reinventing Through Reengineering.* Co-Authors- Warren Bennis & Michael Mische. ISBN: 0-89384-273-7. (Jossey-Bass, 1996). Reached Top-25 on both U.S. and international best seller's list, published in 5 languages.
- **1996.** *Reengineering Systems Integration Success, Volumes 1 & 2.* Editor. ISBM: 1-8493-9952-1. (Auerbach, 1997- 1999).
- **1996.** *Step-by-Step Reengineering: The Comprehensive Guide to Process Change.* Author. ISBM: 0-8839-0476-4. (Jossey-Bass, 1996). This book was adopted by virtually every major consulting firm and has served as a foundation for many firms' proprietary methodologies. Also used by President Clinton & Vice President Al Gore in their "Reinventing Government," initiative. (1992-94). See, https://www.govexec.com/management/2013/04/what-reinvention-wrought/62836/
- Contributing author and/or editor to 3 other books (Auerbach) on process and system integration.

**PAPERS BY MICHAEL MISCHE (partial)**
- **2025.** *"A Study of California Gasoline Prices and The Potential Implications of The California Gasoline Reserve."* USC Business of Energy Transition Initiative (BET). (March 16, 2025).
- **2024.** *"Not All Oil is Created Equally: Understanding the Venezuela Petrostate."* USC Business of Energy Transition Initiative (BET). (September 2024).
- **2024.** *"Bidenomics…Facts, Figures and Everything Americans Should Know."* Co-authored with Torri Kyes. Over 40,000 reads as of September 1, 2024. (February 2024).
- **2024.** *"Is Venezuela the Answer to U.S. Oil Woes?"* USC Business of Energy Transition Initiative. (May 2024) (BET).
- **2024.** *"Understanding the Implications of Iranian Oil & U.S. Sanctions: What the Facts, Figures & Data Tell Us."* Oil & Gas Association. (April 2024).
- **2024.** *"2024 Management Consulting Annual Outlook."* Over 40,000 reads. (January 2024).
- **2024.** *"Management Consulting Annual Outlook & Firm Rankings: 2024."* Over 40,000 reads. (January 2024).
- 2023. *"The Fiction, Fallacy, Facts & Realities of California's Profit Gouging Tax."* (January 2023).
- 2023. *"When it Comes to Energy the Stupidity of Biden Administration Knows No End."* (Feb. 2023).
- 2023. *"Twenty-five Questions that all Americans Should Ask About Oil & Gas Prices."* Oil & Gas Association. (Oct. 2022).
- **Prior Papers: 1984 to 2022** (Partial List)
  - "Ranking the Top MBA Programs for Management Consulting." (2018, 2019, 2020, 2021).
  - "A Comparative Survey of Top Twenty MBA Management Consulting Programs." (2018).

75

- o "Federal Tax Implications of Unclaimed Property," (TAF, 2014).

- o "Alternative Asset Class Investments: The Case for Classic Cars." (SCG, 2013).

- o "The Contagion Effect of Greek Default & It's Impact on the Eurozone: A Working Paper," (2013).
- o "Innovation: The Engine of Strategic Renewal." (Accenture, 1996).
- o "Symptoms of a Terminally Ill Integration Project," (Auerbach, 1997- 1999).
- o "Transnational IT Architecture," (Auerbach 1997- 1999).
- o "Building Process Excellence: Lessons from The Leaders." (The Economist/EIU, 1996).
- o "Remedies to Wrongful Seizure: A Discussion of IRS Liens & Levies." Jerome Horvitz and Michael Mische. (Warren Gorham & Lamont, 1984.)

**EDUCATION**
- **Massachusetts Institute of Technology,** Sloan School of Management. MA. (August 2020).
  - o Certificate, Executive Education Program, AI: Implications for Business Strategy.
  - o Modules completed included:
    - Introduction to AI
    - Machine Learning in Business
    - Natural Language Processing in Business
    - Robotics in Business
    - AI in Business and Society
    - The Future of AI

- **New York University**, Stern School of Business. NY, NY. (February 1978).

  - o Master of Business Administration, Finance. Minor: Management.

  - o Completed both BS & MBA is less than 5 years.

  - o Thesis: "Business Cycles & Capital Investment Theory." Advisor, Prof. Robert Kavesh, Chairman, NYU Economics Dept.

  - o Honors Paper: "Price Level Adjusted Financial Statements." Advisor, Prof. Barbara Marino.

  - o NYU Graduate Assistant to Prof. Alexander Melamid & Prof. Rolf E. Wubbles.

- **Golden Gate University**, Graduate School of Taxation.  San Francisco, CA. (June 1984)

  - o Master of Science, Federal Taxation.

  - o Publications: "Remedies to Wrongful Seizure." (Warren, Gorham & Lamont. 1984).

- **New York University**, Stern School of Business. NY, NY. (October 1976).

  - o Bachelor of Science, with Honors in Banking & Finance.

  - o Double Major: Finance & Economics.

  - o Minor: Political Science (Soviet Economic System).

76

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION

- o Honors Thesis: "Industry Analysis of Nonferrous Metals," Advisor, Prof. Rolf E. Wubbles.

- o Five-year accelerated BS/MBA degree program (Awarded MBA at age of 23).

- o Recipient: Jules Bachman & Boris Kostelanetz Academic Scholarships - Economics.

- o Beta Gamma Sigma & Phi Alpha Kappa, national academic honors societies.

- o Student Athlete. NYU Men's Varsity Swimming Team.
- o Vice President, NYU Finance Society.
- o Member, Phi Gamma Delta.

**COMMUNITY SERVICE ACTIVITIES (Partial)**

- Active in sexual assault prevention initiatives and counseling young men. (On-going.)
- Active financial supporter, LA Catholic Good Shepard Shelter for Battered & Abused Women. (On-going).
- Active financial supporter, USC Women's Basketball. (On-going).
- Active financial supporter, Phi Gamma Delta Educational Scholarship Fund. (1980 to present).
- Passionate supporter of Title IX initiatives for women athletics. (1977-present).
- Past Member, City of Pasadena, "We Must Breathe Task Force," for police reform and underrepresented economic opportunity programs. Chaired by the late Council Member, John J. Kennedy. (2020).

**MISCELLANEOUS AWARDS (Partial)**

- "Man, of the Year," elected by the NYU Chapter. (1992).

- Nominated for "Who's Who in America." (2001, 2024).

- Nominated for "Who's Who in American Business." (2011, 2024).

- "Most Influential Graduate Brother of the Year." (2023).

**BOARD MEMBERSHIPS**

- Due to the potential for conflicts of interest and publicity, Michael restricts his for-profit board affiliations to private organizations.
- Past non-profit board affiliations include, but are not limited to:
  - o NYU-Stern, Annual Alumni Fund. Co-Chairman. (1990-91).
  - o NYU-Stern, Haskins Fund. Board Member. (1992).
  - o NYU-Stern, Dean's Advisory Board. Board Member. (1988-1992).
  - o NYU-Stern, New Building Fund Board. Fundraiser. (1990-1992).
  - o Phi Gamma Delta Educational Foundation. Board Member. (1990-1994).
  - o Gamma Phi House Corporation. Board Member. (1990-2001).

**PERSONAL INTERESTS**

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO
PRELIMINARY INJUNCTION

- Lifetime Member: International Fraternity of Phi Gamma Delta. Member. (1973 – present).

- Interesting Fact: Former elite-level two-sport athlete. (1969-1975).

- Passions: Classic American muscle cars, Formula 1 racing, writing, American military history, architecture, classical music, weightlifting, boxing, developing consulting talent, and PSU & USC football.

- Most notable influences: NYU Profs. Alexander Melamid, Rolf. E. Wubbels, Wassily Leontief (Nobel Recipient), & Ed Altman; KPMG Partners CEO Larry D. Horner & Hilliard M. Eure-III; my incredible athletic coaches & trainers; and most of all, my mother, Jane and father, Albert.

**LINKS**

- https://www.linkedin.com/in/michael-a-mische-987b30a/
- https://www.youtube.com/watch?v=dC5lLcSK-1I&t=13s
- https://www.youtube.com/watch?v=HvP2ELGHdjQ
- https://www.youtube.com/watch?v=2Rv7l2qhCSw&t=12s

DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION 001354

**PROOF OF SERVICE**

I, Josie Cisneros, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071.

On July 7, 2025, I served the document(s) described as **DECLARATION OF MICHAEL A. MISCHE IN SUPPORT OF REAL PARTIES' OPPOSITION TO PRELIMINARY INJUNCTION** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: *See* Attached Service List.

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☒ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2025, at Los Angeles, California.

*/s/ Josie Cisneros*

_____

Josie Cisneros

001355

**SERVICE LIST**

Julie Teel Simmons, Esq.
David Pettit, Esq.
Talia Nimmer, Esq.
Center for Biological Diversity
2011 Franklin Street, Suite 375
Oakland, CA 94612

ATTORNEYS FOR PETITIONERS
CENTER FOR BIOLOGICAL DIVERSITY and
WISHTOYO FOUNDATION

Tel.:    (510) 844-7100
Fax:    (510) 844-7150
Email: jteelsimmonds@biologicaldiversity.org
        dpettit@biologicaldiversity.org
        tnimmer@biologicaldiversity.org

Linda Krop, Esq.
Jeremy M. Frankel, Esq.
Tara C. Regnifo, Esq.
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622; Fax: (805) 962-3152

ATTORNEYS FOR PETITIONERS
ENVIRONMENTAL DEFENSE CENTER, a
California non-profit corporation; GET OIL
OUT!, a California non-profit corporation;
SANTA BARBARA COUNTY ACTION
NETWORK, a California non-profit corporation;
SIERRA CLUB, a national non-profit
corporation; and SANTA BARBARA
CHANNELKEEPER, a California non-profit
corporation

Tel.:    (510) 844-7100
Fax:    (510) 844-7150
Email: lkrop@environmentaldefensecenter.org
        jfrankel@environmentaldefensecenter.org
        trengifo@environmentaldefensecenter.org

Michael S. Dorsi, Esq.
California Attorney General's Office
55 Golden Gate Ave, Ste 11000,
San Francisco, CA 94102

ATTORNEYS FOR RESPONDENTS/
DEFENDANTS
California Department of Forestry and Fire
Protection, Office of the State Fire Marshal;
Daniel Berlant, in his official capacity as State
Fire Marshal

Tel.:    (415) 510-3802
Email: Michael.dorsi@doj.ca.gov

Duncan Joseph Moore, Esq.
Benjamin J. Hanelin, Esq.
Natalie C. Rogers, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067

ATTORNEYS FOR REAL PARTIES IN
INTEREST
Sable Offshore Corp.; Pacific Pipeline Company

Tel.:    (310) 620-5879
Email: djmoore@paulhastings.com
        benjaminhanelin@paulhastings.com
        natalierogers@paulhastings.com

Trevor D. Large, Esq.
FAUVER, LARGE, ARCHBALD & SPRAY
LLP
820 State Street, 4th Floor
Santa Barbara, CA 93101

ATTORNEYS FOR REAL PARTIES IN
INTEREST
Sable Offshore Corp.; Pacific Pipeline Company

Tel.:    (805) 966-7000
Email: TLarge@FLASllp.com

**Attachment D:**
**S. Ellis, M. Mische, M. Ariza, "California Energy & Fuel Policies: A Clear and Present Threat to National Security and Force Readiness" (Oct. 21, 2025)**

USSER-000095

Not Classified. For Discussion Purposes Only

# CALIFORNIA ENERGY & FUEL POLICIES:
# A CLEAR AND PRESENT THREAT TO NATIONAL SECURITY AND
# FORCE READINESS?

by
**Stan Ellis, Member, California Assembly** [1]
**Michael Mische, University of Southern California** [1]
**Michael Ariza, Petroleum Professional & U.S. Navy Veteran** [1]

**Released October 21, 2025**
**Washington, D.C.**
**16oo Hours**

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

USSER-000096

1

Not Classified. For Discussion Purposes Only

## EXECUTIVE SUMMARY

The purpose of this paper was to research and discuss the influence of California oil, fuels, and refining regulatory policies, statutory actions, and prevailing political attitudes on U.S. military force readiness and national security. Our analysis has identified and addressed **four** major points of California created and specific vulnerabilities which can compromise U.S. military force readiness and national security: 1- Refineries, 2- Distribution (Pipelines), 3- Production, and 4- Fuel Inventories.

## 1.0   Introduction

Arguably, California has the most severe restrictions regulating the oil, refining, and fuels industries in the world. California's energy policies and regulations have not only resulted in the highest gasoline prices in the nation, and the highest taxes and fees in the nation but have led to the closure of two major refineries which now threaten essential pipelines that provide crude oil and fuel supplies to California's surviving refineries, civilian markets, and military installations, as well as those in Arizona and Neveda.

The oil and gasoline industries in California account for around 8% of the state's GDP…but it is, critically, the first 8% of its overall GDP. Without oil and gasoline, the other 92% would be impossible to attain. Without petroleum, asphalt can't be made, and steel cannot be produced. Even in a state as environmentally conscious as California, fossil fuels still generate around 40% of all electricity. Without that 40%, there would be no Silicon Valley. Without gasoline and diesel fuels, California agricultural production would be a fraction of what it is today.

California was once a leading producer and exporter of oil and crude oil products in the world. Much of California's 20th-century economy was predicated on oil and gasoline production, which, in turn, provided the fuel to support its population growth, agricultural production, the defense industry, and later, the tech industries. Today, California is far from self-sufficient with respect to its energy needs. The state produces less than 23% of its own in-state petroleum needs, and imports over 65% of its crude oil from non-U.S. foreign sources, the largest of which was Iraq over the recent years.

As a result of California government policies and regulatory actions, as well as years of politicians demonizing refiners and producers as "price gougers" without economic proof,  California is now facing a pending gasoline and aviation fuels crisis of potentially epic levels. In all planning scenarios, California will be increasingly dependent on non-U.S. foreign sources for gasoline. Rather than investing in its state's resources and employment, California's policies necessitate paying petrostates, such as Iraq and Saudi Arabia, over $60 million a day for crude oil imports. In addition to buying crude oil, the Golden State will now be paying for non-U.S. foreign gasoline, some of which may be made from Iranian and Russian oil. In this regard, and as a direct result of its political and regulatory policies, California will be knowingly financing and, perhaps to some extent, aiding and abetting America's potentially most menacing adversaries.

In our collective opinion, and after considerable study, we believe that California's policies as well as its recent demonstrated inability to effectively manage the current refinery closings and in-state oil production crisis contributes to increased vulnerabilities to military fuels disruption which, in turn, can compromise U.S. force readiness and national security.

## 2.0   California Oil & Gasoline Consumption

California consumes around 580 to 603 million barrels or 25 to 31 billion gallons of crude oil products annually. Of that amount, approximately 97.6 million barrels of crude or 16% is associated with aviation (jet fuel) consumption. Of the 97.6 million barrels of jet fuel consumed in 2024, around 10.0 million gallons are associated with "normal" military aviation. In times of military actions or national defense, that consumption is likely to be far higher…and California must have resiliency and redundancy in-situ; it does not. California refineries also produce aviation gasoline, commercial aviation fuel, diesel fuels, and gasoline for military consumption. As demonstrated in Operations Desert Shield and Desert Storm, military mobilization often involves personnel and material movement via commercial airliners and chartered flights, which use aviation jet fuel.

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

USSER-000097

001359

Not Classified. For Discussion Purposes Only

Despite having the 5th largest crude reserves in the U.S., California's in-state crude oil production has fallen over 68% since 1991. Consequently, California is the most heavily reliant of all U.S. states on non-U.S. crude oil sources, with non-U.S. oil imports comprising over 65% of California's needs. In 1981, California's imports from non-U.S. countries were less than 6%. While overall U.S. dependency on foreign oil has declined dramatically, California's dependency has increased. That overdependency on foreign oil providers and foreign-flagged oil tankers contributes to U.S. military readiness concerns, as well as the potential for compromised national security.

Overall gasoline consumption in California, despite political hyperbole surrounding EV adoption, has not materially changed since 2001. In fact, it's less than one percent annually. EV adoption rates have slowed and are far below the projections of the California Air Resources Board (CARB). Californians consumed over 317 million barrels of gasoline in 2024. Furthermore, California supplies 88% of its gasoline needs to Nevada and 33% of its needs to Arizona, or around 44.9 million barrels of gasoline annually. Furthermore, the largest growing segment of fuel consumption in California is jet fuel. As California is losing refinery capacity and, quite possibly, pipelines due to low volumes, California's energy policies and attitudes towards its oil, gas, and refinery operators creates force readiness concerns and potential conflicts in resource allocations.



Source: M. A. Mische

### 3.0 California Refineries

Military aviation fuels are of the highest grades and standards and require specialized refining operations. F-18, F-22, and F-35 fighter jets, heavy bombers such as the B-52, B-1, and B-2, and drones all rely on advanced aviation jet fuels. When deployed in combat or on routine missions, America's war fighters require fuel. The logistics of resupply require precision planning and operations of the highest caliber. U.S. aircraft carriers, which exist for the sole purpose of launching military aircraft, must carry millions of gallons of jet and aviation fuels for the performance of their mission. California oil refineries and pipelines are the fountainhead of a long and complex military fuels supply chain. Any operational or policy failure along the logistical supply chain can and will compromise operations, the mission, and American lives.

Neither the U.S. nor California government own and operate oil fields or refineries. Contrary to common belief, the U.S. Strategic Petroleum Reserve (SPR), which was created in the 1970s and is located predominantly in America's southeast, does not store gasoline or jet fuels. The SPR stores crude oil. Alarmingly, the SPR, under President Joe Biden, was drained of crude, with days' supply plummeting 62% from 12/25/20 to 12/27/24.

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

USSER-000098

001360

Not Classified. For Discussion Purposes Only



(Source: EIA)

Despite being the largest state in the Union and the 4th largest economy in the world, California has no inbound pipelines supplying crude oil, gasoline, or aviation fuels, which amplifies U.S. national security vulnerabilities. Astonishingly, over 95% of California's inbound crude and gasoline supplies are delivered by maritime tankers, the majority of which are not U.S.-flagged vessels, including tanker ships owned by Russia's SCF Group and China's Cosco Shipping Energy Transportation.

In 1991, there were over 40 refineries in California. As of October 16, 2025, there are eight refineries operating in California with a combined processing capacity of 1.467 million barrels of crude oil daily. That's down 68% in the number of refineries since 1991. As Chevron President Andy Walz recently noted in a Fox Business interview, "I think it's been a tyranny of about 25 years to get the refining business to leave California." Consequently, it was not, as some California politicians and agency "experts" assert, that it was by intentional desire or some industry conspiracy that created industry concentration and reduced the number of refineries in the state; it was state regulations and policies that drove the refiners out.

By April 2026, there will only be seven refineries surviving in California as a result of the two most recent refinery closures (Phillips 66 and Valero). In-state gasoline production will be reduced by at least 6.2 million gallons a day, with progressively worse-case estimates totaling 9.33 million gallons a day. In addition, jet fuel production from Valero will drop by 600,000 gallons a day. By 2035, California refinery production could decline by 35% or more, placing greater pressure on shrinking supplies, increasing consumer prices past $8.00 a gallon, and forcing greater dependency on non-U.S. suppliers for fuels and crude oils and foreign shippers.

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

4

Not Classified. For Discussion Purposes Only



**California Number of Operable Refineries as of January 1, 1982 to January 1, 2024**

CA.- 69.7% decline in the number of refineries
CA.- 36% decrease in refinery capacity

Source: EIA & CEC

## 4.0 California: America's Asia-Pacific Military Vanguard

Since 1945, U.S. military doctrine has been founded on deterrence and "Peace Through Strength." California's military installations sit as the vanguard of U.S. forces with direct facing to potential nuclear adversaries such as North Korea, Russia, and the People's Republic of China (PRC), and transnational terrorist organizations in the Philippines, Malysia, and Middle East. California is home to some 50-plus U.S. military installations, which include, but are not limited to:

- The Pacific Fleet based in San Diego, Alameda, and Point Loma.
- United States Marines stationed at Camp Pendleton, Twenty-Nine Palms, Miramar, and Barstow.
- U.S. Coast Guard ports and stations located inland and along the state's 840-mile coastline, and from bases inland.
- U.S. Air Force bases, including Los Angeles, Edwards and Travis and missile bases such as Vandenberg.
- The U.S. Navy Post-Graduate College located in Monterey.

California's refinery capabilities extend to provide fuels to U.S. bases located in Arizona and Nevada. For example, California supplies Luke Air Force base, the USMC base in Yuma, and the Air National Guard based in Arizona. California also supplies fuels to Nellis and Clark Air Force bases in Nevada, as well as military testing, proving, and training areas, which are essential for war readiness, and are also located in Arizona and Nevada.

California-based military forces are under the command of U.S. Indo-Pacific Command (USINDOPACOM) and are capable of providing lethal forces, at strength and scale, as needed, anywhere in the world within 72 hours…assuming, of course, that those forces have sufficient fuel to reach the designated theaters and threats and can prosecute continuous war operations. To help put the U.S. commitment to the Asia-Pacific Theater, two of the largest U.S. military installations are located in Japan and South Korea. Total U.S. troop strength in the Asia-Pacific Command deployed to Japan and South Korea outnumbers that of Europe.

California's energy policies, political sentiments, and regulatory environment have become a direct threat to U.S. military force readiness on the West Coast. As has been documented in various U.S. war planning exercises and studies, America confronts a new axis of evil composed of China, Iran, North Korea, and Russia. These potential adversaries, along with the emergence of transglobal terrorism have presented the U.S. the considerable challenges for both 2.5 and 4+1 war planning scenarios. However, with diminishing refining capacity placing pressures on supply, and extreme reliance on non-U.S. crude and gasoline, as well as foreign tankers for supplies, California's policies appear not to align with nor support the concept of self-sufficiency, and the need for force readiness.

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California, or any of the employers and/or their affiliates thereof of the authors.

5

Not Classified. For Discussion Purposes Only

In any conflict scenario, U.S. force readiness and response plans require jet, diesel, and gasoline to prosecute war operations. As the vanguard to the Asia-Pacific Theater, the weight of U.S. Pacific readiness stands squarely on the shoulders of California and its refineries and gas and oil infrastructure. Given the current status and trajectory of California energy policy, it is not an issue of whether military fuel supplies will fail; that process has already begun. The larger and more concerning issue is that if left unaddressed, and if left to the whims of the California Legislature and the wisdom of Governor Newsom, California's apparent failure to fully comprehend and effectively address the current oil and gasoline crisis will only accelerate fuel, price, and supply insecurities, which could ultimately, compromise U.S. military force readiness and U.S. war doctrine.

Under Defense Fuel Support Point (DFSP) cover levels, as verified in DLA Energy Logistics Manual (3–5 days peacetime working stock and faster under surge demand), Pacific readiness begins <u>degrading within ~72 hours</u>. DFPS, which maintains only minimal day's supplies of fuel stocks, acquires its fuel from commercial refineries owned and operated by for-profit corporations and predominantly uses commercially available pipelines for the delivery of its fuel supplies. In practical terms, this means that if fuel deliveries stop, California and its neighbors begin running dry almost immediately, imperiling both civilian mobility and military operations.

The collective effect of California's policies and regulations has created vulnerabilities to America's war readiness, which are, undoubtedly, well-studied and well-known to our adversaries. California's central role in National Defense extends beyond its borders and neighboring states. For example, the closure of the Red Hill Bulk Fuel Storage Facility in <u>Hawaii eliminated the Pacific's only hardened strategic reserve,</u> forcing the U.S Indo-Pacific Command to adopt a dispersed fuel posture. Fuel once stored under a mountain at Red Hill is now distributed among new and expanded bulk sites in Australia (Darwin ~ 80 million gallons), Guam, Japan, Korea, and the Philippines. While this distributed model improves survivability, it multiplies dependence on California's refinery output and tanker lift capacity to sustain forward forces. Analysts estimate that roughly 86 tankers would be required to maintain continuous supply during a major Pacific contingency; several dozen more than the U.S. fleet now controls. Every gallon that fails to leave California on schedule compresses the ~72-hour readiness window described in this report. In effect, California's fuel network is not just a state vulnerability; it is the starting point of America's forward defense posture, and its failure would ripple through every Pacific operational node within days.

Other than increasing reliance on oil and gasoline from non-U.S. suppliers and foreign-owned tankers for transport, <u>California's government and leadership have no real plan to address its pending gasoline and aviation fuels crisis</u>. More importantly, California leadership has woefully underestimated the implications of its actions on overall U.S. national security. For example:

- The Phillips 66 Rodeo refinery, formerly a 120 kbpd crude facility, has already transitioned to renewable diesel and no longer contributes CARB-compliant gasoline or jet fuel to the state supply. With no local reserves and only working stocks at DFSPs, every disruption must be absorbed in real time by an already strained supply chain.

- Recent incidents further illustrate the magnitude of capacity attrition. PBF Martinez sustained a maintenance fire on February 1, 2025, forcing the refinery offline until late April. It did not return to full restoration until the third quarter of 2025.

- Marathon Martinez, a 161,000 BPD refinery, was idled by a fire on November 19, 2023, and has yet to resume full crude operations and continues producing about 17,000 BPD of renewable diesel, effectively removing roughly 160,000 BPD of crude-mode capacity from the state's system.

EIA data indicates that California and the broader West Coast have no strategic refined-fuel reserve. At any given time, the total volume of transportation fuel in transit or storage across the region equals only about two to three weeks of normal demand—roughly fourteen to twenty-one days of supply. In a national emergency, the federal government could requisition commercial fuel stocks for military-priority use, but without active resupply, even

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

USSER-000101

Not Classified. For Discussion Purposes Only

those operational reserves would be exhausted within roughly two weeks. Replenishment would rely on long-distance imports that take additional weeks to arrive, especially as in-state production continues to shrink.

The U.S. military consumes over an estimated 100 million barrels of oil annually. The U.S. Air Force is the largest consumer of crude among the branches…Navy is second and Marines are third. To help put military consumption in perspective, according to various estimates, the USS Ronald Reagan, a Nimitz-class carrier, which posts F/A-18 Super Hornets airwings and other aircraft, maintains at least 3.4 million gallons of jet fuel as inventory to support airwing operations. An F/A-18 fighter jet carrier-based airwing is composed of 35 to 43 aircraft and consumes up to 800,000 gallons a day if operating in combat conditions and depending on fuel density and aircraft efficiencies. A single F/A-18 Super Hornet alone can burn upwards of 1,100 gallons per hour and around 72,000 pounds per hour with full afterburners. A 2020 analysis of F/A-18F fuel consumption based on over 400,000 sorties indicated that the average fuel consumption for Asia-Pacific is 13,396.9 lbs. per sortie or about 2,000 gallons. The U.S. Air Force's B-2 bomber holds 172,000 lbs. of fuel and burns 3,300 lbs. per hour, and America's "The Bone" B-1 supersonic bomber carries 265,274 lbs. For comparative purposes, a Boeing 747-Bi used for commercial flight and charter transport of military personnel carries around 63,000 lbs. of fuel.

## 5.0    California Pipelines

California has an extensive network of pipelines <u>within</u> the state. However, California's gasoline dilemma is further exasperated by the absence of any <u>inbound</u> pipelines from other states for oil or gasoline. As a result, California is isolated and has become increasingly dependent on foreign oil imported mostly by large maritime tankers and, to a lesser extent, rail and truck transports. Consequently, 98% of all foreign-sourced inbound crude oil is supplied to California via maritime vessels. The lack of inbound pipelines from other states isolates California from U.S. and Canadian sources and places the State in a vulnerable position with respect to oil and gasoline supplies.

California's immediate concern is related to its major northbound pipeline which has a capacity of around 300,000 barrels of throughput daily. Since assuming office in January 2019, new oil drilling permits under Governor Newsom fell by 95%. The reduction in new drilling permits and California's long-standing policies, which have crippled California's in-state onshore oil production and have prohibited offshore producers from using existing pipelines to move production onshore, the northbound pipelines are susceptible to imminent closure as they require 90,000 barrels a day in production to remain operationally and economically viable. Currently, they are operating at around 17% of capacity or 50,000 barrels a day, and the owner/operators are experiencing financial losses of around $2.0 million a month. In reaction, California passed SB 237, which is intended to provide additional in-state oil production from Kern County, ostensibly to address the potential of pipeline closures. Initial research indicates that SB 237 alone will not provide sufficient production to meet California's needs, and at prevailing lower Brent crude prices, it is questionable whether any new production will come online in time to make the northbound pipeline system economically sustainable. Stated differently, SB 237 still leaves California short in in-state oil production.

The closure of the northbound pipelines presents a direct threat to U.S. force readiness and represents a profound vulnerability in national security. For example, a technical weakness in California's fuel network directly translates into a potential military vulnerability. If a major pipeline or terminal disruption halts deliveries of JP-8 jet fuel or diesel to regional bases, the ability of U.S. forces to project power is immediately constrained. Fighter and transport aircraft cannot launch, and Army or Marine convoys cannot deploy without JP-5, JP-8, or diesel in their tanks. The interdependence is absolute: every service branch operating in the western United States relies on the same California-linked logistics chain for refined fuels, and any disruption or interruption can compromise military mission readiness.

<u>For any Asia-Pacific operation, California's refinery and in-state oil production will be essential to the fighting effectiveness of U.S. forces, and any further losses will compromise U.S. force readiness</u>. To compensate for California's actions, the American Taxpayer will have to pay additional costs and fees to acquire, transport, and store the fuels that were once produced in California. As it currently stands, California has lost a significant portion of its gasoline production from the October 16, 2025, closure of the Los Angeles area Phillips 66 refinery. In addition, California will lose another 145,000 barrels a day of production with the closure of the Valero refinery in Northern California. Between 2023 and April 2025, California refinery production will have cumulatively dropped

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

USSER-000102

Not Classified. For Discussion Purposes Only

by almost 22%. Any further loss in in-state oil production will most likely result in the loss of the north-south pipeline system. The loss of the pipelines will necessitate hundreds of additional trucks to be used on California's roads to transport both crude oil and fuels predominantly to the few surviving northern refineries. Although the roads may be able to accommodate massive increases in the volume of truck traffic, the originating and receiving ports for the transported cargo have physical limitations, and road blockages, accidents, and equipment failures, will create the inevitable back-ups and delays in supplies. In the event of military mobilization, at any scale, those self-imposed California limitations will become liabilities.

Travis Air Force Base provides a simple hypothetical example of how reduced refinery capacity and pipeline disruption can influence readiness risk. The base's resupply threshold triggers when on-hand inventory falls below roughly 8–9 million gallons, at which point Valero dispatches a jet-fuel batch from Benicia. The refinery maintains three jet-fuel storage tanks totaling about 290,000 barrels (~ 12.2 million gallons). During standard peacetime operations, Travis issues around 200,000 gallons per day, equivalent to roughly one week of cover. Under surge or contingency conditions, when heavy- lift and tanker sorties increase sharply, that stock would last fewer than three days. For example, during mobilization and extensive operations, tanker sorties increase sharply, thereby increasing overall Travis consumption to over 1.0 million gallons per day or less than three days of fuel supplies in on-hand inventory.

Travis receives its jet fuel from a private pipeline from a northern California refinery, predominantly Valero. The disruption of the pipeline and/or the closure of the refinery supplying the base would require replenishment, most likely by truck. Based on approved capacities, that would require approximately 21 trucks per day, seven days a week, 365 days a year, just to compensate for equivalent amounts lost due to refinery and pipeline closures. Looking at it differently and assuming that California will lose more refineries, and or lose the major north-south pipeline system, which has a capacity of around 300,000 barrels a day, the state would require an additional 1,333 tanker trucks per day to transport fuels and crude oil. California's road system, bridges, and loading and receiving terminals would be overloaded and flooded with traffic and incapable of processing such volume on a daily basis. Using railroad tankers would require at least 44 more cars per day, which would still need truck support.

## 6.0    War Planning: Understanding The Stress Case (Multi-Point Failure

War planning is a complex and sophisticated process. Multiple scenarios and an endless list of permutations and combinations are possible. For purposes of this study, we focused on a "worst-case" scenario involving multi-point failures. Specifically, and for example and discussion purposes only, a concurrent disruption, such as a major refinery casualty combined with a CalNev/SFPP East pipeline shutdown and temporary marine-terminal outage, would eliminate 70–90 percent of refined-product inflow across California and the interior Southwest for at least one week.

- Day 1: Within the first 24 hours, refineries and terminals exhaust operational buffers and activate allocation orders. DFSPs suspend all non-mission fuel activity and re-route limited deliveries to priority installations.

- Days 2 & 3: Regional airports, including LAX and Phoenix, begin rationing jet fuel; interior corridors such as Las Vegas approach critical supply. Retail shortages expand rapidly, forcing fuel-priority declarations for emergency services.

- Days 4 to 7:  Routine flight training ceases entirely to preserve JP-8/JP-5, hospitals and water utilities will near diesel exhaustion, and consumer panic drives queueing and sporadic unrest.

Without rapid restoration, regional readiness degrades sharply by the end of the first week. The initial marine backfill arrives only after three to six weeks (average Asia–California voyage plus terminal delay), confirming that import cadence cannot stabilize inventories before collapse. Under this stress test, a two- to four-week period of severe operational degradation emerges—a pattern consistent with DOE CESER and RAND interdependency models and observed colonial-scale disruptions. While the probability of simultaneous multi-node failure is low, correlation rises sharply under major seismic events, coordinated cyber intrusion, or deliberate sabotage. This scenario,

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

8

001365

**Not Classified. For Discussion Purposes Only**

therefore, defines the upper bound of regional vulnerability and validates the trigger thresholds established in Eq. E10 (days-of-supply < 5, pipeline outage > 24 hours, or refinery unit loss > 40 kbpd) are the points at which immediate federal allocation, waiver, and unified-command actions must initiate.

The chart below illustrates the sequential decline of refining capacity, pipeline throughput, and fuel inventories following a multi-node outage. As illustrated, jet fuel would collapse first, which would reduce operational readiness within 72 hours. By Week 2, operational readiness falls below 40% of baseline, confirming that cascading logistics failures drive exponential loss of capability and are not linear. In this scenario, the loss will most likely accelerate, exasperating U.S. operational efficacy.



*Source: Eq. E1 (Inventory with Transport Lags), Eq. E9 (Economic Loss from Shortages); EIA PADD 5 2024; CEC Petroleum Watch 2024; DLA Energy Dat*

(i) © 2025. This document which has been prepared for discussion and educational purposes only, expresses the sole personal opinions and positions of the authors cited herein. The ideas, content, findings, analyses, positions, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or explicitly, the opinions, policies, positions and/or statements of the State of California, the University of Southern California or any of the employers and/or their affiliates thereof of the authors.

USSER-000104

001366

Not Classified. For Discussion Purposes Only

## 7.0. Call for Presidential Action & Immediate Relief

Californians pay the highest gasoline prices and are burdened with the highest taxes and environmental program costs in the nation. Consequently, California consumers suffer at the pump. Furthermore, California, through its history of legislative actions and the consequential implications leading to the loss of in-state oil production, pipeline capacities, and refinery losses, has demonstrated its incapability to recognize and inability to preserve the national security interests of the nation, as well as the economic interests of neighboring states, with respect to energy production.

Although it was not the objective of this paper to determine the legal and political remedies to the California energy crisis and its contagion effect on the broader national interests, there are some intuitive actions that may provide POTUS with several options to mitigate the actions of California and protect the security interests of the U.S. as related to California as related to petroleum and refinery assets.

The most direct method may be for POTUS to declare California oil production pipelines, terminals, ports, refineries, and all related infrastructure as essential assets and invoke the Defense Protection Act (DPA) as provided under DPA Titles I and III, and DoD (now DoW) Directive 3020.40. This would have the effect of allowing POTUS to preserve and protect California oil production and refining assets essential to national defense. Secondly, POTUS may be able to avail himself of the national Emergencies Act to provide temporary relief to California producers, operators, and refiners. Finally, as a critical and essential national security asset, POTUS may have constitutional powers for protecting California gasoline production and other petroleum assets, potentially through operation of the Supremacy Clause of the U.S. Constitution.

California and the nation can ill afford a self-engineered and created California gasoline and aviation fuel crisis. Both the economic and national security interests are profoundly influenced, and sadly, compromised by California's political sentiment and legislative actions related to refinery operations and oil production.

The need for action is <u>now,</u> and the potential for a crisis caused by California's selfish policies creating a contagion effect on U.S. force readiness is imminent. It's time for Presidential intervention and national oversight.

<u>**For Additional Information, please contact:**</u>

Mr. Stan Ellis, Member of the California Assembly
Email: <u>sellis@bak.rr.com</u>

Professor Michael Mische, University of Southern California
Email: <u>mische@marshall.usc.edu</u>

<End of document>

© 2025. This document which has been prepared for discussion and educational purposes only, expresses the personal opinions of the authors cited herein. The ideas, content, findings, analyses, and opinions expressed in this document do not reflect, represent or articulate in any way, implied or expressed, the policies, positions and statements of the State of California, the University of Southern California or any of the employers or affiliates thereof of the authors.

USSER-000105

001367

**Attachment E:**
**J. Silvi, J. Rector, M. Mische, "A Study of SB 237 to Stabilize Oil Production in California"**

USSER-000106

001368

# A STUDY OF SB 237
# TO STABILIZE
# OIL PRODUCTION IN CALIFORNIA

**Joseph B. Silvi**
*University of California, Berkeley*

**James W. Rector**
*University of California, Berkeley*

**Michael A. Mische**
*University of Southern California*

USSER-000107

001369

**Disclaimer & Statement of Independence**

This paper solely represents the independent work, analysis, perspectives, representations, and opinions of the authors. It does not, in any manner, explicitly or implicitly, reflect, represent, or describe the views, opinions, policies, and positions of the University of California, or the University of Southern California, and their respective faculty, employees, administration, or students.

In creating and presenting this work, the authors have made all reasonable attempts to ensure the accuracy and consistency of the data, attribution to data sources, analysis, and calculations. Nonetheless, variances in data and presentation may exist to some degree. In the authors' opinion, such variances will <u>not</u> materially change the tenor, trajectories, impressions, interpretations, conclusions, or possible implications associated with the data, data sources, and related analysis.

The work presented herein is provided for informational, research, discussion, policy, and educational purposes. In performing this work, the authors have not received any special compensation and have no promise or anticipation of any compensation for the work presented herein. This work and the authors are entirely independent and not affiliated with, in any form, and are not advocating on behalf of or representing any petroleum company, organization, or foreign entity.

**Data Sources and Methods**

For this research effort, a series of critical questions were developed, and data related to addressing those critical questions were identified, obtained, organized, and analyzed. The research involved in this work is widely available and includes but is not limited to verifiable sources such the California Energy Commission, U.S. Energy Information Agency, Bloomberg, U.S. Department of Energy, SEC filings, International Energy Agency, Oil & Gas Journal, American Petroleum Institute, the California Department of Tax and Fee Administration, the U.S. EPA, California Air Resources Board, Statista, California Attorney General's Office, California Legislative Analyst's Office, U.S. Department of Interior, Bureau of Labor Statistics, California DMV, California Geologic Energy Management Division, and the U.S. Oil and Gas Association. Readers are strongly encouraged to avail themselves to the many sources and authorities footnoted herein.

# A STUDY OF SB 237 TO STABILIZE OIL PRODUCTION IN CALIFORNIA

## TABLE OF CONTENTS

| Section | Topic | Page |
|---|---|---|
| **1.0** | **Executive Summary** | **4** |
| | 1.1 Findings | |
| | 1.2 Conclusions | |
| | 1.3 Background | |
| **2.0** | **California Oil Supply Forecast with SB 237** | **8** |
| | 2.1 CEC Forecast | |
| | 2.2 Realistic Forecast | |
| | 2.3 Other Forecasts | |
| | 2.4 Oil and Gasoline Consumption | |
| | 2.5 Impact on Gasoline Prices | |
| **3.0** | **Summary** | **19** |

USSER-000109
001371

## 1.0    Executive Summary

The objective of this paper was to examine the potential implications of SB 237 in the broader context of California's refinery closures, oil and gasoline consumption, imports, pipeline capacities, product imports, and environmental impacts.

At one time, California was the leading producer of crude oil in the world, yet today, the Golden State is facing a potential gasoline supply crisis. Long-standing policies and an adverse political and regulatory attitude have resulted in a steady reduction in both California's in-state oil production and refinery capacity, leading to increased dependency on oil and, potentially, more gasoline from foreign sources, such as Iraq, Ecuador, Brazil, and, at times, Russia, Iran, and Venezuela. Already saddled with the highest regulatory costs and taxes in the nation, retail gasoline prices in California are over 50% higher than the U.S. average.[1] [2] With the imminent closure of two refineries and the loss of at least 20% of its in-state refinery capacity to produce gasoline, or around 6.5 million gallons a day, as well as the potential loss of California's largest inland pipeline which supplies crude oil to Northern California, California could be confronting double-digit gasoline price increases, and worse, gasoline shortages and lines at the pump.

In response to the growing potential crisis, Governor Newsom and the California Legislature reversed years of anti-oil policy and passed SB 237. In a stunning contradiction to the stated viewpoint that "increasing CA oil production will not change gasoline production capacity and may only marginally change production costs,"[3] SB 237 was enacted and signed by the Governor with the intent of allowing up to 2,000 new oil drilling permits annually within Kern County as the means to increase California's oil production and stabilize its pipeline and refining infrastructure. However, while this policy change is well-intentioned, it is likely not sufficient to stabilize the state's pipeline and refining infrastructure.

Moreover, while SB 237 attempts to address production and supply concerns, California's energy policy must also consider climate impacts, environmental protection, and social justice. Producing crude oil in-state must meet the most rigorous environmental standards in the world and is subject to emissions mitigation programs, reducing methane, volatile organic compounds (VOCs), and other pollutants compared with production in countries with weaker oversight. Local production can also help reduce toxic emissions from natural oil and gas seeps, which are a significant source of methane and air pollution in regions like the Los Angeles Basin and Santa Barbara Channel. By capturing and responsibly managing these emissions, California can improve air quality, protect community health, and limit environmental degradation. Conversely, relying on foreign crude transfers environmental and social impacts overseas and can increase global greenhouse gas emissions, pollution, and environmental destruction. By prioritizing responsible in-state production alongside careful regulatory oversight, California can strengthen energy security, reduce both local and global pollution, bolster its economy, and serve as a model for balancing economic, environmental, and social priorities.

---

[1] CA's regulatory costs, including taxes, are around $1.44 a gallon or about 30% of today's AAA price of gas of $4.655.
[2] https://gasprices.aaa.com/state-gas-price-averages/
[3] Brandon Richards, Deputy Director, Office of the Governor, State of California, May 7, 2025.

4

## 1.1     Findings

Using data from the California Energy Commission (CEC), the California Geologic Energy Management Division (CalGEM), the U.S. Energy Information Administration (EIA), California Department of Tax and Fee Administration (CDFTA) and other public and validated sources, the authors performed multiple analyses and built several complex models. Our findings indicate:

1. California requires around 578,000,000 to 581,000,000 barrels of crude oil-derived transportation fuels and products (such as road asphalt) annually to support its economy and to partially supply neighboring states with said fuels and products.

2. California's consumption of crude oil and gasoline has declined moderately but not significantly over the 2001 to 2024 period. The annual rate of decline has averaged less than one percent, and consumption has increased by nearly 7% since the all-time low in 2021 during the pandemic. The 2001 to 2024 decline trend is consistent with the observations of Stillwater Associates.

3. There is no indication that the consumption of gasoline and other transportation fuels in California will decline at any significant rate for the foreseeable future. Note, California's fastest growing fuel segment is aviation jet fuel.

4. Since 2001, the number of California refineries producing California compliant gasoline has fallen by almost 70%, inclusive of planned closures of two major refineries.

5. California's in-state oil refinery capacity for producing California fuels will have declined by 21% from 2023 to 2026, resulting in a net loss of 6.2 million gallons of in-state produced gasoline per day.  It would be unrealistic to expect that demand will fall by that amount by April 2026 when the Valero refinery in the San Francisco Bay Area is set to shut down.

6. Based on CEC data, California sourced crude supplies (in-state production) have declined by 65.3% from 2001 to 2024, while dependency on foreign oil has increased by 69% for the same period to over 324 million barrels per year.

7. The passing of SB 237 and the drilling of new wells in Kern County will add an estimated 10,125 barrels of oil per day (bopd) each year through 2030. However, California's statewide oil production is currently declining at a rate of about 18,000 bopd annually, meaning that even with SB 237, **California production will still experience an annual decline at the rate of approximately 7,875 bopd.**

8. The only way to stabilize in-state production is to drill and produce oil in other parts of California in addition to Kern County such as the Santa Barbara Channel and the Los Angeles Basin (LA Basin) which have several billion barrels of recoverable oil resources. These actions, along with a return to historical procedures for well operations and oil producers by CalGEM, can stabilize in-state production and prices while reducing highly pollutive foreign oil imports.

USSER-000111                                                     001373

9. SB 237 could partially support the continuing operation of the in-state northbound pipeline system. Based on our estimates of SB 237 production, with an estimated pipeline capacity of 300,000 bopd, and a minimum of 30% capacity utilization required for operational and financial breakeven (90,000 bopd).

10. The demand for the northbound pipeline complex capacity (300,000 bopd) will be reduced by the closure of the Valero refinery and the loss of 149,000 barrels of daily refining capacity.

## 1.2 Conclusions

The additional wells allowed under SB 237 will not stabilize in-state production, and as a result, in-state production will continue to decline as it is more than likely that producers will not drill 2,000 wells annually. Thus, it will not sufficiently address California's crude oil and gasoline needs and will not provide the much-needed stabilization of production to ensure California's oil and gas infrastructure and energy security in the near and midterm. The only way to stabilize production is to allow drilling in other regions of California like the LA Basin and the Santa Barbara Channel alongside minor, practical changes to regulations and policies which are restricting in-state production.

Furthermore, due to the imminent loss of two and potentially up to four refineries, California will be increasingly dependent on foreign sourced gasoline from suppliers such as India, South Korea, Saudi Arabia, Singapore, and, perhaps, China. India receives 40% of its crude oil from Russia, while China receives a significant portion of its crude stock for gasoline from Iran, Russia, and Venezuela.

Irrespective of SB 237, and as a consequence of market factors, California regulatory and political policies, the naturally occurring declines in crude oil production and significantly diminished refinery capacities, California will need to import gasoline from foreign sources. Therefore, we anticipate significant increases in fuel prices based on various crude oil price assumptions and supply stability.

For the foreseeable 20-year future and based on current estimates, economic and political assumptions and crude oil prices, a _realistic_ estimate of the California's total crude oil demand indicates that it may fall by around 27% to 36%. More aggressive actions and advanced technologies may accelerate the decrease in crude consumption by around 49%.

## 1.3 Background

The California Energy Commission (CEC) has identified that annual production of 125 million barrels of oil, or approximately 343,000 barrels of oil per day (bopd), is required to stabilize California's petroleum infrastructure, including its pipelines and refineries.[4] Furthermore, the CEC notes that this level of production is necessary to prevent price spikes at the pump. Southern California has ample supplies of recoverable crude oil that, if properly produced, could provide the needed in-state

---

[4] _JOINT OVERSIGHT HEARING - California's Transportation Fuels Transition_ (2025, August 20). https://autl.assembly.ca.gov/system/files/2025-08/08.20.2025_joint-oil-oversight-hearing-background.pdf

6

production and more. However, Sacramento has, through policies and new laws, intentionally stopped nearly all new oil and gas development in California since 2022.[5] This has accelerated current and future production decline in the state, which now stands at over 6% per year as shown by the yellow curve in Figure 1. Less than 10 years ago, California was the third-largest oil producing state, producing well over 500,000 bopd, however, production stands at about half the amount.[6] Recent legislation, namely SB 237, which will enable Kern County to permit 2,000 wells annually in unincorporated parts of the county, is regarded as the solution to increasing California's oil production to a stable level.[7]

The dotted horizontal line in Figure 1 is the CEC's objective for stable production at 343,000 bopd. Anything under this level increases gasoline prices at the pump, severely increases the risk of gasoline shortages, and requires more imports of crude oil and gasoline, most likely from non-U.S. sources. California already imports the greatest amount of crude oil from sources such as Iraq, Ecuador and Brazil than any other state in the U.S. For example, in 2025, California is expected to import over 67% of its crude oil needs from non-U.S. suppliers, sending roughly $60 million a day of Californians' money overseas in payment. Adding insult to injury, California's increased reliance on non-U.S. suppliers further supports appalling social injustices and severe environmental destruction caused by largely unregulated crude oil extraction as is occurring today in Iraq and Ecuador.[8][9][10] These countries have historically been California's largest sources of imported crude oil.[11]

Of critical note, California is already well under the CEC's 343,000 bopd minimum level for stabilization, currently standing at approximately 285,000 bopd as of August 2025 according to data from the California Geologic Energy Management Division (CalGEM), which tracks all oil, gas, and geothermal drilling and production data in California. The "gap" between current level and the CEC's stabilization objective is further accentuated by the substantial in-state consumer demand for crude oil derived transportation fuels and products. There is no evidence that demand has dropped significantly since the pandemic, and only the one-time increase in remote work due to the pandemic in 2020/2021 (instantaneously reducing demand by 10%) has changed demand in the past decade. The most likely estimate is that demand will be substantial for the foreseeable future and that declines in consumption will be minimal in accordance with historical rates. The CEC posits that additional drilling in Kern County, spurred on by SB 237, will be sufficient to increase production; however, this is an unrealistic assumption, the reasons for which are detailed in the following sections.

[5] *Law limiting new oil wells in California set to take effect after industry withdraws referendum.* (2024, June 27). Cbsnews.com; CBS Sacramento. https://www.cbsnews.com/sacramento/news/law-limiting-new-oil-wells-in-california-set-to-take-effect/

[6] California Department of Conservation Geologic Energy Management. *WellSTAR Data Dashboard* https://app.powerbigov.us/view?r=eyJrIjoiNGQzZWU1N2QtNjNmYy00ODQyLWJlNDUtODBiYjg2MjYyYzIiwidCI6IjRjNTk4OGFlLTVhMD AtNDBlOC1iMDY1LWEwMTdmOWM5OTQ5NCJ9&pageName=ReportSectionf17b88a6302e7136a0b1

[7] *Bill Text - SB-237 Oil spill prevention: gasoline specifications: suspension: California Environmental Quality Act: exemptions: County of Kern: transportation fuels assessment: coastal resources.* (2025). Ca.gov. https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202520260SB237

[8] Sandler Clarke, J. (2022, September 29). *Big Oil's dirty secret in Iraq.* Unearthed (Greenpeace U.K.). https://projects.unearthed.greenpeace.org/big-oil-iraq/

[9] Business & Human Rights Resource Centre. (2020, December 11). Ecuador: Indigenous Waorani file lawsuit against Chinese oil company PetroOriental, claiming gas flaring is contaminating their ancestral lands & threatening their survival. https://www.business-humanrights.org/en/latest-news/ecuador-indigenous-waorani-file-lawsuit-against-chinese-oil-company-petrooriental-claiming-flaring-is-contaminating-their-ancestral-lands-threatening-their-survival/

[10] Fernández Aguilar, C. (2023, September 12). *Hundreds of oil spill sites threaten Amazon Indigenous lands, protected areas.* Mongabay. https://news.mongabay.com/2023/09/hundreds-of-oil-spill-sites-threaten-amazon-indigenous-lands-protected-areas/

[11] California Energy Commission. (n.d.). *Foreign sources of crude oil imports to California* https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

## 2.0    California Oil Supply Forecasts with SB 237

### 2.1    CEC Forecast

The CEC has proposed that the additional crude oil production from Kern County alone, resulting from the codification of the Kern EIR and SB 237, will enable a ramp up in oil production to meet stabilization requirements within four years, as shown by their green curve in Figure 1. This would require a net <u>increase</u> in crude oil production of approximately 15,500 bopd annually from 2026 to 2030 to meet the CEC's estimate. However, California's statewide oil production is currently <u>declining</u> at a rate of about 18,000 bopd annually. As a result, approximately <u>33,500 bopd of new production, or 12,227,500 total barrels of new crude production</u> will need to be added annually to both overcome ongoing decline and achieve a net increase in oil production to reach the CEC's objective of 125 million barrels of in-state annual oil production by 2030.

We believe the CEC's reasoning and estimates are highly unrealistic. First, the new well production rates assumed by the CEC are not supported by data from CalGEM. The CEC stated that average new wells in Kern County will produce 30 bopd with a 7% annual decline rate.[12] However, and to the contrary, a recent analysis of CalGEM data has revealed that the average new well drilled in Kern County produces only about 13.5 bopd and has an average decline of 15.5% annually for the first five years of production.[13] Second, even when regulations were friendlier and inflation-adjusted oil prices were over $150 per barrel in 2013 and 2014, additional drilling in Kern County did not increase production to the levels forecasted by the CEC. Kern County only experienced an average net increase of about 10,000 bopd in both 2013 and 2014, a significant portion of which resulted from well stimulation treatments, which are now banned.[14] Third, around 70% of Kern County's production is of heavy oil, which requires steam flooding.[15] This process is more expensive today than in 2014 due in part to increased Cap-and-Trade fees and Low Carbon Fuel Standard costs.

### 2.2    Realistic Forecast

An average new well in Kern County costs around $500,000 and will return capital in around four to five years with current oil prices. While there are some projects with more attractive economics, the average new well in Kern County is only marginally economically viable today, as is the case with many oil producing basins in the United States.

---

[12] *JOINT OVERSIGHT HEARING - California's Transportation Fuels Transition* (2025, August 20). https://autl.assembly.ca.gov/system/files/2025-08/08.20.2025_joint-oil-oversight-hearing-background.pdf

[13] Ferrar, K. (2025, August 26). *California Oil Wells: Data Shows 13.5 Barrels/Day vs. 30 Claimed - FracTracker Alliance.* FracTracker Alliance. https://www.fractracker.org/2025/08/californias-new-oil-wells-average-13-5-barrels-day

[14] California Department of Conservation Geologic Energy Management. *WellSTAR Data Dashboard* https://app.powerbigov.us/view?r=eyJrIjoiNGQzZWU1N2QtNjNmYy00ODQyLWJlNDUtODBiYjg2MjYyYzIzIiwidCI6IjRjNTk0OGFjLTVhMDAtNDBlOC1iMDY1LWEwMTdmOWM5OTQ5NCJ9&pageName=ReportSectionf17b88a6302e7136a0b1

[15] *Gasoline Retail Prices by Brand Diesel Retail Prices by Region Counties With Thermal EOR Oil Fields Kern County Thermal EOR Oil Fields Kern County Thermal EOR Wells in 2020 Thermal EOR Wells Outside of Kern County in 2020 CHP Locations and Capacity CHP Facility Count, Capacity, Generation, and Grid Sales Featured Topic: California Oil Fields With Thermal Enhanced Oil Recovery PETROLEUM WATCH REFINERY NEWS INSIDE CALIFORNIA DIESEL RETAIL PRICES BY REGION CALIFORNIA GASOLINE RETAIL PRICES BY BRAND.* (2021). https://www.energy.ca.gov/sites/default/files/2021-12/2021-12_Petroleum_Watch_ADA.pdfm

8

The largest producer in the state, California Resources Corporation (CRC), produces roughly 47% of the oil in Kern County (about 100,000 bopd), while Chevron produces about 35%. The remaining 18% is from smaller independent producers.[16] We do not believe that these producers will come remotely close to drilling 2,000 wells every year, which would require spending approximately $1 billion in drilling capital annually. Specifically:

1. Drilling by the smaller producers will likely return to pre-pandemic drilling levels, with low oil price years. Consequently, we do not expect more than 250 new wells from this group. Conversations with smaller Kern County producers have indicated that oil prices consistently above $80 are needed to economically develop new heavy oil projects. At current Brent crude prices of $60 to $65 per barrel, crude oil prices will have to increase by 25% to 35% to make drilling economically attractive.

2. SB 1137 enables limitations and prohibitions on new drilling. For example, some of Chevron's production in the large Kern River oilfield is in a Health Protection Zone (HPZ) with CalGEM administration and subject to SB 1137 setback rules. Therefore, it is unlikely that new well drilling will be permitted withing the HPZ. An additional business decision is that the economics do not support a large drilling budget, and capital allocation. It is well-known that Chevron is moving its corporate functions from California in favor of Texas and is actively increasing its drilling in the Permian Basin to 1 million barrels a day, which have comparable costs to Kern County.[17] [18] Furthermore, a considerable portion of Chevron's California assets are in the Lost Hills oilfield, which requires now banned well stimulation treatments to recover light oil from the Diatomite formation. Therefore, based on our data and observations, we estimate that Chevron will drill no more than 150-200 new wells annually in California.

3. CRC expects to have free cash flow (after dividend payment) of approximately $360 million this year.[19] If 80% were allocated to new drilling, at most, around 580 new wells could be drilled. Given the weak economics of new drilling, we do not believe CRC will or could drill this many wells in 2026. Unless oil prices increase substantially, we do not believe they will do so in the future. Consequently, we are quite confident, barring any dramatic rise in oil prices or geopolitical events that disrupt production and supply chains, that the impact of SB 237, as shown by the red shaded zone in Figure 1, will be far less than that projected by the CEC.

---

[16] California Department of Conservation Geologic Energy Management. *WellSTAR Data Dashboard* https://app.powerbigov.us/view?r=eyJrIjoiNGQzZWU1N2QtNjNmYy00ODQyLWJlNDUtODBiYjg2MjYyYzIzIiwidCI6IjRjNTk4OGFlLTVhMDAtNDBlOC1iMDY1LWEwMTdmOWM5OTQ5NCJ9&pageName=ReportSectionf17b88a6302e7136a0b1

[17] Chevron Policy, Government and Public Affairs. (2024, September 20). *Chevron announces headquarters relocation and senior leadership changes.* chevron.com. https://www.chevron.com/newsroom/2024/q3/chevron-announces-headquarters-relocation-and-senior-leadership-changes#:~:text=The%20company's%20headquarters%20will%20move,1%2C800%20retail%20stations%20in%20California.

[18] De Lombaerde, G. (n.d.). *Chevron's Permian production tops 1 MMboe/d, executives shift focus to cash flow.* https://www.ogj.com/general-interest/companies/article/55307192/as-chevrons-permian-production-tops-1-million-boe-d-executives-shift-focus-to-cash-flow

[19] https://www.crc.com/static-files/e50659b6-eee5-460f-858d-05b215ccede1

9

**Figure 1**



(Source: Data from CEC and CalGEM. Calculations by authors.)

Specifically, as indicated in Figure 1, we have generated various production scenarios, with concentrations on three potential outcomes shown within the red shaded area:

- Optimistic: 1,000 wells per year having an average initial production in years 1-5 of 15 bopd with an average 15.5% annual decline on top of California's current terminal 6.2% decline for existing production.

- Most likely: 750 wells per year having an average initial production in years 1-5 of 13.5 bopd with an average 15.5% annual decline on top of California's current terminal 6.2% decline for existing production.

- Pessimistic: 500 wells per year having an average initial production in years 1-5 of 12 bopd with an average 15.5% annual decline on top of California's current terminal 6.2% decline for existing production.

Clearly, SB 237, which effectively makes much of rural Kern County an oil and gas regulatory island within the state, provides additional sorely-needed oil production and is a step in the right direction. However, as structured, SB 237 does not remotely come close to meeting the state's stabilization requirements, leaving California still severely short on in-state production as shown in Figure 2.

**Figure 2**
**Estimated In-State Oil Production Shortages**

| Year | 2026 | 2030 | 2035 | 2040 | 2045 |
|---|---|---|---|---|---|
| Production Shortage in bopd | 52,100 | 70,800 | 92,700 | 111,700 | 127,500 |
| Annual Production Shortage (bbls) | 19,017,000 | 25,842,000 | 33,836,000 | 40,771,000 | 46,538,000 |

(Source: Data from CalGEM. Calculations by authors.)

10

## 2.3    Other Scenarios

The magenta curve in Figure 1 shows projected production assuming our most likely estimates for new production in Kern County resulting from SB 237 in addition to the following:

1.  Restarting the oil platforms in federal waters off Santa Barbara (namely the Santa Ynez Unit) in a proper manner that is consistent with California's environmental policies and regulations, beginning in 2026.

2.  That CalGEM and the State Water Board immediately return to using historical, well-accepted criteria for actions such as creating aquifer exemptions for zones with non-potable and/or naturally contaminated water, setting historically consistent and safe water injection rates, and permitting workovers on existing wells throughout the state (these state agencies have recently adopted rules that are often arbitrary and unscientific). This would enable additional production from existing infrastructure and equipment that is otherwise held back by various recent regulations.

The dark blue curve represents the magenta curve as well as additional action of repealing SB 1137 and responsibly restarting production in the South Ellwood Field (offshore from UC Santa Barbara), which would allow development of high rate, low per barrel cost wells in the Santa Barbara Channel within the next five years. It would also enable considerable production via wells drilled from existing drilling islands in the LA Basin even sooner. Unlike Kern County, where breakeven costs of new wells are above $45 per barrel, these areas have breakeven costs of under $20. Even in a low crude oil price environment, these wells are highly productive and very economical. Thirty new wells drilled in the Santa Barbara Channel would do more than all the Kern County drilling toward stabilizing production.

While this scenario may seem politically formidable, we believe that some new wells may not require the repeal of SB 1137, since they benefit the environment and human health by reducing toxic local seep emissions, which are particularly severe in the Santa Barbara Channel and in parts of Los Angeles.[20] [21] This is an important nuance and one which must be communicated to all stakeholders, where, hopefully, climate, environmental, and social justice will prevail.

Production from the South Ellwood Field, in particular, would be uniquely beneficial to the state because it is located in state waters. Thus, in addition to normal tax revenues, the state enjoys a 16.67% royalty on every barrel produced, which collectively would amount to around $6 billion over 20 years.

Finally, the light blue curve represents a best-case scenario where provisions from the dark blue curve are kept and well stimulation treatments and enhanced oil recovery with carbon dioxide are allowed to proceed in a commonsense manner that still protects the environment. Before they were banned,

---

[20] USGS. *California State Waters Map Series—Offshore of Coal Oil Point, California* (2014, August 7).  https://pubs.usgs.gov/sim/3302/

[21] Etiope, G., Doezema, L. A., & Pacheco, C. (2017). *Emission of Methane and Heavier Alkanes from the La Brea Tar Pits Seepage Area, Los Angeles*  https://agupubs.onlinelibrary.wiley.com/doi/full/10.1002/2017JD027675

well stimulation treatments accounted for approximately 35% of new production in Kern County annually. While Kern county's production today is predominantly of heavy crude oil, well stimulation treatments and enhanced oil recovery using carbon dioxide could enable substantial production of light crude oil while also storing and sequestering carbon emissions. Several oilfields in Kern county such as North Belridge, South Belridge, Lost Hills, Elk Hills, and Buena Vista contain substantial of light oil resources—the first four of which hold approximately 2.8 billion barrels of oil that is recoverable with these technologies within their Diatomite and deep Stevens/Monterey reservoirs.[22] However, these considerable oil resources are not producible today, even under SB 237, because these advanced energy recovery techniques, which required to recover this oil, are still prohibited.

While well stimulation itself is not responsible for severe environmental impacts, the careless disposal of wastewater has been responsible for issues like groundwater contamination and induced seismicity across the United States, especially in regions of Oklahoma and Texas.[23] In California, however, a state-commissioned study by the California Council on Science & Technology (CCST) concluded that well stimulation practices in California oil fields differ significantly from those in the rest of the country and generally pose minimal-to-no risk.[24] For instance, far less water is used due to the smaller subsurface footprint of stimulated wells. No groundwater contamination due to well stimulation in California was found and the potential for future groundwater contamination is also nearly absent as the majority of wells that have been stimulated in California are located within existing oilfields in remote regions in the westside of the San Joaquin Valley where no freshwater aquifers exist.[25] The CCST study also found that oil produced from stimulated wells in California has the added benefit of having a low carbon-intensity score. Still, if well stimulation operations were allowed to resume in California, proper and commonsense oversight should be put into place to ensure people and the environment are protected.

There is a general belief that oil production is polluting. While that may have been true even two decades ago, it is not an accurate representation of modern crude production today–at least not in the LA Basin and in Santa Barbara and Ventura Counties. Successful emissions reductions programs administered by the state have helped to considerably mitigate and eliminate emissions from oilfield equipment, and there have been no major spills for over 10 years. While spills are harmful for the environment and should be avoided, <u>the spills that have happened are small compared to natural seeps in the area, which create the equivalent of a major man-made spill every week</u>. These natural seeps are responsible for the lion's share of the air and ocean pollution in the Santa Barbara area, and likely impact human health near oil fields in the LA Basin, as well. These seeps have been documented to emit *10-100 times* more methane and VOCs into the atmosphere in the LA Basin than crude oil production operations. In the Santa Barbara Channel, natural seeps are estimated to leak between 300-

---

[22] USGS (2012, April 12). *Assessment of Remaining Recoverable Oil in Selected Major Oil Fields of the San Joaquin Basin, California.* https://pubs.usgs.gov/fs/2012/3050/fs2012-3050.pdf

[23] Skoumal, R. J., & Trugman, D. T. (2021). *The proliferation of induced seismicity in the Permian Basin, Texas.* Journal of Geophysical Research: Solid Earth, 126, e2021JB021921. https://doi.org/10.1029/2021JB021921

[24] California Council on Science & Technology. (2015). *Summary of SB 4: Well stimulation technologies — hydraulic fracturing and other well stimulation.* https://ccst.us/wp-content/uploads/2015SB4summary.pdf

[25] Metzger, L. F., & Landon, M. K. (2018). *Preliminary groundwater salinity mapping near selected oil fields using historical water-sample data, central and southern California* (U.S. Geological Survey Scientific Investigations Report 2018-5082). https://doi.org/10.3133/sir20185082

400 barrels daily, with about half that amount coming from the Coal Oil Point seep field near UC Santa Barbara.[26] The seeps are sourced directly by underlying oil and gas fields. It has been conclusively shown that, over the long term, producing this oil and gas reduces and often eliminates natural seepage in seep-prone California oilfields.[27] By considering the role of natural seeps in local emissions, policymakers in Sacramento and environmental organizations could play a key role in supporting responsible oil production practices that help reduce methane, oil, and VOC releases in these regions.

## 2.4    Oil and Gasoline Consumption

Gasoline prices are largely formed by the price of crude oil, the supply of crude oil, and the demand for gasoline, or consumption. In California, state mandated taxes and costs for programs such as Cap & Trade, which support the California Highspeed Rail Project, alongside additional taxes and regulatory costs, represent 27% to 30% of the current retail price of $4.66 per gallon.

Despite various claims of significantly reduced consumption, there is no indication that California gasoline consumption has or will decline at any material rate for the foreseeable future. In fact, the data is to the contrary. Consumption based on California Department of Tax and Fee Administration (CDFTA) data for the 2001 to 2024 period indicates that gasoline consumption declined 11.01%, or less than one percent annually. The 10-year average annual gasoline consumption, based on calendar year and CDFTA data, is 14.406 billion barrels of gasoline per day.[28] On average, California consumes between 36 and 40 million gallons of gasoline per day, or 13.1 to 14.6 billion gallons of gasoline annually.[29] CDFTA data for 2024 indicates that California consumed approximately 36.2 million gallons of gasoline per day. The CEC reported that California also consumed around 11.51 million gallons per day, or about 4.2 billion gallons annually of aviation jet fuel in 2024.[30] The CEC also predicts that jet fuel consumption will increase relatively linearly by 20% through 2040, and likely by over 25% through 2045. This would mean California could be consuming approximately 14.38 million gallons per day of jet fuel, or around 5.25 billion gallons per year by 2045. In terms of barrels, this would amount to approximately 125 million barrels of jet fuel consumed annually in California.

Our forecasts do not agree with either the CEC or California Air Resources Board (CARB) estimates as to overall decreases in consumption and the rates of decline of transportation fuel and crude oil consumption as the data simply does not support it. Additionally, due to the Federal recissions for the subsidies for the purchase of EVs, adoption rates for those vehicles are expected to continue to slow.

---

[26] Lorenson, T. D., Leifer, I., Wong, F. L., Rosenbauer, R. J., & others. (2011). *Biomarker chemistry and flux quantification methods for natural petroleum seeps and produced oils, offshore southern California* (USGS Scientific Investigations Report 2011–5210). U.S. Geological Survey. https://pubs.usgs.gov/sir/2011/5210/sir2011-5210_text.pdf

[27] Boles, J. R., Garven, G., & Peltonen, C. (2023). *Hydrocarbon production reduces natural methane seeps in the Santa Barbara Channel*. Marine and Petroleum Geology, 151, Article 106187. https://doi.org/10.1016/j.marpetgeo.2023.106187

[28] *Fuel Taxes Division Statistics & Reports – 2010*. (2025). Ca.gov. https://www.cdtfa.ca.gov/taxes-and-fees/spftrpts10.htm

[29] Various including CEC and EIA and authors.

[30] California Energy Commission. (2024, November 7). *Transportation Energy Demand Forecast: Major Updates and Results* (Prepared by A. Freeman, N. Saxena, & F. Kabir; TN No. 259930). 2024 Integrated Energy Policy Report Update, Docket No. 24-IEPR-03. https://efiling.energy.ca.gov/getdocument.aspx?tn=259930

**Figure 3**



(Source: CDFTA)

The largest drop in California gasoline consumption since the 1980s came during the pandemic years of 2020 to 2021, when demand fell 19%. Since the pandemic trough of 2020, California's GDP increased by 13%, while gasoline consumption has rebounded by 6.8%.[31] For 2024, CDFTA consumption data indicates a slight decline of 0.945% from 37,163,227 gallons per day in 2023 to 36,812,038 per day. For 2025, gasoline consumption is expected to remain about the same as 2024, perhaps slightly less but not materially lower, especially with the plateauing of EV sales in California and the revocation of federal subsidies and tax credits.[32] Notably, in California, consumer demand for aviation fuel increased 113% from 2001 to 2022. For the 2015 to 2024 period, CDFTA data indicates that jet fuel consumption in California, which is the fastest growing fuel product category in the state, increased by 31%.[33] Based on current assumptions, California will require approximately 578,000,000 to 581,000,000 barrels of petroleum annually to support its current economic activity, as well as its exports to Arizona and Nevada. In terms of gasoline consumption, California, alongside the fuel it supplies to Nevada and Arizona, is estimated to require between 14.2 to 15.5 billion gallons of gasoline per year, or about 38,900,000 to 42,470,000 gallons per day.

This estimate is based on historical consumption behavior as adjusted for natural and incentivized declines for gasoline consumption, as well as consumer preferences. If economic activity slows or there is a significant disruption to crude and gasoline supply chains, consumption generally declines. In contrast, increases in aggregate economic activity are usually accompanied by increases in crude oil and gasoline consumption. If consumption remains relative stable or declines only slightly while supplies drop, prices will increase. California is confronting a severe decline of its in-state production and will, most likely, be increasingly dependent on foreign suppliers of gasoline and complex supply

---

[31] *Fuel Taxes Statistics & Reports*. (2020). Ca.gov. https://cdtfa.ca.gov/taxes-and-fees/spftrpts.htm

[32] CARB's estimate of 35% adoption rates for EVs in 2026 exceed actual DMV data which shows a 9.6% decline to 22.6% in EV registrations for the first half of 2025. Furthermore, adoption rates appear to have plateaued, for the time being, at 25.03% in 2023, and 25.01% in 2024. Federal subsidies and tax credits were also rescinded on October 1, 2025.

[33] *Fuel Taxes Statistics & Reports*. (2020). Ca.gov. https://cdtfa.ca.gov/taxes-and-fees/spftrpts.htm

chains, leading to supply instability and increased consumer prices for gasoline. The CEC has estimated that 125,000,000 barrels of crude oil in-state production is required to "stabilize" California's energy needs and infrastructure. Accordingly, California will need to import upwards of 453,000,000 barrels of crude oil and refined products annually, predominantly from non-U.S. suppliers. This equates to roughly 4% more crude than 2024 levels from petrostates such as Iraq, Ecuador, and Brazil to equalize supply and demand, assuming, of course, that SB 237 results in an expeditious increase of in-state oil production…but that is, as demonstrated in this study, an ambitious assumption. Furthermore, the CEC estimate of 343,000 bopd as to the amount of in-state crude production necessary to stabilize California's fuel supplies still maintains California's long-term dependency on generally unregulated and highly pollutive non-U.S. crude oil and foreign-sourced gasoline.

Illustrated in the following chart are three scenarios, each depicting estimated changes in California petroleum consumption.

**Figure 4**

(Source: Data from CEC and CDFTA. Calculations by authors.)

At this time, there are no indications that consumption will decline faster or further, ceteris paribus, than historical averages. As provided in Figure 4 and based on assumptions and estimates as to aggregate economic activity, the most realistic decline in consumption of crude derived fuels and products is associated with historical behaviors, which indicate a 27.18% decline in consumption from 2026 to 2045. A more managed, moderately aggressive approach indicates a 36.05% decline in consumption. The most aggressive approach yields a 49.67% decline, but is currently impractical and not economically feasible. In all scenarios, SB 237 fails to adequately address California's petroleum needs without substantial and likely infeasible increases in imports of non-U.S. crude oil and gasoline.

**Figure 5**

**CA TOTAL ESTIMATED LONG TERM CRUDE OIL CONSUMPTION DECLINE RATES**
**2026-2045**

Historical Rates- Adjusted     Managed Rates     Aggressive Rate

(Source: Data from CEC and CDFTA. Calculations by authors.)

Complicating California's oil production dilemma is the long-term decline and degradation of in-state refineries. As indicated below, the number of refineries in the state has fallen by over 60%. Currently, California is down to just 8 capable of producing gasoline for the state. By April 30, 2026, California will be down to 7 operating refineries capable of producing California compliant fuels.

As indicated in a previous study, California is set to lose between 6.2 to 9.7 million gallons of in-state gasoline production per day.[34] This loss, without a corresponding decrease in demand, will most likely be made up by imports of foreign sourced gasoline. The importation of such quantities of gasoline will create logistical issues which are exponentially more complex than in-state production and pipeline usage. For example, both port and road congestion are expected to increase, the number of maritime shipments is expected to increase significantly, thus increasing spill risk, greenhouse emissions and air pollution. Furthermore, fuel barges will be needed to transport both crude and gasoline to refineries and converted gasoline storage facilities that do not have maritime access. This will also lead to presently air pollution-burden port communities in California experiencing up to a fivefold increase in the number and frequency of pollutive maritime vessels to facilitate this risky and piecemeal solution to adequately supply California with fuel per CARB's own analysis.[35] In all instances, the cost of fuel will increase, and any disruption in the supply chains will adversely impact prices and fuel availability.

---

[34] Mische, Michael A. *ENSURING CALIFORNIA-(5-5-25)*. (2025, May). Google Docs. https://drive.google.com/file/d/1CVsBHQ0s4FX57xQD2iy0ZD1V_MlKJMZX/view

[35] California Air Resources Board. (2022, December). *2022 Scoping Plan for Achieving Carbon Neutrality*. https://ww2.arb.ca.gov/sites/default/files/2023-04/2022-sp.pdf

USSER-000122

001384

**Figure 6**



(Source- https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=8_NA_8O0_SCA_C&f=A)

Since 2023, California refinery processing capacity has dropped by a collective 21%.[36] Projecting forward, given the current regulatory environment and high operating costs, California could experience additional refinery closures. This would exacerbate fuel supplies and drive prices higher. Below is a chart depicting the potential loss in California refinery processing capacity over the forthcoming years. The estimated losses would be accelerated by the closure of the major northbound pipeline system and, despite SB 237, reduced in-state production of crude oil.

**Figure 7**



(Source: Data from CEC. Calculations by authors.)

---

[36] CY 2023 to April 2026.

## 2.5 Impact on Retail Gasoline Prices

Multiple factors inform gasoline prices. Based on our analysis of varying supply levels, most probable fuels consumption, and the impact of losing two or more refineries, California retail gasoline prices will increase, irrespective of SB 237. The increase is attributed to reduced refining capacity, increased cost associated with the importing of gasoline, increased transportation costs, declining in-state production, and relatively constant demand. The worst scenario for consumer gasoline prices would be the continued loss of in-state refinery capacity and the loss of the primary northbound pipeline system due to a lack of sufficient in-state crude oil production. The combination of these two events would potentially be catastrophic to the California economy. Furthermore, the loss of pipeline infrastructure could result in an armada of crude oil tanker trucks transiting on Interstate Highway 5 as some of the crude oil from the San Joaquin valley would have to be shipped via tanker truck once the pipeline is shut down. Collectively, these factors and events could potentially drive consumer prices, at relatively constant demand, towards $12 a gallon or more. The chart below summarizes the possible prices that California could be confronting based on the various scenarios of SB 237, as well as assumptions for Brent crude oil prices, wholesale prices, pipeline availability, refinery capacities, foreign sources of gasoline, transportation costs, and increasing regulatory costs associated with Cap & Trade, state excise tax, plus other state and local regulatory costs.

**Figure 8**

| CALIFORNIA GASOLINE PRICE RANGE ESTIMATES UNDER SB 237 | | | | |
|---|---|---|---|---|
| Possible Retail Price Implications Under Various Production, Supply & Pipeline Utilization Rates | | | | |
| Current (Base) | Optimistic | Most Likely | Pessimistic | Worst |
| 4.62 - 5.77 | 5.91-7.66 | 6.26-7.78 | 8.46 - 10.00+ | 10.00 - 12.18 |

(Source: Calculations by authors.)

## 3.0      Summary

SB 237 is a step in the right direction, but it will not, by itself, stabilize in-state oil production. Depending on the price of crude oil and supply stability, gasoline prices are expected to increase by $0.50 to more than $1.00 per gallon in the next year. If in-state crude oil output, pipeline infrastructure, and refinery production are not stabilized, California will be become increasingly susceptible to extreme price shocks during times of geopolitical unrest and supply chain disruptions. Additional refinery closures would likely also result.

To stabilize production and provide the necessary stabilization to ensure California's energy security, California needs to suspend and reverse the recent procedural changes within CalGEM and the State Water Board designed to stop oil production. California also must encourage and incentivize oil and gas production in other areas of the state besides Kern County, particularly in the Santa Barbara Channel and in the LA Basin. In these areas, new oil supplies can come online quickly, while also reducing local pollution and greenhouse gas emissions, thereby contributing to climate and environmental justice. Moreover, the profitability of these activities is typically considerably higher than in Kern County, resulting in far greater revenue to the state.

The additional production enabled by SB 237 will be insufficient to have any material influence on long term prices and will fail to provide an adequate supply of in-state crude oil; but, the passage of SB 237 is an important first step and a public acknowledgement by Governor Newsom and the State Legislature that increasing in-state crude oil production is essential to the California's economic vitality and stability. At best, SB 237 will help to slightly curb inevitable increases in consumer prices, but alone, will neither reduce nor reverse them. Furthermore, the regulatory components of consumer gasoline prices such as Cap & Trade, Low Carbon Fuel Standard, the state excise tax, and local state taxes are expected to increase annually, thus contributing to higher consumer gasoline prices.

As we have demonstrated by our analysis, SB 237 alone will not ensure adequate supplies and stability. Our analysis indicates that what is required to sustain California's surviving refineries and pipeline infrastructure is a comprehensive plan to create a more hospitable operating environment and statutory assurances allowing additional crude oil production from both onshore and offshore California producers, as well as extended use of existing and rehabilitated pipelines. California's energy stability objectives would be well served by revisiting the extent and limitations imposed by recent legislation such as SB 1137, AB 1167, AB 3233, and the various powers of regulatory agencies such as the California Coastal Commission, State Water Board, and CARB.

California now has the opportunity to demonstrate that environmental responsibility and energy security are not mutually exclusive. Facilitating efficient permitting and responsible production alongside well-informed, commonsense regulations will ensure California's ecosystems and communities are safeguarded while oil production is concurrently increased in a conscientious and environmentally sound manner.  Policies which reduce and restrict in-state production are

USSER-000125

counterproductive as they do not reduce California's demand for crude oil. Instead, they lead to the outsourcing of California's oil supply to oil producing regions with minimal labor and environmental regulations. This, in turn, ultimately increases emissions and pollution levels worldwide while also reinforcing California's support for human rights injustices and environmental destruction abroad by purchasing and using foreign sources of crude oil. Considering this reality, California can lessen its overall climate and environmental impact by producing oil in California responsibly, using additional in-state production to replace pollutive, foreign-sourced oil imports. This will ensure that, as the state moves toward alternative energy sources, the crude oil consumed within California is sourced under strict environmental oversight and benefits the state socially and economically.

It is also essential to recognize that, while there have historically been cases of negligent producers in California, today, the state hosts producers who comply with strict environmental and safety regulations, distinguishing the state from other regions such as Texas where regulations are often lacking and environmental issues persist. These modern California producers demonstrate that environmental and climate goals can coexist with oil and gas production. California can set an example for environmental leadership by establishing a straightforward regulatory framework that incentivizes responsible producers and upholds accountability while still appropriately punishing irresponsible and reckless producers. The state can set an example both at home and abroad by demonstrating that energy security, economic stability, environmental preservation, and social wellbeing can all be maintained. In doing so, California can create a future for itself where communities are protected, emissions are mitigated, pollution is reduced, and the energy transition is managed equitably and responsibly. This would demonstrate to the rest of the world that environmental leadership, economic health, and responsible oil production can occur simultaneously, beginning right here in California.

For the Golden State, there is extreme urgency. Failure to act and reform policies now will only lead to higher fuel prices, more pollution, additional emissions, further support for injustices abroad, and contribute to additional instability in California's energy markets as more producers and refiners voluntarily exit the state for more attractive and economically superior environments. Ultimately, a lack of action will also cause additional socioeconomic and environmental inequities in California wherein the least fortunate and most vulnerable individuals, families, and communities will disproportionately fall victim to higher prices, pollution, and a lack of affordable and reliable energy, further driving socioeconomic disparities and reinforcing cycles of poverty as they are the least able to absorb higher costs. Without meaningful and practical policy changes that prioritize both energy security and real environmental progress, California risks sacrificing its own prosperity, climate goals, and environmental leadership, while failing to achieve the social equity and sustainability milestones its people deserve, undermining California's broader goals of environmental justice and economic opportunity for all its residents.

**Attachment F:**

**M. Mische, J. Rector, J. Silvi, "California's Oil and Gasoline Conundrum: A Blueprint to Address California's Gasoline Insecurity, High Prices and Avert More Pipeline & Refinery Closures" (Dec. 1, 2025).**

USSER-000127

001389

# CALIFORNIA'S OIL AND GASOLINE CONUNDRUM:

# A BLUEPRINT TO ADDRESS CALIFORNIA'S GASOLINE INSECURITY, HIGH PRICES AND
# AVERT MORE PIPELINE & REFINERY CLOSURES

December 1, 2025
Embargoed until 0600 Pacific Time
For Release to Media

Michael A. Mische
*University of Southern California*

James W. Rector
*University of California, Berkeley*

Joseph B. Silvi
*University of California, Berkeley*

USSER-000128

001390

**Disclaimer & Statement of Independence**

This paper represents the independent work, analysis, perspectives, representations, and opinions of the authors. It does not, in any manner, explicitly or implicitly, reflect, represent, or describe the views, opinions, policies, and/or positions of the University of California, or the University of Southern California, and their respective faculty, employees, administration, or students.

In creating and presenting this work, the authors have made all reasonable attempts to ensure the accuracy and consistency of the data, attribution to data sources, analysis, and calculations. Nonetheless, variances in data and presentation may exist to some degree. In the authors' opinion, such variances will <u>not</u> materially change the tenor, trajectories, impressions, interpretations, conclusions, or possible implications associated with the data, data sources, and related analysis herein.

The work presented herein is provided for informational, research, discussion, policy, and educational purposes. In performing this work, the authors have not received any special compensation and have no promise or anticipation of any compensation for the work presented herein. This work and the authors are entirely independent and not affiliated with, in any form, and are not advocating on behalf of or representing any petroleum company, organization, or foreign entity. No funding from any external sources, entities, agents, or associations was received, advanced, promised or granted for the work presented herein. No funding for this study was provided by the University of Southern California or the University of California, Berkeley. This study is entirely self-financed by the authors.

**Data Sources and Methods**

For this research effort, a series of critical questions were developed, and data related to addressing those critical questions were identified, obtained, organized, and analyzed. The research involved in this work is widely available and includes but is not limited to verifiable sources such the California Energy Commission, U.S. Energy Information Agency, Bloomberg, U.S. Department of Energy, SEC filings, International Energy Agency, Oil & Gas Journal, American Petroleum Institute, the California Department of Tax and Fee Administration, the U.S. EPA, California Air Resources Board, Statista, California Attorney General's Office, California Legislative Analyst's Office, U.S. Department of Interior, Bureau of Labor Statistics, California DMV, California Geologic Energy Management Division, and the U.S. Oil and Gas Association. Readers are strongly encouraged to avail themselves to the many sources and authorities footnoted herein.

**For additional information or inquiries, please contact:**

Professor Michael A. Mische, USC-Marshall
Email: <u>mische@marshall.usc.edu</u>

Professor James W. Rector, UC-Berkeley
Email: <u>jwrector@berkeley.edu</u>

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*

2

USSER-000129

001391

**Executive Summary**

California faces immediate risks to gasoline supply due to declining in-state production, refinery closures, and an imminent northbound pipeline collapse. In this study, we demonstrate how increasing crude oil production in certain regions in California will preserve and sustain both refineries and pipelines and avert severe price shocks in the consumer fuel market. With the AAA price of gasoline in California 51% higher than the national average, Californians are already paying the highest price in the U.S. [1] The impending loss of two refineries and the collapse of the only remaining northern pipeline, together with increasing dependency on non-U.S. gasoline sources to California could drive the price of gasoline to double that of the national average by calendar year end 2026.

After years of tearing down California's in-state oil and gasoline production, Governor Newsom and the California legislature have done a stunningly abrupt about-face in 2025 and conceded that California's oil production and gasoline refinery infrastructures are still essential to its economy and that new production is needed. SB 237, which allows for up to 2,000 new drilling permits a year in Kern County, and AB 30 that allows for the sale of E15 gasoline, form the centerpieces of Governor Newsom's and the Legislature's plan to alleviate gasoline supply insecurity, moderate consumer prices and stabilize the markets. Unfortunately, SB 237 is too little and too late, and AB 30 is overly optimistic. New Kern production stimulated by SB 237 will not be enough to stem the natural decline of Kern County oil production in the current low crude price and regulatory environment. Furthermore, it is highly unlikely that AB 30 will universally reduce gasoline prices by $0.20 a gallon across the state as proclaimed by the Governor. Inevitably, in state crude oil production will continue to decline unabated and lead to further pipeline and refinery shutdowns over the next few years, increasing supply instability and prices.

Years of over regulation and industry demonization have now left California with limited choices and a critical call to action. Our analysis indicates that California can navigate its way out of this government-created crisis and avoid supply vulnerabilities and escalating consumer prices by implementing the following action steps:

1. California's most immediate, viable and sustainable option is to increase in-state crude oil production. The best, and essentially only way to achieve and sustain this benefit is to reopen the Las Flores Canyon pipeline system on the Central Coast and safely increase offshore crude oil production in the Santa Ynez Unit (SYU).

2. Restoring production in this region would immediately provide 45,000 barrels per day of clean, low-decline California crude suited for SoCal refinery configurations. Up to 100,000 barrels per day could be produced from the Santa Barbara channel. This oil can be directed south to the Los Angeles area refineries thereby freeing up tens of thousands of barrels of Kern County oil compatible with Northern California refineries to be redirected north to the surviving PBF-Martinez refinery Additionally, 350,000 barrels of SYU crude oil is currently in onshore storage tanks which could be delivered into the California system within a few days' notice upon reopening the Las Flores Canyon pipeline system.

Failure to act and failure to increase in-state crude oil production will only accelerate the exit of California refineries from the state, increase global GHG emissions, further California's contributions to environmental destruction, force greater reliance on foreign suppliers, increase consumer prices, and diminish U.S. national security.

---

[1] As of 11/28/25. https://gasprices.aaa.com/?state=CA

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

**CALIFORNIA'S OIL AND GASOLINE CONUNDRUM:**

**A BLUEPRINT TO ADDRESS CALIFORNIA'S GASOLINE INSECURITY, HIGH PRICES AND
AVERT MORE PIPELINE & REFINERY CLOSURES**

## Table of Contents

| Section | Topic | Page |
|---|---|---|
| 1.0 | California's Oil Conundrum and Reliance on Foreign Suppliers | 5 |
| 2.0 | Disappearing California Refineries | 6 |
| 3.0 | The Collapse of California Pipelines | 8 |
| 4.0 | Consequences of Losing Refineries & Pipelines | 12 |
| 5.0 | The Blueprint for Ensuring California Gasoline Security & Price Stability | 15 |
| | 5.1 Solution 1- State Financial Aid | 16 |
| | 5.2 Solution 2- Increase Production | 16 |
| | 5.3 Solution 3- Presidential Intervention | 17 |
| 6.0 | Recommended Action Steps | 18 |
| 7.0 | Conclusion | 19 |

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*

4

USSER-000131                                                                 001393

## 1.0    California's Oil Conundrum and Reliance on Foreign Suppliers

It is well-documented that California is an oil supply island. There are no in-bound crude oil or gasoline pipelines from anywhere in North America into California and there never have been any. Since the 1860s and throughout the twentieth century, California produced and refined enough in-state oil to provide the lion's share of the gasoline it needed. At one time, California was the world's largest exporter of oil. Crude oil production in California provided fuel to U.S. military forces during World War-II, the Korean War, Vietnam War, and supported the state's rapid population and economic expansion that began in the 1950's and continues today. Fossil fuels provide around 38% of California's electrical generation.[2] Today, the oil and gas industry in California accounts for 8% of the state's GDP, and significantly, it is the first 8%. Without oil and gas, the remaining 92% would be unattainable.

Just 25 years ago, California produced roughly half of the oil it consumed. Today, California only produces around 20% of its needed crude oil and imports over 65% of its oil needs from non-U.S. sources, via highly pollutive maritime tankers which are predominantly owned and operated by foreign-flagged carries. For 2024, the majority of California's foreign oil came from Iraq (21%), Brazil (20%), Guyana (16%), and Ecuador (14%).[3]

**Exhibit 1.0**



(Source: CEC)

In addition to crude oil, California has become increasingly reliant on non-U.S. imports of refined products to meet its demand for gasoline, diesel, and jet fuel. In fact, despite having the 5th largest oil reserves in the nation, of all 50 states, California is the most heavily dependent on non-U.S. produced

---

[2] California Energy Commission. (2025). *2024 total system electric generation.* https://www.energy.ca.gov/data-reports/energy-almanac/california-electricity-data/2024-total-system-electric-generation

[3] California Energy Commission. (2025). *Foreign sources of crude oil imports to California.* https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*    **5**

oil imports. These imports are necessary because there is not enough in-state crude oil production and refinery capacity to reliably meet demand and supply California with refined products.

## 2.0    Disappearing California Refineries

At one time California was home to over 40 operating refineries. However, due to high operating and regulatory compliance costs, a harsh political environment, conversions to bio and renewable fuels, and Governor Newsom's 2020 directive banning the sale of new internal combustion vehicles in the state, the number of refiners has declined by 84% from 43 in 1982 to just 7 survivors in 2026 (estimated). As Chevron Upstream President Andy Walz noted, "I think it's been a tyranny of about 25 years to get the refining business to leave California."[4] If left uncorrected, more refinery closures are likely to follow for the 2027 to 2031 period.

**Exhibit 2.0**



(Source: https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=8_NA_8O0_SCA_C&f=A)

California refineries were designed to process the state's predominantly heavy crude oil and are configured to produce the state-specific CARBOB gasoline and ultra-low-sulfur diesel fuel. CARBOB and ultra-low sulfur diesel fuels (CARB ULSD) are the result of California's regulatory-mandated air quality mandates, which are the strictest in the world. Because of their unique formulations most out-of-state refineries cannot produce CARBOB or CARB ULSD without costly retrofits and retrofits. Because of California's mandated special gasoline formula, there are only a handful of refineries outside of California in the world that can or will produce it.

---

[4] U.S. News & World Report. (2025, September 23). *California trying to keep oil and gas firms from leaving the state.* Fox Business. https://www.foxbusiness.com/economy/california-trying-keep-oil-gas-firms-from-leaving-state

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*

**Exhibit 3.0**

| CALIFORNIA REFINEIRES | | Existing | Projected 2026 |
|---|---|---|---|
| CA Refinery Capacity- CARBOB Fuels Only | Location | 2025 | 2026 |
| Southern California Refineries | | | |
| Marathon Petroleum Corp., Los Angeles Refinery* | Los Angeles | 365,000 | 365,000 |
| Chevron U.S.A. Inc., El Segundo Refinery | Los Angeles | 285,000 | 285,000 |
| PBF Energy, Torrance Refinery | Los Angeles | 160,000 | 160,000 |
| Phillips 66, Los Angeles Refinery** | Los Angeles | 100,000 | 0 |
| Valero Energy, Wilmington Refinery | Los Angeles | 85,000 | 85,000 |
| Sub-total: | | 995,000 | 895,000 |
| Northern California Refineries | | | |
| Chevron U.S.A. Inc., Richmond Refinery | NorCal | 245,271 | 245,271 |
| PBF Energy, Martinez Refinery | NorCal | 156,400 | 156,400 |
| Valero Energy, Benicia Refinery | NorCal | 145,000 | 0 |
| Kern Energy, Bakersfield Refinery | Kern Co. | 26,000 | 26,000 |
| Sub-total: | | 572,671 | 427,671 |
| Grand Total-Refinery Capacity- B/D | | 1,567,671.00 | 1,322,671.00 |
| Gallons Per Barrel = 42 | | 65,842,182.00 | 55,552,182.00 |
| Total Production- Gasoline Conversion Ratio = 49.64% | | 32,684,059.14 | 27,576,103.14 |
| Percentage Loss in Gasoline Production | | | -15.62% |

(Source: CEC)

Collectively, inclusive of refineries that have converted to renewable fuels and with the loss of the Phillips 66 and Valero refineries, California will have lost close to 21% or 6.2 million gallons a day of its in-state gasoline production capacity since 2023. Based on current projections, California could possibly lose more refineries between 2027 and 2032, resulting in further substantial reductions in in-state gasoline production and further price increases.

To compensate for the imbalance in demand (consumption) and in-state production of gasoline, California has been forced into importing tens of millions of barrels of refined products from refineries in China, India, Saudi Arabia, and South Korea, demonstrating the state's ongoing and growing vulnerability to supply disruptions, geopolitical unrest, weather, labor disruptions, vessel availability, and foreign dependence. For example, in 2024, California imported most of its jet fuel from China predominantly through the Port of Los Angeles, demonstrating the state's increased reliance on foreign-sourced fuels produced in regions with inferior environmental standards. Today, India is also a source of jet fuel.[5] Both India, and especially China, represent potential political and economic conflicts with national policies and U.S. national security interests.

<u>Gasoline demand in the Golden State has not declined</u> anywhere near the rate anticipated by state agencies such as the CEC and CARB. Rather than the steep annual declines originally forecasted by the CEC and CARB under overly optimistic electrification scenarios, real-world demand for gasoline in California is falling at less than 2% per year. In fact, since the low point in 2020 due to the pandemic, gasoline demand in California has increased by 7.5%.[6] Jet fuel consumption, which is the fastest

---

[5] U.S. Energy Information Administration. (n.d.). *Company level imports.* U.S. Department of Energy. https://www.eia.gov/petroleum/imports/companylevel/

[6] *Fuel Taxes Statistics & Reports.* (2025). Ca.gov. https://cdtfa.ca.gov/taxes-and-fees/spftrpts.htm

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

growing fuel segment in California is expected to increase over 25% by 2040 to 125,000,000 barrels per year. [7]

**Exhibit 4.0**



(Source: CDFTA)

The combination and consequences of these events implies that for decades to come, and well into the latter half of the twenty-first century, California will still need a robust crude oil supply chain and operating refinery system to meet fuel needs even as EV adoption continues. The currently mandated total phaseout of in-state oil production by 2045 is increasingly implausible and irresponsible given these structural realities and the fact that oil and gas provides 8% of California's GDP.[8] California will still need its oil pipeline and refinery infrastructure well into the latter part of the 21st century to remain a viable economy. Ending all California drilling and oil production by 2045 is increasingly unlikely and impractical. Jets require fuel, roads are made of asphalt, and touch screens use hydrocarbon molecules.

### 3.0    The Collapse of California Pipelines

Refineries are the customers for crude oil which, in California, is delivered via maritime transport or in-state pipelines. Pipeline transportation of crude oil and finished products such as gasoline, is the most efficient and cost-effective method of movement. According to the U.S. Department of Transportation, pipelines are the safest method to transport petroleum products.[9] According to the U.S. Department of Transportation, "it would take a constant line of tanker trucks, about 750 per day, loading up and moving out every two minutes, 24 hours a day, seven days a week, to move the volume of even a modest pipeline. The railroad equivalent of this single pipeline would be a train of 225, 28,000-gallon tank cars."[10]

Today's pipelines are highly regulated and engineered to exact standards. A crude oil and finished fuels pipeline will integrate advanced technologies with continuous operations to monitor safety and environmental impacts. In the U.S., pipelines and pipeline operations are highly regulated and fall

---

[7] California Energy Commission. (2024, November 7). *Transportation Energy Demand Forecast: Major Updates and Results* (Prepared by A. Freeman, N. Saxena, & F. Kabir; TN No. 259930). 2024 Integrated Energy Policy Report Update, Docket No. 24-IEPR-03. https://efiling.energy.ca.gov/getdocument.aspx?tn=259930

[8] California Governor's Office. (2021, April 23). *Governor Newsom takes action to phase out oil extraction in California.* https://www.gov.ca.gov/2021/04/23/governor-newsom-takes-action-to-phase-out-oil-extraction-in-california/

[9] *General Pipeline FAQs*. (n.d.). PHMSA. https://www.phmsa.dot.gov/faqs/general-pipeline-faqs

[10] *General Pipeline FAQs | PHMSA.* (2019). Dot.gov. https://www.phmsa.dot.gov/faqs/general-pipeline-faqs

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

under the purview of various federal, state, and local agencies, including the Pipeline and Hazardous Materials Safety Administration. In California, the California Department of Conservation's Geologic Energy Management Division (CalGEM) and the California Office of the State Fire Marshall (OSFM) oversee oil and gas pipelines.[11]  As codified in California Regulations sections 1774, 1774.1, and 1774.2, California has the strictest standards for oil and gasoline pipeline construction, testing, and maintenance in the world. California Regulations 1722, 1722.9, 1773.1, and 1775 provide for some of the most rigorous environmental protection standards in the world as related to oil and gas production.

Notably, the same pipelines used for the movement of crude oil could also be configured to transport multiple fuel types, such as all grades of conventional gasoline, jet fuel and kerosene, heating oils, multiple grades of CARBOB, and ultra-low sulfur diesel fuels. Moving different fuels through the same pipeline is accomplished in large batches, with extensive "clean-outs" occurring between each batch of products. As clean-outs are mandatory and essential to the proper and safe operation of the pipelines, they must be carefully scheduled and coordinated.

Although California has no in-bound crude oil or gasoline pipelines, the state does have an extensive network of intrastate pipelines that connect oil producing regions and maritime ports to refineries. There are two major intrastate pipeline systems which connect and move San Joaquin Valley (SJV) production: (1) the primary northbound artery is the San Pablo Bay (SPB) pipeline, and (2) the Plains Pipeline 2000 and PBF Line M70 pipelines which compose the southern artery. Feeding these two major pipelines are multiple smaller "gathering" lines. Collectively, these pipelines have the capacity to transport 410,000 barrels of crude oil daily, distributed 51% northbound on the Crimson SPB pipeline and 49% southbound on the Plains 2000 and PBF M70 lines. Of critical note, Crimson's SPB pipeline is the only major northbound line feeding refineries from the SJV.

As shown in Exhibit 5.0 below, California produces crude oil from regions located in Northern and Southern California, as well as offshore from wells located in federal waters and is transported by a series of pipelines to refineries in Northern and Southern California.

---

[11] California Department of Conservation. (n.d.). *Pipelines and facilities.* https://www.conservation.ca.gov/calgem/for_operators/Pages/Facilities.aspx#:~:text=Generally%2C%20CalGEM%20regulates%20all%20pipelines,used%20for%20transportation%20to%20refineries.

© *2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*     **9**

**Exhibit 5.0:** Current crude oil production regions in Southern California along with daily refinery and pipeline throughput



(Source: Various & Authors)

In Northern California, the refinery and pipeline network was originally configured around crude production from Kern, Kings, Fresno, and Monterey Counties, particularly the heavy crude grades found in the San Joaquin Valley (SJV). Three large Northern California refineries survive and operate today: Chevron Richmond (which now has no pipeline connections and relies entirely on tanker imports), PBF Martinez, and Valero Benicia. The PBF Martinez and Valero Benicia refineries are supplied by the San Pablo Bay (SPB) pipeline, a subsidiary of Crimson Midstream, LLP. The SPB "Crimson" pipeline is the only remaining northbound crude pipeline in the entire state. With the imminent closure of the Valero Benicia refinery, PBF Martinez will be the sole surviving Bay Area refinery with pipeline access to California-produced crude. However, the PBF Martinez refinery is positioned to accepts both maritime and pipeline crude stock and its operations are not contingent on pipelines and are not reliant on the SPB pipeline.

Southern California, by contrast, has six major refineries—Chevron El Segundo, Marathon Los Angeles, PBF Torrance, Valero Wilmington, Kern Energy, and San Joaquin Refining—all of which are pipeline-connected to SJV crude. With Valero's Benicia closing, Los Angeles will have 5.7 times more pipeline-connected refining capacity than the entire Bay Area. This structural imbalance, together with refinery economics, strongly incentivizes Central Valley producers to ship crude south, where the market is larger, more competitive, and more flexible.

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*

**10**

**Exhibit 6.0**

| CALIFORNIA REFINERY | INTRASTATE CRUDE OIL FEEDS | | |
|---|---|---|---|
| Northen California | Pipeline | Pipeline Capacity | Maritime- 100% |
| Chevron- Richmond | NA | NA | Maritime- 100% |
| PBF Marathon- Martinez | SBP-Crimson | 210,000 b/d | Maritime |
| Valero- Benecia | SBP-Crimson | 210,000 b/d | Closing |
| Southern California | | | |
| Chevron- El Segunda | Plains- 2000 | 135,000 b/d | Maritime |
| PBF - Torrance | M70 | 70,000 b/d | Maritime |
| Valero- Willington | Plains- 2000 | 135,000 b/d | Maritime |
| Marathon- LA | Plains- 2000 | 135,000 b/d | Maritime- Limited |
| Kern. Energy | Plains- 2000 | 135,000 b/d | None |
| San Roaquin | Plains- 2000 | 135,000 b/d | None |
| Note: Combined Plains capacity is 235,000 b/d for all lines. | | | |

In the past few months, approximately 43,000 barrels per day were transported via from Kern, Kings, Fresno and Monterey Counties to Northern California refineries—about 20% of pipeline capacity, which is far below both economic and operational breakeven levels. Now, only about 29,000 barrels per day are shipped in the SPB pipeline. These small volumes are increasing operating costs per barrel transported resulting in a $2.0 million a month loss for Crimson Midstream, the owner/operator, as well as incurring substantial costs in deferred maintenance. Crimson Midstream, has notified the Governor that they will need to shut the pipeline down without relief. Based on current information, the shutdown of the SPB pipeline is imminent and could be as early as December 31, 2025.

**Exhibit 7.0**

| CALIFORNIA PIPELINE | INTRASTATE CRUDE OIL FEEDS | | |
|---|---|---|---|
| Pipeline | Pipeline Capacity | Current Estimated Pipeline Capacity Utilization | Status |
| Northbound | | | |
| SBP-Crimson | 210,000 b/d | **15%** | Shutdown Imminent |
| Southbound | | | |
| Plains- 2000 | 135,000 b/d | 82%% | Active- Stable |
| M70 | 70,000 b/d | 87% | Active- Stable |

If the SPB pipeline is shut down, Northern California will need to import crude oil via more shipments from maritime tankers or over-the-road tanker truck oil from Southern California. Each of these options would add $.50 to $1.00 to the price of gasoline and risk higher spikes due to geopolitical, equipment and transportation issues.

In California, as well as other states, tanker trucks are heavily regulated and require special licenses to operate. Gasoline tanker trucks come in various sizes and configurations. Fuel tanker trucks are usually non- or low-pressure liquid bulk carriers. In contrast to the massive volumes of barrels or gallons that are carried by rail tankers and maritime vessels, tanker trucks carry between 200 to 250 barrels of oil, or 8,400 to 10,500 gallons, depending on configuration and DOT rating. By example, to replace 100% of the SPB pipeline capacity using a large tanker truck would require and <u>add up to 222 more trucks</u> a day to California's already stressed highway and freeway system.

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

The lack of sufficient in-state crude oil production and the closure of the Valero's Benicia refinery create an imbalance which is the root cause of the crisis facing the SPB (SPB) pipeline. Once one of several northbound options, the SPB pipeline is forecasted to handle only about 29,600 bopd for November, down 70.4% from an average of more than 100,000 bopd just a few years ago. The current volume only 15%-16% of the system's 210,000 bopd design capacity which is 46% below generally acknowledged economic breakeven levels. Because pipeline costs are roughly 80% fixed, this collapse in volume has driven the tariff sharply upward and threatened the pipeline's financial viability. In early 2025, Crimson Midstream (the pipeline operator) filed a tariff based on 62,700 bopd or 63% of capacity throughput that would support a \$3.61/bbl tariff rate.[12] But as volumes rapidly fell—due to PBF shifting to marine supply for Martinez, Chevron permanently rerouting its SJV crude to El Segundo, falling in-state crude production, and general producer preference for southern pipelines— the economics of the SPB pipeline rapidly deteriorated.

In June 2025, and in response to decreasing volumes and escalating financial losses, Crimson California Pipeline, L.P., the owner and operator, initiated an emergency filing with the California Public Utilities Commission (CPUC) seeking am increase in its tariff rate to \$3.75/bbl. Analysis of the higher tariff indicates that it may help slightly but will assure continuity of operations. The higher tariff rate will, at best, only cover the cash operating expenses and lessen losses, it will address or alleviate LTIP and CorEnergy expenses. With actual volumes now at 29,600 bopd, the "true" cashflow breakeven tariff is \$4.42/bbl, which is substantially above regulatory and producer tolerance limits. Stated differently, increasing the tariff to \$4.42 does not provide an attractive economic value to the producers and would, in most likely terms, force more maritime shipments northward with any cost associated with the increase in pipeline tariff granted to Crimson, simply passed along to the California consumer who already pays the highest prices in the nation for gasoline.

By contrast, the Plains Line 2000/63 (southbound) charges \$1.68–\$2.36/bbl.[13] Furthermore, as a captive private pipeline, PBF's Plains-2000, which moves crude oil to its Torrance refinery, has marginal costs below \$1.00/bbl.

Anecdotally, crude oil producers have repeatedly told Crimson that \$3.75–\$4.00/bbl is the maximum economically tolerable northbound tariff; anything above that risks making SPB commercially unattractive and potentially obsolete. Shippers have already nominated zero barrels for December 2025, citing uncertainty about final tariffs, and singling declining confidence in SPB's financial stability, and the looming closure of Benicia. PBF and Valero have both requested the return of their line fill, signaling their withdrawal from the system. Crimson Midstream has informed shippers it potentially has sufficient funds to operate through early 2026, but without regulatory action or increased volumes, the SPB pipeline's future is uncertain.

## 4.0    Consequences of Losing Refineries & Pipelines

As a result of California's policies, refiners and pipeline operators have exited the state or are considering exiting the state. From 2023, and because of refinery conversions to renewable fuels and the loss of two refineries, California's in-state gasoline production will have dropped by 6.2 million gallons a day. Other than SB 237 and AB 30, which are insufficient, the only public plan to replace the self-inflicted loss is of in-state crude oil and fuel supply to import gasoline and more crude oil from non-U.S. sources using foreign flagged tanker vessels. That solution exposes both the California

---

[12] E&E News. (2025, November 21). *California approves rate hike for distressed oil pipeline operator.* https://www.eenews.net/articles/california-approves-rate-hike-for-distressed-oil-pipeline-operator/

[13] Plains All American Pipeline. (n.d.). *Tariffs.* https://www.plains.com/customers/tariffs/

© *2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*

USSER-000139

001401

consumer and U.S. national security to greater and more complex geopolitical and economic risks. It also contributes to additional carbon emissions and severe air pollution, especially in port communities and in the regions where the crude oil is produced and refined overseas.

Importing refined petroleum products, such as CARBOB gasoline or California reformulated diesel, presents its own set of substantial economic, safety, and environmental drawbacks that compound the challenges facing the state's crude supply chain. While California already brings in some finished products, relying more heavily on imports exposes consumers and the state to a much more volatile, complex, and expensive supply system. The specialized transportation fuels that are required in California are costlier to produce out of state because most refineries elsewhere are not configured to meet California's unique CARBOB specifications. To do so, would require a refiner to invest heavily in new equipment and processes to undertake special blending, reformulation, or batch-processing campaigns, all of which increase production costs and result in premium pricing. These costs would be passed directly through to California consumers in the form of higher retail pump prices. As the finished gasoline would be produced by refineries located in counters such as India, China, Iraq, and even Russia, the California Legislature and Governor would have very little leverage and virtually no powers to enforce environmental and human rights standards, let alone prices.

Additionally, since in-state refiners are voluntarily exiting California, the state must rely more extensive on the marine transportation of finished gasoline and diesel fuel. Finished fuels are more dangerous and hazardous to transport than transporting crude oil due to the higher volatility and flammability of these refined products. As finished fuel tankers are smaller than crude oil tankers, there will be increased tanker calls into Los Angeles/Long Beach, Richmond, Martinez, and Benicia; all of which bring elevated risks of environmental damage, port congestion, marine accidents, fires, and spills; events that disproportionately threaten coastal communities, minority populations, port workers, and sensitive wildlife habitats.

Environmentally, importing refined products from producers in India, China, South Korea, and other distant countries increases greenhouse gas emissions at multiple stages. For example, crude oil production often occurs in regions with weaker pollution controls than California; marine voyages transporting finished fuels across the Pacific for 40 to 49 days emit significantly more $CO_2$ per gallon delivered than crude oil transported via pipeline; and increased tanker traffic raises the risks of both catastrophic spills and chronic ecological degradation. This includes ballast-water impacts, vessel-strike risks to marine mammals, and long-term shoreline contamination. In effect, shifting from in-state refining of California crude to greater reliance on imported finished fuels would externalize pollution while intensifying local environmental hazards, all while raising prices and reducing energy security.

The loss of two major refineries and the collapse of a major northbound pipeline will undoubtedly increase consumer prices; the only issue is by much. The larger issue is that California will be increasing its dependency on foreign sources supplying crude oil and gasoline to the Golden State, and, to a certain extent abdicating its energy security to those nations, as well as impacting U.S. national security. With the expected substantial increase in inbound maritime tanker traffic, as well as the potential for more over-the-road gasoline and oil tanker trucks on California's roads, California will be increasing global GHG emissions and negatively contributing to climate change and environmental destruction.

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

USSER-000140

001402

The consequences of these actions, the inherent inadequacies of SB 237 and AB 30 as solutions, and the lack of leadership to fully address the crude oil and gasoline security needs of the state on part the Legislature and Governor, have created an urgent reality in California. The inability or failure of Sacramento and state regulators to fully address and prevent the loss of the Valero refinery and the collapse of the SPB pipeline will have significantly negative implications to California. Specifically:

- Northern California refineries are losing access to in-state crude even though fuel demand remains relatively steady.
- Northern California will most likely experience severe price increases which would be disproportionate to those in Southern California.
- The surviving Northern California refineries will be 100% dependent on waterborne crude oil supplies.
- The impact of SB 237 for increasing crude oil supplies would be severely limited by the loss of the SPB pipeline as the remaining southbound pipelines are operating in the 80%+ capacity and there is little space to accommodate any new SB 237 production of significant volume.
- Southern California continues to dominate pipeline-connected refining, drawing San Joaquin Valley crude south.
- Southern California will experience consumer price increases, as well, but not to the extreme as those in Northern California.
- California's total greenhouse (GHG) emissions and air pollution, both locally and globally will increase; thus, contributing to climate change and environmental degradation.
- California will have no control or leverage over the operations, emission, and human resource practices, and prices of foreign gasoline producers, who will likely charge a premium.
- If sourced from India, California may be importing jet and gasoline fuels produced from Russian crude; thus, California consumers will be financing, to some extent, Russia's aggression and war against Ukraine.
- If sourced from China, California may be importing jet and gasoline fuels produced from Iranian and Venezuelan crude oils; thus, California consumers will be financing, to some extent supporting rogue regimes and drug cartels.
- As California is home to over 40 military installations, the loss of refineries and pipelines creates increased vulnerabilities to the fuel supplies to military bases in the state.
- As collateral consequence of California's actions and inability to effectively address the loss of refining and pipeline assets, neighboring states Arizona and Neveda will most likely be adversely affected.

If the SPB pipeline shuts down, the consequences cascade across the state. <u>Northern California would lose its only pipeline access to California-produced crude</u>. PBF Martinez would have to increase reliance on tanker imports, raising costs, emissions, and Bay Area marine traffic. Chevron Richmond—already reliant on foreign crude—would become even more exposed to geopolitical price risks. At least 15,000 barrels per day of SJV crude that currently can only reach refineries via SPB pipeline would have to move by truck. Based solely on the loss of 15,000 b/d, around 67 more trucks a day would be required worsening roadway congestion, increasing emissions, and exposing marginalized communities to higher air pollution burdens to compensate for the collapse of the SPB pipeline.

Meanwhile, Central Valley producers would be left with only two southbound pipelines, both of which already operate at relatively high utilization. Any outage—such as the Plains Pipeline 2022 shutdown—

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

would instantly strand large volumes of SJV crude, forcing shut-ins and costing producers millions. This would also undermine the explicit goals of SB 237, which aims to preserve California's remaining production base and prevent unnecessary interruptions in crude oil supply to prevent price spikes.

## 5.0 The Blueprint for Ensuring California Gasoline Security & Price Stability

California's oil production and gasoline refinery infrastructure are at a significant crossroads. Unfortunately, years of over regulation and political demonization has now left California with limited choices; either: (1) continue the current path and risk significantly higher gasoline prices, supply shortages, and higher unemployment, or (2) acknowledge that the policies that have contributed to the potential for critical shortages need to be addressed and changed…now.

The Governor, Legislature and CEC have told the public that passage of SB 237 for increasing in-state oil production, and AB 30 which allows for the sale of E15 gasoline, as the centerpieces of their legislative solution, will alleviate gasoline supply insecurity, moderate consumer prices and stabilize the markets. Unfortunately, SB 237 is too little and too late, and AB 30 is overly optimistic and borderline unrealistic in its claims. At best, SB 237 and AB 30 will be of some value but are largely inadequate to address the potential supply insecurities, national security implications, and anticipated increases in consumer gasoline prices associated with declining in-state crude oil production. the loss of two refineries, and the collapse of a vital pipeline.

Properly addressing California's impending gasoline crisis will require a more comprehensive and practical business approach and significant regulatory changes. Within the very near short term, options are limited for the Golden State. SB 237 does not take effect until January 2026. While it is a positive step in the right direction by the Governor and State Legislature, it is doubtful that 2,000 wells could be drilled and brought into production in 2026 at rates sufficient to increase California's oil production to necessary levels to save the State from its pending gasoline and crude oil insecurity issues.

For decades the sale of E15 in California was unlawful until the closing of two refineries and the real possibilities of considerably higher consumer gasoline prices in the state. The passage of AB 30 promising a $0.20 reduction in retail prices as promoted by the Governor's office, is unrealistic and somewhat improbable. The study, which the Governor's office cited but failed to disclose, was financed by the Renewable Fuels Association.[14] Although the "math" may be correct, the analysis is devoid of practicality and does not consider major factors such as adoption rates, capital costs for new equipment, and transportation costs, all of which would be included in the price of fuel to the consumer. Furthermore, the study assumes that E15 would be exempt or be subject to lower LCFS costs as a major part of the estimated savings. There are no E15 gasoline retailers in the state and it is doubtful that there will be 100% adoption of E15 as a fuel for all internal combustion gasoline vehicles, as assumed by the authors of the study. At best, the adoption of E15 might save the consumer $0.06 to $0.086 a gallon but it would also increase fuel consumption as E15 yields 1 to 3% less miles per gallon. Stated differently, it will require more E15 gasoline to travel the same miles versus E10, thus requiring more fuel while the state is losing refinery capacity.

---

[14] California, S. of. (2025, October 2). *Governor Newsom Signs bill expanding fuel options to cut gas prices.* Governor of California. https://www.gov.ca.gov/2025/10/02/governor-newsom-signs-bill-expanding-fuel-options-to-cut-gas-prices/

© *2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.* **15**

Other than importing more crude oil and gasoline from non-U.S. foreign sources such as Iraq, China, South Korea, and others using more non-U.S. maritime vessels for supplying products to California, and the limited prospects of SB 237 and AB 30, California's Governor, Legislature, and agencies, such as the CEC and CARB, have not yet revealed publicly any comprehensive and well-reasoned strategy to provide for gasoline security and price stabilization.

Based on our research, we present three possible solutions for California's government created conundrum.

**5.1      Solution 1- State Financial Aid**. The short-term options for California are extremely limited. Time is essential as one refinery has ceased operations, a second is shutting down within 120 days, and the only northbound pipeline, Crimson, is on the verge of collapse within 60 days. One option could include using taxpayer funds or the state's credit to provide Crimson Midstream, the owners of the SPB pipeline, roughly **$25 million per year emergency subsidy** to keep SPB operating. Spread across California fuel consumption, this cost is only about **0.036 cents per gallon**—far less expensive than the $0.50–$1.00 per gallon increases likely if Northern California is forced to rely more heavily on non-U.S. foreign oil and gasoline imports, an armada of maritime tankers, and upwards of 200 or more over-the-road tanker trucks a day. Transportation costs alone for imported gasoline and jet fuels range $0.123 to $0.17 a gallon which would be added to the retail price at the pump or to airline ticket cost. But even if the subsidy was provided, it would only be temporary and likely be politically unpopular. Afterall, taxpayer monies would be offered to an industry that has long been demonized by the Governor and Legislature as "ripping off" consumers.[15] Significantly, California taxpayer subsidies or state-arranged financing may address the short-term financial losses of the owner-operator, Crimson Midstream, but it does not provide for necessary volumes needed for substantiable operations and does not solve the structural mismatch between supply and refinery needs.

**5.2      Solution 2- Increase Production.** Over the longer term and as the most practical strategy for securing the California's gasoline and crude supplies and price stability is a statewide system solution which rebalances crude flows. This approach is sustainable and would provide operational certainty for the producers and surviving refiners, as well as ensuring supply security and price stabilization for consumers. Under this strategy, rebalancing would be accomplished by introducing new in-state crude oil production capable of supplying Southern California refineries. The introduction of new in-state production, above and beyond that of SB 237, would free up SJV crude to flow north through the Crimson SPB pipeline, thus, avoiding imminent failure and preserving the pipeline.

By directing this offshore production south, Southern California refineries would require fewer barrels of crude oil from the SJV thereby allowing a substantial portion of Kern County crude which is highly compatible with Bay Area refinery designs, to be redirected north. This would restore SPB volumes to sustainable levels, stabilize the tariff, and preserve the state's refinery and pipeline resilience.

The key to keeping the SPB pipeline viable and open is to send more Kern County oil north and utilize more of the existing capacity. However, presently, Southern California refineries and pipelines need all the Kern oil they can get. Exhibit 8.0 below summarizes 7 models of California oil production under various scenarios. As indicated in Exhibit 8.0 below, even under the most generous scenario, the implementation of SB 237 alone will not satisfy California's crude oil needs nor sustain the

---

[15] Office of the Governor of California. (2022, December 5). *Governor Newsom unveils price gouging penalty on Big Oil's excessive profits to protect Californians from being ripped off.* https://www.gov.ca.gov/2022/12/05/governor-newsom-unveils-price-gouging-penalty-on-big-oils-excessive-profits-to-protect-californians-from-being-ripped-off/

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

operations of the SPB pipeline. Even with additional drilling permits from SB 237, existing regulations and low crude oil prices will hamper meaningful increases in oil production.

**Exhibit 8.0**



(Source: Authors [16])

New Kern production stimulated by <u>SB 237 will not be enough to stem the natural decline of Kern County oil production</u> in the current low crude price environment and due to existing regulatory roadblocks, which will not be resolved by SB 237. New production is needed. Production models indicate that over the longer term, as California production in the SJV continues to decline, additional offshore resources (Santa Ynez Unit (SYU)), expanded South Ellwood output, and new onshore developments in the Los Angeles Basin could maintain the balance needed to support a long-term orderly transition to lower consumption. Allowing more advanced technologies and reverting to commonly-accepted production practices and techniques in the SJV could help increase production and reserves there. Still, without restoring the Las Flores pipeline system and increasing SYU offshore production and in Los Angeles, California has no realistic pathway to maintaining the north–south crude oil balance that keeps the refinery system functioning and allows the pipeline to survive. Without rebalancing, California will most likely experience an acceleration of refinery closures, skyrocketing consumer prices, gasoline supply issues, and contribute to environmental harm.

**5.3     Solution 3- Presidential Intervention.** California's policies and actions affect the U.S. we are already seeing the impact of more maritime tankers being diverted to California from east coast states and the need to import considerably more jet fuel from China and India to sustain commercial air operations in the Golden State. This is especially dangerous during times of geopolitical unrest as, for example, relying upon China for jet fuel in a national emergency, increased military operations, or the need to intervene on behalf of Taiwan would be highly precarious. Because California is essential to the U.S. economy and sits as the vanguard of U.S. defense and military readiness for Asia Pacific, it may require the President's intervention to assure gasoline security and price stability in California. Accordingly, one action that the President could take would be to invoke the <u>Defense Production Act</u>, as the means to protect vital crude oil production, refineries and pipelines. Given California leadership's inability to provide a clear and comprehensive plan for preserving refinery and pipeline

---

[16] Silvi, J. B., Rector, J. W., & Mische, M. A. (2025, October). *A Study of SB 237 to Stabilize Oil Production in California.*

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*

assets and safely increasing in-state crude oil production, invocation of the Defense Production Act by President Trump would be in the best in the interests of the nation and state.

## 6.0    Recommended Action Steps

Of the three options outlined above, California's most viable option is to increase in-state crude oil production. The best, and essentially only way to achieve this benefit is to <u>reopen the Las Flores Canyon pipeline system</u> on the Central Coast and increase offshore crude oil production.

The Las Flores Canyon Pipeline has historically transported crude from offshore Santa Barbara fields (such as the Hondo, Pescado, Sacate, and South Ellwood oil fields) to refineries in Southern California. Restoring it would immediately provide <u>45,000 barrels per day</u> of clean, low-decline California crude suited for SoCal refinery configurations. Additional development in areas with existing naturally occurring toxic oil seeps, could increase production up to 100,000 barrels per day and reduce natural toxic seep emissions. Additionally, there are currently <u>350,000 barrels of SYU crude oil in storage</u> tanks which could be delivered into the California system within a few days' notice, or over 10 times the current daily volume moving through the Crimson SPB pipeline.

As indicated in Exhibit 9.0, and based on our estimates, the activation of the Santa Barbara and offshore SYU fields and connecting pipelines will immediately provide up to 350,000 barrels of already extracted crude oil from the SYU oil fields and provide an additional 45,000 to 100,000 barrels of daily production. This oil can be directed south to the Los Angeles area refineries thereby freeing up tens of thousands of barrels per day of Kern County oil compatible with Northern California refineries to be redirected north to the surviving PBF-Martinez refinery. The rebalancing that is achieved through additional production should avert the impending pipeline shutdown and does not require taxpayer dollars or a state-financing.

**Exhibit 9.0:** Proposed Solution to California's Oil Conundrum



(Source: Authors)

*© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.*    **18**

As older fields in the San Joaquin Valley decline, new production from areas like the South Ellwood field, the Los Angeles Basin and SYU offshore can come online to keep California's energy system viable. An added benefit is that managed production reduces large, naturally occurring oil and gas seeps. Offshore oil seeps in the Santa Barbara Channel and onshore seeps in Los Angeles release crude and toxic hydrocarbons into the environment in an uncontrollable manner. By producing oil in a controlled manner, underground pressure is relieved and surface seepage drops, which improves air and water quality while keeping oil in the state's energy supply chain.

Failing to address the loss of refineries and pipelines by California leadership will only result in the exiting of other refiners and pipeline operators, heavier reliance on foreign sources, greater exposure to geopolitical events and force majeure, increased GHG emissions, additional air pollution, and considerably higher consumer prices. If indeed, that is the case, then as a last resort, President Trump should consider interceding by invoking the Defense Production Act as a means of protecting the surviving refiners and pipeline operators. That action would be in the best interests of the nation and Californians.

## 7.0    Conclusion

Reopening the Las Flores Canyon pipeline system is the only immediately reasonably viable, abundantly obvious, long-term solution to California's gasoline supplies insecurities. Increasing in-state production keeps refineries running, preserves the San Pablo Bay Pipeline, strengthens energy security, mitigates port pollution near minority communities, reduces tanker traffic, and lessens dependence on foreign oil. At the same time, it would potentially reduce natural seep emissions, providing a real environmental benefit. This approach makes California's oil infrastructure more practical, reliable and resilient as the state moves through the multi-decade energy transition.

In this study, we demonstrated how increasing crude oil production in certain regions in California will preserve and sustain both refineries and pipelines. Failure to act and failure to increase in-state crude oil production will only accelerate the exit of California refineries from the state, increase global GHG emissions, force greater reliance on foreign suppliers, increase consumer prices, and diminish U.S. national security.

© 2025. The authors are solely responsible for the content herein and reserve all rights. This study is provided for discussion and educational purposes only and may be cited, reproduced, and used with proper attribution.

19

# Sable Offshore Corp.
## SYU Overview
December 2025



# SYU Overview – Offshore Leases



USSER-000148

001515

# SYU Facilities Images



Hondo



Heritage



Harmony



Las Flores Canyon Facilities



3

001516

# Las Flores Canyon (LFC) Facility



# Oil Treating Block Flow Diagram



USSER-000151

001518

# Las Flores Canyon Inlet Emulsion to Oil Treating



USSER-000152

001519

# Las Flores Canyon Inlet Emulsion to Oil Treating



7

# Las Flores Pump Station – MOV-121



USSER-000154

001521

# Backup Information



USSER-000155

001522

# Las Flores Canyon Inlet Emulsion



Confidential – CBI and CEII

PIPING AND INSTRUMENT DIAGRAM
EMULSION PIPELINE PIG RECEIVER

TRANSPORTATION TERMINAL
LAS FLORES CANYON
SANTA YNEZ UNIT  SANTA BARBARA, CA.

**SABLE OFFSHORE**

10

001523

# Las Flores Pump Station



Confidential – CBI and CEII

LAS FLORES PUMP STATION
MECHANICAL
PROCESS FLOW DIAGRAM

11

001524

# OTP Block Flow Diagram – Crude Processing



USSER-000158

001525

# PWT Block Flow Diagram – Produced Water Processing



USSER-000159

001526

# SGTP Block Flow Diagram – Overhead Gas Processing



USSER-000160

001527

# CPP Block Flow Diagram – Steam & Power Generation



USSER-000161

001528

# POPCO Block Flow Diagram – Gas Sales



USSER-000162

001529

# Hondo Block Flow Diagram



001530

# Harmony Block Flow Diagram



001531

18

# Heritage Block Flow Diagram



001532

# Offshore Power Distribution System

| Cable | Install Year | Capacity (MW) |
|---|---|---|
| A (removed), B, E | 1990 | 25 |
| D | 1990 | 15 |
| C1 (removed), D1 | 2003 | 30 |
| F2, G2, A2 | 2015 | 32 |



USSER-000166

001533



# SABLE
## OFFSHORE CORP.

# Pacific Pipeline Company
# Integrated Contingency Plan
# Las Flores Canyon Core Plan

## 12000 Calle Real
## Goleta, California 93117

### CAL OSPR # CA-00-7217
### PHMSA Sequence # 3280

*Developed by:*

*The Response Group*

*Houston TX, New Orleans LA, Anchorage AK*
*www.responsegroupinc.com*
*281.880.5000*

USSER-000167

004030

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Table of Contents**

| | | |
|---|---|---|
| **Section 1** | **Introduction** | **1-5** |
| 1.1 | Purpose and Scope | 1-5 |
| 1.2 | ICP Objectives | 1-5 |
| 1.3 | Plan Contents | 1-6 |
| 1.4 | Plan Implementation and Management | 1-8 |
| 1.5 | Corporate Policy Statement | 1-12 |
| **Section 2** | **Pre-Emergency Planning** | **2-1** |
| 2.1 | Pre-Emergency Planning and Prevention Mechanisms | 2-1 |
| 2.2 | Discharge Prevention | 2-2 |
| 2.3 | Discharge Detection | 2-10 |
| 2.4 | Public Awareness Program | 2-15 |
| **Section 3** | **Emergency Response Actions** | **3-1** |
| 3.1 | Initial Response Procedures | 3-1 |
| 3.2 | Immediate Response Actions Checklist | 3-3 |
| 3.3 | Oil Spill Response Actions | 3-5 |
| 3.4 | Fire/Explosion | 3-8 |
| 3.5 | Natural or Other Gas Release Response Actions | 3-9 |
| 3.6 | Injury/Medical Emergency Response Actions | 3-10 |
| 3.7 | Severe Weather/Natural Disaster Response Actions | 3-11 |
| 3.8 | Security Incident Response Actions | 3-16 |
| 3.9 | Notification Procedures | 3-17 |
| **Section 4** | **Incident Management** | **4-1** |
| 4.1 | Pacific Tier Structure | 4-1 |
| 4.2 | Qualified Individual | 4-2 |
| 4.3 | Coordinating with Government Agencies | 4-5 |
| 4.4 | Incident Command System | 4-6 |
| 4.5 | Roles and Responsibilities | 4-11 |
| 4.6 | Incident Communication | 4-14 |
| 4.7 | Incident Documentation | 4-15 |
| 4.8 | Response Termination & Follow-up Procedures | 4-15 |

004031

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Table of Contents

| | | | |
|---|---|---|---|
| **Section 5** | | **Containment, Recovery, and Disposal** | **5-1** |
| | 5.1 | Containment and Recovery | 5-1 |
| | 5.2 | Spill Assessment and Tracking | 5-2 |
| | 5.3 | Terrestrial Spills | 5-8 |
| | 5.4 | Aquatic Spills | 5-15 |
| | 5.5 | Alternative Response Technologies | 5-16 |
| | 5.6 | Waste Generation and Disposal | 5-19 |
| | 5.7 | Natural Resource Damage Assessment | 5-24 |
| **Section 6** | | **Site Safety and Control** | **6-1** |
| | 6.1 | Health and Safety | 6-1 |
| | 6.2 | Site Security and Control | 6-10 |
| **Section 7** | | **Training, Drills, and Exercises** | **7-1** |
| | 7.1 | Response Training | 7-1 |
| | 7.2 | Response Exercise Program | 7-3 |
| | 7.3 | Recordkeeping | 7-5 |
| **Section 8** | | **Reserved** | **8-1** |
| **Section 9** | | **Reserved** | **9-1** |
| **Section 10** | | **Reserved** | **10-1** |

USSER-000169

004032



## Core Plan Revision Log

| Core Plan Revision Log | | | |
|---|---|---|---|
| Assigned location of this manual is: | Headquarters – Sable Offshore Corp. 12000 Calle Real Goleta, California 93117 | | |
| The individual designated to review this manual is: | | | |
| Title of Identified Reviewer: | ███████████████ | | |
| Name of Identified Reviewer: | ███████████████████ | | |
| This manual was revised as indicated below: | | | |
| Name | Date | Revision Type | Sections Revised |
| Sable Offshore Corp. | Feb. 2024 | New Plan | All. New plan implementation. |
| TRG | Nov. 2024 | Update | Section 5 – Added NOAA Shoreline Cleanup Assessment Manual link. |

## List of Acronyms

| Term | Definition |
|---|---|
| ACP | Area Contingency Plan |
| AMP | Average Most Probably Discharge |
| AOR | Area of Responsibility |
| ART | Alternative Response Technologies |
| CCR | California Code of Regulations |
| CERCLA | Comprehensive Environmental Response Compensation & Liability Act |
| CFR | Code of Federal Regulations |
| COML | Communications Unit Leader |
| COTP | Captain of the Port |
| CUPA | Certified Unified Program Agency |
| CWA | Clean Water Act |
| DOCL | Documentation Unit Leader |
| DOT | Department of Transportation |

USSER-000170     004033

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 1:
Introduction

| Term | Definition |
|------|------------|
| ENVL | Environmental Unit Leader |
| EPA | Environmental Protection Agency |
| EP&R | Emergency Preparedness and Response |
| ERG | Emergency Response Guidebook |
| ERT | Emergency Response Team |
| ESG | Emergency Support Group |
| FAA | Federal Aviation Administration |
| FLS | First Line Supervisor |
| FOSC | Federal On-Scene Coordinator |
| FSC | Finance Section Chief |
| FWPCA | Federal Water Pollution Control Act |
| GOM | Gulf of Mexico |
| GRA | Geographic Response Area |
| GRP | Geographic Response Plan |
| IAP | Incident Action Plan |
| IC | Incident Commander |
| ICP | Incident Command Post |
| ICP | Integrated Contingency Plan |
| ICS | Incident Command System |
| IMH | Incident Management Handbook |
| IMT | Incident Management Team |
| ISB | In-situ Burn |
| LEPC | Local Emergency Planning Committee |
| LOFR | Liaison Officer |
| LOSC | Local On-Scene Coordinator |
| LSC | Logistics Section Chief |
| MMP | Maximum Most Probable Discharge |

USSER-000171

004034

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline Integrated Contingency Plan**

**Section 1: Introduction**

| Term | Definition |
|---|---|
| MOV | Motor Operated Valve |
| MP | Mile Post |
| MTR | Marine Transportation Related |
| NCP | National Contingency Plan |
| NEBA | Net Environmental Benefit Analysis |
| NGL | Natural Gas Liquid |
| NRC | National Response Center |
| NRDA | Natural Resource Damage Assessment |
| OCC | Operations Control Center |
| OPA90 | Oil Pollution Act of 1990 |
| OSC | Operations Section Chief |
| OSHA | Occupational Safety and Health Administration |
| OSPR | California Office of Spill Prevention and Response |
| OSRO | Oil Spill Removal Organization |
| OWCN | Oiled Wildlife Care Network |
| PCL | Preferred Contractor List |
| PHMSA | Pipeline and Hazardous Materials Safety Administration |
| PIA | Post Incident Analysis |
| PIO | Public Information Officer |
| PPE | Personal Protective Equipment |
| PREP | National Preparedness for Response Exercise Program |
| PSC | Planning Section Chief |
| QI | Qualified Individual |
| RCP | Regional Contingency Plan |
| RCRA | Resources Conservation and Recovery Act |
| RESL | Resource Unit Leader |
| RP | Responsible Party |

USSER-000172

004035

## SABLE OFFSHORE CORP.
### Las Flores Pipeline
#### Integrated Contingency Plan

Section 1: Introduction

| Term | Definition |
| --- | --- |
| RWCS | Reasonable Worst-Case Spill |
| RZ | Response Zone |
| SAR | Seach and Rescue |
| SBC | Santa Barbara County |
| SDS | Safety Data Sheet |
| SERC | State Emergency Response Commission |
| SIMA | Spill Impact Mitigation Assessment |
| SITL | Situation Unit Leader |
| SMT | See IMT |
| SOFR | Safety Officer |
| SOSC | State On-Scene Coordinator |
| SRT | Spill Response Team |
| SSP | Site Safety Plan |
| SYU | Santa Ynez Unit |
| TFR | Temporary Flight Restriction |
| TLC | Trunk Line Chart |
| TPIC | Terminal Person in Charge |
| TRP | TRP Tactical Response Plan |
| TTX | Tabletop Exercise |
| UAV | Unmanned Aerial Vehicle |
| UC | Unified Command |
| USCG | United States Coast Guard |
| WCD | Worst Case Discharge |

USSER-000173

004036

 

| | Las Flores Pipeline Integrated Contingency Plan | Section 1: Introduction |

# Section 1  Introduction

### 1.1  Purpose and Scope

This Integrated Contingency Plan (ICP) provides guidance on the immediate procedures and notifications which should be followed in an emergency, such as fire, explosion, injury, or release of chemicals, hazardous substances, hazardous wastes, liquified petroleum gases (LPG), crude oil, refined petroleum products, or gases.

This ICP also covers other emergencies such as terrorism, abductions, severe weather, tropical storms, tornadoes, hurricanes, dust storms, floods, fires, wildfires, tsunamis and earthquakes.

The focus of this ICP is on Sable Offshore Corp. (Sable) operations consisting of the transportation and storage of petroleum and petroleum products. This ICP provides guidance for responding to various emergencies and releases or spills of all sizes. This plan has been prepared for Sable Offshore Corp. to fulfill the requirements of the Oil Pollution Act of 1990 (OPA 90) and other emergency planning requirements that are applicable to Sable Offshore Corp. operations.

This plan outlines the operational procedures that should be used by the Sable Offshore Corp. response teams in reporting, containing, and cleaning up oil spills. The ICP shall be reviewed and updated annually to incorporate new response techniques and procedures as they become available to the industry.

### 1.2  ICP Objectives

This ICP has three major objectives:

| Plan Objectives | |
| --- | --- |
| ✓ | To establish safe and consistent methods for responding to, and mitigating impacts of, unplanned releases of hazardous substances, hazardous wastes, crude oil, refined petroleum products, LPGs, and chemicals from pipeline operations. |
| ✓ | To comply with applicable OPA 90 response planning requirements, U.S., Resource Conservation and Recovery Act (RCRA), Occupational Safety and Health Administration (OSHA), and comparable state rules and regulations governing releases of oil and hazardous materials. |
| ✓ | To comply with applicable federal and state regulations requiring written procedures for emergency operations. Rapid activation of the ICP and comprehensive knowledge of its contents are important to the success of response operations. All key personnel involved in emergency planning operations should become familiar with this plan. |

USSER-000174

004037



## 1.3    Plan Contents

### 1.3.1    Plan Content Guidelines

This ICP has been prepared in accordance with the Oil Pollution Act of 1990 (OPA 90). OPA 90 amended §311 of the Clean Water Act (CWA) and is designed to comply with applicable Federal and State regulations.

| Plan Content Guidelines | |
|---|---|
| ✓ | Is consistent with the National Contingency Plan (NCP) (40 CFR Part 300, 1994 edition) and will be revised as necessary to be consistent with the NCP and associated Area Contingency Plans (ACPs). |
| ✓ | Identifies a Qualified Individual and Designated Alternative with full authority to commit Company resources for response and cleanup actions, and to communicate immediately with appropriate federal authorities and responders. |
| ✓ | Identifies and ensures availability of necessary resources to respond to the maximum extent practicable to a worst-case discharge. |
| ✓ | Describes training, testing, unannounced drills, and response actions of persons at the facility. |
| ✓ | Is to be updated periodically. |
| ✓ | Is to be resubmitted for approval in the event of any of the following:<br>• A change in Sable Offshore Corp. assets configuration that materially alters the information included in the response plan.<br>• A change in the type of oil handled, stored, or transferred that materially alters the required resources.<br>• A material change in capabilities of the oil spill removal organization.<br>• A material change in the facilities spill prevention and response equipment or emergency response procedures, and<br>• Any other changes that materially affect the implementation of the response plan. |

### 1.3.2    Plan Format

The ICP is formatted to contain background, policy, and response related information common to all Sable Offshore Corp. Areas in this Core Plan, and the more site-specific information contained in subsequent Sections or Appendices. Geographic Specific areas include, but are not limited to, Pipeline Response Zones, Pipeline Terminals, Marine Terminals, and Storage Facilities.

USSER-000175                                                004038

### 1.3.3 Geographic Specific Areas

Details of each Geographic Specific Area, including Owner/Operator can be found in the site specific sections or appendices.

| Geographic Areas Regulatory Applicability | PHMSA 194 | PHMSA 195 | PHMSA 192 | USCG 154 | EPA 112 | EPA 264 | OSHA 1910.120 | OSHA 1910.38 | State Specific |
|---|---|---|---|---|---|---|---|---|---|
| Las Flores Pipeline System Response Zone | ✓ | ✓ | – | | | | ✓ | | ✓ |

USSER-000176

004039



### 1.3.4 Consistency with the NCP and ACPs

This ICP has been prepared and is maintained in accordance with the policies and information contained in the National Contingency Plan (40 CFR § 300) as well as in the applicable Area Contingency Plans (ACP) (listed below) and their corresponding geographically specific requirements.

| Applicable Regional/Area Contingency Plans |
| --- |
| ✓  Los Angeles/Long Beach Area Contingency Plan |
| ✓  Northwest Area Contingency Plan (Region 10) |

## 1.4 Plan Implementation and Management

In the event of a spill incident resulting from a Sable Offshore Corp. operation, the ICP will be activated. The responsibilities within Sable Offshore Corp. for managing the spill and subsequent cleanup and restoration are discussed in the plan. Sable Offshore Corp. will commit the necessary resources for effective and efficient containment, cleanup, and return to normal operations.

The specific actions taken to control, contain, and clean up a spill will vary with the type of product spilled and type of incident that has occurred. The Incident Commander (IC) will analyze the situation and exercise good judgment in formulating the best action plan for the type of incident that occurs.

This plan shall also be implemented in times of natural disasters (i.e., earthquakes, floods, tornadoes, hurricanes, etc.) as well as incidents involving civil unrest or terrorism, which could potentially adversely impact a Company asset resulting in the release of oil or highly volatile liquids. Each IC, following the incident command shall be responsible for taking any necessary action to minimize the impact that a natural disaster might have on a Company asset. Precautionary measures will be taken, as deemed appropriate by the IC, to prevent a release. The IC will consider population, environmentally sensitive areas, operational design, and best management practices when determining what response measures to implement.

### 1.4.1 Plan Review

This plan will be reviewed on an annual basis. QI or Alternate QI shall approve the ICP after each review. In the case of an ICP with more than one QI, only one QI approval is required. If a spill occurs, plan reviews will also be conducted after the event to analyze what worked and what did not and update the plan accordingly.

## Plan Review/Update Catalysis

| | |
|---|---|
| ✓ | New construction or purchase. |
| ✓ | Change in ownership. |
| ✓ | Inventories of Company-owned spill response equipment. |
| ✓ | Different worst case discharge volume. |
| ✓ | Names and/or phone numbers of OSRO contractors. |
| ✓ | Changes in Emergency Response Organization(s). |
| ✓ | Names/phone numbers of the onsite, regional, and corporate response team personnel. |
| ✓ | Oil storage, transfer, or handling procedures. |
| ✓ | Change in commodities transported. |
| ✓ | Response procedures as necessitated by potential deficiencies identified during response training drills or exercises. |
| ✓ | Revised spill response procedures noted by outside research or major spill responses. |
| ✓ | Pertinent changes in legislative rules and regulations. |
| ✓ | Change(s) in the NCP/ACP that has a significant impact on the appropriateness of response equipment or strategies. |
| ✓ | Training sessions or drills that may generate ideas on how to improve communications, personnel call out, equipment dispatch and deployment. |
| ✓ | Following an incident, Sable Offshore Corp. will conduct a meeting with key members of its response organization to critique the response effort, analyze the results of the response and will suggest modifications to the plan, if necessary. |

The various federal regulatory requirements for submitting ICP's to a particular agency are listed below. Along with the federal agency resubmittal, plans will also be provided to the SERC and LEPC accordingly. State review, update, and submission requirements will be followed, as applicable.

It is the QI's responsibility for ensuring these updates and resubmission to the various agencies are completed. In addition, the QI will work with the Emergency Preparedness & Response (EP&R) Advisor to verify the updates and confirm submission requirements to said agencies.

### 1.4.2   U.S. Coast Guard Plan Review and Resubmission Requirements

A facility owner or operator must review his or her response plan(s) annually. For a Marine Transportation Related (MTR) facility, this review must occur within 1 month of the anniversary date of Captain of the Port (COTP) approval of the plan. For an MTR facility identified as a "substantial harm facility", this review must occur within 1 month of the anniversary date of submission of the plan to the COTP.

USSER-000178 004041

| | **USCG Review and Resubmission Requirements** |
|---|---|
| ✓ | A change in the facility's configuration that significantly affects the information included in the response plan. |
| ✓ | A change in the type of oil (petroleum oil group) handled, stored, or transported that affects the required response resources. |
| ✓ | A change in the name(s) or capabilities of the oil spill removal organization required by §154.1045. |
| ✓ | A change in the facility's emergency response procedures. |
| ✓ | A change in the facility's operating area that includes ports or geographic area(s) not covered by the previously approved plan. A facility may not operate in an area not covered in a plan previously submitted or approved, as appropriate, unless the revised plan is approved, or interim operating approval is received under §154.1025. |
| ✓ | Any other changes that significantly affect the implementation of the plan. |

The facility owner or operator shall submit revisions to a previously submitted or approved plan to the COTP and all other plan holders for information or approval within **30 days**.

Revisions to personnel and telephone number lists included in the response Plan do not require COTP approval. COTP and all other holders of the response Plan shall be advised of these revisions and provided a copy of the revisions as they occur.

The COTP may require a facility owner or operator to revise a response plan at any time because of a compliance inspection if the COTP determines that the response plan does not meet the requirements or because of inadequacies noted in the response plan during an actual pollution incident at the facility.

### 1.4.3   Environmental Protection Agency

The owner or operator of a facility for which a response plan is required shall revise and resubmit revised portions of the response plan within **60 days** of each facility change that materially may affect the response to a worst-case discharge. Amendments to personnel and telephone number lists included in the response plan and a change in the oil spill removal organization(s) that does not result in a material change in support capabilities do not require approval by the Regional Administrator. Facility owners or operators shall provide a copy of such changes to the Regional Administrator as the revisions occur.

USSER-000179 004042

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 1:
Introduction

**EPA Review and Resubmission Requirements**

| | |
|---|---|
| ✓ | A change in the facility's configuration that materially alters the information included in the response plan. |
| ✓ | A change in the type of oil handled, stored, or transferred that materially alters the required response resources. |
| ✓ | Material changes in capabilities of the oil spill removal organization(s) that provide equipment and personnel to respond to discharges. |
| ✓ | Material changes in the facility's spill prevention and response equipment or emergency response procedures. |
| ✓ | Any other changes that materially affect the implementation of the response plan. |

### 1.4.4 Pipeline and Hazardous Materials Safety Administration

Each operator shall review its response plan in full at least every 5 years from the date of the last submission or the last approval as follows:

- For significant and substantial harm plans, an operator shall resubmit every 5 years from the last *approval* date,
- For substantial harm plans the operator shall resubmit its response plan every 5 years from the last *submission* date.

If new or different operating conditions and/or information would substantially affect the implementation of this plan, Sable Offshore Corp. will immediately modify the plan and submit the plan modifications to PHMSA for approval within **30 days** of making such a change.

**DOT / PHMSA Review and Resubmission Requirements**

| | |
|---|---|
| ✓ | An extension of the existing pipeline or construction of a new pipeline in a response zone not covered by the previously approved plan. |
| ✓ | Relocation or replacement of the pipeline in a way that substantially affects the information included in the response plan, such as a change to the worst-case discharge volume. |
| ✓ | The type of oil transported, if the type affects the required response resources, such as a change from crude oil to gasoline. |
| ✓ | A change in the name of the oil spill removal organization. |
| ✓ | A change in the emergency response procedures. |
| ✓ | A change of the qualified individual. |
| ✓ | A change in the National Contingency Plan (NCP) or an Area Contingency Plan (ACP) that has significant impact on the equipment appropriate for response activities. |
| ✓ | Any other information relating to circumstances that may affect full implementation of the plan. |

USSER-000180

004043



## 1.5 Corporate Policy Statement

Sable Offshore Corp. responds to every emergency immediately, to protect people, the environment, assets, and reputation. It is Sable Offshore Corp.'s policy to conduct its business in a manner that is compatible with the balanced environmental and economic needs of the communities in which it operates. Further, it is Sable Offshore Corp. policy to comply with all applicable environmental laws and regulations and apply responsible standards where laws or regulations do not exist. Sable Offshore Corp. is committed to continuous efforts to improve environmental performance throughout its activities. It will encourage concern and respect for the environment, emphasize every employee's responsibility in environmental performance, and ensure appropriate operating practices and training. Sable Offshore Corp. will communicate with the public on environmental matters and share its experience with others to facilitate improvements in industry performance.

In furtherance of this policy Sable Offshore Corp. will:
- Work with government and industry groups to foster timely development of appropriate environmental laws and regulations, providing advice on the impact of such laws and regulations on the environment, costs, and supply.
- Manage its business with the goal of preventing incidents, and design, operate and maintain facilities to this end.
- Respond quickly and effectively to incidents resulting from its operations, cooperating with industry organizations and authorized government agencies.
- Conduct and support research to improve understanding of the impact of its business on the environment, to improve methods of environmental protection, and to enhance its capability to make operations and products compatible with the environment.
- Undertake appropriate reviews and evaluations of its operations to measure progress and to ensure compliance with this environmental policy.

USSER-000181

004044



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 2:
Emergency Planning

# Section 2 Pre-Emergency Planning

## 2.1 Pre-Emergency Planning and Prevention Mechanisms

Sable Offshore Corp. has implemented several programs and procedures and installed several devices on their facilities to prevent spills from occurring and to rapidly detect and recognize spills if they do occur. Included in these programs, procedures, and equipment are:

| Discharge Prevention and Mitigation Mechanisms |
| --- |
| ✓ Prevention procedures |
| ✓ Pipeline and terminal inspection and testing procedures |
| ✓ Discharge detection equipment and procedures |
| ✓ Recognition of emergency conditions and prediction of the consequences |
| ✓ Leak response actions |
| ✓ Public Education |

USSER-000182

004045



## 2.2    Discharge Prevention

Sable Offshore Corp.'s approach to preventing discharges is to assure that all facilities are properly designed, constructed, maintained, and operated. Sable Offshore Corp. facilities are designed, constructed, maintained, and operated in accordance with applicable codes (ASME B31.4, Liquid Transportation Systems for Hydrocarbons, Liquid Petroleum Gas, Anhydrous Ammonia, and Alcohols, and those standards that it references), regulations (49 CFR Parts 192 or 195), and good engineering practices.

### 2.2.1    Discharge Prevention Methods

| Discharge Prevention Methods Examples | |
|---|---|
| ✓ | Components in the pipeline system are designed and constructed in accordance with written specifications. |
| ✓ | Components are inspected to ensure that quality is maintained during material procurement and construction. |
| ✓ | Trained personnel are used during the construction of the facilities. |
| ✓ | Various testing methods are used during construction of the facilities. |
| ✓ | External and internal corrosion control methods are used to maintain the facilities in the best possible condition. |
| ✓ | A preventive maintenance program reduces the potential for component malfunction or failure. |
| ✓ | Sable Offshore Corp. personnel are properly trained to operate and maintain the pipeline system. |
| ✓ | Sable Offshore Corp. has an extensive safety and drug testing program for its employees and requires the same for its contractors. |
| ✓ | Sable Offshore Corp. systems are designed and operated with safety factors in place. For example, the maximum operating pressure of a system is always less than the design pressure and test pressure of the system. |
| ✓ | Pressures are monitored and controlled so that the maximum operating pressures are not exceeded. |
| ✓ | When appropriate, internal inspection tools are used, or lines are subjected to additional hydrostatic testing to determine and assure their integrity. |
| ✓ | All wastes are stored in accordance with applicable regulatory requirements (DOT containers that are non-leaking, closed, in good condition, properly marked/labeled, inspected to ensure integrity, etc.). |

USSER-000183

004046



### 2.2.2  Prevention of Third-Party Damage

If the systems are properly designed, constructed, operated, and maintained, then the most probable source of discharge is due to third-party damage. Sable Offshore Corp. minimizes the chance of third part damage as follows:

| | Prevention of Third-Party Damage |
|---|---|
| ✓ | The facilities are designed to reduce the chance of third-party damage. For example, most of the facilities are buried or located within fenced and locked areas. |
| ✓ | Areas especially sensitive to third-party damage are road, railroad, and water crossings. Pipelines in these areas usually have additional wall thickness, or burial depth, or are cased to reduce the chance of damage. |
| ✓ | Sable Offshore Corp. facilities are normally located on well-maintained and clearly marked rights-of-way. |
| ✓ | Sable Offshore Corp. facilities are normally monitored by aerial or other patrol at least once per week to check for encroachment and construction activities. |
| ✓ | Sable Offshore Corp. participates in one-call pipeline locating and notification systems where available. |
| ✓ | Sable Offshore Corp. conducts education programs to reduce the possibility of third-party damage. |

### 2.2.3  Corrosion Mitigation and Cathodic Protection

Sable Offshore Corp. typically prevents external corrosion of buried pipelines and tank bottoms through the application of cathodic protection and protective coatings. Impressed current cathodic protection is generally used, although sacrificial anodes may be used in certain situations.

External corrosion of piping or tanks exposed to atmosphere is controlled through coatings and paints. Sable Offshore Corp. may use maintenance pigging and/or chemical treatment to mitigate internal corrosion of pipelines in which such a risk has been identified. For more information about Sable Offshore Corp. corrosion control programs, including monitoring methods and frequencies, refer to the Integrity Management Program and Operations and Maintenance Manual.

### 2.2.3.1 Buried Piping

If a section of buried line is exposed either unintentionally or exposed due to a non-related construction or maintenance activity, it will be carefully examined for deterioration by facility personnel knowledgeable of facility operations, the piping, and the characteristics of the product transferred.  The external examination will include:

- During excavation, care will be taken in removing soil from around the pipe to prevent damaging the pipeline or coating.  The last few inches of soil will be removed manually to avoid damage to the pipe.

USSER-000184                    004047



- Visually inspect the external condition of the piping and / or coating for leaks, obvious pipe deformations or dents, deteriorated or damaged coating, and paint/coating concerns beyond light surface rust and minor paint chipping.

If a section of buried line is exposed specifically for inspection, maintenance, or repair, it will be carefully examined for deterioration by qualified operating or maintenance personnel. The external examination will include:

- During excavation, care will be taken in removing soil from around the pipe to prevent damaging the pipeline or coating. The last few inches of soil will be removed manually to avoid damage to the pipe.
- Visually inspect the external condition of the piping. If the coating is deteriorated or damaged, it should be removed in that area and the underlying metal should be visually inspected.
- Evaluate internal corrosion and remaining thickness of the piping using external, ultrasonic thickness (UT) measurements (optional). In or out of service thickness measurement will be done with minimum disturbance, if any, to the existing pipe protective coating.

If deteriorated coating, corrosion damage, or leak is found, corrective action will be taken as indicated by the magnitude of the damage.

All exposed pipelines are inspected in accordance with 49 CFR Part 195.569. Inspection documentation is not provided unless deteriorated coatings or corrosion damage are found, and corrective action taken. The facility will maintain permanent and progressive records documenting deteriorated coatings or corrosion damage findings and corrective action.

### 2.2.3.2 Out-of-Service Pipes

Piping terminal connections (i.e., transfer loading and unloading connections) are securely capped or blank flanged and marked as to origin when the piping is not in service or in standby service for extended periods.

### 2.2.3.3 Pipe Supports

In accordance with good engineering practice and petroleum industry standards, pipe supports are designed to minimize abrasion and corrosion and allow for expansion and contraction of the pipeline.

### 2.2.3.4 Elevated Pipelines

Elevated pipelines to the loading racks are sufficiently high and the supports adequately protected to prevent tank trucks from accidentally hitting them. Speed limit signs are posted at the entrance of each loading rack bay to limit any impact damage to aboveground pipelines.

USSER-000185 004048



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 2:
Pre Emergency Planning

### 2.2.4 Storage Tanks Prevention and Self-Inspection

#### 2.2.4.1 Tank Fire Prevention and Protection

| Tank Fire Prevention and Protection | |
|:---:|:---|
| ✓ | Continuous fluid level monitoring by remote Control Center, with graduated high-level warning, and high-high level alarm notification to remote Control Center. |
| ✓ | Floating roof tank grounding shunts and bonding cables. |
| ✓ | Hazardous area designations and including safe work permit process to restrict hot work. |
| ✓ | Independent high-high level mechanism. |
| ✓ | Primary and secondary floating roof seals to reduce flammable and explosive emissions. |
| ✓ | Tank grounding rods and cables. |

#### 2.2.4.2 Storage Tank Overfill Lines

High-level alarms are checked for operation before the start of each receipt and available tank capacity is compared with the receipt volume, thus reducing the likelihood of tank overfills. Storage tank receipts are also continuously monitored and verified every hour by reading the level gauge on the receiving tanks. Level gauges of the tanks are read every hour and receipt volumes are compared to shipment volumes. Discrepancies are investigated immediately by stopping the pumping and rechecking tanks and piping systems.

#### 2.2.4.3 Visual Tank Inspection

The visual tank inspection checklist presented below has been included as guidance for inspections and monitoring. Also included in the visual tank inspection will be an inspection of the tank foundation and associated piping. All tankage, pumping equipment, piping, and related facility equipment are inspected for leakage, malfunctions of seals, etc. every working day. Storage tanks are inspected monthly and annually, and findings are recorded. These records shall be maintained for a minimum of five (5) years.

| Visual Tank Inspection Items | |
|:---:|:---|
| ✓ | Corrosion. |
| ✓ | Cracks. |
| ✓ | Discoloration of tanks. |
| ✓ | Drip marks. |
| ✓ | Localized dead vegetation. |
| ✓ | Puddles containing stored materials. |

USSER-000186     004049

**SABLE**
**OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

Section 2:
Emergency Planning

Various tank inspections are performed in addition to normal rounds.

### 2.2.4.4 Monthly Inspections

| Monthly Visual Tank Exterior Inspections | |
|---|---|
| ✓ | Evidence of leaks (e.g., on the shell, flanges, and mixers). |
| ✓ | Changing conditions (e.g., shell distortions, settlement or heaving, and active corrosion) oil or water in tank lot/pad or on the roof. |
| ✓ | Condition of the foundation, paint coatings, floating roof, insulation systems, and appurtenances. |

### 2.2.4.5 Annual Inspections

| Annual Aboveground Storage Tank Inspection Items | |
|---|---|
| ✓ | Condition of platforms and ladders. |
| ✓ | Condition of rescue tank davit. |
| ✓ | Condition of roof legs, manholes, vents, and drains. |
| ✓ | Condition of seals. |
| ✓ | Condition of the foundation. |
| ✓ | Seal gap measurements, as required. |

Formal in-service and out-of-service inspections are also performed, under API 653.

| Foundation Inspection Items | |
|---|---|
| ✓ | Cracks. |
| ✓ | Damage caused by vegetation roots. |
| ✓ | Discoloration. |
| ✓ | Gaps between tank and foundation. |
| ✓ | Puddles containing stored materials. |
| ✓ | Settling. |

USSER-000187 004050

### Piping Inspection Items

| | |
|---|---|
| ✓ | Bowing of pipe between supports. |
| ✓ | Corrosion. |
| ✓ | Discoloration. |
| ✓ | Droplets of stored material. |
| ✓ | Evidence of stored material seepage on valves and seals. |
| ✓ | Localized dead vegetation. |

Facility operators visually inspect all tanks for leaks each working day. Daily tank gauges are reviewed for evidence of product loss that would indicate a leak in the tank. Any visible oil leaks from tank seams, gaskets, rivets and/or bolts are corrected immediately.

### 2.2.5 Secondary Containment Inspection

The secondary containment areas shown on the site plans will be inspected on the interval specified in the site-specific Spill Prevention, Control, and Countermeasures Plan (SPCC), as appropriate.

### Secondary Containment Inspection Items

| | |
|---|---|
| ✓ | Excessive debris or vegetation in the tank lot. |
| ✓ | Proper dike drainage operation. |
| ✓ | Proper warning signs in place. |
| ✓ | Signs of erosion or damage to the tank berm. |
| ✓ | Tank lot drainage pattern (away from tank and piping). |
| ✓ | Corrosion. |
| ✓ | Cracks. |
| ✓ | Discoloration. |
| ✓ | Presence of stored materials (standing liquid). |
| ✓ | Valve conditions. |

The dike or berm areas shown on the site plans will be inspected on the interval specified in the site-specific Spill Prevention, Control, and Countermeasures Plan (SPCC), as appropriate.

004051

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 2:
Pre Emergency Planning

| Dike or Berm System Inspection Items | |
|---|---|
| ✓ | Debris. |
| ✓ | Erosion. |
| ✓ | Level of precipitation in dike/available capacity. |
| ✓ | Location/status of pipes, inlets, drainage beneath tanks, etc. |
| ✓ | The operation status of drainage valves. |

### 2.2.5.1 Stormwater Drainage

Stormwater within a containment structure (station/facility containment or tank berms) is visually inspected for an oily sheen or suspended solids and/or foam before release. If visual inspection indicates that stormwater may be contaminated, stormwater samples are collected and sent to a laboratory for analysis. Adequate remediation of contaminated stormwater is required before release.

### 2.2.5.2 Dike Drainage

Drainage of precipitation accumulation from dike areas is performed only after inspection of the accumulation to ensure compliance with applicable water quality standards. Any water possessing a film, sheen, or discoloration on the surface is not discharged until such sheen has been physically removed with the use of absorbent pads. Drain valves are sealed and always locked except when there is an operator on-site.

| Dike Drainage Inspection Items | |
|---|---|
| ✓ | Inspects the water for a film, sheen, or discoloration. |
| ✓ | Monitors the discharge. |
| ✓ | Removes any film, sheen, or discoloration. |

### 2.2.5.3 Rack Drain

Rack drains are inspected to ensure that any petroleum released from the loading facilities can be conveyed through clean, open drains into proper on-site containment.

USSER-000189 004052



### 2.2.6 Human Error Prevention

If the facility is properly designed, constructed, operated, and maintained, then the most probable source of discharge is due to human error. Human errors, like those listed below, can be minimized by being aware of the problem when it arises and then using the minimization techniques already in place at the facility.

| Human Factor Risks | |
|---|---|
| **Risk** | **Control** |
| Abnormal operations | Written procedures, training, and review of typical scenarios |
| Drug/Alcohol abuse | Drug/Alcohol Program, Employee Assistance Program, and DISA Program |
| Fatigue and/or personal problems | Facility Management Policy |
| Inadequate training | Oil Spill Prevention training, and Oil Spill prevention training updates |
| Loading/Unloading Errors | Check-in Requirement |
| | Truck Driver orientation training and Driver Certification |
| | Card Lock System |
| Maintenance Hot Work errors | Work Permitting Process and Training |
| Maintenance item oversight | Written PM program |
| Miscommunication | Repeat communication and backup radio system |
| Miscommunication at shift change | Written shift reports and shift exchange checklist which includes critical procedures. |
| Misreading instrumentation | Improved lighting and back up provided, independent instruments |
| Operator error | Training updates, Operator Certification, and SOP Continuing Education |
| Operator inattention | Check-in requirement |

USSER-000190     004053

## 2.3 Discharge Detection

| Discharge Detection Methods | |
|---|---|
| ✓ | Discharge detection by Sable Offshore Corp. personnel, pipeline patrols, or the public. |
| ✓ | Automated discharge detection by the Supervisory Control and Data Acquisition (SCADA) system at the OCC which monitors flow and pressure on most lines as well as breakout tank oil levels. |
| ✓ | Various other procedures and practices. |

### 2.3.1 Automated Discharge Detection

#### 2.3.1.1 Pressure and Flow Monitors

Most pipelines have hi-low pressure and flow monitors that exercise local control or transmit data to the OCC or both. These systems are set to alarm or shut down on preset deviations of pressure or flow. In case of an alarm, the OCC will act in accordance with Operating Instructions.

#### 2.3.1.2 System Shutdown

An employee who discovers an outage, receives a report that an outage has occurred, or observes other hazardous conditions shall request shutdown of the affected system and notify the Area Supervisor if he is satisfied that a Sable Offshore Corp. line is involved.

#### 2.3.1.3 Overfill Alarm

Breakout tanks are equipped with high- and low-level alarms. Overfill or complete loss will trigger alarms transmitted to both the OCC and local area office.

### 2.3.2 Discharge Detection by Personnel

#### 2.3.2.1 Periodic Inspection

Aerial patrols over each major pipeline are normally made a minimum of once each week.

#### 2.3.2.2 Other Sightings of Spills/Releases

Other spills/releases on land can be detected during routine travel along the right-of-way by Sable Offshore Corp. personnel. In some instances, they may be observed and reported by the public or the employees of others in the industry.

Right-of-way marker signs are installed and maintained at road crossings and other noticeable points and provide an emergency 24-hour telephone number to be used by any person wishing to report a pipeline leak.

### 2.3.3 Pipeline Leak Detection Systems, Devices, Equipment, or Procedures

#### 2.3.3.1 Operational Control and Surveillance Guidelines

USSER-000191     004054



Sable Offshore Corp. operational control and surveillance guidelines cover all facilities, controls, and operations normally required to operate the pipeline system(s) in a safe, feasible, cost-effective manner in moving commodities from one point to another. Specific guidelines are:

| | Specific Operational Control and Surveillance Guidelines |
|---|---|
| ✓ | Utilize a maximum of feasible, cost-justifiable local/automatic "fail safe" type controls and designs. |
| ✓ | Provide a central remote-control center with adequate state-of-the-art SCADA facilities to minimize local manned operational requirements. The required remote controls and surveillance should be optimized consistent with operational needs and regulatory requirements. |
| ✓ | Use centralized "hub" remote control centers to the extent justified for security, consolidation of control, and data transmittal to the OCC. |
| ✓ | To the extent feasible, provide consistency in design and operation to facilitate ease and reliability of operation and maintenance. Whenever possible, use tried and proven design techniques and equipment. This is not intended to preclude development and testing of new techniques or equipment, but to make certain that when new techniques and equipment are to be used or tested, that fact is conveyed ahead of time to all concerned and approval is obtained. |
| ✓ | On new or revised facilities, consider cost vs. benefit, both through detailed study and by experience. Check for compliance with code and regulatory requirements. |
| ✓ | Utilize the "design criteria" as the vehicle to clearly define all facilities and the proposed operational modes. Include specific details of the "Operational Control and Surveillance" systems. Also include a section describing all major equipment, including electrical/electronic/computer packages, so that all concerned are aware and in agreement with the planned facilities. New, unfamiliar equipment can result in extra costs in training/debugging that may not justify the cost. The design criteria should be developed/reviewed/formally approved in the early stages of the project. If significant changes occur during the design of the project, the criteria should be updated and resubmitted for review and approval. |
| ✓ | Each time a significant system is completed/revised and placed online, debug and optimize it before releasing it for normal operation. |
| ✓ | Periodically review the control and surveillance on each existing system including those remotely controlled and those locally controlled. A cursory review should be performed periodically to identify systems requiring in-depth study. |
| ✓ | Reassess long-range, multiyear programs periodically to see that plans are still valid and to report progress and costs. If modifications are required, the plan should be revised. |

USSER-000192     004055



### 2.3.3.2 Leak Detection and System Shutdown

Sable Offshore Corp. leak detection and response guidelines cover those facilities, controls, and actions required to detect a leak or spillage from the pipeline and to minimize the extent of such leak or spillage and its effect on public safety, the environment, and property.

| Levels of Leak Detection | |
| --- | --- |
| Sable Offshore Corp. currently uses the following three types of leak detection systems. | |
| Level I | Volume Balance |
| Level II | Flow Rate and Pressure Deviation |
| Level III | Pressure and Equipment Status Change |

In determining the proper level to assign to a given pipeline system, a system analysis is required.

| Pipeline System Analysis Considerations | |
| --- | --- |
| ✓ | Material characteristics |
| ✓ | System physical condition |
| ✓ | System size, throughput, and operating conditions |
| ✓ | Existing controls |
| ✓ | Evaluation of leak/hazard/response scenarios |
| ✓ | Public safety |
| ✓ | Environmental pollution exposure |
| ✓ | Potential property losses |
| ✓ | Cost/benefit |

USSER-000193     004056

## Leak Detection Levels

| Level | General Technique | Shutdown |
|---|---|---|
| **Level I Volume Balance**<br>Level I systems will be provided with flow measurement facilities into and out of the system to enable volumetric balancing (including line inventory) at intervals of 15, 30, 45, and 60 minutes. These short time comparisons provide indications to the controller of large leaks, while a 24-hour comparison is used to detect smaller leaks. In addition, pressure sensing, status of pumping equipment, and excessive flow and pressure deviation alarming is provided. Alarm settings are adjusted as required to eliminate spurious alarms due to normal system fluctuations. Many require settings for both steady state and dynamic (planned changes) conditions. | • Line volume imbalance<br>• High pressure (audible alarm)<br>• High flow rate and low pressure<br>• Low pressure<br>• High flow rate<br>• Low flow rate<br>• Excessive flow rate deviation<br>• Excessive decreasing pressure deviations<br>• Equipment status change not initiated by OCC | 1. Local automatic shutdown on high or low line pressures.<br>2. OCC manual shutdown on major line balance deviations.<br>3. OCC manual shutdown on overall alarm evaluation.<br>4. Close-off of controllable isolation valves where available and pressure watch to determine affected section.<br>5. For new systems, the number, location, and remote operability of isolation valves should be carefully evaluated to meet codes and regulatory and hazard requirements. |
| **Level II Flow Rate and Pressure Deviation**<br>Level II systems are provided for facilities measuring flow rate, usually at the discharge points out of the system, as well as equipment status and pump discharge pressures, where possible, at all pumping facilities. These data provide excessive flow and pressure rate of change detection with enough operational data for the controller to distinguish an accidental release. | The following applicable alarms will be generated*:<br><br>• High line pressure (audible alarm)<br>• Low line pressure<br>• Excessive negative flow rate deviation<br>• Equipment status changes not initiated by OCC.<br>• Low flow rate | 1. Local automatic shutdown on high or low pressure.<br>2. OCC manual shutdown on overall alarm evaluation.<br>3. Close-off if remote control isolation valves are available and pressure watch to determine affected section.<br>4. For new systems, the number, location, and remote operability of isolation valves should be carefully evaluated to meet codes, regulatory, and hazard requirements. |
| **Level III Pressure and Equipment Status Change**<br>Level III facilities are controlled from the OCC and equipped with pump equipment status and discharge pressure indications. Excessive pressure rate of change alarming is used. Facilities of lesser importance have local sensing of discharge pressure for shutdown on high or low pressure. | The following applicable conditions will generate alarms*:<br><br>• High line pressure (audible alarm)<br>• Low line pressure<br>• Excessive negative pressure deviation<br>• Equipment status changes not requested by OCC | 1. Local automatic shutdown on high or low pressure.<br>2. OCC manual shutdown on alarm evaluation.<br>3. Isolate system to extent remote isolation valves are available. Call for manual isolation immediately upon confirmation of leak.<br>4. For new systems, the number, location, and remote operability of isolation valves should be carefully evaluated to meet codes, regulatory, and hazard requirements. |

*Alarm settings are adjusted as required to eliminate spurious alarms due to normal system fluctuations. Many require settings for both steady state and dynamic conditions.

004057



### 2.3.4 Recognizing an Emergency

A person evaluating a situation must assess the circumstances surrounding an event, determine if an emergency exists, and respond accordingly. Sable Offshore Corp. personnel are trained in hazards or emergency recognition procedures as described below.

An emergency in pipeline and facility operations often originates with the unexpected release or spill of commodities. Uncontained commodities and high vapor concentrations present substantial hazards for fires or explosions until they dissipate to safe levels. In these situations, sources of ignition must be controlled to eliminate fire and explosion hazards. Sable Offshore Corp. has strict rules for controlling sources of ignition within tank farm property to avoid such explosions or fires. Potential sources of ignition become more difficult to control on public property. Early detection and quick response are the best actions to reduce the hazards.

#### 2.3.4.1 Visual Keys

There should never be petroleum or refined products exposed to the atmosphere during Sable Offshore Corp. normal operations except during maintenance activities. Following an oil spill, dark stains, sheens, rainbows, or spilled material will accumulate near the source or at the lowest point along the surrounding terrain. That point may be in the diked area around a tank or, in the case of a pipeline, in a ditch, creek, pond, river, lake, or gutter. The oil products that Sable Offshore Corp. transports are lighter than water and therefore will remain on the surface of open water. If the surface of a waterway appears abnormal, further investigation is required. Liquefied petroleum gas (LPG) or HVLs will freeze anything in the immediate area of a release. Signs of frost, white soil, or a vapor cloud may indicate an LPG release.

Vapor clouds may also accompany a release of petroleum or chemical product, not just LPG. Response personnel should be careful and assume that an apparent fog is an explosive vapor cloud capable of flashing. These clouds will eventually dissipate to the atmosphere. Wind can help the situation by accelerating vapor cloud dissipation. However, before the cloud dissipates, it may move into populated areas with numerous ignition sources, thus creating a significant safety hazard.

#### 2.3.4.2 Auditory Keys

Splashing, spraying, or hissing sounds near tankage or pump stations may indicate a breach of mechanical integrity resulting in a release.

#### 2.3.4.3 Smell

Most of the products that Sable Offshore Corp. transports have a unique smell, identifiable to experienced personnel. If unusual odor concentrations are noticed or reported, they should be investigated.



### 2.3.4.4 Automation

Most pipelines are monitored by automatic controls from the Sable Offshore Corp. Operations Control Center (OCC). A more detailed description of these systems and parameters can be found in the operating manuals for the pipeline systems.

Pipeline volume accounting equipment is vital to the identification of a release. Dispatching personnel monitor operating pressures to ensure that they are within predetermined guidelines. If the operating pressure is outside the operating range or a volume discrepancy exists, an alarm will sound.

Tank level reading equipment will activate an alarm when tank levels exceed predetermined limits, thus preventing a tank overflow or detecting a leaking tank.

Additional information on the automated discharge detection systems is provided in the previous section entitled "Discharge Detection".

### 2.4 Public Awareness Program

| | Sable Offshore Corp. Public Awareness Program |
|---|---|
| ✓ | Sable Offshore Corp. is committed to educating the public about pipelines, pipeline safety, damage prevention and emergency readiness. Communication methods may include direct mail brochures, public service announcements, such as billboards, advertisements, and industry collaborative efforts, and other customized educational programs and outreach. |
| ✓ | DOT 95 requires an established public awareness program that educates nearby residents and other key stakeholders – schools, emergency responders/officials, excavators, and public officials – about the dangers and safety precautions of underground pipelines. |
| ✓ | Sable Offshore Corp. satisfies public awareness requirements through mass mailing of educational brochures every two years for residents and landowners (affected public) and annually for emergency officials, schools, public officials, and excavators. The affected public and excavator brochures are both in English and Spanish. |
| ✓ | Sable Offshore Corp. also sponsors programs that provide general pipeline-related information, including pipeline safety, damage prevention and emergency preparedness and response protocols. These sponsored programs reach local emergency responders/officials, excavators, and administrative municipal officials. |

USSER-000196

004059



## Section 3  Emergency Response Actions

### 3.1  Initial Response Procedures

Initial response actions are those immediately taken by local Sable Offshore Corp. personnel to mitigate as much as possible a spill or other incident.

The first company employee on scene will function as the person-in-charge until relieved by a supervisor.

All necessary steps that can be safely performed to control the incident should be taken and not limited by the guidelines provided in this section. The initial response efforts can greatly affect the overall response operation.

The appropriate response to a particular incident may vary depending on the nature and severity of the incident. Without exception, personnel and public safety is the first priority.

### 3.1.1  Potential Incidents

| Potential Incidents | |
|---|---|
| ✓ | Oil Spill |
| ✓ | Fire/Explosion |
| ✓ | Gas Release |
| ✓ | Injury / Medical / Rescue |
| ✓ | Natural Disaster / Severe Weather |
| ✓ | Security Incident |

USSER-000197     004060



### 3.1.2 General Response Guidelines

| General Response Guidelines | |
|---|---|
| ✓ | Fire and explosion potential always exist. |
| ✓ | If you are uncertain about the safety of an area, wear protective gear and if applicable and available, a breathing apparatus when approaching the area. |
| ✓ | Approach spilled material from an upwind direction, if possible. |
| ✓ | Keep non-essential personnel away from scene. |
| ✓ | Toxic gases may be released by some spills. |
| ✓ | Do not walk into or touch any spilled material. Avoid inhaling fumes, smoke, and vapors, even if no hazardous materials are involved. |
| ✓ | Do not assume that gases or vapors are harmless because of lack of odor. |
| ✓ | Check the Safety Data Sheet (SDS) to determine the flammable and toxic characteristics of the spilled material. |
| ✓ | Speed is essential in recovery efforts, especially during the initial response always keeping safety in mind. |
| ✓ | Determine strategic objectives at the beginning of a spill. |

### 3.1.3 Source Control/Shutdown

Immediate actions are required at the onset of an emergency response to limit the extent of a release, minimize the potential hazard to human health and the environment, and implement an effective response. It is also important to act decisively to create a professional working atmosphere among Sable Offshore Corp. and regulatory authority personnel and public officials. This section is intended to provide guidance for determining the appropriate initial response and notification actions that should be carried out in the event of a release or other emergency incident.

A list of the key internal Sable Offshore Corp. and federal agency notifications are provided in each Geographic Specific Volume II.

Local, State, and Federal notification requirements are provided in each Geographic Specific Volume II.

USSER-000198      004061

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response Actions

### 3.2 Immediate Response Actions Checklist

**Immediate Response Actions Checklist**

| Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|
| **Immediate Response Actions - From Safe Distance** | | |
| 1 | **QUICKLY ASSESS INCIDENT AND SAFETY HAZARD** - Use LPSA Process, Assess, Analyze, Act. Note all the following. Size, rate, type, cause, fire/explosion hazard, spill/vapor movements, and health risk, establish a safe perimeter, evaluate appropriate PPE, and consider site isolation and/or public evacuations. Call Fire Dept. and Police Dept. Develop initial Site Safety and Health Plan (SSHP). | | |
| 2 | **MAKE ALL REQUIRED NOTIFICATIONS** (internal, external, state, federal). NRC must be notified immediately, within 30 minutes. | | |
| 3 | **ELIMINATE IGNITION SOURCES** - Shut off motors, electrical pumps, electrical power, open flames, welding, etc. in hazardous areas. | | |
| 4 | **IF SAFE, CONTROL SOURCE** - Shut down pumps, close valves, etc. | | |
| 5 | **ENSURE PERSONNEL SAFETY** - Sound alarm, evacuate, if necessary, account for all personnel, and secure release area. | | |
| 6a | **INITIATE SPILL/RELEASE CONTROL** (On land-if applicable) – Block storm drains (if present), construct containment/diversion berms, apply sorbents, etc. | | |
| 6b | **INITIATE SPILL /RELEASE CONTROL** (On water-if applicable) – Deploy additional boom, deploy skimmer, track spill movements, etc. | | |
| **Supplemental Response Actions** | | |
| 7 | **RE-ASSESS INCIDENT PARAMETERS AND RESPONSE** - Estimate discharge volume/rate, effectiveness of source/ spill control operations, air monitoring, spill/vapor movements, safety/environmental concerns, weather/hydrographic conditions, etc. | | |
| 8 | **CONTINUE MITIGATION/CONTAINMENT ACTIONS**, including ongoing revisions of the written SSHP. | | |
| **Notification/Documentation** | | |
| 9 | **ACTIVATE NATURAL RESOURCE DAMAGE ASSESSMENT (NRDA) STUDIES**, if required. | | |
| 10 | **INITIATE DOCUMENTATION PROCEDURES** - Document all response actions taken, including notifications, and agency/public interactions. | | |

Revision 1     ©The Response Group     3-3

# SABLE OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 3:**
**Emergency Response Actions**

## Immediate Response Actions Checklist

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| | **Major Spill/Release Response Actions** | | |
| 11 | **ACTIVATE ESG AND REGIONAL RESPONSE TEAM IMPLEMENT ICS** | | |
| 12 | **IDENTIFY EQUIPMENT, PERSONNEL, AND LOGISTICAL SUPPORT REQUIREMENTS FOR SPILL/RELEASE OPERATIONS** - Containment, protection, recovery, and cleanup. | | |
| 13 | **DEVELOP AN INCIDENT ACTION PLAN** - Maximize utilization of available equipment, personnel, and logistics to limit the area affected by the spill/release and the associated impacts. Establish clear objectives, strategies and prioritize tactical actions. | | |
| 14 | **IMPLEMENT INCIDENT ACTION PLAN** - In the established order of priority. Also plan for the effective utilization of additional equipment and supplies as they are required and become available. | | |
| 15 | **ESTIMATE WASTE HANDLING AND INTERIM STORAGE REQUIREMENTS** - Based on quantity released, recovery capacity, areas affected, degree of impact, etc. | | |
| 16 | **ARRANGE FOR INTERIM SOLID AND LIQUID WASTE HANDLING AND STORAGE** - Pumps, barges, portable tanks, available tankage at facility, debris boxes, interim waste storage cells, heavy equipment, hauling/towing, permits, etc. | | |
| 17 | **INITIATE LOGISTICAL SUPPORT FOR RESPONSE OPERATIONS** - Transportation, lodging, meals, supplies, portable toilets, communications equipment, additional office space, etc. | | |
| 18 | **ARRANGE FOR TRANSPORTATION, TREATMENT, AND/OR DISPOSAL OF RECOVERED MATERIALS AND WASTES** – Determine characterization, and transportation requirements for the candidate treatment/disposal facilities. | | |
| 19 | **COMPLETE CLEANUP OPERATIONS AND OBTAIN CLEARANCE FROM REGULATORY AGENCIES** - Obtain written agency clearance for each section of contaminated areas as cleanup is completed. | | |

[1] - Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

USSER-000200     004063



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response
Actions

### 3.3 Oil Spill Response Actions

### 3.3.1 Equipment Failure

| Equipment Failure | | | |
|---|---|---|---|
| Response Action[1] | | ✓ | Date/Time Action Taken |
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Emergency Shut Down if necessary. | | |
| 3 | Make necessary notifications. | | |
| 4 | Evaluate risk of spill and/or fire/explosion and refer to the other checklist, as necessary. | | |

[1]Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

### 3.3.2 Tank Failure/Overfill

| Tank Failure/Overfill | | | |
|---|---|---|---|
| Response Action[1] | | ✓ | Date/Time Action Taken |
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Immediately switch to backup tank if possible. | | |
| 3 | If person down, notify the FLS/TPIC and rescue/evacuate threatened person (if safe to do so). | | |
| 4 | Eliminate all ignition sources onsite. | | |
| 5 | Call 911:<br>• Your Name, Company, and Phone Number<br>• Type/Location of Incident<br>• Route to approach<br>• Number and type of injuries | | |
| 6 | Ensure valves on secondary containment are closed. | | |
| 7 | Assign person to direct emergency response vehicles. | | |
| 8 | Monitor area with gas detectors to determine vapor area. | | |
| 9 | Inspect equipment and ensure it is in proper working order. | | |
| 10 | Make necessary notifications. | | |
| 11 | Brief fire department upon arrival. | | |
| 12 | Arrange for inspection of tank as soon as possible. | | |
| 13 | Notify local clean-up contractors, as necessary. | | |

*Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

USSER-000201

004064



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response
Actions

### 3.3.3 Piping Leak/Rupture

**Piping Leak/Rupture**

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Shut down pumps, close block valves, and shut down affected line. | | |
| 3 | If person down, notify the FLS/TPIC and rescue/evacuate threatened person (if safe to do so). | | |
| 4 | Eliminate all ignition sources onsite. | | |
| 5 | Call 911:<br>• Your Name, Company, and Phone Number<br>• Type/Location of Incident<br>• Route to approach<br>• Number and type of injuries | | |
| 6 | Contain spill (if safe to do so). | | |
| 7 | Assign person to direct emergency vehicles. | | |
| 8 | Monitor area with gas detectors to determine vapor area. | | |
| 9 | Make necessary notifications. | | |
| 10 | Brief fire department upon arrival. | | |
| 11 | Coordinate deployment of containment and recovery equipment. | | |
| 12 | Designate staging areas for personnel and equipment. | | |
| 13 | Coordinate activities of local clean-up contractors. | | |
| 14 | Set up Command Post, if warranted. | | |
| 15 | Ensure safety of personnel involved in spill response activities. | | |
| 16 | Caution against smoking, use of flash cameras, or other sources of ignition. | | |
| 17 | Keep persons not involved in response at least 300 ft. from spilled oil. | | |
| 18 | Brief agency personnel on arrival. | | |

[1]Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response
Actions

### 3.3.4 Failure of Transfer Equipment

| | Failure of Transfer Equipment | | |
|---|---|---|---|
| | Response Action[1] | ✓ | Date/Time Action Taken |
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Shut off Source of Supply/Emergency Shut Down if necessary and sound alarm. | | |
| 3 | If person down, notify Person-In-Charge and rescue/evacuate threatened person (if safe to do so). | | |
| 4 | Eliminate all ignition sources onsite. | | |
| 5 | Call 911:<br>• Your Name, Company, and Phone Number<br>• Type/Location of Incident<br>• Route to approach<br>• Number and type of injuries | | |
| 6 | Assure fire systems are activated. | | |
| 7 | Monitor area with gas detectors to determine vapor area. | | |
| 8 | Assign person to direct emergency response vehicles and to guard gates. | | |
| 9 | Make necessary notifications. | | |
| 10 | Coordinate deployment of onsite containment and recovery equipment. | | |
| 11 | Designate staging areas for personnel and equipment, as needed. | | |
| 12 | Coordinate activities of local clean-up. | | |
| 13 | Set up Command Post if warranted. | | |
| 14 | Ensure safety of personnel involved in spill response activities. | | |
| 15 | Maintain radio communication with vessel personnel. | | |
| 16 | Brief U.S. Coast Guard and other agency personnel on arrival. | | |

[1]Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

USSER-000203　　　004066

**SABLE OFFSHORE CORP.**

**3.4  Fire/Explosion**

### Fire/Explosion

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Emergency Shut Down if necessary. | | |
| 3 | If person down, notify FLS/TPIC and rescue/evaluate threatened person (if safe to do so). | | |
| 4 | Call 911: <ul><li>Your Name, Company, and Phone Number</li><li>Type/Location of Incident</li><li>Route to approach</li><li>Number and type of injuries</li></ul> | | |
| 5 | Attempt to extinguish fire (if safe to do so and incipient stage). | | |
| | **Combustible Material Fires** — For example, clothing, rags, wood, ropes, and paper fires. The cooling by large quantities of water, or extinguishing agent containing a large portion of water is of primary importance when fighting fires of this nature. Cooling of the source and surrounding areas should continue long enough to ensure that no re-ignition is possible. | | |
| | **Flammable Liquid Fires** — For example, petroleum cargo or bunkers. Cut off the flow of liquid from the source as quickly as possible. The exclusion of air by smothering or blanketing is necessary for fighting such fires; that is, by use of foam or water fog. Precautions against re-ignition should be observed. | | |
| | **Electrical Fires** — Require the use of non-conductive extinguishing agent when fighting fires in electrical equipment; that is, $CO_2$ or dry chemical powder. | | |
| 6 | Eliminate all ignition sources onsite. | | |
| 7 | **For fire at dock with or without a vessel, if applicable:** <ul><li>Shutdown dock operations</li><li>Activate dock fire protection system, where applicable.</li><li>Monitor dock from a safe distance</li></ul> | | |
| 8 | Assign person to direct emergency response vehicles. | | |
| 9 | Make necessary notifications. | | |
| 10 | Brief fire department upon arrival. | | |
| 11 | Conduct air monitoring to ensure safety of personnel and appropriate PPE is required to respond. (For additional information, see the Site Safety and Health Plan and/or the Safety Coordinator.) | | |

Revision 1  ©The Response Group  3-8

USSER-000204  004067

**Fire/Explosion**

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 12 | Evacuate all non-essential personnel, if necessary. Coordinate evacuation of nearby residents with local responders, if applicable. | | |
| 13 | Inspect system integrity. | | |
| 14 | Check off-site areas for damage. | | |

[1]Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

### 3.5 Natural or Other Gas Release Response Actions

#### 3.5.1 Gas Release

**Gas Release**

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Make necessary notifications. | | |
| 3 | Immediately stop work activities. | | |
| 4 | Shut down and isolate flow. | | |
| 5 | Evacuate the area. | | |
| 6 | Eliminate sources of ignition. | | |
| 7 | All equipment used when handling product must be grounded. | | |
| 8 | Water spray may reduce vapors or divert vapor cloud. | | |
| 9 | If exposed, make sure exposed clothing is removed and decon occurs. | | |

[1]Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

#### 3.5.2 Gas Release in / Near a Building

**Gas Release in / Near a Building**

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Immediately stop work activities. | | |
| 3 | Protect public first, then facilities. | | |
| 4 | Safely evacuate building if gas is detected inside building. | | |

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline Integrated Contingency Plan**

Section 3: Emergency Response Actions

### Gas Release in / Near a Building

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 5 | Always look and listen for any signs of escaped gas. | | |
| 6 | All open flames are to be extinguished. | | |
| 7 | Determine leak severity. | | |
| 8 | Do not enter building with audible leaking gas. | | |
| 9 | Test the environment to determine safe entry. | | |
| 10 | Evacuate people from adjacent buildings. | | |

[1]Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

## 3.6    Injury/Medical Emergency Response Actions

Upon notification of an injury, the TPIC/Operator will assess the medical condition of the person(s) involved. If circumstances are such that there are risks to others, a designated emergency signal shall be activated, and all site personnel shall assemble immediately for further instructions. Activities shall stop until the risk is removed or minimized.

### Medical Emergency Checklist:

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| ✓ | Call **911** to arrange for ground or air ambulance support.[2] Provide the 911 dispatch the following information:<br>• Your name and location<br>• Type of medical emergency<br>• Name and location of the injured<br>• Condition of injured<br>• Contact phone number | | |
| ✓ | Transport injured to a local hospital or physician | | |

[1] - Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

[2] - Evacuation of seriously ill or injured persons should be conducted by professionally trained persons. **Transportation by Company or private vehicle should be discouraged, unless advised to do so by supervision.** All medical emergencies should be documented, and applicable emergency notifications completed.

The onsite Company personnel or an Emergency Medical Technician (EMT) shall initiate the appropriate first aid and contact should be made for an ambulance and arrangements made with the designated medical facility (if required).

USSER-000206

004069



| | | Section 3: Emergency Response Actions |
|---|---|---|

**SABLE OFFSHORE CORP.** | Las Flores Pipeline Integrated Contingency Plan |

### 3.7 Severe Weather/Natural Disaster Response Actions

### 3.7.1 Tornado

| Tornado Definitions | |
|---|---|
| Tornado Watch | Conditions are right for the formation of a tornado. Continue monitoring weather alerts. |
| Tornado Warning | A tornado has been sighted but is not in the area at this time. Continue monitoring weather alerts. |
| Tornado Alert | A tornado has been sighted in the immediate area. Take cover immediately |

| Tornado | | | |
|---|---|---|---|
| Response Action[1] | | ✓ | Date/Time Action Taken |
| *Be aware of changing weather conditions* | | | |
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Announce over Company radio or by cellular phone. | | |
| 3 | Alert all personnel of condition. | | |
| 4 | If time permits, all personnel should assemble at an inside room in a designated Facility for shelter. | | |
| 5 | Account for all Personnel. | | |
| 6 | Begin search and rescue if any personnel is missing. | | |
| 7 | If time does not permit, seek shelter in low level area away from glass. | | |
| 8 | Make certain that all personnel are aware of the condition. | | |
| 9 | FLS/TPIC or designee will shut down (5 minutes) if safe to do so and notify Area manager as time permits. | | |
| *Immediately after the storm* | | | |
| 10 | Account for personnel. | | |
| 11 | Survey for damages. | | |
| 12 | Initiate team for any repairs. | | |
| 13 | Evaluate risk of spill and/or fire/explosion and refer to the other checklist, as necessary. | | |
| [1] - Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release. | | | |

Various tank inspections are performed in addition to normal rounds.

USSER-000207       004070

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response
Actions

### 3.7.2 Flood

| Flood | | |
|---|---|---|
| Response Action[1] | ✓ | Date/Time Action Taken |
| *Be aware of changing weather conditions* | | |
| 1 Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 Announce over Company radio or by cellular phone. | | |
| 3 Alert all personnel of condition. | | |
| 4 Establish communications with the Field office for weather updates. | | |
| 5 Assess situation and exercise caution. | | |
| 6 Emergency Shut Down, if necessary. | | |
| 7 Fill tanks to an adequate level to prevent flotation. | | |
| 8 Tape windows to prevent blowouts. | | |
| 9 Tie down all objects that float. | | |
| 10 Pump out all sumps. | | |
| 11 Disconnect electric power. | | |
| 12 Do not receive into or pump out of any tank during this time. | | |
| 13 Provide relief for incoming lines should a malfunction occur. | | |
| 14 Keep firewall drains on serviceable tanks closed. | | |
| *Immediately after the storm* | | |
| 10 Account for personnel. | | |
| 11 Survey for damages. | | |
| 12 Initiate team for any repairs. | | |
| 13 Evaluate risk of spill and/or fire/explosion and refer to the other checklist, as necessary. | | |

[1] - Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

USSER-000208

004071



### 3.7.3 Earthquake/Seismic Event

A determination will be made on whether the pipeline has potentially been affected by an earthquake. If the determination has been made that the possibility exists that the pipeline might have been damaged, then operations will cease, and an inspection of the line will be made.

| Earthquake/Seismic Event Considerations |
|---|
| ✓ Distance from epicenter |
| ✓ Pipeline characteristics |
| ✓ History |

There are two scales that the USCG utilizes. The Richter scale (the one most familiar with the public) and the Modified Mercalli Intensity Scale. The Richter scale measures the energy contained in an earthquake and the Modified Mercalli Intensity Scale measures what people experience and feel. Any earthquake that registers in magnitude of 6.0 or higher has the potential of causing damage to the pipeline. Therefore, any earthquake that registers a magnitude of 6.0 will require the pipeline to be inspected for any possible seismic damage, and if so, repairs effected accordingly prior to pipeline restart.

| Earthquake/Seismic Event | | ✓ | Date/Time Action Taken |
|---|---|---|---|
| Response Action[1] | | | |
| *During the Earthquake* | | | |
| 1 | Stay indoors, duck under heavy object such as a desk or brace yourself in a doorway; avoid windows. | | |
| 2 | If driving, attempt to keep vehicle away from overhead objects/structures. If possible, stop vehicle and drop to the seat or floor. | | |
| 3 | Avoid overhead power lines if possible. | | |
| *After the Earthquake* | | | |
| 4 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 5 | Shut down pipeline, isolate station to extent possible. | | |
| 6 | Disconnect electrical power source and shut off any natural gas supplies if damage. | | |
| 7 | Local employees dispatched to close bock valves should be very cautious of any power lines near block valves. | | |
| 8 | Check communication phones/radio. | | |
| 9 | Managers should establish employee call in/meeting place procedures. | | |

USSER-000209

004072

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response
Actions

### Earthquake/Seismic Event

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 10 | Fill available containers with drinking water as soon as possible. | | |
| 11 | Affected local employees need to verify the safety of their families and secure their homes before reporting to work. Unaffected employees should report to work for assignment as soon as possible. | | |
| 12 | The pipeline must be thoroughly inspected before the pipeline is restarted, including pumping station piping. Fly pipeline right-of-way in affected area and slowly re-pressurize line after inspection indicates start-up is possible. | | |
| 13 | Company personnel should realize that they will very likely be left to their own resources for the first few days after a major earthquake. We will rely on "importing" response personnel and equipment as necessary to support emergency response and repair activities. | | |
| 14 | Evaluate risk of spill and/or fire/explosion and refer to the other checklist, as necessary. | | |

[1] - Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

### 3.7.4   Tsunami

### Tsunami Definitions

| | |
|---|---|
| Tsunami Watch | Distant tsunami possible. Continue monitoring weather alerts and be prepared to act. |
| Tsunami Advisory | Strong currents and waves dangerous to those in/very near water possible. Stay out of water and away from beaches and waterways. |
| Tsunami Warning | Dangerous coastal flooding and powerful currents are possible. Move to high ground or inland. |

### Tsunami

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| | *Be aware of changing weather conditions* | | |
| 1 | Assess situation/take command. **EXERCISE CAUTION.** | | |
| 2 | Announce over Company radio or by cellular phone. | | |
| 3 | Alert all personnel of condition. | | |
| 4 | Establish communications with the Field office for weather updates. | | |
| 5 | Assess situation and exercise caution. | | |

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 3:**
Emergency Response Actions

### Tsunami

| | Response Action[1] | ✓ | Date/Time Action Taken |
|---|---|---|---|
| 6 | Emergency Shut Down, if necessary. | | |
| 7 | Fill tanks to an adequate level to prevent flotation. | | |
| 8 | Tape windows to prevent blowouts. | | |
| 9 | Tie down all objects that float. | | |
| 10 | Pump out all sumps. | | |
| 11 | Disconnect electric power. | | |
| 12 | Do not receive into or pump out of any tank during this time. | | |
| 13 | Provide relief for incoming lines should a malfunction occur. | | |
| 14 | Keep firewall drains on serviceable tanks closed. | | |
| | *Immediately after the storm* | | |
| 10 | Account for personnel. | | |
| 11 | Survey for damages. | | |
| 12 | Initiate team for any repairs. | | |
| 13 | Evaluate risk of spill and/or fire/explosion and refer to the other checklist, as necessary. | | |

[1] - Numbers do not represent a priority of response action. Response actions will vary depending on the circumstance of the release.

USSER-000211     004074



### 3.8 Security Incident Response Actions

All security incidents will be handled per Company policies and procedures. The site will reference the Facility Security Plan that is maintained at each site. The manual provides a quick resource of security related guidelines, procedures, and awareness to employees. The guidelines are not intended to be all-inclusive but should cover most of the security-related issues.

Sable Offshore Corp. has had a longstanding commitment to the protection of its people, facilities, information, and other assets. Sable Offshore Corp. continuously reinforces the importance of security and implements appropriate and balanced security measures leveraging existing corporate systems. Appropriate and balanced security measures consider perceived risks, the cost and practicality of potential countermeasures, relationships with the communities in which we operate, compliance with applicable laws, and recognition of social norms. Facilities are designed, procured, constructed, commissioned, and run in accordance with sound security practices that balance risk, cost effectiveness, and performance. Security equipment and processes are designed to deter, detect, delay, and respond to threats.

Each employee receives security awareness training through computer-based training and classroom-based training where applicable. Employees are expected to be familiar with Sable Offshore Corp.'s written policy regarding bomb threats. Bomb threat checklists should be near all phones and available in the event a bomb threat is received.

USSER-000212 004075

### 3.9 Notification Procedures

A spill incident or a substantial threat of an incident will trigger a set of prioritized internal and external notifications. A directory of telephone numbers for Sable Offshore Corp.'s personnel, facilities, offices, response contractors; and government agencies is also provided in in the site-specific sections.

The notification procedures must be followed to completion. If the responsible person is unable to reach the person listed, then the responsible person must make the notifications (if any) for that person. The incident report form will be used to provide accurate spill incident information for the initial and follow-up notifications to the National Response Center (NRC) for federal, state, and local agencies. Copies of this form will be kept in the office of the Terminal/Facility Supervisor and the applicable Control Office/Center. Initial notifications will not be delayed, pending collection of all information on the form. All required government agency notifications will be made to the NRC as soon as possible, within 30 minutes, after the discovery of the spill or threatened discharge of product.

### 3.9.1 Internal Notifications

Internal notifications will be made per the Incident Notification Investigation and Sharing Guide (INIS).

### 3.9.1.1 Field Personnel

Any person who observes or becomes aware of a release shall immediately report the incident to the FLS/TPIC.

### 3.9.1.2 Emergency Response Team (ERT)

The Emergency Response Teams may be activated as a group or individually, depending upon the size, location, nature, and complexity of the incident and at the discretion of the On-Scene IC/QI Individual.

The response organization can provide trained personnel, services, and response equipment on a 24 hour per day basis and can sustain these capabilities for up to 7 days or longer.

The Emergency Response Team is designed to manage the response to any emergency involving system operations. The organizational structure of the ERT operates within a tiered response framework, which allows for the mobilization of resources at varying levels as dictated by incident circumstances.

### 3.9.1.3 Field Notifications

1. Call 911 or local emergency phone number for the jurisdiction affected by the incident.
2. Notify FLS/TPIC.
3. Begin Internal Notifications

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 3:**
Emergency Response
Actions

### 3.9.1.4 Internal Notification Flowchart



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 3:
Emergency Response
Actions

### 3.9.2  External Notifications

The FLS/TPIC or the designee will determine which agencies/organizations/individuals are to be notified depending upon the nature of the emergency.

Additional notification information, including telephone numbers is contained in Volume II.

### 3.9.3  Mandatory Notifications

The priority of sequence of government notifications for a major incident would be as follows:

1. National Response Center (NRC)
2. State Emergency Response Commission/Agency (SERC)
3. Environmental Protection Agency (EPA)

Concurrent with these external notifications, Sable Offshore Corp.'s personnel, and the Oil Spill Removal Organization (OSROs) would be called to report to the site of the incident. Telephone numbers and alternate means of reaching personnel or organizations are listed below.

Additional notification information, including telephone numbers is contained in Volume II section 12.

004078



**3.9.4 External Notification Flowchart**

SPILL OR RELEASE EVENT → REPORT TO:

To WATER including Lakes, Streams, Oceans, Coastal Water, Wetlands, Shorelines, or Intermittent Waterways — Yes →
- National Response Center (NRC)
- State Agency(s)

No ↓

To Land, Groundwater, or Terrestrial Wildlife Habitat — Yes →
- State Environmental Agency(s)
- State Wildlife Agency (where wildlife is affected)

No ↓

From Pipelines resulting in Explosion, Fire, Death, Bodily Harm, $50K Damage, >50 bbl Liquid Loss, or >5 bbl HVL Loss — Yes →
- NRC for Interstate Pipelines
- State Pipeline Safety Agency(s)

No ↓

Of Reportable Quantities of Hazardous Substance or For Which an SDS is maintained — Yes →
- National Response Center (NRC)
- State Environmental Agency(s)
- State/Local Emergency Agencies

No ↓

Causing Reportable/Excessive Air Emissions (i.e. Hydrocarbons, Smoke, Odor) — Yes →
- State Air Pollution Agency(s)
- Local Air Pollution Agency(s), if applicable

No ↓

Causing Violation of Permit Condition or is an SPCC Related Discharge — Yes →
- Federal Air Pollution Agencies
- Discharge to Water >1000 Gallons for SPCC Facilities

No ↓

Associated with a fatal accident to one or more Employees or which requires hospitalization of 3 or more Employees — Yes →
- Occupational Safety and Health Administration (OSHA)

---

Revision 1 ©The Response Group 3-20

## Section 4  Incident Management

This Section describes specific duties and responsibilities of the members of the IMT. This section should be used as a guide; specific circumstances during an incident response may require different actions. Because of the flexibility of the Incident Command System (ICS), certain duties, responsibilities and position titles listed here may not be needed in all circumstances and may change with time as the response evolves.

Sable Offshore Corp.'s response team consists of trained personnel that will respond to all Company emergency incidents. Trained and qualified OSRO personnel will be called upon to fill ICS roles as required.

### 4.1  Pacific Tier Structure

Sable Offshore Corp. has established an emergency response organization to respond to an oil spill from any of its assets. The design of the response organization is based on the Incident Command System (ICS), a crisis management system now widely used by private and public emergency response organizations because it provides the capability and flexibility to respond to a wide range of emergency incidents taking an "All Hazards" approach. Personnel assigned specific positions in the response organization are required to be thoroughly familiar with their roles and responsibilities and participate in specified training programs and exercises simulating oil spill events.



USSER-000217   004080

| Pacific Emergency Response Tiers | |
|---|---|
| Tier I: | Equipment and Onsite Response Team to respond to small incidents, or Tier I events, are maintained at our facilities. |
| Tier II | If an incident requires response capabilities beyond those maintained on our facility, then we would activate the SBC IMT and OSRO, as needed. SBC IMT Personnel can be supplemented with personnel from Sable Offshore Corp.'s Houston Office and The Response Group, as needed. |
| Tier III | For a major event that is a Tier III response, the full IMT and OSRO will be activated, among other response contractors as required. The SBC IMT would be supplemented with IMT Personnel from Sable Offshore Corp.'s Houston Office and The Response Group, as needed. |

## 4.2  Qualified Individual

The Qualified Individual (QI) is responsible for the full implementation of the Facility Response Plan and is trained for these responsibilities. The Designated Alternate provides relief to the QI as needed to ensure that at least one QI is available to respond on a twenty-four (24) hour basis. The QI is responsible for implementing response plans, directing response operations, and resolving internal conflicts that arise during response operations either directly or by qualified designees. It is the responsibility of the QI or his/her designee to coordinate with the Federal On-Scene Coordinator (FOSC) and State On-Scene Coordinator (SOSC) throughout the response.



**SABLE OFFSHORE CORP.**     Las Flores Pipeline Integrated Contingency Plan     **Section 4: Incident Management**

| QI Responsibilities | |
|---|---|
| ✓ | Initiate internal notifications and hazard communication systems to notify all facility personnel. |
| ✓ | Notify all response personnel, as needed. |
| ✓ | Identify the character, exact source, amount, and extent of the release, as well as the other items needed for notification. |
| ✓ | Notify and provide necessary information to the appropriate federal, state, and local authorities with designated response roles, including the National Response Center (NRC), State Emergency Response Commission (SERC), and local response agencies. |
| ✓ | Assess the interaction of the spilled substance with water and/or other substances stored at the Facility and notify response personnel at the scene of that assessment. |
| ✓ | Assess the possible hazards to human health and the environment due to the release. The assessment must consider both the direct and indirect effects of the release (i.e., the effects of any toxic, irritating, or asphyxiating gases that may be generated or the effects of any hazardous surface water runoffs from water or chemical agents used to control fire and heat-induced explosion). |
| ✓ | Assess and implement prompt removal actions to contain and remove the substance released. |
| ✓ | Coordinate rescue and response actions as previously arranged with all response personnel. |
| ✓ | Activate and engage in contracting with OSROs. |
| ✓ | Use authority to immediately access funding to initiate cleanup activities. |
| ✓ | Direct cleanup activities until properly relieved of this responsibility. |
| ✓ | Arrangements will be made to ensure that the QI or Alternate is available on a twenty-four (24) hour basis and can arrive at the Facility in a reasonable time. |
| ✓ | The Alternate QI will replace the QI in the event of his/her absence and have the same responsibilities and authority. |

It is the QI's responsibility to first make the appropriate notifications, then to initiate response operations. This individual has absolute authority to obligate any funds necessary to carry out all required and/or directed response activities. This individual will also act as liaison with city, county, state, and federal agencies. The QI is also responsible for directing operations of the Emergency Response Teams, activating the Sable Offshore Corp. Response Teams, as appropriate, and to notify the Public Information Officer, as needed.

The following checklist (the checklist is not all-inclusive) serves as a guide to the On-Scene PIC/QI.

USSER-000219     004082



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 4:
Incident Management

| | QI Minimum Duties |
|---|---|
| ✓ | Activate internal alarms and hazard communication systems to notify all facility personnel. |
| ✓ | Notify all response personnel, as needed. |
| ✓ | Identify the character, exact source, amount, the extent of the release, and cause of the release, if possible, as well as the other items needed for notification. |
| ✓ | Notify and provide necessary information to the appropriate federal, state, and local authorities with designated response roles, including the NRC, SERC, and LEPC. |
| ✓ | Assess the interaction of the spilled substance with water and/or other substances stored at the facility and notify response personnel at the scene of that assessment. |
| ✓ | Assess the possible hazards to human health and the environment due to the release. This assessment must consider both the direct and indirect effects of the release (i.e., the effects of any toxic, irritating, or asphyxiating gases that may be generated, or the effects of any hazardous surface water runoffs from water or chemical agents used to control fire and heat-induced explosion). |
| ✓ | Assess and implement prompt removal actions to contain and remove the substance released. |
| ✓ | Coordinate rescue and response actions with all response personnel. |
| ✓ | Use authority to immediately access Company funding to initiate cleanup activities. |
| ✓ | Direct cleanup activities until properly relieved of this responsibility. |

USSER-000220     004083



### 4.3   Coordinating with Government Agencies

#### 4.3.1   Unified Command (UC)

The Unified Command (UC) is a structure that allows for representing agencies or jurisdictions that share responsibility for the incident management of the response from a single Incident Command Post (ICP). A UC allows agencies with different legal, geographic, and functional authorities and responsibilities to work together effectively without affecting individual agency authority, responsibility, or accountability. In addition to government agencies, participants of the UC may also include organizations, private industries, or owners and operators of waterfront facilities and vessels bringing large amounts of tactical and support resources to the table.

The UC is responsible for the overall management of an incident. The UC directs incident activities including the development and implementation of incident objectives, strategies, and approves ordering and releasing of resources. Under a UC a single coordinated IAP will direct activities. The UC will supervise a single Command and General Staff organization and speak with one voice.

| Why Establish a Unified Command? |
| --- |
| ✓ Cross-geographic boundaries (e.g., two states or international boundaries). |
| ✓ Impact multiple functional responsibilities (e.g., Search and Rescue (SAR), fire, oil spill, and emergency medical services (EMS)). |
| ✓ Involve a private industry. |
| ✓ Involve a vessel or facility (e.g., Responsible Party (RP) for a pollution threat). |
| ✓ Involve various governmental levels (e.g., Federal, state, tribal, and local). |

| Unified Command Compositions: |
| --- |
| ✓ Must be specifically charged by law or ordinance with commanding, coordinating, or managing a major aspect of the incident response. |
| ✓ Must have incident or response operations impact on the organization's area of responsibility (AOR). |
| ✓ Should have full organization authority to make decisions and execute all the tasks assigned to the IC on behalf of their organization. |
| ✓ To keep the UC limited in size and efficient, it is recommended that one federal agency be the lead agency to coordinate activities and actions among the various federal agencies involved; this concept applies to state and tribal representation on the UC as well. |

USSER-000221          004084

### 4.3.2 Interfacing with Local Agencies

| Methods to Coordinate with Local Agencies | |
|---|---|
| ✓ | Ensure that the names, addresses, and telephone numbers for the officials are current. |
| ✓ | Exchange information about responsibilities and resources (both for Sable Offshore Corp. and the officials) available for responding to a given emergency and to discuss (preplan) possible responses to be made during potential emergencies. |
| ✓ | Provide the officials with current information on all Sable Offshore Corp. facilities within their jurisdiction. |

In the event of an incident, notifications must be made to the LEPC (Local Emergency Planning Committee). If possible, a single source of contact should be identified within the LEPC. Lines of communication to this source must be established to allow quick contact.

### 4.4 Incident Command System

Sable Offshore Corp. has adopted the Nation Incident Management System (NIMS) and Incident Command System (ICS) as outline in :

- Homeland Security Presidential Directive Five (HSPD-5)
- National Response Framework

### 4.4.1 ICS Principles

| ICS Organization | |
|---|---|
| The ICS is applicable across a spectrum of incidents that may differ in terms of size, scope, and complexity because of its: | |
| ✓ | A modular organizational structure that is extendable to incorporate all necessary elements. Responsibility and performance begin with the incident command element, the IC, and build from the top down. |
| ✓ | Functional unit management structure. |

| Functional Areas | |
|---|---|
| ICS is usually organized around five major functional areas: | |
| ✓ | Command. |
| ✓ | Operations. |
| ✓ | Planning. |
| ✓ | Logistics. |
| ✓ | Finance/administration. |
| The IC will establish the sixth functional area, Intelligence, based on the requirement of the situation at hand. | |

USSER-000222

004085



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 4:
Incident Management

## Transitional Steps

Some of the more important transitional steps that are necessary to apply ICS in a field incident environment include the following:

| | |
|---|---|
| ✓ | Establish incident facilities as needed, strategically located, to support facility operations. |
| ✓ | Establish the use of common terminology for organizational functional elements, position titles, facilities, and resources. |
| ✓ | Rapidly evolve from providing oral direction to the development of a written Incident Action Plan (IAP). |
| ✓ | Recognize and anticipate the requirement that organizational elements will be activated and take the necessary steps to delegate authority as appropriate. |

## Modular Extension

The modular concept is based on the following considerations:

| | |
|---|---|
| ✓ | Deactivate organizational elements no longer required. |
| ✓ | Develop the form of the organization to match the function or task to be performed. |
| ✓ | Observe recommended span-of-control guidelines. |
| ✓ | Perform the function of any non-activated organizational element at the next highest level. |
| ✓ | Staff only those functional elements that are required to perform the task. |

## Partners

Several types of agencies could be in the Operations Section, and work together or in combinations depending on the situation, some examples are:

| | |
|---|---|
| ✓ | Federal Agencies. |
| ✓ | State Agencies. |
| ✓ | Local Government Agencies. |
| ✓ | Emergency services. |

Other participants may include private individuals, companies, or NGO's, some of which may be fully trained and qualified to participate as partners in the operations section.

USSER-000223                                                        004086



### 4.4.2 Establishing an Incident Command System

| Establishing an Incident Command System (ICS) | |
|---|---|
| The Incident Command System will be established whenever an emergency has been determined by the IC to warrant activation. The following procedures will be followed when establishing an Incident Command System: | |
| ✓ | The most senior facility supervisor on site who has received IC training will oversee the Incident System. |
| ✓ | The IC will designate a Safety Officer (SOFR). |
| ✓ | Based on the hazardous substances and/or conditions present, the IC will implement appropriate emergency operations. |
| ✓ | Appropriate respiratory protection will be used. |
| ✓ | The IC shall limit the number of emergency response personnel at the emergency site, in those areas of potential or actual exposure to incident or site hazards. |
| ✓ | Operations in hazardous areas will be performed using the buddy system in groups of two or more. |
| ✓ | Backup personnel will stand by with equipment to aid or rescue. |

### 4.4.3 IC Planning Cycle

The ICS Planning Cycle is an ordered sequence of actions used to accomplish incident objectives.

| Purpose of the ICS Planning Cycle | |
|---|---|
| ✓ | Activating a defined and scalable response management of each incident's unique characteristics. |
| ✓ | • Define operational periods for planning and operations purposes to develop measurable strategies that contribute to the mitigation as the incident evolves. |
| ✓ | • Dissemination response information including:<br>• Response Objectives<br>• Resource status<br>• Situation Updates<br>• Safety requirements and advisories<br>• Evaluation of current response strategies; and<br>• Revision of the above as the incident evolves. |
| ✓ | • Establish incident objectives guiding the efforts of the IMT. |

As depicted on the ICS "Planning P" the ICS planning cycle is divided into two phases: Initial Response, and Operational Planning.

USSER-000224     004087

# SABLE
## OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 4:**
**Incident Management**

In a more complex Tier II or III emergency, planning for the next operational period will take place in the proactive phase. To manage the emergency, a meeting schedule will be set by the IC. A detailed Incident Action Plan (IAP) will be developed through the meetings outlined in the Operational Planning description below. A more detailed description of the ICS Planning Cycle and its phases can be found in the Incident Management Handbook (IMH).

### 4.4.4 IC Planning Cycle





### 4.4.4.1 Initial Response Phase

The Initial Response phase of an incident is typically the most likely phase of concern because of the dangers associated with the initial approach and assessment of a release.

| Initial Response Phase |
| --- |
| ✓   Incident Occurrence/ Discovery |
| ✓   Notification |
| ✓   Initial Response and Assessment |
| ✓   Initial Incident Briefing ICS 201 form |
| ✓   Assessment Meetings |
| ✓   Initial Objectives Meeting |

The primary document developed during the Initial Response phase is the ICS 201 Incident Brief, with other ICS forms supplementing as they are developed, and information is gathered. When management of an incident transitions from reactive to proactive response methods, the planning cycle moves to Operational Planning.

### 4.4.4.2 Proactive Response Phase

If the Unified Command determines formal incident planning is needed, the Unified Command presents the Command and General Staff of the IMT with initial incident objectives to move the planning cycle forward. The Operational Planning phase of an incident allows further refinement of planning processes and alignment with day-to-day operations. Control objectives are refined for each operational period and are defined by specific strategies and tactics for response operations. Because an incident response is dynamic and evolves over time, objectives, tactics, resources are re-evaluated for each Operational Period because incident response is dynamic.

| Proactive / Operational Planning Phase |
| --- |
| ✓   Objectives Meeting |
| ✓   Command and General Staff Meeting |
| ✓   Tactics Meeting |
| ✓   Planning Meeting |
| ✓   Operations Briefing |

The primary document developed during operational planning is the Incident Action Plan (IAP).

USSER-000226      004089



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 4:
Incident Management

The planning cycle is timed so the operations briefing occurs just before the start of a new Operation

## 4.5 Roles and Responsibilities

The information in this section is an overview of the Command and General Staff positions of the Incident Management Team. For information on subordinate positions or in-depth role and responsibility checklists, refer to the Incident Management Handbook (IMH).

All assigned personnel should review common responsibilities in addition to position-specific responsibilities when assigned a position on the IMT. In addition to the position-required ICS forms and response specific documentation, every member of the IMT should maintain an ICS 214a Individual Activity Log.

During initial response when the scope of the incident and/or the necessary incident management resources are unknown, a larger response effort is recommended. Resources may be scaled back when no longer necessary.

Refer to the Incident Management Handbook for a full description of each position, position specific checklists, etc.

### 4.5.1 Incident Commander (IC) and Deputy IC

The Incident Commander's (IC) responsibility is the overall management of the incident. On most incidents, the command activity is carried out by a single IC, but, if warranted, the IC will form a Unified Command with a FOSC, SOSC, or LOSC (Local On-Scene Coordinator), as appropriate. The IC is selected by qualifications and experience. Deputies should have the same qualifications as the person for whom they work, as they must be ready to take over that position at any time. When span of control becomes an issue for the IC, a Deputy IC/Chief of Staff may be assigned to manage the Command Staff.

### 4.5.2 Safety Officer

The Safety Officer (SOFR) function is to develop and recommend measures for assuring personnel safety and to assess and/or anticipate hazardous and unsafe situations. Only one primary SOFR will be assigned for each incident. The SOFR may have specialists, as necessary, and the assistants may also represent assisting agencies or jurisdictions. Safety assistants may have specific responsibilities, such as air operations, hazardous materials, etc.

During the initial response phase, the ICS 201-5 form is used to ensure hazards are identified, evaluated, and managed. The ICS 201-5 is typically used for a Tier I response. The ICS 201-5 form can be supported by attachments such as the released product SDS and other topics at the Safety Officers discretion. In a Tier I response the safety officer transitions to the ICS 208 form at their discretion.

USSER-000227 004090

The Tier II response would typically use the SDS, ICS 208 Site Safety Plan (SSP), and Medical Plan forms. The ICS 201-5 form would be in place until the Tier II Safety team can transition from the Tier I team. The ICS 208 form can also be supported with attachments of SDS and Medical Plan, at the Safety Officers discretion. When a response has transitioned to the "project phase" the project is usually turned over to a remediation project group. At that time an SSP will be developed based on Company safety and health procedures.

### 4.5.3  Public Information Officer

The Public Information Officer (PIO) is responsible for developing and releasing information about the incident to the news media, to incident personnel, and to other appropriate agencies and organizations. Only one primary PIO will be assigned for each incident, including incidents operating under a Unified Command (UC) and multiple jurisdiction incidents. The PIO may also have assistants as necessary, and the assistants may also represent assisting agencies or jurisdictions. Agencies have different policies and procedures relative to the handling of public information.

### 4.5.4  Liaison Officer

Incidents that are multi-jurisdictional or have several governmental agencies involved, may require the establishment of the Liaison Officer (LOFR) position on the Command Staff. Only one primary LOFR will be assigned for each incident, including incidents operating under UC and multi-jurisdiction incidents. The LOFR may have assistants as necessary, and the assistants may also represent other agencies or jurisdictions.

### 4.5.5  Legal Officer

The Legal Officer is responsible for providing advice and direction on all matters of a legal nature including claims, legal requirements relating to the emergency response, investigations, natural Damage Assessment (NRDA), major procurement contracts, insurance coverage, and review of information release to the media, government agencies, and the public.

### 4.5.6  Intelligence/Security Officer

The responsibility of the Intelligence/Security Officer is to provide Command intelligence information that can have a direct impact on the safety of response personnel and influence the disposition of security assets involved in the response.

### 4.5.7  Operations Section

The Operations Section Chief (OSC), a member of the General Staff, is responsible for the management of all operations directly applicable to the primary mission. Assignment as the OSC will be based on qualifications and experience.

The OSC activates and supervises organization elements in accordance with the IAP and directs its execution. The OSC also directs the preparation of Unit operational plans, requests, or releases resources, makes expedient changes to the IAP, as necessary, and reports such to the IC. The OSC may have a Deputy OSC who may be from within the Company or from an

004091

assisting agency. In a more complex incident, the OSC may assign a Deputy OSC to supervise on-scene operations.

### 4.5.8  Planning Section

The Planning Section Chief (PSC), a member of the General Staff, is responsible for the collection, evaluation, dissemination, and use of incident information and maintaining status of assigned resources. Information is needed to 1) understand the current situation; 2) predict the probable course of incident events; 3) prepare alternative strategies for the incident; and 4) submit required incident status reports. The PSC may have a deputy PSC, who may be from an assisting governmental agency. The Deputy PSC should have the same qualifications as the individual for whom they work and must be ready to take over position at any time.

### 4.5.8.1 Situation Unit Leader

The Situation Unit Leader (SITL) is responsible for collecting, processing, and organizing incident information relating to the growth, mitigation, or intelligence activities taking place on the incident. The SITL may prepare future projections of incident growth, maps, and intelligence.

### 4.5.8.2 Resource Unit Leader

The Resource Unit Leader (RESL) is responsible for maintaining the status of all assigned tactical resources and personnel at an incident. This is achieved by overseeing the check-in of all tactical resources and personnel, maintaining a status-keeping system indicating current location and status of all these resources.

### 4.5.8.3 Documentation Unit Leader

The Documentation Unit Leader (DOCL) is responsible for establishing a filing system for the maintenance of accurate, up-to-date incident information that will constitute the incident's legal record. Examples of incident documentation include the Incident Action Plan, incident reports, communication logs, injury claims, situation status reports, etc. Thorough documentation is critical to post-incident analysis. Some of the documents may originate in other sections. This unit shall ensure each section is maintaining and providing appropriate documents for inclusion in the incident file. The DOCL will, after the response is terminated, provide the IC the complete set of incident files to store for legal, analytical, and historic purposes. In the absence of a Historian, the DOCL will prepare meeting minutes, track open action items, and maintain the incident event log.

### 4.5.8.4 Environmental Unit Leader

The Environmental Unit Leader (ENVL) is responsible for environmental matters associated with the response, including strategic assessment, modeling, surveillance, sensitive area identification, and environmental monitoring and permitting. The ENVL may be staffed or co-staffed by an agency representative as required by state/Provencal policy or the UC.

### 4.5.9  Logistics Section

The Logistics Section Chief (LSC), a member of the General Staff, is responsible for providing facilities, services, and material in support of the incident. The LSC participates in the development and implementation of the IAP and activates and supervises the Branches and



Units within the Logistics Section. The LSC may have Deputy LSCs. The Deputy LSC must have the same qualifications as the person for whom they work, as they must be ready to take over that position at any time.

### 4.5.10 Finance Section

The Finance Section Chief (FSC), a member of the General Staff, is responsible for all financial, administrative, and cost analysis aspects of the incident and for supervising members of the Finance/Admin Section. The FSC may have a Deputy FSC. The Deputy FSC must have the same qualifications as the person for whom they work, as they must be ready to take over that position at any time.

### 4.6 Incident Communication

A successful response depends on effective communication. Information from the initial observation of a spill must be quickly brought to the attention of incident responders and applicable regulatory agencies. The Incident Management Team (IMT) must be able to communicate with individuals and teams in the field, coordinate movement of resources, and provide current and accurate situational information to stakeholders and authorities.

Communications during response operations will be facilitated by using existing Sable Offshore Corp. radio and telephone systems.

| Methods for Response Communications |
| --- |
| **Primary Communications** |
| ✓ Cellular Phones. |
| ✓ Satellite Phones. |
| ✓ Standard Phone Lines. |
| ✓ VHF Radios. |
| **Secondary Communications** |
| ✓ Push-to-Talk Cellular Phones. |
| ✓ Two-way Radios. |
| ✓ UHF Portable Radios. |
| Communication needs beyond primary communication devices will be supplied by Company contracted OSRO's. |

The Communications Unit Leader (COML), under the Logistics Section of the Incident Management Team (IMT), is responsible for establishing, operating, and maintaining an effective communications network for the response. See the Incident Management Handbook (IMH) for a description of the COML's roles and responsibilities.

USSER-000230 004093



## 4.7    Incident Documentation

Documentation of an incident provides not only a historical account covering the entire period from the commencement of emergency response operations to final post-spill assessment. It also serves as a legal instrument and a means to account for all cleanup costs. Documentation relies heavily upon detection and assessment functions, and together, these functions provide the necessary data on the extent of the spill and the necessity for control measures. While facility personnel oversee this important function, it may be desirable to utilize consultants who can provide overall guidance on the type of data collection required and, where necessary, assist in data collection or provide sampling survey personnel.

### 4.7.1    ICS Forms

An important aspect to bear in mind when completing forms and entering data is to use a quantitative system. Avoid relative or arbitrary terms such as large, small, thick, thin, a lot, not much, etc. These qualitative terms can cause confusion and are not comparable between locations and individuals.

To ensure that all pertinent data and information are available for the incident report, documentation should commence immediately upon notification of a spill and should continue until termination of all operations. The Documentation Unit Leader (DOCL) should coordinate all documentation. The DOCL, IC, Deputy IC, directors, and designated support personnel should keep notes on all significant occurrences, including details and time of occurrence.

All ICS forms are available via the Incident Action Plan (IAP) Software™, or at the FEMA ICS Resource Center at https://training.fema.gov/emiweb/is/icsresource/icsforms/

### 4.7.2    IAP Software™

One of the methods Sable Offshore Corp. utilizes to manage and document a response is the Incident Action Plan (IAP) Software™ developed by The Response Group. The software includes integrated NIMS-compliant Incident Command System (ICS) forms and processes to facilitate incident management throughout all stages of an event.

During the beginning stages of an event, IAP Software™ can be initiated. Any member of the Incident Management Team may do this, but typically is done by the Planning Section.

In the absence of the IAP Software, paper copies of the ICS may be used manually.

## 4.8    Response Termination & Follow-up Procedures

Termination activities are divided into three phases: debriefing the incident, post-incident analysis, and critiquing the incident.

Termination activities are divided into three (3) phases:

USSER-000231

004094

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 4:**
**Incident Management**

| Termination Activities | |
|---|---|
| ✓ | Debriefing the incident |
| ✓ | Post-incident analysis |
| ✓ | Critiquing the incident |

The extent to which these phases are undertaken depends on the nature and magnitude of the Incident. Even a minor incident could elicit very detailed termination activities. Additionally, some incidents trigger outside agency reporting. These events would trigger the formal termination procedures outlined in this section.

### 4.8.1 Debriefing the Incident

Debriefings should begin as soon as the "emergency" phase of the operation is completed. Ideally, this should be before first responders leave the scene, and it should include the response team, section chiefs, and other key players such as PIO and agency representatives who the IC determines would benefit from being involved.

| Debrief Checklist | |
|---|---|
| ✓ | Use safety meeting attendance forms and or memoranda to document the debriefing. |
| ✓ | Inform responders exactly what hazardous materials they were (possibly) exposed to and the signs and symptoms (if available, provide SDS). |
| ✓ | Identify equipment damage and unsafe conditions requiring immediate attention or isolation for further evaluation. |
| ✓ | Assign information-gathering responsibilities for a Post-Incident Analysis and critique. |
| ✓ | Summarize the activities performed by each section, including topics for follow-up. |
| ✓ | Reinforce the positive aspects of the response. |

### 4.8.2 Post Incident Analysis

Post-Incident Analysis (PIA) is a detailed, step-by-step review of the incident to establish a clear picture of the events that took place during the incident.

USSER-000232

004095



| SABLE OFFSHORE CORP. | Las Flores Pipeline Integrated Contingency Plan | Section 4: Incident Management |
|---|---|---|

### General Information

| | |
|---|---|
| ✓ | Assign information-gathering responsibilities for a PIA and critique. |
| ✓ | Debriefings should begin as soon as the "emergency" phase of the operation is completed. Ideally, this should be before first responders leave the scene, and it should include the hazmat response team, section chiefs, and other key players such as PIO and agency representatives who the IC determines would benefit from being involved. |
| ✓ | Identify equipment damage and unsafe conditions requiring immediate attention or isolation for further evaluation. |
| ✓ | Inform responders exactly what hazardous materials they were (possibly) exposed to and the signs and symptoms. |
| ✓ | Summarize the activities performed by each section, including topics for follow-up. |

*Safety meeting attendance forms and or memoranda may be utilized to document the debriefing.*

The PIA is not the same as investigations conducted to establish the probable cause of the accident for administrative, civil, or criminal proceedings. Those are usually conducted utilizing root cause or HAZOP methodologies. The IC will assign responsibility to an individual(s) to collect information about the response during the debriefing. Additional data may be obtained from Command post logs, incident reports, and eyewitness interpretations.

Once all available data has been assembled and a rough draft report developed, the entire package should be reviewed by key responders to verify the available facts are arranged properly and occurred.

### PIA Key Topics

| | |
|---|---|
| Command and Control | Was command established and sections organized? Did information flow from operations personnel through Section Chiefs to the IC? Were response objectives communicated to the personnel expected to carry them out? |
| Tactical Operations | Were the tactical options ordered by the IC and implemented by emergency response personnel effective? What worked? What did not? |
| Resources | Were the resources adequate for the job? Are improvements needed for apparatus and/or equipment? Were personnel trained to do the job effectively? |
| Support Services | Were the support services received from other organizations adequate? What is required to bring support to the desired level? |

USSER-000233     004096

### 4.8.3 Critiquing the Incident

| Elements of a Good Critique | |
|---|---|
| ✓ | Continued training of skills and techniques. |
| ✓ | Pre-planning for significant incidents. |
| ✓ | Sharing information between response entities and agencies. |
| ✓ | Trust in the response system as being self-correcting. |
| ✓ | Willingness to cooperate through teamwork. |

A critique leader is assigned. This can be anyone comfortable and effective working in front of a group.

| Critique Leader Role | |
|---|---|
| ✓ | Control the critique. Introduce the players and procedures, keep it moving and end on schedule. |
| ✓ | Ensure that all participants follow the critique rules. |
| ✓ | Ensure that each operational group presents their observations. |
| ✓ | Ensure that specific questions receive detailed answers. |
| ✓ | Follow up. |
| ✓ | Keep notes of important points. |
| ✓ | Sum up the lessons learned. |

Following the critique, the critique leader should forward written comments to management. They should highlight suggestions for improving response capabilities and alternative solutions. When larger incidents are involved or injuries have occurred, formal reports should be circulated so that everyone in the response system can understand the "lessons learned

USSER-000234

004097



**SABLE** OFFSHORE CORP. — Las Flores Pipeline Integrated Contingency Plan — Section 5: Containment, Recovery, & Disposal

## Section 5   Containment, Recovery, and Disposal

### 5.1   Containment and Recovery

After initial response actions have been taken to stop further spillage and the required agencies have been notified, commence spill containment and recovery operations.

First, assess the size and hazards of the spill. The type of oil plus its location and predicted movement will be considered. Based on this assessment, additional cleanup personnel and equipment may be dispatched to the site and deployed to control and contain the spill. Containment boom may be used to surround the spill and contain it. The boom may also be deployed between the spill and environmentally sensitive areas. Booms may also be used in areas of strong currents to deflect or guide the spill to locations where it can more effectively be cleaned up using skimmers, vacuum trucks, or sorbent materials. Cleanup equipment and the material will be used in the manner most effective for rapid and complete cleanup of the spill.

Containment and recovery refer to the techniques or methods that can be employed to contain and recover petroleum spills on water or the containment of petroleum spills flowing overland. Recovery of terrestrial spills is often very similar or uses the same techniques as shoreline cleanup.

Refer to the NOAA Shoreline Cleanup Assessment Manual for additional information at https://response.restoration.noaa.gov/sites/default/files/manual_shore_assess_aug2013.pdf.

| **Containment and Recovery Operations Considerations** |
|---|
| ✓ Aquatic (water) containment is primarily conducted using oil spill containment booms. |
| ✓ Containment is most effective when conducted near the source of the spill where the oil has not spread over a large area and the contained oil is of sufficient thickness to allow effective recovery and/or cleanup. |
| ✓ Feasibility is generally dependent on the size of the spill, available logistical resources, implementation time, and environmental conditions or the nature of the terrain in the spill area. |
| ✓ Recovery of free petroleum from the ground surface is best achieved by using pumps, vacuum sources, and/or sorbents. |
| ✓ Skimmers are usually the most efficient means of recovery of aquatic spills, although pumps, vacuum systems, and sorbents can also be effective, particularly in smaller waterways. |
| ✓ Terrestrial (land) containment typically involves berms or other physical barriers. |

USSER-000235                                                                 004098



## 5.2 Spill Assessment and Tracking

### 5.2.1 Locating a Spill

In the event of a significant release of oil, an accurate estimation of the spill's total volume along with the spill location and movement is essential in providing preliminary data to plan and initiate cleanup operations.

As part of the initial response, Sable Offshore Corp. will initiate a systematic search with aircraft, primarily helicopters, to locate a spill and determine the coordinates of the release. If weather prohibits the use of aircraft (fixed-wing, rotor, and or unmanned aerial vehicles/drones), ground assets may be used to conduct search operations.

Aircraft will also be utilized to photograph the spill as often as necessary for operational purposes. The overflight information will assist with estimating the spill size and movement-based upon existing reference points (i.e., oil rigs, islands, familiar shoreline features, etc.).

### 5.2.2 Volume Estimations

When a spill has been verified and located, the priority issue will be to estimate and report the volume and measurements of the spill as soon as possible. Direct measurements are the preferred method for determining the volume of a spill.

| Direct Measurement Methods |
| --- |
| ✓ Gauging the tank or container to determine volume lost. |
| ✓ Measuring pressure lost over time. |
| ✓ Determining the pump or spill rate (GPM) and elapsed time. |

When direct measurements methods are not available, spill measurements will be estimated.

Oil spill volume estimations may be determined by direct measurements or by calculations based upon visual assessment of the color of the slick and information related to length and width that can be calculated on existing charts. The appearance of oil on water varies with the oil's type and thickness as well as ambient light conditions.

USSER-000236

004099

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

Use this table to calculate the amount of an oil spill.

| Estimated Area* (sq. ft) | Estimated Amount of Spill in GALLONS** | | | | | |
|---|---|---|---|---|---|---|
| | Barely Discernible | Silvery Sheen | Faint Colors | Bright Bands of Color | Dull Brown | Dark Brown |
| 1,000 | < 1/8 | < 1/8 | < 1/8 | < 1/8 | < 1/8 | < 1/8 |
| 5,000 | < 1/8 | < 1/8 | < 1/8 | < 1/8 | < 1/8 | 3/8 |
| 10,000 | < 1/8 | < 1/8 | < 1/8 | < 1/8 | 1/4 | 2/5 |
| 15,000 | < 1/8 | < 1/8 | < 1/8 | < 1/8 | 3/8 | 1/2 |
| 20,000 | < 1/8 | < 1/8 | < 1/8 | 1/4 | 2/5 | 1 |
| 30,000 | < 1/8 | < 1/8 | < 1/8 | 1/4 | 3/5 | 1 |
| 50,000 | < 1/8 | < 1/8 | 1/4 | 2/5 | 1 | 3 |
| 100,000 | < 1/8 | 1/4 | 2/5 | 3/4 | 3 | 5 |
| 300,000 | 3/8 | 3/5 | 1 | 2 | 6 | 14 |
| 600,000 | 1/2 | 1 | 2 | 4 | 13 | 29 |
| 900,000 | 3/4 | 2 | 3 | 7 | 20 | 43 |
| 1,000,000 | 7/8 | 2 | 4 | 7 | 22 | 47 |
| 1,250,000 | 1 | 2 | 5 | 9 | 27 | 59 |
| 1,500,000 | 1 | 3 | 5 | 11 | 32 | 70 |
| 1,750,000 | 2 | 3 | 6 | 13 | 38 | 82 |
| 2,000,000 | 2 | 4 | 7 | 14 | 43 | 94 |
| 4,000,000 | 4 | 8 | 15 | 30 | 90 | 95 |
| 6,000,000 | 5 | 11 | 22 | 44 | 132 | 286 |
| 8,000,000 | 7 | 15 | 29 | 58 | 174 | 377 |
| 10,000,000 | 9 | 18 | 36 | 72 | 216 | 468 |
| 12,500,000 | 11 | 23 | 45 | 90 | 270 | 585 |
| 15,000,000 | 14 | 27 | 54 | 108 | 324 | 702 |
| 17,500,000 | 16 | 32 | 63 | 126 | 378 | 819 |
| 20,000,000 | 18 | 37 | 72 | 144 | 432 | 936 |
| 22,500,000 | 21 | 41 | 82 | 164 | 492 | 1,066 |
| 25,000,000 | 23 | 45 | 90 | 180 | 540 | 1,170 |
| 27,500,000 | 25 | 50 | 100 | 200 | 600 | 1,300 |

*Arrived at by multiplying the estimated length of the spill by estimated width. Round up to the next highest value.

**Calculated from guidance published by the API Task Force on Oil Spill Cleanup, Committee for Air and Water Conservation.

USSER-000237

004100

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

## Oil Thickness Visual Assessment

| Term | Description | Layer Thickness Interval (in.) | | bbl. per acre | Visual Example |
|---|---|---|---|---|---|
| Sheen / Rainbow | Visible on the water as a silvery sheen or with tints of rainbow colors. This is the smallest thickness of oil. | Silver | $1.6 \times 10^{-6} - 1.2 \times 10^{-5}$ | 40 - 300 | http://archive.orr.noaa.gov/job_aid/joba id.html |
| | | Rainbow | $1.2 \times 10^{-5} - 2.0 \times 10^{-4}$ | 300 - 500 | |
| Metallic / Discontinuous True Color | Visible with dark colors (i.e., yellowish brown, light brown) with a trace of rainbow color but is not black or dark brown. | Metallic | $2.0 \times 10^{-4} - 2.0 \times 10^{-3}$ | 5000 – 50,000 | http://archive.orr.noaa.gov/job_aid/joba id.html |
| | | Discontinuous True Color | $2.0 \times 10^{-3} - 8 \times 10^{-3}$ > 8 x 10-3 | 50,000 to 200,000 | |
| Continuous True Color | Fresh oil after initial spreading will have a black or very dark brown color. This is the largest thickness of non-emulsified oil. | >200 | | >200,000 | http://archive.orr.noaa.gov/job_aid/joba id.html |
| Mousse | Water-in-oil emulsion which is often orange to rust colored. It is thick and viscous and may contain 30% oil. | -- | | -- | http://archive.orr.noaa.gov/job_aid/joba id.html |

USSER-000238     004101

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

Several natural weathering processes occur that can diminish the severity of the spill depending upon the composition of the oil.

| Natural Weathering Processes | |
|---|---|
| ✓ | **Dispersion** – The act of breaking up large particles into smaller ones and distributing them throughout a liquid or gaseous medium. |
| ✓ | **Dissolution** – The process of going into a solution. |
| ✓ | **Emulsification** – Process consisting of the suspension of small globules of one liquid in a second liquid with which the first will not mix. |
| ✓ | **Evaporation** – To convert or change into a vapor or to draw off in the form of vapor. |

These factors will be used to estimate the volume of oil in a spill unless an accurate amount is known by other means. Estimated spill volumes should be rounded off to avoid the misconception of a precise determination.

### 5.2.3 Predicting Spill Movement

Real-time oil spill trajectory models predict the movement of spilled oil on water and identify potential shoreline impact zones and other environmentally and ecologically sensitive areas.

The Response Group, Inc. (TRG) in Cypress, TX is a resource providing Sable Offshore Corp. with predictions of both the movement of oil on water and potential impact areas. TRG can initiate the trajectory mapping process by either verbal request or submitting a trajectory request form on a 24 hour/day basis. TRG relies on several sources that provide real-time data in conjunction with condition variables to track and predict spill movement throughout an incident. Trajectory model results will be transferred to Sable Offshore Corp. personnel via fax or email. Weather forecast buoy data and National Weather Bureau satellite imagery may be collected from internet services or by contacting the National Weather Service.

Trajectory models can be run with real-time and predicted weather information used as input over a several hour period.

### 5.2.4 Estimating Spill Trajectories

Oil spill trajectories may initially be estimated to predict the direction and speed of the slick movement. Trajectory calculations provide an estimate of where oil slicks may impact shorelines and other sensitive areas and provide an estimate of the most likely locations for protection, containment, and recovery.

| Methods for Estimating Spill Trajectories | |
|---|---|
| ✓ | Computer trajectory modeling programs. |
| ✓ | Vector Analysis (using wind speed/direction and ocean current speed/direction). |

USSER-000239     004102

SABLE
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

Sable Offshore Corp. will utilize internal subject matter experts along with consultants as necessary to perform trajectory analysis and fate & effect modeling.

| Trajectory Input Variables |
| --- |
| ✓ Atmospheric temperature. |
| ✓ Characteristics of spilled material. |
| ✓ Nature of the spill - continuous or single incident. |
| ✓ Sea state. |
| ✓ Spill location, volume, and time of the spill. |
| ✓ Water movement (current) speed & direction. |
| ✓ Water temperature. |
| ✓ Wind speed & direction. |

| Trajectory Variable Information Sources |
| --- |
| ✓ Commercial weather services. |
| ✓ Internal Sable Offshore Corp. databases. |
| ✓ National Oceanic and Atmospheric Administration (NOAA). |
| ✓ Reports from personnel at the spill site. |

### 5.2.5 Continued Monitoring and Tracking the Spill Movement

Surveillance of the spill movement throughout the incident is essential to bringing response operations to a successful conclusion. Sable Offshore Corp. will utilize aerial overflights (fixed-wing, rotor, and or unmanned aerial vehicles/drones) and trajectory modeling to monitor and predict the movement of oil until the spill response operation is completed. Sable Offshore Corp. will also employ the use of vessels on the water to attain additional information on the location of oil.

Surveillance operations can be continued both day and night, and during inclement weather, using infrared sensing cameras capable of detecting oil on water. Information from the infrared cameras can be downloaded to a computer and printed out on a chart and/or recorded on videotape. This surveillance technology, if applicable, would be used in conjunction with scheduled overflight operations.

### 5.2.6 Sampling and Testing

In defining an acceptable response to a spill incident, it is necessary to know certain physical and chemical characteristics of the spilled material. If the identification of the spilled material

USSER-000240                                                          004103

can be made without testing, product data may be obtained from a safety data sheet (SDS), product specification information, and/or records of product physical and chemical properties.

Occasionally a spill may occur in which the spilled material is not readily identifiable. Typically, laboratory analytical data for spill event samples will not be instantaneously available during an emergency. Therefore, it is necessary and desirable to field-categorize oils as the product reacts and changes in the environment. Although varying widely in physical and chemical properties, oil products have common basic features that permit their grouping for predictive evaluation of environmental effects and determination of control actions. As petroleum products react and change (e.g., weather) when exposed in the environment, the laboratory data may not be representative of "real-time" conditions; rather the data may instead reflect the chemical characteristics of the spilled material(s) at the time of sample collection.

## 5.3 Terrestrial Spills

Specific response actions are contained within each specific geographic area's Tactical Response Plan.

### 5.3.1 Terrestrial Containment & Recovery

| Terrestrial Containment and Recovery Factors | |
|---|---|
| ✓ | **Existing drainage courses** - Oil is more easily contained and recovered if it is flowing within or can be diverted to, existing natural or manmade drainage structures. |
| ✓ | **Size** - Most containment techniques provide limited storage capacity. |
| ✓ | **Slope** - Berms and barriers are generally less effective on steeper slopes and accessibility may be limited. |
| ✓ | **Stormwater runoff** - Runoff generally requires the containment of larger quantities of liquids and complicates oil recovery. |
| ✓ | **Substrate permeability** - Highly permeable sediments will allow rapid penetration of oil into the substrate, thus complicating containment, and recovery. |
| ✓ | **Surface texture** - rough surfaces with natural ridges and depressions enhance containment and should be taken advantage of whenever possible. |

If terrestrial sediments become oiled or petroleum contacts and becomes stranded on a shoreline, cleanup operations should be undertaken to minimize the environmental effects of the petroleum. In most instances, cleanup efforts are not subject to the same time constraints as containment, recovery, and protection operations. As a result, better planning and greater attention to detail are possible. The exception is where there is a high probability of stranded oil becoming remobilized and migrating to previously unaffected areas. In this case, cleanup operations should be implemented immediately. Federal and state OSC's must be advised of cleanup plans before the start of any shoreline cleanup operation.

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

| Considerations | |
|---|---|
| ✓ | Clean-up technique selection. |
| ✓ | Cost-effectiveness. |
| ✓ | Documentation of the location, degree, and/or extent of oil conditions. |
| ✓ | Evaluation of all environmental, cultural, economic, and political factors. |
| ✓ | Mitigation of physical and environmental damage associated with cleanup technique implementation. |

### 5.3.2 Terrestrial Cleanup Factors

The shoreline or terrestrial oil conditions can range from those which require immediate and thorough cleanup to lightly oiled areas where no action may be the most environmentally sound option. The amount and type of oil, shoreline sensitivity, substrate or shoreline type, intrusive nature of the candidate techniques, and shoreline exposure are all factors that influence technique selection and whether cleanup will be required.

| Terrestrial Cleanup Factors | |
|---|---|
| ✓ | **Impacted groundwater** - Special subsurface remediation techniques would likely be required. |
| ✓ | **Oil penetration depth** - Significant penetration may require the use of heavy equipment or special subsurface remediation techniques. |
| ✓ | **Sediment type** - softer sediments may reduce mobility for heavy equipment and the presence of coarser sediments and bedrock could also restrict the use of certain types of heavy equipment. |
| ✓ | **Size** - Larger areas will generally require the use of mechanical methods, whereas manual techniques can be used for smaller areas. |
| ✓ | **Slope** - The use of heavy equipment is often restricted to gradually sloped areas, and manual techniques may be considered unsafe if used on steep terrain. |

 

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 5:**
**Containment, Recovery, & Disposal**

### 5.3.3 Shoreline Cleanup Factors

| Shoreline Cleanup Factors | |
|---|---|
| ✓ | **Oil conditions** - Heavier oil conditions and larger areas may require more intrusive or mechanical methods, whereas lighter conditions may not require any form of cleanup. For example – removing lighter oils in a marsh area or wetland may cause more harm to the environment than allowing for natural attenuation and biodegrading. |
| ✓ | **Oil penetration depth** - Significant penetration can reduce the effectiveness of several techniques. |
| ✓ | **Shoreline sensitivity** - Intrusive techniques may create a greater impact than the oil itself. |
| ✓ | **Shoreline slope** - Heavy equipment may not be usable on steeper shorelines. |
| ✓ | **Substrate type** - Finer-grained sediments typically require different techniques than coarse-grained sediments. |

### 5.3.4 Special Considerations for Spills to Groundwater

Spills to the bare ground will initially spread laterally on the surface and then begin migrating downward through the soil and, depending on a variety of factors and circumstances, could reach groundwater. A portion of the oil will be absorbed by the soil particles or become trapped in small pores eventually immobilizing the spill.

| Factors Halting Ground Oil Absorption | |
|---|---|
| ✓ | Groundwater is reached. |
| ✓ | Impenetrable Layer (silt, clay, sandstone, rock) is encountered. |
| ✓ | Residual Saturation is reached (all the oil is absorbed by the soil). |

If a spill does reach groundwater, the oil will form a mound on the surface of the groundwater (water table) and begin to spread horizontally but preferentially in the direction of groundwater flow. For higher groundwater velocities, a narrow plume elongated in the direction of groundwater flow will form whereas for lower velocities the plume broadens and assumes a more circular pattern. The thickness of the plume or layer of oil on the water table will decrease with distance from the source.

As with vertical migration, a portion of the oil will adhere to soil particles and become trapped in small or water-filled pores, eventually becoming immobilized. For instantaneous or quasi-instantaneous spills, 40-70% of lateral spreading will generally occur in the first twenty (24) hours whereas 60-90% occurs in the first week.

USSER-000243　　　004106

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

### 5.3.4.1 Response Actions

In the event of a spill to bare ground, several actions should be taken to assess the spill and if groundwater is impacted, initiate recovery and limit the extent of the impact. A decision guide flowchart is provided below that outlines the general response actions that should be taken.

**Groundwater Spill Response Strategy Guide**



USSER-000244      004107



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
ainment, Recovery, &
Disposal

### 5.3.4.2 Initial Assessment

As for any spill, the initial response actions for spills to bare ground should include the assessment of health and safety hazards. See the Site Safety and Health Plan as well as the following parameters.

| Initial Assessment Parameters |
|---|
| ✓ Depth to Groundwater. |
| ✓ Estimated Response Time to Initiation of Recovery Actions. |
| ✓ Product Type (viscosity). |
| ✓ Soil Type/Permeability/Moisture Content. |
| ✓ Spill Size and Product Accumulation (pooled oil) Depth. |

### 5.3.4.3 Ground Impact Potential

Once the assessment is completed, the potential for the spill to impact underlying groundwater should be determined and generally requires some knowledge of the local hydrogeology including soil type/permeability and depth to groundwater, and groundwater flow direction. The common factors, along with selected examples that contribute to a spill having a higher or lower potential to impact groundwater are:

| Higher Potential |
|---|
| ✓ Dry Soil with Low Oil Retention Capacity. |
| ✓ Highly Permeable Soils (sand, gravel, coarse-grained mixed sediment). |
| ✓ Large Volume. |
| ✓ Low Viscosity Oil (gasoline). |
| ✓ Pooled Oil (creates a hydraulic head that enhances penetration). |
| ✓ Response Time (several hours before pooled oil recovery begins). |
| ✓ Shallow Groundwater (generally <20 ft.). |

004108

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

**Lower Potential**

| | |
|---|---|
| ✓ | Deep Groundwater (generally >20 ft.). |
| ✓ | Low Permeability Soils (silts, clays, fine-grained mixed sediment). |
| ✓ | Medium to High Viscosity Oil (industrial fuel oils, crude, lubricants, etc.). |
| ✓ | No Pooled Oil on Surface. |
| ✓ | Response Time (expeditious recovery of pooled oil or saturated soils). |
| ✓ | Small Volume. |
| ✓ | Wet or Moist Soils with High Oil Retention Capacity. |

For small spills that do not pool on the ground surface, vertical penetration into the soil is often limited to four (4) to eight (8) inches except for coarse gravels, which could allow considerably deeper penetration. Depth of penetration can be estimated if you know the square footage of surface impact, soil type, depth to groundwater, and spill volume. Using the above information and the table shown below, a calculation of how much oil can be absorbed/retained by the soil between the surface and the water table. If the retention capacity is significantly greater than the spill volume, the potential for the spill to reach groundwater would be low and vice versa.

**Retention Capacity**

| Soil Type | Oil Retention Capacity (gal / yd$^3$) |
|---|---|
| Stones, coarse gravel | 1 |
| Gravel, coarse sand | 1.6 |
| Coarse sand, medium sand | 3 |
| Medium sand, fine sand | 5 |
| Fine sand, silt | 8 |

### 5.3.4.4 Supplemental Assessment

If the potential exists for a spill to reach groundwater, additional assessment activities should be conducted to determine whether groundwater has been impacted and, if so, assess the extent of impacts. In most cases, experienced remediation contractors already under contract to Sable Offshore Corp. will be utilized to conduct subsequent assessment activities.

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

### Assessment Activities

| | |
|---|---|
| ✓ | **Backhoes or Excavators** – excavate pits/trenches to determine penetration depth/groundwater impacts (limited to depths of 10–20 ft.). |
| ✓ | **Direct Push Drilling Rigs** – install borings to collect soil/water samples and can be used to install temporary wells (often limited to 50-100 ft.). |
| ✓ | **Hand or Power Augers** – install borings to collect soil/water samples and can be used to install temporary wells (often limited to 15-30 ft.). |
| ✓ | **Hollow Stem Auger (HAS) or Rotary Drill Rigs** - install borings to collect soil samples and wells for groundwater samples (limited to 100-500 ft.). |

The method used often depends on equipment availability, depth to groundwater, and access to the spill area. For areas with shallow groundwater and good access, backhoes or excavators are often the most expedient means of determining penetration depth and groundwater impacts. If access is limited, such as in many tank farms, hand or power augers can be used to install borings and collect samples. Direct push (Geo-probe) rigs can get into many areas but are generally truck-mounted and will need road access. For areas with good access and where groundwater is deeper, hollow stem augers or rotary drill rigs are often the best equipment for subsequent assessment.

Borings or pits should be installed, if safe to do so, in the main spill area where penetration is typically greatest. If groundwater impacts are confirmed or expected, additional borings or wells should be installed by stepping out laterally from the spill area and primarily in the downgradient direction until the groundwater impact area is delineated.

It is important to note that if intrusive activities (excavation, drilling, hand augers, etc.) are necessary, additional air monitoring of the excavation and breathing zone around the activities should be conducted to ensure additional hazards are not created by the activities. If excavation activities are conducted and workers must enter the excavation, confined space permitting and/or shoring regulations may apply.

### 5.3.4.5 Recover/Remediation

In the event a spill does reach groundwater or the threat of reaching groundwater remains, recovery or remediation activities will need to be conducted to mitigate the impacts. The impacts could be limited to low concentrations of hydrocarbons that have dissolved into the groundwater or, for larger spills, involve a layer of oil/product floating (separate, or non-aqueous, phase hydrocarbons) on the groundwater-surface accompanied by elevated concentrations of dissolved (aqueous phase) hydrocarbons in the groundwater.

USSER-000247 004110

SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

| Common Groundwater Remediation Techniques | |
|---|---|
| ✓ | Air sparging |
| ✓ | Bioremediation |
| ✓ | Excavation |
| ✓ | In situ oxidation |
| ✓ | Pump and treat |
| ✓ | Soil vapor extraction |

The selection of the most appropriate remediation technique will depend on several factors including product type, soil type, depth to groundwater, access, the extent of impacts, current groundwater use, etc. Sable Offshore Corp. will utilize experienced remediation contractors to select and implement the most appropriate remediation technique(s).

## 5.4 Aquatic Spills

Specific response actions are contained within each specific geographic area's Tactical Response Plan.

### 5.4.1 Aquatic Containment, Protection, and Recovery Factors

| Aquatic Containment, Protection and Recovery Factors | |
|---|---|
| ✓ | **Anchor points** - Soft bottom substrates can complicate boom anchor placement. |
| ✓ | **Channel width** - Widths of more than 200 to 300 feet will generally preclude using booms to completely contain oil floating in the waterway, particularly if strong currents are present. |
| ✓ | **Current speed** - Surface currents greater than 1 knot can cause boom failure or entrainment of oil beneath the boom when the boom is deployed perpendicular to the current. If deployed at an angle, boom can generally be effective up to 2-3 knots. |
| ✓ | **Safety** - High currents and winds, large obstacles, and other dangerous conditions could present safety hazards and preclude certain techniques. |
| ✓ | **Shoreline access** - Obstacles (rocks, debris, man-made structures, etc.) in the water or steep or densely vegetated shorelines could restrict access and present safety and operational problems. |
| ✓ | **Slick thickness** - Recovery effectiveness with pumps/vacuum systems and skimmers decreases as slick thicknesses decline, becoming relatively ineffective for very thin slicks or sheens. |
| ✓ | **Water depth** - Depths greater than 50 feet can complicate boom anchor placement, whereas depths less than 2 feet can preclude effective boom use. |



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

### 5.4.2 Open-Water & Close-to-Shore

Effectively implementing containment and recovery techniques is generally dependent on the size of the spill, available logistical resources, implementation time, and environmental conditions in the spill area. Sable Offshore Corp. strategy is to use Company-owned equipment for immediate containment and contractor equipment and expertise to contain and/or recover spilled oil to the environment.

### 5.5 Alternative Response Technologies

| Alternative Response Technologies |
|---|
| ✓ Bioremediation |
| ✓ Chemical treatment/dispersants |
| ✓ In-situ Burning |

Although physical control and recovery of spilled oil are advocated and generally preferable, such actions are not always possible or practical because of factors including safety hazards, remote spill sites, or weather. When non-mechanical methods can result in reduced human hazard or environmental damage, consideration of their use is appropriate but will require regulatory approval. If an alternative response technology is considered, the Company will coordinate through the Unified Command and with the Regional Response Team to ensure appropriate steps are taken and documented to expedite approval.

The use of alternative response technologies is prohibited without authorization from the Federal on Scene Coordinator.

All Alternative response technology operations must be conducted under the Special Monitoring of Applied Response Technologies protocols.

### 5.5.1 Dispersant Use

All pre-approved dispersants are found in the National Contingency Plan's (NCP) 40 CFR Part 300, National Product Schedule. This list is updated on a monthly or bimonthly basis. When considering dispersant use, only products on the National Product Schedule may be used, except during an emergency such as an immediate threat to human life.

The FOSC may authorize the use of dispersants when concurrence has been received by the appropriate RRT or in a pre-approved zone. In cases where dispersants are necessary due to an immediate threat, the FOSC may authorize the use and inform the RRT of the action.

All Dispersant Operations will be conducted following the guidance and direction provided in the appropriate Area Contingency Plan.

USSER-000249 004112



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

Consideration of dispersant use during a spill must account for all aspects of the situation.

| Dispersant Use Considerations | |
|---|---|
| ✓ | Adequacy of cleanup techniques. |
| ✓ | Chemical dispensability of the oil. |
| ✓ | Economics |
| ✓ | Logistics |
| ✓ | Natural dispersion. |
| ✓ | Nature of the oil. |
| ✓ | Nature of the oil/dispersant mixture. |
| ✓ | Resources at Risk. |
| ✓ | Time |

Special considerations such as threatened or endangered species, critical habitats, historical or cultural sites, and other structures must also be considered in the decision process.

### 5.5.2   In-Situ Burning

When the mechanical recovery of spilled oil is not feasible, in-situ burning should be considered as a potentially viable option. Since burning presents a potential safety and air pollution hazard to the surrounding area, approval from appropriate regulatory agencies is required. In-situ burning alters the composition of the spilled oil by eliminating anywhere from 90 to 99 percent of the original volume of oil provided it is controlled within a fire-resistant boom or other containment system. A portion of the original oil is released into the atmosphere as soot and gaseous emissions. Solid or semi-solid residues typically remain following a burn but are relatively easy to retrieve. They can be further reduced in volume through repeated burns, and ultimately are collected and removed from the marine environment.

In-situ burning generates a thick black smoke that contains primarily particulates, soot, and various gases (carbon dioxide, carbon monoxides, water vapor, nitrous oxides, and PAHs). The components of the smoke are like those of car exhaust. Of these smoke constituents, small particulates less than 10 microns in diameter, known as PM-10, (which can be inhaled deeply into the lungs) are considered to pose the greatest risk to humans and nearby wildlife. Each affected area is considered on a case-by-case basis. Decisions to burn or not to burn oil in areas considered case-by-case are made based on the potential for humans to be exposed to the smoke plume, and pollutants associated with it. PM-10 exposure is generally limited to 150 micrograms per cubic meter.

USSER-000250

004113



Smoke plume modeling is done to predict which areas might be adversely affected. In-situ burning responses require downwind air monitoring for PM-10. Aerial surveys are also conducted before initiating a burn to minimize the chance that concentrations of marine mammals, turtles, and birds are in the operational area and affected by the response. SMART (Special Monitoring for Applied Response Technologies) protocols are used. SMART recommends that sampling is conducted for particulates at sensitive downwind sites before the burn (to gather background data) and after the burn has been initiated. Data on particulate levels are recorded and the Environmental Unit forwards the data and recommendations to the UC.

| In-Situ Burning Considerations |
| --- |
| ✓ Availability of personnel and equipment. |
| ✓ Danger of fire spreading. |
| ✓ Environmental conditions. |
| ✓ Human safety. |
| ✓ Oil Type, amount, and condition. |
| ✓ Presence of explosive vapors. |
| ✓ Timing. |

### 5.5.3 Bioremediation

Bioremediation is the process of applying nutrients (fertilizer containing nitrogen and phosphorus) or genetically engineered bacteria to oiled terrestrial or shoreline areas to accelerate the natural biodegradation process. During this process, micro-organisms (bacteria) oxidize hydrocarbons, ultimately converting them to carbon dioxide and water.

The decision to use bioremediation treatment should be based on the type of spill, the character of the area impacted, and the local political jurisdiction. In some cases, other forms of cleanup may be required in conjunction with nutrient addition to achieve the desired enhancement rate. Extensive efforts to achieve more acceptance of this technology are underway.

The use of biological additives is regulated under Subpart J of the NCP (40 CFR 300.900). Under the NCP, options for the authorization of biological agents are outlined, including a provision for conditional preapproval for use under certain conditions and in certain locations.

The Incident Commander will be responsible for providing the FOSC and SOSC with incident-specific information needed to approve the conduct of bioremediation operations.

The Incident Commander will be responsible for providing the FOSC and SOSC with incident-specific information needed to approve the conduct of bioremediation operations.



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
...nment, Recovery, &
Disposal

## 5.6 Waste Generation and Disposal

This section is to guide Company personnel in the proper management procedures for the handling, storage, disposal, and transport of hazardous and non-hazardous wastes generated from oil spill response operations. This information addresses:

| Waste Management Plan Components |
|---|
| ✓ Characterization of recovered material. |
| ✓ Disposal options. |
| ✓ Initial treatment. |
| ✓ Temporary storage. |
| ✓ Transportation |
| ✓ Waste minimization and recycling opportunities. |

### 5.6.1 General Handling Guidelines for Recovered Oil

The primary concern in handling oil and oily debris is to prevent the spread of oil contamination to otherwise unaffected areas and the recontamination of areas already cleaned. By employing the guidelines and procedures presented in this section, further oil contamination can be abated. Oil spill recovery and cleanup operations typically generate large quantities of recovered oil, oily wastes, and debris that require proper handling, storage, transportation, and treatment/disposal. Oily wastes and debris often consist of recovered oil, sorbent pads/booms, protective clothing, soil, vegetation (logs, plants, trees, and leaves), trash, oil/water mixtures, and animal carcasses. The management of recovered oil and oily wastes generally include the following activities:

| Management of Recovered Oil & Oily Waste |
|---|
| ✓ Disposal / treatment. |
| ✓ Interim storage. |
| ✓ Sampling and analysis. |
| ✓ Transportation. |
| ✓ Waste characterization. |
| ✓ Waste handling. |

USSER-000252

004115

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 5:**
Containment, Recovery, &
Disposal

These activities must comply with the standards outlined in relevant state and federal regulations. Waste management must also be conducted with the overall objective of ensuring:

| Overall Objectives | |
|---|---|
| ✓ | Cost-effectiveness. |
| ✓ | Minimization of environmental impacts. |
| ✓ | Minimization of present and future environmental liability. |
| ✓ | Proper treatment / disposal. |
| ✓ | Waste minimization. |
| ✓ | Worker safety. |

### 5.6.2 Regulatory Overview

Various state and federal regulations have been promulgated in recent years to ensure proper handling and disposal of oil and oily wastes recovered during a response to an oil spill. Regulations adopted by California are similar but generally more stringent than those established by the Federal Government (EPA), state regulations for handling, storage, transportation, and treatment/disposal of oil spill wastes, therefore, will take precedence over federal requirements.

### 5.6.3 Characterization of Waste

### 5.6.3.1 Hazardous Characteristics

Presently, crude, lube, and fuel oils are not considered hazardous waste unless they possess one or more of the following characteristics described in 40 CFR Part 261.20 (or, California Code of Regulations (CCR) Title 22, Section 66261.20. These are:

| Hazardous Characteristics | |
|---|---|
| ✓ | Corrosivity |
| ✓ | Ignitability |
| ✓ | Reactivity |
| ✓ | Toxicity |

USSER-000253      004116



Any hazardous waste that may be generated during an event has to be handled differently than a non-hazardous waste. The primary objective of waste characterization is to ensure employee safety and proper waste handling and disposal following applicable state and federal guidelines. The federal definition of hazardous waste, as defined in 40 CFR 261.20, is a waste that exhibits one or more of the following characteristics:

| Hazardous Waste Characteristics | |
|---|---|
| Ignitable | A liquid that has a flashpoint of less than 140°F |
| | A non-liquid capable of causing fire through friction, absorption of moisture, or spontaneous chemical change |
| | An ignitable compressed gas or oxidizing agent |
| Corrosive | A non-aqueous waste mixed with an equivalent weight of water or an aqueous waste with a pH less than 2 or greater than 12.5 |
| | A non-liquid waste mixed with an equivalent weight of water or liquid waste that corrodes steel (SAE 1020) at a rate greater than 0.25 inches a year at a test temperature of 130°F |
| Reactive | An unstable substance that undergoes violent change without detonating, reacts violently with water, and/or forms explosive or toxic gases when mixed with water |
| | Cyanide or sulfide-bearing waste that can generate toxic gases, vapors, or fumes when exposed to pH conditions between 2 and 12.5 |
| | A substance capable of detonation when subjected to a strong force or heat |
| | A substance readily capable of detonation or explosive decomposition or reaction at standard temperature and pressure |
| | A forbidden explosive as defined in 49 CFR 173.54 |
| Toxicity | Using TCLP, the extract from a representative sample of the waste contains threshold concentrations of contaminants listed in the toxicity characteristic list |
| | A waste that contains a substance at a concentration which equals or exceeds the soluble threshold limit concentration (STLC) or the total threshold limit concentration (TTLC) |
| | A waste that has an acute oral LD50, acute dermal LD50, acute inhalation LC50 or acute aquatic LC50 below defined thresholds (See state / federal waste regulations) |
| | A waste that contains greater than 0.001 percent by weight of listed substances (See state / federal waste regulations) |

In general, wastes associated with spills of gasoline, jet fuel, and motor fuel additives will most likely be considered hazardous due to their relatively low flash point (ignitability) and toxicity, but the final determination will depend primarily on the concentration of volatile hydrocarbons and/or water content. (Oil/water mixtures may not have a flashpoint.)

USSER-000254 004117



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

**Section 5:**
Containment, Recovery, &
Disposal

Once the waste has been characterized and a waste handling, storage, and disposal plan have been prepared, candidate recycling, treatment, and disposal facilities must be contacted to determine their acceptance criteria. Most facilities will require that the waste be profiled, which typically means that several analytical and physical tests must be conducted by an accredited laboratory. The number and type of tests required are dependent on the waste type.

### 5.6.3.2 Non-Hazardous Designated Materials

Materials determined to be non-hazardous but designated will be transported to a Class II waste management facility. The appropriate local authorities should be contacted to determine what waste management facility will accept the waste and any additional tests or requirements the facility might require.

### 5.6.4 Response Procedures for Waste Handling

### 5.6.4.1 Waste Handling during Oil Spill Response

The procedures described below will be directed by the Incident Commander and should be followed by response personnel during an oil spill cleanup:

| | Procedures for Waste Handling |
|---|---|
| ✓ | Identify and implement the appropriate personal protective equipment (PPE) and waste handling procedures to ensure the health and safety of waste handling personnel. |
| ✓ | Estimate as soon as possible the magnitude of liquid and solid waste that will likely be generated by the spill and response activities and begin arranging for waste handling, temporary storage, treatment, and disposal. Estimates of liquid and solid waste quantities depend on the type of oil spilled, whether the spill is to water or land, and, in the case of land spills, the presence of pooled oil. General estimating guidelines are as follows: <br> • Gasoline spills to water: Spill volume x 0.1 <br> • Diesel, jet fuel, heating oil spills to water: Spill volume x 0.75 <br> • Spills to land/shorelines: Length of oiled area x average width x average penetration depth x 1.5 |
| ✓ | Prepare a disposal plan for internal use and submittal to the regulatory agencies |
| ✓ | Initiate procurement of appropriate waste storage containers (barges, tanks, bladders, drums, debris boxes, etc.), identify candidate interim storage sites, and obtain approvals or permits. |
| ✓ | Make preliminary contacts with waste transportation contractors and treatment and disposal facilities to determine their availability. |
| ✓ | Collect representative samples of recovered product and product-contaminated waste materials. |
| ✓ | Deliver representative samples to a certified laboratory for analysis to determine proper handling and disposal requirements. |

USSER-000255   004118

**SABLE**
OFFSHORE CORP.



Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

| | **Procedures for Waste Handling** | |
|---|---|---|
| ✓ | Segregate wastes based on key characteristics including:<br><br>• Hazardous           • Treatment<br>• Non-hazardous/solid    • Burnable<br>• Recyclable          • Non-burnable<br>• Reusable | |
| ✓ | Prepare a Uniform Hazardous Waste Manifest or Bill of Lading for all shipments of waste offsite. | |

### 5.6.4.2 Oily Waste Handling/Treatment Before Transport and Disposal

A primary concern in handling the recovered product and oily waste is to ensure the health and safety of response personnel and prevent contamination of previously unaffected areas or recontamination of areas already cleaned. Recovered oil should always be placed in sealable containers such as tank trucks, portable pillow tanks, 55-gallon drums, 5-gallon cans with lids or caps, or any other container that can be sealed to prevent spillage. Oily debris should always be placed in leak-proof containers to prevent further spread of spilled oil during handling and transport. Debris boxes or similar containers can hold larger amounts of waste material if they are lined with plastic or rendered leakproof by some other means. For instance, dump trucks are well-suited to transporting oily debris from the spill area to the temporary storage area, disposal site, or recycling facility provided the truck bed is lined with plastic to prevent leakage during transport.

Oil and oily wastes may or may not exhibit characteristics of hazardous waste. These wastes should, therefore, be assumed to be hazardous waste and treated as such, or samples should be collected and sent to a state-certified laboratory for characterization.

### 5.6.4.3 Temporary Waste Storage Staging Areas

The Operations Section Chief is responsible for managing activities at the staging area(s) and for identifying additional areas, if necessary. Staging areas may be selected for utilization as equipment and material storage sites, equipment repair and maintenance areas, temporary storage areas for oil spill-related wastes, etc. These sites will be located with good access to the cleanup operations and to nearby streets and highways. Good storage sites are flat areas such as paved parking lots. The selection of all sites will be subject to regulatory requirements and approvals.

Temporary waste storage sites will be selected and prepared to minimize contamination of surrounding areas from leaching oil. All area drains in the vicinity of a site will be identified and, in the event of a spill, all potentially affected drains will be diked. The waste storage sites will not be located on or adjacent to ravines, gullies, streams, or the sides of hills; but will be located on areas with a minimum slope and above the high-water mark. Access to the storage sites will be controlled and a five-mile-per-hour speed limit will be enforced within these sites. A spill control kit will be kept at each site. This kit will include a patch kit for potential leaking containers

USSER-000256      004119



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 5:
Containment, Recovery, &
Disposal

and a supply of sorbent and socks. Should the waste be classified as hazardous, the waste may not be stored in the temporary storage site over 90 days.

### 5.6.4.4 Waste Disposal (Recycling/Treatment/Incineration/Landfill)

Several alternatives are available for waste disposal. Management and disposal of hazardous wastes should be prioritized as follows:

| Prioritization During Waste Disposal | |
| --- | --- |
| ✓ | Landfill |
| ✓ | Physical, chemical, and biological treatment |
| ✓ | Recycling |
| ✓ | Solidification / stabilization treatment |
| ✓ | Waste reduction |

Other alternatives such as bioremediation and energy recovery are also encouraged.

Recovered petroleum products not accepted for recycling together with contaminated solid waste and debris must be transported to an approved waste management facility. The type of management facility will be based on the results of the characterization initially performed under RCRA requirements.

Waste classified as hazardous waste must be transported to a permitted hazardous waste facility.

### 5.7 Natural Resource Damage Assessment

The Natural Resource Damage Assessment (NRDA) process was established by the Oil Pollution Act of 1990 (OPA90) with the goal of restoring damage to natural resources which have resulted from spills/releases of oil or hazardous substances. The lead federal agency providing NRDA regulatory guidelines is the National Oceanic and Atmospheric Administration (NOAA).

NRDA is directed toward quantifying injuries to natural resources and their services and identifying restoration alternatives. Natural resources include land, fish, wildlife, biota, air, water, and other resources belonging to, managed by, or controlled by the United States, state, local, or Tribal governments.

This restoration goal is achieved by determining damage to injured natural resources and returning injured resources to pre-spill conditions and compensating for interim losses from the date of the spill until recovery. Compensation is through restoration, rehabilitation, replacement, or acquisition of equivalent natural resources and/or services. Compensation can be monetary

USSER-000257　　　　　004120

Case: 25-8059, 05/22/2026, DktEntry: 93.2, Page 258 of 300



**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 5:**
**Containment, Recovery, & Disposal**

or actual restoration of the natural resource. Responsible Parties (RP) are obligated to pay for all reasonable costs of an NRDA, including assessment, planning, and restoration costs. NRDA costs vary but can be 25% or more of the entire spill response cost.

The NRDA process is implemented by government trust agencies (trustees) following an oil spill where injuries to natural resources have occurred or are anticipated. Natural Resource Trustees can consist of as many as five or more agencies. The RP will be invited to participate in the NRDA process, but only to the extent agreed by the NRDA trustees.

NRDA regulations require a highly structured process which involves three phases: pre-assessment (determine injury), restoration planning (assess injury & select restoration method), and restoration implementation. This process can take several years to complete.

Because of the highly technical nature and associated legal liabilities of NRDA, Sable Offshore Corp. will rely on the environmental, health and safety department to design and execute NRDA studies for the Company. Sable Offshore Corp. Safety, Health, and Environment Manager, in consultation with the affected Area Manager/Supervisor, will be responsible for determining the need for damage assessment monitoring and will contact Sable Offshore Corp.'s NRDA Group as part of the initial internal notification process for selected incidents.

Appendix A of the NRDA Response Manual provides more detailed information regarding the NRDA process, including telephone numbers for the Sable Offshore Corp. NRDA Advisor and Coordinator, and NRDA contractors.

Revision 1 ©The Response Group 5-25

USSER-000258
004121



# Section 6  Site Safety and Control

## 6.1  Health and Safety

In addition to the safety and health concerns addressed by the preliminary assessment, a safety and health/incident assessment should be conducted to further evaluate the safety and health hazards including:

| Health and Safety Concerns |
| --- |
| ✓ Identification of material involved. |
| ✓ Physical and chemical characteristics of the involved material. |
| ✓ Determine liquid/vapor size and movement. |
| ✓ Identification of communities and sensitive resources at risk. |
| ✓ Fire and explosion. |
| ✓ Flammability. |
| ✓ Toxicity (and/or may cause asphyxiation). |

Except for hydrogen sulfide and a few other chemicals, the flammability of these materials usually presents a far greater hazard to field personnel than toxicity because fires and explosions are often difficult to protect against and can result in catastrophic consequences. The hazards associated with the inhalation of petroleum and chemical vapors and direct contact with many of the commodities handled by Sable Offshore Corp. should not, however, be overlooked.

The Sable Offshore Corp. Safety Manual provides guidelines for assessing the vapor and explosion hazards and determining the appropriate personal protection equipment (PPE) that should be used when conducting the assessments for releases of various commodities.

Additional information on PPE, vapor monitoring, and fire and explosion hazards are provided in subsequent sections.

USSER-000259

004122

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 6:
Site Safety & Control

| Safety Practices | |
|---|---|
| ✓ | All employees/contractors must receive a safety orientation on the Sable Offshore Corp. Site Safety and Health Plan prior to the initiation of supplemental response procedures. |
| ✓ | All response personnel must have completed the appropriate HAZWOPER training and all support/non-response personnel shall have completed the training required for their position. |
| ✓ | No employee/contractor shall engage in any activities without the appropriate PPE. |
| ✓ | Operations during spills shall be conducted in accordance with the Sable Offshore Corp. Site Safety and Health Plan. |
| ✓ | All injuries, no matter how minor, must be reported immediately to a Sable Offshore Corp. supervisor. |
| ✓ | Developments affecting safety may occur frequently; regular hazard/air monitoring is required. |

| General Safety Considerations during Spill/Release Response | |
|---|---|
| ✓ | Cold weather may inhibit vapor production in spilled petroleum products. Even a slight warming trend may cause concentrations of vapors that are explosive. |
| ✓ | Downwind, low-lying areas could contain harmful accumulations of vapors or low oxygen concentrations. |
| ✓ | The sense of smell is not an adequate indication of the presence (or absence) of harmful vapors or gases. |
| ✓ | If a vapor cloud is visible, do not enter the cloud. Remember the actual vapor area is many times larger than the visible cloud (up to 3 to 5 times larger). |

### 6.1.1 Identifying Safety Concerns and Prevention

During cleanup operations, the physical working environment for employees must be continually evaluated. Exposure to either hot or cold weather conditions along with long working hours will adversely affect both the psychological and physiological conditions of those involved.

Continued exposure may result in physical discomfort, loss of efficiency, and a higher susceptibility to accidents and injuries.



### 6.1.2 Site Safety Objectives

The Occupational Safety and Health Administration (OSHA) has promulgated two sets of regulations that are applicable to response operations.

- Hazard communications regulations (29 CFR §1910.1200).
- HAZWOPER regulations (29 CFR §190.120).

The hazards communications regulations require that workers be informed of any hazards associated with the materials that they may meet during the conduct of response operations. Hazardous waste operations and emergency response regulations require the preparation of a site-specific safety and health plan, and workers are properly trained to carry out response operations in a safe and healthful fashion.

| Site Safety Plan Objectives |
|---|
| ✓ Comply with applicable laws, rules and regulations, standards, and government agency directives. |
| ✓ Ensure that personnel are thoroughly briefed on workplace chemical and physical hazards, and on Company policies, practices, and procedures to eliminate the hazards or reduce them to an acceptable level. |
| ✓ Establish a positive working relationship with Federal, state, and local safety and health agencies. |
| ✓ Maximize personnel protection during all phases of response operations by implementing a comprehensive safety and health program. |
| ✓ Maximize the safety and health of the public. |
| ✓ Minimize job injuries and illnesses. |
| ✓ Minimize personnel exposure to workplace hazards. |

### 6.1.3 Site Safety Plan

The SOFR will prepare a Site Safety Plan (SSP) that will be kept on-site and address the safety and health hazards of each phase of site emergency response operations and include requirements and procedures for worker protection. All site personnel will be required to review the form and acknowledge they are aware of and fully understand its contents per 29 CFR §1910.120.

The SSP provides procedures and information for program administration, safety and health considerations, PPE, medical surveillance, training, site control, industrial hygiene monitoring programs, and the decontamination of both PPE and equipment utilized during the response.

The ICS Forms for the SSP (ICS 201-5 and ICS 208) can be accessed via the IAP Software.

USSER-000261       004124



The SOFR will administer the SSP. The SOFR will be available to answer questions regarding the effective implementation of the plan. The SOFR is supported by other staff personnel advisors in Safety, Industrial Hygiene, Occupational Medicine, Environmental, Operations, and Legal.

It is the responsibility of the SOFR to monitor the effectiveness of the SSP and to contact the appropriate support staff for guidance if changes to the plan are necessary.

The SOFR will enforce compliance with the SSP. Any contractor found deviating from the plan will be communicated to the appropriate contractor supervisor.

### 6.1.3.1 Daily Safety Briefings

Site safety meetings/briefings are the first steps in maintaining site safety. Daily meetings will be held at the start of each shift to ensure that all personnel understand site conditions and operating procedures, to ensure that PPE is being used correctly, to address worker health and safety concerns, and to communicate any changes or revisions to the Site Safety and Health Plan.

Briefing Attendance Forms shall be used to document personnel working the response operation to recognize the hazards present and the policies and procedures required to minimize exposure or adverse effects of these hazards.

### 6.1.3.2 Visitor Policy

All visitors should be properly trained before arrival on-site. Incident Command and the Public Information Officer/Liaison Officer, or their designee, must approve the site visit and shall coordinate visitor tours with the Operations Section Chief. The SOFR shall designate a safe route through the site and away from the on-going operations and provide for visitor escorts. The Team Leader at the task site must be notified when the visitor(s) approaches.

Visitors are expected to dress appropriately for a field visit and when required, shall wear PPE consistent with that used by workers at the response site.

| Visitor Policy | |
|---|---|
| ✓ | All visitors shall be approved before arrival at the Incident Site. |
| ✓ | All visitors to be escorted. |

USSER-000262     004125

### 6.1.4 Physical and Chemical Characteristics of Sable Offshore Corp. Commodities

| Sable Offshore Corp. Commodities | |
| --- | --- |
| ✓ | Crude Oil |
| ✓ | Refined petroleum products |
| ✓ | HVLs |
| ✓ | Gases |
| ✓ | Chemicals |

Refer to the below references for commodity specific guidance on health hazards, routes of exposure, exposure limits, safety precautions and considerations for response, etc.

| Physical and Chemical Characteristics References | |
| --- | --- |
| ✓ | Safety Data Sheet(s) - SDS |
| ✓ | The National Institute for Occupational Safety and Health (NIOSH) Pocket Guide |
| ✓ | DOT Emergency Response Guidebook |
| ✓ | American Conference of Governmental Industrial Hygienists (ACGIH) TVL/BEI Guidelines |
| ✓ | 29 CFR Part 1910.1000 Air Contaminates (Z Table) |

USSER-000263     004126



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 6:
Site Safety & Control

### 6.1.5 Personal Protective Equipment (PPE)

All work shall be conducted following procedures established during pre-entry briefings and the Work Plan. PPE shall be appropriate for the hazards that are likely to be encountered.

| Personal Protective Equipment (PPE) | |
|---|---|
| Respiratory: | Wear a positive pressure air-supplied respirator in situations where there may be potential for airborne exposure above exposure limits. If exposure concentration is unknown or if conditions immediately dangerous to life or health (IDLH) exist, use a NIOSH approved self-contained breathing apparatus (SCBA) or equivalent operated in a pressure-demand or other positive pressure mode. A respiratory protection program that meets OSHA's 29 CFR 1910.134 and ANSI Z88.2 requirements must be followed whenever workplace conditions warrant a respirator's use. |
| Skin: | The use of thermally resistant gloves is recommended. |
| Eye/Face: | Approved eye protection will be used to protect the face from any possible irritation or injury. Depending on conditions of use, a face shield may be necessary. |
| Other Protective Equipment: | A source of clean water should be available in the work area for flushing eyes and skin. Impervious clothing should be worn as needed including steel or composite toe shoes. |
| | All other PPE used should be donned following the manufacturer's instructions and should be at an appropriate level for the task at hand. |

See the Occupational Safety and Health Administration's Personal Protective Equipment Document for further descriptions of PPE and their application/use.

The following references contain guidance for the selection of appropriate PPE based on hazards/chemicals present.

| PPE Selection Guidance | |
|---|---|
| ✓ | Safety Data Sheet(s) - SDS |
| ✓ | The National Institute for Occupational Safety and Health (NIOSH) Pocket Guide |
| ✓ | DOT Emergency Response Guidebook |

USSER-000264      004127



### 6.1.6  Decontamination

Additional Guidance regard Decontamination, including example site plan layouts is available from OSHA at: Hazardous Waste - Decontamination | Occupational Safety and Health Administration (osha.gov).

### 6.1.6.1 Personnel Decontamination

Personnel responding to hazardous substance incidents may become contaminated.

| Potential Personnel Contamination |
| --- |
| ✓ Contacting vapors, gases, mists, or particulate in the air. |
| ✓ Being splashed by materials while sampling or opening containers. |
| ✓ Walking through puddles of liquids or on contaminated soil. |
| ✓ Using contaminated instruments or equipment. |

Protective clothing and respirators help prevent the wearer from becoming contaminated or inhaling contaminants. Good work practices help reduce contamination on protective clothing, instruments, and equipment.

Even with these safeguards, contamination may occur. Harmful materials can be transferred into clean areas, exposing unprotected personnel. In removing contaminated clothing, personnel may contact contaminants on the clothing or inhale them. To prevent such occurrences, methods to reduce contamination, and decontamination procedures must be developed and established before anyone enters a site and must continue (modified when necessary) throughout site operations.

Decontamination consists of physically removing contaminants or changing their chemical nature to innocuous substances. How expansive decontamination must depend on several factors such as the type of contaminates. The more harmful the contaminant the more extensive and thorough decontamination must be. Less harmful contaminants may require less decontamination.

Only general guidance can be given on methods and techniques for decontamination. The exact procedure to use must be determined after evaluating several factors specific to the incident.

USSER-000265

004128



### 6.1.6.2 Decontamination of Equipment

Measures will be taken to prevent contamination of sampling and monitoring equipment. Sampling devices become contaminated, but monitoring instruments, unless they are splashed, usually do not. Once contaminated, instruments are difficult to clean without damaging them. Any delicate instrument, which cannot be easily decontaminated, will be protected while it is being used. It will be placed in a clean plastic bag, and the bag taped and secured around the instrument. Openings will be made in the bag for sample intake.

Sampling devices require special cleaning. The EPA Regional Laboratories will be consulted on proper decontamination methods.

Wood tools are difficult to decontaminate because they absorb chemicals. They will be kept on-site and handled only by protected workers. At the end of the response, wooden tools will be discarded. For decontaminating other tools, the EPA Regional Laboratories will be consulted.

Certain parts of contaminated respirators, such as the harness assembly and leather or cloth components, are difficult to decontaminate. If grossly contaminated, they may have to be discarded. Rubber components can be soaked in soap and water and scrubbed with a brush. Regulators must be maintained according to the manufacturer's recommendations. Persons responsible for decontaminating respirators will be thoroughly trained in respirator maintenance.

Bulldozers, trucks, backhoes, bulking chambers, and other heavy equipment are difficult to decontaminate. The method generally used is to wash them with water under high pressure and/or to scrub accessible parts with detergent/water solution under pressure, if possible. In some cases, shovels, scoops, and lifts have been sandblasted or steam cleaned. Care will be given to those components in direct contact with contaminants such as tires and scoops. Swipe tests will be utilized to measure effectiveness.

Respirators, reusable protective clothing, and other personal articles not only must be decontaminated before being reused but also sanitized. The inside of masks and clothing becomes soiled due to exhalation, body oils, and perspiration. The manufacturer's instructions will be used to sanitize the respirator mask. If practical, protective clothing will be machine washed after thorough decontamination, otherwise it will be cleaned by hand.

In some instances, clothing and equipment will become contaminated with substances that cannot be removed by normal decontamination procedures. A solvent may be used to remove such contamination from equipment if it does not destroy or degrade the protective material. If persistent contamination is expected, disposable garments will be used. Testing for persistent contamination of protective clothing and appropriate decontamination will be done by qualified laboratory personnel.

USSER-000266                                                                    004129



**SABLE** OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 6:**
Site Safety & Control

### 6.1.6.3 Work Zones and Control Points

Work zones prevent or reduce the migration of contamination from a site where operations occur, and access control points limit the movement of personnel and equipment between zones and onto the site itself. By these means, contamination is contained within relatively small areas and its potential for spread is minimized.

The Safety Officer will establish three contiguous zones surrounding each separate contaminated area on the site where response operations are to take place.

Movement of personnel and equipment into and out of the contaminated areas and between zones will be limited to access control points located upwind of the contaminated area.

| Response Work Zones | |
|---|---|
| Hot / Exclusion Zone | The innermost of the three contiguous zones is the zone where contamination is known or suspected to occur based on the results of the preliminary site characterization. All personnel working in the Exclusion Zone will be required to wear the specified Levels of Protection. (Different Levels of Protection in the Exclusion Zone may be designated based on site-specific subarea conditions and job assignments.) Entry and exit access control points will be established to regulate the flow of personnel and equipment into and out of the zone and to verify that the procedures established to enter, and exit are followed. The access control point will be located upwind of the contaminated areas along the outer boundary. |
| Warm / Contamination Reduction Zone | Located between the Exclusion and Support Zones. Initially, it will be a clean area designed to provide a transition between contaminated and clean areas. Zone 2 serves as a buffer to further reduce the probability of the clean zone from becoming contaminated or from being affected by other existing hazards. Decontamination of personal protective clothing and equipment will take place at a series of stations within the Contamination Reduction Corridor. This corridor extends from the Hotline of the Exclusion Zone through the Contamination Reduction Zone. |
| Cold / Support Zone | The outermost part of the site is a clean area that may include the Field Command Post, transport vehicles, equipment, supplies, etc. Its location is dependent on accessibility, wind direction (ideally upwind from Zone 1; however, wind shifts may preclude this), and availability of resources (e.g., adequate roads, power, water, shelter). Normal work clothes are appropriate for this zone. No contaminated clothing, equipment, samples will be permitted in this zone. Traffic will be restricted to authorized response personnel. |

USSER-000267      004130




**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 6:
Site Safety & Control

### 6.1.6.4 Site Plan Layout

The SOFR will develop specific decontamination procedures for personal protective equipment and field equipment. Separate but similar procedures will be established for both field and personal protective equipment to prevent the transfer of contaminants from the Exclusion Zone.

All field equipment will be transferred from the Exclusion Zone through a separate corridor in the Contamination Reduction Corridor to a central pad in the Support Zone or another location. (Decontamination of sampling equipment for quality assurance reasons is considered a separate issue from these procedures. The Environmental Protection Agency (EPA) Regional Laboratories can provide information on proper decontamination methods.) A separate access corridor for the transport of non-contaminated equipment and personnel will extend from the Support Zone directly into the Exclusion Zone.

Personal protective equipment decontamination will take place at a series of stations placed at 3-foot intervals within the Contamination Reduction Corridor. The number of stations will depend on the amount and type of personal protective equipment.

The SOFR will identify the amounts and types of decontamination equipment and supplies required for site operations.

### 6.1.7 Medical Surveillance and Monitoring

A medical surveillance program complying with OSHA 29 CFR 1910.120(f) is available to all personnel assigned to hazardous materials response duties.

### 6.2 Site Security and Control

Security is necessary to protect the public and responders, prevent any additional damage due to sabotage, protect the equipment, and to eliminate congestion at the worksite due to unauthorized personnel.

Incidents draw attention from the public. In the event additional security resources are needed, the Company will draw upon non-Facility resources as necessary to prevent unauthorized personnel from exposure and danger at the scene; provide appropriate security; and keep the public, media, or other unauthorized personnel at a safe distance from the scene.

| Incident Security Measures | |
|---|---|
| ✓ | Ensure access for personnel and equipment to the access point, staging area, and command center. |
| ✓ | Ensure the public does not interfere with the incident response and response operations. |
| ✓ | Establish a perimeter (zone of safety) around the incident area. |
| ✓ | Protect personnel from loss or damage and ensure the safety of the public. |

USSER-000268     004131



In major events, Sable Offshore Corp. will have access to a Sable Offshore Corp. -trained Security Specialist capable of providing on-site security and maintains contracts with firms capable of providing security personnel quickly throughout the United States. Requests for these security personnel should be directed through the Incident Commander.

Incident security will be coordinated through the Logistics Section Chief/Facilities Unit Leader, or when security is a primary focus of the response, through a Security Officer within the Command Staff.

### 6.2.1   Limiting Road Access

In the event road access needs to be restricted around the facility or vicinity of response activities, requests for the assistance of the sheriff's department, state police and local police, and/or fire department will be made. Assistance may include actions such as roadblocks, escort, and access control to response locations, etc.

### 6.2.2   Temporary Flight Restrictions

When airspace over an incident needs to be restricted, requests to the Federal Aviation Administration (FAA), through the Federal On-Scene Coordinator (FOSC), or their designated representative, for a temporary flight restriction (TFR) will be made, as appropriate.

### 6.2.3   Maritime Safety Zones

For incidents on the water that require exclusion of marine traffic from the incident area, contact the cognizant U.S. Coast Guard Captain of the Port (COTP) for the implementation of a safety zone.



# Section 7  Training, Drills, and Exercises

## 7.1    Response Training

Experienced, well-trained people are essential for the successful implementation of this Integrated Contingency Plan. Exercises are performed to check the effectiveness of the training and to test the plan. An ongoing training and exercise program will be carried out at the facility. In addition to maintaining maximum familiarity with all aspects of the plan, the training and exercise program is intended to provide members of the spill response team with the basic knowledge, skills, and practical experience necessary to perform safe and effective spill response operations under this plan.

| Response Training Program |
|---|
| **All Sable Offshore Corp. personnel know:** |
| ✓ Their responsibilities under the plan |
| ✓ The name and address of, and the procedures for contacting Sable Offshore Corp. on a twenty-four (24) hour basis, and |
| ✓ The name of and procedures for contacting the QI on a twenty-four (24) hour basis |
| **Reporting personnel know:** |
| ✓ The content of the Information Summary |
| ✓ The toll-free telephone number of the NRC |
| ✓ The notification process |
| **Persons engaged in response activities know:** |
| ✓ The characteristics and hazards of the oil discharged |
| ✓ The conditions that are likely to worsen any emergencies, including the consequences of facility malfunctions or failures, and the appropriate corrective actions |
| ✓ The steps necessary to control any accidental discharge of oil and to minimize the potential for fire, explosion, toxicity, or environmental damage |
| ✓ The proper firefighting procedures and use of equipment, fire suits and breathing apparatus |

USSER-000270                                    004133



### 7.1.1 Sable Offshore Corp. Emergency Response Training Summary

### 7.1.2 Response Contractor Training

When third-party personnel are needed for clean-up operations, Sable Offshore Corp. will use fully qualified Oil Spill Removal Organization (OSRO) contractors or co-ops to perform work. Contract labor, documentation of training of the casual laborers is required. At the time contractors or co-ops sub-ocean-up operations are initiated, documentation from the contractor or co-op regarding the HAZWOPER qualification of their personnel will be obtained. Each contractor or co-op must provide a letter annually to the facility, which states that their personnel are properly trained.

All contractors responding to a spill/release that involves Sable Offshore Corp. assets will be required by their contracts to satisfy the HAZWOPER training requirements of 29 CFR 1910.120 for their position.

### 7.1.3 Other Response Personnel

Other response support personnel whose skills are needed temporarily to perform immediate incident support work (such as dump truck drivers and crane operators) are not required to meet the training requirements of this section. However, these personnel must be briefed on the potential hazards and the duties to be performed at the site before participating in response operations. They must also receive instruction in the use of any safety and PPE needed and be provided with all other appropriate safety and health precautions.

#### 7.1.3.1 Specialist Employees

Specialist employees are experts who would provide technical advice or guidance during response to an incident. Examples of such specialists might include chemists, biologists, industrial hygienists, physicians, or others with skills useful during a spill response operation. Such persons must receive appropriate training or demonstrate competency in their specialty annually. There are no specific requirements on training content or hours of training for these persons except that it entails whatever is necessary to maintain competency in their specific area of expertise. Training and demonstration of competency for skilled support personnel and specialists should be documented.

#### 7.1.3.2 Casual Laborers

Casual laborers will generally not be hired but may be employed by Sable Offshore Corp. response contractors or other response organizations. Contractors will be responsible for providing the appropriate HAZWOPER training to these laborers prior to their involvement in response operations.

#### 7.1.3.3 Volunteers

Volunteers will not normally be used during an Sable Offshore Corp. incident response. However, if during an incident response, the Unified Command requests the use of volunteers, the guidance provided in the applicable Area Contingency Plan will be used.

USSER-000271

004134

## 7.2 Response Exercise Program

Sable Offshore Corp. has adopted the drill and exercise procedures contained with the National Preparedness for Response and Exercise Program Guidelines (PREP Guidelines).

Where applicable, state exercise requirements will also be met (i.e., Cal OSPR).

### 7.2.1 Internal Exercises

Internal exercises are those that are conducted wholly within Sable Offshore Corp.. The internal exercises test the various components of the response plan to ensure the plan adequately meets the OPA '90 requirements for spill response.

| Internal Exercises |
|---|
| ✓ Qualified Individual (QI) / Incident Commander (IC) Notification Exercises (Facilities)*. |
| ✓ Internal Notification Exercises (Maintenance Groups) *. |
| ✓ Spill Management Team Tabletop Exercises. |
| ✓ Equipment Deployment Exercises (Facility-Owned Equipment). |
| ✓ Equipment Deployment Exercises (Response Contractors). |

*All the internal exercises will be self-evaluated and self-certified.

### 7.2.2 External Exercises

The external exercises (Area Exercises) go outside Sable Offshore Corp. to test the interaction of Sable Offshore Corp. with the response community. The external exercises will test Sable Offshore Corp.'s entire plan and the coordination with members of the response community necessary to conduct an effective response to a pollution incident.

EPA, the USCG, DOT/PHMSA, State and Local agencies, and industry conduct Area Exercises in cooperation to exercise the Area Contingency Plan. This is a large-scale exercise that is planned and evaluated by all parties involved.

 004135



### 7.2.3 Exercise Cycle

Each component of this plan must be exercised at least once in the triennial cycle. In the triennial cycle, the following exercises must be conducted at the facility:

| Triennial Cycle | | | |
|---|---|---|---|
| **Frequency** | | **Exercise Type/ Description** | **Comments** |
| **Annual** | **Triennial** | | |
| 4 | 12 | QI Notification Exercise** | This is a quarterly phone call/page to the QI or Alt. QI when they are not on site. The person calling needs to ask how long it would take the QI/Alt QI to reach the site if there were a spill |
| 2* | 6 | Equipment Deployment Exercise *(Facility-owned equipment)* | Equipment requiring deployment exercises are hard boom and skimmers. |
| 1 | 3 | Response Team Tabletop Exercise | In the triennial cycle, one SMT TTX must involve a worst-case discharge scenario. |
| 1 | 3 | Equipment Deployment Exercise *(OSRO-owned equipment)* | Letter stating that the OSRO has met the OSRO requirements for deployment in a similar environment. |

*Semi-Annual – EPA and USCG / Annually- DOT/PHMSA
** At least once a year the exercise should be conducted outside of regular business hours and unannounced.

Annually, one of the above IMT or Facility Owned Equipment Exercises must be conducted as an unannounced exercise.

USSER-000273      004136



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

### 7.2.4  Credit for Actual Response / Completed Exercises

All drills, exercises, and actual incidents will be critiqued. If appropriate, the information derived from the critique will be incorporated into the ICP.

Plan holders should take credit for this exercise when conducted in conjunction with other exercises as long as all objectives are met, the exercise is evaluated, and a proper record is generated.

Drill and exercise credit should be taken for an actual incident when all appropriate PREP objectives are met, the response was evaluated, and the proper documentation was generated.

### 7.2.5  Certification Process

All internal exercises will be self-evaluated and self-certified by the owner or operator. Following an exercise or actual event, the responders should complete a critique of their response. The evaluation form located in this section should include The Company facility name, exercise date, type of exercise conducted, response plan, or zone exercised, and participants. This form is to be signed by the Incident Commander or Exercise Facilitator; then filed and retained for a minimum of five years at the facility.

### 7.3  Recordkeeping

Records are kept under usual and customary business practices in the asset's files for a minimum of five (5) years, unless required longer by the standard employee or state/local requirements.

These records will be available for inspection. Requests for inspection of training records should be made through the appropriate department.

### 7.3.1  Training Records

Sable Offshore Corp. will maintain records sufficient to document training of its spill response team members, volunteers, and contractors.

All records will be made available for inspection upon request. The Sable Offshore Corp. OSROs will maintain records sufficient to document training of the organization's personnel for a period of five (5) years or for as long as an individual is assigned duties under the response plan. These records will be available for inspection upon request by Sable Offshore Corp. management personnel, its Qualified Individuals, or agency representative.

### 7.3.2  Drill Records

Sable Offshore Corp. will ensure that records sufficient to document drills are maintained for a period of five (5) years following completion of drills. Similarly, Sable Offshore Corp. will ensure that records sufficient to document drills of its oil spill response organization and response resources identified in this plan are maintained for five (5) years. All records will be made available for inspection upon request by any federal agency representative.

7-5

USSER-000274 004137

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

### 7.3.3   Example Training and Exercise Forms

Sample Exercise forms and the PREP Components Evaluation Worksheet are available in the Incident Action Plan (IAP) Software™.

### 7.3.3.1 Training Documentation Form

| Training Documentation Form | | | | |
|---|---|---|---|---|
| Training: | | | Date: | |
| Work Group/Location: | | | | |
| By signing this form, I verify/certify receiving the above regulatory training on the date indicated. | | | | |
| Name (*Signature*) | | Name (Printed) | | Company Or Agency |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| INSTRUCTOR'S SIGNATURE: | | | Page       of | |

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

## 7.3.3.2 Discharge Prevention Log

**Discharge Prevention Log**

| Date: | |
|---|---|
| Attendees: | |

| Subject / Issue Identified | Required Action | Implementation Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USSER-000276     004139

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

### 7.3.3.3 QI Notification Exercise Form

| QI Notification Exercise | | | Version Name: | | |
|---|---|---|---|---|---|
| Incident Name: | | | | | |
| Facility Name | | | | | |
| Exercise/ Actual Response | ☐ Exercise | | ☐ Actual Response | | |
| Quarter | ☐ 1st Quarter | ☐ 2nd Quarter | ☐ 3rd Quarter | | ☐ 4th Quarter |
| Contact Person | | | | | |
| Qualified Individual | | | | | |
| Time of Initial Call | | | | | |
| Number Called | | | | | |
| Time of Contact with QI | | | | | |
| Number of Calls Required | | | | | |
| Type of Comm Used: | ☐ Phone | | ☐ Pager | | ☐ Radio |

**Description of Incident/Exercise**

**Incident/Exercise Evaluation Comments**

**Notes**

**Signature**

| Certifying Signature | | | | |
|---|---|---|---|---|
| Print Name | | | | |
| QI Notification Exercise | | Prepared By: | At: | |
| INCIDENT ACTION PLAN SOFTWARE™ | | Page       of | The Response Group | © 1997-2023 |

7-8

USSER-000277          004140

### 7.3.3.4 Equipment Deployment Exercise Form

| Equipment Deployment Exercise | Version Name: | | |
|---|---|---|---|
| Incident Name: | Period: | | to |
| Date(s) Performed: | | | |
| Exercise Type: | ☐ Announced Exercise   ☐ Unannounced Exercise | ☐ Actual Response | |
| Deployment Location(s): | | | |
| Time Started: | Time Completed: | | |
| Time Boom Deployed: | Time On-scene: | | |
| Time Contractor (OSRO or Co-Op) Called: | | | |
| Time Recovery Equip Arrived On-scene: | | | |
| Equipment Type: | ☐ Company Owned   ☐ Contractor Owned | ☐ Both | |
| Contractor Name: | | | |

**Equipment/Personnel List**

| Equipment/Personnel Description & Identifier | Contact Info | Quantity | Size |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Equipment Deployment Exercise | Prepared By: | At: |
|---|---|---|
| INCIDENT ACTION PLAN SOFTWARE™ | Page      of | The Response Group   © 1997-2023 |

USSER-000278 004141

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

| Equipment Deployment Exercise | Version Name: | |
|---|---|---|
| Incident Name: | Period: | to |

### Evaluation

Describe goals of the equipment deployment and list any Area Contingency Plan or other Governmental Plan strategies tested. (Attach a sketch of equipment deployments and booming strategies)

| | | |
|---|---|---|
| ☐ Yes ☐ No | For deployment of facility-owned equipment, was the amount of equipment deployed at least the amount necessary to respond to your facility's average most probably spill? (explain below) |
| ☐ Yes ☐ No | Was the equipment deployed in its intended operating environment? (explain below) |
| ☐ Yes ☐ No | For deployment of OSRO/Co-Op/HSRO-owned equipment, was a representative sample (1000 feet of each boom type, or as appropriate, and at least one of each skimmer type) deployed? (explain below) |
| ☐ Yes ☐ No | Was the equipment deployed in its intended operating environment? (explain below) |
| ☐ Yes ☐ No | Are all facility personnel that are responsible for response operations involved in a comprehensive training program, and all pollution response equipment involved in a comprehensive maintenance program? (explain below) |
| ☐ Yes ☐ No | Was the equipment deployed by personnel responsible for its deployment in the event of an actual spill? |
| ☐ Yes ☐ No | Was all deployed equipment operational? If not, explain below. |

### PREP Components Used

| | |
|---|---|
| ☐ | Notifications |
| ☐ | Staff Mobilization |
| ☐ | Operations Within the Response Management System Described |
| ☐ | Source Control |
| ☐ | Assessment |
| ☐ | Containment |
| ☐ | Recovery |
| ☐ | Protection |
| ☐ | Disposal |
| ☐ | Communications |
| ☐ | Transportation |
| ☐ | Personnel Support |
| ☐ | Equipment Maintenance and Support |
| ☐ | Procurement |
| ☐ | Documentation |

| Equipment Deployment Exercise | Prepared By: | At: | |
|---|---|---|---|
| INCIDENT ACTION PLAN SOFTWARE™ | Page of | The Response Group | © 1997-2023 |

Revision 1

©The Response Group

7-10

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

| Equipment Deployment Exercise | Version Name: | |
|---|---|---|
| Incident Name: | Period: | To |

### Participants

| Name | Signature | Employee ID/ SS # |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Lessons Leaned

### Notes

### Signature

| Certifying Signature | |
|---|---|
| Print Name | |

| Equipment Deployment Exercise | Prepared By: | At: |
|---|---|---|
| INCIDENT ACTION PLAN SOFTWARE™ | Page of | The Response Group © 1997-2023 |

Revision 1  ©The Response Group  7-11

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

## 7.3.3.5 Incident/Management Team Tabletop Exercise

| Incident Management Team Tabletop Exercise | Version Name: |
|---|---|
| Incident Name: | |
| Incident Type: | |
| Exercise Type: | ☐ Announced Exercise   ☐ Unannounced Exercise   ☐ Actual Response |
| Location: | |
| Start: | End Date: |
| Scenario Used: | ☐ Small Spill (Avg MPD) ☐ Medium Spill (Max MPD) ☐ Worst Case Discharge ☐ N/A |
| Size of Spill: | |

### Evaluation of Exercise / Incident

| | Yes | No |
|---|---|---|
| Did the Spill Management Team (SMT) utilize the ERP during the exercise? | ☐ Yes | ☐ No |
| Were internal and external Notifications made per the Emergency Response Plan? | ☐ Yes | ☐ No |
| Were the communications systems adequate? | ☐ Yes | ☐ No |
| Were the Response Contractor(s)/Oil Spill Removal Organization(s) (OSRO)/Co-Op(s) notified? | ☐ Yes | ☐ No |
| Was there good coordination with On-Scene Coordinator, State, and applicable government/agencies? | ☐ Yes | ☐ No |
| Was sensitive Site and Resource Information in the Emergency Response Plan accessed as needed? | ☐ Yes | ☐ No |

| Components Used | | Comments |
|---|---|---|
| ☐ | Notifications | |
| ☐ | Staff Mobilization | |
| ☐ | Operation Within the Response Management System Described | |
| ☐ | Source Control | |
| ☐ | Assessment | |
| ☐ | Containment | |
| ☐ | Recovery | |
| ☐ | Protection | |
| ☐ | Disposal | |
| ☐ | Communications | |
| ☐ | Transportation | |
| ☐ | Personnel Support | |
| ☐ | Equipment Maintenance and Support | |
| ☐ | Procurement | |
| ☐ | Documentation | |

| Incident Management Team Tabletop Exercise | Prepared By: | at |
|---|---|---|
| INCIDENT ACTION PLAN SOFTWARE™ | Page    of | The Response Group  © 1997-2023 |

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

| Incident Management Team Tabletop Exercise | Version Name: |
|---|---|

Incident Name:

**Lessons Learned**

**Notes**

**Signature**

| Certifying Signature | |
|---|---|
| Print Name | |

Incident Management Team Tabletop Exercise

INCIDENT ACTION PLAN SOFTWARE™

| Prepared By: | at |
|---|---|
| Page    of | The Response Group    © 1997-2023 |

7-13

Revision 1                              ©The Response Group

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 7:
Training, Drills, &
Exercises

**7.3.3.6 Drill/Exercise Critique and Lessons Learned Report**

| Incident Critique |
|---|
| Incident Name: |
| *Section:* |
| *Things That Went Well* |
| |
| *Areas For Improvement* |
| |
| *Additional Comments* |
| |

| Incident Critique | Prepared By: | at |
|---|---|---|
| INCIDENT ACTION PLAN SOFTWARE™ | Page of | The Response Group © 1997-2023 |

Revision 1

©The Response Group

7-14

004146



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

## Section 8   Reserved

USSER-000284     004147

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 9:
Reserved

## Section 9  Reserved

USSER-000285

004148



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 10:
Reserved

## Section 10 Reserved

USSER-000286

004149



# Pacific Pipeline Company
# Integrated Contingency Plan
# Las Flores Canyon Response Zone

## 12000 Calle Real
## Goleta, California 93117

### CAL OSPR # CA-00-7217
### PHMSA Sequence # 3280

*Developed by:*

**The Response Group**

*Houston TX, New Orleans LA, Anchorage AK*
*www.responsegroupinc.com*
*281.880.5000*

USSER-000287

004150

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

## Las Flores Pipeline System Information Summary

| Pipeline Information Summary | |
|---|---|
| **Response Zone Name:** | Las Flores Pipeline System |
| **Pipelines** (See Section 11 for greater detail) | Las Flores Pipeline (Las Flores Canyon to Gaviota) CA-324 (Las Flores Canyon to Gaviota) |
| | Las Flores Pipeline (Gaviota to Pentland) CA-325A (Gaviota to Sisquoc) CA-325B (Sisquoc to Pentland) |
| **Product** | Crude |
| **Counties** | Santa Barbara, San Luis Obispo, Kern |
| **State** | California |
| **Owner** | Pacific Pipeline Company 845 Texas Ave., Suite 2920 Houston, TX 77002 |
| **Operator** | Sable Offshore Corp. 845 Texas Ave., Suite 2920 Houston, TX 77002 |
| **Emergency Phone Number** | ████████ |
| **Hours of Operation** | 24/7 |
| **Regular Daily Throughput** | 0 bpd. The lines are active but have been nitrogen purged and idled. |
| **WCD/RWCS** | CA-325A/B: ████████ CA-324: ████████ |
| **Qualified Individuals** | ████████ |
| **Agent of Service** | |
| **SMT Application Number** | PH-00141 |
| **SMT Application Number – TRG** | EX09809 |

Revision 1

©The Response Group

i



## SABLE OFFSHORE CORP.
### Las Flores Pipeline Integrated Contingency Plan
Preface

## Notification Quick Guide

Per 14 CCR 817.02(g)(2), notification to the California Office of Emergency Services, the National Response Center, and Oil Spill Removal Organizations must be made no longer than *30 minutes* after discovery of a discharge or threatened discharge.

### Notification Quick Guide

| Code | Contact | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| **Internal Notifications** | | | | | | |
| QI | | | | | | |
| Alt. QI | | | | | | |
| Alt. QI | | | | | | |
| Control Room | | | | | | |
| **OSRO and Support Services** | | | | | | |
| OSRO | **MSRC** | 800-645-7745 800-259-6772 | | | | |
| IAP | The Response Group | 281-880-5000 713-906-9866 | | | | |
| **Priority – External Communications, including Regulation and Emergency Officials** | | | | | | |
| CA-1 | Office of Emergency Services State Warning Center | 800-852-7550 916-845-8911 | | | | |
| FED-1 | National Response Center | 800-424-8802 | | | | |
| Local -1 | Local Sheriff / Police | 911 | | | | |
| CA-10 | Oiled Wildlife Care Network (OWCN) | 877-823-6926 | | | | |

Revision 1 ©The Response Group ii

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

## Notification Quick Guide

| Code | Contact | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| **Santa Barbara County** | | | | | | |
| Local-1 | Santa Barbara County Sheriff's Dept. | 911 805-683-2724 | | | | |
| Local-1 | Santa Barbara County Fire – Regional Fire Communications Center | 911 805-681-9375 | | | | |
| Local -2 | OEM Duty Officer | 805-696-1194 | | | | |
| Local-1 | CUPA – Santa Barbara County Environmental Health Services (24-hr) | 911 805-681-4927 | | | | |
| Local -3 | SBC Fire Captain | 805-319-0189 805-234-1855 | | | | |
| Local -4 | SBC Planning Department. Energy, Minerals and Compliance | 805-403-4989 805-568-2047 | | | | |
| Local -5 | LEPC Region 1 | 310-781-7000 562-795-2958 | | | | |
| Local 5 | LEPC Region 5 | 916-396-9292 | | | | |
| Local-6 | Santa Maria Valley Water Conservation District / Twitchell Dam | 805-925-5212 | | | | |
| **San Luis Obispo County** | | | | | | |
| Local-1 | CUPA – San Luis Obispo County Environmental Health Services (24-Hr) | 911 805-781-5554 | | | | |
| Local -2 | SLO OEM | 805-781-5678 | | | | |
| Local -3 | SLO Fire | 805-503-9350 | | | | |
| Local -4 | SLO Planning | 805-686-8170 | | | | |
| Local -5 | LEPC Region 1 | 310-781-7000 562-795-2958 | | | | |
| Local -5 | LEPC Region 5 | 916-396-9292 | | | | |

Revision 1

©The Response Group

iii

USSER-000290

004153

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

**Notificatio  Quick Guide**

| Code | Contact | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| **Kern County** | | | | | | |
| Local-1 | CUPA – Kern County Public Health Services (24-hr) | 911 661-321-3000 | | | | |
| Local -2 | Kern County OEM | 661-324-6551 | | | | |
| Local -3 | Kern County EOC | 661-873-2602 | | | | |
| Local -4 | LEPC Region 1 | 310-781-7000 562-795-2958 | | | | |
| Local -4 | LEPC Region 5 | 916-396-9292 | | | | |
| **California State** | | | | | | |
| CA-1 | Office of Emergency Services State Warning Center | 800-852-7550 916-845-8911 | | | | |
| CA-2 | California Emergency Management Agency | 800-852-7550 916-845-8911 | | | | |
| CA-3 | Central Valley Regional WQCB | 559-445-5116 | | | | |
| CA-3 | Central Coast Regional WQCB | 916-464-3291 | | | | |
| CA-4 | OSPR - Office of Spill Prevention & Response | 800-852-7550 | | | | |
| CA-5 | California State Lands Commission, Marine Facilities Division | 562-499-6312 510-741-4984 | | | | |
| CA-6 | California Marine Exchange | 310-519-3134 | | | | |
| CA-7 | Cal OSHA | 916-263-2803 818-901-5403 | | | | |

**Revision 1**                ©The Response Group                iv

USSER-000291                                                      004154

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

## Notification Quick Guide

| Code | Contact | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|------|---------|-------|------------------------------|------------|----------------------|------------------------------|
| CA-8 | California Highway Patrol | 805-683-2724 | | | | |
| CA-9 | California State Fire Marshall | 562-497-9100 916-445-8550 | | | | |
| CA-10 | Oiled Wildlife Care Network (OWCN) | 877-823-6926 | | | | |
| | **Federal** | | | | | |
| FED-1 | National Response Center | 800-424-8802 | | | | |
| FED-2 | EPA Region IX | 800-300-2193 | | | | |
| FED-3 | Pipeline and Hazardous Materials Administration | 202-366-4595 | | | | |
| FED-4 | Chemical Safety and Hazard Investigations Board | 202-261-7600 | | | | |
| FED-5 | U.S. Coast Guard Sector Los Angeles | 800-221-8724 310-521-3805 | | | | |
| FED-6 | OSHA | 800-321-6742 415-625-2547 | | | | |

USSER-000292

004155



## California Plan Certification

### Management Certification

I certify, to the best of my knowledge and belief, under penalty of perjury under the laws of the State of California, that the information contained in this contingency plan is true and correct and that the plan is both feasible and executable.

Manpower, equipment, and materials will be provided as required in accordance with this Plan. The Company is dedicated to protection of the environment and commits to implement the necessary measures, as specified in the Plan, as necessary in a spill response emergency.

The Company has contracted through certified OSRO(s) to ensure the necessary personnel, equipment and resources are available to respond to a discharge within appropriate response times.

This Plan has been prepared in accordance with and is consistent to the National Contingency Plan and the regional ACP.

CERTIFICATION SIGNATURE:

USSER-000293                                                                                    004156



**Las Flores Pipeline**
Integrated Contingency Plan



Preface

## Significant and Substantial Harm Determination

### PHMSA Significant and Substantial Harm and Certification of Response Resources

| Facility Name: | **Las Flores Pipeline** |
|---|---|
| Facility Address: | 12050 Calle Real |
| | Goleta, CA 93117 |

Is the pipeline greater than 6 and 5/8 inches (168 mm) in outside nominal diameter, greater than 10 miles (16 kilometers) in length? And

YES ____✓____          NO _____

Has any line section experienced a release greater than 1,000 barrels (159 cu. meters) within the previous five years? Or

YES _____          NO ____✓____

Has any line section experienced two or more reportable releases, as defined in Sec. 195.50, within the previous five years? Or

YES _____          NO ____✓____

Does any line section contain any electric resistance welded pipe, manufactured prior to 1970 and operates at a maximum operating pressure established under Sec. 195.406 that corresponds to a stress level greater than 50 percent of the specified minimum yield strength of the pipe? Or

YES _____          NO ____✓____

Is any line located within a 5-mile (8 km) radius of potentially affected public drinking water intakes and could reasonably be expected to reach public drinking water intakes? Or

YES ____✓____          NO _____

Is any line located within a 1-mile (1.6 km) radius of potentially affected environmentally sensitive areas and could reasonably be expected to reach these areas?

YES ____✓____          NO _____

Sable Offshore Corp. hereby certifies to the Pipeline and Hazardous Materials Safety Administration of the Department of Transportation that we have identified and ensured, by contract or by other means, the availability of personnel and equipment to respond, to the maximum extent practicable, to a worst case discharge.

USSER-000294                                                        004157



**SABLE OFFSHORE CORP.**



**Las Flores Pipeline**
Integrated Contingency Plan

Preface

## Certification of Financial Responsibility



CALIFORNIA CERTIFICATE OF FINANCIAL RESPONSIBILITY (CA COFR)

**OWNER OR OPERATOR:**
PACIFIC PIPELINE COMPANY
meets the financial responsibility requirements set forth in California Government Code Section 8670.37.53 as it applies to the operation of

**NAME:**
Las Flores Pipeline System

**RISK TYPE:** Perennial

**LOCATION:**
CA-325A/B- Las Flores Pipeline, Gaviota to Pentland

**RWCS:** 15269.00 Bbl(s)

**CERTIFICATE:** 4-2624-00-001
**ISSUED DATE:** October 03, 2024

**CONTROL #:** FI662
**EXPIRATION DATE:** August 31, 2026

The holder of this document named above is subject to the provisions of California Code of Regulations, Title 14, Sections 791-797, implementing the financial responsibility requirements set forth in the Lempert-Keene-Seastrand Oil Spill Prevention and Response Act (Act). This certificate holder has provided the necessary evidence of financial responsibility mandated by these requirements.

For the purpose of determining liability pursuant to the Act, this Certificate of Financial Responsibility is conclusive evidence that the person or entity holding the certificate is the party responsible for the specific Facility.

No alterations of this certificate are permitted after issuance by the Administrator of OSPR. If there is a change in the name or ownership of the Facility, the certificate holder must notify the Office of Spill Prevention and Response (OSPR) immediately. If the certificate expires, a new certificate will be required.

This certificate remains valid as long as the current method for demonstrating financial responsibility is maintained (eg. insurance). Any changes in this status must be reported to OSPR immediately.

It is the owner or operator's responsibility to ensure that this certificate number is also included in the owner or operator's oil spill contingency plan, which must be submitted to OSPR office for approval, before operating in a location where a spill could impact California waters of the state.

If you have any questions, please contact me.

Sincerely,

*Caitlin Hichborn*

Financial Analyst
Office of Spill Prevention and Response
(916) 375-6071
cacofr-facilities@wildlife.ca.gov



Revision 1 | ©The Response Group | viii



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface



## CALIFORNIA CERTIFICATE OF FINANCIAL RESPONSIBILITY (CA COFR)

**OWNER OR OPERATOR:**
PACIFIC PIPELINE COMPANY
meets the financial responsibility requirements set forth in the Government Code Sections 8670.37.53
as it applies to the operation of

**NAME:**  **RWCS:** 1935.00 Bbl(s)
24" CA-324- Las Flores Pipeline (Las Flores Canyon to Gaviota)
**LOCATION:**

**CERTIFICATE:** 2-2624-00-001  **CONTROL #:** FI661
**ISSUED DATE:** October 03. 2024  **EXPIRATION DATE:** August 31. 2026

The holder of this document named above is subject to the provisions of California Code of Regulations. Title 14. Sections 791-797. implementing the financial responsibility requirements set forth in the Lempert-Keene-Seastrand Oil Spill Prevention and Response Act (Act). This certificate holder has provided the necessary evidence of financial responsibility mandated by these requirements.

For the purpose of determining liability pursuant to the Act, this Certificate of Financial Responsibility is conclusive evidence that the person or entity holding the certificate is the party responsible for the specific Marine Facility.

No alterations of this certificate are permitted after issuance by the Administrator of OSPR. If there is a change in the name or ownership of the Marine Facility. the certificate holder must notify the Office of Spill Prevention and Response (OSPR) immediately. If the certificate expires, a new certificate will be required.

This certificate remains valid as long as the current method for demonstrating financial responsibility is maintained (eg. insurance). Any changes in this status must be reported to OSPR immediately.

It is the owner or operator's responsibility to ensure that this certificate number is also included in the owner or operator's marine oil spill contingency plan. which must be submitted to this office for approval. before operating in a location where a spill could impact California marine waters.

If you have any questions, please contact me.

Sincerely,

*Caitlin Hichborn*

Financial Analyst
(916) 375-6071
Office of Spill Prevention and Response
cacofr-facilities@wildlife.ca.gov



Revision 1  ©The Response Group  ix



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

## Review Log

| Review Log | | |
|---|---|---|
| This manual was reviewed as indicated below: Detailed updates can be found on the revision log. | | |
| Name: | Date: | Remarks: |
| Sable Offshore Corp. | Feb. 2024 | New plan |
| Sable Offshore Corp. | Feb. 2025 | Annual review. |

Revision 1 ©The Response Group x



## Revision Log

### Revision Log

This manual was reviewed as indicated below:

| Name: | Date: | Revision Number: | Sections Revised: |
|---|---|---|---|
| TRG/ Sable Offshore Corp. | Feb. 2024 | 1 | New plan |
| TRG/ Sable Offshore Corp. | Sept. 2024 | 1 | Preface:<br>• Added COFR<br>• Updated CalOSPR Cross Reference<br>Section 11<br>• Added link to ACP<br>Section 13<br>• Removed Patriot Environmental Services<br>• Added SMT Proof of Contractual Agreement<br>Section 15<br>• Added Risk and Hazard Analysis<br>• Added link to ACP<br>• Added additional mapping for enhanced view of river crossings |
| TRG/Sable | Nov. 2024 | 1 | Preface:<br>• Added new COFR<br>• Updated RWCS<br>Section 14<br>• Added NOAA Shoreline Cleanup Assessment Manual<br>• Updated 72hr. trajectory map to show updated RWCS amount<br>• Updated WCD to reflect new COFR, pipeline segment length, pipeline system calculations, LDV graphic for CA-325A/B & CA-324<br>• Updated WCD /RWCS Resource Determination calculations<br>• Added updated 72 hr. trajectories for CA325A/B & CA-324<br>Section 15 |

USSER-000298      004161

# SABLE
## OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

Preface

## Revision Log

This manual was reviewed as indicated below:

|  |  |  |  |
|---|---|---|---|
|  |  |  | Updated Risk and Hazard Analysis to include additional information |
| TRG/Sable | Feb. 2025 | 1 | Updated Section 16 TLCs to reflect current naming convention and show new valves. Added verbiage to Sec. 14 to explain the reduction in the RWCD for line CA-324 since 2015 historical release. |
| TRG/Sable | March 2025 | 1 | Removed Rich Tyler and replaced with Jeremy Willett. |
| TRG/Sable | July 2025 | 1 | IMT updates: Removed Craig Landry. Added Cary Dargusch, Derek D'Orsi, Jarvis Littleton, Greg Orr, Robert Bueno, Jerry Bagley, Brien Vierra, Raul Rodriguez, Ben Martin, Bryan Burkett, Johnny Villanueva, and Elizabeth Tobin. Agency phone numbers verified and updated.. |

USSER-000299

004162



## Plan Distribution

The Emergency Preparedness, Response and Security Advisor is responsible for maintenance and distribution of the Plan. Distribution will be handled in the following manner:

- This plan is designed to be electronically based.
- If the electronic plan is inaccessible, bound copies of the plan are available to the response team for their use during an emergency incident (and for outside response teams as well).
- The following Distribution List is provided to facilitate control.
- Company personnel who may be called upon to provide assistance during emergency response activities will have access to the Plan for their use and training.
- Certain individuals will be assigned to maintain bound copies of the Plan. It is the responsibility of any person holding a copy of the Plan to ensure that the copy is transferred to their replacement in the event of reassignment or change in responsibility.
- Copies of the Plan will also be distributed to various regulatory agencies. The list of agencies is provided in the Distribution List below.

| Distribution List | Plan Type Held | |
|---|---|---|
| **Recipient** | **Hard** | **Electronic** |
| Sable Offshore Corp. | | X |
| Las Flores Canyon Facility | | X |
| California OSPR | | X |
| California State Fire Marshall | | |
| California State Coastal Commission | | |
| California State Lands Commission | | |
| Pipeline and Hazardous Materials Safety Administration | | X |
| Santa Barbara County Planning and Development Department – Energy, Minerals and Compliance Division | | |
| Santa Barbara County Fire Department | | |
| Santa Barbara Office of Emergency Management | | |
| Kern County Environmental Health Division | | |
| US. Coast Guard Sector San Francisco | | X |

USSER-000300      004163