UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059, consolidated with No. 26-508

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

**RESPONDENTS' SUPPLEMENTAL EXCERPTS OF RECORD**

**Volume 2 of 4**

MATTHEW R. OAKES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov

USSER-000301

 

**Las Flores Pipeline**
Integrated Contingency Plan

Preface

## Regulatory Cross Reference

| Applicable Regulations | | |
|---|---|---|
| Agency | Section | Subject |
| PHMSA | 49 CFR 194 | Facility Response Plan |
| PHMSA | 49 CFR 195 | Pipeline Emergency Response Procedures |
| OSHA | 29 CFR 1910.120 | Emergency Response Plan |
| Cal OSPR | 14 CCR 817.04 | Inland Facility Oil Spill Response Plan |
| Cal OSPR | 14 CCR 817.02 | Marine Facility Oil Spill Response Plan |

**PHMSA 49 CFR Part 194**

| DOT/PHMSA 49 CFR Part 194 | | |
|---|---|---|
| § 194.103 | Brief Description | Location |
| (a) | Each operator shall submit a statement with its response plan, as required by §§194.107 and 194.113, identifying which line sections in a response zone can be expected to cause significant and substantial harm to the environment in the event of a discharge of oil into or on the navigable waters or adjoining shorelines. | Preface |
| § 194.105 | Brief Description | Location |
| (a) | Each operator shall determine the worst-case discharge for each of its response zones and provide the methodology, including calculations, used to arrive at the volume. | Sec 14.1, Sec 14.2 |
| (b) | The worst case discharge is the largest volume, in barrels, of the following (b)(1-4) | Sec 14.2 |
| § 194.107 | Brief Description | Location |
| (a) | Each response plan must plan for resources for responding, to the maximum extent practicable, to a worst-case discharge, and to a substantial threat of such a discharge. | Sec 13.1, Sec 13.3, Sec 13.4.1 |
| (b) | An operator must certify in the response plan that it reviewed the NCP and each applicable ACP and that its response plan is consistent with the NCP and each applicable ACP as follows: | Sec 1.3.4 |
| (b)(1) | As a minimum to be consistent with the NCP as a facility response plan must: | -- |

USSER-000302 004164

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline Integrated Contingency Plan**

Preface

| DOT/PHMSA 49 CFR Part 194 | | |
|---|---|---|
| (b)(1)(i) | Demonstrate an operator's clear understanding of the function of the Federal response structure, including procedures to notify the National Response Center reflecting the relationship between the operator's response organization's role and the Federal On Scene Coordinator's role in pollution response; | Sec 4 |
| (b)(1)(ii) | Establish provisions to ensure the protection of safety at the response site; and | Sec 6.1 |
| (b)(1)(iii) | Identify the procedures to obtain any required Federal and State permissions for using alternative response strategies such as in-situ burning and dispersants as provided for in the applicable ACPs; and | Sec 5.5, Sec 14.6 |
| (b)(2) | At a minimum, to be consistent with the applicable ACP the plan must: | -- |
| (b)(2)(i) | Address the removal of a worst-case discharge and the mitigation or prevention of a substantial threat of a worst-case discharge; | Sec 5 Sec 14.4 |
| (b)(2)(ii) | Identify environmentally and economically sensitive areas; | Sec 15 |
| § 194.107 | Brief Description | Location |
| (b)(2)(iii) | Describe the responsibilities of the operator and of Federal, State and local agencies in removing a discharge and in mitigating or preventing a substantial threat of a discharge; and | Sec 4 |
| (b)(2)(iv) | Establish the procedures for obtaining an expedited decision on use of dispersants or other chemicals. | Sec 5.5.1, Sec 14.6 |
| (c) | Each response plan must include: | -- |
| (c)(1) | A core plan consisting of -- | -- |
| (c)(1)(i) | An information summary as required in § 194.113, | Preface Sec 11 |
| (c)(1)(ii) | Immediate notification procedures, | Preface Sec 12.1 Sec 12.2 |
| (c)(1)(iii) | Spill detection and mitigation procedures, | Sec 2.3, Sec 5 |
| (c)(1)(iv) | The name, address, and telephone number of the oil spill response organization, if appropriate, | Sec 13.3, Sec 13.4 |

USSER-000303

004165

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
**Integrated Contingency Plan**

Preface

| DOT/PHMSA 49 CFR Part 194 | | |
|---|---|---|
| (c)(1)(v) | Response activities and response resources, | Sec. 13.3, Sec 13.4, Sec 14.4 |
| (c)(1)(vi) | Names and telephone numbers of Federal, state, and local agencies which the operator expects to have pollution control responsibilities or support, | Preface Sec 12.2 |
| (c)(1)(vii) | Training procedures, | Sec 7 |
| (c)(1)(viii) | Equipment testing, | Sec 2.2 |
| (c)(1)(ix) | Drill program – an operator will satisfy the requirement for a drill program by following the National Preparedness for Response Exercise Program (PREP) guidelines. An operator choosing not to follow PREP guidelines must have a drill program that is equivalent to PREP. The operator must describe the drill program in the response plan and OPS will determine if the program is equivalent to PREP. | Sec 7.2 |
| (c)(1)(x) | Plan review and update procedures; | Sec 1.4.1 |
| (c)(2) | An appendix for each response zone that includes the information required in paragraph (c)(1)(i)-(ix) of this section and the worst-case discharge calculations that are specific to that response zone. An operator submitting a response plan for a single response zone does not need to have a core plan and a response zone appendix. The operator of a single response zone onshore pipeline shall have a single summary in the plan that contains the required information in § 194.113.7; and. | Sec 14.1 Sec 14.2 |
| (c)(3) | A description of the operator's response management system including the functional areas of finance, logistics, operations, planning, and command. The plan must demonstrate that the operator's response management system uses common terminology and has a manageable span of control, a clearly defined chain of command, and sufficient trained personnel to fill each position. | Sec 4 |
| **§ 194.109** | **Brief Description** | **Location** |
| (a) | In lieu of submitting a response plan required by 194.103, an operator may submit a response plan that complies with a state law or regulation, if the state law or regulation requires a plan provides equivalent or greater spill protection than a plane required under this part. | -- |
| **§ 194.111** | **Brief Description** | **Location** |

USSER-000304     004166

# SABLE OFFSHORE CORP.

**Las Flores Pipeline Integrated Contingency Plan**

Preface

| DOT/PHMSA 49 CFR Part 194 | | |
|---|---|---|
| (a) | Each operator shall maintain relevant portions of its response plan at the operator's headquarters and at other locations from which response activities may be conducted, for example, in field offices, supervisor's vehicles, or spill response trailers. | -- |
| (b) | Each operator shall provide a copy of its response plan to each qualified individual. | -- |
| **§ 194.113** | **Brief Description** | **Location** |
| (a) | The information summary for the core plan, required by § 194.107, must include: | -- |
| (a)(1) | The name and address of the operator. | Sec 11.1 |
| (a)(2) | For each response zone which contains one or more line sections that meet the criteria for determining significant and substantial harm as described in § 194.103, a listing and description of the response zones, including county(s) and state(s). | Sec 11.1 |
| (b) | The information summary for the response zone appendix, required in § 194.107, must include: | -- |
| (b)(1) | The information summary for the core plan. | Preface Sec 11.1 |
| (b)(2) | The names or titles and 24-hour telephone numbers of the qualified individual(s) and at least one alternate qualified individual(s); | Preface Sec 11.1 |
| (b)(3) | The description of the response zone, including county(s) and state(s), for those zones in which a worst-case discharge could cause substantial harm to the environment. | Preface Sec 11.1 |
| (b)(4) | A list of line sections for each pipeline contained in the response zone, identified by milepost or survey station number, or other operator designation. | Preface Sec 11.1 Sec 11.2 |
| (b)(5) | The basis for the operator's determination of significant and substantial harm. | Preface |
| (b)(6) | The type of oil and volume of the worst-case discharge. | Preface Sec 11.1 Sec 14.1 Sec 14.2 |
| **§ 194.115** | **Brief Description** | **Location** |

USSER-000305

004167

| DOT/PHMSA 49 CFR Part 194 | | |
|---|---|---|
| (a) | Each operator shall identify and ensure, by contract or other approved means, the resources necessary to remove, to the maximum extent practicable, a worst-case discharge and to mitigate or prevent a substantial threat of a worst-case discharge. | Sec 13.3 |
| (b) | An operator shall identify in the response plan the response resources, which are available to respond within the time specified, after discovery of a worst-case discharge, or to mitigate the substantial threat of such a discharge. | Sec 13.3 |
| **§ 194.117** | **Brief Description** | **Location** |
| (a) | Each operator shall conduct training to ensure that: | Sec 7.1 |
| (a)(1) | All personnel know -- | -- |
| (a)(1)(I) | Their responsibilities under the response plan. | -- |
| (a)(1)(ii) | The name and address of, and the procedure for contacting, the operator on a 24-hour basis. | -- |
| (a)(1)(iii) | The name of, and procedures for contacting, the qualified individual on a 24-hour basis. | -- |
| (a)(2) | Reporting personnel know -- | -- |
| (a)(2)(I) | The content of the information summary of the response plan. | -- |
| (a)(2)(ii) | The toll-free telephone number of the National Response Center. | -- |
| (a)(2)(iii) | The notification process. | -- |
| (a)(3) | Personnel engaged in response activities know -- | -- |
| (a)(3)(I) | The characteristics and hazards of the oil discharged. | -- |
| (a)(3)(ii) | The conditions that are likely to worsen emergencies, including the consequences of facility malfunctions or failures, and the appropriate corrective actions. | -- |
| (a)(3)(iii) | The steps necessary to control any accidental discharge of oil and to minimize the potential for fire, explosion, toxicity, or environmental damage. | -- |
| **§ 194.117** | **Brief Description** | **Location** |
| (a)(3)(iv) | The proper firefighting procedures and use of equipment, fire suits, and breathing apparatus. | Sec 3.4 |

USSER-000306

004168

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

| DOT/PHMSA 49 CFR Part 194 | | |
|---|---|---|
| (b) | Each operator shall maintain a training record for each individual that has been trained as required by this section. These records must be maintained in the following manner as long as the individual<br><br>is assigned duties under the response plan according to (b)(1) and (b)(2). | Sec 7.3 |
| (c) | Nothing in this section relieves an operator from the responsibility to ensure that all response personnel are trained to meet the OSHA standards for emergency response operations in 29 CFR 1910.120 | Sec 7.1.1 |
| § 194.121 | **Brief Description** | **Location** |
| (a) | Each operator shall update its response plan to address new or different operating conditions or information. In addition, each operator shall review its response plan in full at least every 5 years from the date of the last submission or the last approval as required by (a)(1) and (a)(2). | Sec 1.4.4 |
| (b) | If a new or different operating condition or information would substantially affect the implementation of a response plan, the operator must immediately modify its response plan to address such a change and, within 30 days of making such a change, submit the change to PHMSA. Examples of changes in operating conditions that would cause a significant change to an operator's response plan as defined in (B)(1-8). | Sec 1.4.4 |

Revision 1

©The Response Group

xix

004169





**Las Flores Pipeline Integrated Contingency Plan**

**Preface**

**PHMSA 49 CFR Part 195**

| DOT/PHMSA 49 CFR PART 195.402 & .403 | | |
|---|---|---|
| **§ 195.402** | **Brief Description** | **Location** |
| (c) | Maintenance and Normal Operations: The manual required by paragraph (a) of this section must include procedures for the following to provide safety during maintenance and normal operations: | Sec 2.2 Sec 6.1 |
| (c)(4) | Determining which pipeline facilities are located in areas that would require an immediate response by the operator to prevent hazards to the public if the facilities failed or malfunctioned. | Sec 15 |
| (c)(5) | Analyzing pipeline accidents to determine their causes. | Sec 2.2 |
| (c)(6) | Minimizing the potential for hazards identified under paragraph (c)(4) of this section and the possibility of recurrence of accidents analyzed under paragraph (c)(5) of this section. | Sec 2.2 |
| (c)(9) | In the case of facilities not equipped to fail safe that are identified under paragraph 195.402 (c)(4) or that control receipt and delivery of the hazardous liquid or carbon dioxide, detecting abnormal operating conditions by monitoring pressure, temperature, flow or other appropriate operational data and transmitting this data to an attended location. | Sec 2.2 |
| (c)(12) | Establish and Maintain Liaison with Public Officials | Sec 4 |
| (e) | Emergencies | -- |
| (e)(1) | Receive, Identify, and Classify Notices of Events | Sec 2.3 Sec 3 |
| (e)(2) | Procedures for Prompt and Effective Response | Sec 2.3 Sec 3 |
| (e)(3) | Availability of Response Personnel and Resources | Sec 12 Sec 13 |
| (e)(4) | Emergency Shutdown and Pressure Reduction Procedures | Sec 2.3.3 |
| (e)(5) | Control and Minimization of Released Hazardous Liquid | Sec 3.3 Sec 3.5 |
| (e)(6) | Evacuation, Traffic, and Security Control | Sec 6.2 |
| (e)(7) | Notification of Emergency Officials | Preface Sec 12.2 |
| (e)(8) | Assessment of HVL Clouds | -- |
| (e)(9) | Post Incident Critique | Sec. 4.8 |
| **§ 195.403** | **Brief Description** | **Location** |
| (a) | Operator Personnel Training | Sec 7.1 |

USSER-000308 004170



**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Preface**

### OSHA 29 CFR Part 1910.120

| OSHA 29 CFR 1910.120(p)(8)(ii)) | |
|---|---|
| **Brief Description** | **Location** |
| Pre-emergency planning and coordination with outside parties | Sec 4 |
| Personnel roles, lines of authority and communication | Sec 4<br>Sec 12.1<br>Sec 12.2 |
| Emergency recognition and prevention | Sec 2.3.4 |
| Safe distances and places of refuge | Sec 6.1 |
| Site security and control | Sec 6.2 |
| Evacuation routes and procedures | -- |
| Decontamination procedures | Sec 6.1 |
| Emergency medical treatment and first aid | Sec 3.6 |
| Emergency alerting and response procedures | Sec 12.1<br>Sec 12.2 |
| Critique of response and follow-up | Sec. 4.8 |
| PPE and emergency equipment | Sec 6.1 |

### CalOSPR Inland Facility 14 CCR 817.04

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| **817.04** | **Inland Facilities** | **Location** |
| **(a-f)** | **Blanket Plans** | -- |
| **(g)** | **Spill Notification Procedures** | Sec 12.1<br>Sec 12.2 |
| **(g)(1)** | Near the front of each contingency plan shall be a list of immediate contacts and phone numbers to call in the event of a threat of or actual spill of oil, including but not limited to: | Preface |
| **(g)(1)(A)** | The designated qualified individual who is available on a 24-hour basis; | -- |
| **(g)(1)(B)** | The rated oil spill response organization listed in the contingency plan, or plan holder employee contacts for all plan holder response resources; | -- |
| **(g)(1)(C)** | The designated spill management team; | Sec 12.1.4 |

USSER-000309     004171

**SABLE** OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

Preface

## California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (g)(1)(D) | The California Governor's Office of Emergency Services, State Warning Center; | Preface Sec 12.2 |
| (g)(1)(E) | The National Response Center; and | Preface Sec 12.2 |
| (g)(1)(F) | The Oiled Wildlife Care Network or other wildlife care and treatment organization listed in the plan, pursuant to subsection (o) of this section. | Sec 13.3.3 |
| (g)(2)(A) | Calls to all contacts listed in (1) shall be initiated immediately but not later than 30 minutes after discovery of a spill or threatened spill of oil. All notifications shall be completed as promptly as possible, but not later than two hours after the first call. | Preface Sec 12.2 |
| (g)(2)(B) | If there is oiled wildlife or a threat to wildlife, the plan holder shall immediately notify the Oiled Wildlife Care Network or the wildlife care and treatment organization listed in the contingency plan. | Sec 13.3.3 |
| (g)(3) | Initial contact with the qualified individual does not relieve the owner or operator from making timely notifications. | -- |
| (g)(4) | All phone numbers necessary to complete the immediate notification procedures shall be prominently posted and easily referenced. | Preface Sec12.1 |
| (g)(5) | Each contingency plan shall identify a call-out procedure to acquire the resources necessary to address spills that cannot be addressed by the equipment that the plan holder owns or has under contract. Procedures must allow for initiation of the call-out of additional resources within 24 hours of the incident and must begin as soon as a determination has been made that additional resources are necessary. | Preface Sec 12.1 Sec 12.2 Sec 13.4 |

USSER-000310

004172

## California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (g)(6) | Each plan shall provide a checklist of the information to be reported in the notification procedures, including but not limited to:<br>(A) Inland Facility name and location;<br>(B) Date and time of the incident;<br>(C) Cause and location of the spill;<br>(D) An estimate of the volume of oil spilled and the volume at immediate risk of spillage;<br>(E) Type of oil spilled, and any inhalation hazards or explosive vapor hazards, if known;<br>(F) Size and appearance of the slick;<br>(G) Prevailing weather;<br>(H) Actions taken or planned by personnel on scene;<br>(I) Current condition of the inland facility;<br>(J) Injuries and fatalities; and<br>Any other information that may be relevant or appropriate. | Sec 12.3 |
| (g)(7) | Reporting of a spill shall not be delayed solely to gather all the information required by this subsection. | Sec 12.3 |
| (g)(8) | An updated estimate of the volume of oil spilled and the volume at immediate risk of spilling shall be reported to the California Governor's Office of Emergency Services if the estimated volumes have increased, but not less than every 12 hours within the first 48 hours of response. The state on-scene coordinator, through the unified command, shall have the option of increasing or decreasing this time frame, depending upon the need for additional notice about the spill. Updated spill volume information included in the incident action plan developed through the unified command will meet the requirements of this subsection. | Sec 12.3 |
| (h) | **Introductory Material** | -- |
| (h)(1) | Each contingency plan shall provide the following information: | -- |
| (h)(1)(A) | Name and address of the inland facility, and mailing address, if different from the physical address. The name and address of the inland facility shall be referenced in the plan title or on a title page at the front of the plan; | Preface<br>Sec 11.1 |
| (h)(1)(B) | Name, address, phone number, fax number, and e-mail address of both the owner and operator of the inland facility, and indicate which entity is the intended plan holder responsible for implementing the plan; | Preface<br>Sec 11.1 |

USSER-000311 004173

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Preface

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (h)(1)(C) | Name, address, phone number, fax number, and e-mail address of the person to whom correspondence should be sent; | Sec 12.1.6 |
| (h)(1)(D) | The certificate of financial responsibility number for the inland facility shall be included in the front of the contingency plan. If a certificate has not been issued, then the contingency plan must include a statement whether an application for a certificate has been submitted (including date of submission). The contingency plan will not be approved until a certificate has been issued. | Preface |
| (h)(1)(E) | A statement signed, under penalty of perjury, by an executive within the plan holder's management who is authorized to fully implement the contingency plan, and who shall review the plan for accuracy, feasibility and executability. If an executive does not have training, knowledge and experience in the area of oil spill prevention, preparedness, and response, the statement shall also be signed by another individual within the plan holder's management structure who has training, knowledge, and experience appropriate for the risks posed by the plan holder's reasonable worst-case spill volume. The certification statement shall be submitted according to the following format:<br><br>"I certify, to the best of my knowledge and belief, under penalty of perjury under the laws of the State of California, that the information contained in this oil spill contingency plan is true and correct and that the plan is both feasible and executable."<br><br>(signature), (title), (date) | Preface |
| (h)(2) | Each plan shall identify a qualified individual, and any alternates that may be necessary for the purpose of implementing the contingency plan and include documentation that the qualified individual acknowledges this capacity. If an alternate or alternates are identified in the contingency plan, then the plan shall also describe the process by which responsibility will be transferred from the qualified individual to an alternate. During spill response activities, notification of such a transfer shall be made to the state on-scene coordinator at the time the transfer occurs. | Sec 12.1.2 |

USSER-000312

004174

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (h)(3) | Each contingency plan shall identify a spill management team and provide documentation that the spill management team acknowledges this capacity. | Sec 12.1.4 |
| (h)(4) | Each contingency plan shall identify at least one rated oil spill response organization that will provide the requisite response resources in the event of an oil spill. The plan shall include a copy of the contract or other approved means verifying that any rated oil spill response organization listed in the plan will provide the requisite services. However, if the plan holder itself intends to provide any response resources or capabilities required by this subchapter, then the plan holder shall demonstrate to the Administrator the applicable requirements of this section are met by the plan holder. | Sec 13.3, Sec 13.4 |
| (h)(5) | Each contingency plan shall provide the name, address, telephone number, e-mail address and fax number of an agent for service of process designated to receive legal documents on behalf of the plan holder, and include documentation that the agent for services of process acknowledges this capacity. Such agent shall be located in California. | Sec 12.1.7 |
| (i) | **Spill Protection Measures** | -- |
| (i)(1) | The contingency plan shall describe measures that reduce or mitigate the potential hazards identified in the risk and hazard analysis described in subsection (k) of this section. Such description may include, but is not limited to the following:<br><br>Schedules, methods and procedures for testing, maintaining and inspecting equipment and other structures; and | Sec 2 |
| (i)(2) | Methods and procedures to reduce spills during transfer and storage operations, including overfill prevention and immediate spill containment resources. | Sec 2 |
| (j) | **Inland Facility Description and Reasonable Worst Case Spill Volume** | -- |
| (j)(1) | The contingency plan shall describe the inland facility generally, and describe the inland facility's operations with specific attention to those locations from which an oil spill could occur and impact inland waters of the state. The contingency plan shall also provide the largest reasonable worst-case spill volume of all the facilities covered by the plan, pursuant to (4) below. | Sec 11.1 |

USSER-000313

004175

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (j)(2) | For a transmission pipeline, production facility, or other non-railroad facility, the description shall also include the following information as applicable: | -- |
| (j)(2)(A) | A general diagram or map of the facility site; | Sec 16 |
| (j)(2)(B) | Well locations by field, including the American Petroleum Institute well number for the well with the largest reasonable worst case spill volume; | -- |
| (j)(2)(C) | Relevant piping and tank diagrams (e.g., enhanced photographs or line drawings) including the location of pipelines; oil storage capacity of each structure covered under the plan and its age, design, construction and general condition; the range of oil products normally stored in each structure; the presence of containment structures and oil transfer locations; | Sec 16 |
| (j)(2)(D) | A description of the oil handled or transported, including physical properties, health and safety hazards, pour point, viscosity (API gravity), and type (e.g., Group 5). A safety data sheet can meet some of these requirements. This information shall be maintained separately at the inland facility, and the contingency plan shall identify the stored location of the information; | Sec 11.1 Sec 14.5 |
| (j)(2)(E) | Maximum storage or handling capacity and current normal daily throughput of oil handled; | Sec 11.1 |
| (j)(2)(F) | A description of the normal procedures for transferring oil, and the amount, frequency and duration of the oil transfers; | -- |
| (j)(2)(G) | The inland facility's normal hours of operation; | Sec 11.1 |
| (j)(2) (H) | Vicinity maps showing any vehicular access to the inland facility, nearby residential, commercial or other populous areas and access to private land necessary to respond to a spill; and | Sec 15.3 |
| (j)(2)(I) | Geographic locations including latitude and longitude of relevant field offices and remote local offices, or any pre-identified incident command post locations. | -- |
| (j)(4) | The reasonable worst case spill volume for an inland facility, calculated in barrels, is as follows: | -- |

USSER-000314

004176

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

Preface

## California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (j)(4)(B) | Transmission Pipeline: Regardless of the following methodology used for determining the reasonable worst case spill volume for a transmission pipeline, the calculations and parameters used shall be submitted as part of the contingency plan. The reasonable worst case spill volume is the largest of the following:<br>1. The pipeline's maximum release time in hours (i.e. the time between pipeline rupture and discovery), plus the maximum shutdown response time in hours (based on historic spill data or in the absence of such historic data, the operator's best estimate), multiplied by the maximum flow rate expressed in barrels per hour (based on the maximum daily capacity of the pipeline), plus the largest line drainage volume after shutdown of the line section(s). Line section means a continuous run of pipe that is contained between adjacent pressure pump stations, between a pressure pump station and a terminal or break-out tank, between a pressure pump station and a block valve, or between adjacent block valves; or<br>2. The largest foreseeable discharge for a line section based on the maximum historic spill, if one exists, adjusted for any subsequent corrective or preventive action taken; or<br>If there are one or more breakout tanks, then the capacity of the single largest tank or battery of tanks within a single secondary containment system, adjusted for the capacity or size of the secondary containment system. | Sec 14.1<br>Sec 14.2 |
| (j)(5) | The plan holder shall update the reasonable worst case spill volume every calendar year, and any other time that a change in the reasonable worst case spill volume would constitute a significant change pursuant to subsection (u)(3). | -- |
| (j)(6) | If the contingency plan covers multiple types of facilities, then the plan holder's reasonable worst case spill volume for the plan shall be the largest volume. | -- |
| (k) | **Risk and Hazard Analysis and Offsite Consequence Analysis** | -- |

USSER-000315 004177

# SABLE OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

Preface

## California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (k)(1) | Each inland facility owner or operator shall conduct a risk and hazard analysis that identifies the hazards associated with the operation of the inland facility likely to cause an oil spill, including: operator error, equipment failure, and external events. This subsection shall not require railroads subject to the jurisdiction of the federal Surface Transportation Board to disclose the confidential contents of any safety or security plan required by federal law; however railroads must otherwise comply with the provisions of this subsection. | Sec 15 |
| (k)(2) | For hazards identified with the ability to cause an oil spill into waters of the state, the owner or operator shall conduct an offsite consequence analysis for a reasonable worst case spill. The offsite consequence analysis must include a trajectory identifying the potential direction, rate of flow, and time of travel of the reasonable worst case spill from the facility to waters of the state and downstream, accounting for natural and manmade pathways and barriers. The analysis shall assume reasonably foreseeable adverse weather conditions, pessimistic water and air dispersion (including produced water), and other adverse environmental conditions. For risks to inland waters designated as perennial in the National Hydrography Dataset, as described in subsection (b), the analysis must consider the highest flow or current in the waterway for six hours. | Sec 15 |
| (k)(3) | Based on the analysis, the contingency plan must: | -- |

USSER-000316      004178

**California Office of Spill Prevention & Response – Inland Facilities**

| | | |
|---|---|---|
| (k)(3)(A) | Identify the types of resources at risk in (i) through (v) below that may be impacted based on the trajectories, including depicting the resources at risk locations on maps.<br><br>i. Habitat and shoreline types, as identified in Table 1 and in Appendix C of the National Oceanic and Atmospheric Administration Shoreline Assessment Manual (Aug. 2013), or as identified in the American Petroleum Institute's Options for Minimizing Environmental Impacts of Inland Spill Response (Oct. 2016), each incorporated by reference herein.<br><br>ii. The presence of state or federally-listed rare, fully protected, or threatened or endangered species, or state species of special concern, which includes aquatic and terrestrial animal, fish and plant resources.<br><br>iii. The presence of aquatic resources including state fish, amphibians, invertebrates, and plants including important spawning, migratory, nursery and foraging areas.<br><br>iv. The presence of terrestrial animal and plant resources.<br><br>The presence of migratory and resident bird and mammal, including relevant migration routes, breeding, stopover, nursery, haul-out, and population concentration areas by season. | Sec 15 |
| (k)(3)(B) | Identify the following, and include appropriate contacts, as applicable to emergency response:<br><br>i. Commercial and recreational fisheries areas, aquaculture sites, public beaches, parks, marinas, boat ramps, and recreational use areas;<br><br>ii. Industrial, irrigation, and drinking water intakes, dams, power plants, salt pond intakes, and important underwater structures; and<br><br>Known historical and archaeological sites, and areas of cultural or economic significance to Native Americans. | Sec 15 |
| (k)(3)(C) | Identify and map the on-water collection locations and strategies for the identified sites and resources at risk, including access locations. | Sec 14.4.4, Sec 14.4.5 |

USSER-000317

004179

## California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (k)(4) | The owner or operator may rely on and cite area contingency plans, geographic response plans, and other sources to identify the information required by subsections (k)(3)(A), (B), and (C) above. Having a contract with a rated oil spill response organization does not alleviate the requirement for this analysis. | Sec 14.4.5 |
| (k)(5) | If the information provided is insufficient regarding trajectories, resources at risk, strategies, sites, or contacts, then upon request of the Administrator, the owner or operator shall provide or include additional relevant information. | -- |
| (l) | **Response Resources, Response Times, and Daily Recovery Rates** | -- |
| (l)(1) | The response resources necessary to address the reasonable worst-case spill are brought to the incident over a period of time. The time frame for arrival and operational deployment of response resources is measured from the time the plan holder learns about or receives notification of the spill, drill, or exercise. | Sec 13.4, Sec 14.4 |
| (l)(2) | The type and amount of response resources, and the time frames for on-scene deployment are specified in the Response Times, Containment, Recovery & Storage tables in subsections (m) and (n) of this section. The amount of response resources required by these tables are planning standards to address the plan holder's reasonable worst-case spill; additional resources may be required based on the circumstances of an actual spill. The owner or operator may either provide the necessary response resources or rely on a rated oil spill response organization to provide the response resources, as described in subsections (m)(4) and (n)(7) of this section. | Sec 13.3, Sec 13.4 |
| (l)(3) | A safety assessment, as set forth in subsection (r)(2) of this section and as required by California Division of Occupational Safety and Health regulations (e.g. HAZWOPER), shall occur within the response time frames and before on-scene deployment of response resources. | Sec 6.1 |
| (l)(4) | The actual time necessary to deliver and deploy equipment will be assessed at the time of a spill, drill, or exercise and will take into account the prevailing conditions of weather, and the site safety assessment. | -- |

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (l)(5) | All response resources shall be appropriate for use on the type of oil identified, and shall be appropriate for use in the environment, habitat, terrain, and waterbody in which the response resources are being considered for use. | -- |
| **(m)** | **Terrestrial Response Resources** | -- |
| (m)(1)(A) | If an owner or operator's inland facility poses an oil spill risk to inland waters designated as intermittent or ephemeral in the National Hydrography Dataset, as described in subsection (b), then the contingency plan only needs to demonstrate a contract or other approved means for the response resources and capabilities to contain and store a reasonable worst case spill volume into or threatening the dry portions of the waterway (e.g., bed, bank, channel areas). These resources must be available within the time frames described in the Terrestrial Response Times, Containment, Recovery & Storage table below. Terrestrial services do not require dedicated response resources. | Sec 13.3 |
| (m)(1)(B) | If an owner or operator's inland facility poses an oil spill risk to inland waters designated as perennial in the National Hydrography Dataset, as described in subsection (b), then the contingency plan must demonstrate on-water response capabilities as described in subsection (n) of this section. | Sec 13.3 |
| (m)(1)(C) | Regardless of the inland water depth, an offsite consequence analysis described in subsection (k) of this section is required. | Sec 15 |

USSER-000319　　　　004181

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline Integrated Contingency Plan**

Preface

## California Office of Spill Prevention & Response – Inland Facilities

| | | | |
|---|---|---|---|
| (m)(1)(D) | The following table indicates times within which terrestrial response resources shall be deployed and operational within the first 24 hours of a spill, drill or exercise, for the containment, recovery, and temporary storage of the reasonable worst-case spill (RWCS) volume.<br><br>Table – <u>Terrestrial Response Times, Containment, Recovery & Storage Amounts</u> | | -- |

| Equipment | Deployment Within 6 hours | Deployment Within 12 hours | Deployment Within 24 hours |
|---|---|---|---|
| **Containment & Recovery** | Sufficient equipment for 50% of RWCS | Sufficient equipment for 75% of RWCS | Sufficient equipment for 100% of RWCS |
| **Temporary Storage** | Sufficient storage to adequately support removal | Sufficient storage to adequately support removal | Sufficient storage to adequately support removal |

| | | |
|---|---|---|
| (m)(2) | As applicable, the contingency plan must include the following terrestrial response resources and information: | -- |
| (m)(2)(A) | The personnel available to respond to a reasonable worst-case spill, including:<br><br>1. A list by incident command system position, or a job description;<br>2. A match between personnel by job function and the equipment to be used, including the plan for mobilization of such personnel; and<br><br>A description of how personnel to maintain a response effort of at least 14 calendar days would be rotated, retained, or acquired. | -- |
| (m)(2)(B) | (A) The location, description, and condition of containment and recovery equipment, with operators for each piece of equipment, such as backhoes, bulldozers, vacuum trucks, or other types of equipment; | -- |
| (m)(2)(C) | The type and capacity of storage bins; and | -- |
| (m)(2)(D) | Identification of disposal locations for hazardous materials including oil. | -- |

USSER-000320     004182

### California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (m)(3) | The contingency plan must include a narrative description of how containment, recovery, storage, and protection equipment, personnel and other resources will be transported or delivered to a spill site. The description shall account for adverse environmental conditions, adverse weather, water currents or flow (e.g., cubic feet per second), winds, and any other conditions that may be reasonably anticipated which could hinder response efforts. | -- |
| (m)(4) | The requirements of this subsection may be provided by a rated oil spill response organization with a terrestrial services rating (as described in section 819.02). To the extent that the requirements are provided by a rated oil spill response organization, then the contingency plan only needs to include evidence of a contract or other approved means with a rated oil spill response organization to satisfy these requirements. However, if an inland facility owner or operator does not contract with a rated oil spill response organization for the requirements and capabilities described in this subsection and intends to meet these requirements with owner or operator owned equipment and personnel, then the owner or operator must provide the information listed in this subsection, and the owner or operator must comply with the oil spill response organization rating requirements pursuant section 819.01 of this subchapter. | Sec 13.3 |
| (n) | **Inland On-Water Response Resources** | -- |
| (n)(1)(A) | If an owner or operator's facility poses an oil spill risk to inland waters designated as perennial in the National Hydrography Dataset, as described in subsection (b), then the contingency plan must demonstrate the response resources to perform containment (e.g. hard boom), recovery of spilled oil and oily waste (e.g. skimming), storage of recovered materials (e.g. tanks, bladders), shoreline protection, and implement any pre-identified response strategies to address the reasonable worst case spill volume into or threatening the waterway. These resources must be available within the time frames described in the Inland On-Water Response Times, Containment, Recovery & Storage table below. The response resources identified to meet the requirements for the first 6 hours must be dedicated response resources. | Sec 13.3 |

USSER-000321 004183

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (n)(1)(B) | If an owner or operator's inland facility poses an oil spill risk to inland waters designated as intermittent or ephemeral in the National Hydrography Dataset, as described in subsection (b), then the contingency plan only needs to demonstrate terrestrial response capabilities as described in subsection (m). | -- |
| (n)(1)(C) | The following table indicates the equipment and times within which inland water on-water response resources shall be deployed and operational within the first 24 hours of a spill, drill or exercise for the containment, recovery, and temporary storage of the reasonable worst-case spill (RWCS) volume. Table – Inland On-Water Response Times, Containment, Recovery, & Storage Amounts | -- |
| (n)(2) | The contingency plan must include the following information for each response resource listed in the plan: | -- |
| (n)(2)(A) | The personnel available to respond to a reasonable worst-case spill, including: 1. A list by incident command system position, or a job description; 2. A match between personnel by job function and equipment to be used, including the plan for mobilization of such personnel; and A description of how personnel to maintain a response effort of at least 14 calendar days would be rotated, retained, or acquired. | -- |
| (n)(2)(B) | The location, inventory and ownership of the equipment to be used to fulfill the on-water response requirements; | -- |
| (n)(2)(C) | The type and capacity of transfer and storage equipment matched to the skimming capacity of the recovery systems; | -- |

Table inside (n)(1)(C):

| Equipment | Deployment Within 6 hours (Dedicated) | Deployment Within 12 hours | Deployment Within 24 hours |
|---|---|---|---|
| Containment (hard boom) | 1,000' boom | 5,000' boom | 10,000' boom |
| Recovery Capability (the lesser of) | 820 bbls/day EDRC or 50% of RWCS volume | 4,100 bbls/day EDRC or 75% of RWCS volume | 8,200 bbls/day EDRC or 100% of RWCS volume |
| Temporary Storage (the lesser of) | 820 bbls or 50% of RWCS volume | 1,500 bbls or 75% of RWCS volume | 3,000 bbls or 100% of RWCS volume |

USSER-000322

004184

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

### California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (n)(2)(D) | The manufacturer's rated capacities and the operational characteristics for each major item of on-water recovery equipment; | -- |
| (n)(2)(E) | The effective daily recovery capacity for each major piece of on-water recovery equipment listed, and the effective daily recovery capacity for the skimming systems as a whole. For planning purposes, the capability of the recovery equipment is the manufacturer's rated capacity as derated by the effective daily recovery capacity;<br><br>1. A request may be submitted to the Administrator to review the effective daily recovery capacity for a piece of equipment if it can be shown that the equipment has a different capacity than the derating factor allows.<br><br>The Administrator's decision regarding a change in the effective daily recovery capacity for a piece of equipment will be issued as soon as administratively feasible. | -- |
| (n)(2)(F) | Any vacuum trucks and vessels designated for oil recovery operations, including skimming vessels and vessels designed to tow and deploy boom, and availability of shallow-draft vessels. Each must be designated by registration number or other unique identifier (e.g. VIN, vessel name, etc.); | -- |
| (n)(2)(G) | Adequate maintenance, inspection, and testing of response equipment that is under the immediate control of the operator; and | -- |
| (n)(2)(H) | Anticipate the need for equipment to monitor the movement of spilled oil, including aerial surveillance sufficient to direct skimming operations. | -- |
| (n)(3) | Temporary Storage and Waste Management | Sec 5.6 |
| (n)(3)(A) | Each contingency plan shall identify storage for all recovered oil or all oily waste. | -- |
| (n)(3)(B) | Each contingency plan shall describe how recovered oil and waste will be legally handled and transported, and identify locations able to accept the recovered oil or oily waste for recycling or other means of waste management. | -- |
| (n)(3)(C) | All skimming systems operating at the incident shall have sufficient storage. Sufficient storage shall be no less than the effective daily recovery capacity for the equipment. | -- |
| (n)(4) | Group 5 Oil | -- |

USSER-000323     004185

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (n)(4)(A) | For inland facilities that transport or handle Group 5 oil (defined under "Persistent Oil" in section 790) the contingency plan shall have evidence of a contract or other approved means with one or more rated oil spill response organizations or otherwise demonstrate the means to recover Group 5 oil up to the reasonable worst case spill volume. Such equipment and resources shall include, but are not limited to, the following methods and equipment for:<br>1. Locating the oil suspended in the water column (e.g., sonar, sampling equipment, etc.) or on the bottom of the waterbody;<br>2. Reducing spreading on the bottom (e.g., containment boom, sorbent boom, silt curtains, etc.);<br>3. Recovering oil from the bottom (e.g., dredges, pumps, etc.);<br>4. Assessing the impact of such spills; and<br>Any other methods or equipment appropriate for responding to a spill involving a Group 5 oil. | -- |
| (n)(5) | Shoreline Protection | -- |
| (n)(5)(A) | The contingency plan must address the specific types of shorelines that may be impacted. | Sec 5 |
| (n)(5)(B) | The contingency plan must identify response resources appropriate for protecting shorelines, including:<br>1. Protective booming, shallow-draft vessels, and other shoreline protection equipment.<br>The location, inventory, and ownership of the equipment to be used to fulfill the shoreline protection requirements. | Sec 13.3 |
| (n)(5)(C) | The plan holder must be able to implement response strategies appropriate for each shoreline that could be impacted by a spill, as those strategies are identified in the offsite consequence analysis pursuant to subsection (k). | -- |
| (n)(5)(D) | The plan holder's records for storage, maintenance, inspection, and testing of shoreline protection response resources that are under the immediate control of the operator must be made available to the Administrator upon request. | -- |

**SABLE** OFFSHORE CORP.

**Las Flores Pipeline** Integrated Contingency Plan

Preface

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (n)(6) | The contingency plan must include a narrative description of how containment, recovery, storage, and protection equipment, personnel and other response resources will be transported or delivered to a spill site. The description shall account for adverse environmental conditions, adverse weather, water currents or flow (e.g., cubic feet per second), winds, and any other conditions that may be reasonably anticipated which could hinder response efforts. | -- |
| (n)(7) | The requirements of this subsection may be provided by a rated oil spill response organization with an on-water services rating (as described in section 819.02). To the extent the requirements are provided by a rated oil spill response organization, the contingency plan only needs to include evidence of a contract or other approved means with a rated oil spill response organization that will satisfy the requirements. However, if an inland facility owner or operator does not contract with a rated oil spill response organization for the requirements and capabilities described in this section and intends to meet these requirements with plan holder owned and controlled equipment and personnel, then the owner or operator must provide the information listed in this subsection, must comply with the oil spill response organization rating requirements pursuant section 819.01 of this subchapter, and the equipment identified in the plan must be rotated each year so all the owner or operator equipment is tested over the three year period. | Sec 13.3 |
| (o) | **Oiled Wildlife Care Requirements** | |
| (o)(1) | Each contingency plan shall describe the method for providing rescue and rehabilitation of oiled wildlife by one of the following means: | Sec 13.3.3 |
| (o)(1)(A) | Indicate use of the California Oiled Wildlife Care Network; or | Sec 13.3.3 |

USSER-000325    004187

### California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (o)(1)(B) | Identify an alternate wildlife care and treatment organization and describe procedures that clearly outline how oiled wildlife will be treated and cared for, including recovery, transport, and processing. Standards and written protocols used for wildlife care shall comply with all applicable state and federal laws. The equipment and personnel necessary to implement these procedures and protocols shall be identified and assured by contract for each response planning area covered by the contingency plan. The documents, equipment, personnel, and facilities must be available for review and inspection by the Administrator upon request. | Sec 13.3.3 |
| (p) | **Applied Response Technologies and Oil Spill Cleanup Agents** | Sec 5.5 |
| (p)(1) | The contingency plan may identify and include oil spill cleanup agents and applied response technologies that a plan holder considers appropriate for the plan holder's offsite consequence analysis. Procuring agents or technologies will not guarantee approval by the Administrator and the federal Region 9 Regional Response Team for use during an incident. Any listed agents or technologies must be approved for use in California by the Administrator pursuant to Government Code section 8670.13.1 and chapter 8 of this subdivision, and approved by applicable federal agencies. | Sec 5.5 |
| (p)(2) | The plan shall describe the approval process for the use of oil spill cleanup agents and applied response technologies on oil spills in state or federal waters, and acknowledge the decision to approve the use of such agents and technologies rests exclusively with the Administrator and the Regional Response Team, respectively. | Sec 5.5 |
| (p)(2)(A) | The decision to use applied response technologies or oil spill cleanup agents on oil spills does not reside with the plan holder. The plan holder must know how to:<br>1. Make the proper spill notifications;<br>2. Request of the Administrator and the Regional Response Team for consideration of a particular applied response technology or use of an oil spill cleanup agent; and<br>Provide operational support for use of applied response technologies or oil spill cleanup agents. | Sec 5.5 |
| (q) | **Readiness, Movement, and Cascading of Response Resources** | -- |

USSER-000326

004188

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

## California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (q)(1) | All plan holder owned and controlled response resources identified in the contingency plan shall be available, deployable, and operational for an exercise, drill, or spill. Any necessary maintenance for equipment, availability of response personnel, or other eventualities must be considered, and alternative response resources identified when relying upon response resources that would be unavailable for those or other reasons. A significant change in response resources must be reported to the Administrator, as provided in subsection (u) of this section. | -- |
| (q)(2) | Major Equipment Removal | -- |
| (q)(2)(A) | 3. The inland facility plan holder shall notify the Administrator when major equipment identified in the contingency plan is removed from service for a period of 24 hours or more for maintenance, sale, or any other reason. Major equipment is that which, if removed, would affect the minimum oil containment, recovery or storage capability set forth in the Response Times, Containment, Recovery & Storage tables in subsections (m) and (n) of this section. Notification must be made prior to removing equipment for planned or anticipated removal and within 24 hours of removing equipment for unplanned or unanticipated reasons. | -- |
| (q)(2)(B) | The inland facility shall demonstrate that backup equipment is available during the time that the major equipment is out of service. Backup equipment may be provided from the owner's own inventory or may be made available from another source. | -- |
| (q)(2)(C) | The contingency plan shall remain valid during the time that equipment has been removed from service, unless the Administrator determines the plan is deficient. | -- |
| (q)(2)(D) | The inland facility shall notify the Administrator when the major equipment is back in service. | -- |

Revision 1                    ©The Response Group                    xxxix

USSER-000327                                               004189

# SABLE OFFSHORE CORP.

## Las Flores Pipeline
### Integrated Contingency Plan

Preface

### California Office of Spill Prevention & Response – Inland Facilities

| | | |
|---|---|---|
| (q)(3) | Cascading. When response resources identified in the contingency plan are to be moved out of the plan holder's planning area, and that movement may impact the plan holder's containment, recovery, or storage capability within the first six hours of a spill, the plan holder or the plan holder's rated oil spill response organization shall make a request to the Administrator to temporarily reduce the minimum oil recovery capability set forth in the Response Times, Containment, Recovery & Storage tables in subsections (m) and (n) of this section before the response resources can be moved. The Administrator shall only grant such a request after determining that sufficient response resources are available to address a reasonable worst case spill within the relevant area from where the response resources are being considered for removal. | -- |
| (r) | Incident Management, and Area or Geographic Response Plans | -- |
| (r)(1) | Each contingency plan shall describe an incident command system that will be used for spill management. If the plan holder has its own incident command system handbook, guideline, or reference document, this document shall be made available to the Administrator upon request. The contingency plan shall acknowledge that a federal on-scene coordinator and the Administrator will use the National Incident Management System as the template for management of spills, and will use either the U.S. Coast Guard Incident Management Handbook (2014) or the U.S. Environmental Protection Agency Incident Management Handbook (2016) for spill management guidance. The plan holder shall be able to integrate its incident command system with the system used by the federal on-scene coordinator or the state on-scene coordinator. The inland facility's initial emergency responder on-site shall initiate the incident command system until a more senior facility responder arrives, as required by subsection 5192(q)(3)(A), of title 8, of the California Code of Regulations. | Sec 4 |

USSER-000328

004190

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (r)(2) | Each contingency plan shall acknowledge the need to complete a site safety and health plan as required pursuant to section 5192, of title 8, of the California Code of Regulations. Applicable site safety and health plan elements may include, but are not limited to site hazards, respiratory protection, personal protective equipment, confined space entry, direct reading instruments and exposure monitoring. | Sec 6.1 |
| (r)(3) | Each contingency plan shall acknowledge command and staging sites and facilities identified in the applicable area contingency plan or geographic response plan. For areas not covered by such federal plans, the inland facility contingency plan shall identify potential sites for response operations including locations for: | Sec 1.3.4, 4 |
| (r)(3)(A) | A central command post sufficient to accommodate the initial incident management; and | Sec 1.3.4, 4 |
| (r)(3)(B) | Equipment and personnel staging areas. | Sec 1.3.4, 4 |
| **(s)** | **Training** | Sec 7.1 |
| (s)(1) | Each contingency plan shall document that personnel employed by the plan holder regularly receive training applicable to their role in a spill, such as: | Sec 7.1 |
| (s)(1)(A) | Incident command system, including command or general staff position-specific training; | Sec 7.1 |
| (s)(1)(B) | Oil spill emergency response training as required by state and federal health and safety laws for facility personnel likely to be engaged in oil spill response (e.g., section 5192 of title 8 of the Code of Regulations, "HAZWOPER"); and | Sec 7.1 |
| (s)(1)(C) | Use and operation of oil spill response and clean-up equipment. | Sec 7.1 |
| (s)(2) | Training records shall be maintained for three years from the date of the training. All such documentation shall promptly be made available to the Administrator upon request. | Sec 7.3 |
| **(t)** | **Drills and Exercises**<br>Each contingency plan shall describe a tabletop exercise and equipment deployment drill program for the inland facility that meets the exercise and drill requirements of section 820.02 of this subchapter, to ensure that the plan holder can adequately respond to a spill. | Sec 7.2 |
| **(u)** | **Plan Changes and Updates** | Sec 1.4 |

USSER-000329 004191



## SABLE OFFSHORE CORP. — Las Flores Pipeline Integrated Contingency Plan — Preface

| California Office of Spill Prevention & Response – Inland Facilities | | |
|---|---|---|
| (u)(1)-(7) | The plan holder shall ensure the plan is up-to-date and complete. | Sec 1.4 |
| (v) | **Enforcement and Compliance**<br>The owner or operator of an inland facility who knowingly, intentionally or negligently violates any provision of this subdivision or the Act may be subject to criminal, civil, or administrative actions, pursuant to Government Code section 8670.57 through section 8670.69.6, and chapter 7 of this subdivision (commencing with section 873). | N/A |
| (w) | **Severability**<br>If any provision of this section or the application thereof to any person or circumstances is held invalid by a Court, that invalidity shall not affect other provisions or applications of the section that can be given effect without the invalid provision or application, and to this end the provisions of this section are severable. | N/A |

### CalOSPR Marine Facility 14 CCR 817.02

| California Office of Spill Prevention & Response – Marine Terminal | | |
|---|---|---|
| § 817.02 | Brief Description | Location |
| (a) | Introductory Material | Preface |
| (a)(1) | Facility information | Preface<br>Sec 11.1 |
| (a)(2) | Qualified individual | Preface<br>Sec 12.1.1 |
| (a)(3) | Name, address, etc. of an agent for service | Sec 12.1.7 |
| (a)(4) | Identify spill management team | Sec 12.1.4 |
| (a)(5) | Copy of spill response organization contract | Sec 13.3,<br>Sec 13.4.1 |
| (b) | Marine facility description | Sec 11.1<br>Sec 11.2 |
| (b)(1) | Design and operation | Sec 11.1<br>Sec 11.3 |
| (b)(2) | Marine facility site and surrounding area | Sec 11.3<br>Sec 15.2.1 |
| (c) | Prevention Measures | Sec 2.1 |
| (c)(1) | Risk and hazard analysis | Sec 14.5 |

USSER-000330      004192

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Preface

## California Office of Spill Prevention & Response – Marine Terminal

| § 817.02 | Brief Description | Location |
|---|---|---|
| (c)(2) | Off-site consequence analysis | Sec 15.2 |
| (c)(2)(A) | Spill trajectory | Sec 14.4 |
| (c)(2)(B) | General toxicity effects | Sec 14.5 |
| (c)(3) | Resources at risk from oil spills | Sec 15.2 Sec 15.3 |
| (c)(4) | Required prevention measures | Sec 2.1 |
| (d) | Containment booming and on-water recovery | Sec 5 Sec 14.4 |
| (d)(1) | Reasonable worst-case spill | Sec 14.1 Sec 14.2 |
| (d)(2) | Persistence and emulsification factors | Sec 14.5.2 |
| (d)(3) | Response capability standards | Sec 14.4.2 |
| (d)(4) | Movement of response resources | Sec 14.4.2 |
| (d)(5) | On-water response equipment and services | Sec 13.3, Sec 13.4 |
| (e) | Shoreline protection | Sec 5 Sec 14.4.3 |
| (e)(1) | Shoreline response planning volume | Sec 14.4.2 |
| (e)(2) | Shoreline protection equipment and services | Sec 13.3, Sec 13.4 |
| (e)(3) | Reserved | -- |
| (e)(4) | Shoreline clean-up | Sec 5 Sec 14.4.3 |
| (f) | Response procedures | Sec 3 |
| (f)(1) | Response organization (ICS) | Sec 4 |
| (f)(2) | Establishment of command/staging sites | Sec 4 |
| (f)(3) | Key spill response activities flowchart | Sec 5 |
| (f)(4) | Provision of emergency services | Sec 12.2 |
| (f)(5) | Equipment/Procedures to minimize spill | Sec 2 |
| (f)(6) | Lines of communication, communication procedures, and function. | Sec 13.2 |

Revision 1 ©The Response Group xliii

USSER-000331

004193

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Preface

### California Office of Spill Prevention & Response – Marine Terminal

| § 817.02 | Brief Description | Location |
|---|---|---|
| (f)(7) | Access/Contamination Control | Sec 14.4 |
| (f)(8) | Completion of Site Safety Plan | Sec 6.1 |
| (g) | Notification Procedures | Preface<br>Sec 12.1<br>Sec 12.2 |
| (g)(1) | List of contacts | Sec 12<br>Sec 13 |
| (g)(2) | Immediate notification procedures | Preface<br>Sec 12.1<br>Sec 12.2 |
| (g)(3) | Call-out procedure | Preface<br>Sec 12.1<br>Sec 12.2 |
| (g)(4) | Checklist of information to be reported | Sec 12.3 |
| (g)(5) | Report spill immediately | Preface<br>Sec 12.2<br>Sec 12.3 |
| (g)(6) | Report updated spill volumes | Sec 12.2<br>Sec 12.3 |
| (h) | Temporary Storage and Waste Management | Sec 5.6<br>Sec 13.3.4 |
| (h)(1) | Identify sufficient temporary storage for recovered oil or all oily waste | Sec 5.6<br>Sec 13.3.4 |
| (h)(2) | Identify party to maintain responsibility for recovered oil and oily waste | Sec 13.3.4 |
| (h)(3) | Describe site criteria and methods used to select temporary storage sites | Sec 13.3.4 |
| (h)(4) | Identify permits required and who is responsible for issuing those permits | Sec 5.6<br>Sec 13.3.4 |
| (h)(5) | Methods to expedite state approval processes for use of temporary waste storage sites | Sec 5.6 |
| (i) | Oiled Wildlife Care Requirements | Sec 13.3.3 |
| (i)(1) | Utilize the California Oiled Wildlife Care Network or; | Sec 13.3.3 |
| (i)(2) | Describe procedures on oiled wildlife care | Sec 13.3.3 |
| (j) | Training | Sec 7.1 |

USSER-000332

004194

SABLE
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Preface

| California Office of Spill Prevention & Response – Marine Terminal | | |
|---|---|---|
| § 817.02 | Brief Description | Location |
| (j)(1) | Training for use and operation of response and clean-up equipment | Sec 7.1 |
| (j)(2) | Operational risk reduction training | Sec 7.1 |
| (j)(3) | Safety training | Sec 7.1 |
| (j)(4) | Training records are maintained for 3 years | Sec 7.3 |
| (k) | Drills and Exercises | Sec 7.3 |
| (k)(1) | Describe the marine facility's drill and exercise program | Sec 7.3 |
| (k)(2) | Training sessions may constitute creditable drills | Sec 7.3 |
| (k)(3) | All response resources identified participate in deployment exercises at least once every three years | Sec 7.3 |

USSER-000333

004195

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

TOC

## Table of Contents

Table of Contents ........................................................................................ i

**Section 11      Response Zone Summary** .................................................... **11-1**

11.1      Information Summary ..................................................... 11-1

11.2      Pipeline Facilities Within Response Zone ........................ 11-3

11.3      Regulatory Compliance ................................................. 11-4

**Section 12      Notifications** ...................................................................... **12-1**

12.1      Internal Notification ..................................................... 12-1

12.2      External Notification .................................................... 12-7

12.3      Notification Forms ....................................................... 12-18

12.4      Agency Contacts .......................................................... 12-24

**Section 13      Resources** ......................................................................... **13-1**

13.1      Response Equipment ..................................................... 13-1

13.2      Communications ........................................................... 13-1

13.3      Response Contractors ................................................... 13-1

13.4      Other Contractors & Suppliers ...................................... 13-3

**Section 14      Response Planning and Strategies** ................................... **14-1**

14.1      Worst Case Discharge ................................................... 14-1

14.2      Worst Case Discharge/Reasonable Worst Case Spill Analysis ......... 14-3

14.3      Area Climate and Geography .......................................... 14-8

14.4      Response Planning and Strategies Scenarios ................... 14-10

14.5      General Toxicity Effects and Persistence ........................ 14-22

14.6      Use of Alternative Response Technologies in California ..... 14-33

**Section 15      Highly Sensitive Areas** ..................................................... **15-1**

15.1      Highly Sensitive Areas ................................................. 15-1

15.2      Off Site Consequence Analysis ...................................... 15-13

15.3      Las Flores Pipeline Corridor Area Maps .......................... 15-59

**Section 16      Trunk Line Charts/ Diagrams** ........................................... **16-1**

16.1      Trunk Line Charts ........................................................ 16-2

USSER-000334                                                      004196



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 11:
Response Zone Summary

## Section 11 Response Zone Summary

### 11.1 Information Summary

| Pipeline Information Summary | |
|---|---|
| **Response Zone Name:** | Las Flores Pipeline System |
| **Pipelines (See Section 11 for greater detail)** | Las Flores Pipeline (Las Flores Canyon to Gaviota) CA-324 (Las Flores Canyon to Gaviota) Las Flores Pipeline (Gaviota to Pentland) CA-325A (Gaviota to Sisquoc) CA-325B (Sisquoc to Pentland) |
| **Product** | Crude |
| **Counties** | Santa Barbara, San Luis Obispo, Kern |
| **State** | California |
| **Owner** | Pacific Pipeline Company 845 Texas Ave., Suite 2920 Houston, TX 77002 |
| **Operator** | Sable Offshore Corp. 845 Texas Ave., Suite 2920 Houston, TX 77002 |
| **Emergency Phone Number** | ▮▮▮▮▮▮▮▮▮▮ |
| **Hours of Operation** | 24/7 |
| **Regular Daily Throughput** | 0 bpd. |
| **WCD/RWCS** | CA-325A/B: ▮▮▮▮▮▮ CA-324: ▮▮▮▮▮▮ |
| **Qualified Individuals** | ▮▮▮▮▮▮▮▮▮▮ |
| **Agent of Service** | ▮▮▮▮▮▮▮▮▮▮ |
| **SMT Application Number** | PH-00141 |
| **SMT Application Number - TRG** | EX09809 |

USSER-000335
004197

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 11:
Response Zone Summary

This response zone has pipelines in: Santa Barbara, San Luis Obispo, and Kern Counties.

Currently, the worst case discharge amount is ███████████ for CA-325A/B. The worst case discharge amount for CA-324 is ██████████

The Las Flores Pipeline consists of 10.86 miles of 24" diameter insulated crude oil pipelines from the Las Flores Pump Station and Gaviota Meter Station (CA-234) and 113.56 miles of 30" diameter insulated crude oil pipelines from Gaviota Pump Station (CA-325A), through the Sisquoc Pump Station and ending at the Pentland Meter Station (CA-325B).

The pipeline sections have a wall thickness ranging from 0.281 to 0.750 inches. The entire buried pipeline except for factory bends and some areas that have had maintenance performed are ███████████████████████████████████████████

See Section 16 for the Pipeline Trunk Line Charts (TLC).

There are no breakout tanks located in the Response Zone.

### 11.1.1 Secondary Containment

Containment capacities at each of the four stations are:
- Las Flores Pump Station – 1,865 bbl.
- Gaviota Meter Station – 2,466 bbl.
- Sisquoc Pump Station – 3,633 bbl.
- Pentland Meter Station - N/A

### 11.1.2 Fire Protection

Each station electrical system complies with California Electric Code (CEC).

The Las Flores Pipeline Fire Protection Plan will be in full effect at all pump stations. In the event of a discharge/release outside of the pump station boundaries, all on-site personnel will be instructed to use extreme caution relative to ignition sources.

### 11.1.3 Site Security

On-site security is provided at each station by 6-foot fences with barbed wire strands installed at the top. Exits are available to provide necessary means of escape in the event of an emergency. Signs are posted on the fence of each station, in a visible location, stating the operator's name and 24-hour emergency phone number.

USSER-000336

004198



### 11.1.4 River Crossing Inspection and Maintenance

In Santa Barbara County, the three major river crossings (Santa Ynez, Sisquoc, and Cuyama) are visually inspected annually to ensure that existing cover over the pipeline is substantially the same as it was when the pipeline crossings were installed in 1986. At five-year intervals, or sooner as determined by certain events, an actual survey is completed at each of the crossings and a profile is prepared to depict current riverbed grade and the as-built location of the pipeline.

At the Gaviota Creek crossing surveys will be conducted no less than every three years.

Sable Offshore Corp. will evaluate any hazards identified by routine monitoring, evaluation team will be staffed with at least one California registered engineer or engineering geologist.

If the monitoring indicates a potential or actual hazard, appropriate actions, including but not limited to, operations curtailment and repairs, will be taken to mitigate the hazard.

In the case of river crossings at the Santa Ynez, Sisquoc, and Cuyama Rivers, a yearly inspection of burial depth shall be performed. At crossing of the Santa Ynez and Sisquoc Rivers, where channel degradation has reduced depth of cover to less than four feet below the 10-0-year scour depth, or other hazardous levels as determined by a professional engineer on staff or under the supervision of the County Flood Control agency, or US Department of Transportation, specifications, relocation, or reburial of the pipeline to adequate depth will be required. At the crossing of the Cuyama River, if the inspections reveal that hazardous conditions exist, mitigations such as reconstruction or relocation of the crossing will be required as determined by a professional engineer on the staff or under the supervision of the County Flood Control Agency.

### 11.2 Pipeline Facilities Within Response Zone

| TLC No. | Line | Line Diameter (Inches) | Line Length (miles) | Largest Segment (Miles) | Water Crossings |
|---------|------|------------------------|---------------------|-------------------------|-----------------|
| CA-324 | LAS - GAV | 24 | 10.86 | 2.83 | Refugio Creek |
| CA-325A | GAV - SISQ | 30 | 38.72 | 18.25 | Gaviota Creek<br>Santa Ynez River<br>Sisquoc River |
| CA-325B | SISQ - PENT | 30 | 74.84 | 21 | Pine Canyon Creek<br>Cuyama River |

USSER-000337

004199



### 11.3 Regulatory Compliance

This Plan is intended to satisfy the requirements of the Oil Pollution Act of 1990 and has been prepared in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and applicable Area Contingency Plans (ACP), EPA Region IX Regional Contingency Plan and the California Office of Oil Spill Prevention and Response (OSPR). Specifically, this Plan is intended to satisfy:

- PHMSA 49 CFR 194 and 195
- California Code of Regulations, Title 14, CCR Sections 815-820.
- Santa Barbara County Final Development Plan (FDP) Conditions P-3, P-4, P-5.
- Santa Barbara County Zoning Ordinance, Section 35.290.
- The Plan's approval by the Santa Barbara County Fire Department and Office of Emergency Management (Fire/OEM) is based on its consistency with the countywide Oil and Gas Industry Emergency Response Plan.
- California Government Code Section 51010-51019.1.

### 11.3.1 Zone Classification

This response zone has been determined to meet the significant and substantial harm classification because at least one line section within the response zone has met at least one of the criteria listed in 194.103(c)(1).

Approximately five miles of the CA-324 pipeline parallels US HWY 101 N immediately adjacent to the California coastline. Due to its proximity to the marine environment this portion of the Las Flores Pipeline System meets the definition of a Marine Facility as defined in 14 CCR 790, as is applicable to the Cal- OSPR Marine Facility Contingency Planning requirements of 14 CCR 817.02. The remaining portions of the pipeline are applicable to the Inland Facility Contingency Plan Requirements of 14 CCR 817.04. The entire Las Flores Pipeline System is applicable to the PHMSA OPA90 planning requirements contained in 49 CFR Part 194

### 11.3.2 Santa Barbara County Final Development Plan

In the event of an incident requiring the implementation of this Plan in Santa Barbara County, its use assures that the Company will be operating in compliance with State and local regulations. This plan has also been prepared to assure consistency with the Sector Los Angeles – Long Beach Area Contingency Plan, the Region IX Regional Contingency Plan, and the California State Oil Spill Contingency Plan.

This plan is developed to meet the In the Emergency Response Plan requirement of Santa Barbara County's FDP Condition P-3. The P-3 Plan identifies the emergency response procedures to be implemented in the event of an emergency that may affect public safety and/or the environment, regardless of whether spilled oil is involved.

USSER-000338

004200



The intent of the P-4 plan is to provide a means whereby one or more industry groups shall coordinate amongst themselves and with the government agencies/organizations to respond to a full-scale emergency (as described above). It is in the best interest of all involved parties to cooperate by providing mutual aid/assistance through the sharing of resources/manpower during full-scale emergencies. Through activation of the P-4 Area Oil and Gas Industry Emergency Response Plan, the Company, Sable Offshore Corp., Freeport-McMoRan Oil & Gas, DCOR and E&B Resources, Pacific Offshore Pipeline Company and personnel and/or equipment could be utilized, if available, during an emergency.

To satisfy Contingency Plan Requirements specified in the California Code of Regulations and Santa Barbara County FDP Condition P-5, this Plan is submitted to the Office of Oil Spill Prevention and Response (OSPR) and various departments within the County of Santa Barbara.

Employees shall not hesitate to notify County emergency response agencies via 911 or contact information listed in Appendix B.

### 11.3.3 California OSPR Plan Review and Submission Requirements

In compliance with Subsection 817.02(f)(7) California Code of Regulations, Sable Offshore Corp. has established post-spill review procedures to evaluate the effectiveness of the plan and the need for plan amendments. Following an incident, the Company will conduct a meeting with key members of its response organization to evaluate the response effort. The Terminal Operations Supervisor will prepare a critique that analyzes the results of the response and will suggest modifications to the plan, if necessary. Upon management approval, results of the review will be forwarded to the Administrator for oil spill response within 90 days following the completion of response and cleanup procedures.

The plan holder shall update the reasonable worst-case spill volume every calendar year, and any other time that a change in the reasonable worst case spill volume would constitute a significant change.

The inland facility plan holder shall notify the Administrator when major equipment identified in the contingency plan is removed from service for a period of 24 hours or more for maintenance, sale, or any other reason. Major equipment is that which, if removed, would affect the minimum oil containment, recovery or storage capability set forth in the Response Times, Containment, Recovery & Storage tables in subsections (m) and (n) of this section. Notification must be made prior to removing equipment for planned or anticipated removal and within 24 hours of removing equipment for unplanned or unanticipated reasons.

Resubmissions. The Administrator may require earlier or more frequent resubmission or updates. The plan holder shall be notified in writing if an earlier resubmission or update is required. The notice shall include an explanation of the reasons for the resubmission or update.

USSER-000339

004201



### 11.3.4 Cal Prep

The State of California has State specific oil spill drill requirements that require a 30-day notice for Equipment Deployment Drills and 60-day notice for all other types of drills. This is done by completing a Drill Notification Form and forwarding it to the California Fish and Wildlife Office of Spill Prevention and Response (Cal OSPR). Plan holders are also required to invite CAL OSPR to participate in Drill Design sessions. There are a variety of other California state specific requirements and these, as well as necessary Drill Notification and Drill Credit forms located on the CAL OSPR Drill and Exercise website: https://www.wildlife.ca.gov/OSPR/Preparedness.

USSER-000340                                                        004202



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

## Section 12 Notifications

### 12.1　Internal Notification

#### 12.1.1　General Notification Flowchart

The following is a general notification flowchart that is to be used as a guide in the event of a reportable incident. If there is an incident in the Las Flores Pipeline Response Zone a notification will be made to the Operations Control Center.

**Note: When an abnormal condition is indicated by the hi-low pressure or flow monitors, the OCC will shut the system down in accordance with the OCC Operating Procedures. In some instances, local hi-low alarms will automatically shut a system down when preset limits are exceeded.**



USSER-000341　　　　　　　　　　　　　　　　　　004203



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

#### 12.1.2 Qualified Individuals

| Las Flores Pipeline Qualified Individuals | | | | |
|---|---|---|---|---|
| Add. Code | Name/Position | Office | Cellular | Email |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 5 | | | | |
| 4 | | | | |
| 1 | | | | |
| 4 | | | | |
| 4 | | | | |
| 4 | | | | |
| 1 | | | | |
| 4 | | | | |

*IMT Contact Information is current as of the date of submission.
Address Code:
1 – Las Flores Canyon, 12000 Calle Real, Goleta, CA 93117
2 – Port Hueneme Warehouse, 5901 Arcturus Rd, Oxnard, CA 93033
3 – Thousand Oaks, California,
4 – Sable Houston Office, 700 Milam Street, Ste. 3300 Houston, TX 77002
5 – Battles Office, 1580 East Battles Rd., Santa Maria, CA 93454
6 – TRG Cypress, 13939 Telge Rd, Cypress, TX 77429

#### 12.1.3 Las Flores Pipeline Internal Notifications

| Notification Steps | | | | | |
|---|---|---|---|---|---|
| Person Reporting Incident | Reports to | | Primary Number | Alt / 24-Hr. Number | Date/ Time |
| | Title | Contact | | | |
| First Responder | | | | | |

Revision 1

©The Response Group

12-2

USSER-000342

004204

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

12.1.4　Incident Management Team



Incident Management Team Roster (Current as of the date of submission)

| Add. Code | Name/Position | Office | Cellular | Email |
|---|---|---|---|---|
| | Qualified Individual/**Incident Commander** | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 5 | | | | |
| 4 | | | | |
| 1 | | | | |
| 4 | | | | |
| 4 | | | | |
| 4 | | | | |
| 4 | | | | |
| 1 | | | | |
| 6 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 3 | | | | |
| 6 | | | | |

Revision 1

©The Response Group

12-3



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### Incident Management Team Roster (Current as of the date of submission)

| Add. Code | Name/Position | Office | Cellular | Email |
|---|---|---|---|---|
| | | Operations Section Chief | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 5 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 3 | | | | |
| 4 | | | | |
| 4 | | | | |
| 6 | | | | |
| | | Source Control Branch | | |
| 1 | | | | |
| 5 | | | | |
| 1 | | | | |
| 1 | | | | |
| 4 | | | | |
| 4 | | | | |
| 1 | | | | |
| 5 | | | | |

Revision 1

©The Response Group

12-4

USSER-000344

004206



USSER-000345

004207



**SABLE**
**OFFSHORE CORP.**

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

### 12.1.5 Plan Point of Contact

| Las Flores Pipeline Plan Point of Contact | | | | |
|---|---|---|---|---|
| Position | Name | Address | Phone | Email |
| | | | | |

### 12.1.6 Agent for Service Process

The name and contact information for the Company representative that is designated to receive service of process is listed below, under the regulations of the California Department of Fish and Game, Office of Oil Spill Prevention and Response (15 CCR 817.02(a)(3)). All correspondence regarding this oil Spill Contingency Plan should also be addressed to the representative listed below.



USSER-000346          004208

## 12.2 External Notification

### 12.2.1 General Notification Flowcharts



**State Notifications**

Facility

*Notifies*

CalOES SWC

*Notifies*

State Fire Marshal — Division of Oil & Gas

OSPR Fish & Wildlife — Regional Water Quality Board

DOHS (HazMat) — Cal Trans* (or via CHP)

CUPA — County OEM

*\* If incident impacts Hwy 101, CHP can be requested when calling 9-1-1.*

**Federal Notifications**

Facility

*Notifies*

National Response Center

*Notifies*

Environmental Protection Agency — U.S. Coast Guard

USSER-000347

004209

 

**Las Flores Pipeline Integrated Contingency Plan**

**Section 12: Notifications**

### 12.2.2 Notification Matrix

Per 14 CCR 817.02(g)(2), notification to the California Office of Emergency Services and the National Response Center must be made no longer than ***30 minutes*** after discovery of a discharge or threatened discharge.

| Notification Requirements | |
| --- | --- |
| **REPORTABLE DISCHARGE/RELEASE** | **REPORTS TO** |
| Discharge of **any quantity** of oil that produces a sheen or hazardous substance impacting <ul><li>Water ways (any)</li><li>Wetlands (any)</li><li>Storm Drains (all)</li><li>Riverbed (all, including dry)</li><li>Shoreline (any)</li><li>Surface Water (waters of the State)</li><li>Ground Water (waters of the State)</li><li>Dry waterways & rivers (waters of the State)</li><li>Drinking water</li></ul> Any discharge or threatened discharge <u>that may threaten</u> or impact water quality. <br><br>*Note: If it can get into a storm sewer it can threaten or impact water quality. <br><br>Any pollution of water or adjoining shorelines. | <ul><li>Local 911</li><li>**National Response Center FED-1**\* within 30 minutes</li><li>**Office of Emergency Services (OES) CA-1**\* within 30 minutes</li></ul> **ADDITIONAL NOTIFICATIONS** <ul><li>California Emergency Management Agency CA-2</li><li>CUPA/ Local Enforcement Agency Local-1</li><li>RWQCB Regional Water Quality Board CA-3</li><li>EPA Region IX Spill Hotline FED-2</li><li>PHMSA FED-3</li><li>Chemical Safety and Hazard Investigation Board FED-4</li><li>California Highway Patrol (if not notified though 911 CA-7</li></ul> |
| Discharges of **any quantity** of oil, product, or hazardous substance that occur on or may impact <ul><li>Marine waters</li><li>Navigable Waters (Waters of the State)</li></ul> | **Notify Agencies listed above and:** <ul><li>USCG - Coast Guard FED-5</li><li>OSPR - Office of Spill Prevention & Response CA-4</li></ul> |
| Any discharge from a **marine facility.** <br><br>*Note - Even if waterway is dry | **Notify Agencies listed above and:** <ul><li>California State Lands Commission, Marine Facilities Division CA-6</li><li>California Marine Exchange\* CA-6</li></ul> |
| Other Notifications <br><br>*Note – See SB County Emergency Notification Matrix on Page B-11 and B-12 for more information regarding additional notifications in Santa Barbara County. | **Additional Local Notifications** <ul><li>County OEM Local-2</li><li>County Fire and/or EOC Local-3</li><li>LEPC and/or County Planning Local-4 /5</li><li>Other County Notifications</li></ul> |

USSER-000348    004210



**Las Flores Pipeline**
**Integrated Contingency Plan**



**Section 12:**
**Notifications**

## Notification Requirements

Any pipeline rupture/release or pipeline facility release resulting in:

- Caused the death or personal injury requiring hospitalization of any person.
- An explosion or fire not intentionally set by the operator.
- Estimated property damage, including the cost of response, cleanup recovery, and the value of lost product over $50,000.
- Discharge of any quantity of oil or petroleum products onto waters, wetland or adjoining shorelines including intermittent waterway that causes a sheen.
- In the judgment of the operator is a significant event, even though it did not meet the other criteria.
- Discharge of any crude oil or petroleum products into or on the waters of the state.

(See WATER/ WETLANDS/ STORM DRAIN)

*State Notification Spills of 5 gallons or more of any hazardous liquid, except that spills of less than 5 barrels need not be telephonically reported if they occur in a rural area, on in-plant piping, or on in-plant piping located within a refined products bulk loading facility.*

Safety-regulated liquid pipeline facility release resulting in:

- An explosion or fire not intentionally set by the operator.
- Release of 5 or more gallons of hazardous liquid *.
- Death of any person.
- Personal injury necessitating hospitalization.
- Estimated property damage, including the cost of response, cleanup, recovery and the value of lost product over $50,000.

*\* There is an exclusion for releases less than 5 barrels resulting from pipeline maintenance activities. See 195.50 (b).*

*Any discharge of petroleum products posing a significant present or potential hazard to*
*Human Health, safety, property, or the environment.*

### IMMEDIATE NOTIFICATIONS / WITHOUT DELAY

- Local 911
- **National Response Center** FED-1* within 30 minutes
- **Office of Emergency Services (OES)** CA-1* within 30 minutes
- California Emergency Management Agency CA2
- CSFM - California State Fire Marshal CA-9

### ADDITIONAL NOTIFICATIONS / AS SOON AS POSSIBLE

- CUPA / Local Enforcement Agency Local-1

Note* If a spill can impact any water use the reporting section for Water/ Wetlands/ Storm Drains.

Written DOT 7000-1 Report within 30 days

### Additional Local Notifications

- County OEM Local-2
- County Fire and/or EOC Local-3
- LEPC and/or County Planning Local-4 /5
- Other County Notifications

USSER-000349 004211

## SABLE OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**



**Section 12:**
**Notifications**

### Notification Requirements

| FIRE OR EXPLOSION | REPORT TO |
|---|---|
| • Any smoke investigation.<br>• Any fire or fire reported out,<br>• Any bomb or extortion threat.<br>• Any explosion.<br>• Fire eye alarms.<br>• Earthquake or Flooding Damage. | • Local 911<br>• CUPA / Local Enforcement Agency Local-1<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3<br>• LEPC and/or County Planning Local-4 /5<br>• **Other County Notifications** |
| GAS RELEASE (TOXIC OR NON-TOXIC) | REPORT TO: |
| • 2 combustible gas alarms.<br>• A verified reading of = 50% LEL<br>• 1 Toxic gas release at >10% ppm.<br>• ESD<br>• H2S in sales gas or offsite potential | • Local 911<br>• **National Response Center FED-1***<br>**within 30 minutes**<br>• **Office of Emergency Services (OES)**<br>**CA-1*** within 30 minutes**<br>• EPA Region IX Spill Hotline FED-2<br>• USCG - Coast Guard FED-5<br>• CUPA / Local Enforcement Agency Local-1<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3<br>• LEPC and/or County Planning Local-4 /5<br>• **Other County Notifications** |
| MEDICAL EMERGENCIES | REPORT TO |
| Report all instances of accidents resulting in<br>• Fatality.<br>• 1 or more employees which requires hospitalization.<br>• 3 or more employees.<br>On the job non - first aid injuries that result in<br>• Lost time.<br>• Fatality. | **NOTIFICATIONS / AS SOON AS POSSIBLE**<br>• OSHA within 8 hrs. FED-4<br>• CAL OSHA CA-7<br>• CUPA / Local Enforcement Agency Local-1<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3 |

**Note:** *An updated estimate of the volume of oil spilled and the volume at immediate risk of spilling shall be reported to the California Governor's Office of Emergency Services if the estimated volumes have increased, but not less than every 12 hours within the first 48 hours of response. The state on-scene coordinator, through the unified command, shall have the option of increasing or decreasing this time frame, depending upon the need for additional notice about the spill. Updated spill volume information included in the incident action plan developed through the unified command will meet the requirement.*

USSER-000350      004212



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

For Santa Barbara County, if the incident meets CAER levels 1-3 the event is considered an Emergency and 911 must be called immediately. When in doubt, report.

### Santa Barbara County Emergency Notification Guidance Matrix

| Level Emergency | Criteria | Incident Commander | Typical Fire Dept. Response | Notification |
|---|---|---|---|---|
| **LEVEL 1** Initial Response Minor On-Site Incident | 1. Oil spill or produced water spill > 1 bbl outside secondary containment designated for that vessel, system or pipeline, or ≥ 5 bbl inside secondary containment designated for that vessel, system or pipeline, unless it impacts or potentially impacts state or marine waters, in which case go to Level III.<br>2. Two combustible gas or fire eye alarms<br>3. Verified high level combustible gas (≥ 50% LEL) alarm<br>4. Single hand held detector with a LEL reading = 50%<br>5. Smoke Investigation<br>6. Fire reported out<br>7. Hazardous material release outside secondary containment designed for that vessel, system or pipeline.<br>8. Bomb or extortion threat. | Highest ranking on-duty Operations person until relieved by Fire Dept. | One Engine Code 2 | 9-1-1 See Facility's Notification Section |
| **LEVEL 2** Sustained Response Major On-Site Incident | 1. Oil spill or produced water spill ≥5 bbl unless it impacts or potentially impacts state or marine waters, in which case go to Level III.<br>2. Any toxic gas release > 10 ppm by fixed or handheld monitor.<br>3. More than 2 combustible gas or fire eye alarms<br>4. Fire<br>5. Hazardous materials release requiring hazardous materials emergency response from emergency rescue personnel or contractors.<br>6. Sour gas in sales line<br>7. Earthquake or Flooding damage<br>8. Activation of Emergency Shut Down for plant and / or pipeline. | Highest ranking on-duty Operations person until relieved by Fire Dept. | 1st alarm 3 Engines, Chief Officer Code 3 | 9-1-1 See Facility's Notification Section Off duty personnel Community Notification Agency Notification as required |
| **LEVEL 3** Major Incident with Public Exposure Potential (off-site impacts) | 1. Oil spill or produced water spill impacting or potentially impacting state or marine waters, or threatened release of oil or produced water impacting or potentially impacting state or marine waters.<br>2. Fire with potential for spreading<br>3. Explosion<br>4. Hazardous materials release or gas leak with off-site potential<br>5. Civil disturbance<br>6. State of War<br>7. Highway 101 closure or impact on other significant access routes or roads. | Highest ranking on-duty Operations person until relieved by Fire Dept. and potentially:<br>• Responsible Party<br>• Sheriff's Dept.<br>• CHP<br>• Federal On Scene<br>• State On Scene<br>• Local On Scene Coordinators | 2nd alarm or greater, additional engines and / or specialized equipment / resources 2 Chief Officers | 9-1-1 Off duty personnel Community Notification Agency Notification as required See Facility's Notification Section |

USSER-000351

004213



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

A call to 911 will summon emergency help for most incidents. Subsequent calls are to be made to other Santa Barbara County agencies as shown below.

## Santa Barbara County Agency Notifications

```
                        FACILITY
```

| 9-1-1[1] | NRC[2] | CalOES SBC[3] | SBC OEM[4] | SBC P&D – Energy, Minerals & Compliance Div.[5] |

**9-1-1 Notifies:**
SBC Fire Dept.
Sheriff Dept.
Highway Patrol

### Reporting Requirements – Footnotes

1. Any Level 1, 2, or 3 incident – Any fire or explosion, injuries requiring paramedics or ambulance. Any significant release of toxic gas . All oil spills one (1) bbls or greater outside a contained are or five (5) bbls or greater inside a contained area. All spills to waterways, creeks, storm drains. State or marine waters and offsite impacts. Any HAZMAT release that poses a threat.
2. Any Level 1, 2, or 3 incident – 800-424-8802
3. Any Level 1, 2, or 3 incident – Any significant or threatened gas, oil spill, or HAZMAT release. Any substantial threat to storm drains, creek, ocean or other waterway. When notifying the CalOES SWC, request the SWC notify NRC if incident impacts waterways, etc. If this request is not made, Facility staff need to notify NRC directly, of not already completed.
4. Any Level 1, 2, or 3 incident – OEM Duty Officer 805-686-5526 and SBC Fire Captain Tim Gailey 805-319-0189 or 805-264-1855 (cell). Any fire or explosion. Two combustible gas or fire eye alarms, reading 50% or greater LEL, ESD. $H_2S$ in sales gas or off-site potential. Any toxic gas release greater than 10 ppm. All oil spills one (1) bbls or greater outside a contained area or five (5) bbls or greater inside a containment area or any spills to waterways or off-site impacts. Medical emergencies.
5. Notify Errin Briggs, Deputy Director, P&D Department-Energy, Minerals and Compliance Division at 805-568-2047 (office) or 805-403-4989 (mobile) within one hour of event or as soon as possible after 1st tier notifications have been completed. Leave a message including name, phone number, time, and any other pertinent information in the event of reporting a spill or release.



### 12.2.3 Immediate Notifications

Per 14 CCR 817.02(g)(2), notification to the California Office of Emergency Services, the National Response Center, and Oil Spill Removal Organizations must be made no longer than *30 minutes* after discovery of a discharge or threatened discharge.

#### 12.2.3.1 Santa Barbara County

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|------|--------|-------|------------------------------|------------|----------------------|------------------------------|
| Local-1 | SBC Sheriff's Dept. | 911 805-683-2724 | | | | |
| Local-1 | SBC Fire – Regional Fire Communications Center – RFCC | 911 805-681-9375 | | | | |
| Local -2 | OEM Duty Officer | 805-696-1194 | | | | |
| Local-1 | CUPA – Santa Barbara County Environmental Health Services (24-hr) | 911 805-681-4927 | | | | |
| Local -3 | SBC Fire – Regional Fire Communications Center (RFCC) | 805-681-9375 | | | | |
| Local -4 | SBC P&D Department. Energy, Minerals and Compliance Division | 805-568-2047 805-403-4989 | | | | |
| Local -5 | LEPC Region 1 | 310-781-7072 562-795-2958 | | | | |
| Local 5 | LEPC Region 5 | 916-531-3734 | | | | |
| Local-6 | Santa Maria Valley Water Conservation District | 805-925-5212 | | | | |

#### 12.2.3.2 San Louis Obispo County

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|------|--------|-------|------------------------------|------------|----------------------|------------------------------|
| Local-1 | CUPA – San Luis Obispo County Environmental Health Services (24-Hr) | 911 805-781-5554 | | | | |
| Local -2 | SLO OEM | 805-781-5678 | | | | |
| Local -3 | SLO Fire | 805-995-1113 | | | | |

USSER-000353

004215

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| Local -4 | SLO Planning | 805-781-5600 | | | | |
| Local -5 | LEPC Region 1 | 310-781-7072 562-795-2958 | | | | |
| Local -5 | LEPC Region 5 | 916-531-3734 | | | | |

### 12.2.3.3 Kern County

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| Local-1 | CUPA – Kern County Public Health Services (24-hr) | 911 661-549-9927 | | | | |
| Local -2 | Kern County OEM | 661-324-6551 | | | | |
| Local -3 | Kern County EOC | 661-873-2602 | | | | |
| Local -4 | LEPC Region 1 | 310-781-7072 562-795-2958 | | | | |
| Local -4 | LEPC Region 5 | 916-531-3734 | | | | |

### 12.2.3.4 California State

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| CA-1 | Office of Emergency Services State Warning Center | 800-852-7550 916-845-8911 | | | | |
| CA-2 | State Emergency Management Agency | 800-852-7550 916-845-8911 | | | | |
| CA-3 | Central Valley Regional WQCB | 559-445-5116 | | | | |
| CA-3 | Central Coast Regional WQCB | 916-464-3291 | | | | |

Revision 1

©The Response Group

12-14

USSER-000354

004216



**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12:**
Notifications

| Code | Agency | Phone | Name Of Person Taking Report | Date/Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| CA-4 | OSPR - Office of Spill Prevention & Response | 800-852-7550 | | | | |
| CA-5 | State Lands Commission, Marine Facilities Division | 562-499-6312 510-741-4984 | | | | |
| CA-6 | Marine Exchange | 310-519-3134 | | | | |
| CA-7 | Cal OSHA | 916-263-2803 818-901-5403 | | | | |
| CA-8 | Highway Patrol | 805-477-4174 | | | | |
| CA-9 | State Fire Marshall | 916-263-6300 562-497-0350 | | | | |
| CA-10 | Oiled Wildlife Care Network (OWCN) | 877-823-6926 | | | | |

**12.2.3.5 Federal**

| Code | Agency | Phone | Name Of Person Taking Report | Date/Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| | | | **Federal** | | | |
| **FED-1** | **National Response Center** | 800-424-8802 | | | | |
| FED-2 | EPA Region IX | 800-300-2193 | | | | |
| FED-3 | Pipeline and Hazardous Materials Administration | 800-467-4922 909-937-3279 | | | | |
| FED-4 | Chemical Safety and Hazard Investigations Board | 202-261-7600 | | | | |
| FED-5 | U.S. Coast Guard Sector Los Angeles | 800-221-8724 310-521-3805 | | | | |
| FED-4 | OSHA | 800-321-6742 | | | | |

Revision 1                ©The Response Group                **12-15**

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.2.4 Local Emergency Notification

**Local Emergency Notifications**

| Facility | Local Police | Local Fire Department | Nearest Medical Facility | Local Emergency Planning Commission | County |
|---|---|---|---|---|---|
| Las Flores Pump Station | Santa Barbara County Sheriff Buellton 911 805-686-8150 | County Station 12 911 805-681-5512 | Goleta Valley Cottage Hospital 351 S Patterson Ave Santa Barbara, CA 93111 805-967-3411 Trauma Level I | Region 1 310-781-7072 562-795-2958 | Santa Barbara Environmental Health Hazardous Materials Division 850-681-5526 805-681-4927 |
| Gavoita Meter Station | | Station 38 911 805-681-5518 | Lompoc Valley Medical Center 1515 E Ocean Ave Lompoc, Ca 93436 805-737-3300 Trauma Level III | | |
| Sisquoc Pump Station | Santa Barbara County Sheriff 911 805-683-2724 | County Station 23 911 805-934-6294 | Marian Reginal Medical Center 1400 E Church St Santa Maria, Ca 93454 805-739-3000 Trauma Level II | | |
| Pentland Meter Station | Kern County Sheriff Bakersfield 911 661-861-3110 | Maricopa Fire 911 661-769-8239 | Kern Medical 1700 Mount Vernon Ave Bakersfield, CA 93306 661-326-2000 Trauma Level II | Region V 916-531-3734 | Kern County OEM 661-324-6551 |

USSER-000356     004218



**SABLE OFFSHORE CORP.** | Las Flores Pipeline Integrated Contingency Plan | Section 12: Notifications

### 12.2.5 Other Immediate Notifications

In the event any of the following entities are affected or will be potentially affected, the following notifications must also be made:

| Other Immediate Notifications | | |
|---|---|---|
| Entity | Location | Phone |
| Gaviota State Park | -- | 951-443-2964 (SURCOM) 805-968-2943 vm or via radio |
| Hollister Ranch Owners Association Gate House (If near Gaviota Creek) | (MP 10-14) | 805-567-5020 |
| City of Buellton | (MP 22-26) | 805-688-5177 805-686-0137 (after hours) Union |

Landowner and/or on-site resident notifications shall be made as necessary and appropriate by Company personnel.

USSER-000357

004219

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.3 Notification Forms

### 12.3.1 Spill / Release / Incident Report Form

*** INITIAL NOTIFICATION TO THE NRC and OES MUST NOT BE DELAYED PENDING COLLECTION OF ALL INFORMATION. ***

Initial Report _____ Supplemental Report _____ Final Report _____ Date: _____

Date **and** Time Spill / Release Discovered: _____

Spill / Release Discovered by: _____

Date **and** Time Spill / Release Reported to SHE: _____

Spill / Release Reported to SHE by: _____

Pipeline, Station or Terminal: _____

Spill / Release / Incident Location: _____

City / Parish or County / State: _____

Nearest Town / City : _____

Driving Directions: _____

Product Spilled / Released: _____

Volume Spilled / Released: _____

Line Size / Description: _____

Volume Recovered: _____

Interstate: ☐    Intrastate: ☐    Regulated: _____

Cause of Spill / Release: _____

_____

Fire:  Yes ☐  No ☐    Explosion: Yes ☐  No ☐    Evacuations:  Yes ☐  No ☐

Environmental Impact: Air ☐  Water ☐  Soil ☐  Number of Injuries: ____Number of Deaths: ____

USSER-000358

004220

**SABLE**
**OFFSHORE CORP.**

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

Area Manager: _____

Area Supervisor: _____

Field Operations Supervisor / FLS: _____

Legal Description: _____

Land Description: _____

Landowner Notified: _____

Nearest Occupied House: _____

Nearest Main Road / Intersection: _____

Net Volume Lost: _____

Pipe Wall Thickness: _____    Specification: _____

Seam Type: _____    MOP: _____

Pressure at Time of Spill / Release: _____    SMYS: _____

Weather Conditions: _____

Area of Spill / Release: _____    Media Coverage: Yes ☐   No ☐

Spill Costs ( in whole dollars ):

Public / Private Property Damage                _____

Cost of Emergency Response Phase            _____

Cost of Environmental Remediation             _____

Value of Product Lost                                   _____

Value of Operator Property Damage            _____

Other Costs                                                  _____

**Total Cost**                                                 _____

Describe Other Costs: _____

Livestock / Wildlife Impacted: _____

If Water Impacted, Name: _____

Repair Method Used: _____

Method of Clean-up: _____

Next Remediation Steps: _____

Did Spill / Release Reach an HCA: Yes ☐   No ☐   Could It Reach Water: Yes ☐   No ☐

Is Leak / Release on a Segment Identified as a "Could Affect" Segment: Yes ☐   No ☐

Is Pipe Configured for In Line Inspection Devices: Yes ☐   No ☐

Date of Last In-Line Inspection: _____    Type of Tool: _____

Cathodically Protected: Yes ☐   No ☐   Type of System: _____

Year Installed: _____   Has a CIS Been Performed: Yes ☐   No ☐   Year of Last CIS: _____

**Revision 1**                   **©The Response Group**                   **12-19**

# SABLE
## OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

### Agency / Telephonic and / or Verbal Notifications

| Agency or Company | Name of Person Taking Report | Time of Notification ( 24 hr format ) | Assigned Incident or Report Number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### Written Reports / Notification Letters

| Agency or Company | Due Date | Date Mailed |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Additional Comments:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* - GPS Coordinates are Required

USSER-000360

004222

## SABLE
### OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12:**
**Notifications**

### Instructions / Pointers for Spill / Release / Incident Report Form

The first seventeen lines (highlighted in yellow if completing form on computer) are items needed for initial reporting to agencies and should be provided as soon as possible. Some of the initial items may not be readily known when first notification(s) are made to SHE, so should be provided at a later time when the information can be obtained. For any given spill / release / incident, not every information item will be applicable. Skip those items or enter "N/A".

If completing this form on a computer, there is default text in some of the data entry fields (with the exception of the notification tables), provided as an example of the data needed. The data entry fields are gray shaded, and as data is entered into the fields, the default text will disappear.

GPS coordinates are now required. They tie in to spill tracking by the National Pipeline Mapping System (NPMS) and American Petroleum Institute (API). The format does not matter, it can be converted in SHE if necessary. GPS coordinate formats may look like the following:

1. 13 695512E 4705010N ( UTM format )
2. 42.4728N -102.6216W ( DD.DDD format )
3. 42 28' 22" N -102 37' 18" W ( DMS format )
4. 42 28.37' N -102 37.30' W ( DD MM.MM format )

For some items, it may be necessary to consult with Corrosion Technicians, Facility Engineers, Field ERST Techs / Field Regulatory Specialists, or others to obtain the information.

USSER-000361

004223



**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

## 12.3.2   Santa Barbara County Release Incident Report Form

### HAZARDOUS MATERIALS NON-EMERGENCY/MINOR SPILL/RELEASE

### Guidance for Reporting Hazardous Material Spill/Release Incidents

*What is a "Hazardous Material"?*   "Any material that, because of its quantity, concentration, or physical or chemical characteristics, poses a significant present or threatened hazard to human health and safety or to the environment, if released into the workplace or the environment" - CA H&SC 25501(p)

*Who is obligated to report a spill/release?*

Requirements for providing notification of any spill/releases cover: Owners, Operators, Licensees, Persons in Charge, and Employees. Notification is required regarding releases from facilities, vehicles, vessels, pipelines and railroads.

*What is a spill/release?*

Any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, or disposing of a hazardous material into the environment, unless permitted or authorized by a regulatory agency – CA H&SC 25501(s)

*Who must be notified of a spill/release in Santa Barbara County?*

Pursuant to the California Fire Code (Refer to Chapter 15 of the Santa Barbara County Code) and California Health and Safety Code Section 25507, all hazardous material released in quantities reportable under state, federal or local regulations, shall be reported to the Local Fire Agency. Local governments can have requirements that are more stringent than state. In Santa Barbara County, the Local Fire Agency and OEM must be notified. When a minor spill/release occurs, the Hazardous Materials Non-Emergency/Minor Spill/Release Incident Report Form is to be faxed to your Local Fire Agency and OEM listed on Page 1 within 1 working day.   Follow-up the fax with a telephone call first thing the next working day to verify receipt of the fax.  This will satisfy the emergency notification for these agencies in Santa Barbara County only.  Other reporting requirements may apply.

*What other agencies may need to be notified?*

In addition to 9-1-1 and/or faxed Incident Report,  the following apply under varying circumstances:
- All releases that equal or exceed Federal Reportable Quantities  – Call the National Response Center (NRC) at 1-800-424-8802 or on-line at www.nrc.uscg.mil/online.htm
- All releases on highway – Call California Highway Patrol at (805) 967-1234.
- All hazardous waste tank releases – Call Department of Toxic Substances Control Regional Office at (818) 551-2933
- All serious worker injuries or harmful exposures – Call Cal OSHA District Office at (805) 654-4581
- All oil spills at drilling and production fixed facilities – Call Conservation Department, Division of Oil, Gas and Geothermal Resources at (805) 937-7246.
- All spills with a potential to impact State water quality – Call State Fish & Wildlife Department at (916) 445-0045
- All significant, potential or actual railroad releases – Public Utilities Commission at (213) 897-2975.
- All Hazardous Liquid Pipelines – Call Local Fire Agency (Page 1).
- All Natural Gas Pipelines – Call Public Utilities Commission at (213) 897-2975.
- Consult Federal, State and Local laws and regulations for complete notification requirements.

**Reminder:  All significant hazardous material spills/releases or threatened releases must also be reported to the Cal OES State Warning Center at 800-852-7550.**

*What other statutes and regulations require emergency notification of a hazardous material release?*

| | |
|---|---|
| • California Health and Safety Code | Sections 25270.8, 25507, 25503(c)(9) |
| • CA Vehicle Code | Section 23112.5 |
| • CA Public Utilities code | Section 7673 (c) |
| • CA Government Code | Sections 51018, 8670.25.5(a) |
| • CA Water Code | Sections 13271(a), 13272(a), 13260(a) |
| • California Labor Code | Section 9030 |
| • U.S. Code, Title 42 | Sections 9603, 11004 |
| • California Code of Regulations | Title 8, Section 5209 |
| | Title 13, Section 1166 |
| | Title 14, Section 1722(h) |
| | Title 19, Sections 2703(e), 2705 |
| | Title 22, Sections 66265.56(j), 66265.196(e) |
| | Title 23, Sections 2230, 2250, 2251, 2260 |
| • 49 CFR | Part 171.16 |

Other Federal and State laws / regulations may apply.

*Are there any web sites available to review the statues and regulations?*

State Regulations   http://www.caloes.ca.gov/http://www.caloes.ca.gov/cal-oes-divisions/fire-rescue/hazardous-materials/spill-release-reporting

Federal Regulations   https://www.epa.gov/enforcement and www.ecfr.gov

# SABLE OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12: Notifications**

## HAZARDOUS MATERIALS NON-EMERGENCY/MINOR SPILL/RELEASE

### INCIDENT REPORT FORM

Fax Completed Incident Report Form Within 1 Working Day To Local Fire Agency & OEM Listed On Page 1 And Follow Up With A Phone Call First Thing The Next Business Day.

**911 CALLED?** ☐ YES ☐ NO

**1. INCIDENT AND RESPONSE DESCRIPTION**

| Date / Time Discovered | Date / Time | Discharge Stopped ☐ Yes ☐ No |
|---|---|---|
| Incident Reporting Date / Time | | |
| Incident Business / Site Name | | |
| Incident Address | | |
| Other Locators (Bldg, Room, Oil Field, Lease, Well #, GIS) | | |

Please describe the incident and indicate specific causes and area affected.

Indicate actions to be taken to prevent similar spills from occurring in the future.

**2. ADMINISTRATIVE INFORMATION**

| Business Name | |
|---|---|
| Address | |
| Supervisor in charge at time of incident | Phone |
| Contact Person | Phone |

**3. HAZARDOUS MATERIAL / RELEASE INFORMATION** *CALL 911 FOR RELEASES INTO WATERWAYS, WETLANDS OR AGRICULTURE AREAS.*

| Chemical | Quantity | ☐ GAL ☐ LBS ☐ FT³ |
|---|---|---|
| Chemical | Quantity | ☐ GAL ☐ LBS ☐ FT³ |
| Chemical | Quantity | ☐ GAL ☐ LBS ☐ FT³ |

Clean-Up Procedures & Timeline:

| Completed By | Phone |
|---|---|
| Print Name | Title | Date and Time |

### Santa Barbara County Local Fire Agency Use Only

| Date Received | Time | OES Control # | CIR # |
|---|---|---|---|
| Received By | | Assigned To | ER ☐ Yes ☐ No |
| Date / Time Reported to 911 | | Late Report ☐ Yes ☐ No | INCIDENT # |
| From 911 Dispatch ☐ Yes ☐ No | Investigator Requested ☐ Yes ☐ No | | Time of Request |
| Time Responding | Time On Scene | Time Back in Service | ☐ Joint ☐ Multi-Agency |

| PROP 65 ☐ YES ☐ No | DATE/TIME TO HCS | DATE/TIME TO COUNTY OEM |
|---|---|---|
| MATERIAL | | VOLUME |
| HAZARD | | EVACUATION/ACCESS RESTRICTED ☐ YES ☐ No |

**Current Status**
☐ Clean-Up Underway  ☐ Pollution Characterization Underway  ☐ Case Closed (Clean-Up Completed or Unnecessary)
☐ Condition Abated  ☐ Preliminary Site Assessment Underway
☐ No Action Taken  ☐ Other  ☐ Investigation

**COMMENTS**

**NOTIFICATION CHECKLIST**   CODE 20 ☐ YES ☐ No ☐ UNKNOWN   ☐ LOCAL FIRE _____   ☐ APCD   ☐ CAL TRANS
☐ CAL OSHA
☐ COUNTY OEM   ☐ COUNTY PETROLEUM   ☐ COUNTY AG COM   ☐ ROAD DEPT   ☐ CHP   ☐ DTSC
☐ STATE OES RESPONSE   ☐ STATE DOGGR   ☐ STATE FISH & WILDLIFE   ☐ STATE RWQCB   ☐ EHS   ☐ CLERK OF THE BOARD

USSER-000363

004225



**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12:**
**Notifications**

## 12.4    Agency Contacts

### 12.4.1    Federal Agencies

| Federal Agency Contacts | |
| --- | --- |
| Agency | Phone |
| National Response Center | 800-424-8802 |
| EPA Region IX | 800-300-2193 |
| US Coast Guard Sector Los Angeles/Long Beach | 800-221-8724 |
| Pipeline and Hazardous Materials Safety Administration (PHMSA) | 800-467-4922 |
| Western Region Office | 909-937-3279 |
| Occupational Safety and Health Administration | 800-321-5742 |
| Bureau of Land Management California State Office | 916-978-4400 |
| Bureau of Land Management Bakersfield Office | 661-391-6000 |
| US Forest Service | 805-968-6640 |
| Army Corps of Engineers | 213-452-3413 |
| US Fish and Wildlife Pacific Southwest Region Office | 918-414-6464 |
| Ventura Office | 805-644-1766 |
| U.S. Forest Service Los Padres National Forest | 805-968-6640 |
| U.S. Forest Service LA Basin | 628-574-5200 |
| Federal Bureau of Investigation | 805-642-3995<br>310-477-6565 |

USSER-000364                                                                                                    004226

 

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

### 12.4.2 State Agencies

| State Agency Contacts | |
|---|---|
| Agency | Phone |
| California Office of Emergency Services | 916-845-8911 |
| California Department of Fish and Wildlife | 800-852-7750 |
| State Fire Marshall Pipeline Safety | 916-263-6300<br>562-497-0350 |
| Department of Toxic Substances Control | 800-618-6942<br>805-654-4581 |
| Cal OSHA | 916-263-2803 |
| California Geological Energy Management Division (CalGEM) | 805-937-7246 |
| Cal State Fish and Wildlife | 916-445-0411<br>916-445-0045 |
| State Parks (*El Presidio-Historic State Park, Painted Cave, El Capitan State Beach, Refugio State Beach, Gaviota-State Park, La Purisima-Mission, Point Sal State Beach*) | 805-968-3852<br>951-443-2669<br>(SURCOM) |
| Public Utilities Commission | 213-897-2975 |
| Highway Patrol (CHP) | 805-477-4147 |
| CHP Goleta | 911<br>805-770-4800 |
| CHP Buellton | 911<br>805-691-6160 |
| CalTrans Santa Barbara and San Luis Obispo Counties | 805-549-3111 |
| CalTrans Kern County | 559-488-4038 |
| Central Valley Regional Water Quality Control Board CV/FB | 559-445-5116 |
| Central Coast Regional Water Quality Control Board CCRWQCB | 916-464-3291<br>559-445-5116 |
| Department of Water Resources | 916-574-2714 |
| Native American Heritage Commission | 916-373-3710 |
| State Historic Preservation Officer (SHIPO) | 916-445-7000 |
| Central Coast Archeological Information Center | 805-893-2474 |

USSER-000365      004227



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.4.3    Local Agencies

| Local Agency Contacts | | |
|---|---|---|
| Agency | Location | Phone |
| Santa Barbara County | | |
| County Emergency Dispatch Center | Santa Barbara County | 911<br>805-683-2724 |
| County Fire Department | Santa Barbara County | 911<br>805-683-2724 |
| Station 1 | Gaviota, Bulleton | 911<br>805-681-5518<br>805-686-5062 |
| Station 2 | Santa Ynez, Los Alamos | 911<br>805-686-5058<br>805-934-6215 |
| Station 3 | Santa Maria, Sisquoc | 911<br>805-934-6293<br>805-934-6294 |
| Office of Emergency Management | Santa Barbara County | 805-696-1194 |
| Region 1 Local Emergency Planning Commission (LEPC) | Santa Barbara and San Luis Obispo Counties | 310-781-7072<br>562-795-2958 |
| County Petroleum Office | Santa Barbara County | 805-934-6128 |
| P&D Department of Energy, Minerals and Compliance Division | Santa Barbara County | 805-568-2047<br>805-403-4989 |
| Environmental Health Hazardous Materials Division (CUPA) | Santa Barbara County | 805-681-4927 |
| County Sheriff | Buellton, New Cuyama, Santa Maria | 911<br>805-683-2724 |
| Santa Maria Valley Water Conservation | Santa Maria | 805-925-5212 |
| City of Buellton | Buellton | 805-688-5177 |
| City of Goleta | Goleta | 805-961-7500 |
| San Luis Obispo | | |
| Office of Emergency Services | San Luis Obispo | 805-781-5011<br>805-543-7082 |
| Arroyo Grande Police | Arroyo Grande | 911<br>805-473-5100 |
| Kern County | | |
| Region V Local Emergency Planning Commission (LEPC) | Kern County | 916-531-3734 |
| Kern County Fire Department | Kern County | 911 / 661-324-6551 |

USSER-000366

004228



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.1.2 Qualified Individuals

| Add. Code | Name/Position | Office | Cellular | Email |
|---|---|---|---|---|
| | **Las Flores Pipeline Qualified Individuals** | | | |
| 1 | Jeff Patterson | 805-567-9507 | 805-832-7234 | jpatterson@sableoffshore.com |
| 1 | Trent Fontenot | 805-567-9501 | 832-444-4114 | tfontenot@sableoffshore.com |
| 1 | Justin Crowell | 805-567-9495 | 805-714-5707 | jcrowell@sableoffshore.com |
| 5 | Cary Dargusch | -- | 661-281-9988 | cdargusch@sableoffshore.com |
| 4 | Jeremy Willett | -- | 805-391-3707 | jwillett@sableoffshore.com |
| 1 | Brian Smith | 805-567-9512 | 805-701-7575 | Bsmith@sableoffshore.com |
| 4 | Doss Bourgeois | -- | 713-444-4269 | dbourgeois@sableoffshore.com |
| 4 | Randy Vines | -- | 713-305-1984 | rvines@sableoffshore.com |
| 4 | Bill Flores | -- | 832-474-5200 | bflores@sableoffshore.com |
| 4 | Lance Yearwood | -- | 832-434-9461 | lyearwood@sableoffshore.com |

*IMT Contact Information is current as of the date of submission.
Address Code:
    1 – Las Flores Canyon, 12000 Calle Real, Goleta, CA  93117
    2 – Port Hueneme Warehouse, 5901 Arcturus Rd, Oxnard, CA  93033
    3 – Thousand Oaks, California,
    4 – Sable Houston Office, 700 Milam Street, Ste. 3300 Houston, TX 77002
    5 – Battles Office, 1580 East Battles Rd., Santa Maria, CA 93454
    6 – TRG Cypress, 13939 Telge Rd, Cypress, TX 77429

### 12.1.3 Las Flores Pipeline Internal Notifications

**Notification Steps**

| Person Reporting Incident | Reports to | | Primary Number | Alt / 24-Hr. Number | Date/ Time |
|---|---|---|---|---|---|
| | Title | Contact | | | |
| First Responder | Operations Control | Operations Control Center (OCC) | | | |
| | Facility Operator/ Supervisors | Jeff Patterson | 805-567-9507 | 805-832-7234 | |

USSER-000367     004229



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.1.4   Incident Management Team

| Add. Code | Name/Position | Office | Cellular | Email |
|---|---|---|---|---|
| **Incident Management Team Roster (Current as of the date of submission)** | | | | |
| | | | | |
| **Qualified Individual/Incident Commander** | | | | |
| 1 | Jeff Patterson | 805-567-9507 | 805-832-7234 | jpatterson@sableoffshore.com |
| 1 | Trent Fontenot | 805-567-9501 | 832-444-4114 | tfontenot@sableoffshore.com |
| 1 | Justin Crowell | 805-567-9495 | 805-714-5707 | jcrowell@sableoffshore.com |
| 5 | Cary Dargusch | -- | 661-281-9988 | cdargusch@sableoffshore.com |
| 4 | Jeremy Willett | -- | 805-391-3707 | jwillett@sableoffshore.com |
| 1 | Brian Smith | 805-567-9512 | 805-701-7575 | Bsmith@sableoffshore.com |
| 4 | Doss Bourgeois | -- | 713-444-4269 | dbourgeois@sableoffshore.com |
| 4 | Randy Vines | -- | 713-305-1984 | rvines@sableoffshore.com |
| 4 | Bill Flores | -- | 832-474-5200 | bflores@sableoffshore.com |
| 4 | Lance Yearwood | -- | 832-434-9461 | lyearwood@sableoffshore.com |
| 6 | The Response Group | 281-880-5000 | 713-906-9866 | rbarrett@responsegroupinc.com |
| **Safety Officer** | | | | |
| 1 | Brian Smith | 805-567-9512 | 805-701-7575 | bsmith@sableoffshore.com |
| 1 | Derek D'Orsi | 805-567-9524 | 562-489-6524 | ddorsi@sableoffshore.com |
| 1 | Jarvis Littleton | 805-567-9516 | 562-275-5873 | jlittleton@sableoffshore.com |
| 1 | Jamika Velazquez | 805-567-9505 | 805-335-4655 | jvelazquez@sableoffshore.com |
| 1 | Shane Cruddas | 805-567-9470 | 805-264-5865 | scruddas@sableoffshore.com |
| 1 | Adam Maingot | 805-567-9499 | 805-340-7628 | amaingot@sableoffshore.com |
| 3 | Steve Rusch | -- | 323-697-2060 | srusch@sableoffshore.com |
| 6 | The Response Group | 281-880-5000 | 713-906-9866 | rbarrett@responsegroupinc.com |

USSER-000368                                                                 004230



**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12: Notifications**

### Incident Management Team Roster (Current as of the date of submission)

| Add. Code | Name/Position | Office | Cellular | Email |
|---|---|---|---|---|
| | | **Operations Section Chief** | | |
| 1 | Justin Crowell | 805-567-9495 | 805-714-5707 | jcrowell@sableoffshore.com |
| 1 | Greg Orr | -- | 310-947-2201 | gorr@sableoffshore.com |
| 1 | Robert Bueno | 805-567-9465 | 805-588-7191 | rbueno@sableoffshore.com |
| 5 | Jerry Bagley | -- | 951-961-0838 | jbagley@sableoffshore.com |
| 1 | Brian Smith | 805-567-9512 | 805-701-7575 | bsmith@sableoffshore.com |
| 1 | James Esparza | 805-567-9496 | 805-680-1744 | jesparza@sableoffshore.com |
| 1 | Allen Hazel | 805-567-9541 | 661-979-8893 | ahazel@sableoffshore.com |
| 3 | Steve Rusch | -- | 323-697-2060 | srusch@sableoffshore.com |
| 4 | Jeremy Willett | -- | 805-391-3707 | jwillett@sableoffshore.com |
| 4 | Bryan Burkett | 713-579-8046 | 832-538-9313 | bburkett@sableoffshore.com |
| 6 | The Response Group | 281-880-5000 | 713-906-9866 | rbarrett@responsegroupinc.com |
| | | **Source Control Branch** | | |
| 1 | Dale Rydberg | 805-567-9469 | 805-305-3834 | drydberg@sableoffshore.com |
| 5 | Brien Vierra | -- | 805-235-7943 | bvierra@sableoffshore.com |
| 1 | James Esparza | 805-567-9496 | 805-680-1744 | jesparza@sableoffshore.com |
| 1 | Jeremy Willett | -- | 805-391-3707 | jwillett@sableoffshore.com |
| 4 | Randy Vines | -- | 713-305-1984 | rvines@sableoffshore.com |
| 4 | Bryan Burkett | 713-579-8046 | 832-538-9313 | bburkett@sableoffshore.com |
| 1 | Paul Rodriguez | 805-567-9514 | 832-904-6754 | prodriguez@sableoffshore.com |
| 5 | Ben Martin | -- | 713-579-8191 | bmartin@sableoffshore.com |

USSER-000369        004231



**SABLE** OFFSHORE CORP.

**Las Flores Pipeline** Integrated Contingency Plan

Section 12: Notifications

## Incident Management Team Roster (Current as of the date of submission)

| Add. Code | Name/Position | Office | Cellular | Email |
|---|---|---|---|---|
| | **Planning Section Chief** | | | |
| 1 | Brian Smith | 805-567-9512 | 805-701-7575 | bsmith@sableoffshore.com |
| 1 | Patrice Surmeier | 805-567-9503 | 805-450-6573 | psurmeier@sableoffshore.com |
| 1 | Shane Cruddas | 805-567-9470 | 805-264-5865 | scruddas@sableoffshore.com |
| 4 | Lance Yearwood | -- | 832-434-9461 | lyearwood@sableoffshore.com |
| 1 | Bryan Burkett | 713-579-8046 | 832-538-9313 | bburkett@sableoffshore.com |
| 6 | The Response Group | 281-880-5000 | 713-906-9866 | rbarrett@responsegroupinc.com |
| | **Logistics Section Chief** | | | |
| 2 | Humberto Rodriguez | 805-567-9526 | 805-432-9817 | hrodriguez@sableoffshore.com |
| 2 | Daniel Bautista | 805-567-9527 | 805-208-4717 | dbautista@sableoffshore.com |
| 1 | Johnny Villanueva | -- | 805-205-0906 | jVillanueva@Sableoffshore.com |
| 4 | Bill Flores | -- | 832-474-5200 | bflores@sableoffshore.com |
| 4 | Ray Frisby | 713-579-8117 | 281-615-1806 | rfrisby@sableoffshore.com |
| 6 | The Response Group | 281-880-5000 | 713-906-9866 | rbarrett@responsegroupinc.com |
| | **Finance/Admin. Section Chief** | | | |
| 2 | Elizabeth Tobin | 805-567-9522 | 805-443-7926 | etobin@sableoffshore.com |
| 1 | Tracy Ballard | 805-567-9494 | 972-942-4258 | tballard@sableoffshore.com |
| 1 | Shane Cruddas | 805-567-9470 | 805-264-5865 | scruddas@sableoffshore.com |
| 4 | Ross Pilcik | -- | 832-563-3338 | rpilcik@sableoffshore.com |
| 6 | The Response Group | 281-880-5000 | 713-906-9866 | rbarrett@responsegroupinc.com |

*IMT Contact Information is current as of the date of submission.
Address Code:
  1 – Las Flores Canyon, 12000 Calle Real, Goleta, CA  93117
  2 – Port Hueneme Warehouse, 5901 Arcturus Rd, Oxnard, CA  93033
  3 – Thousand Oaks, California,
  4 – Sable Houston Office, 700 Milam Street, Ste. 3300 Houston, TX 77002
  5 – Battles Office, 1580 East Battles Rd., Santa Maria, CA 93454
  6 – TRG Cypress, 13939 Telge Rd, Cypress, TX 77429

USSER-000370        004232

 

**Las Flores Pipeline**
Integrated Contingency Plan

Section 12:
Notifications

### 12.1.5  Plan Point of Contact

| Las Flores Pipeline Plan Point of Contact | | | | |
|---|---|---|---|---|
| Position | Name | Address | Phone | Email |
| SYU Sr. Superintendent | Jeff Patterson | Las Flores Canyon 12000 Calle Real, Goleta Ca 93117 | 805-567-9507 805-832-7234 | jeff.s.patterson @sableoffshore. com |

### 12.1.6  Agent for Service Process

The name and contact information for the Company representative that is designated to receive service of process is listed below, under the regulations of the California Department of Fish and Game, Office of Oil Spill Prevention and Response (15 CCR 817.02(a)(3)).    All correspondence regarding this oil Spill Contingency Plan should also be addressed to the representative listed below.

Patrice Surmeier
12000 Calle Real
Goleta, CA 93117
Office: 805-567-9503
Cell: 805-450-6573
psurmeier@sableoffshore.com

USSER-000371

004233



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.2 External Notification

#### 12.2.1 General Notification Flowcharts

**State Notifications**

Facility

*Notifies*

CalOES SWC

*Notifies*

| State Fire Marshal | Division of Oil & Gas |
| OSPR Fish & Wildlife | Regional Water Quality Board |
| DOHS (HazMat) | Cal Trans* (or via CHP) |
| CUPA | County OEM |

*\* If incident impacts Hwy 101, CHP can be requested when calling 9-1-1.*

**Federal Notifications**

Facility

*Notifies*

National Response Center

*Notifies*

| Environmental Protection Agency | U.S. Coast Guard |

USSER-000372

004234





**Las Flores Pipeline**
Integrated Contingency Plan

Section 12:
Notifications

### 12.2.2 Notification Matrix

Per 14 CCR 817.02(g)(2), notification to the California Office of Emergency Services and the National Response Center must be made no longer than **30 minutes** after discovery of a discharge or threatened discharge.

| Notification Requirements | |
| --- | --- |
| **REPORTABLE DISCHARGE/RELEASE** | **REPORTS TO** |
| Discharge of **any quantity** of oil that produces a sheen or hazardous substance impacting<br>• Water ways (any)<br>• Wetlands (any)<br>• Storm Drains (all)<br>• Riverbed (all, including dry)<br>• Shoreline (any)<br>• Surface Water (waters of the State)<br>• Ground Water (waters of the State)<br>• Dry waterways & rivers (waters of the State)<br>• Drinking water<br><br>Any discharge or threatened discharge <u>that may threaten</u> or impact water quality.<br><br>*Note: If it can get into a storm sewer it can threaten or impact water quality.<br><br>Any pollution of water or adjoining shorelines. | • Local 911<br>• **National Response Center FED-1**\* within 30 minutes<br>• **Office of Emergency Services (OES) CA-1**\* within 30 minutes<br><br>**ADDITIONAL NOTIFICATIONS**<br>• California Emergency Management Agency CA-2<br>• CUPA/ Local Enforcement Agency Local-1<br>• RWQCB Regional Water Quality Board CA-3<br>• EPA Region IX Spill Hotline FED-2<br>• PHMSA FED-3<br>• Chemical Safety and Hazard Investigation Board FED-4<br>• California Highway Patrol (if not notified though 911 CA-7 |
| Discharges of **any quantity** of oil, product, or hazardous substance that occur on or may impact<br>• Marine waters<br>• Navigable Waters (Waters of the State) | **Notify Agencies listed above and:**<br>• USCG - Coast Guard FED-5<br>• OSPR - Office of Spill Prevention & Response CA-4 |
| Any discharge from a **marine facility.**<br><br>*Note - Even if waterway is dry | **Notify Agencies listed above and:**<br>• California State Lands Commission, Marine Facilities Division CA-6<br>• California Marine Exchange\* CA-6 |
| Other Notifications<br><br>*Note – See SB County Emergency Notification Matrix on Page B-11 and B-12 for more information regarding additional notifications in Santa Barbara County. | **Additional Local Notifications**<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3<br>• LEPC and/or County Planning Local-4 /5<br>• Other County Notifications |

USSER-000373

004235



**SABLE** OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12:**
**Notifications**

## Notification Requirements

Any pipeline rupture/release or pipeline facility release resulting in:

- Caused the death or personal injury requiring hospitalization of any person.
- An explosion or fire not intentionally set by the operator.
- Estimated property damage, including the cost of response, cleanup recovery, and the value of lost product over $50,000.
- Discharge of any quantity of oil or petroleum products onto waters, wetland or adjoining shorelines including intermittent waterway that causes a sheen.
- In the judgment of the operator is a significant event, even though it did not meet the other criteria.
- Discharge of any crude oil or petroleum products into or on the waters of the state.

(See WATER/ WETLANDS/ STORM DRAIN)
*State Notification Spills of 5 gallons or more of any hazardous liquid, except that spills of less than 5 barrels need not be telephonically reported if they occur in a rural area, on in-plant piping, or on in-plant piping located within a refined products bulk loading facility.*

Safety-regulated liquid pipeline facility release resulting in:

- An explosion or fire not intentionally set by the operator.
- Release of 5 or more gallons of hazardous liquid *.
- Death of any person.
- Personal injury necessitating hospitalization.
- Estimated property damage, including the cost of response, cleanup, recovery and the value of lost product over $50,000.

*\* There is an exclusion for releases less than 5 barrels resulting from pipeline maintenance activities. See 195.50 (b).*

*Any discharge of petroleum products posing a significant present or potential hazard to*
*Human Health, safety, property, or the environment.*

### IMMEDIATE NOTIFICATIONS / WITHOUT DELAY

- Local 911
- **National Response Center** FED-1* within 30 minutes
- **Office of Emergency Services (OES)** CA-1* within 30 minutes
- California Emergency Management Agency CA2
- CSFM - California State Fire Marshal CA-9

### ADDITIONAL NOTIFICATIONS / AS SOON AS POSSIBLE

- CUPA / Local Enforcement Agency Local-1

Note* If a spill can impact any water use the reporting section for Water/ Wetlands/ Storm Drains.

Written DOT 7000-1 Report within 30 days

### Additional Local Notifications

- County OEM Local-2
- County Fire and/or EOC Local-3
- LEPC and/or County Planning Local-4 /5
- Other County Notifications

USSER-000374 004236

# SABLE OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

## Notification Requirements

| FIRE OR EXPLOSION | REPORT TO |
|---|---|
| • Any smoke investigation.<br>• Any fire or fire reported out,<br>• Any bomb or extortion threat.<br>• Any explosion.<br>• Fire eye alarms.<br>• Earthquake or Flooding Damage. | • Local 911<br>• CUPA / Local Enforcement Agency Local-1<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3<br>• LEPC and/or County Planning Local-4 /5<br>• **Other County Notifications** |
| **GAS RELEASE (TOXIC OR NON-TOXIC)** | **REPORT TO:** |
| • 2 combustible gas alarms.<br>• A verified reading of = 50% LEL<br>• 1 Toxic gas release at >10% ppm.<br>• ESD<br>• H2S in sales gas or offsite potential | • Local 911<br>• **National Response Center FED-1*** within 30 minutes<br>• **Office of Emergency Services (OES) CA-1* within 30 minutes**<br>• EPA Region IX Spill Hotline FED-2<br>• USCG - Coast Guard FED-5<br>• CUPA / Local Enforcement Agency Local-1<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3<br>• LEPC and/or County Planning Local-4 /5<br>• **Other County Notifications** |
| **MEDICAL EMERGENCIES** | **REPORT TO** |
| Report all instances of accidents resulting in<br>• Fatality.<br>• 1 or more employees which requires hospitalization.<br>• 3 or more employees.<br>On the job non - first aid injuries that result in<br>• Lost time.<br>• Fatality. | **NOTIFICATIONS / AS SOON AS POSSIBLE**<br>• OSHA within 8 hrs. FED-4<br>• CAL OSHA CA-7<br>• CUPA / Local Enforcement Agency Local-1<br>• County OEM Local-2<br>• County Fire and/or EOC Local-3 |

*Note:* An updated estimate of the volume of oil spilled and the volume at immediate risk of spilling shall be reported to the California Governor's Office of Emergency Services if the estimated volumes have increased, but not less than every 12 hours within the first 48 hours of response. The state on-scene coordinator, through the unified command, shall have the option of increasing or decreasing this time frame, depending upon the need for additional notice about the spill. Updated spill volume information included in the incident action plan developed through the unified command will meet the requirement.

USSER-000375

004237

 

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

For Santa Barbara County, if the incident meets CAER levels 1-3 the event is considered an Emergency and 911 must be called immediately. When in doubt, report.

## Santa Barbara County Emergency Notification Guidance Matrix

| Level Emergency | Criteria | Incident Commander | Typical Fire Dept. Response | Notification |
|---|---|---|---|---|
| **LEVEL 1** Initial Response Minor On-Site Incident | 1. Oil spill or produced water spill > 1 bbl outside secondary containment designated for that vessel, system or pipeline, or ≥ 5 bbl inside secondary containment designated for that vessel, system or pipeline, unless it impacts or potentially impacts state or marine waters, in which case go to Level III. <br> 2. Two combustible gas or fire eye alarms <br> 3. Verified high level combustible gas (≥ 50% LEL) alarm <br> 4. Single hand held detector with a LEL reading = 50% <br> 5. Smoke Investigation <br> 6. Fire reported out <br> 7. Hazardous material release outside secondary containment designed for that vessel, system or pipeline. <br> 8. Bomb or extortion threat. | Highest ranking on-duty Operations person until relieved by Fire Dept. | One Engine Code 2 | 9-1-1 See Facility's Notification Section |
| **LEVEL 2** Sustained Response Major On-Site Incident | 1. Oil spill or produced water spill ≥5 bbl unless it impacts or potentially impacts state or marine waters, in which case go to Level III. <br> 2. Any toxic gas release > 10 ppm by fixed or handheld monitor. <br> 3. More than 2 combustible gas or fire eye alarms <br> 4. Fire <br> 5. Hazardous materials release requiring hazardous materials emergency response from emergency rescue personnel or contractors. <br> 6. Sour gas in sales line <br> 7. Earthquake or Flooding damage <br> 8. Activation of Emergency Shut Down for plant and / or pipeline. | Highest ranking on-duty Operations person until relieved by Fire Dept. | 1st alarm 3 Engines, Chief Officer Code 3 | 9-1-1 See Facility's Notification Section Off duty personnel Community Notification Agency Notification as required |
| **LEVEL 3** Major Incident with Public Exposure Potential (off-site impacts) | 1. Oil spill or produced water spill impacting or potentially impacting state or marine waters, or threatened release of oil or produced water impacting or potentially impacting state or marine waters. <br> 2. Fire with potential for spreading <br> 3. Explosion <br> 4. Hazardous materials release or gas leak with off-site potential <br> 5. Civil disturbance <br> 6. State of War <br> 7. Highway 101 closure or impact on other significant access routes or roads. | Highest ranking on-duty Operations person until relieved by Fire Dept. and potentially: <br> • Responsible Party <br> • Sheriff's Dept. <br> • CHP <br> • Federal On Scene <br> • State On Scene <br> • Local On Scene Coordinators | 2nd alarm or greater, additional engines and / or specialized equipment / resources 2 Chief Officers | 9-1-1 Off duty personnel Community Notification Agency Notification as required See Facility's Notification Section |

USSER-000376

004238



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

A call to 911 will summon emergency help for most incidents. Subsequent calls are to be made to other Santa Barbara County agencies as shown below.

### Santa Barbara County Agency Notifications

FACILITY

| 9-1-1[1] | NRC[2] | CalOES SBC[3] | SBC OEM[4] | SBC P&D – Energy, Minerals & Compliance Div.[5] |

9-1-1 Notifies:
SBC Fire Dept.
Sheriff Dept.
Highway Patrol

**Reporting Requirements – Footnotes**

1. Any Level 1, 2, or 3 incident – Any fire or explosion, injuries requiring paramedics or ambulance. Any significant release of toxic gas. All oil spills one (1) bbls or greater outside a contained are or five (5) bbls or greater inside a contained area. All spills to waterways, creeks, storm drains. State or marine waters and offsite impacts. Any HAZMAT release that poses a threat.
2. Any Level 1, 2, or 3 incident – 800-424-8802
3. Any Level 1, 2, or 3 incident – Any significant or threatened gas, oil spill, or HAZMAT release. Any substantial threat to storm drains, creek, ocean or other waterway. When notifying the CalOES SWC, request the SWC notify NRC if incident impacts waterways, etc. If this request is not made, Facility staff need to notify NRC directly, of not already completed.
4. Any Level 1, 2, or 3 incident – OEM Duty Officer 805-686-5526 and SBC Fire Captain Tim Gailey 805-319-0189 or 805-264-1855 (cell). Any fire or explosion. Two combustible gas or fire eye alarms, reading 50% or greater LEL, ESD. $H_2S$ in sales gas or off-site potential. Any toxic gas release greater than 10 ppm. All oil spills one (1) bbls or greater outside a contained area or five (5) bbls or greater inside a containment area or any spills to waterways or off-site impacts. Medical emergencies.
5. Notify Errin Briggs, Deputy Director, P&D Department-Energy, Minerals and Compliance Division at 805-568-2047 (office) or 805-403-4989 (mobile) within one hour of event or as soon as possible after 1st tier notifications have been completed. Leave a message including name, phone number, time, and any other pertinent information in the event of reporting a spill or release.

USSER-000377     004239



**SABLE** **OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.2.3 Immediate Notifications

Per 14 CCR 817.02(g)(2), notification to the California Office of Emergency Services, the National Response Center, and Oil Spill Removal Organizations must be made no longer than *30 minutes* after discovery of a discharge or threatened discharge.

#### 12.2.3.1 Santa Barbara County

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| Local-1 | CUPA – Santa Barbara County Environmental Health Services (24-hr) | 911 805-681-4927 | | | | |
| Local -2 | OEM Duty Officer | 805-696-1194 | | | | |
| Local -3 | SBC Fire Captain | 805-319-0189 | | | | |
| Local -4 | SBC P&D Department. Energy, Minerals and Compliance Division | 805-568-2047 805-403-4989 | | | | |
| Local -5 | LEPC Region 1 | 310-781-7000 562-795-2958 | | | | |
| Local 5 | LEPC Region 5 | 916-396-9292 | | | | |
| Local-6 | Santa Maria Valley Water Conservation District / Twitchell Dam | 805-925-5212 | | | | |

#### 12.2.3.2 San Louis Obispo County

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| Local-1 | CUPA – San Luis Obispo County Environmental Health Services (24-Hr) | 911 805-781-5554 | | | | |
| Local -2 | SLO OEM | 805-781-5678 | | | | |
| Local -3 | SLO Fire | 805-503-9350 | | | | |

USSER-000378 004240

**SABLE** OFFSHORE CORP. | Las Flores Pipeline Integrated Contingency Plan | Section 12: Notifications

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| Local -4 | SLO Planning | 805-686-8170 | | | | |
| Local -5 | LEPC Region 1 | 310-781-7000 562-795-2958 | | | | |
| Local -5 | LEPC Region 5 | 916-396-9292 | | | | |

### 12.2.3.3 Kern County

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| Local-1 | CUPA – Kern County Public Health Services (24-hr) | 911 661-321-3000 | | | | |
| Local -2 | Kern County OEM | 661-324-6551 | | | | |
| Local -3 | Kern County EOC | 661-873-2602 | | | | |
| Local -4 | LEPC Region 1 | 310-781-7000 562-795-2958 | | | | |
| Local -4 | LEPC Region 5 | 916-396-9292 | | | | |

### 12.2.3.4 California State

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| CA-1 | Office of Emergency Services State Warning Center | 800-852-7550 916-845-8911 | | | | |
| CA-2 | State Emergency Management Agency | 800-852-7550 916-845-8911 | | | | |
| CA-3 | Central Valley Regional WQCB | 559-445-5116 | | | | |
| CA-3 | Central Coast Regional WQCB | 916-464-3291 | | | | |

USSER-000379     004241



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| CA-4 | OSPR - Office of Spill Prevention & Response | 800-852-7550 | | | | |
| CA-5 | State Lands Commission, Marine Facilities Division | 562-499-6312 510-741-4984 | | | | |
| CA-6 | Marine Exchange | 310-519-3134 | | | | |
| CA-7 | Cal OSHA | 916-263-2803 818-901-5403 | | | | |
| CA-8 | Highway Patrol | 805-683-2724 | | | | |
| CA-9 | State Fire Marshall | 562-497-9100 916-445-8550 | | | | |
| CA-10 | Oiled Wildlife Care Network (OWCN) | 877-823-6926 | | | | |

12.2.3.5    Federal

| Code | Agency | Phone | Name Of Person Taking Report | Date/ Time | Case # (If provided) | Name Of Person Making Report |
|---|---|---|---|---|---|---|
| | Federal | | | | | |
| FED-1 | National Response Center | 800-424-8802 | | | | |
| FED-2 | EPA Region IX | 800-300-2193 | | | | |
| FED-3 | Pipeline and Hazardous Materials Administration | 202-366-4595 | | | | |
| FED-4 | Chemical Safety and Hazard Investigations Board | 202-261-7600 | | | | |
| FED-5 | U.S. Coast Guard Sector Los Angeles | 800-221-8724 310-521-3805 | | | | |
| FED-4 | OSHA | 800-321-6742 | | | | |

Revision 1

©The Response Group

12-15

# SABLE
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### 12.2.4    Local Emergency Notification

## Local Emergency Notifications

| Facility | Local Police | Local Fire Department | Nearest Medical Facility | Local Emergency Planning Commission | County |
|---|---|---|---|---|---|
| Las Flores Pump Station | Santa Barbara County Sheriff Buellton 911 805-686-8150 | County Station 12 911 805-681-5512 | Goleta Valley Cottage Hospital 351 S Patterson Ave Santa Barbara, CA 93111 805-967-3411 Trauma Level I | Region 1 310-781-7000 562-795-2958 | Santa Barbara Environmental Health Hazardous Materials Division 850-681-5526 |
| Gavoita Meter Station | | Station 38 911 805-681-5518 | Lompoc Valley Medical Center 1515 E Ocean Ave Lompoc, Ca 93436 805-737-3300 Trauma Level III | | |
| Sisquoc Pump Station | Santa Barbara County Sheriff Santa Maria 911 805-934-6150 | County Station 23 911 805-934-6294 | Marian Reginal Medical Center 1400 E Church St Santa Maria, Ca 93454 805-739-3000 Trauma Level II | | |
| Pentland Meter Station | Kern County Sheriff Bakersfield 911 661-861-3110 | Maricopa Fire 911 661-769-8239 | Kern Medical 1700 Mount Vernon Ave Bakersfield, CA 93306 661-326-2000 Trauma Level II | Region V 916-396-9292 | Kern County OEM 661-324-6551 |

USSER-000381                                                                004243



### 12.2.5 Other Immediate Notifications

In the event any of the following entities are affected or will be potentially affected, the following notifications must also be made:

| Other Immediate Notifications | | |
| --- | --- | --- |
| Entity | Location | Phone |
| Gaviota State Park | -- | 951-443-2964 (SURCOM) <br> 805-968-2943 vm or via radio |
| Hollister Ranch Owners Association Gate House (If near Gaviota Creek) | (MP 10-14) | 805-567-5020 |
| City of Buellton | (MP 22-26) | 805-688-5177 <br> 805-686-0137 (after hours) <br> Union |

Landowner and/or on-site resident notifications shall be made as necessary and appropriate by Company personnel.

USSER-000382

004244

 

**Las Flores Pipeline**
Integrated Contingency Plan

Section 12:
Notifications

### 12.3 Notification Forms

#### 12.3.1 Spill / Release / Incident Report Form

*** INITIAL NOTIFICATION TO THE NRC and OES MUST NOT BE DELAYED PENDING COLLECTION OF ALL INFORMATION. ***

Initial Report _____ Supplemental Report _____ Final Report _____ Date: _____

Date **and** Time Spill / Release Discovered: _____

Spill / Release Discovered by: _____

Date **and** Time Spill / Release Reported to SHE: _____

Spill / Release Reported to SHE by: _____

Pipeline, Station or Terminal: _____

Spill / Release / Incident Location: _____

City / Parish or County / State: _____

Nearest Town / City : _____

Driving Directions: _____

Product Spilled / Released: _____

Volume Spilled / Released: _____

Line Size / Description: _____

Volume Recovered: _____

Interstate: ☐   Intrastate: ☐   Regulated: _____

Cause of Spill / Release: _____

_____

Fire: Yes ☐ No ☐   Explosion: Yes ☐ No ☐   Evacuations: Yes ☐ No ☐

Environmental Impact: Air ☐ Water ☐ Soil ☐ Number of Injuries: ___ Number of Deaths: ___

USSER-000383

004245

# SABLE
## OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12:**
**Notifications**

Area Manager: _____

Area Supervisor: _____

Field Operations Supervisor / FLS: _____

Legal Description: _____

Land Description: _____

Landowner Notified: _____

Nearest Occupied House: _____

Nearest Main Road / Intersection: _____

Net Volume Lost: _____

Pipe Wall Thickness: _____    Specification: _____

Seam Type: _____    MOP: _____

Pressure at Time of Spill / Release: _____    SMYS: _____

Weather Conditions: _____

Area of Spill / Release: _____    Media Coverage: Yes ☐ No ☐

Spill Costs ( in whole dollars ):

Public / Private Property Damage        _____

Cost of Emergency Response Phase        _____

Cost of Environmental Remediation        _____

Value of Product Lost        _____

Value of Operator Property Damage        _____

Other Costs        _____

**Total Cost**        _____

Describe Other Costs: _____

Livestock / Wildlife Impacted: _____

If Water Impacted, Name: _____

Repair Method Used: _____

Method of Clean-up: _____

Next Remediation Steps: _____

Did Spill / Release Reach an HCA: Yes ☐ No ☐ Could It Reach Water: Yes ☐ No ☐

Is Leak / Release on a Segment Identified as a "Could Affect" Segment: Yes ☐ No☐

Is Pipe Configured for In Line Inspection Devices: Yes ☐ No ☐

Date of Last In-Line Inspection: _____ Type of Tool: _____

Cathodically Protected: Yes ☐ No ☐ Type of System: _____

Year Installed: _____ Has a CIS Been Performed: Yes ☐ No ☐ Year of Last CIS: _____

USSER-000384    004246

**SABLE OFFSHORE CORP.**

**Las Flores Pipeline**
Integrated Contingency Plan

Section 12:
Notifications

## Agency / Telephonic and / or Verbal Notifications

| Agency or Company | Name of Person Taking Report | Time of Notification ( 24 hr format ) | Assigned Incident or Report Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Written Reports / Notification Letters

| Agency or Company | Due Date | Date Mailed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Additional Comments:**

\* - GPS Coordinates are Required

USSER-000385

004247



## SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

### *Instructions / Pointers for Spill / Release / Incident Report Form*

The first seventeen lines (highlighted in yellow if completing form on computer) are items needed for initial reporting to agencies and should be provided as soon as possible. Some of the initial items may not be readily known when first notification(s) are made to SHE, so should be provided at a later time when the information can be obtained. For any given spill / release / incident, not every information item will be applicable. Skip those items or enter "N/A".

If completing this form on a computer, there is default text in some of the data entry fields (with the exception of the notification tables), provided as an example of the data needed. The data entry fields are gray shaded, and as data is entered into the fields, the default text will disappear.

GPS coordinates are now required. They tie in to spill tracking by the National Pipeline Mapping System (NPMS) and American Petroleum Institute (API). The format does not matter, it can be converted in SHE if necessary. GPS coordinate formats may look like the following:

1. 13  695512E  4705010N   ( UTM format )
2. 42.4728N  -102.6216W   ( DD.DDD format )
3. 42 28' 22" N   -102 37' 18" W   ( DMS format )
4. 42 28.37' N   -102 37.30' W   ( DD MM.MM format )

For some items, it may be necessary to consult with Corrosion Technicians, Facility Engineers, Field ERST Techs / Field Regulatory Specialists, or others to obtain the information.

USSER-000386

004248

 

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12:**
**Notifications**

## 12.3.2 Santa Barbara County Release Incident Report Form

### HAZARDOUS MATERIALS NON-EMERGENCY/MINOR SPILL/RELEASE

#### Guidance for Reporting Hazardous Material Spill/Release Incidents

*What is a "Hazardous Material"?* "Any material that, because of its quantity, concentration, or physical or chemical characteristics, poses a significant present or threatened hazard to human health and safety or to the environment, if released into the workplace or the environment" - CA H&SC 25501(p)

*Who is obligated to report a spill/release?*

Requirements for providing notification of any spill/releases cover: Owners, Operators, Licensees, Persons in Charge, and Employees. Notification is required regarding releases from facilities, vehicles, vessels, pipelines and railroads.

*What is a spill/release?*

Any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, or disposing of a hazardous material into the environment, unless permitted or authorized by a regulatory agency – CA H&SC 25501(s)

*Who must be notified of a spill/release in Santa Barbara County?*

Pursuant to the California Fire Code (Refer to Chapter 15 of the Santa Barbara County Code) and California Health and Safety Code Section 25507, all **hazardous material released in quantities reportable under state, federal or local regulations, shall be reported to the Local Fire Agency. Local governments can have requirements that are more stringent than state.** In Santa Barbara County, the Local Fire Agency and OEM must be notified. When a minor spill/release occurs, the Hazardous Materials Non-Emergency/Minor Spill/Release Incident Report Form is to be faxed to your Local Fire Agency and OEM listed on Page 1 within 1 working day. Follow-up the fax with a telephone call first thing the next working day to verify receipt of the fax. This will satisfy the emergency notification for these agencies in Santa Barbara County only. Other reporting requirements may apply.

*What other agencies may need to be notified?*

In addition to 9-1-1 and/or faxed Incident Report, the following apply under varying circumstances:
- All releases that equal or exceed Federal Reportable Quantities -- Call the National Response Center (NRC) at 1-800-424-8802 or on-line at www.nrc.uscg.mil/online.htm
- All releases on highway – Call California Highway Patrol at (805) 967-1234.
- All hazardous waste tank releases – Call Department of Toxic Substances Control Regional Office at (818) 551-2933
- All serious worker injuries or harmful exposures – Call Cal OSHA District Office at (805) 654-4581
- All oil spills at drilling and production fixed facilities – Call Conservation Department, Division of Oil, Gas and Geothermal Resources at (805) 937-7246.
- All spills with a potential to impact State water quality – Call State Fish & Wildlife Department at (916) 445-0045
- All significant, potential or actual railroad releases – Public Utilities Commission at (213) 897-2975.
- All Hazardous Liquid Pipelines – Call Local Fire Agency (Page 1).
- All Natural Gas Pipelines – Call Public Utilities Commission at (213) 897-2975.
- Consult Federal, State and Local laws and regulations for complete notification requirements.

**Reminder: All significant hazardous material spills/releases or threatened releases must also be reported to the Cal OES State Warning Center at 800-852-7550.**

*What other statutes and regulations require emergency notification of a hazardous material release?*

| | |
|---|---|
| • California Health and Safety Code | Sections 25270.8, 25507, 25503(c)(9) |
| • CA Vehicle Code | Section 23112.5 |
| • CA Public Utilities code | Section 7673 (c) |
| • CA Government Code | Sections 51018, 8670.25.5(a) |
| • CA Water Code | Sections 13271(a), 13272(a), 13260(a) |
| • California Labor Code | Section 9030 |
| • U.S. Code, Title 42 | Sections 9603, 11004 |
| • California Code of Regulations | Title 8, Section 5209 |
| | Title 13, Section 1166 |
| | Title 14, Section 1722(h) |
| | Title 19, Sections 2703(e), 2705 |
| | Title 22, Sections 66265.56(j), 66265.196(e) |
| | Title 23, Sections 2230, 2250, 2251, 2260 |
| • 49 CFR | Part 171.16 |

Other Federal and State laws / regulations may apply.

*Are there any web sites available to review the statues and regulations?*

State Regulations   http://www.caloes.ca.gov/http://www.caloes.ca.gov/cal-oes-divisions/fire-rescue/hazardous-materials/spill-release-reporting

Federal Regulations   https://www.epa.gov/enforcement and www.ecfr.gov

USSER-000387

004249

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12:
Notifications

## HAZARDOUS MATERIALS NON-EMERGENCY/MINOR SPILL/RELEASE

### INCIDENT REPORT FORM

Fax Completed Incident Report Form Within 1 Working Day To Local Fire Agency & OEM Listed On Page 1 And Follow Up With A Phone Call First Thing The Next Business Day.

911 CALLED? ☐ YES ☐ NO

**1. INCIDENT AND RESPONSE DESCRIPTION**

| Date / Time Discovered | Date / Time | Discharge Stopped ☐ Yes ☐ No |
|---|---|---|

Incident Reporting Date / Time

Incident Business / Site Name

Incident Address

Other Locators (Bldg, Room, Oil Field, Lease, Well #, GIS)

Please describe the incident and indicate specific causes and area affected.

Indicate actions to be taken to prevent similar spills from occurring in the future.

**2. ADMINISTRATIVE INFORMATION**

Business Name

Address

| Supervisor in charge at time of incident | Phone |
|---|---|
| Contact Person | Phone |

**3. HAZARDOUS MATERIAL / RELEASE INFORMATION** CALL 911 FOR RELEASES INTO WATERWAYS, WETLANDS OR AGRICULTURE AREAS.

| Chemical | Quantity | ☐ GAL ☐ LBS ☐ FT³ |
|---|---|---|
| Chemical | Quantity | ☐ GAL ☐ LBS ☐ FT³ |
| Chemical | Quantity | ☐ GAL ☐ LBS ☐ FT³ |

Clean-Up Procedures & Timeline:

| Completed By | Phone |
|---|---|
| Print Name | Title | Date and Time |

---

### Santa Barbara County Local Fire Agency Use Only

| Date Received | Time | OES Control # | CIR # |
|---|---|---|---|
| Received By | | Assigned To | ER ☐ Yes ☐ No |
| Date / Time Reported to 911 | | Late Report ☐ Yes ☐ No | INCIDENT # |
| From 911 Dispatch ☐ Yes ☐ No | Investigator Requested ☐ Yes ☐ No | | Time of Request |
| Time Responding | Time On Scene | Time Back in Service | ☐ Joint ☐ Multi-Agency |
| PROP 65 ☐ Yes ☐ No | DATE/TIME TO HCS | DATE/TIME TO COUNTY OEM | |

| MATERIAL | VOLUME |
|---|---|
| HAZARD | EVACUATION/ACCESS RESTRICTED ☐ YES ☐ No |

| Current Status | ☐ Clean-Up Underway ☐ Condition Abated ☐ No Action Taken | ☐ Pollution Characterization Underway ☐ Preliminary Site Assessment Underway ☐ Other | ☐ Case Closed (Clean-Up Completed or Unnecessary) ☐ Investigation |
|---|---|---|---|

COMMENTS

**NOTIFICATION CHECKLIST**     CODE 20 ☐ YES ☐ No ☐ UNKNOWN

| | | | | |
|---|---|---|---|---|
| ☐ COUNTY OEM ☐ STATE OES RESPONSE | ☐ COUNTY PETROLEUM ☐ STATE DOGGR | ☐ COUNTY AG COM ☐ STATE FISH & WILDLIFE | ☐ LOCAL FIRE _____ ☐ ROAD DEPT ☐ STATE RWQCB | ☐ APCD ☐ CHP ☐ EHS | ☐ CAL TRANS ☐ CAL OSHA ☐ DTSC ☐ CLERK OF THE BOARD |

---

Revision 1                ©The Response Group                12-23

 

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 12:**
**Notifications**

### 12.4 Agency Contacts

#### 12.4.1 Federal Agencies

| Federal Agency Contacts | |
| --- | --- |
| Agency | Phone |
| National Response Center | 800-424-8802 |
| EPA Region IX | 800-300-2193 |
| US Coast Guard Sector Los Angeles/Long Beach | 800-221-8724 |
| Pipeline and Hazardous Materials Safety Administration (PHMSA) | 202-366-4595 |
| Western Region Office | 720-963-3160 |
| Occupational Safety and Health Administration | 800-321-5742 |
| Bureau of Land Management California State Office | 916-978-4400 |
| Bureau of Land Management Bakersfield Office | 661-391-6000 |
| US Forest Service | 805-968-6640 |
| Army Corps of Engineers | 213-452-3413 |
| US Fish and Wildlife Pacific Southwest Region Office | 918-414-6464 |
| Ventura Office | 805-644-1766 |
| U.S. Forest Service Los Padres National Forest | 805-968-6640 |
| U.S. Forest Service LA Basin | 628-574-5200 |
| Federal Bureau of Investigation | 805-642-3995 310-477-6565 |

USSER-000389

004251

 

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 12: Notifications**

### 12.4.2 State Agencies

**State Agency Contacts**

| Agency | Phone |
|---|---|
| California Office of Emergency Services | 916-845-8911 |
| California Department of Fish and Wildlife | 800-852-7750 |
| State Fire Marshall Pipeline Safety | 862-497-0350 |
| Department of Toxic Substances Control | 800-618-6942<br>805-654-4581 |
| Cal OSHA | 916-263-2803 |
| California Geological Energy Management Division (CalGEM) | 805-937-7246 |
| Cal State Fish and Wildlife | 916-445-0411<br>916-445-0045 |
| State Parks (*El Presidio-Historic State Park, Painted Cave, El Capitan State Beach, Refugio State Beach, Gaviota-State Park, La Purisima-Mission, Point Sal State Beach*) | 805-968-3852<br>951-443-2669<br>(SURCOM) |
| Public Utilities Commission | 213-897-2975 |
| Highway Patrol (CHP) | 805-967-1234 |
|     CHP Goleta | 911<br>805-967-1234 |
|     CHP Buellton | 911<br>805-688-5551 |
| CalTrans Santa Barbara and San Luis Obispo Counties | 805-549-3111 |
| CalTrans Kern County | 559-488-4038 |
| Central Valley Regional Water Quality Control Board CV/FB | 559-445-5116 |
| Central Coast Regional Water Quality Control Board CCRWQCB | 916-464-3291<br>559-445-5116 |
| Department of Water Resources | 916-574-2714 |
| Native American Heritage Commission | 916-373-3710 |
| State Historic Preservation Officer (SHIPO) | 916-445-7000 |
| Central Coast Archeological Information Center | 805-893-2474 |

USSER-000390  004252

 

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 12.
Notifications

### 12.4.3 Local Agencies

**Local Agency Contacts**

| Agency | Location | Phone |
|---|---|---|
| Santa Barbara County | | |
| County Emergency Dispatch Center | Santa Barbara County | 911<br>805-683-2724 |
| County Fire Department | Santa Barbara County | 911<br>805-683-2724 |
| Station 1 | Gaviota, Bulleton | 911<br>805-681-5518<br>805-686-5062 |
| Station 2 | Santa Ynez, Los Alamos | 911<br>805-686-5058<br>805-934-6215 |
| Station 3 | Santa Maria, Sisquoc | 911<br>805-934-6293<br>805-934-6294 |
| Office of Emergency Management | Santa Barbara County | 805-696-1194 |
| Region 1 Local Emergency Planning Commission (LEPC) | Santa Barbara and San Luis Obispo Counties | 310-781-7000<br>562-795-2958 |
| County Petroleum Office | Santa Barbara County | 805-934-6128 |
| P&D Department of Energy, Minerals and Compliance Division | Santa Barbara County | 805-568-2047<br>805-403-4989 |
| Environmental Health Hazardous Materials Division (CUPA) | Santa Barbara County | 805-681-4927 |
| County Sheriff | Buellton, New Cuyama, Santa Maria | 911<br>805-681-4100 |
| Santa Maria Valley Water Conservation | Santa Maria | 805-925-5212 |
| City of Buellton | Buellton | 805-688-5177 |
| City of Goleta | Goleta | 805-961-7500 |
| San Luis Obispo | | |
| Office of Emergency Services | San Luis Obispo | 805-781-5011<br>805-543-7082 |
| Arroyo Grande Police | Arroyo Grande | 911<br>805-473-5100 |
| Kern County | | |
| Region V Local Emergency Planning Commission (LEPC) | Kern County | 916-396-9292 |
| Kern County Fire Department | Kern County | 911 / 661-324-6551 |

USSER-000391     004253



# Section 13 Resources

## 13.1 Response Equipment

Response equipment and supplies are not located at facilities within the Las Flores Pipeline Response Zone. The Response Zone relies on OSRO equipment and supplies.

## 13.2 Communications

The following communications systems may be used for notification and emergency response operations:

- Cellular phones – most supervisors and key operations personnel have cellular phones.
- Land lines phones - the manned facilities, and many of unmanned facilities, have land line phones, and
- Mobile satellite phones – are located throughout the Regions.

As the need arises, additional communications equipment can be cascaded in from the contracted OSROs.

## 13.3 Response Contractors

### 13.3.1 Classified Oil Spill Removal Organizations (OSRO)

An approved list of OSRO's that operate in the State of CA can be found here: https://wildlife.ca.gov/OSPR/OSRO.

| Classified OSROs | | |
|---|---|---|
| Company | Captain of the Port Zone<br>*Coast Guard Classification* | Phone Number |
| Marine Spill Response Corporation #22 | Los Angeles/Long Beach<br>*River or Canal: MMPD, WCD1, WCD2, WCD3*<br>*Inland: MMPD, WCD1, WCD2, WCD3*<br>*Near Shore: MMPD, WCD1, WCD2, WCD3* | 800-645-7745<br>800-259-6772 |

USSER-000392

004254






**Las Flores Pipeline**
Integrated Contingency Plan

Section 13:
Resources

**13.3.1.1      Marine Spill Response Corporation**



### SERVICE AGREEMENT EXECUTION INSTRUMENT

The MSRC SERVICE AGREEMENT attached hereto (together with this execution instrument, the "Agreement"), a standard form of agreement amended and restated as of January 1, 2021, is hereby entered into by and between

Sable Offshore Corp. , a Corporation
[Name of COMPANY]          [type of legal entity]

organized under the laws of Delaware , USA , with its principal
[state/country of formation]

offices located at 845 TEXAS AVENUE, SUITE 2920, HOUSTON, TEXAS 77002 (the "COMPANY"), and MARINE SPILL RESPONSE CORPORATION, a nonprofit corporation organized under the laws of Tennessee ("MSRC").

IN WITNESS WHEREOF, the parties hereto each have caused this Agreement to be duly executed and effective as of     February 14 2024 .



MARINE SPILL RESPONSE CORPORATION

By: _____

Paul James Stewart
Contract Administrator
stewartp@msrc.org
220 Spring Street, Suite 500
Herndon, VA 20170
+1 703-326-5600

**Revision 1**

©The Response Group

13-3

USSER-000394

004256



 

**Las Flores Pipeline**
**Integrated Contingency Plan**

Section 13:
Resources

### Travel from MSRC to Stations

| Travel to Sisquoc | |
|---|---|
| **To Sisquoc** | **Distance (MI)** |
| Port Hueneme | 95.9 miles |
| Chevron El Segundo | 158 miles |
| Terminal Island | 171 miles |
| Long Beach Berth 121 | 179 miles |
| Alamitos Bay PPS | 180 miles |
| Long Beach | 171 miles |
| Carpenteria PPS | 87.3 miles |
| Ontario | 191 miles |
| San Pedro | 173 miles |

| Travel to Pentland | |
|---|---|
| **To Pentland** | **Distance (MI)** |
| Port Hueneme | 101 miles |
| Chevron El Segundo | 117 miles |
| Terminal Island | 130 miles |
| Long Beach Berth 121 | 133 miles |
| Alamitos Bay PPS | 152 miles |
| Long Beach | 131 miles |
| Carpenteria PPS | 94.5 miles |
| Ontario | 144 miles |
| San Pedro | 133 miles |

USSER-000396     004258

 

**Las Flores Pipeline**
Integrated Contingency Plan

Section 13:
Resources

### Travel from Clean Harbors to Stations

| Travel to Las Flores | |
| --- | --- |
| **To Las Flores** | **Distance (MI)** |
| Port Hueneme | 61.3 miles |
| Chevron El Segundo | 123 miles |
| Terminal Island | 136 miles |
| Long Beach Berth 121 | 139 miles |
| Alamitos Bay PPS | 142 miles |
| Long Beach | 137 miles |
| Carpenteria PPS | 35.2 miles |
| Ontario | 156 miles |
| San Pedro | 139 miles |

| Travel to Gaviota | |
| --- | --- |
| **To Gaviota** | **Distance (MI)** |
| Port Hueneme | 69.5 miles |
| Chevron El Segundo | 131 miles |
| Terminal Island | 144 miles |
| Long Beach Berth 121 | 147 miles |
| Alamitos Bay PPS | 150 miles |
| Long Beach | 145 miles |
| Carpenteria PPS | 43.4 miles |
| Ontario | 175 miles |
| San Pedro | 147 miles |

USSER-000397

004259



| SABLE OFFSHORE CORP. | Las Flores Pipeline Integrated Contingency Plan | Section 13: Resources |

## MSRC Equipment Summary

### Port Hueneme PPS

| Item/Description | Quantity |
| --- | --- |
| 20" Curtain Boom (Feet) | 1500 |

### Chevron El Segundo

| Item/Description | Quantity |
| --- | --- |
| 26" Tidal Seal Boom (feet) | 6000 |
| 67" Inflatable Curtain Boom (feet) | 9680 |
| 500 BBL: Towable Storage | 2 |

### Terminal Island

| Item/Description | Quantity |
| --- | --- |
| 6" Curtain Boom (feet) | 3075 |
| 10" Curtain Boom (feet) | 1800 |
| 18" Curtain Boom (feet) | 5700 |
| 20" Curtain Boom (feet) | 100 |
| 20" Curtain Boom (feet) | 200 |
| 24" Curtain Boom (feet) | 3300 |
| 36" Curtain Boom (feet) | 6000 |
| 43" Curtain Boom, Self-Expand (feet) | 1750 |
| 50" Curtain Boom (feet) | 330 |
| 67" Curtain Boom (feet) | 110 |
| Portable Tank/ 57 BBL | 4 |
| Portable Tank/ 10 BBL | 9 |
| Comms Support Trailer | 1 |
| Thermal & HD Drone | 1 |
| Multispectral - Near Wave - IR Long Wave IR (Aircraft) | 1 |

### Long Beach Berth 121

| Item/Description | Quantity |
| --- | --- |
| 43" Curtain Boom (feet) | 7000 |

### Alamitos PPS

| Item/Description | Quantity |
| --- | --- |
| 24" Curtain Boom (feet) | 800 |

USSER-000398     004260

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 13:
Resources

## MSRC Equipment Summary

### Long Beach

| Item/Description | Quantity |
|---|---|
| 20" Curtain Boom (feet) | 800 |
| 43" Curtain Boom, Self-Expand (feet) | 3500 |
| FLIR Thermal Camera | 1 |

### Carpinteria PPS

| Item/Description | Quantity |
|---|---|
| 6" Curtain Boom | 500 |
| 10" Curtain Boom | 6000 |
| 20" Curtain Boom | 15000 |
| 24" Curtain Boom | 400 |
| 43" Curtain Boom | 5500 |
| 60" Curtain Boom | 2750 |
| 28" Underflow Dam | 1 |
| 40" Underflow Dam | 1 |
| Portable Tank/ 57 BBL | 10 |
| 27' Van/Cargo Trailer | 1 |
| FLIR Thermal Camera | 3 |

### Ontario

| Item/Description | Quantity |
|---|---|
| 10" Curtain Boom | 1000 |
| 28" Underflow Dam | 2 |
| Portable Tank/ 57 BBL | 1 |

### San Pedro

| Item/Description | Quantity |
|---|---|
| 20" Curtain Boom | 1000 |
| 43" Curtain Boom | 2400 |
| 60" Curtain Boom | 5280 |
| FLIR Thermal Camera | 1 |

USSER-000399

004261



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 13:
Resources

### 13.3.2 Additional Response Contractors

| Additional Response Contractors | | |
|---|---|---|
| Company | Address | Phone Number |
| Incident Management and Documentation | | |
| The Response Group | 13939 Telge Road Cypress, TX 77429 | 281-880-5000 or 713-906-9866 |
| General Contractors | | |
| PSC | 30790 7th Standard Road Bakersfield, CA, 93314 | 661-746-0157 |
| Southwest Contractors | Bakersfield, CA | 661-588-0484 |

USSER-000400     004262



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 13:
Resources

## Proof of Contractual Agreement

I hereby certify that Sable Offshore Corp. currently has a contract or membership agreement with the following service providers:

| Service | Company | Beginning Date | Ending Date | MSA |
|---|---|---|---|---|
| Spill Response Team Member | The Response Group | 3/26/2024 | Evergreen | TRG MSA 3/26/2024 |

The subject contract or membership agreement provides spill response team support.

Revision 1　　　　　　©The Response Group　　　　　　13-10

USSER-000401

004263



| | Las Flores Pipeline Integrated Contingency Plan | Section 13: Resources |

### 13.3.3    Wildlife Response and Rehabilitation Contractors

Sable Offshore Corp. will utilize the California Oiled Wildlife Care Network (OWCN) to meet its oiled wildlife care requirements. The Administrator of the Office of Oil Spill Prevention and Response (OSPR), California Department of Fish and Wildlife in cooperation with the University of California has organized a network of private wildlife care centers and provided funding sources for capital improvement, equipment, supplies, ongoing training, and research thereby establishing the OWCN.

| Wildlife Rehab Organizations | | | |
|---|---|---|---|
| Name | Main Number | Alternate Number | Email Address |
| Oiled Wildlife Care Network | 877-823-6926 | 310-514-2573 | http://www.vetmed.ucdavis.edu/owcn/ |
| International Bird Rescue (IBR) | 888-447-1743 | 707-689-3944 | http://www.bird-rescue.org |
| Wildlife Response Services LLC | 713-705-5897 | 281-266-0054-- | https://www.wildliferesponse.net/ |

USSER-000402                                                004264



### 13.3.4 Waste Management

The transportation of oil, oily water, and oiled debris to permitted facilities via truck, tank truck, barge, etc. will be conducted in an environmentally safe manner consistent with applicable Federal and State regulations, and Sable Offshore Corp. policy. Hazardous material will be transported by permitted transporters and recycled or disposed of in permitted facilities.

The following is a list of Sable Offshore Corp. approved disposal companies or management contractors for each category of waste:

| Waste Management and Disposal Sites | | | |
|---|---|---|---|
| Company | Address | Phone | EPA ID # |
| Clean Harbors Buttonwillow, L.L.C | Buttonwillow | 661-762-6200 | CAD980675276 |
| Chemical Waste Management - Kettleman Hills Facility | Kettleman City | 559-386-9711 | CAT000646117 |
| Gemini Industries, Inc. | Santa Ana | 949-250-4011 | CAD060398229 |
| Crosby & Overton, Inc. | Long Beach | 562-432-5445 | CAD028409019 |
| McKittrick Waste Treatment Site | McKittrick | 661-912-0080 | -- |
| Republic Vasco Road Landfill | Livermore | 925-447-0491 | CAD028409019 |
| Soil Safe of California, Inc. | Adelanto | 760-246-8001 800-862-8001 | -- |
| Veolia ES Technical Solutions | Richmond | 510-233-8001 | CAD981453194 |
| Siemens Water Technologies Corp Evoqua Water Technologies | Red Bluff | 530-527-2664 866-926-8420 | CAT080014079 |
| World Oil Recycling | Compton | 310-537-7100 | -- |
| InStrat, Inc | Rio Vista | 530-753-1829 | -- |
| Stantec Ventura Warehouse | Ventura | 805-644-4157 | -- |
| Waste Management Landfill | Azusa | 626-224-9127 | -- |
| Veolia ES Technical Solutions, LLC | Azusa | 626-334-5117 | -- |
| Clean Harbors Wilmington, LLC | Wilmington | 310-835-9998 | -- |
| WM El Sobrante Landfill | Corona | 866-909-4458 | -- |
| Kinsbursky Brothers Supply, Inc. | Anaheim | 714-738-8516 | -- |
| Ted Levine Drum Company | South El Monte | 626-579-1084 | -- |
| Santa Maria Landfill | Santa Maria | 805-925-0951 ext. 15 | -- |

USSER-000403

004265



**SABLE OFFSHORE CORP.** | Las Flores Pipeline Integrated Contingency Plan | Section 13: Resources

### 13.4 Other Contractors & Suppliers

| Additional Services | |
|---|---|
| Name | Main Number |
| Aviation Services | |
| The Response Group (UAV) | 281-880-5000 or 713-906-9866 |
| Environmental Services | |
| Goldberg Environmental Service – Santa Barbara, CA | 805-687-6046 |
| Cardno | 707-338-6991 |
| Environmental Testing, Sampling, Labs | |
| Test America Sacramento | 916-374-4308 |
| Eurofins CalScience (NESHAPS) | 714-895-5494 |
| Utilities | |
| PG&E | 800-743-5000 |
| Contractors – General / Marine / Oil Field | |
| PSC | 661-746-0157 |
| Southwest Contractors | 661-588-0484 |

USSER-000404

004266



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

# Section 14 Response Planning and Strategies

## 14.1 Worst Case Discharge

### 14.1.1 Volume

Currently, the lines are all active, but have been drained, nitrogen purged and idled. Prior to the lines returning to service, the WCD volume will be assessed and the plan updated. (See TLC diagram in 16.3).

| Worst-Case Discharge | | | | |
|---|---|---|---|---|
| Volume (bbl.) | Line Segment (miles) | Section | Section Name | Pipelines / Systems |
| | | CA-325A/B | Gaviota to Pentland | Las Flores Pipeline System |
| | | CA-324 | Las Flores Canyon to Gaviota | Las Flores Pipeline System |

### 14.1.2 Location of Worst-Case Discharge

San Luis Obispo, California

### 14.1.3 Type of Oil

| Type of Oil | | |
|---|---|---|
| Name | Guide | ID |
| Petroleum Crude Oil | 128 | 1267 |

### 14.1.4 Weather Conditions

The worst-case discharge (WCD) calculation considers the following adverse conditions:
- Wednesday evening proceeding the Thanksgiving Holiday
- 5 mph wind from the southwest
- Cold with light rain

### 14.1.5 Selection Criteria

The WCD for the Las Flores Pipeline Response Zone is the largest of the following considered volumes documented below.
- The largest tank considering prevention credits.
- The largest pipeline volume plus the volume lost to flow during detection and shutdown.
- Spill history.

USSER-000405                                                          004267

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### 14.2 Worst Case Discharge/Reasonable Worst Case Spill Analysis

### 14.2.1 Breakout Tank Calculation

There are no breakout tanks located within the response zone.

### 14.2.2 Historical Releases

| Historical Releases | | | | |
|---|---|---|---|---|
| Date | Quantity Spilled (BBL) | Spill to Soil, Water, Both | Spill from Tank or Pipeline | Incident Summary |
| May 19, 2015 | 2,934 | Both | CA-324 | L901 (CA-324) was transporting heavy crude leaving Las Flores station and was released near MP 6.7, traveling overland, and impacting the Pacific/Refugio Beach Area. At the time of the incident, the line was not owned by Sable Offshore Corp. |

In April 2021, Pacific Pipeline Company submitted a Risk Analysis and Implementation Plan to the Office of the State Fire Marshal (OSFM) as required by California Assembly Bill 864: Coastal Best Available Technology (the "Plan"). The plan, approved by OSFM, proposed installing 27 new safety valves designed to reduce the WCD/RWCS volumes. All 27 safety valves have now been installed. As a result, the company's worst-case spill volume is now 1,935 barrels, which is lower than the historical WCD 2,934 barrels released during a spill on May 19, 2015.

USSER-000406     004268



## SABLE OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 14:**
**Response Planning &**
**Strategies**

### 14.2.3    Pipeline System Calculations

For purposes of estimating the time to detect a release it is assumed the mode of failure is a catastrophic failure or impingement of the pipeline because these are the only conditions where maximum flow rate would apply.

| Pipeline System Calculations (CA-325B) | | |
|---|---|---|
| WCD/RWCS = [(RDT + SRT) x (MFR)] + [LDV] | | |
| Where: | | |
| RDT | = | |
| SRT | = | |
| MFR | = | |
| LDV | = | |
| WCD | = | |

USSER-000407                    004269

## SABLE OFFSHORE CORP.

**Las Flores Pipeline Integrated Contingency Plan**

### Pipeline System Calculations (CA 324)

$$WCD/RWCS = [(RDT + SRT) \times (MFR)] + [LDV]$$

Where:

| | | |
|---|---|---|
| RDT | = | |
| SRT | = | |
| MFR | = | |
| LDV | = | |
| WCD | = | |

In April 2021, Pacific Pipeline Company submitted a Risk Analysis and Implementation Plan to the Office of the State Fire Marshal (OSFM) as required by California Assembly Bill 864: Coastal Best Available Technology (the "Plan"). The plan, approved by OSFM, proposed installing 27 new safety valves designed to reduce the WCD/RWCS volumes. All 27 safety valves have now been installed.



14-4

Revision 1

USSER-000409

004271



USSER-000410

004272



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

## 14.3 Area Climate and Geography

### 14.3.1 Hydrographic and Climatological Conditions Overview

| Hydrographic and Climatological Overview | |
|---|---|
| **Wind** | West Northwest 7 mph |
| **Temperature** | The climate is normally warm and dry in the summer, and cool and wet in the winter months. The wet winter months generally range from October through April, with January & February typically bringing the largest amount of precipitation. |
| **Rainfall** | Average rainfall for the Santa Barbara County area is 18.37" |
| **Tides** | Tides affect nearshore currents. The tide in Santa Barbara Channel is a mixed semidiurnal type with a usual range of 1.5 to 2.0 meters. The peak tide time difference between the two ends of the channel is typically one hour with the tide proceeding westward. Expected tidal-induced currents are approximately ten centimeters per second in open portions of the Channel. Considerations between islands and regions near extensions of plan (Point Conception) accelerate tidal currents. |
| **Marine Currents** | There are four major currents off the California coast. The California Current, the major southeastward flow, extends from Washington and Oregon. Its mean speed is about 15 centimeters per second. This current is fou7nd at distances greater than about 120 kilometers off northern and central California, reached within a few kilometers of the shore at Point Conception, and generally flows outside the Southern California Bight. The Southern California Bight consists of 100,000 square miles of the Pacific Ocean between Point Conception and Cabo Colnett in Baja California (and extends west to the inner boundary of the California Current). The California Undercurrent is a subsurface, northward flow. Nearer shore and beneath the California Current are two northward-flowing currents:<br>• Davidson Current (Speeds up to 15-30 centimeters per second), which flows north of Point Conception.<br>• Southern California Countercurrent (Speeds up to 35-40 centimeters per second), which flows northward within the southern California Bight<br>The strength of the currents vary seasonally and non-seasonally. Nearshore current varies along the cast in response to variations in coastline orientation, bottom topography, and tides. Because some of the Southern California Countercurrents turns southward at Point Conception, there is a general counterclockwise circulation in the Santa Barbara Channel with westward flow along the mainland and eastward flow along the northern shores of the Channel Islands. Current speeds generally range from 10-20 centimeters per second for the predominate flow. |
| **Visibility** | Marine fog is common in the coastal locations of the pipeline. It is most abundant in the summer. |

USSER-000411

004273



### 14.3.2 Physical Geographic Features

| Geographic Features | |
|---|---|
| **Bathymetry** | Not Applicable. The entirety of the pipeline is onshore, but a release from line sections of the CA-324 have the potential to impact the shoreline/marine environment. |
| **Beach Type** | Beach soils vary from sandy material to outcroppings of shale and sandstone. |
| **Soil and Terrain** | Characteristic soils include Ayar and Conception along the terraces and Cortina in stream valleys. Sespe and Vaquero sandstones occur in narrow bands west of the Santa Ynez Fault. An Area of sand soil occurs near the southernmost boundary of the Los Padres National Forest.<br><br>Normal erosion in existing waterways is evident. Construction along the pipeline alignment will not aggravate or increase the normal amount of erosion or runoff. Water drainage courses have been crossed by trenching across during times of minimal flow. The burial depth is a minimum of four feet below 100-year scour level. Channel and ban contours at major streams and river crossings were restored to preconstruction conditions upon completion of pipeline instillation. |
| **Transportation Hazards** | All major road crossings including US 101, State Highway 166, and all county roads have been made by boring under road and inserting a steel casing. The one exception to this is Refugio Road which was "Slick Bored" with no casing. Existing substructures such as phone cables, gas company lines, and water lines have been crossed in most cases by trenching underneath. The pipeline has been lowered enough in the immediate area of these facilit8ies to maintain a minimum vertical separation of 12 inches. |
| **Traffic Patterns** | Existing public and private roads can be used for general access to the pipeline corridors. Normal access to the pipeline will take place as needed to test the cathodic protection system, maintain pipeline markers, and inspect mainline block valves. If repairs to the pipeline are necessary, access would occur along the ROW from the nearest existing road. |

### 14.3.3 Seasonal Effects

The primary seasonal effect on biological resources is whether the specific resource is present at the time of the spill. This is especially true of birds and mammals. Plants may be affected differently depending on the timing of the spill relative to the plant's growing season. In general, oiling during the dormant winter season has the lowest impact, whereas oiling of vegetation during the summer growing season has longer effects

USSER-000412

004274

SABLE
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

14.4 Response Planning and Strategies Scenarios

14.4.1 72-Hr Trajectory CA-325A/B



USSER-000413

004275

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

14.4.2    72-Hr. Trajectory CA-324



Revision 1

The Response Group

14-10

USSER-000414

004276

## SABLE OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

Section 14:
Response Planning &
Strategies

### 14.4.3 Determination of Response Resources

**Tables for Worst Case Discharge Response Resources Determination and Removal Capacity Planning**

| Spill Location Sustainability of on-water oil recovery | Rivers & Canals | | | Nearshore/Inland/Great Lakes | | |
|---|---|---|---|---|---|---|
| | 3 Days | | | 4 Days | | |
| Oil Group | % Natural Dissipation | % Recovered Floating Oil | % Oil On Shore | % Natural Dissipation | % Recovered Floating Oil | % Oil On Shore |
| 1. Non-persistent oils | 80 | 10 | 10 | 80 | 20 | 10 |
| 2. Light crudes | 40 | 15 | 45 | 50 | 50 | 30 |
| 3. Medium crudes and fuels | 20 | 15 | 65 | 30 | 50 | 50 |
| 4. Heavy crudes and fuels | 5 | 20 | 75 | 10 | 50 | 70 |

**Emulsion Factors**

| NON-PERSISTENT OIL | |
|---|---|
| Group 1 | 1.0 |
| PERSISTENT OIL | |
| Group 2 | 1.8 |
| Group 3 | 2.0 |
| Group 4 | 1.4 |

**Response Capability Caps (bbl./day) (Maximum Required Recovery Levels)**

| AREA | TIER 1 | TIER 2 | TIER 3 |
|---|---|---|---|
| Rivers and Canals | 1,875 | 3,750 | 7,500 |
| Great Lakes | 6,350 | 12,300 | 25,000 |
| Inland/Nearshore | 12,500 | 25,000 | 50,000 |

**On-Water Oil Recovery Resource Mobilization Factors**

| AREA | TIER 1 | TIER 2 | TIER 3 |
|---|---|---|---|
| River | .30 | .40 | .60 |
| Inland/Nearshore Great Lakes | .15 | .25 | .40 |

NOTE: These mobilization factors are for total resources mobilized not incremental response resources.

**RESPONSE TIME (hours)**

| AREA | TIER 1 | TIER 2 | TIER 3 |
|---|---|---|---|
| Higher volume port area | 6 | 30 | 54 |
| All Other | 12 | 36 | 60 |

USSER-000415

004277

# SABLE OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 14:**
**Response Planning & Strategies**

## WCD / RWCS Resource Determination

| Location Data | |
|---|---|
| Location Type | Inland |
| Port Type | Non-High Volume Port |
| WCD Product Type | Crude Oil |
| Product Group | 3 |
| Worst Case Discharge – Based on RWCS criteria (bbl.) | ■ |

| Selected Calculation Factors | |
|---|---|
| Removal Capacity Planning Volume – Percent Natural Dissipation | 30% |
| Removal Capacity Planning Volume – Percent Recovered Floating Oil | 50% |
| Removal Capacity Planning Volume – Percent Oil Onshore | 50% |
| Emulsification Factor | 2.0 |
| Tier 1 – On Water Oil Recovery Resource Mobilization Factor | .15 |
| Tier 2 – On Water Oil Recovery Resource Mobilization Factor | .25 |
| Tier 3 – On Water Oil Recovery Resource Mobilization Factor | .40 |

| Response Planning Volume Calculation | |
|---|---|
| Natural Dissipation | ■ |
| On-Water Recovery Volume (bbl.) | |
| Shoreline Recovery Volume (bbl.) | |
| Shoreline Cleanup Volume (bbl.) | |

| | Tier 1 | Tier 2 | Tier 3 |
|---|---|---|---|
| On-Water Recovery Capacity (bbl./day) | | | |
| Shallow Water Resp Capability (20% of On-Water Recovery Capacity) (bbl./day) | | | |
| Storage Capacity (2x On-Water Recovery Capacity) (bbl./day) | | | |
| On-Water Response Caps (bbl./day) | | | |
| Response Time (hrs.) | | | |

USSER-000416

004278

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

## WCD / RWCS Resource Determination

| Location Data | |
|---|---|
| Location Type | Inland |
| Port Type | Non-High Volume Port |
| WCD Product Type | Crude Oil |
| Product Group | 3 |
| Worst Case Discharge – Based on RWCS criteria (bbl.) | ███ |

| Selected Calculation Factors | |
|---|---|
| Removal Capacity Planning Volume – Percent Natural Dissipation | |
| Removal Capacity Planning Volume – Percent Recovered Floating Oil | |
| Removal Capacity Planning Volume – Percent Oil Onshore | |
| Emulsification Factor | |
| Tier 1 – On Water Oil Recovery Resource Mobilization Factor | |
| Tier 2 – On Water Oil Recovery Resource Mobilization Factor | |
| Tier 3 – On Water Oil Recovery Resource Mobilization Factor | |

| Response Planning Volume Calculation | |
|---|---|
| Natural Dissipation | |
| On-Water Recovery Volume (bbl.) | |
| Shoreline Recovery Volume (bbl.) | |
| Shoreline Cleanup Volume (bbl.) | |

| | Tier 1 | Tier 2 | Tier 3 |
|---|---|---|---|
| On-Water Recovery Capacity (bbl./day) | | | |
| Shallow Water Resp Capability (20% of On-Water Recovery Capacity) (bbl./day) | | | |
| Storage Capacity (2x On-Water Recovery Capacity) (bbl./day) | | | |
| On-Water Response Caps (bbl./day) | | | |
| Response Time (hrs.) | | | |

There may be times when it is necessary to move response equipment from one risk zone to another in order to respond to a catastrophic oil spill. However, the OSPR Administrator needs to ensure that sufficient response resources are available to address a reasonable risk within each zone. Therefore, when equipment is needed from one risk zone which may impact the plan holder's on-water containment and recovery at the 6-hour level, the plan holder or OSRO shall make a request to the OSPR Administrator to temporarily reduce the Response Capability Standards, before the equipment can be moved. The Administrator shall only grant such a request after determining that sufficient response resources are available to address a reasonable risk within the zone from where the response equipment is being considered for removal.

USSER-000417     004279

 

**SABLE OFFSHORE CORP.** — Las Flores Pipeline Integrated Contingency Plan — Section 14: Response Planning & Strategies

### 14.4.4 Shoreline Clean-up Matrix

## CDFW-OSPR Shoreline Cleanup Matrix

| Cleanup Technique Shoreline[2] | Shoreline Types[1] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1. No Action | P | P | X | X | X | X | A | X | A | A |
| 2. Manual Debris Removal | P | A | R | R | R | R | P | R | P | P |
| 3. Passive Collection (sorbents) | R | R | R | R | R | R | R | R | R | R |
| 4. Debris Removal with Heavy Equipment | X | X | A | A | A | P | X | A | X | A |
| 5. Trenching (recovery wells) | X | X | P | P | P | P | X | X | X | X |
| 6. Sediment Removal | X | X | A | P | P | P | X | X | X | X |
| 7. Cold Water Flooding (deluge) | A | A | A | A | A | A | A | A | A | A |
| 8. Cold Water Washing | X | X | X | X | X | X | X | X | X | X |
|    a. Low Pressure (<50 psi) | A | A | X | P | P | A | X | A | X | P |
|    b. High Pressure (50-100 psi) | A | X | X | P | P | A | X | X | X | X |
| 9. Warm Water Washing (ambient to 90°F) | A | A | X | P | P | A | X | A | X | X |
| 10. Hot Water Pressure Washing (>90°F) | A | X | X | X | X | P | X | X | X | X |
| 11. Slurry Sand Blasting | A | X | X | X | X | P | X | X | X | X |
| 12. Vacuum | A | A | A | A | A | A | A | A | A | A |
| 13. Cutting Vegetation[3] | X | X | X | X | X | X | X | P | X | P |
| 14. Chemical Treatment[4] | X | X | X | X | X | X | X | X | X | X |
|    a. Oil Stabilization | X | X | P | P | P | X | P | X | X | X |
|    b. Protection of Beaches | X | P | P | P | P | P | X | P | X | X |
|    c. Cleaning of Beaches | X | P | P | P | P | P | X | P | X | X |
| 15. Burning[4] | A | A | A | A | A | P | X | X | X | P |
| 16. Nutrient Enhancement | X | X | A | A | A | X | P | A | A | P |
| 17. Microbial Addition[4] | X | X | A | A | A | X | P | A | A | P |
| 18. Sediment Reworking[4] | X | X | A | P | P | P | X | X | X | X |
| 19. Shore Removal and Replacement[4] | X | X | P | P | P | X | X | X | X | X |

### Key

**[1]Shoreline Types**

| | | | |
|---|---|---|---|
| 1 | Exposed Wave-cut Cliffs, Seawalls, and Piers | 6 | Gravel Beaches and Rip-rap Structures |
| 2 | Exposed Wave-cut Platforms | 7 | Exposed Tidal Flats |
| 3 | Fine to Medium-grained Sand Beaches | 8 | Sheltered Rocky Shores and Sheltered Man-made Structures |
| 4 | Coarse-grained Sand to Gravel Beaches | 9 | Sheltered Tidal Flats |
| 5 | Mixed Sand and Gravel (or Shell) Beaches | 10 | Salt Marshes |

**[2]Shoreline Technique Recommendations:**

| | |
|---|---|
| R (Recommended) | Is Preferred alternative. Method which best achieves the goal of minimizing destruction or injury to the environment |
| A (Applicable) | Variable and possibly useful but may result in limited adverse effects to environment |
| P (Possible) | Effectiveness and possible harm to environment would have to be carefully evaluated |
| X | Do Not Use |

[3] Cutting will depend upon time of year. Consider only if re-oiling of birds possible.

[4] Requires State approval for all cases. RRT approval also required for federalized spills.

USSER-000418     004280



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### 14.4.5 General Protection and Containment Techniques

**General Protection and Containment Techniques**

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| **Spills on Land** | | | | |
| **A. Containment / Diversion Berms** | Construct earthen berms ahead of advancing surface spill to contain spill or divert it to a containment area. | Equipment* 1 backhoe, bulldozer, front-end loader, or set of hand tools Personnel 4-8 Workers | • Steep Slopes • Porous substrate | • Disturbance to surface soils and vegetation • Increased oil penetration |
| **B. Storm Drain Blocking** | Block drain opening with sediments, plastic sheet, boards, etc. and secure prevent oil from entering drain. | Equipment* Misc. hand tools, 1 board, plastic sheet, mat, etc. Personnel 1-2 Workers | • Maybe advantageous for oil to enter drain • Heavy precipitation | • Increased oil penetration • Oil can spread to other areas |
| **C. Blocking Dams** | Construct dam in drainage course/stream bed to block and contain flowing oil. Cover with plastic sheeting. If water is flowing, install inclined pipes during dam construction to pass water underneath. | Equipment* 1 backhoe, bulldozer, front-end loader, or set of hand tools, 1 plastic sheeting roll. Personnel 4-6 Workers | • Upstream storage capacity • Flowing water | • Increased oil penetration |
| **D. Culvert Blocking** | Block culvert opening with plywood, sediments, sandbags, etc. to prevent oil from entering culvert | Equipment* Misc. hand tools, misc. plywood, sandbags, etc Personnel 3-4 Workers | • Upstream storage capacity • Flowing water | • Increased oil penetration |

USSER-000419

004281

# SABLE
OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

Section 14
Response Planning &
Strategies

## General Protection and Containment Techniques

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| E. Interception Trench | Excavate ahead of advancing surface/ near-surface spill to contain oil. Cover bottom and downgradient side with plastic. | Equipment* 1 backhoe or set of hand, tools, misc. plastic sheeting Personnel 3-6 Workers | • Slope • Depth to near-surface flow | • Increased oil penetration • Disturbance to surface soils and vegetation |

### Spills on Water

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| F. Diversion Booming | Boom is deployed from the shoreline at an angle towards the approaching slick and anchored or held in place with a work boat. Oil is diverted towards the shoreline for recovery. | Equipment* 1 boat, 3 anchor systems (min), 100 feet boom (min) Personnel 3 workers plus boat crew | • Currents >2-3 kts • Waves > 1-2 ft • Water depth >50 feet (anchoring) • Sensitive shorelines | • Minor substrate disturbance at anchor points • Heavy oiling at shoreline anchor point |
| G. Narrow Channel Containment Booming | Boom is deployed across entire river channel at an angle to contain floating oil passing through channel. | Equipment* 1 boat, vehicle, or winch; 1-2 booms (1.2 x channel width each); 2-10 anchor systems Personnel 2-3 Workers | • Currents >2-3 kts • Water depth >50 feet (anchoring) • Sensitive shorelines | • Minor substrate disturbance at anchor points • Heavy shoreline oiling at downstream anchor point |

Revision 1

©The Response Group

14-16

USSER-000420

004282

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### General Protection and Containment Techniques

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| H. Sorbent Barriers | A barrier is constructed by installing two parallel lines of stakes across a channel, fastening wire mesh to the stakes, and filling the space between with sorbents. | Equipment* (per 100 ft of barrier): misc. hand tools, 1 boat, 20 fence posts, 200 ft wire mesh, 200 ft2 sorbents, misc. fasteners, support lines, additional stakes, etc. Personnel 2-3 Workers | • Water depths >5-10 feet<br>• Currents >0.5 kts<br>• Soft substrate | • Minor substrate disturbance at post and shoreline anchor points<br>• High substrate disturbance if boat is not used |
| I. Exclusion Booming | Boom is deployed across or around sensitive areas and anchored in place. Approaching oil is excluded from area. | Equipment* (per 500 ft of boom): 1 boat, 6 anchor systems, 750 ft boom (min) Personnel 3 workers plus boat crew | • Currents >1-2 kts<br>• Waves >1-2 feet<br>• Water depth >50 feet (anchoring) | • Minor substrate disturbance at anchor points |
| J. Deflection Booming | Boom is deployed from the shoreline away from the approaching slick and anchored or held in place with a work boat. Oil is deflected away from shoreline. | Equipment* 1 boat, 5 anchor systems, boom (200 feet) Personnel 3 workers plus boat crew | • Currents >2-3 kts<br>• Waves >1-2 feet<br>• Water depth >50 feet (anchoring)<br>• Onshore winds | • Minor substrate disturbance at anchor points<br>• Oil is not contained and may contact other shorelines |

USSER-000421

004283

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

## General Protection and Containment Techniques

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| K. Inlet Dams | A dam is constructed across the inlet or channel using local shoreline sediments to prevent oil from entering inlet. Dam can be covered with plastic to minimize erosion. | Equipment* 1 backhoe, bulldozer, front-end loader, or set of hand tools, 1 plastic sheeting roll Personnel 2-6 workers | • Water outflow • Inlet depth >5 feet • Excessive inlet width | • Sediment/vegetation disturbance at borrow areas • Inlet substrate disturbance • Increases suspended sediments • Water in inlet can become stagnant |
| L. Debris / Ice Exclusion | Install fence barrier upstream of containment site to exclude debris/ice | Equipment* (per 100 ft of barrier): misc. hand tools, 1 boat, 10 fence posts, 100 feet cyclone fence, misc. fasteners, support lines, etc. Personnel 2-3 workers | • Water depth >5- 10 feet • Currents >3-4 kts • Soft substrate | • Minor substrate disturbance at post an anchor points |

## Releases of LPG/HVL/Gases to the Atmosphere

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| M. Controlled burn | Allow the material to consume itself in a safe and controlled manner. If flammable material is not burning may want to consider a **controlled ignition**. | Equipment * Flares/torches Personnel A trained ignitor from a safe distance | • Managing the fire and heat • Damaging force of ignition | • Damages of fire and heat on exposures |

USSER-000422

004284



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### General Protection and Containment Techniques

| Technique[1] | Description | Primary Logistical Requirements | Use Limitations[2] | Potential Environmental Effects |
|---|---|---|---|---|
| N. Vapor Suppression | Apply water spray/fog over the released liquid to reduce the formation of vapors. | Equipment *<br>Fire truck (water pumper) Foam generator unit Foam tanker or trailer<br>Personnel<br>1 operational crew per unit | • Limited reductions<br>• Fire/explosive hazard.<br>• Water may cause material to spread | • Temporary flooding<br>• Minor disturbance to surface soils and vegetation |
| O. Dissipation or dispersion | Apply a medium (air/gas/chemical) to disperse, dissolve, diffuse or in any way dissipate the density of the released material. | Equipment *<br>Fans/blowers/air movers Nitrogen generator trucks<br>Personnel<br>1 operational crew per unit | • Minimal effectiveness<br>• Fire/explosive hazard. | -- |

**NOTES 1.0:** Techniques A through I appeared on Table 5.5-1 in Volume 1 as appropriate techniques for containment and recovery. These techniques have been assigned the same letter designation as Table 5.5-1 for consistency. 20 In addition to implementation time and accessibility.
* Need to establish a safe perimeter and follow safety precautions as appropriate before work begins, i.e., TGSM, JSA, and Hot Work Permit procedures.

The NOAA Shoreline Cleanup Assessment Manual will be referenced when planning for shoreline cleanup at https://response.restoration.noaa.gov/sites/default/files/manual_shore_assess_aug2013.pdf

USSER-000423

004285



### 14.4.6    Tactical Strategies for Initial Response

Tactical response strategies have been developed for the entire Las Flores Pipeline corridor have been developed and are contained in the Las Flores Tactical Response Plan. The following maps contain the response information for the areas projected to be impacted by the RWCS / 72-Hr Trajectory.

The following maps are the portion of the Las Flores Pipeline System Tactical Response Plan that covers the RWCS / 72-Hr Trajectory area. For pre-planned response tactics for the entire pipeline system please refer to the Las Flores Pipeline System Tactical Plan.

USSER-000424                                                                    004286



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### 14.5 General Toxicity Effects and Persistence

### 14.5.1 Environmental Toxicity

In general, oil can be toxic to biological resources. Oil contamination of intertidal areas, waterfowl, and fur-bearing mammals can be severe.

| Potential Toxicity to Biological Resources | |
|---|---|
| **Wildlife** | Wildlife is susceptible to significant injury and mortality from contact with oil spills. In general, the degree of sensitivity to oil spills is based on habitat location and behavioral characteristics. For example, most waterfowl and shorebirds, particularly diving birds, are very sensitive to oil spills due to their extensive use of the water, whereas terrestrial birds may nest near the water but have a low sensitivity to oil spills if they do not frequent shoreline areas. Similarly, animals that frequent coastal areas may be impacted by oil spills if they feed on vegetation or dead animals along the shoreline that could become oiled.<br><br>Wildlife impacts may result from the physical effects of the oil on their fur or feathers or through ingestion during preening or scavenging. Selected marine mammals (e.g., sea otters and fur seals) and birds (primarily waterfowl) rely on their fur or feathers for insulation and buoyancy, which can be adversely affected if they become oiled. Significantly oiled sea otters, fur seals, or birds can perish from hypothermia and exhaustion or may become sick from ingestion of the oil while preening. The effects of ingestion vary depending on the toxicity of the oil. In general, the lighter the crude oil or petroleum product, the more toxic it is to wildlife. |
| **Finfish and Shellfish** | The sensitivity of various fish species to oil spills typically depends on their growth stage (juveniles are much more sensitive than adults), their feeding or migration habits, and oil type. Species that frequent shallow or near-surface areas will often be exposed to higher concentrations of dissolved hydrocarbons than those that reside primarily in deeper waters. Lighter crude oils and refined petroleum products have a greater impact on fish than heavier oils due to their generally greater solubility and higher concentrations of toxic components. |
| **Kelp and Eelgrass Beds** | Kelp and eelgrass beds are valuable habitats for numerous finfish and shellfish. Eelgrass is much less abundant than kelp but is used as spawning grounds for some fish and as an important sanctuary for several planktonic organisms. Eelgrass is very susceptible to the toxic and physical effects of oil spills. Kelp beds also serve as habitats and sanctuaries for several finfish, shellfish, and other marine organisms but are less susceptible to the effects of oil spills. Kelp fronds and blades are covered with mucus that inhibits the oil from sticking although a kelp forest canopy can trap substantial quantities of oil, resulting in the mortality of many organisms inhabiting the canopy. The effect of the oil is generally short term due to kelp's rapid growth rate. |

USSER-000425

004287



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### 14.5.2    Oil Persistence

In general, the longer the oil is expected to persist on a shoreline, the higher the priority for protection.  Long-term oil persistence can present chronic toxicity effects as well as affecting the natural sediment erosional and depositional processes.

| Potential Persistence or Residence Time of Stranded Oil on A Shoreline Factors |
| --- |
| ✓ Degree of impact |
| ✓ Type of shoreline sediments |
| ✓ Level of exposure to the elements |

In general, higher degrees of impact, coarser, well-sorted sediments, and lower levels of exposure to wind, waves, currents, and tidal flushing will increase the residence time of the oil on the shoreline.  Coarser grain sediments usually permit the oil to penetrate deeper into the shoreline but can also allow for greater tidal flushing and natural degradation.  Finer grained sediments typically inhibit penetration but if oil does become incorporated into the sediments, residence time will increase.

Lower levels of exposure, such as in protected inlets of bays, will increase the residence time due to the decreased natural abrasion caused by sediment movements and flushing action by wind, waves, and tides.  Protected areas may also be shaded and calm, which could inhibit evaporation and photo-oxidation.

USSER-000426

004288



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### 14.5.3    Emergency Response Guidebook

The following response guidelines are based on emergency response procedures in the *2016 Emergency Response Guidebook* (ERG2016), which were developed jointly by the U.S. Department of Transportation, Transport Canada, and the Secretariat of Transport and Communications of Mexico.

## POTENTIAL HAZARDS

**FIRE OR EXPLOSION**

- **DO NOT EXTINGUISH A LEAKING GAS FIRE UNLESS LEAK CAN BE STOPPED**

**EXTREMELY FLAMMABLE**

- Will be easily ignited by heat, sparks, or flames.
- Will form explosive mixtures with air.
- Vapors from liquefied gas are initially heavier than air and spread along the ground.
- Vapors may travel to a source of ignition and flash back.
- Cylinders exposed to fire may vent and release flammable gas through pressure relief devices.
- Containers may explode when heated.
- Ruptured cylinders may rocket.

**HEALTH**

- Vapors may cause dizziness or asphyxiation without warning.
- Some may be irritating if inhaled at high concentrations.
- Contact with gas or liquefied gas may cause burns, severe injury and/or frostbite.
- Fire may produce irritating and/or toxic gases.

## PUBLIC SAFETY

CALL Emergency Response Telephone Number on Shipping Paper or Pipeline sign first. If Shipping Paper is not available or no answer, refer to the appropriate telephone number listed on the inside back cover.

- Isolate spill or leak area immediately for at least 100 meters (330 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Many gases are heavier than air and will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Keep out of low areas.

**PROTECTIVE CLOTHING**

- Wear positive pressure self-contained breathing apparatus (SCBA).
- Structural firefighters' protective clothing will only provide limited protection.
- Always wear thermal protective clothing when handling refrigerated/cryogenic liquids.

**LARGE SPILL**

Consider initial downwind evacuation for at least 800 meters (1/2 mile).

**FIRE**

If tank, rail car or tank truck is involved in a fire ISOLATE for 1600 meters (1 mile) in all directions; also consider initial evacuation for 1600 meters (1 mile) in all directions.

USSER-000427          004289



**SABLE** OFFSHORE CORP. | Las Flores Pipeline Integrated Contingency Plan | Section 14: Response Planning & Strategies

## EMERGENCY RESPONSE FOR FIRES

### FIRE
- **DO NOT EXTINGUISH A LEAKING GAS FIRE UNLESS LEAK CAN BE STOPPED.**

### SMALL FIRES
- Dry chemical or $CO_2$.

### LARGE FIRES
- Water spray or fog.
- Move containers from fire area if you can do it without risk.

### FIRE INVOLVING TANKS
- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Cool containers with flooding quantities of water until well after fire is out.
- Do not direct water at source of leak or safety devices icing may occur.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from tanks engulfed in fire.
- For massive fire use unmanned hose holders or monitor nozzles; if this is impossible withdraw from area and let fire burn.

### SPILL OR LEAK
- ELIMINATE all ignition sources (no smoking, flares, sparks, or flames in the immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch or walk through spilled material.
- Stop leak if you can do it without risk.
- If possible, turn leaking containers so that gas escapes rather than liquid.
- Use water spray to reduce vapor or divert vapor cloud drift. Avoid allowing water runoff to contact spilled material.
- Do not direct water at spill or source of leak.
- Prevent spreading of vapor through sewers, ventilation systems and confined areas. ·Isolate area until gas has dispersed.
- Isolate area until gas has dispersed.

**CAUTION: When in contact with refrigerated/cryogenic liquids, many materials become brittle and are likely to break without warning.**

USSER-000428

004290

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### FIRST AID

- Move victim to fresh air.
- Call 911 or emergency medical service.
- Give artificial respiration if victim is not breathing.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- Clothing frozen to the skin should be thawed before being removed.
- In case of contact with liquefied gas, thaw frosted parts with lukewarm water.
- In case of burns, immediately cool affected skin for as long as possible with cold water. Do not remove clothing if adhering to skin.
- Keep victim warm and quiet.
- Ensure that medical personnel are aware of the material(s) involved and take precautions to protect themselves.

### 14.5.3.1 Critical Safety Considerations to Be Evaluated

#### Critical Safety Considerations To Be Evaluated

- Potential for multiple hazards
- Risk of pipe/container failure
- Vulnerability to external heating
- Requirements for adequate water supply
- Risks from secondary exposures
- Risks from pressure-fed fires
- Risks from low lying areas or confined spaces
- Protective clothing and equipment requirements

#### Hazard and Risk Evaluation

- Hazard and risk assessment is a definitive step taken by the Incident Commander to identify the hazards involved in the incident and evaluate the potential risks of each tactical option being considered.
- Hazard and risk assessment should be an on-going process used by the Incident Commander along the entire timeline of the incident.
- It begins upon arrival at the emergency scene and continues along the incident timeline until the problem has been safely resolved and the incident is terminated.

#### Hazard Assessment

- The "hazard" side of the evaluation focuses on the materials known physical and chemical characteristics.

#### Risk Assessment

- "Risk" refers to the probability of suffering harm or loss. Risks are dynamic and can change from one incident to the next.

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### Sizing-Up Risks

- Time the incident started
- Time responders arrived on-scene.
- Layout of the incident:
- Size and type of container involved
- Nature of the stress (e.g., Thermal vs. Mechanical)
- Type of container breach
- Types of pressure relief devices present.
- Valves and control points being stressed or destroyed by the fire.
- Presence of any fixed or semi-fixed fire protection systems
- Identify and prioritize exposures.
- Size and type of area being affected by the liquid release or fire
- Resources available to combat the problem.

### 14.5.3.2    Emergency Response Operational Modes

### Offensive Mode Operations

- Commits resources to aggressive leak and fire control objectives.
- Designed to quickly control or mitigate the problem.
- Can increase the risk to emergency responder.
- Unless:
- Rescue operations can be quickly achieved.
- The leak can be rapidly confined or contained.
- The fire can be quickly extinguished.

### Defensive-Mode Operations

- Commit Resources to less aggressive objectives.
- A defensive strategic goal/tactical objective is achieved by using specific types of defensive tactics.
- Some examples of defensive modes:
- Evacuations of effected areas.
- Cooling facilities with unmanned fire monitors.

### Non-Intervention Mode

- Non-intervention means taking no action other than isolating the area.
- Emergency responders wait out the sequence of events.
- Usually produces the best outcome when offensive or defensive strategic goals will place responders at an unacceptable risk.
- Potential costs of action far exceed any benefits.

**SABLE** OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

**Section 14:**
Response Planning &
Strategies

### 14.5.3.3 Emergency Response Process Steps

**Eight Step Process**

1. Site management and control
2. Identify the problem
3. Evaluate the hazards and risks
4. Select the proper protective clothing
5. Develop plan of action and coordinate resources
6. Implement response objectives
7. Decontamination and clean-up operations
8. Terminate the emergency

**Step 1 - Site Management**

Upon arrival at the scene of the emergency

- Determine the extent of the hazard area.
- Establish a security perimeter.
- Designate hazard control zones
- Assume command and control of the incident in accordance with ICS

**Special Care Should Be Used When Positioning Emergency Vehicles**

- Park well outside of the area of greatest risk.
- Control ignition sources immediately.
- Incident Commander should size-up to determine if immediate rescue of workers/public is required.
- Escape route out of the hazard area should be identified.

**Access To the Emergency Site Should Be Restricted**

- Designate hazard control zones around the emergency scene.
- Restricted areas should be communicated to all personnel.
- Establish a staging area and appoint a staging officer.

**Step 2 - Identify the Problem**

- Identify, confirm, and verify the type of hazardous material(s) involved in the release.
- What type of flammable liquid?
- Type and quantity of vessel/pipeline/equipment involved.
- Write down all information obtained.
- Verify the source and accuracy of all information.

**Do not permit entry into the hazard area without the appropriate level of PPE and self-contained breathing apparatus (SCBA) until the problem has been identified. Never permit response personnel to perform activities such as leak control inside areas where un-ignited flammable vapor has accumulated.**

USSER-000431

004293



### Step 3 - Evaluate the Hazards and Risks

Evaluate the health and safety hazards of the products.

A. Other hazardous materials involved?

B. Physical and chemical characteristics?

C. Environmental conditions?

D. Monitor the emergency scene to determine the concentrations of vapor present. **Caution: Personnel Taking Air Samples Should Use Proper Personal Protective Equipment.**

E. Compare the resources available vs. the level required to effectively handle the problem.

F. Modifications to the suggested size and perimeters of the hazard control zones may be required.

G. Based upon the results of the site characterization, determine the manner in which the incident should be handled.

### Factors Which May Influence The Level Of Risk Include:

- Presence of ignition sources.
- Type of hazardous material(s) released and their properties (e.g., Flammability, toxicity, and reactivity).
- Amount of product released and total surface area or volume.
- Type of equipment and stressors such as thermal, chemical, and mechanical that may affect the integrity of the container.
- Probability that the fire/release will be confined to its present size.
- Proximity of exposures.
- Weather conditions.
- Level of available resources to safely mitigate the problem, and their approximate response time.
- Availability of cooling water in sufficient quantities to prevent equipment failure.
  - If an adequate water supply is not available for protecting exposures or controlling the spill, Incident Commander should consider implementing defensive or non-intervention tactics until adequate resources are available and personnel are properly protected.

### Step 4 - Select Proper Protective Clothing

- Selection of the proper type and level of personal protective clothing and equipment depend upon:
- The hazards and properties of the material(s) involved in the emergency.
- Response objectives to be implemented.

USSER-000432

004294



## Step 5 - Develop Plan of Action and Coordinate Resources

A. Verify that hazard control zones have been established and that this information has been communicated to all on-scene personnel.
- Special attention should be given to operators, maintenance personnel, and contractors who may be supporting the emergency response operation.
- Do not permit unprotected personnel to enter the hazard area.

B. Ensure that all internal and external notifications have been made.

C. Coordinate all plans for controlling the emergency with the FOSC, SOSC, and LOSC to assure that a coordinated plan of action is safely implemented.

D. Coordinate information and provide briefings to federal, state, and local governmental authorities.

E. Protect exposures at the emergency scene.
- Anticipate accidental ignition of flammable gas.
- Exposures should be evaluated and prioritized so that water supplies and emergency response teams are conserved and used correctly.
- Exposures should be prioritized as:
- **Primary exposures**
- **Secondary exposures**
- **Tertiary exposures**

F. Incident Commander should develop a water supply plan.

G. The water supply sector should ensure that fire pumps are operating (at fixed facilities) and that an uninterrupted water supply can be delivered for the duration of the emergency.

H. Incident Commander should assure that all officers within the incident management system have been briefed on their division/group role in mitigating the emergency.

## Step 6 - Implement Response Objectives

A. The Incident Commander should determine whether the emergency can be handled using:
- Offensive tactics
- Defensive tactics
- Non-intervention tactics

B. Evaluate the risks before entering the hazard area to conduct operations in the hot zone. Rapidly changing conditions must be considered an extremely hazardous situation and subsequent approach carefully considered.

## Offensive Tactics

- Increase the risks to emergency responders.
- May be justified at a facility emergency if:
  - Rescue/extrication of trapped or injured workers/public is necessary and can be achieved with minimal risk to emergency responders.

USSER-000433

004295



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### Defensive Tactics

- Decrease the risk to emergency responders.
- May be employed at an emergency such as a facility fire.
- Isolating the source of fuel to the fire by remotely closing valves
- Shutting down pumps.

**Defensive tactics are always desirable over offensive tactics if accomplishing the same objectives.**

### Non-intervention Tactics

- Significantly Decrease Risk to Emergency Responder.
- All Responders and Employees Are Withdrawn to a Remote and Safe Location.
- Unmanned Monitors and Fixed Water Spray Systems Are Used to Protect Exposures.
- Fires Are Allowed to Burn and the Risk of Container Failure Has Passed.

### Before Initiating Operations

- Ensure that properly equipped back-up personnel wearing the appropriate level of personal protective clothing are in-place.
- Verify that entry teams have been briefed prior to being allowed to enter the hot zone.
- Coordinate operations with the site safety officer using a site safety and health plan.

### For Hazardous Materials Emergencies, Safety Issues Should Include the Following:

- Objectives of the entry operation.
- Radio communications, SCBA and PPE checks.
- Emergency procedures, including the emergency escape signal.
- Determine if decontamination will be required after entry operations are completed. Assure that the decontamination area is set up and ready.

**CAUTION:**

- Do not enter the hazard area unless properly trained and equipped for the hazard(s) present and for the specific task(s) to be performed.
- If possible, remotely isolate the source of the release.
- Prevent possible ignition of the escaping material.

### Firefighting Operations Should:

- Protect primary and secondary exposures to the fire.
- Isolate the flammable liquid source feeding the fire.
- Control and extinguish secondary fires.
- Cool containers.

USSER-000434

004296

**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
sponse Planning &
Strategies

### Step 7 - Decontamination and Clean-up Operations

A. The Incident Commander should establish a decon area to ensure that all responders are properly decontaminated.

B. Maintain respiratory protection until contaminated protective clothing is removed or decontaminated.

C. Protective clothing must be rinsed with water or decon solutions to remove any residual hazardous liquids.

### Step 8 - Terminate the Emergency

A. The incident commander should terminate the emergency phase of the incident when:
   - All direct threats to the health and safety of the public and facility personnel are removed.
   - Although operational safety and health hazards may remain, the problem(s) which initially created the emergency have been brought under control or isolated.

B. The Incident Commander should account for all responders before securing site operations.
   - The names and telephone numbers of each person who may have been exposed to hazardous materials involved in the emergency should be obtained and formally documented.
   - Determine if medical surveillance is required for these individuals.

C. Before leaving the scene of the emergency, the Incident Commander should assure:
   - That all equipment and supplies used during the incident have been accounted for and that damaged equipment has been identified.
   - All emergency equipment should be re-serviced, inspected and returned to proper locations.
   - Any damaged equipment should be marked as being "out of service".

D. Conduct an incident debriefing session for all personnel involved in the emergency.
   - As a general rule, critiques of emergency response operations should be scheduled within two weeks of the emergency so that lessons learned may be discussed and documented.
   - Prepare and submit the required critique documentation to Sable Offshore Corp. Las Flores Pipeline Qualified Individual ▮▮▮▮▮▮

USSER-000435

004297



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

## 14.6 Use of Alternative Response Technologies in California

Sable Offshore Corp. will utilize Special Monitoring of Applied Response Technologies (SMART) protocols for monitoring all uses of alternative response technologies. Monitoring teams will observe and collect data on effectiveness and environmental consequences of applied methods for a period of three days after initial application and then periodic monitoring thereafter.

The use of Alternative Response Technologies will be considered from a Net Environmental Benefit/Spill Impact Mitigation perspective, i.e., the impact from their use should be weighed against the impact of untreated oil stranding in potentially sensitive environments.

### 14.6.1 Dispersant Use

The LA/LB Area Contingency Plan, Section 3260, provides a brief discussion on the use of dispersants, and refers to the Regional Contingency Plan (RCP), Appendix XII, which is maintained and hosted by the CDFW Office of Spill Prevention and Response at: https://wildlife.ca.gov/OSPR/Contingency

The RCP contains the California Dispersant Plan which provides policies and guidelines to allow the federally pre-designated U.S. Coast Guard (USCG) Federal On-Scene Coordinator (FOSC) and/or the Unified Command to use dispersants in a timely manner to 1) prevent or substantially reduce a hazard to human life; 2) minimize the adverse environmental impact of the spilled oil; and 3) reduce or eliminate the economic or aesthetic losses of recreational areas.

Only dispersants and chemicals accepted by the U.S. EPA and the CDFW (representing the State of California) shall be used. The application and use of oil spill cleanup agents in California shall comply with Article Three (Sections 2332 through 2336) of California Code of Regulation, Title 23.

### 14.6.1.1 Methods of Deployment

Open water with sufficient depth and volume for mixing and dilution and fresh oil are the preferred conditions for dispersant application. As the oil is subjected to heat, sunlight, and water, it generally goes through a variety of changes that are the result of the process known as "weathering." In general, the results of weathering lead to an increase in viscosity of the oil as the lighter hydrocarbon components are lost and the effectiveness of dispersant applications may be reduced. As a result, it is important that the initial dispersant application should be completed as soon as possible, usually within the first 48-72 hours. Dispersants are an important oil spill response option and should always be considered from a Net Environmental Benefit perspective, i.e., the impact from their use should be weighed against the impact of untreated oil stranding in potentially sensitive environments.

USSER-000436　　　　　　　　　　　　　　　　004298



There are three primary methods of applying dispersants to an oil spill. These methods involve the use of airplanes and helicopters for aerial application, the use of boats for on-water application and subsea injection at a leaking wellhead. Due to the nature of the Las Flores Pipeline, Subsea dispersant use is not likely a viable response option and is not discussed further in this plan. Additional information on Subsea dispersant use can be found in the SYU Pacific Oil Spill Response Plan. A discussion of aerial and marine application and information on the rates of application follows.

### Aerial Dispersant Application

Aerial application is one method pre-approved by the Regional Response Team (RRT). This method involves the application of dispersants from an airplane, and typically involves the use of a C-130, Boeing 737 or BE-90 King Air directed by a spotter plane. The C-130 and the C-130 with ADDS pack have capacities of 3,250 and 5,000 gallons respectively. Aerial application can be hindered by poor weather (rain, fog, etc.).

While aerial application can be extremely effective, it can be limited by poor weather conditions (e.g., rain and fog) and it is only allowed during daylight hours. The typical application rate target is 5 gallons per acre.

### Marine Dispersant Application

Aerial application is one method pre-approved by the Regional Response Team (RRT). This method involves the application of dispersants from an airplane, and typically involves the use of a C-130, Boeing 737 or BE-90 King Air directed by a spotter plane. The C-130 and the C-130 with ADDS pack have capacities of 3,250 and 5,000 gallons respectively. Aerial application can be hindered by poor weather (rain, fog, etc.).

While aerial application can be extremely effective, it can be limited by poor weather conditions (e.g., rain and fog) and it is only allowed during daylight hours. The typical application rate target is 5 gallons per acre.

USSER-000437 004299



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

#### 14.6.1.2 Application Equipment

The following table lists providers of dispersant application equipment in the Pacific Region. Each of these organizations is either an approved Sable Offshore Corp.'s OSRO or is a primary provider of MSRC, Sable Offshore Corp.'s primary equipment provider. In addition to this, a variety of vessel-mounted dispersant delivery systems are available as well.

| Application Equipment | | | | |
|---|---|---|---|---|
| **Equipment** | **Quantity/ Type** | **Location** | **Contractor** | **Phone No.** |
| Aircraft Spraying | Boeing 737 | Moses Lake, WA | MSRC | 800-645-7745 |
| | BE-90 King Air | Bridgewater, VA | MSRC | 800-645-7745 |
| | BE–90 King Air | Kiln, MS | MSRC | 800-645-7745 |
| | C-130 with ADDS Pack | Port Everglades, FL | OSRL | **01 144 23 8033 1551** |
| Dispersant Spotter Aircraft | Bell 206L Bell 206B | Oxnard, CA | Aspen | 805-985-5416 |

#### 14.6.1.3 Permits and Approval for Dispersant Use

At the time of an oil spill incident, the FOSC is authorized to evaluate the use of chemical dispersants. Currently, all dispersant us in California is governed by either the pre-approval process, the preapproval with consultation process, or the incident specific RRT approval required process.

Due to its location on land, any spill from the Las Flores Pipeline would be within the Incident Specific Authorization Zone, and any use of dispersants would require the approval of the RRT, through the FOSC.

Detailed information regarding the implementation of these processes as well as all applicable checklists for approval are outlines in the RRT IX California Dispersant Use Plan.

The following page contains the RRT IX Dispersant Use Decision Flowchart outlining the evaluation steps to determine the appropriateness of dispersant use.

USSER-000438 004300



## RRT IX Dispersant Use Decision Flowchart for California

**Presumed:** Oil has been spilled, dispersant use is being evaluated for its appropriateness to the incident, and the DISPERSANT DECISION SUPPORT CHECKLIST is being completed.

**Policy:** It is RRT IX policy that the NOAA SSC and/or the CDFW–OSPR ART Technical Specialist lead the dispersant evaluation process whenever possible.

The spilled oil is in the RRT IX dispersant **Pre-Authorization Zone** (Outside state waters, more than 3 miles from the border with Mexico, and not within a NMS).

The spilled oil is in the RRT IX dispersant **Incident-Specific Authorization Zone** (Within 3 miles of shore or CA/MX border, within NMS boundaries, is a subsea use, or surface use exceeding 4 days).

**DIS-0** Baseline criteria for use have been met and any special considerations of use addressed.

**DIS-1** The spilled oil is a type considered dispersible within a workable time frame, with an available agent on both the NCP Product Schedule and the State OSCA licensing list.

**DIS-2** Ocean and/or weather conditions may be suitable for dispersant use.

**DIS-3** Dispersants can be safely applied with proper and available resources, platforms and trained personnel.

**DIS-4** *(NEB previously addressed as part of RRT IX Pre-Authorization Zone planning. Continue to DIS-5).*

**DIS-4** Dispersants are reasonably expected to provide a net environmental benefit (NEB).

**DIS-5A** FOSC advised on dispersant use recommendation, and any required or recommended conditions of use and/or Best Management Practices (BMPs) that will support NEB.

**DIS-5B** FOSC advised on dispersant use recommendation and decides to move forward to RRT IX review.

**DIS-6A** *(Dispersant use at FOSC discretion, incorporates appropriate conditions of use and BMPs. Reference DIS-5A Decision Form and continue to DIS-7).*

**DIS-6B** RRT IX reviews and authorizes FOSC request for dispersant use, with conditions and possible additional BMPs.

**DIS-7** FOSC applies dispersants and informs RRT IX and other stakeholders of initial actions and results.

**DIS-8** On-going evaluation of dispersant effectiveness, wildlife monitoring, use of BMPs, and ability to adjust operations as spill conditions change.

**DIS-9** FOSC determines whether dispersant appears effective, and that ongoing dispersant use is environmentally justified and operationally safe.

**STOP further consideration. Inform RRT IX and FOSC.**

- **I** Request SMART
- **II** Put wildlife observers on standby
- **III** Evaluate need and resources for additional water monitoring
- **IV** Updates to RRT, agencies, and public regarding dispersant use evaluation status.
- **V** Operations on weather or resource standby. Reassess, proceed when and if conditions suitable and resources are available.

**STOP**

- **VI** Inform adjacent RRT & JRT as necessary
- **VII** Initiate Public Communications Plan.
- **VIII** Incorporate wildlife spotter information.
- **IX** Establish water, toxicity, seafood safety monitoring plans.

**14.6.1.4    Toxicity Data**

USSER-000439                                    004301



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

The toxicity of various dispersants has been measured on several occasions, most recently during the summer of 2010 and the recent $LC_{50}$ values of Corexit EC9500A are presented in the following summary along with prior values for Corexit 9527.

The $LC_{50}$ values represent the concentration, in ppm, causing a 50% mortality over a given period (i.e., 96-hour). For comparison, information for other dispersants that are listed on the EPA National Contingency Plan (NCP) list may be found on the EPA website.

EPA toxicity tests show that among a group of eight dispersants, Corexit EC9500A is among the lesser toxic products.

| Toxicity Data | | |
|---|---|---|
| **Name:** | **Corexit EC9500A** | |
| **Manufacturer:** | Nalco Company | |
| **When Available:** | Immediately (nationwide) | |
| **State Locations:** | Long Beach, Carpinteria, Concord, Cojo Mooring, Richmond, Santa Barbara & Eureka/Humboldt Bay. | |
| **Amounts:** | 33,000+ gal (thru MSRC locally, additional amounts available at out of state locations and from other providers) | |
| **Toxicity ($LC_{50c}$)\*:** | Menidia beryllina (inland silverside) | 130 ppm @ 96-hr |
| | Mysidopsis bahia (mysid shrimp) | 42 ppm @ 48-hr |
| **Reactions:** | Non-reactive with steel equipment | |
| **Applicability:** | Successful in lab/field tests on fresh crude oil. Successful in lab and wave basin tests of heavy crude when very fresh. | |
| **Application Methods:** | Spray from fixed wing aircraft, helicopter, or spray vessel | |

*Source: Comparative Toxicity of Eight Oil Dispersant Products on Two Gulf of Mexico Aquatic Test Species, US EPA*

USSER-000440

004302



### Toxicity Data

| | |
|---|---|
| **Name:** | **Corexit EC9527A** |
| **Manufacturer:** | Nalco Company |
| **When Available:** | Immediately from current CA inventories |
| **Location:** | Carpinteria, CA |
| **Amounts:** | 9,000+ gal |
| **Toxicity (LC$_{50c}$)*:** | Menidia beryllina (inland silverside) — 14.6 ppm @ 96-hr<br>Mysidopsis bahia (mysid shrimp) — 24.1 ppm @ 48-hr |
| **Reactions:** | Non-reactive with steel equipment |
| **Applicability:** | Successful in lab/field tests on fresh crude oil. Moderately successful on lab tests of heavy crude when very fresh. |
| **Application Methods:** | Spray from fixed-wing aircraft, helicopter, or spray boat. |

*Source: Nalco/Exxon Energy Chemical Product Bulletin & U.S. EPA's National Contingency Plan Product Schedule*

### 14.6.1.5    Dispersant Effectiveness

Open water with sufficient depth and volume for mixing and dilution and fresh oil are the preferred conditions for dispersant application. As the oil is subjected to heat, sunlight, and water, it generally goes through a variety of changes that are the result of the process known as "weathering." In general, the results of weathering lead to an increase in viscosity of the oil as the lighter hydrocarbon components are lost and the effectiveness of dispersant applications may be reduced. As a result, it is important that the initial dispersant application should be completed as soon as possible, usually within the first 48-72 hours. Dispersants are an important oil spill response option and should always be considered from a Net Environmental Benefit perspective, i.e., the impact from their use should be weighed against the impact of untreated oil stranding in potentially sensitive environments.

The goal of dispersant use is to reduce the amount of oil on the water surface and a measure of its effectiveness is indicated by its performance in a variety of standard laboratory tests. For example, the "swirling flask test" results below have been reported by the US EPA. In the case of Corexit EC9500A, the results were obtained during the summer of 2010.

USSER-000441

004303



The following are results are swirling flask dispersant effectiveness test with South Louisiana (S/L) & Prudhoe Bay (P/B) Crude Oil

| Oil | COREXIT EC9500A |
|---|---|
| Prudhoe Bay Crude | 45.3% |
| South Louisiana Crude | 54.7% |
| Average of Prudhoe Bay and South Louisiana Crudes | 50.0% |

Source:  US EPA Website, 2010

| Oil | COREXIT 9527 |
|---|---|
| Prudhoe Bay Crude | 51.0% |
| South Louisiana Crude | 31.0% |
| Average of Prudhoe Bay and South Louisiana Crudes | 41.0% |

Source:  Technical product bulletin #D-1, USEPA, Oil Program Center, December 18, 1995. "Corexit 9527"

The percentage results indicate how much oil was transferred into the water column following application of the dispersant during this specific test.  Corexit EC9500A is just one example of a commercially available dispersant approved for use in the US, but it often is shown to perform better on a wider range of crude oils. Additionally, it should be noted that the swirling flask test is a relatively low energy bench test.  In other, more energetic tests as well as in real world situations, higher percentages of oil dispersion are generally encountered.  For example, in larger scale wave tank tests, it is often the case that Corexit EC9500A gives complete dispersion (e.g., >90%) of a variety of crude oils.

As the data in the following tables show, significant dispersion is observed for several California crudes up testing in the EXDET as well as in the large wave tank managed by BSEE and located in Leonardo, NJ (OHMSETT - Oil and Hazardous Materials Simulated Environmental Test Tank).

USSER-000442

004304



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

### Dispersant Effectiveness with Santa Ynez Unit Crudes (EXDET Tests)

| Crude Oil Source | % Oil Dispersed (DOR = 1:20) | |
| --- | --- | --- |
| | Corexit 9500 | Corexit 9527 |
| Hondo | 71 | 68 |
| Harmony | 50 | 43 |
| Heritage | 38 | 17 |

The following table shows, as the treatment level decreases (indicated by changes in DOR, or Dispersant to Oil Ratio), the amount of oil dispersed decreases as well, indicating that there is an optimal level of dispersant to be applied. A DOR of 1:20 represents the usual treatment level, but for heavier crudes, a higher level of dispersant may be required.

### Dispersant Effectiveness with Harmony and Heritage Oils (EXDET /OHMSETT Tests)

| Test Crude | Corexit 9527 EXDET Lab Test Efficiency (DOR) | Corexit 9500 EXDET Lab Test Efficiency (DOR) | Corexit 9500 OHMSETT Test Efficiency (DOR) |
| --- | --- | --- | --- |
| Harmony | 70 (1:10) 57 (1:20) 35 (1:50) | 72 (1:10) 72 (1:20) 51 (1:50) | 86 (1:9) 100 (1:11) 46 (1:39) |
| Heritage | 15 (1:10) 9 (1:20) 6 (1:50) | 37 (1:20) | 32 (1:6) |

### 14.6.1.6   Resources at Risk from Dispersant Use

Information regarding resources at risk from dispersant use can be found in the Dispersant Use Plan for California Job Aid 6 – Resources at Risk from Dispersant Use.

USSER-000443   004305



### 14.6.2    In-situ Burning Use

In-situ Burning is not pre-authorized within 35 miles of shore. The FOSC must obtain approval from the EPA representative to the RRT and the California Department of Fish and Wildlife (CDFW) representing the State of California. Whenever fish or wildlife resources may be affected, the EPA and State representative to the RRT may consult with the DOI and DOC natural resource trustee agencies.

It must be ensured that substances from an in-situ burn do not have a significant adverse impact to human health. The primary substance of concern is PM10, the small particulate matter contained in the smoke plume. It is generally accepted that other substances dissipate, reaching background levels well before PM10 does. An in-situ smoke plume usually stays well above ground level – hundreds to thousands of feet – but can reach the ground under certain atmospheric conditions.

As a general guideline, a decision to burn should not be made where humans would be exposed to concentrations greater than 50 µg/m3, averaged over a 24-hour period. The risk to humans from the volatiles that evaporate must also be considered since in some circumstances, the adverse impact to humans may be greater from the volatiles than from the particulate matter generated from a burn.

The following discussion addresses the seven decision-making points that are a part of the approval process for the use of in-situ burning in marine waters. The discussion briefly identifies the nature of each point and provides the rationale for each decision point. The number points correspond to the numbers aside the boxes in the In-situ Burning Decision Flowchart.

If the proposed zone of in-situ burn is 35 miles off-shore and falls within the criteria of the Federal pre-approval zone, then an in-situ burn has already been federally authorized by the RRT. State and local jurisdictions will be notified consistent with the provisions outlined in the LOA.

Most of the marine waters off California must be considered environmentally sensitive areas due primarily to the presence of foraging seabirds, migrating marine mammals, offshore islands (with bird colonies and marine mammal rookeries and haul outs), and the productive rocky intertidal and subtidal regions and associated kelp forests.

This specific path of the decision-making process would rarely be taken but it is included for purposes of completeness. There are no foreseeable situations under which an oil spill would not pose a threat to environmental resources. If the unlikely situation occurred where environmental resources were not threatened, the FOSC would rely heavily on the recommendation of the local air districts for a burn/no burn decision.

USSER-000444

004306



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 14:
Response Planning &
Strategies

Local Air Districts may have stipulated areas of their offshore air jurisdiction where they will consider that area as falling into a "Quick Approval Zone" if prevailing winds during a proposed in-situ burn operation are blowing offshore or parallel to shore.

For Santa Barbara and San Louis Obispo County Air Districts quick approval distance is >3 miles from shore.

Weather and sea state conditions can greatly affect the ability to burn oil on water. A minimum burn thickness is necessary to sustain combustion, so containment is always an issue. As this will mostly likely be accomplished by booming operations, those weather and sea state conditions that limit booming operations will operationally limit the ability to burn. As a general guideline, wave heights above 4-5 feet and wind speeds between 15-20 knots are generally the upper limits for boom operations.

The selection of in-situ burning as a cleanup/response tool would consider whether the spilled petroleum on the surface of the water (and eventually on the shoreline), and/or dispersal into the water column, would pose greater threats to natural resources than would in-situ burn combustion products in the airstream. This consideration includes evaluation of the resources at risk both on the surface of the water and within the surface microlayer and airstreams, by season, and evaluates how exposure to oil might affect the exposed species at a population level. All local, state, and federal trustee agencies will work within the Unified Command to determine if an in-situ burn will provide a net environmental benefit and result in the overall greater protection of highly sensitive environmental resources.

Meteorological and other air dispersion characteristics will be an important component in the local Air Pollution Control District recommendations and decisions regarding an incident-specific in-situ burn. Although vertical mixing is not usually a concern on the open water, plume dynamics can change if the wind direction changes and the plume contacts land. For purposes of a case-by-case determination, the local air districts will provide their best professional judgment with respect to potential public health concerns and assist the Alternative Response Technologies group in forwarding a recommendation to the FOSC/Unified Command.

There may be times when in-situ burning may be considered when local air districts are not in full support of the operation. Such circumstances would include the following:
a) If onshore contact with human populations is expected to be small enough to limit the level of concern; or
b) The FOSC/Unified Command needs to take advantage of the rapid elimination of oil that in-situ burning affords, and before weather conditions change in a manner that leads to very difficult cleanup and extensive environmental damage.

USSER-000445

004307



**SABLE** OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

Section 14:
Response Planning &
Strategies

If the local air districts do not recommend the use of in-situ burning, they must document their reasons and provide those for review by the FOSC/Unified Command and possibly the RRT. This documentation (the supplemental case-by-case form can be used) should include projected air mixing capability, any modeling and/or air quality exposure information and if concerns can be alleviated by means other than a non-burn decision (e.g., having people stay in houses for duration of burn, burning at night, burning at non-peak hours).

Once the RRT IX Case-by-Case Checklist is completed and a decision for in-situ burning use is generated, the FOSC/Unified Command will forward their request, along with any requested data, to the RRT via a phone conference call. (The ART Technical Specialists within the Planning Section can assist with briefings, before-and-after documentation, communications with trustee agencies and local air districts, and any necessary coordination with the Operations Section). Based on the information provided, the RRT will provide an approval/disapproval decision (Appendix IX) to the FOSC regarding the incident-specific use of in-situ burning.

USSER-000446

004308

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

**14.6.2.1    In-situ Burn Decision Flowchart**



See the California On-Water In-situ Burn Plan for more information.

USSER-000447

004309



### 14.6.3 Non-Dispersant Oil Spill Cleanup Agents

There are several non-dispersant oil spill cleanup agents that can be considered for oil spill remediation. (e.g., sorbents, solidifiers, herding agents, de-emulsifiers, bioremediates). Each of these products has its own considerations and limitations for use and falls under the decision-making authorities of the Region IX Regional Response Team. For more information on the use of any of these products in California contact the California Office of Spill Prevention & Response.

USSER-000448                                                    004310



## Section 15 Highly Sensitive Areas

### 15.1    Highly Sensitive Areas

#### 15.1.1    Risk and Hazard Analysis

A risk and hazard analysis was conducted for the Las Flores pipeline system which consists of Line CA-324 (Las Flores to Gaviota), Line CA-325A (Gaviota to Sisquoc), Line CA-325B (Sisquoc to Pentland), and associated equipment. The analysis used an Event Tree methodology to identify hazards in accordance with the Guidelines for Hazard Evaluation Procedures prepared for the Center for Chemical Process Safety and the Occupational Safety and Health Administration's (OSHA) Process Safety Management regulations. The Event Tree Analysis was conducted by SCS Engineers based upon pipeline conditions back in 2019. Since the Las Flores pipeline system was shutdown following a crude oil release in May 2015, the Event Tree Analysis conducted in 2019 is still valid. SCS Engineers was selected for their overall experience with the oil and gas industry, familiarity with the pipeline system, and knowledge of risk assessment methodology.

Hazards identified by the Event Tree Analysis were specific to the Las Flores pipeline system (previously known as Line 901 and Line 903) and were later ranked qualitatively for frequency (i.e., probability of occurrence) based upon operator knowledge/experience and the following definitions:

| Frequency Ranking | Probability of Occurrence |
|---|---|
| A (Frequent) | 0 to 1 year (more than once per year) |
| B (Periodic) | Every 1 to 10 years (at least once each decade) |
| C (Occasional) | Every 10 to 100 years (probably during the life of the pipeline) |
| D (Possible) | Every 100 to 10,000 years (not expected, but could occur) |
| E (Improbable) | Not for more than 10,000 years (not expected or likely to occur) |

The hazard inventory below includes a summary of potential oil discharges (including size, frequency, cause, duration, and location of all significant spills from the pipeline system) as a result of each major type of hazard identified. Spill size for the pre-mitigation scenario was estimated assuming a 12 hour shutdown time. Also listed below is a summary of the existing (functional) control measures in place that mitigate, but do not eliminate, the hazards identified. Note, the post-mitigation pipeline Reasonable Worst Case Spill (RWCS) assumes 0.23 hours for release detection and shutdown. As shown below, one of the hazards identified (external corrosion) resulted in a release from this pipeline system.

USSER-000449                    004311



The pipeline system is located within Santa Barbara, San Luis Obispo, and Kern counties. A release could occur anywhere along the route (see maps in this section for details).

All supporting documentation used to develop the Risk and Hazard Analysis summary shall be made available to the Administrator upon request.

USSER-000450

004312

# SABLE
## OFFSHORE CORP.

**Las Flores Pipeline**
**Integrated Contingency Plan**

**Section 15:**
**Highly Sensitive Areas**

| No. | Potential Hazard | Cause | Potential Release Location [1] | Spill Frequency Ranking (Probability of Occurrence) [2] | Spill Volume (Pre-Mitigation) (bbl) [3] | Spill Duration (Pre-Mitigation) (hours) [4] | Existing Control Measures to Mitigate Hazard [5] | Spill Volume (Post-Mitigation) RWCS (bbl) [6] | Spill Duration (Post-Mitigation) (hours) [7] | Hazard Resulted in Historical Spill? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crude oil release from pipeline system | Construction-, installation-, fabrication-, and/or defect-related | CA-324: Las Flores Canyon to Gaviota | ▮ | ▮ | ▮ | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | ▮ | ▮ | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| 2 | Crude oil release from pipeline system | Corrosion – external | CA-324: Las Flores Canyon to Gaviota | ▮ | ▮ | ▮ | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | ▮ | ▮ | Yes (2,934 bbl crude oil released on 5/19/2015) |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| 3 | Crude oil release from pipeline system | Corrosion – internal | CA-324: Las Flores Canyon to Gaviota | ▮ | ▮ | ▮ | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | ▮ | ▮ | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.5)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3) | | | No |

@The Response Group

15-3

Revision 1

**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

| No. | Potential Hazard | Cause | Potential Release Location [1] | Spill Frequency Ranking (Probability of Occurrence) [2] | Spill Volume (Pre-Mitigation) (bbl) [3] | Spill Duration Pre-Mitigation (hours) [4] | Existing Control Measures to Mitigate Hazard [5] | Spill Volume (Post-Mitigation) RWCS (bbl) [6] | Spill Duration (Post-Mitigation) (hours) [7] | Hazard Resulted in Historical Spill? |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | • Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | |
| 4 | Crude oil release from pipeline system | External force damage - by other equipment (excavation, vehicle, etc.) | CA-324: Las Flores Canyon to Gaviota | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| 5 | Crude oil release from pipeline system | External force damage - natural (earth movement, temperature, etc.) | CA-324: Las Flores Canyon to Gaviota | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| 6 | Crude oil release from pipeline system | Failure - material, seal, connection, etc. | CA-324: Las Flores Canyon to Gaviota | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4) | | | No |

©The Response Group

Revision 1

15-4

USSER-000452

004314

# SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

| No. | Potential Hazard | Cause | Potential Release Location [1] | Spill Frequency Ranking (Probability of Occurrence) [2] | Spill Volume (Pre-Mitigation) (bbl) [3] | Spill Duration (Pre-Mitigation) (hours) [4] | Existing Control Measures to Mitigate Hazard [5] | Spill Volume (Post-Mitigation) RWCS (bbl) [6] | Spill Duration (Post-Mitigation) (hours) [7] | Hazard Resulted in Historical Spill? |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | • Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | |
| 7 | Crude oil release from pipeline system | Failure - malfunction of control or relief equipment | CA-324: Las Flores Canyon to Gaviota | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| 8 | Crude oil release from pipeline system | Failure – over pressurization | CA-324: Las Flores Canyon to Gaviota | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| | | | CA-325A/B: Gaviota to Pentland | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |
| 9 | Crude oil release from pipeline system | Failure - operator error | CA-324: Las Flores Canyon to Gaviota | | | | • General discharge prevention (see Section 2.2.1)<br>• Third-party damage prevention (see Section 2.2.2)<br>• Piping discharge prevention (see Section 2.2.3)<br>• Storage tank discharge prevention (see Section 2.2.4)<br>• Secondary containment and drainage discharge prevention (see Section 2.2.5)<br>• Operator (human) error prevention (see Section 2.2.6)<br>• Discharge detection and shut down (see Sections 2.3)<br>• Recognizing an emergency (see Section 2.3.4)<br>• Public awareness program (see Section 2.4)<br>• Emergency response action (see Section 3) | | | No |

Revision 1

©The Response Group

15-5

USSER-000453

004315



©The Response Group

Revision 1

USSER-000454

004316



### 15.1.2 Sensitive Area General Protection Measures and Strategies

The protection of social, economic, and environmentally sensitive areas is of primary importance in the response to an oil spill incident. The primary sensitivity of concern should be the potential impact to the safety and health of the people in the vicinity of the incident. Protection of incident sensitivities is generally accomplished by preventing spilled liquids from impacting the sensitive areas through:

- Mitigation strategies and tactics which reduce the amount of a hazardous substance released and removes the potentially affected people from the hazard or protects them from the safety and health exposure risk
- Implementation of upstream or up gradient spill containment and/or recovery operations
- Deployment of exclusion booms or construction of exclusion barriers between approaching oil and the area of concern
- Diversion of oil away from or around the area of concern

In most cases the initial protection activities for land spills will involve the construction of earthen berms or dams or the excavation of shallow trenches between the spill and the sensitive area to either contain the oil or prevent it from contacting the area.  For spills on water, protection activities will generally involve similar actions but will use containment or sorbent booms for the containment, diversion or exclusion of the oil. Dams or sorbent barriers constructed upstream across relatively narrow and shallow waterways with low flows are also common methods of protecting sensitive areas.

Recovery of both land and water spills prior to their contacting sensitive areas is another form of protection and is often facilitated, at least in the initial stages using vacuum trucks, portable pumps, or sorbents. Skimmers are the most efficient means of oil recovery but are not always available during the initial response effort.

The Las Flores Pipeline System's pump station facilities and associated pipeline sections are located on, cross, or lie adjacent to a variety of different terrain that support a wide range of biological habitats. Along the 30-inch mainline these include Gaviota Creek, the Santa Ynez River, Sisquoc and Cuyama Rivers, numerous small intermittent or ephemeral streams, and different terrestrial habitats.

Within the Coastal Zone, the 24-inch coastal pipeline and feeder line are adjacent to or traverse numerous drainage's that outfall into the Pacific Ocean between 0.5 and 1.5 miles from the respective crossings. These drainages include: Cañada del Corral, Venadito Creek, Refugio Creek, Arroyo's Quemado and Hondo, Cañada del Molino, San Onofre Creek, Zorrillas Creek, and Cañada del Leon. The significance of sensitive resources associated with these habitats, as well as the minor drainages not listed here and the coastal terraces, are discussed elsewhere in this document.

USSER-000455     004317



**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

Oil spill response techniques will be addressed on a site-specific basis given the terrain and surrounding habitat in the vicinity of the spill. The techniques to be employed will be decided by the Incident Commander/Unified Command based upon these factors, as well as consideration of any physical, environmental, or safety constraints.

Where multiple sensitive areas are threatened, consideration should be given to prioritizing the areas based on their relative sensitivity to oil spills, the potential degree of impact, the feasibility of implementing protection measures prior to oil contact, and the probable effectiveness of those measures.

### 15.1.2.1    Minimizing Impacts to Sensitive Resources

The Las Flores Pipeline system, including its pipelines and pump stations, traverse or are near a variety of sensitive habitat areas and sensitive resources. This is especially true in those areas where the potential exists to impact California's marine and near shore resources.

Every effort will be made to minimize damages to sensitive resources during all response phases including mobilization, containment, material storage, handling and transportation, and post event cleanup. Marine resources potentially at risk have been identified and their presence will be considered during the planning efforts associated with spill response.

Nearly the entire coast line between Cañada del Corral and Cañada de la Gaviota is occupied by State Beaches and Parks (El Capitan, Refugio and Gaviota) thus not only biological resources but also resources related to public use of the coastal areas should be considered. As such, all activities associated with an Las Flores Pipeline System oil spill that reaches, or has the potential to reach, marine waters will be closely coordinated and planned in conjunction with State Parks personnel as well as other responding agency personnel.

Considerations for minimizing impacts to sensitive resources in the terrestrial, shore, near shore and marine environments include recognition, identification and location, adequate planning and implementation of response activities, education for the response personnel and protection. The sensitivity of terrestrial and beach related marine resources has been addressed and Company personnel are aware of their presence relative to Las Flores Pipeline System facilities.

All response efforts will be coordinated with the appropriate agency personnel such as OSPR, CDFG, State Parks and the County of Santa Barbara to ensure that, to the extent practicable and feasible, impacts to such resources are minimized.

A net environmental benefit assessment (NEBA)/spill mitigation impact analysis (SIMA) will be completed prior to the initiation of any marine, shoreline or terrestrial spill response operation. The NEBA/SIMA will include all aspects of response activities as they relate to potential resource impacts.

USSER-000456
004318



**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
hly Sensitive Areas

Education and training will be provided to all response personnel to ensure that they are cognizant of the resources at risk, where such resources may be encountered and that every effort to minimize impacts is required. Resources that have been identified and located within a response area will be discretely mapped and, to the extent feasible, will be marked (flagged or fenced) such that they are provided every possible protection. This may not always be feasible but will be given every consideration during the response efforts.

### 15.1.2.2    Marine Spill Containment

In the event of an oil spill at any of the numerous creeks and streams between Las Flores (Cañada del Corral), and Gaviota (Gaviota Creek), oil could potentially reach marine environments off of El Capitan, Refugio or Gaviota State Beaches. Oil could be contained at the ocean outfalls of these drainages. An earthen dam constructed by heavy equipment with or without pipes (to allow water flow) could be installed at the mouth of the creek. If oil reached the ocean, a containment boom could also be placed immediately offshore against the current to minimize the spread of oil to other near shore areas.

Marine clean-up procedures consist primarily of the use of booms and skimmers, sorbents, chemical dispersants, and collecting agents. If marine clean-up operations become necessary, the Company will rely on contracted OSROs, and possibly other available contractors to provide equipment and manpower necessary for containment and clean-up. If warranted, the County's Area Oil and Gas Industry Emergency Response Plan could be activated, and additional resources/manpower would be available to the Company from other participating Oil and Gas Companies.

### 15.1.2.3    Swift Water/River Containment

See Section 15.2.2 for information on specific river crossing protection strategies and information.

**Low Flow or No Flow**
- Depending on flows, oil can be contained by placing underflow blocking dams or booms downstream from the spill. Booms can be deployed off of Highway 166 bridges to contain oil or divert it away from stream banks.
- Oiled rocks and structures can be cleaned with steam cleaning. If oiled substrate materials are removed from the natural streambed, they should be replaced with similar size and type of material (e.g., sand, gravel, and cobble).
- Oily substrates should be removed to an approved landfill. The site should be recontoured and armored with similar substrate (e.g., sand, gravel, cobble) to prevent erosion.
- If a sump pit is necessary to contain oil, it should have a plastic liner to prevent oil from seeping into streambed gravels. Ideally, and if possible, sump pits should be located outside of alluvial gravels on relatively impervious substrates.
- Remove oil with vacuum pump trucks and/or skimmers.
- Use sorbents to remove small amounts of pooled oil.
- If necessary, water flushing may be used to remove residual oil from still water areas and

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 15.
Highly Sensitive Areas

riparian vegetation. Care should be taken to ensure oil flushed from vegetation is contained.

- If deemed necessary, oiled shrubs and willow vegetation should be cut at ground level or water level. Heavily oiled trees may be cleaned by hand or by using gentle hydro blasting or steam cleaning.
- Interceptor barriers to keep oil from reaching streambed and aquifer gravels may also be needed.
- Restoration should follow clean-up.

**High Flow**

- Booms will be necessary at high flows. Booms could be placed along the river's edge to protect stream banks. Booms and skimmers could be used for controlling and cleaning up oil.
- A boom should be located at the beginning of the still water areas (lagoons) to minimize oil contamination. If this is not possible a boom could be placed below the lagoon, thus containing oil within the lagoon and protecting other lagoon and stream resources below the crossing.
- A diversion dike and containment berm should be constructed downstream, as able
- If a sump pit is necessary to contain oil, it should have a plastic liner to prevent oil from seeping into streambed gravels. Ideally, sump pits should be located outside of alluvial gravels on relatively impervious substrates.
- Remove oil with vacuum pump trucks and/or skimmers.
- Use sorbents to remove small amounts of pooled oil.
- If necessary, water flushing may be used to remove residual oil from the still water/lagoon areas and from riparian vegetation. Care should be taken to ensure oil flushed from vegetation is contained.
- If deemed necessary, oiled shrubs and willow vegetation should be cut at ground or water level. Heavily oiled trees may be cleaned by hand or with gentle hydroblasting or steam cleaning.

### 15.1.3    Description of Environmentally Sensitive Areas

Environmental/Socio-economic sensitive areas are of extreme importance and must be considered when planning a response effort. Protection of the health and safety of the public and the environment, as well as the protection of the various socio-economic sensitivities, must also be promptly addressed to mitigate the extent of damage and minimize the cost of the clean-up effort.

All environmental and socio-economic sensitive areas are worthy of protection but must be prioritized during a response effort.

USSER-000458

004320

| Tier I: | Equipment and Onsite Response Team to respond to small incidents, or Tier I events, are maintained at our facilities. |
|---|---|
| Tier II | If an incident requires response capabilities beyond those maintained on our facility, then we would activate the SBC IMT and OSRO, as needed. SBC IMT Personnel can be supplemented with personnel from Sable Offshore Corp.'s Houston Office and The Response Group, as needed. |
| Tier III | For a major event that is a Tier III response, the full IMT and OSRO will be activated, among other response contractors as required. The SBC IMT would be supplemented with IMT Personnel from Sable Offshore Corp.'s Houston Office and The Response Group, as needed. |

The environmental and socio-economic sensitive areas in the vicinity of the Facility have been broken down into specific categories and identified in this Section.

The applicable Area Contingency Plan(s) and Geographic Response Plans/Strategies contain Environmental and Socio-Economic areas that should be protected in the event of a discharge or release with accompanying information about this site, including water conditions, sensitive habitats, and contact information.

| Applicable Area Contingency Plan/ Geographic Response Plan |
|---|
| ✓ Los Angeles – Long Beach Area Contingency Plan |
| ✓ Santa Barbara County GRA |

### 15.1.4 Minimizing Impacts to Sensitive Resources

Every effort will be made to mitigation impact to sensitive resources during all response phases including mobilization, containment, recovery, material storage, handling and transportation, and remediation.

Considerations for mitigation impacts to sensitive resources in the terrestrial, shore, nearshore, and marine environments include recognition, identification and location, adequate planning, and implementation of response activities, education for response personnel, and protection. A Net Environmental Benefit Analysis (NEBA) will be conducted prior to the initiation of any marine, shoreline, or terrestrial spill response operations.

### 15.1.5 Natural Resource Damage Assessment

Under the provision of CERCLA, the Oil Pollution Act of 1990 (OPA '90), and numerous state statutes, cost recovery can be obtained from industry for natural resource damage caused by the release of oil or hazardous substances to the environment. Natural resources are defined as land, air, biota, groundwater, and surface water. A federal or state government entity, an Indian tribe or another nation acting as a public trustee of a natural resource may file claims for damages to natural resources.

USSER-000459     004321



A Natural Resource Damage Assessment (NRDA) is used to determine the damages owed to a public Trustee for residual natural resource injuries. This assessment is often conducted by the public Trustee, the potential responsible party or both. During the NRDA study, the injured natural resources are identified, the extent of the injury is quantified and the extent of the economic damage resulting from the loss of services provided by the resources is determined. In addition, the assessment also determines the cost of restoration or replacement of the injured natural resource.

A NRDA study is not conducted in all cases. HSE will work closely with the Trustees on a case-by-case basis to determine if a NRDA study is required. The Company may choose to conduct a parallel study if the trustee determines that a NRDA will be conducted. The Environmental Coordinator should be contacted immediately if a Trustee contacts any member of the Company response team. HSE will provide assistance in conducting NRDA studies.

If a spill occurs that could potentially result in an NRDA, steps should be taken to assist the Trustees and to help protect the Company interests throughout the assessment process. Samples should be delivered to a laboratory immediately for analysis. If samples cannot be delivered immediately, they should be temporarily stored in a refrigerator or a cool dark place since exposure to heat and light could affect the analysis. Samples should be transported in waterproof containers or wrapped in enough sorbent material to soak up the entire contents of the jar in case of leakage or breakage.

USSER-000460

004322



## 15.2 Off Site Consequence Analysis

### 15.2.1 Description of Pipeline Corridor

See Trunk Line Charts in Section 16 for locations of check valves, river crossings, MOVs etc.

**Note:** Nearly the entire coast line between Cañada del Corral and Cañada de la Gaviota is occupied by State Beaches and Parks (El Capitan, Refugio and Gaviota) thus not only biological resources but also resources related to public use of the coastal areas should be considered. As such, all activities associated with an oil spill that reaches, or has the potential to reach, marine waters will be closely coordinated and planned in conjunction with State Parks personnel as well as other responding agency personnel.

**CA-324 Las Flores Canyon to Gaviota** – The CA-324 24-inch pipeline parallels U.S. Highway 101 along the south coast between Las Flores Canyon consolidated oil and gas processing facility ███████████████████████ The pipeline is located north of U.S. 101 and generally follows existing powerline and/or gas pipeline rights-of-way across coastal terraces and deeply incised canyons formed by coastal streams. The line continues west, to its terminus at the Gaviota Pump Station. This portion of the pipeline is north of US 101 and follows, where possible, existing utility service corridors across the coastal canyons, Cañada's and natural drainage's as well as coastal terraces.

**CA-325A Gaviota to Sisquoc** – The CA-325A 30" pipeline extends west from the Gaviota Pump Station to a MOV located east of Gaviota Creek and US 101. It enters Gaviota State Park approximately 0.5 miles east of U.S. 101 and extends westerly across the gently sloping coastal terrace and Cañada del Barro before dropping into the Cañada de la Gaviota drainage area. It then crosses U.S. Highway 101 and Gaviota Creek (Cañada de la Gaviota) immediately south of the U.S. Highway 101 "Caltrans" rest stop areas. The pipeline then extends west and north from the Gaviota Creek MOV. The pipeline continues west up a broad spur ridge to the ridge-crest and the westerly boundary of Gaviota State Park. The pipeline traverses narrow ridge-crests, crosses out of the Park and onto Hollister Ranch for approximately ½ mile, and then crosses back into the Park before descending toward the west fork of Gaviota Creek (Betty Creek). The ROW passes west of the new Vista del Mar School and Las Cruces Adobe and then crosses beneath Highway 1 west of its intersection with US 101. The pipeline continues northward along the west side of US 101 through the Santa Ynez Mountains. It crosses long expanses of grasslands across the Las Cruces Ranch and steep walled canyons that form part of the Nojoqui Creek watershed. North of Moonshine Creek, the route crosses ridges with rock outcroppings. The pipeline crosses beneath the Santa Ynez River west and south of Buellton and continues north across the Purisima and Solomon Hills. It crosses the northern edge of the San Rafael Mountains and the eastern edge of the Santa Maria Valley. The pipeline crosses beneath the Sisquoc River and continues north across the River Valley. It traverses moderately to severely sloping foothills at Kelly Canyon and extends west to the Sisquoc Pump Station at the southern end of Santa Maria Canyon.

USSER-000461

004323



**Las Flores Pipeline**
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**CA-325B Sisquoc to Pentland** - The CA-325B 30" pipeline follows Santa Maria Canyon after leaving the Sisquoc Pump Station. It then extends northeast towards Tepusquet Road. The route crosses relatively gentle terrain until it reaches the crest of the Sierra Madre Mountains where it traverses steep slopes approaching Suey Canyon and Buckhorn Canyon. The pipeline follows the northern edge of the Sierra Madre Mountains south of State Highway 166 through the Los Padres National Forest. The route crosses rugged terrain across the crests of the Sierra Madre Mountains, descends the mountains, crosses the Sierra Madre Ridge Road, and enters the Cuyama River Valley near Gypsum Canyon. At the Cuyama River crossing the pipeline exits Santa Barbara County and enters San Luis Obispo County. The pipeline continues for approximately 44.5 miles through the Selby Ranch, crossing over the San Andres Fault, and terminating at the Pentland Station in Kern County.

Revision 1

USSER-000462

004324



### 15.2.2    River Crossings

Containment and Clean-up at Major Stream Crossings Techniques used to treat an oil spill in biologically sensitive areas will be of necessity determined during a spill episode. Response techniques used on a spill will depend on site-specific conditions at the time of the spill. The physical characteristics of the oil; viscosity, volatile fraction, temperature and volume; and seasonal stream flows will determine the extent of the spill and dictate what techniques are most appropriate.

### 15.2.2.1    Cañada del Corral

| Cañada del Corral River Crossings | | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| River | Access | | |
| Cañada del Corral - 1.3 miles upstream of its outfall to the Pacific Ocean | The crossing is accessible on all-weather roadways via U.S. 101, Calle Real (US 101 Service Road) and the network of roads within the Las Flores Canyon facility. This intermittent stream is protected by a "sluice gate" closure system downstream of the pipeline crossing. The gate can be operated remotely in an emergency or can be closed manually if needed. | Cañada del Corral supports vegetation typical of riparian areas. Primary species are oak and sycamore woodlands with an abundance of willow thickets interspersed throughout the drainage.<br><br>Sensitive birds, plants, and aquatic species are present. | Culturally sensitive areas along and adjacent to Cañada del Corral have been identified and will be considered when evaluating response, containment and cleanup techniques to be utilized in the event of a spill. |

If a spill occurred from the Las Flores Pump Station or the 24-inch Coastal Pipeline in Cañada del Corral Sable Offshore Corp. would be immediately notified and requested to shut the barrier gate, thereby protecting its downstream reaches. Alternatively, as mentioned above, this gate could also be closed manually on-site by Company personnel in the event of an emergency. Notifications and potential evacuations would be made as required.

USSER-000463

004325



USSER-000464

004326

## SABLE OFFSHORE CORP.

15.2.2.2      Cañada del Venadito

### Cañada del Venadito River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
|  | | Venadito is an intermittent stream which is normally dry throughout the year. It supports riparian species such as willow, oak, elderberry and sycamore.<br><br>Sensitive birds, plants, and animal species are present. | None identified. |

USSER-000465

004327



Revision 1 ©The Response Group 15-18

USSER-000466

004328



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.3    Cañada del Refugio**

| Cañada del Refugio River Crossings | | | |
|---|---|---|---|
| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
| | | Refugio is a perennial stream with a very large watershed and several sensitive resources downstream of the crossing. The pipeline crosses the stream in a relatively insensitive area as riparian vegetation is lacking, the crossing is rip-rapped.<br><br>Sensitive birds, plants, aquatic and animal species, and Monarch Butterflies are present. | None identified. |

If the spill occurs during periods of high flow it is likely to reach resources downstream including Refugio State Beach Park. Therefore, containment as close to the spill site as possible (with priority given to protecting the beach, the lagoon, riparian resources downstream of the crossing and near shore resources at the ocean outfall) should be attempted.

Protect the beach by blocking flow at the outfall into the Ocean. One alternative would be to construct a sandbag or sand dam. This should help contain oil in the lagoon. The structure should be high enough to prevent splash over. Another alternative would be to use equipment to form a containment basin or sump. If water is flowing, an underflow dam can be used to maintain flow.

Protect the lagoon by blocking the bridge inlet under the beach park access road south of U.S. Highway 101. The inlet could be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could be installed beyond the riparian vegetation on the downstream side of the bridge to strain and contain any escaping oil. Underflow dams or a series of underflow dams may also be constructed with or without pipes (depending on flows) above the lagoon within the creek channel below the spill.

USSER-000467                                                                004329



USSER-000468

004330



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.4** Tagiguas Creek

**Tagiguas Creek River Crossings**

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Tagiguas is an intermittent stream with major riparian vegetation comprised of willow trees, rushes, sedges, and cattails. Sensitive birds, plants, and aquatic species are present. | None identified. |

USSER-000469 004331



SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

Revision 1

©The Response Group

15-22

USSER-000470

004332



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

### 15.2.2.5  Arroyo Quaernado

| Arroyo Quaernado River Crossings | | | |
|---|---|---|---|
| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
| | | Major vegetation in the vicinity of the pipeline crossing consists of willow, sycamore and elderberry trees; lemonade berry; horsetail; sedges and cattails.<br><br>Sensitive birds, aquatic and animal species are present, as well as Monarch Butterflies and Two Striped Garter Snakes. | None identified. |

Arroyo Quemado's outfall at the Ocean forms a lagoon-like feature which may support fresh or brackish water resources.

Shoreline accessibility to the mouth of Arroyo Quemado is available via the Arroyo Quemado ranch access road off of U.S. Highway 101 which is immediately west of the streams highway undercrossing. If a spill occurred in Arroyo Quemado hand techniques may be more appropriate and feasible than the use of equipment. Space is very constrained and limited on either side of the crossing therefore construction of containment basins or staging equipment will be moderately difficult. Since the crossing is immediately upstream of the highway culvert, a culvert blocking technique would contain the oil at or near the crossing, aid in clean-up and protect the beach and downstream resources.

If the spill occurs during periods of high flow it is likely to reach resources downstream including beach areas at the ocean outfall. Therefore, containment as close to the spill site as possible with priority given to protecting the beach, the lagoon, and near shore resources should be attempted.

Protect the beach by blocking the existing stream channel at the lagoon/mouth of Arroyo Quemado. One alternative would be to construct a sand berm or sandbag dam. This should help contain oil in the lagoon. The structure should be high enough to prevent splash over. Another alternative would be to use equipment to form a containment basin or sump. If water is flowing, an underflow dam can be used to maintain flow.

USSER-000471                                                                                          004333



Protect the lagoon by blocking either the U.S. Highway 101 bridge or the railroad trestle. The bridges may be blocked with plywood, sandbags, or by booming. If water is flowing, the flow must be maintained. A filter fence or boom could be installed on the downstream side of the bridges to strain and contain any escaping oil or as indicated in Number 1 above an underflow dam could be constructed. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the lagoon within the creek channel below the spill.

Protect the riparian resources by directing oil to one area for containment. The riparian vegetation will provide natural entrainment of the oil and will slow its progress toward downstream resources. Oil can be directed to one part of the stream by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sand bags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed they must contain underflow structures to allow water movement.

USSER-000472     004334



USSER-000473

004335



## SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.6    Arroyo Hondo**

### Arroyo Hondo River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|-------|--------|---------------------------|--------------------------------|
|  |  | The crossing supports riparian vegetation such as willow, western sycamore, white alder, California bay laurel, blackberry, and mug wort.<br><br>Sensitive birds, plants, aquatic and animal species are present, as well as Monarch Butterflies. | None identified. |

The crossing supports riparian vegetation such as willow, western sycamore, white alder, California bay laurel, blackberry, and mug wort.

If a spill occurred in Arroyo Hondo hand techniques may be preferable to using equipment. Ample space is available on either side of the crossing for construction of containment basins or staging equipment. Since the crossing is immediately upstream of the highway culvert, a culvert blocking technique would contain the oil at or near the crossing, aid in clean-up and protect the beach.

If the spill occurs during periods of high flow it is likely to reach resources downstream including beach areas at the ocean outfall. Therefore, containment as close to the spill site as possible with priority given to protecting the beach, the lagoon, and near shore resources should be attempted.

Protect the beach by blocking the existing stream channel at the lagoon/mouth of Arroyo Hondo. One alternative would be to construct a sand berm or sandbag dam. This should help contain oil in the lagoon. The structure should be high enough to prevent splash over. Another alternative would be to use equipment to form a containment basin or sump. If water is flowing, an underflow dam can be used to maintain flow.

Protect the lagoon by blocking the U.S. Highway 101 road culvert. The culvert can be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could be installed on the downstream side of the culvert to strain and contain any escaping oil. The old Highway 101 bridge and the railroad trestle may also present alternative locations for installing blocking and/or

USSER-000474

004336



booming devices. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the lagoon within the creek channel below the spill

Protect the riparian resources by directing oil to one area for containment. The riparian vegetation will provide natural entrainment of the oil and will slow its progress toward downstream resources. Oil can be directed to one part of the stream by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sandbags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed, they must contain underflow structures to allow water movement.

USSER-000475

004337



USSER-000476

004338



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

### 15.2.2.7    Cañada's de la Pila and de la Huerta

**Cañada's de la Pila and de la Huerta River Crossings**

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Cañada de la Pila primarily supports willow thicket riparian vegetation whereas Cañada de la Huerta supports a variety of brush species.<br><br>Sensitive bird and plant species are present. | The Santa Barbara County Tajiguas landfill is located immediately north of the Cañada de la Pila crossing and the abandoned Molino Gas Plant is located immediately north of the pipeline crossing the Cañada de la Huerta. |

Cañada de la Pila primarily supports willow thicket riparian vegetation whereas Cañada de la Huerta supports a variety of brush species. The Santa Barbara County Tajiguas landfill is located immediately north of the Cañada de la Pila crossing and the abandoned Molino Gas Plant is located immediately north of the pipeline crossing the Cañada de la Huerta. Sensitive/protected species known or expected to occur at, near or downstream of these drainages are listed below.

USSER-000477      004339



USSER-000478

004340



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.8      Cañada's de la Gallina, de Guillermo & de la Posta**

**Cañada's de la Gallina, de Guillermo & de la Posta River Crossings**

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Major vegetation is completely lacking at Cañada de la Gallina whereas Cañada's de Guillermo and de la Posta support species such as oak, sycamore and willow. <br><br> Sensitive animal species are present | None identified. |

Major vegetation is completely lacking at Cañada de la Gallina whereas Cañada's de Guillermo and de la Posta support species such as oak, sycamore and willow.

Revision 1

©The Response Group

15-31

USSER-000479

004341



USSER-000480     004342



**15.2.2.9    Cañada del Molino**

### Cañada del Molino River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Cañada del Molino supports a relatively broad riparian zone comprised of coast live oaks, willows and western sycamores. Sensitive aquatic and animal species are present | None identified. |

Cañada def Molino supports a relatively broad riparian zone comprised of coast live oaks, willows and western sycamores.

There is no vehicular access to the shoreline area adjacent to the mouth of Cañada def Molino. The nearest access point would be via the Gaviota Interim Marine Terminal which is about 1.5 miles of Cañada del Molino. If a spill occurred in Cañada def Molino it would be acceptable to use, with care, equipment for containment. Tree limbs should be trimmed with saws and not broken off by equipment. Oiled tree trunks should be gently steamed cleaned or flushed with water.

The beach is 1,500 feet from the Molino crossing and containment techniques should be implemented in the channel of the stream to prevent oil from reaching the beach. The Highway 101 and railroad culverts offer opportunities to use culvert blocking techniques to protect beach and marine resources.

If the spill occurs during periods of high flow it is likely to reach resources downstream including beach areas in the vicinity. Therefore, containment as close to the spill site as possible with priority given to protecting the beach, riparian vegetation and near shore resources should be attempted.

USSER-000481

004343



Protect the beach by blocking flow at the mouth of the Creek. One alternative would be to construct a sand berm or sandbag dam. This should help contain oil and protect near shore resources. The structure should be high enough to prevent splash over. Another alternative would be to use equipment to form a containment basin or sump. If water is flowing, an underflow dam can be used to maintain flow.

Protect the beach by blocking the U.S. Highway 101 or railroad culverts. The culverts can be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could be installed on the ocean side of the culverts to strain and contain any escaping oil. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the outfall within the creek channel below the spill.

Protect the riparian resources by directing oil to one area for containment. The riparian vegetation will provide natural entrainment of the oil and will slow its progress toward downstream resources. Oil can be directed to one part of the stream by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sand bags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed, they must contain underflow structures to allow water movement.

USSER-000482

004344



USSER-000483

004345

**SABLE**
OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.10      Cañada de las Zorrillas**



### Cañada de las Zorrillas River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Cañada de Las Zorrillas supports oak woodland vegetation although some willow thickets are present in the channel downstream of the LAS FLORES PIPELINE SYSTEM crossing. The coastal terrace to the west of this crossing supports populations of Gaviota Tar plant. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present along existing access roads. Containment and clean-up staging should not, to the extent feasible, occur in Tar plant habitat | The area surrounding Cañada de las Zorrillas crossing is owned by the Coastal Band of the Chumash Nation and is often utilized for Native American religious purposes. As such this area is considered culturally and spiritually sensitive and all activities conducted in the area must be carefully coordinated with Tribal officials. |

It supports oak woodland vegetation although some willow thickets are present in the channel downstream of the Las Flores Pipeline System crossing. The coastal terrace to the west of this crossing supports populations of Gaviota Tar plant. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present along existing access roads. Containment and clean-up staging should not, to the extent feasible, occur in Tar plant habitat

The area surrounding the Cañada de las Zorrillas crossing is owned by the Coastal Band of the Chumash Nation and is often utilized for Native American religious purposes. As such this area is considered culturally and spiritually sensitive and all activities conducted in the area must be carefully coordinated with Tribal officials.

©The Response Group

USSER-000484

004346



Protect the beach by blocking flow at the mouth of the Creek. One alternative would be to construct a sand berm or sandbag dam. This should help contain oil and protect near shore resources. The structure should be high enough to prevent splash over. Another alternative would be to use equipment to form a containment basin or sump. If water is flowing, an underflow dam can be used to maintain flow.

Protect the beach by blocking the U.S. Highway 101 or railroad culverts. The culverts can be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could be installed on the ocean side of the culverts to strain and contain any escaping oil. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the outfall within the creek channel below the spill.

Protect the riparian resources by directing oil to one area for containment. The riparian vegetation will provide natural entrainment of the oil and will slow its progress toward downstream resources. Oil can be directed to one part of the stream by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sandbags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed, they must contain underflow structures to allow water movement.

USSER-000485

004347

Case: 25-8059, 05/22/2026, DktEntry: 93.3, Page 186 of 298



USSER-000486

004348



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.11   Cañada San Onofre**

| Cañada San Onofre River Crossings | | | |
|---|---|---|---|
| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|  |  | San Onofre supports a relatively broad riparian zone comprised of coast live oaks, western sycamores, California bay laurel, white alder and willows. Although listed as a perennial stream, the channel is typically dry with vegetation supported by springs and groundwater. Several populations of Gaviota Tar plant occupy the coastal terraces east and west of Cañada San Onofre in the vicinity of this crossing. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present. Containment and cleanup staging should not, to the extent feasible, occur in Tar plant habitat. The nearest vehicular access point to the shoreline area adjacent to the outfall of Cañada San Onofre is the Gaviota Interim Terminal, which is about 0.75 miles to the west. If a spill occurred at Cañada San Onofre it would be acceptable to use, with care, equipment for containment. Tree limbs should be trimmed with saws and not broken off by equipment. Oiled tree trunks should be gently cleaned or flushed with water. | None Identified. |

USSER-000487      004349



San Onofre supports a relatively broad riparian zone comprised of coast live oaks, western sycamores, California bay laurel, white alder and willows. Although listed as a perennial stream, the channel is typically dry with vegetation supported by springs and groundwater. Several populations of Gaviota Tar plant occupy the coastal terraces east and west of Cañada San Onofre in the vicinity of this crossing. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present. Containment and cleanup staging should not, to the extent feasible, occur in Tar plant habitat.

The nearest vehicular access point to the shoreline area adjacent to the outfall of Cañada San Onofre is the Gaviota Interim Terminal, which is about 0.75 miles to the west. If a spill occurred at Cañada San Onofre it would be acceptable to use, with care, equipment for containment. Tree limbs should be trimmed with saws and not broken off by equipment. Oiled tree trunks should be gently cleaned or flushed with water.

Protect the beach by blocking flow at the mouth of the Creek. One alternative would be to construct a sand berm or sandbag dam. This should help contain oil and protect near shore resources. The structure should be high enough to prevent splash over. Another alternative would be to use equipment to form a containment basin or sump. If water is flowing, an underflow dam can be used to maintain flow.

Protect the beach by blocking the U.S. Highway 101 or railroad culverts. The culverts can be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could be installed on the ocean side of the culverts to strain and contain any escaping oil. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the outfall within the creek channel below the spill.

Protect the riparian resources by directing oil to one area for containment. The riparian vegetation will provide natural entrainment of the oil and will slow its progress toward downstream resources. Oil can be directed to one part of the stream by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sand bags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed, they must contain underflow structures to allow water movement.

USSER-000488

004350



USSER-000489

004351



**15.2.2.12    Cañada del Leon**

### Cañada del Leon River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
|  |  | The oak woodland dominated stream channel also supports sycamore and cottonwood trees. Several populations of Gaviota Tar plant occupy the coastal terraces east and west of the stream. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present. Containment and clean-up staging should not, to the extent feasible, occur in Tar plant habitat | None Identified. |

The oak woodland dominated stream channel also supports sycamore and cottonwood trees. Several populations of Gaviota Tar plant occupy the coastal terraces east and west of the stream. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present. Containment and clean-up staging should not, to the extent feasible, occur in Tar plant habitat.

USSER-000490

004352

## SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas



USSER-000491

004353

## SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.13    Cañadas Alcatraz, del Cementario & del Barro**

### Cañadas Alcatraz, del Cementario & del Barro River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Cañada's Alcatraz and Cementario are crossed at the base of Santa Ynez Mountain Range and both support oak woodland vegetation species. Along this reach of the stream, Eucalyptus groves have been preserved which support migratory populations of Monarch Butterflies. I Eucalyptus groves, intermixed with oak woodland vegetation have been preserved. These groves support migratory populations Monarch Butterflies. Cañada del Barro is largely void of major vegetation, although some willow thickets are located downstream. All these crossings are within the known range of Gaviota Tar plant. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present. Containment and clean-up staging should not, to the extent feasible, occur in Tar plant habitat | The Cañada Alcatraz stream channel passes through the Gaviota Oil and Gas Plant and the Gaviota Interim Marine Terminal. |



Canada's Alcatraz and Cementario are crossed at the base of Santa Ynez Mountain Range and both support oak woodland vegetation species. The Canada Alcatraz stream channel passes through the Gaviota Oil and Gas Plant and the Gaviota Interim Marine Terminal. Along this reach of the stream, Eucalyptus groves have been preserved which support migratory populations of Monarch Butterflies. Canada del Cementario flows along the western edges of the facilities referenced above and along this reach of the stream channel Eucalyptus groves, intermixed with oak woodland vegetation have been preserved. These groves support migratory populations Monarch Butterflies. Canada del Barro is largely void of major vegetation, although some willow thickets are located downstream of the crossing. All these crossings are within the known range of Gaviota Tar plant. Any clean-up operations in this vicinity should include awareness that Tar plant populations may be present. Containment and clean-up staging should not, to the extent feasible, occur in Tar plant habitat.

USSER-000492

004354

**SABLE**
**OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas



USSER-000493

004355



**SABLE OFFSHORE CORP.**

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.14    Cañadas de la Gaviota, Betty Creek & Las Cruces Creek**

### Cañadas de la Gaviota, Betty Creek & Las Cruces Creek River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | Cañada de la Gaviota is one of the larger coastal streams in Santa Barbara County. It is a perennial stream with flows estimated to range from 6.5 to 12 cfs. The pipeline crosses the main channel above a large willow thicket and stream gradient below this pipeline crossing is relatively gentle. The lower section of the creek is characterized by long, shallow pools with bottom substrates of sand and fine gravel. Fish habitat in the creek is good relative to many of the other coastal streams.<br><br>The crossing of Betty Creek, a tributary of Cañada de la Gaviota, occurs south of Highway 1 and north of San Julian Road, all within Gaviota State Park. The crossing occurs in a relatively narrow channel within a moderate stream gradient. Fish and wildlife habitat is present along this segment of the creek with several pools and riffles as well as cover from riparian trees such as oak, willow and sycamore as well as a variety of shrubs. Las Cruces Creek, the other Cañada de la Gaviota tributary, occurs north of State Highway 1 on the Las Cruces Ranch. Stream gradient is moderate. Fish and wildlife habitat are limited by low and intermittent flows and sparse vegetation which is dominated by willow thickets. Sensitive/protected resources known or expected to occur at, near or downstream of these LAS FLORES PIPELINE SYSTEM crossings are listed below | None identified. |

USSER-000494

004356



Cañada de la Gaviota is one of the larger coastal streams in Santa Barbara County. It is a perennial stream with flows estimated to range from 6.5 to 12 cfs. The pipeline crosses the main channel above a large willow thicket and stream gradient below this pipeline crossing is relatively gentle. The lower section of the creek is characterized by long, shallow pools with bottom substrates of sand and fine gravel. Fish habitat in the creek is good relative to many of the other coastal streams. The mouth of Cañada de la Gaviota contains a freshwater/brackish lagoon that provides habitat for a variety of aquatic species.

The crossing occurs in a relatively narrow channel within a moderate stream gradient. Fish and wildlife habitat is present along this segment of the creek with several pools and riffles as well as cover from riparian trees such as oak, willow and sycamore as well as a variety of shrubs.

Stream gradient is moderate. Fish and wildlife habitat are limited by low and intermittent flows and sparse vegetation which is dominated by willow thickets.

If a spill occurred in Gaviota Creek or at its upstream tributaries (Betty Creek or Las Cruces Creek), the following actions are recommended. Generally, hand techniques or techniques minimizing disturbance to surrounding areas are desirable for clean-up in this biologically sensitive area. The photos depict potential access and locations for containment structures. Final techniques will be determined at the time of the spill in consultation with appropriate authorities.

If the spill occurs during periods of high flow it is likely to reach resources downstream including Gaviota State Beach. Therefore, containment as close to the spill site as possible (with priority given to protecting the beach, the lagoon, and the willow thicket) should be attempted.

Protect the beach by fortifying the existing natural sandbar at the outfall of the Gaviota Creek Lagoon. One alternative would be to construct a sandbag dam to raise the existing sandbar. This should help contain oil to the immediate areas. The structure should be high enough to

USSER-000495

004357



prevent splash over. Another alternative would be to use equipment to form a levee between the lagoon and the ocean. If water is flowing, an underflow dam can be used to maintain flow. Immediate notification would be made to MSRC, that a spill has occurred and that equipment, manpower and resources at their disposal should be immediately dispatched.

Protect the lagoon by blocking the inlet to the road culvert beneath the beach access road. The culvert can be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could also be installed on the lagoon side of the culvert to strain and contain any escaping oil. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the lagoon within the creek channel below the spill.

Protect the willow thicket and riparian resources by directing oil to one area for containment. The willows will provide natural entrainment of the oil and will slow its progress to downstream resources. Oil can be directed to one part of the willows by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sand bags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed, they must contain underflow structures to allow water movement.

USSER-000496

004358



USSER-000497

004359

**SABLE**
OFFSHORE CORP.

**Las Flores Pipeline**
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.15    Santa Ynez River and Lagoon**

## Santa Ynez River and Lagoon River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | The channel is broad, about 0.25 miles wide. Flows are normally perennial, but the main channel may stop flowing in dry years. Higher flows are maintained in the dry season by periodic releases from Cachuma Lake. Scour potential is good as evidenced by the braided channel and size of bed material, which at the crossing, ranges from sand to cobble. The Santa Ynez River supports a large underground basin used for public water supply and irrigation.<br><br><br><br>The Santa Ynez River contains the well-developed and prolific riparian zone of any stream crossed by the pipeline, vegetation includes willow scrubland and willow, cottonwood, and sycamore woodlands. Common scrub species include arroyo willow, red willow and Baccharis glutinosa. Immediately downstream of the pipeline crossing, the main channel of the river forms a lagoon which is fed by both surface and groundwater flows. The lagoon is believed to be a permanent feature of the riverbed even during low flows. and provides habitat for a variety of species including several species that are regionally or locally rare and are known to occur. | None identified. |

USSER-000498                    004360



The channel is broad, about 0.25 miles wide. Flows gauged 7 miles downstream at Coopers Reef averaged 27 cfs for the 22-year period of 1954 to 1976. Maximum flows in this period were recorded for January 1969 at 81,000 cfs. Flows are normally perennial, but the main channel may stop flowing in dry years. Higher flows are maintained in the dry season by periodic releases from Cachuma Lake. Scour potential is good as evidenced by the braided channel and size of bed material, which at the pipeline crossing, ranges from sand to cobble. The Santa Ynez River supports a large underground basin used for public water supply and irrigation. The pipeline crossing is 24 miles above the river's mouth and the Santa Ynez Estuary.

The Santa Ynez River contains the well-developed and prolific riparian zone of any stream crossed by the pipeline in Santa Barbara County, although in recent years considerable riparian vegetation has been removed from the riverbed to reduce the potential for over-bank flooding.

Still, the Santa Ynez River contains much of the riparian habitat present in Santa Barbara County. This is due in part to the continuous flows in the river maintained by water releases from Cachuma Lake and most recently because of excessive winter rainfall patterns. Major vegetation at the pipeline crossing and occurring in the immediate vicinity of the pipeline includes willow scrubland and willow, cottonwood, and sycamore woodlands. Common scrub species include arroyo willow, red willow and Baccharis glutinosa. Common trees include western sycamore and Fremont cottonwood. The high banks contain thickets of elderberry, willow, and poison oak. Immediately downstream of the pipeline crossing, the main channel of the river forms a lagoon which is fed by both surface and groundwater flows. The lagoon is believed to be a permanent feature of the riverbed even during low flows.

Several of these lagoons and pools occur downstream of the crossing along the main channel of the Santa Ynez River. These permanent ponds and lagoons provide habitat for a variety of species including several species that are regionally or locally rare and are known to occur. These include the willow flycatcher, tree swallow, Swainson's thrush, warbling vireo, yellow warbler, Wilson's warbler, yellow-breasted chat, blue grosbeak, black shouldered kite, Cooper's hawk, western gray squirrel, western pond turtle, and California red-legged frog. Common fish species include arroyo chub, mosquito fish, and stickleback. During high water periods, gamefish from Cachuma Lake may be washed into the upper portions of the river. These species include rainbow trout, channel catfish, sunfishes, and crappies. Steelheads are though to spawn in the lowest reaches of the river.

Containment and clean-up techniques used at the Santa Ynez River will depend on flow characteristics at the time of the spill. The photos depict potential access and locations for containment structures. The Santa Ynez River is a large river with a wide braided channel.

USSER-000499

004361



The priority, biologically. is to protect the lagoon on the north bank of the river downstream of the pipeline crossing. Construct diversion dikes/berms around the lagoon to prevent or minimize oil from entering the lagoon. Use diversion dikes to divert oil to cleared and open areas within the riverbed. Berms can be formed with sandbags or with heavy equipment utilizing available riverbed materials.

During high flows, spilled oil could move a considerable distance downstream. Therefore, containment a distance downstream is advised. A possible location for containment is located off of Mail Road five miles downstream of the pipeline crossing.

Booms will be necessary at high flows. Booms could be placed along the river's edge to protect stream banks. Booms and skimmers could be used for controlling and cleaning up oil.

A boom should be located at the beginning of the lagoon to minimize oil contamination. If this is not possible a boom could be placed below the lagoon, thus containing oil within the lagoon and protecting other lagoon and stream resources below the crossing.

A diversion dike and containment berm should be constructed downstream of the crossing near Mail Road. This area of the river has a controlled channel and is near pastureland that could be converted into a containment pond/sump pit. It also has good access for large equipment and could contain any oil not contained near the crossing.

This final containment structure should be constructed large enough to contain all spilled oil and prevent it from reaching Lompoc or the Santa Ynez River Estuary.

If a sump pit is necessary to contain oil, it should have a plastic liner to prevent oil from seeping into streambed gravels. Ideally, sump pits should be located outside of alluvial gravels on relatively impervious substrates.

USSER-000500

004362



Revision 1

©The Response Group

15-53



**SABLE** OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.16    Sisquoc - Cuyama - Santa Maria River**

### Sisquoc - Cuyama - Santa Maria River Crossings

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
| | | The Sisquoc-Cuyama-Santa Maria River System includes the Sisquoc River from its origin in the San Rafael Mountains and the Cuyama River from its origin in the Cuyama Valley and the adjacent Caliente Hills. The confluence of Sisquoc and Cuyama Rivers, which collectively form the Santa Maria River to its outfall at the Pacific Ocean. At this confluence, the Sisquoc River becomes a natural river, not subject to mining activities described below. The natural flow of the Cuyama River has been altered by the construction and utilization of the Twitchell Reservoir which is located about 6 miles upstream along the Cuyama River from its confluence with the Sisquoc River. The Sisquoc River, from the crossing downstream to near the river's confluence with the Cuyama River, is actively mined for naturally occurring sand and gravel deposits. | None Identified. |

The Sisquoc-Cuyama-Santa Maria River System includes the Sisquoc River from its origin in the San Rafael Mountains and the Cuyama River from its origin in the Cuyama Valley and the adjacent Caliente Hills. ████████████████ The confluence of Sisquoc and Cuyama Rivers, which collectively form the Santa Maria River to its ████████████████████████ . At this confluence, outfall at the Pacific Ocean, is located the Sisquoc River becomes a natural river, not subject to mining activities described below. The natural flow of the Cuyama River has been altered by the construction and utilization of the Twitchell Reservoir which is located about 6 miles upstream along the Cuyama River from its confluence with the Sisquoc River. The Sisquoc River, from the pipeline crossing downstream to near the river's confluence with the Cuyama River, is actively mined for naturally occurring sand and gravel deposits.

Shoreline access to the Santa Maria River is via West Main Street through the City of Guadalupe.

USSER-000502                    004364



The Sisquoc River is a large river with a wide accessible channel. The channel has been disturbed by historical and ongoing gravel operations at the pipeline crossing. Little or no riparian vegetation is present at the crossing, but some sensitive resources may occur a few miles downstream.

An underflow blocking dam should be constructed downstream in a narrow location such as at the Tepesquet Road crossing. Alternately, a containment boom could be deployed at this location as well as other locations downstream. In extreme flow conditions, a boom could be deployed and anchored by the abutments of the Garey Bridge, about two miles downstream of the pipeline crossing.

The creek, at this location, is a narrow channel with good access off Tepesquet Road. The gradient of the creek is gentle at this location and containment conditions are good unless flows are unusually high. The pipeline crosses the creek approximately 0.7 miles north of the creek outfall at the Sisquoc River. 1. Oil can be contained on site: by constructing an earthen dike with heavy equipment. Further, given the distance of its outfall at the Sisquoc River, there are opportunities to block flow downstream of the crossing or even within the riverbed north of the typically flowing river channel.

Removing oiled vegetation is generally not recommended since it will increase erosion potential in the stream. If removal is deemed necessary, vegetation should be cut at ground level to maintain root structure support in the soil and possibly encourage stump sprouting.

Depending on flows, oil can be contained by placing underflow blocking dams or booms downstream from the spill. Booms can be deployed off Tepusquet Road to contain oil or divert it away from stream banks, if possible. Another alternative would be to construct a sandbag dam to raise the riverbed to help contain oil within the immediate area. The structure should be high enough to prevent splash over. Depending upon timing and availability equipment could be used to form a containment basin or sump.

Protect the lagoon by blocking the road culvert under Tepusquet road. The culvert could be blocked with plywood or sandbags. If water is flowing, the flow must be maintained. A filter fence or boom could be installed on the downstream side of the road culvert to strain and contain any escaping oil. Underflow dams or a series of underflow dams can be constructed with or without pipes (depending on flows) above the Sisquoc River within the creek channel below the spill.

Protect the riparian vegetation by directing oil to one area for containment. The vegetation will provide natural entrainment of the oil and will slow its progress to downstream resources. Oil can be directed to one part of the riparian area by using diversion dikes or booms. These diversion structures can be constructed of any effective material such as plywood planks, straw dikes, sandbags, plastic tarps, or sorbent rolls. If necessary, heavy equipment may be utilized to construct structures large enough to contain a large spill. If large containment berms are constructed, they must contain underflow structures to allow water movement.

USSER-000503

004365



USSER-000504   004366



### SABLE OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.2.2.17    Cuyama River**

**Cuyama River Crossings**

| River | Access | Environmental Sensitivity | Economic / Cultural Sensitivity |
|---|---|---|---|
|  |  | The crossing is not biologically sensitive with habitat consisting primarily of scrubland. Sensitive bird and aquatic species are present. | The crossing occurs in pasturelands which are bordered on the south by a steep ridge of the Sierra Madre Mountains. |

The crossing occurs in pasturelands which are bordered on the south by a steep ridge of the Sierra Madre Mountains. The crossing is not biologically sensitive with habitat consisting primarily of scrubland species such as Baccharis glutinosa, arrow weed, and rabbit brush. Fish habitat quality is poor in most of the Cuyama River because of the lack of pools, minimal cover, and extensive sedimentation. Fish species potentially occurring in the Cuyama River include arroyo chub, California roach, and speckled dace.

Downstream of the pipeline crossing, riparian vegetation primarily consists of willows, cottonwood, and sycamore occur. The river extends west to the Twitchell Reservoir which is about 20 miles downstream of the pipeline crossing. If crude oil reached Twitchell Reservoir it could be cleaned up using traditional freshwater techniques, after consulting with the appropriate agencies.

The Cuyama River Crossing is located in the western end of the Cuyama Valley near the old Highway 166 bridge crossing. The river at this location is a wide silty channel with good access off Highway 166. The gradient of the river is fairly gentle at this location and containment conditions are good unless flows are unusually high.

Depending on flows, oil can be contained by placing underflow blocking dams or booms downstream from the spill. Booms can be deployed off of Highway 166 bridges to contain oil or divert it away from stream banks. If oil reaches Twitchell Dam it can be contained by boats and booms.

USSER-000505                                                         004367

Las Flores Pipeline Integrated Contingency Plan — Section 15: Highly Sensitive Areas



USSER-000506

004368

Las Flores Pipeline Integrated Contingency Plan — Section 15: Highly Sensitive Areas

**15.3    Las Flores Pipeline Corridor Area Maps**



Revision 1                      ©The Response Group                      15-59

USSER-000507                      004369

# SABLE
## OFFSHORE CORP.

Las Flores Pipeline
Integrated Contingency Plan

Section 15:
Highly Sensitive Areas

**15.3.2  CA-324 Maps**



Revision 1

©The Response Group

15-60

USSER-000508

004370

### 15.3.3  CA-325A Maps



USSER-000509　　　004371



USSER-000510



# Section 16 Trunk Line Charts/ Diagrams

USSER-000511    004373



USSER-000512

004374



USSER-000513

004375



USSER-000514

004376



# HAZARDOUS LIQUIDS PIPELINE

# INTEGRITY MANAGEMENT PROGRAM

**MARCH, 2025**

USSER-000515

004792



## TABLE OF CONTENTS

**1 Introduction and Program Overview**.......................................................................................**7**

1.1 Introduction [§ 195.452(a)] ...................................................................................................7

1.2 Program Overview ................................................................................................................7

1.3 Applicability ..........................................................................................................................8

*1.3.1 The Pipeline Safety Division of the Office of the State Fire Marshal* .......................................*8*

1.4 Implementation Responsibility .............................................................................................9

1.5 Risk Management System ....................................................................................................9

1.6 Documentation [§ 195.452(l)(1)] .........................................................................................9

**2 High Consequence Area Analysis** .......................................................................................**10**

2.1 Introduction [§ 195.452(f)(1)].............................................................................................10

2.2 Process Frequency and Triggers .......................................................................................10

*2.2.1 Annual HCA Analysis* ...........................................................................................................*10*

*2.2.2 Other HCA Analysis Triggers* ..............................................................................................*10*

2.3 Responsibilities ..................................................................................................................11

2.4 Process Overview ...............................................................................................................11

2.5 High Consequence Areas [§ 195.450] ...............................................................................12

*2.5.1 Operator Identified HCAs* .....................................................................................................*13*

*2.5.2 California – Coastal Best Available Technology* ...................................................................*14*

2.6 New Construction, Converted, Re-Routed, and Acquired Pipelines and Facilities ...................14

2.7 Idle Pipeline .......................................................................................................................14

2.8 HCA Analysis Process .......................................................................................................14

*2.8.1 Data Acquisition and Integration* .........................................................................................*15*

*2.8.2 Vendor HCA Analysis*...........................................................................................................*15*

*2.8.3 Pipeline Facilities*..................................................................................................................*19*

*2.8.4 Review and Validation of HCA Segments*............................................................................*19*

*2.8.5 HCA Lists* ..............................................................................................................................*20*

*2.8.6 Communications*....................................................................................................................*20*

2.9 Documentation ...................................................................................................................20

**3 Data Integration, Threat Identification, and Risk Analysis** .............................................**21**

3.1 Introduction [§ 195.452(e)(1), § 195.452(f)(3), § 195.452(g)] ..........................................21

3.2 Process Frequency and Triggers .......................................................................................21

*3.2.1 Data Integration*....................................................................................................................*21*

*3.2.2 Annual Risk Analysis*............................................................................................................*21*

3.3 Responsibilities ..................................................................................................................22

3.4 Process Overview ...............................................................................................................22

3.5 Idle Pipelines ......................................................................................................................22

3.6 Data Integration [§ 195.452 (g)] ........................................................................................22

*3.6.1 Data Quality*..........................................................................................................................*22*

*3.6.2 Line Pipe Information and Attributes*....................................................................................*23*

USSER-000516

004793



3.7   Comprehensive Risk Analysis..................................................................................24
   *3.7.1   Likelihood Of Failure* ..........................................................................................25
   *3.7.2   Consequence Of Failure* .....................................................................................29
   *3.7.3   Threat and Consequences weighting Factors* .....................................................30
   *3.7.4   Relative Risk Score Calculation* .........................................................................30
   *3.7.5   Spatial Analysis*..................................................................................................30
   *3.7.6   California Risk Analysis*.......................................................................................31
3.8   Risk Analysis Process ............................................................................................32
   *3.8.1   Data Acquisition and Integration* ........................................................................32
   *3.8.2   Risk Model Review*..............................................................................................32
   *3.8.3   Line Pipe Risk Analysis*.......................................................................................32
   *3.8.4   Facilities Risk Analysis* ........................................................................................33
   *3.8.5   Results Review and Validation*.............................................................................33
   *3.8.6   Risk Model Outputs and Additional Analysis* ......................................................33
   *3.8.7   Communications*..................................................................................................33
3.9   Documentation .......................................................................................................34

**4   Integrity Assessments** ....................................................................................................**35**
4.1   Introduction [§ 195.452(c), §195.452(f)(2), § 195.452(f)(5), § 195.452(j)] .................35
4.2   Process Frequency and Triggers ............................................................................35
   *4.2.1   Baseline Integrity Assessments* ..........................................................................35
   *4.2.2   Continuing Integrity Assessments*.......................................................................35
   *4.2.3   OSFM Hydrostatic Testing Integrity Assessments*...............................................36
   *4.2.4   Consent Decree Integrity Assessments*...............................................................37
   *4.2.5   Special Permits/Waivers* .....................................................................................37
   *4.2.6   Annual Review of Integrity Assessment Plan* ......................................................37
4.3   Responsibilities ......................................................................................................38
4.4   Process Overview ..................................................................................................38
4.5   Idle Pipelines.........................................................................................................38
4.6   Integrity Assessments ............................................................................................39
4.7   Sable Qualified Individuals.....................................................................................39
   *4.7.1   Management of Integrity Assessments*.................................................................39
   *4.7.2   ILI Assessment Results Review*............................................................................39
   *4.7.3   Pressure Tests* ....................................................................................................40
   *4.7.4   External Corrosion Direct Assessment Results Evaluation* ...................................40
4.8   Qualifications for ILI Service Providers ...................................................................40
4.9   Integrity Assessment Method Selection...................................................................41
   *4.9.1   Baseline Integrity Assessment Methods* ..............................................................41
   *4.9.2   Continuing Integrity Assessments Methods*.........................................................41
4.10   ILI Tools [§ 195.591] ............................................................................................42
   *4.10.1   ILI Tools*............................................................................................................43
   *4.10.2   Accommodation of ILI Tools*..............................................................................44
   *4.10.3   System Qualification Process* ............................................................................44
   *4.10.4   ILI System Selection* .........................................................................................44

USSER-000517



*4.10.5 Service Provider Agreement and Work Scope* ....................................................................... 45

*4.10.6 ILI Pre-Inspection* ...................................................................................................... 47

*4.10.7 Tool Run* ............................................................................................................... 47

*4.10.8 Post Inspection and Tool Run Verification* ......................................................................... 47

*4.10.9 Validation Digs* ........................................................................................................ 49

*4.10.10 Unity Plots* ............................................................................................................ 49

*4.10.11 Acceptance of ILI Run Results* ...................................................................................... 49

4.11 Pressure Tests ........................................................................................................... 50

4.12 External Corrosion Direct Assessment .................................................................................. 50

4.13 Other Technology ........................................................................................................ 50

4.14 Integrity Assessment Planning .......................................................................................... 50

*4.14.1 Baseline Integrity Assessments* ..................................................................................... 51

*4.14.2 Continuing Integrity Assessment - Reassessment Intervals* ....................................................... 51

*4.14.3 Communications* ....................................................................................................... 53

4.15 Documentation ........................................................................................................... 53

**5 Remediation** ............................................................................................................ **54**

5.1 Introduction [§ 195.452 (h) (1), § 195.452 (h) (3), § 195.452 (h) (4)] .............................................. 54

5.2 Process Frequency and Triggers ........................................................................................ 54

5.3 Responsibilities .......................................................................................................... 54

5.4 Process Overview ........................................................................................................ 54

5.5 Idle Pipes ................................................................................................................ 55

5.6 ILI - Discovery of Condition ............................................................................................. 55

5.7 Types of ILI Conditions .................................................................................................. 55

*5.7.1 Immediate Repair Conditions* ......................................................................................... 55

*5.7.2 60-Day Conditions* ..................................................................................................... 56

*5.7.3 180-Day Conditions* .................................................................................................... 56

*5.7.4 Other Conditions* ....................................................................................................... 57

*5.7.5 Consent Decree/Special Permit/State Waiver Remediation* ........................................................ 57

5.8 ILI Vendor Reports ...................................................................................................... 58

5.9 ILI Data Integration ..................................................................................................... 58

*5.9.1 GIS Integration and Analysis* ......................................................................................... 59

5.10 Remediation Schedule ................................................................................................... 61

5.11 Pressure Reduction Exceeding 365 Days .............................................................................. 61

5.12 Repairs .................................................................................................................. 62

5.13 Identification of Integrity Issues ....................................................................................... 62

5.14 Identification of Trends in Pipeline Condition ......................................................................... 62

5.15 Communications ......................................................................................................... 62

5.16 Documentation .......................................................................................................... 62

**6 Preventive and Mitigative Measures Analysis** ........................................................................ **64**

6.1 Introduction [§ 195.452(f)(6), § 195.452(i)] ............................................................................ 64

6.2 Process Frequency & Triggers ........................................................................................... 64

*6.2.1 New Construction, Pipe Replacement, and Conversion to Service* .................................................. 64

USSER-000518

004795



*6.2.2 Acquisitions* ......................................................................................................... *64*

*6.2.3 Off Cycle P&MM Analysis* ...................................................................................... *65*

6.3     Responsibilities ............................................................................................................. 65

6.4     Process Overview ......................................................................................................... 65

6.5     Idle Pipelines ................................................................................................................ 66

6.6     P&MM Analysis Process ............................................................................................... 66

6.7     Evaluation Considerations ............................................................................................ 67

*6.7.1 General P&MMs* ...................................................................................................... *68*

6.8     Review of Effectiveness of Current P&MMs .................................................................. 69

6.9     Consideration of New P&MMs ...................................................................................... 69

6.10    Consideration of Alternate Modes of Operation ........................................................... 69

6.11    Risk Analysis Application .............................................................................................. 69

6.12    P&MM Decision Making Basis ...................................................................................... 70

6.13    Leak Detection ............................................................................................................. 70

*6.13.1 Leak Detection Analysis* ......................................................................................... *71*

*6.13.2 Leak Detection Analysis Decision Making Basis* ..................................................... *72*

6.14    Emergency Flow Restricting Devices ........................................................................... 72

*6.14.1 EFRD Analysis* ....................................................................................................... *73*

*6.14.2 EFRD Analysis Decision Making Basis* ................................................................... *73*

6.15    Communications .......................................................................................................... 74

6.16    Documentation ............................................................................................................. 74

**7    Program Effectiveness** ....................................................................................................... **75**

7.1     Introduction [§ 195.452(f)(7), § 195.452(k)] ................................................................. 75

7.2     Process Frequency and Triggers .................................................................................. 75

7.3     Responsibilities ............................................................................................................. 76

7.4     Process Overview ......................................................................................................... 76

7.5     Program Safety Goals ................................................................................................... 76

*7.5.1 Pipeline Performance* ............................................................................................... *76*

*7.5.2 Regulatory Compliance Performance* ....................................................................... *77*

7.6     Performance Metrics .................................................................................................... 77

7.7     Self-Assessments ......................................................................................................... 77

7.8     Regulatory Audits ......................................................................................................... 78

7.9     External Benchmarking ................................................................................................. 78

7.10    Metrics Trending, Analysis and Progress Toward Goals ............................................... 78

7.11    Continuous Improvements ............................................................................................ 79

7.12    Annual IMP Meeting ..................................................................................................... 79

7.13    Communications .......................................................................................................... 80

7.14    Documentation ............................................................................................................. 80

**8    Program Administration** ..................................................................................................... **81**

8.1     Introduction ................................................................................................................... 81

8.2     Process Frequency and Triggers .................................................................................. 81

USSER-000519

004796



8.3     Responsibilities ................................................................................................. 81

8.4     Quality Assurance .............................................................................................. 81

8.5     Internal Communications .................................................................................. 82

8.6     PHMSA/OSFM Notifications ............................................................................. 82

8.7     Annual IMP Review & Update........................................................................... 83

8.8     Program Variances ........................................................................................... 83

8.9     Records ............................................................................................................. 83

8.10    Documentation .................................................................................................. 84

USSER-000520

004797



# 1   INTRODUCTION AND PROGRAM OVERVIEW

## 1.1   Introduction [§ 195.452(a)]

Hazardous liquids integrity management requirements codified in 49 CFR 195.452, *Pipeline Integrity Management in High Consequence Areas*, hereinafter the Rule, require pipeline operators having Department of Transportation (DOT) jurisdictional transmission and low stress hazardous liquid pipelines that in the event of a failure, could affect High Consequence Areas (HCAs), as defined in § 195.450, *Definitions*, develop and implement an Integrity Management Program.

In accordance with these requirements, Sable has developed the following Integrity Management Program (hereinafter IMP or Program) and applies to the following operator Identification Numbers:

- 40881, Sable Offshore Corporation PPC

## 1.2   Program Overview

In accordance with Pipeline and Hazardous Materials Safety Administration (PHMSA) regulations codified in § 195.452, *Pipeline Integrity Management in High Consequence Areas*, Sable has developed the following IMP. The processes and procedures contained herein are intended to provide for active risk management of line pipe and facilities that could affect HCAs.

The IMP is organized into the following Sections:

- Introduction and Program Overview
- High Consequence Areas Analysis
- Data Integration, Threat Identification, and Risk Analysis
- Integrity Assessments
- Remediation
- Preventive and Mitigative Measures Analysis
- Program Effectiveness
- Program Administration

Consistent with PHMSA regulations and guidance, Sable employs a risk-based management system approached to monitoring and improving system integrity. Data driven risk modeling facilitates the identification of asset specific risk drivers, and this information is used in other Program elements such as integrity assessment planning and risk reduction efforts associated with Preventive and Mitigative Measures Analysis.



In order to facilitate consistent implementation, each section is organized in the following format (when applicable):

- Introduction
- Process Frequency and Triggers
- Responsibilities
- Process Overview
- Process
- Communications
- Documentation

It is Sable's policy that its assets are proactively managed to provide safe and reliable operations, and this objective is shared by all Sable employees.

## 1.3 Applicability

The requirements herein apply to DOT jurisdictional hazardous liquids transmission and low stress hazardous liquid pipelines and pipeline facilities that in the event of a failure could affect HCAs (refer to Section 2, High Consequence Areas Analysis).

Pipelines covered in this Program are placed into four (4) categories:

- **Category 1** includes pipelines existing on May 29, 2001, that were owned or operated by an operator who owned or operated a total of 500 or more miles of pipeline subject to 49 CFR Part 195.
- **Category 2** includes pipelines existing on May 29, 2001, that were owned or operated by an operator who owned or operated less than 500 miles of pipeline subject to this part.
- **Category 3** includes pipelines constructed or converted after May 29, 2001, and low-stress pipelines in rural areas under 49 CFR Part 195.12.
- **Category 4** includes low stress pipelines as specified in 49 CFR Part 195.12.

### 1.3.1 The Pipeline Safety Division of the Office of the State Fire Marshal

The Pipeline Safety Division of the Office of the State Fire Marshal (OSFM) enforces state and federal regulations for intrastate hazardous liquid pipelines in California. Hazardous liquid pipelines under the jurisdiction of the OSFM comply with both § 195.452 and California specific pipeline safety regulations including best available technology requirements (California Government Code (GC) 51013.1) and hydrostatic testing ((GC) 51013.5).



## 1.4    Implementation Responsibility

All Sable employees support the objective of safe and reliable transportation of hazardous liquids. Specific Sable personnel having responsibility for this Program include:

- **Vice President of Operations** – Is responsible for providing senior management support of this Program through on-going monitoring of IMP Performance and regular communication with the Integrity Engineering Manager.

- **Integrity Engineering Manager**– Is responsible for the maintenance and implementation of this Program. The **Integrity Engineering Manager** has the responsibility and the authority to implement all aspects of this Program.

## 1.5    Risk Management System

The Program is intended to provide for an active reduction in operating risk through the on-going evaluation of risk, implementation of integrity assessments, evaluation and implementation of risk-reducing actions, and the evaluation of program effectiveness. Similar to the Edwards Deming, Plan – Do-Check-Act (PDCA) cycle for continuous improvement, this Program is intended to continuously evolve as new insights are gained, technology is improved, and lessons are learned.

## 1.6    Documentation [§ 195.452(l)(1)]

Consistent with the requirements of § 195.452(l)(1), Sable maintains the following records on the Pipeline Integrity Drive for the life of the pipeline:

- Written IMP

- Associated forms, electronic files, and other documents are required to demonstrate compliance.

- Documents to support the decisions and analyses, including any modifications, justifications, deviations, and determinations made, variances, and actions taken, to implement and evaluate each element of the IMP. This includes documents developed and used in support of any identification, calculation, amendment, modification, justification, deviation, determination made, and any action taken to implement and evaluate any of the program elements.

Specific process documentation, storage location, and document maintenance responsibility are found in each IMP section.



USSER-000524

004801



USSER-000525

004802



USSER-000526

004803



USSER-000527

004804



USSER-000528

004805



Pipeline Integrity Management Plan
High Consequence Area Analysis
May 2025

USSER-000529

004806



USSER-000530

004807



USSER-000531

004808



USSER-000532

004809



USSER-000533

004810



USSER-000534

004811



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000535

004812



USSER-000536

004813



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000537

004814



USSER-000538

004815



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000539

004816



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000540

004817



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000541

004818



USSER-000542

004819



USSER-000543

004820



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000544

004821



USSER-000545

004822



USSER-000546

004823



Pipeline Integrity Management Plan
Data Integration, Threat Identification, and Risk Analysis
May 2025

USSER-000547

004824



USSER-000548

004825



USSER-000549

004826



USSER-000550

004827



USSER-000551

004828


USSER-000552

004829



USSER-000553



USSER-000554

004831



USSER-000555

004832



USSER-000556

004833



USSER-000557

004834



USSER-000558

004835



USSER-000559

004836



USSER-000560

004837



USSER-000561

004838



USSER-000562

004839



USSER-000563

004840



USSER-000564

004841



USSER-000565

004842



USSER-000566

004843



Pipeline Integrity Management Plan
Integrity Assessments
May 2025

USSER-000567

004844



USSER-000568

004845



USSER-000569

004846



Pipeline Integrity Management Plan
Remediation
May 2025

USSER-000570

004847



USSER-000571

004848



USSER-000572

004849



USSER-000573

004850



Pipeline Integrity Management Plan
Remediation
May 2025

USSER-000574

004851



USSER-000575

004852



USSER-000576

004853



USSER-000577

004854



Pipeline Integrity Management Plan
Preventive and Mitigative Measures Analysis
May 2025

USSER-000578

004855



USSER-000579

004856



Pipeline Integrity Management Plan
Preventive and Mitigative Measures Analysis
May 2025

USSER-000580

004857



Pipeline Integrity Management Plan
Preventive and Mitigative Measures Analysis
May 2025

USSER-000581

004858



USSER-000582

004859



Pipeline Integrity Management Plan
Preventive and Mitigative Measures Analysis
May 2025

USSER-000583

004860



USSER-000584

004861



USSER-000585

004862



USSER-000586

004863



Pipeline Integrity Management Plan
Preventive and Mitigative Measures Analysis
May 2025

USSER-000587

004864



USSER-000588

004865



USSER-000589

004866





USSER-000591

004868



Pipeline Integrity Management Plan
Program Effectiveness
May 2025

USSER-000592

004869



USSER-000593

004870



USSER-000594

004871



Pipeline Integrity Management Plan
Program Administration
May 2025

USSER-000595

004872



Pipeline Integrity Management Plan
Program Administration
May 2025

USSER-000596

004873



USSER-000597

004874



USSER-000598

004875