UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 25-8059, consolidated with No. 26-508

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,
v.
PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety
Administration

**RESPONDENTS' SUPPLEMENTAL EXCERPTS OF RECORD**

**Volume 3 of 4**

MATTHEW R. OAKES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov



"Pipeline Solutions Since 1952"

# Hydrostatic Test Plan



## PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)

Document Number: SO-LFP-HST-PLN-0001

Revision: 4

IFE – Issued for Execution

Revision Date: May 5, 2025

USSER-000600

004876



| | | **Hydrostatic Test Plan** | |
|---|---|---|---|

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

# Table of Contents

1. **PURPOSE** ........................................................................................................... **3**

2. **OVERALL PROJECT DESCRIPTION** ....................................................... **3**

3. **REFERENCE DOCUMENTS** ...................................................................... **4**

4. **HYDROSTATIC TESTING** ......................................................................... **4**
   4.1. Supply and Disposal of Water ............................................................... 5
   4.2. Water Movement ..................................................................................... 5
   4.3. Hydrostatic Test – General Data ............................................................ 5
   4.4. Stabilization ............................................................................................ 7
   4.5. Test Execution ........................................................................................ 7

5. **ROLES AND RESPONSIBILITIES** .......................................................... **9**

6. **DEFINITIONS AND ACRONYMS** ............................................................ **9**

7. **REVISION HISTORY** ................................................................................ **14**

8. **APPROVALS HISTORY** ............................................................................ **14**

**APPENDIX A – LOCATIONS OF VALVES AND ADDITIONAL INSTRUMENTS** ........................ **15**

**APPENDIX B – TEST LETTERS FOR SEGMENTS 3-8** ................................................ **16**

**APPENDIX C – TEST LETTERS FOR SEGMENTS 1-2** ................................................ **23**

USSER-000601

004877



| | | Hydrostatic Test Plan | | | |
|---|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | | Status | **IFE - Issued for Execution** | |
| | | | Effective Date | **March 11, 2025** | |
| | | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | | Last Revised | **May 5th, 2025** | |

## Tables

Table 1 Test Segments ........................................................................................................4
Table 2 Roles and Responsibilities ........................................................................................9
Table 3 Definitions and Acronyms ........................................................................................13
Table 4 Revision History ......................................................................................................14
Table 5 Approvals History ....................................................................................................14

USSER-000602

004878



| | | **Hydrostatic Test Plan** | | |
|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

## 1. PURPOSE

This document describes the procedures for hydrostatic testing of the Sable Offshore PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B).

## 2. OVERALL PROJECT DESCRIPTION

The following plan is to fill, hydrotest, and then dewater Lines 324 and 325. The pipeline will be tested in eight segments. Approximately 134,000 barrels of water from LFC will be used for pipeline Segments 3-8, and approximately 70,000 barrels for Segments 1 and 2. Once a section of the line is filled, it will be hydrotested and dewatered before moving to the next section.

An earlier version of this plan covered testing Segments 3 through 8. It has been updated to include testing Segments 1 (CA-324) and 2 (CA-325A).

After the initial water volume is moved through the pipeline testing Segments 3-8, a second water volume from the Emergency Containment Basin (ECB) will fill Segment 1 for testing. Additional water will be added and moved into Segment 2 for testing

**Project Location:**

The pipeline system consists of 2 portions:
o  CA-324 (OSFM Line ID 0015): 10.86 miles of 24-inch pipeline located in Santa Barbara County
o  CA-325A/B (OSFM Line ID 0001):  113.56 miles of 30-inch pipeline located in Santa Barbara County, San Luis Obispo County, and Kern County, California
- CA-325A: 38.72 miles beginning at Gaviota ending at Sisquoc in Santa Barbara County
- CA-325B: 74.84 miles beginning at Sisquoc terminating in Pentland, portions of which are in Santa Barbara, San Luis Obispo, and Kern Counties.



USSER-000603

004879



| | | Hydrostatic Test Plan | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## 3. REFERENCE DOCUMENTS

- US Department of Transportation 49 CFR 195
- CSFM OPS

## 4. HYDROSTATIC TESTING

The pipelines will be tested in eight (8) segments. A previous version of this plan included testing Segments 3-8. This plan includes testing Segments 1 & 2.



| Line | Segment | Start MP | End MP | Length (mi) | Start Stn | End Stn | Location | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|
| CA-324 | 1 | | | 10.87 | | | | | |
| CA-325A | 2 | | | 14.85 | | | | | |
| CA-325A | 3 | | | 23.87 | | | | | |
| CA-325B | 4 | | | 11.06 | | | | | |
| CA-325B | 5 | | | 13.79 | | | | | |
| CA-325B | 6 | | | 10.25 | | | | | |
| CA-325B | 7 | | | 22.99 | | | | | |
| CA-325B | 8 | | | 16.74 | | | | | |
| CA-325B | End | | | | | | | | |

*Table 1 Test Segments*

All operations will be conducted in accordance with Title 49, Part 195 of the Code of Federal Regulations regarding the hydrostatic testing of steel pipelines that transport crude oil, all CA OSFM requirements, and the waiver agreement between the state of California and Sable Offshore/Pacific Pipeline Company.

All personnel assigned to this project must complete Sable Offshore training, and documents will be issued to personnel and forwarded to Sable Offshore project management. Additionally, any OQ requirement for personnel must be verified based on Sable Offshore's span of control requirements.

The Pressure Test design document, including plot pressure, maximum test pressure, and minimum test pressure for each hydrostatic test, will be approved by Sable Offshore prior to testing each section. All final station numbers, high, low, test site and far end elevations will be field verified by Sable Offshore prior to beginning the hydrostatic testing operations. All hydrotest pressures, etc. contained in this document are based on assumptions that may not be applicable to the final test

USSER-000604

004880



| | | **Hydrostatic Test Plan** | | |
|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

parameters. The information provided by Sable Offshore prior to testing will supersede any information in this document.

## 4.1. Supply and Disposal of Water

Sable will supply and dispose of the water used for hydrostatic testing. The contractor will supply all temporary piping, pumps, transportation, etc., for filling the pipe.

The water must be clean, free from dirt and suspended matter. During water injection, peracetic acid (PAA) will be added to the water to neutralize any biological materials.

Green aniline tracer dye will be injected into the test water at a rate of 1 gallon for every 40,000 gallons of test water.

Test water will be treated at Pentland upon receipt from the pipeline and stored in vessels for surface discharge.

## 4.2. Water Movement

As part of the Consent Decree, Sable Offshore is required to hydrotest Lines 324, 325A, and 325B. The first segment will be filled with water from LFC using a portable pump connected to the Emergency Containment Basin (ECB) or the fire system. The estimated water fill is approximately 134,000 barrels. A pig will be launched at the start of the water fill to Gaviota. Water will continue to be injected until the entire volume has been added, filling CA-324, Segment 2, and a portion of Segment 3 in CA-325A. CA-324 (Segment 1) and Segment 2 in CA-325A will not be tested at this time. A dewater pig will be launched into CA-324 at LFC and then into CA-325A at Gaviota with air to move the water into Segment 3. Segment 3 will be tested, followed by transferring the water into subsequent segments for testing until all remaining segments have been tested.

Water will be discharged into a treatment system and stored in tanks at Pentland for land discharge.

A second batch of water from the ECB will be used to fill Segment 1 (30,290 BBL). After testing Segment 1, additional water will be injected to provide a sufficient volume to fill Segment 2 (65,436 BBL). A dewater pig will be launched into CA-324 at LFC to move this water into Segment 2 for testing.

## 4.3. Hydrostatic Test – General Data

### 4.3.1. MOP

MOP for each line section is defined as the maximum operating pressure at the minimum elevation of each line section.

- CA-324 (Segment 1):
- CA-325A (Segments 2-3)
- CA-325B (Segments 4-7)
- CA-325B (Segment 8)
- According to the waiver agreement, CA-324 (Segment 1) will be spike tested for 15 minutes at 1.5xMOP for 15 minutes followed by an 8-hour pressure test at 1.25xMOP
- CA-325A will be spike tested for 15 minutes at 1.39xMOP for 15 minutes followed by an 8-hour pressure test at 1.25xMOP

USSER-000605

004881



| | | | |
|---|---|---|---|
| | **Hydrostatic Test** **Plan** | | |
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

- ▪ CA-325B will not be spike tested. 8-hour pressure test at 1.25xMOP

The hydrotest will be witnessed and approved by a PPC representative along with an approved third party.

Before any phase of the testing operations begins, safety will be addressed and reviewed by all parties involved. All equipment used for testing will be inspected to ensure its safety for use. All personnel associated with the testing operations will be instructed to observe all safety compliance measures. The following criteria shall be observed to help ensure the safety of all operations, in addition to all site-specific safety requirements:

- Only trained, experienced and authorized personnel will install the nipples and valves to the manifold.
- Equipment arrangement on the ROW will be planned to facilitate the work while maintaining the safety of the test personnel in unlikely case of rupture.
- All individuals performing Covered Tasks under Sable Offshore's specs will provide proof of qualification before beginning work on the respective covered task.
- All personnel will be informed of their assignments and responsibilities on a per shift basis.
- Reliable transportation and communication systems will be provided and maintained during test operations, so all personnel directly involved in testing may communicate during testing.
- Personnel that are not directly engaged in the testing operations will remain out of the testing area during the test period, and no work shall be performed on or around the pipe under test. The appropriate barricades and signage will be posted.
- Test instruments will be calibrated prior to use and documentation of this calibration will be maintained in the test trailer and will be made available upon request. Instrumentation will be certified within 180 days of the test being performed.
- A secondary gauge or pressure monitoring device will be installed on each test section. This gauge will be monitored along with the dead weight gauge as pressure is applied to the section. The gauge will be connected to the test manifold or cap in such a way that it is wholly independent of the dead weight gauge and pressure chart.
- Check valves will be installed as necessary to ensure the safety of the pipeline, pumps and personnel.
- Hoses, fittings and test connections will be checked for proper pressure rating.
- Whip checks or hose halters will be installed on all hosed connections larger than 1".
- Bleed off outlets shall be installed in all piping to allow for pressure release whenever necessary.
- All work and pressure tests shall be conducted with due regard for the safety of life, property and environmental compliance.
- Warning signs will be placed at areas with exposed pipe while under test and in or near populated areas.

USSER-000606

004882



| | | **Hydrostatic Test Plan** | | |
|---|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** | |
| | | Effective Date | **March 11, 2025** | |
| | | Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** | |

### 4.4. Stabilization

After filling is complete, each test section must stabilize at approximately twenty-five percent (25%) of the test pressure for twelve (12) hours or until the average pipe and ground temperatures become asymptotic. Personnel or security must be present at the test location while the test section is pressurized.

### 4.5. Test Execution

We will supply hydrotesting equipment that meets Sable Offshore specifications. This will include one (1) pressure unit, one (1) 50-3,000 psi dead weight gauge, two (2) 0-3,000 psi, 24-hour rotation circular chart pressure recorders, up to four (4) digital pressure recording instruments, and up to five (5) 12", 0-150°F 24-hour rotation circular chart pipe and ground temperature recorders, as well as up to five (5) three-channel digital temperature recording devices for ambient, pipe, and ground temperatures. All instrumentation will be calibrated and certified within the last six (6) months. Certificates of calibration will be provided to Sable Offshore prior to testing or upon request at any time after the project has commenced. The instrumentation will be housed in a climate-controlled test trailer complete with a generator and lighting. We will also supply Veriforce Operator Qualified personnel to conduct the pressure tests.

The hydrotesting will be conducted according to Sable Offshore specifications. Once the stabilization period is completed, the section will be pressured up to approximately 50% of the pressure, and the test segment will be visually inspected for leaks. After the 50% leak check is completed, the section will be pressured up to approximately 75% of the pressure, and the test segment will again be visually inspected for leaks. Each hold/leak check shall last for 10 minutes. Once the hold/leak checks are successfully performed, the section(s) will be increased to 80% of the target test pressure at a rate of approximately 10 psi per minute, and a PV Plot will be completed by recording the number of strokes for each 10 psi from approximately 80% until 100% of the target test pressure is reached. All pertinent information shall be recorded on continuous chart recorders or electronic recording devices, as well as specific hydrotest recording forms to preserve the test record. A log of pressure and temperature readings will be made every 15 minutes throughout the duration of the hydrostatic test. Individual test section details can be found in Appendix A.

In general, the following process should be followed at each test location for conducting the pipeline hydrotesting. This execution is not exhaustive; all applicable guidelines and procedures from Sable Offshore and contractors, as well as general safety procedures and industry standard practices, must be adhered to. The testing execution described below will align with the project schedule as necessary and is not intended to represent a sequence of work.

#### Administration of hydrotesting

- Toolbox safety meeting.
- Verify Primary Generator is operational.
- Verify Test Trailer is operational.
- Verify Primary Pressure Pump is operational.
- Verify all instrumentation is operational.

USSER-000607

004883



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status: **IFE - Issued for Execution** <br> Effective Date: **March 11, 2025** <br> Revision Number: **4** |
| Doc No: **SO-LFP-HST-PLN-0001** | | Last Revised: **May 5th, 2025** |

- Install new charts on all analog instrumentation.
- Open line to pressure instrumentation.
- Communicate with Sable Offshore onsite Inspection at all times.
- Verify all instrumentation is operating within range.
- Increase pressure to ~50% test pressure +/- 10 PSI.
- Conduct ~50% leak check
- Increase pressure to ~75% test pressure +/- 10 PSI.
- Conduct ~75% leak check.
- Verify all instrumentation is operating within range.
- Increase pressure from ~75% to 100% target test pressure at ~10 psi/min, conducting a PV Plot from 80% of target test pressure until 100% of target test pressure in reached
- Verify all instrumentation is operating within range.
- Conduct hydrotest.
- Begin documentation of all test data on 15-minute intervals.
- Verify operation of all instrumentation throughout test (15-minute intervals).
- Maintain strength test pressure between min and max values for 8 hours.
- Add or remove water as necessary to maintain pressure window.
- Measure and document all water added or removed.
- Pressure must stay above the minimum test pressure.
- Verify no leaks are present throughout the test.
- Post-Hydrotest operations shall be completed upon acceptance.
- Isolate pressure hose from pipeline (<span style="color:red">Do Not Remove</span>).
- Bleed pressure from hose to facilitate charting to zero (<span style="color:red">0</span>) pressure on chart.
- Communicate successful depressurization to onsite representative.
- Remove charts from all instruments and note the following information on the chart or Milbar sticker:

  - Chart Type
  - Owner Company
  - General Contractor
  - Project Name
  - Test Section Name
  - Length
  - Test Start Date
  - Test Start Time
  - Test Start PSI
  - Test Stop Date
  - Test Stop Time
  - Test Stop PSI Begin MP/STA

USSER-000608

004884



| | Hydrostatic Test Plan | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

- o End MP/STA
- o Test Medium
- o Chart Location (MP/STA)
- o Recorder Serial Number
- o Chart Notations
- o Test Administrator signature & date
- o Sable Offshore Inspection signature & date

- Testing completed

## 5. ROLES AND RESPONSIBILITIES

| Roles | Responsibilities |
|---|---|
| **Company Sable Offshore** | • Provide permits for the acquisition and/or discharge of water.<br>• Provide 'As Built' survey data for high point, low point, beginning point, ending point test location and any additional necessary points including stationing and elevations.<br>• Provide onsite company representatives and test inspectors at all work locations for up to a 2 shift 24 hr. per day 7 day per week working schedule<br>• Provide adequate access for loaded over the road vehicles to all locations.<br>• Provide sufficient workspace at all locations.<br>• Provide emergency response equipment and support.<br>• Locate failures. |
| **Contractor U.S. Pipeline** | • Provide support crews for up to a 2 shift 24 hr. per day 7 day per week working schedule (if necessary).<br>• Provide supervision and take full responsibility for additional support provided.<br>• Provide labor, materials and equipment for unloading, loading, and/or installation of Milbar equipment. |
| **Milbar Hydro-Test, Inc.** | • Provide Test Supervisor and technicians for hydrotesting.<br>• Perform test as specified in this procedure.<br>• Provide pressure charts, temperature charts, and dead weight tester for the hydrostatic testing. Furnish all certificates of calibration for equipment.<br>• Record all pressure and temperature readings for the hydrostatic test. Provide same to the Test Inspector for certification. |

*Table 2 Roles and Responsibilities*

## 6. DEFINITIONS AND ACRONYMS

| Term | Definition |
|---|---|
| **CFR** | Code of Federal Regulations |

USSER-000609

004885



| | **Hydrostatic Test Plan** | |
|---|---|---|

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Chief Inspector** | That person designated by the Company as being responsible for the construction activities on a given project. |
| **Cold Working Pressure (CWP)** | The maximum working pressure of a fitting that the ANSI rates between -20 ºF and 100 ºF. |
| **Commencement Pressure (Strength Test)** | Also known as start Strength Test pressure. It is the minimum Strength Test pressure plus a cushion. |
| **Contractor** | Contractor's employees, agents, and other representatives and the employees, agents, and other representatives of its subcontractors. |
| **Company** | Sable Offshore and/or its affiliates. |
| **Company Representative** | The authorized representative of the Company in the field and/or test shop during the hydrostatic test who is to report to the Company project manager. |
| **Design Pressure (Internal Design Pressure)** | Is the maximum internal pressure limit based on the material in a pipeline segment and is greater than or equal to the maximum allowable operating pressure (MAOP) of natural and other gas pipelines or maximum operating pressure (MOP) in the case of hazardous liquids pipelines. |
| **Deadweight Tester** | An instrument that consists of a finely machined piston that is mounted vertically in a close-fitting cylinder used for maintaining a calculable pressure. Also known as a piston gauge. When fitted with a means of pressure control, additional pressure ports, masses, or other specific equipment, the complete system is commonly known as a dead-weight tester. |
| **Double Stroking** | Occurs when the straight-line portion of the stroke pressure plot requires twice the number of strokes for the same amount of pressure increase. The number of strokes is determined by the average number of stokes per 10 psi using a linear regression on the first 100 psi of the stroke pressure plot. Also known as double deviation. |
| **Fabrication** | An assembly of piping, fittings, and valves that, when installed, are normally considered only part of the facility. |
| **High Pressure Piping** | All piping which is to operate above 100 psig. |
| **Hydrostatic Pressure Test** | An integrity assessment of a pipeline or pipeline component, during which internal pressure above the normal or maximum operating pressure is applied, under no-flow conditions, for a fixed period of time. A liquid test medium is normally used to apply the internal pressure. |
| **High Pressure Pump** | Positive displacement pump equipped with micro switch breaker and stroke counter used to apply pressure to the pipeline during a hydrotest. |
| **Leak Check** | A preliminary review of a test section to check for leaks during pressurization before reaching the Specified Strength Test Pressure. |
| **Leak Test** | A procedure used in conjunction with testing to detect the existence or evidence of leaks in the pipeline that utilizes visual or analytical processes. For piping that is entirely visible during the test, the leak test will consist of observation of the piping while under pressure to check for visible or audible evidence of a leak. For piping below ground or otherwise not visible, the leak test will consist of an approved procedure whereby pressure variations during Strength Testing are accounted for, taking into account the effects of temperature and pressure on the test medium and pipe. |

USSER-000610

004886



| | Hydrostatic Test Plan | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Low Pressure Piping** | All piping which is to operate at or below 100 psig. |
| **Maximum Allowable Operating Pressure (MAOP)** | The maximum pressure at which a pipeline or segment of a pipeline may be operated under 49 CFR Part 192. It depends on the material used, the class location, test pressure levels and the operating conditions. |
| **Maximum Operating Pressure (MOP)** | The maximum pressure at which a pipeline or segment of a pipeline may be normally operated under 49 CFR Part 195. It depends on the material used, the class location, test pressure levels and the operating conditions. |
| **Maximum Test Pressure (MTP)** | The maximum internal fluid pressure permitted for testing, for the materials and for Part 192 facilities, class location involved. |
| **Primary Test** | Hydrostatic test for new buried pipelines, meter station piping, regulator station piping, compressor station piping, pump station piping, terminal piping, and delivery station piping. |
| **PCM** | Pressure Containing Material |
| **Pig** | A device that is driven through a pipeline by the flow of the fluid within the pipeline, used to perform various internal activities such as pipe cleaning, separation of pipe fluids, and internal inspection. |
| **Pig Trap** | An arrangement of pipeline equipment, with associated piping and valves for launching and/or receiving pigs. |
| **Pipeline** | All parts of those physical facilities through which product moves in transportation, including pipe, valves, and other appurtenance attached to pipe, compressor units, metering stations, regulator stations, delivery stations, holders, and fabricated assemblies. |
| **Pre-Test** | A pressure test performed on a critical subsection prior to the mainline test to ensure its integrity. Examples include pipe segments to be used for emergency pipe or pre-pull. |
| **Pressure Recorder** | A circular or strip chart analog used for recording the pressure during the hydrotest. |
| **Pressure Test** | A test performed to prove the integrity of piping. This test may consist of Leak Check, Leak Test, Strength Test and/or other testing criteria as required by Regulations and defined in the Pressure Test Letter and this document. |
| **Pressure Test Letter** | The letter approved by the Company which provides any Specified Spike Test Pressure, Specified Leak Test Pressure, Specified Strength Test Pressure, Pressure Tolerance, test durations, requirement for stroke-pressure monitoring, requirement for a pressure-volume plot, and other information pertinent to the pressure test. |
| **Pressure Tolerance** | The allowable variance from the Specified Test Pressures, as specified by the Pressure Test Letter. |
| **Pressure Test Records** | The set of documents required to be completed and submitted for each pressure test. |
| **Restrained Pipe** | Pipe that is buried or otherwise permanently secured in one location. |
| **Secondary Test** | Pressure test using water or inert gas for fully exposed valve and piping assemblies and pipe. |

USSER-000611

004887



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Should or May** | Verb used in association with a recommended or suggested practice. |
| **Shall or Will** | Verb used in association with a mandatory requirement. |
| **Strength Test** | Test designed to establish the operating pressure limit of a pipeline as required by code or regulation. It is the pressurization of piping to a minimum predetermined stress level or pressure and maintaining this stress level or pressure for a predetermined time interval or hold period. |
| **Specified Minimum Yield Strength (SMYS)** | An indication of the minimum stress that may cause permanent deformation of the pipe. |
| **Specified Strength Test** | The desired minimum strength test pressure, as specified Pressure by the Pressure Test Letter. |
| **Specifications** | Job Description, Drawings, codes, regulations, and standards and all other forms or documents comprising the contract between the Company and Contractor for the work described therein. |
| **Stabilization** | A period of time after the pipeline is completely filled, but before the pressure is increased to test pressure to allow the pressure and temperature in the test section to achieve steady-state. This is generally the time after the fill pumps are shut down and while the pressure pumps are readied for service and/or immediately after reaching test pressure. |
| **Strength Pressure Test** | A pressure test performed to qualify facilities to operate at a desired maximum allowable operating pressure (MAOP) or maximum operating pressure (MOP). |
| **Stress Corrosion Cracking (SCC)** | A form of cracking produced by the combined action of tensile stress (residual or applied), a corrosive environment, and susceptible material. |
| **Stroke Counter** | A device attached to a high pressure positive displacement pump that will count the number of time the pump completes a full cycle of the pistons on the pump. |
| **Stroke Pressure Plot** | A pressure versus strokes plot where a stroke counter is used to measure the amount of volume required to raise the pressure 10 psi. This value is recorded every 10 psi throughout the pressure up sequence beginning at 85% of test pressure and culminating at 100% of test pressure. Also known as PV Plot or Yield Plot. |
| **Test Administrator** | Individual that is present during the execution of the test and has the responsibility to monitor the test for compliance to the test plan. |
| **Test Duration** | The length of time pressure is held at the target pressure, not to include time taken to pressure up or during the leak test, according to the type of test (leak, spike, or strength) as specified in the Pressure Test Plan. |
| **Test Inspector** | The person responsible for ensuring pressure testing is conducted and documented in accordance with Company specifications and procedures, the approved Pressure Test Letter, the Contract Documents and the approved Pressure Testing Plan. |
| **Test Medium** | The fluid or gas that is used to conduct a pressure test. |
| **Test Pressure Ratio** | The test pressure divided by the desired operating pressure or MAOP of a pipeline system. |

USSER-000612

004888



| | | | |
|---|---|---|---|
| **Hydrostatic Test Plan** | | | |

| | | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

| Term | Definition |
|---|---|
| **Test Report** | The final report with data recorded before, during and after the hydrotest, as well as the final test results. |

*Table 3 Definitions and Acronyms*

USSER-000613

004889



| | Hydrostatic Test Plan | | |
|---|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## 7. REVISION HISTORY

| Revision # | Date | Clause | Changes |
|---|---|---|---|
| 0 | March 11, 2025 | | Initial release – For review |
| 1 | March 13, 2025 | | Minor revisions, added test letters for sections 3-8 |
| 2 | March 19, 2025 | | Minor revisions to test letters. |
| 3 | May 2,2025 | | Corrected 4.3.1 MOP |
| 4 | May 5,2025 | | Revised Section 2, Sections 4 and 4.1, Appendix A, Added Appendix C |

*Table 4 Revision History*

## 8. APPROVALS HISTORY

This Project Execution Plan is reviewed by the Company and maintained by the Milbar and Contractor. Plan changes require the review and approval of the following as applicable.

| APPROVED BY | Signature / Date |
|---|---|
| **Milbar** | *[signature]* 05/05/2025 |
| **Sable Offshore** | |
| | |
| | |

*Table 5 Approvals History*

USSER-000614

004890



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## APPENDIX A – LOCATIONS OF VALVES AND ADDITIONAL INSTRUMENTS

Additional instrument locations are in yellow – Jumpers are in Blue



Valves (yellow) indicate instrument sites
Valves (yellow & blue) indicate instrumentation and bypass sites (2)
Rev 1 (3/21/2025)
Rev 2 (5/3/2025)

USSER-000615

004891



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## APPENDIX B – TEST LETTERS FOR SEGMENTS 3-8



### Sable Offshore
### Hydrostatic Test Information
### Spike Test
Pipeline: CA-325A
Test Section #3

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.281 in. | X-70 | 23.95 miles | | |

Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.281 | | | | | | |
| Begin | 0.281 | | | | | | |
| High | 0.281 | | | | | | |
| Low | 0.281 | | | | | | |
| End | 0.281 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 790 PSI at the high point and Maximum of 99.1% SMYS at the low point of the thinnest wall pipe.

**Page 16 of 26**

USSER-000616

004892



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | |

| | | |
|---|---|---|
| Status | **IFE - Issued for Execution** | |
| Effective Date | **March 11, 2025** | |
| Revision Number | **4** | |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325A
Test Section #3

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.281 in. | X-70 | 23.95 miles | | |

Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.281 | | | | | | |
| Begin | 0.281 | | | | | | |
| High | 0.281 | | | | | | |
| Low | 0.281 | | | | | | |
| End | 0.281 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 650 PSI at the high point and Maximum of 88.4% SMYS at the low point of the thinnest wall pipe.

USSER-000617

004893



# Hydrostatic Test Plan

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



### Sable Offshore
### Hydrostatic Test Information
### Strength Test
Pipeline: CA-325B
Test Section #4

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.438 in. | X-70 | 11.06 miles | ███ | ███ |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.438 | | | | | | |
| Begin | 0.438 | | | | | | |
| High | 0.438 | | | | | | |
| Low | 0.438 | | | | | | |
| End | 0.438 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 886 PSI at the high point and Maximum of 80% SMYS at the low point of the thinnest wall pipe.

USSER-000618

004894



| | **Hydrostatic Test Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status: **IFE - Issued for Execution** |
| | | Effective Date: **March 11, 2025** |
| | | Revision Number: **4** |
| Doc No **SO-LFP-HST-PLN-0001** | | Last Revised: **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #5

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.438 in. | X-70 | 13.79 miles | ▮ | |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| ▮ | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.438 | | | | | | |
| Begin | 0.438 | | | | | | |
| High | 0.438 | | | | | | |
| Low | 0.438 | | | | | | |
| End | 0.438 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 743 PSI at the high point and Maximum of 79.5% SMYS at the low point of the thinnest wall pipe.

USSER-000619

004895



| | **Hydrostatic Test** | |
|---|---|---|
| | **Plan** | |

| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
|---|---|---|---|
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #6

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.438 in. | X-70 | 10.25 miles | ▮ | ▮ |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.438 | | | | | | |
| Begin | 0.438 | | | | | | |
| High | 0.438 | | | | | | |
| Low | 0.438 | | | | | | |
| End | 0.438 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 1201 PSI at the high point and Maximum of 68% SMYS at the low point of the thinnest wall pipe.

USSER-000620

004896



| | **Hydrostatic Test<br>Plan** | |
|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest<br>(Lines 324/325A/325B)** | Status: **IFE - Issued for Execution**<br>Effective Date: **March 11, 2025**<br>Revision Number: **4** |
| **Doc No**  **SO-LFP-HST-PLN-0001** | | Last Revised: **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #7

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.344 in. | X-65 | 22.99 miles | | |

Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 912 PSI at the high point and Maximum of 84.7% SMYS at the low point of the thinnest wall pipe.

USSER-000621

004897



| | **Hydrostatic Test<br>Plan** | |
|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest<br>(Lines 324/325A/325B)** | Status: **IFE - Issued for Execution** |
| | | Effective Date: **March 11, 2025** |
| | | Revision Number: **4** |
| Doc No: **SO-LFP-HST-PLN-0001** | | Last Revised: **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325B
Test Section #8

### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.375 in. | X-65 | 16.74 miles | | |

### Test Pressure Information:

| Approximate Pack Pressure | Approximate Gallons to Pressurize | Minimum Strength Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| 175 psi | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.375 | | | | | | |
| Begin | 0.375 | | | | | | |
| High | 0.375 | | | | | | |
| Low | 0.375 | | | | | | |
| End | 0.375 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 450 PSI at the high point and Maximum of 91.3% SMYS at the low point of the thinnest wall pipe.

USSER-000622

004898



| | **Hydrostatic Test Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |

## APPENDIX C – TEST LETTERS FOR SEGMENTS 1-2



**Sable Offshore**
**Hydrostatic Test Information**
**Spike Test**
Pipeline: CA-324
Test Section #1

████████████████

### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in. | X-65 | 10.87 miles | ███████ | ██████ |

### Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| 400 psi | ███ | ███ | ███ | ███ | ███ | ███ |

### Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | ███ | ███ | ███ | ███ | ███ | ███ |
| Begin | 0.344 | ███ | ███ | ███ | ███ | ███ | ███ |
| High | 0.344 | ███ | ███ | ███ | ███ | ███ | ███ |
| Low | 0.344 | ███ | ███ | ███ | ███ | ███ | ███ |
| End | 0.344 | ███ | ███ | ███ | ███ | ███ | ███ |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 1156 PSI at the high point and Maximum of 81.9% SMYS at the low point of the thinnest wall pipe.

**Page 23 of 26**

USSER-000623

004899



| | **Hydrostatic Test Plan** | |
|---|---|---|
| **Project** | **PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)** | Status **IFE - Issued for Execution** |
| | | Effective Date **March 11, 2025** |
| | | Revision Number **4** |
| **Doc No** **SO-LFP-HST-PLN-0001** | | Last Revised **May 5th, 2025** |



## Sable Offshore
## Hydrostatic Test Information
### Strength Test
Pipeline: CA-324
Test Section #1

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in. | X-65 | 10.87 miles | ██████ | ██████ |

Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| ███ | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 905 PSI at the high point and Maximum of 68% SMYS at the low point of the thinnest wall pipe.

USSER-000624

004900



"Pipeline Solutions Since 1952"

# Hydrostatic Test Plan

| Project | PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) | Status | IFE - Issued for Execution |
|---|---|---|---|
| | | Effective Date | March 11, 2025 |
| | | Revision Number | 4 |
| Doc No | SO-LFP-HST-PLN-0001 | Last Revised | May 5th, 2025 |



## Sable Offshore
### Hydrostatic Test Information
### Spike Test
Pipeline: CA-325A
Test Section #2



### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.344 in. | X-65 | 14.83 miles | | |

### Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/192025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 862 PSI at the high point and Maximum of 94.6% SMYS at the low point of the thinnest wall pipe.

USSER-000625

004901



| | **Hydrostatic Test**<br>**Plan** | | |
|---|---|---|---|
| Project | **PP2412047 - Las Flores Pipeline Hydrotest**<br>**(Lines 324/325A/325B)** | Status | **IFE - Issued for Execution** |
| | | Effective Date | **March 11, 2025** |
| | | Revision Number | **4** |
| Doc No | **SO-LFP-HST-PLN-0001** | Last Revised | **May 5th, 2025** |



**Sable Offshore**
**Hydrostatic Test Information**
**Strength Test**
Pipeline: CA-325A
Test Section #2

General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon/psi |
|---|---|---|---|---|---|
| 30.00 in. | 0.344 in. | X-65 | 14.83 miles | | |

Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

Test Section Information:

| Location | W.T. | Approximate Station. | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Company Representative Approval

3/19/2025
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 722 PSI at the high point and Maximum of 85.2% SMYS at the low point of the thinnest wall pipe.

USSER-000626

004902



# Sable Offshore

**PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)**

# Test Section:
# 1

# Station 0+00 to Station: 573+75
# 57,375 Feet of 24" O.D.

**Milbar Test ID#**
**1746608400**

USSER-000627

004965



il                I                               CSFM ID#25-07317

General Information:

The purpose of this report is to summarize and document the results from the testing. This section of the PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) project for Sable Offshore is designated as 1. This section is primarily comprised of 24" O.D. x 0.344" W.T. x X-65 Grade pipe. The section begins at Station # 0+00 and ends at Station #573+75 for a total length of 57,375 Feet. The Sable Offshore test procedure was completed and validated by company inspection which was on site during the entire test. At the completion of the test the data contained in the test documentation was accepted as evidence of a valid test by Sable Offshore under Sable Offshore specifications.

Elevation Data:

The elevation at the test site was 223 FT at Station # 0+00. The begin point of the test section was at an elevation of 223 FT at Station #  0+00. The highest point in the test section was at an elevation of 817 FT at Station # 39+00. The lowest point in the test section was at an elevation of 12 FT at Station # 94+00. The end point of the test section was at an elevation of 194 FT at Station # 573+75.

Temperature Data:

The ambient temperature at the test site at the beginning of testing was 62°F at 08:05 AM May. 12, 2025 and was a minimum of 62°F at 08:05 AM May. 12, 2025 and reached a maximum of 74°F at 10:00 AM May. 12, 2025 before ending the test at 73°F at 05:00 PM May. 12, 2025.

The pipe temperature at the test site at the beginning of testing was 65.4°F at 08:05 AM May. 12, 2025 and was a minimum of 65.4°F at 08:05 AM May. 12, 2025 and reached a maximum of 65.5°F at 08:25 AM May. 12, 2025 before ending the test at  65.4°F at 05:00 PM May. 12, 2025.

The ground temperature at the test site at the beginning of testing was 64.5°F at 08:05 AM May. 12, 2025 and was a minimum of 64.4°F at 08:15 AM May. 12, 2025 and reached a maximum of 64.6°F at 02:15 PM May. 12, 2025 before ending the test at 64.5°F 05:00 PM May. 12, 2025.

PVPlot Data:

The plot was started at 5/12/25 07:36:51 AM with a pressure of 1130 psi and ended at 5/12/25 07:59:33 AM with a pressure of 1423 psi. The total duration of the plotting was 22.7 minutes at an average of 69.383 strokes per min and 12.907 psi per minute. We pumped a total of 1575 strokes at 1.306 gallons per stroke taking 5.375 strokes per psi or 7.02 gallons per psi for a total gallons pumped of 2056.95 gallons. The deviation from the calculated baseline was a total of -3.675 Gallons or -0.338 Gal/Mile.

Duration Data:

The total duration was 8 Hours 15 Minutes 0 Seconds for all phases of testing for this section. Detailed information regarding the duration of each phase of the testing can be found in the table on the following page.

**Please refer to additional documentation, drawings, etc supplied by Sable Offshore for details of any other piping and components that are incorporated within this section.

004966



CSFM ID#25-07317

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPIKE | 05/12/25 08:05 AM | 05/12/25 08:20 AM | 0H15M 0S | 1423@ 76.4% | 1423@ 76.4% | 1423@ 76.4% | 1423@ 76.4% | 1166@ 62.6% | 1166@ 62.6% | 1514@ 81.3% | 1514@ 81.3% | 1436@ 77.1% | 1436@ 77.1% |
| TEST | 05/12/25 09:00 AM | 05/12/25 05:00 PM | 8H0M 0S | 1173@ 63% | 1172@ 62.9% | 1173@ 63% | 1172@ 62.9% | 916@ 49.2% | 915@ 49.1% | 1264@ 67.8% | 1263@ 67.8% | 1186@ 63.6% | 1185@ 63.6% |

USSER-000629

004967



**TEST LOG**

CSFM ID#25-07317

05/12/2025

Test ID#1746608400

| Company & Contractor: | Sable Offshore / U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) |
|---|---|---|

| Contract #: 26145 | Location: Nipomo, CA | Pipe Description: 24" O.D. 0.344" W.T. X-65 Grade |
|---|---|---|

| Section #: 1 | From: Sta.# 0+00 | To: Sta.# 573+75 | Length: 57,375 Feet |
|---|---|---|---|

| Pressure Unit Location: | Sta.# 0+00 | Pressure Unit Number: | PT020 | Gal./Stk.: 1.306 | Strokes / 10 psi: 53.75 |
|---|---|---|---|---|---|

| Max Pressure: 1433 PSI | Min Pressure: 1162 PSI | Test Medium: Water | Weather: Clear |
|---|---|---|---|

| Type | Certified | Serial # | Manufacturer | Range | Type | Certified | Serial # | Manufacturer | Range |
|---|---|---|---|---|---|---|---|---|---|
| Amb-RTU | 12/18/2024 | 004199A | Signalfire | -100 °F to 212 °F | PR | 03/11/2025 | 0814139 | Barton | 0-3000 PSI |
| Deadweight | 03/06/2025 | 6106 | Chandler | 50-3000 PSI | PR | 03/05/2025 | 202E-0925071 | Barton | 0-3000 PSI |
| G-RTU | 12/18/2024 | 004327G | Signalfire | -100 °F to 212 °F | Press-RTU | 12/18/2024 | 004199PG | Signalfire | 0-5800 PSI |
| G-RTU | 12/18/2024 | 004175G | Signalfire | -100 °F to 212 °F | Press-RTU | 12/18/2024 | 004191PG | Signalfire | 0-5800 PSI |
| P-RTU | 12/18/2024 | 004327P | Signalfire | -100 °F to 212 °F | | | | | |
| P-RTU | 12/18/2024 | 004175P | Signalfire | -100 °F to 212 °F | | | | | |

| Start Test | 05/12/25 / 08:05 AM | End Test | 05/12/25 / 05:00 PM |
|---|---|---|---|

| # | Date \| Time | Pressure (PSIG) | Amb | Pipe | Ground | Remarks | # | Date \| Time | Pressure (PSIG) | Amb | Pipe | Ground | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/12/25 05:09 AM | 401 | 59 | 65 | 64 | Start Pump | 25 | 05/12/25 11:00 AM | 1173 | 68 | 66 | 64 | |
| 2 | 05/12/25 05:12 AM | 418 | 59 | 65 | 64 | Stop Pump | 26 | 05/12/25 11:15 AM | 1173 | 71 | 66 | 64 | |
| 3 | 05/12/25 05:25 AM | 417 | 58 | 65 | 64 | Start Pump | 27 | 05/12/25 11:30 AM | 1173 | 70 | 66 | 65 | |
| 4 | 05/12/25 05:56 AM | 710 | 58 | 65 | 64 | Leak Check | 28 | 05/12/25 11:45 AM | 1173 | 71 | 66 | 65 | |
| 5 | 05/12/25 06:46 AM | 708 | 58 | 65 | 65 | Start Pump | 29 | 05/12/25 12:00 PM | 1173 | 73 | 66 | 64 | |
| 6 | 05/12/25 07:09 AM | 1000 | 60 | 65 | 65 | Leak Check | 30 | 05/12/25 12:15 PM | 1173 | 74 | 66 | 65 | |
| 7 | 05/12/25 07:26 AM | 1000 | 60 | 65 | 64 | Start Pump | 31 | 05/12/25 12:30 PM | 1173 | 73 | 66 | 65 | |
| 8 | 05/12/25 07:36 AM | 1130 | 61 | 65 | 65 | Start Plot | 32 | 05/12/25 12:45 PM | 1173 | 74 | 66 | 64 | |
| 9 | 05/12/25 07:59 AM | 1423 | 61 | 65 | 65 | Stop Plot | 33 | 05/12/25 01:00 PM | 1173 | 74 | 66 | 64 | |
| 10 | 05/12/25 08:05 AM | 1423 | 62 | 65 | 65 | On Spike Test | 34 | 05/12/25 01:15 PM | 1173 | 73 | 66 | 65 | |
| 11 | 05/12/25 08:10 AM | 1423 | 63 | 65 | 65 | | 35 | 05/12/25 01:30 PM | 1173 | 74 | 66 | 65 | |
| 12 | 05/12/25 08:15 AM | 1423 | 62 | 65 | 64 | | 36 | 05/12/25 01:45 PM | 1173 | 74 | 66 | 65 | |
| 13 | 05/12/25 08:20 AM | 1423 | 63 | 65 | 65 | Off Spike Test | 37 | 05/12/25 02:00 PM | 1173 | 74 | 66 | 65 | |
| 14 | 05/12/25 08:25 AM | 1423 | 63 | 66 | 65 | Bleed to Strength | 38 | 05/12/25 02:15 PM | 1173 | 73 | 66 | 65 | |
| 15 | 05/12/25 08:39 AM | 1173 | 65 | 66 | 64 | Stop Bleed | 39 | 05/12/25 02:30 PM | 1173 | 74 | 66 | 64 | |
| 16 | 05/12/25 08:45 AM | 1173 | 65 | 66 | 65 | | 40 | 05/12/25 02:45 PM | 1173 | 73 | 65 | 64 | |
| 17 | 05/12/25 09:00 AM | 1173 | 68 | 66 | 64 | On Test | 41 | 05/12/25 03:00 PM | 1173 | 73 | 66 | 64 | |
| 18 | 05/12/25 09:15 AM | 1173 | 73 | 66 | 64 | | 42 | 05/12/25 03:15 PM | 1173 | 72 | 66 | 64 | |
| 19 | 05/12/25 09:30 AM | 1173 | 73 | 66 | 64 | | 43 | 05/12/25 03:30 PM | 1172 | 73 | 65 | 64 | |
| 20 | 05/12/25 09:45 AM | 1173 | 73 | 66 | 64 | | 44 | 05/12/25 03:45 PM | 1172 | 74 | 65 | 65 | |
| 21 | 05/12/25 10:00 AM | 1173 | 74 | 66 | 65 | | 45 | 05/12/25 04:00 PM | 1172 | 73 | 65 | 65 | |
| 22 | 05/12/25 10:15 AM | 1173 | 73 | 66 | 64 | | 46 | 05/12/25 04:15 PM | 1172 | 72 | 65 | 65 | |
| 23 | 05/12/25 10:30 AM | 1173 | 72 | 66 | 64 | | 47 | 05/12/25 04:30 PM | 1172 | 73 | 65 | 65 | |
| 24 | 05/12/25 10:45 AM | 1173 | 68 | 66 | 64 | | 48 | 05/12/25 04:45 PM | 1172 | 72 | 65 | 65 | |

Remarks: Pipe and ground temperature recordings taken from SignalFire Unit 004327.

| Total Log Entries: 51 | Test Accepted |
|---|---|

| Milbar Representative | Company Representative |
|---|---|
| Will Turner | Scott Short |
| USSER-000630 |  Scott Short 004968 |



# MILBAR
HYDRO-TEST INCORPORATED

## TEST LOG (Continued)

OSFM ID #25-07217

### Test ID#
**1746608400**

| Company & Contractor: | Sable Offshore / U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) |
|---|---|---|

| Start Test | 05/12/25 / 09:00 AM | End Test | 05/12/25 / 05:00 PM |
|---|---|---|---|

| Date | Time | Pressure (PSIG) | Temperature (F) Amb | Pipe | Ground | Remarks |
|---|---|---|---|---|---|---|
| 49 | 05/12/25 05:00 PM | 1172 | 73 | 65 | 65 | Off Test |
| 50 | 05/12/25 05:15 PM | 1172 | 71 | 65 | 65 | |
| 51 | 05/12/25 05:50 PM | 0 | 71 | | | |

**Total Log Entries: 51**     **Test Accepted**

| Milbar Representative | Company Representative |
|---|---|
| Will Turner | Scott Short |
| USSER-000631 | Scott Short 004969 |



CSFM ID#25-07317

Milbar Test ID# **1746608400**

004970

Milbar Representative
Will Turner

USSER-000632

Company Representative



CSFM ID#25-07317

Milbar Test ID# 1746608400

004971

**Milbar Representative**
Will Turner

**Company Representative**

USSER-000633



CSFM ID#25-07317

Milbar Test ID# **1746608400**

004972

USSER-000634

Milbar Representative
Will Turner

Company Representative



CSFM ID#25-07317

Milbar Test ID# 1746608400

USSER-000635

Milbar Representative
Will Turner

Company Representative

004973

CSFM ID#25-07317

Milbar Test ID# 1746608400

004974

Milbar Representative
Will Turner

Company Representative

USSER-000636



CSFM ID#25-07317

Milbar Test ID# 1746608400

004975

Milbar Representative
Will Turner

USSER-000637

Company Representative

CSFM ID#25-07317

Milbar Test ID# **1746608400**

004976

USSER-000638

Milbar Representative
Will Turner

Company Representative



CSFM ID#25-07317

Milbar Test ID# 1746608400



004977

Milbar Representative
Will Turner

USSER-000639

Company Representative

004977

CSFM ID#25-07317

Milbar Test ID# 1746608400

CSFM ID#25-07317

Milbar Representative
Will Turner

Company Representative

USSER-000640

004978



CSFM ID#25-07317

Milbar Test ID# 1746608400

004979

**Milbar Representative**
Will Turner

**Company Representative**

USSER-000641



CSFM ID#25-07317

Milbar Test ID# **1746608400**

USSER-000642

Milbar Representative
Will Turner

Company Representative

004980

CSFM ID#25-07317

Milbar Test ID# 1746608400



Milbar Representative
**Will Turner**

Company Representative

USSER-000643

004981

# MILBAR HYDRO-TEST INCORPORATED

## STROKE / PRESSURE LOG

CSFM ID#25-07317

5/12/2025

1746608400

Company: Sable Offshore / U.S. Pipeline

Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B)

Contract: 26145 | Location: Nipomo, CA

Pipe Description: 24 " O.D. 0.344" W.T. X-65 Grade

Section: 1 | From: Sta.# 0+00 | To: Sta.# 573+75 | Length: 57,375 Feet

| Pressure Unit Location: | Sta.# 0+00 | Pressure Unit Number: | PT020 | Gal/Stk: | 1.306 | Strokes/10 psi: | 53.75 |

| Date & Time Start Plot: | 5/12/25 07:36:51 AM | Pressure: 1130 | Date & Time Stop Plot: | 5/12/25 07:59:33 AM | Pressure: 1423 |

| Date Time | Pressure (PSIG) | Strokes | Difference |
|---|---|---|---|
| 5/12/25 07:36:51 AM | 1130 | 0 | 0 |
| 5/12/25 07:37:40 AM | 1140 | 55 | 55 |
| 5/12/25 07:38:27 AM | 1150 | 110 | 55 |
| 5/12/25 07:39:13 AM | 1160 | 164 | 54 |
| 5/12/25 07:39:58 AM | 1170 | 216 | 52 |
| 5/12/25 07:40:46 AM | 1180 | 272 | 56 |
| 5/12/25 07:41:30 AM | 1190 | 323 | 51 |
| 5/12/25 07:42:18 AM | 1200 | 379 | 56 |
| 5/12/25 07:43:01 AM | 1210 | 430 | 51 |
| 5/12/25 07:43:50 AM | 1220 | 486 | 56 |
| 5/12/25 07:44:36 AM | 1230 | 539 | 53 |
| 5/12/25 07:45:23 AM | 1240 | 593 | 54 |
| 5/12/25 07:46:10 AM | 1250 | 647 | 54 |
| 5/12/25 07:46:57 AM | 1260 | 702 | 55 |
| 5/12/25 07:47:41 AM | 1270 | 753 | 51 |
| 5/12/25 07:48:29 AM | 1280 | 809 | 56 |
| 5/12/25 07:49:14 AM | 1290 | 861 | 52 |
| 5/12/25 07:50:02 AM | 1300 | 916 | 55 |
| 5/12/25 07:50:47 AM | 1310 | 969 | 53 |
| 5/12/25 07:51:34 AM | 1320 | 1022 | 53 |
| 5/12/25 07:52:18 AM | 1330 | 1074 | 52 |
| 5/12/25 07:53:07 AM | 1340 | 1130 | 56 |
| 5/12/25 07:53:54 AM | 1350 | 1184 | 54 |
| 5/12/25 07:54:40 AM | 1360 | 1239 | 55 |
| 5/12/25 07:55:25 AM | 1370 | 1290 | 51 |
| 5/12/25 07:56:11 AM | 1380 | 1343 | 53 |
| 5/12/25 07:56:57 AM | 1390 | 1396 | 53 |
| 5/12/25 07:57:44 AM | 1400 | 1451 | 55 |
| 5/12/25 07:58:31 AM | 1410 | 1505 | 54 |
| 5/12/25 07:59:22 AM | 1420 | 1558 | 53 |
| 5/12/25 07:59:33 AM | 1423 | 1575 | 17 |

Milbar Representative
Will Turner
USSER-000644



Company Representative
Scott Short


004982



# STROKE/PRESSURE PLOT

**MILBAR** HYDRO-TEST INCORPORATED

CSFM ID#25-07317

5/12/2025

1746608400

| | | |
|---|---|---|
| Company: Sable Offshore / U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) | |
| Contract: 26145 | Location: Nipomo, CA | Pipe Description: 24" O.D. 0.344" W.T. X-65 Grade |
| Section: 1 | From: Sta.# 0+00    To: Sta.# 573+75 | Length: 57,375 Feet |

| Begin | Sta: 0+00   Ele: 223<br>Stress: 49,639 psi / 76.4 % | End | Sta: 573+75 Ele: 194<br>Stress: 50,078 psi / 77 % | Total Gallons Pumped: **2056.95** | Gallons/Stroke: **1.306** |
|---|---|---|---|---|---|
| High | Sta: 39+00   Ele: 817<br>Stress: 40,657 psi / 62.5 % | Low | Sta: 94+00   Ele: 12<br>Stress: 52,830 psi / 81.3 % | Strokes/PSI: **5.3754** | Gallons/PSI: **7.0203** |
| TS | Sta: 0+00   Ele: 223<br>Stress: 49,639 psi / 76.4 % | Deviation: | -3.7 Gallons<br>-0.34 Gal/Mile | Strokes/Min: **69.38** | PSI/Min: **12.91** |

Pressure

Strokes

| Milbar Representative<br>Will Turner<br>USSER-000645 | Company Representative<br>Scott Short |
|---|---|




Milbar Test ID# 1746608400          CSFM ID#25-07317



USSER-000646          004984

Milbar Test ID# 1746608400

CSFM ID#25-07317



USSER-000647

CSFM ID#25-07317

004985

Milbar Test ID# 1746608400          CSFM ID#25-07317



Milbar Test ID# 1746608400          CSFM ID#25-07317

Milbar Test ID# 1746608400

CSFM ID#25-07317

USSER-000649

004987

Milbar Test ID# 1746608400     CSFM ID#25-07317

USSER-000650

004988

Milbar Test ID# 1746608400          CSFM ID#25-07317

Milbar Test ID# 1746608400

CSFM ID#25-07317



USSER-000652

Milbar Test ID# 1746608400          CSFM ID#25-07317



CSFM ID#25-07317

Milbar Test ID# 1746608400          CSFM ID#25-07317



USSER-000654                                                          004992

Milbar Test ID# 1746608400        CSFM ID#25-07317



Milbar Test ID# 1746608400　　　　　　　　CSFM ID#25-07317



USSER-000656　　　　　　　　　　　　　　　　004994

Milbar Test ID# **1746608400**     CSFM ID#25-07317



OFFICE OF THE STATE FIRE MARSHAL
**PIPELINE SAFETY DIVISION**
P O Box 944246
Sacramento, CA 94244-2460
Tel: (916)445-8477

**SFM**

## NOTIFICATION OF PROPOSED PIG RUN
## OR HYDROSTATIC TEST

Date   May 06, 2025

| CSFM ID# | **25-07317** | Request Date | 05/05/2025 | Test Date | 05/11/2025 | Start Test Time | 0800 | Report Due Date | 06/10/2025 |
|---|---|---|---|---|---|---|---|---|---|

| Est. Time of Test: | ☐ 4 Hours | ■ 8 Hours | Independent Testing Firm: *Milbar Hydro-Test, Inc. – A* |
|---|---|---|---|

Facility ID#   --

☐ **Notify the local Fire Department at least 3 working days prior to the Hydrostatic Test.**

Line ID #   **0015**   *CA-324 – 0445A – Pacific Pipeline Company*        INSP Unit #

| Kind of Test | ☐ 2 Yrs | ■ 5 Yrs (CA) | ☐ New Line | ☐ Part 195 | ☐ Pre-Tested Pipe | ☐ Replacement Relocation | ☐ Station Pipe and Valve, Receiver |
|---|---|---|---|---|---|---|---|

| Hydrotest | ■ Yes  ☐ No | Test Medium: | ■ Water | ☐ Jet Fuel | ☐ Diesel | ☐ Fuel Oil | ☐ Crude | ☐ Other | ☐ None/Unknown |
|---|---|---|---|---|---|---|---|---|---|

| Pig Run | ☐ Yes  ■ No | Pig Run Code | ☐ Deformation | ☐ Metal Loss | ☐ Other | ☐ None/Unknown |
|---|---|---|---|---|---|---|

| Test Length (in Feet) | 57,375 | Test Pressure (psig) | 1254-1505 | MOP Max Pressure (psig) | 1003 | Test Cycle (yrs) | 5 |
|---|---|---|---|---|---|---|---|

| Lat/Long Position: (Require information must be include on the report.) | Begin from: | Lat | 0.00000000 | End To | Lat | 0.00000000 |
|---|---|---|---|---|---|---|
| | | Long | 0.00000000 | | Long | 0.00000000 |

Test Equipments Location   ██████████████

| If other than water, has waiver been granted? | ☐ Yes  ■ No | Waiver Date: |
|---|---|---|

Comments (additional information)   *Testing Segment #1 from MP 0 to MP 10.87 (324-Sta. 0+00 (Lat. 34.478972, Long. -120.041829) to Sta. 573+75 (Lat. 34.476017, Lat. -120.198202). Test pressures shown are for the low point in the line and need to be adjusted for the test site. MOP at the low point in CA-324 is 1003 psig.*

**Office of Pipeline Safety Use Only:**

| Assigned to Engineer Date | Engineer | Review Date | Responsed Date: |
|---|---|---|---|
| Report Received Date: | | Report Overdue   No | Next Test Date   05/11/2030 |
| Test Result   ☐ Pass  ☐ Fail  ■ Unknown | Leak During Hydro/Pig Run Test   ☐ Yes  ☐ No  ■ Unknown | | |
| Call Received By   *Victor Gomez* | Person Calling   ██████ | | |
| | Phone #   ██████ | Fax #: | |

* Return this form with the report to the Office of the State Fire Marshal - Pipeline Safety Division

Milbar Test ID# 1746608400       CSFM ID#25-07317

Appendix B – Hydrostatic Test Notification Form HYD-1



OFFICE OF THE STATE FIRE MARSHAL
PIPELINE SAFETY DIVISION
3780 Kilroy Airport Way Suite 500
Long Beach, CA 90806

## NOTIFICATION OF HYDROSTATIC TEST

Clear    Save As

Operator must Email request to: PipelineNotification@fire.ca.gov

| | |
|---|---|
| Operator Name: | Sable Offshore Corp/Pacific Pipeline Company |
| Operator ID: | 40881 |
| OSFM Line ID: | 0015 |
| | If the test includes multiple OSFM lines, a separate notification must be submitted for each individual OSFM Line ID |
| High Risk: | Yes ☐ No ☐ |
| Company Performing Hydrotest: | Milbar Hydro-Test Inc. |
| Person Requesting (Operator): | ████ |
| Title: | Operations Supervisor |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |
| Phone: | |
| Email: | |
| Test Date: | |
| Test Duration: | ☐ 4 Hours ☐ 8 Hours |
| Type of Test: | ☐ OSFM High Risk ☐ IMP (Part 195.452) ☐ New Construction ☐ Relocation ☐ 1 year ☐ 2 year ☐ 3 year ☐ 5 year ☐ Pre-tested Pipe ☐ Facility (includes Valves, Receivers, In-plant Piping) |
| Test Medium: | ☐ Water ☐ *Other (OSFM Waiver Required, please attach justification) |
| If Other, List Test Medium: | N/A |
| Length of Pipe Tested (feet): | 57,375 feet (10.87 miles) 24-inch pipe, 0.344 wall, X65. Refer to attached information for additional details |
| Proposed Test Pressure (psig): | 1505 psig (Min. Spike - 15 minutes), 1254 psig (min. strength - 8 hours) (These pressures are at the low point) |
| MOP of Pipeline (psig): | 1003 psig CA-324 at Approx. Sta. 94+00 (elevation 12 feet) |
| Test Equipment Location: | ████ |

Comments:

Testing Segment #1 from MP 0 to MP 10.87 (324-Sta. 0+00 ████ to Sta. 573+75 ████ Test pressures shown ████ for the low point in the line and need to be adjusted for the test site. MOP at the low point in CA-324 is 1003 psig.

☐ The State Fire Marshal and the local fire department must be notified by the Operator at least 3 working days prior to the Hydrostatic Test for the pipeline.

☐ Please include a one-page PDF map of the proposed line that will be tested with this submission.

For Official Use, only:

| OSFM Test ID | Notification Date | Notification Received By |
|---|---|---|
| Waiver Request Received Date: | Waiver Request Granted? ☐ Yes ☐ No | Waiver Approval Letter Sent Date: |

If the Test Medium is NOT Water, a Waiver is Required.

Rev. 04/2022

USSER-000658

004996



Milbar Test ID# 1746608400

CSFM ID#25-07317



USSER-000659

004997

Milbar Test ID# 1746608400

CSFM ID#25-07317



USSER-000660

004998

Milbar Test ID# 1746608400

CSFM ID#25-07317



USSER-000661

004999

Milbar Test ID# 1746608400    CSFM ID#25-07317



USSER-000662    005000

Milbar Test ID# 1746608400

CSFM ID#25-07317



USSER-000663

005001

Milbar Test ID# 1746608400    CSFM ID#25-07317



## Sable Offshore
## Hydrostatic Test Information
## Spike Test
Pipeline: CA-324
Test Section #1

### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallons/psi |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in | X-65 | 10.87 miles | | |

### Test Pressure Information:

| Approximate Pack Out Pressure | Approximate Gallons to Pressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*
Company Representative Approval

3/19/2025
Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval, and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 1156 PSI at the high point and Maximum of 61.8% SMYS at the low point of the thinnest wall pipe.

Milbar Test ID# 1746608400          CSFM ID#25-07317



## Sable Offshore
## Hydrostatic Test Information
### Strength Test
Pipeline: CA-324
Test Section #1



### General Information:

| O.D. | W.T. | Grade | Length | Fill Volume | Gallon(s) |
|---|---|---|---|---|---|
| 24.00 in. | 0.344 in. | X-65 | 10.87 miles | | |

### Test Pressure Information:

| Approximate Spike Test Pressure | Approximate Gallons to Depressurize | Minimum Spike Pressure @ Test Site | Do Not Exceed Pressure @ Test Site | Test Pressure Window | P/V Plot Pressure (80% SMYS) | Target Pressure |
|---|---|---|---|---|---|---|
| | | | | | | |

### Test Section Information:

| Location | W.T. | Approximate Station | Approximate Elevation (ft.) | Minimum Test Pressure | Minimum % SMYS | Maximum Test Pressure | Maximum % SMYS |
|---|---|---|---|---|---|---|---|
| Test Site | 0.344 | | | | | | |
| Begin | 0.344 | | | | | | |
| High | 0.344 | | | | | | |
| Low | 0.344 | | | | | | |
| End | 0.344 | | | | | | |

*Gary Zunkel*

Company Representative Approval

3/19/2025

Date

Test section begin, end, high and low points have been ESTIMATED. Actual begin, end, high and low point stationing and elevations as well as nominal wall thickness and grade should be field verified prior to hydrostatic testing operations. Company approval and thus acknowledgement that the above data is correct must be acquired prior to hydrostatic testing operations.

Test pressure design based on a 20 psi test window with a Minimum of 905 PSI at the high point and Maximum of 66% SMYS at the low point of the thinnest wall pipe

USSER-000665

005003

Milbar Test ID# 1746608400          CSFM ID#25-07317

## MILBAR

# TEST LOG

Date: 5/12/25
Page: 1 of 2

| Company & Contractor: Sable Offshore / USPL | Project: Los Flores Pipe Line | |
|---|---|---|
| Contract Number: 26-145 | Location: Los Flores Canyon | Pipe Description: 24 "O.D. 0.344 "W.T. X-65 Grade |
| Section Number(s): 1 | From: MP/STA 0+00 | To: MP/STA 573+75 Length: 10.87mi |
| Pressure Unit Location: 0+00 | Pressure Unit #: PT 020 | Gallons/Stroke: 1.304 Strokes/10psi: |
| Test Pressure Maximum: 1433 psi | Test Pressure Minimum: 1167 psi | Test Medium: Water Weather: Clear |

| Instruments | Dead Weight Gauge | Pressure | Temperature (Ambient) | Temperature (Pipe / Ground) | (Other) | (Other) |
|---|---|---|---|---|---|---|
| Range | 50-300 psi | 0-300 psi | 0-150 | | | |
| Manufacturer | Chandler | Barton | Barton | | | |
| Serial # | 6106 | 0814139 | 0815136 | | | |
| Certification | / / | 03/11/2025 | 03/11/2025 | / / | / / | / / |

| Date & Time Test Started: | 5/12/25 9:00 ☑AM ☐PM | Date & Time Test Ended: | 5/12/25 5:00 ☐AM ☑PM |
|---|---|---|---|

| Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe / Ground | Remarks | Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe / Ground | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 0509 | 401 | 59 | 65/64 | Start Pump | 11:00 | 1173 | 68 | 65.5/64.4 | |
| 0512 | 418 | 59 | 65/64 | Stop Pump | 11:15 | 1173 | 68 | 65.5/64.8 | |
| 0525 | 418 | 58 | 65/64 | Start Pump | 11:30 | 1173 | 70 | 65.5/65 | |
| 0556 | 710 | 58 | 65/64 | 50% Leak Check | 11:45 | 1173 | 71 | 65.5/64.5 | |
| 0646 | 706 | 58 | 65/65 | Start Pump | 12:00 | 1173 | 73 | 65.5/64.5 | |
| 0709 | 1000 | 60 | 65/65 | Leak Check | 12:15 | 1178 | 74 | 65.7/64.5 | |
| 0721 | 1000 | 60 | 65/64 | Start Pump | 12:30 | 1173 | 73 | 65.5/64.5 | |
| 7:36 | 1130 | 61 | 65.4/64.5 | Stop Plot | 12:45 | 1173 | 74 | 65.5/64.5 | |
| 7:59 | 1423 | 61 | 65.4/64.5 | Stop Plot | 1:00 | 1173 | 74 | 65.5/64.5 | |
| 7:55 | 1423 | 62 | 65.4/64.5 | On Spike Test | 1:15 | 1173 | 73 | 65.5/64.5 | |
| 8:10 | 1423 | 63 | 65.4/64.9 | | 1:30 | 1173 | 74 | 65.5/64.5 | |
| 8:15 | 1423 | 62 | 65.4/64.9 | | 1:45 | 1173 | 74 | 65.5/64.5 | |
| 8:20 | 1423 | 63 | 65.4/64.5 | Off Spike Test | 2:00 | 1173 | 74 | 65.5/64.5 | |
| 8:25 | 1423 | 63 | 65.4/64.5 | Bled on Samples | 2:15 | 1173 | 73 | 65.5/64.5 | |
| 8:39 | 1173 | 65 | 65.5/64.5 | Stop Bleed | 2:30 | 1173 | 74 | 65.5/64.5 | |
| 8:45 | 1173 | 65 | 65.5/64.5 | | 2:45 | 1173 | 73 | 65.5/64.5 | |
| 9:00 | 1173 | 68 | 65.5/64.4 | | 3:00 | 1173 | 73 | 65.5/64.4 | |
| 9:15 | 1173 | 73 | 65.5/64.4 | | 3:15 | 1173 | 72 | 65.5/64.4 | |
| 9:30 | 1173 | 73 | 65.5/64.4 | | 3:30 | 1172 | 73 | 65.4/64.4 | |
| 9:45 | 1173 | 73 | 65.5/64.4 | | 3:45 | 1172 | 74 | 65.4/64.5 | |
| 10:00 | 1173 | 74 | 65.5/64.5 | | 4:00 | 1172 | 73 | 65.4/64.5 | |
| 10:15 | 1173 | 73 | 65.5/64.4 | | 4:15 | 1172 | 72 | 65.5/64.5 | |
| 10:30 | 1173 | 72 | 65.5/64.4 | | 4:30 | 1172 | 73 | 65.4/64.5 | |
| 10:45 | 1173 | 68 | 65.5/64.4 | | | | | | |

Log Continued: ☐ Yes ☐ No

Remarks: Pipe & Ground Temp recorded from SignalFire Unit 004527

| Section Accepted ☑ Yes | P-V Plot ☑ Yes | Section Ruptured ☐ Yes | Section Leaking ☐ Yes |
|---|---|---|---|

Milbar Supervisor    5/12/25
White - Company

▓▓▓    5/12/25

Milbar Test ID# 1746608400    CSFM ID#25-07317

## MILBAR
HYDRO-TEST INCORPORATED

# TEST LOG

Date: 5/12/25
Page: 2 of 2

| Company & Contractor: | | | Project: | | | |
|---|---|---|---|---|---|---|
| Contract Number: | Location: | | Pipe Description: | " O.D. | " W.T. | Grade |
| Section Number(s): | From: MP/STA | | To: MP/STA | | Length: | |
| Pressure Unit Location: | Pressure Unit #: | | Gallons/Stroke: | | Strokes/10psi: | |
| Test Pressure Maximum: | Test Pressure Minimum: | | Test Medium: | | Weather: | |

| Instruments | Dead Weight Gauge | Pressure | Temperature (Ambient) | Temperature (Pipe / Ground) | (Other) | (Other) |
|---|---|---|---|---|---|---|
| Range | | | | | | |
| Manufacturer | | | | | | |
| Serial # | | | | | | |
| Certification | / / | / / | / / | / / | / / | / / |

| Date & Time Test Started: | / / | : | ☐ AM ☐ PM | Date & Time Test Ended: | / / | : | ☐ AM ☐ PM |
|---|---|---|---|---|---|---|---|

| Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe / Ground | Remarks | Time | Pressure (psig) | Temperature (°F) Ambient | Temperature (°F) Pipe / Ground | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 4 45pm | 1172 | 72 | 65.4/64.5 | | | | | | |
| 5:00 | 1172 | 73 | 65.4/64.5 | Off Test | | | | | |
| 5:15 | 1172 | 71 | 65.4/64.5 | | | | | | |
| 5 24 | 1172 | 70 | | Depressure | | | | | |

Log Continued: ☐ Yes ☒ No

Remarks:

| Section Accepted ☒ Yes | P-V Plot ☐ Yes | Section Ruptured ☐ Yes | Section Leaking ☐ Yes |
|---|---|---|---|

5/12/25         5/12/25

White - Company    Yellow - Milbar

USSER-000667

005005

Milbar Test ID# 1746608400    CSFM ID#25-07317

## MILBAR — STROKE / PRESSURE LOG

Date: 5/12/25
Page: 1 of

Company & Contractor: Sable Offshore / USPL
Project: Los Flores Ppdne

Contract Number: 26-145
Location: Los Flores Canyon
Pipe Description: 24 "O.D. 3/4" W.T. X 65 Grade

Section Number(s): 1
From: MP/STA 0+00
To: MP/STA 573+75
Length: ~10.87mis

Pressure Unit Location: 0+00 (LFC)
Pressure Unit Number: PT 020
Gallons/Stroke: 1.306

Date & Time Start Pump: / / : ☐AM ☐PM
Pressure:

Date & Time Stop Pump: / / : ☐AM ☐PM
Pressure:

| Time | Pressure (psig) | Strokes | Difference | Time | Pressure (psig) | Strokes | Difference |
|---|---|---|---|---|---|---|---|
| 7:36 | 1130 | 0 | 0 | 7:54 | 1420 | 1558 | 53 |
| 7:37 | 1140 | 55 | 55 | 7:54 | 1423 | 1575 | 17 |
| 7:38 | 1150 | 110 | 55 | | | | |
| 7:39 | 1160 | 164 | 54 | | | | |
| 7:39 | 1170 | 216 | 52 | | | | |
| 7:40 | 1180 | 272 | 56 | | | | |
| 7:41 | 1140 | 323 | 51 | | | | |
| 7:42 | 1200 | 379 | 56 | | | | |
| 7:43 | 1210 | 430 | 51 | | | | |
| 7:43 | 1220 | 486 | 53 | | | | |
| 7:44 | 1230 | 539 | 53 | | | | |
| 7:45 | 1240 | 593 | 54 | | | | |
| 7:46 | 1250 | 647 | 54 | | | | |
| 7:46 | 1260 | 702 | 55 | | | | |
| 7:47 | 1270 | 753 | 51 | | | | |
| 7:48 | 1280 | 809 | 56 | | | | |
| 7:49 | 1290 | 861 | 51 | | | | |
| 7:50 | 1300 | 916 | 55 | | | | |
| 7:50 | 1310 | 969 | 53 | | | | |
| 7:51 | 1320 | 1022 | 53 | | | | |
| 7:52 | 1330 | 1074 | 52 | | | | |
| 7:53 | 1340 | 1130 | 56 | | | | |
| 7:53 | 1350 | 1184 | 54 | | | | |
| 7:54 | 1360 | 1239 | 55 | | | | |
| 7:55 | 1370 | 1290 | 51 | | | | |
| 7:56 | 1380 | 1343 | 53 | | | | |
| 7:56 | 1390 | 1396 | 53 | | | | |
| 7:57 | 1400 | 1451 | 55 | | | | |
| 7:58 | 1410 | 1505 | 54 | | | | |

Log Continued: ☐ Yes ☑ No

Remarks:

Milbar Superintendent — 5/12/25
Date

Company Representative — 5/12/25
Date

USSER-000668

005006

Milbar Test ID# 1746608400          CSFM ID#25-07317

**Clear Form**



OFFICE OF THE STATE FIRE MARSHAL
PIPELINE SAFETY DIVISION
3780 Kilroy Airport Way, Suite 500
Long Beach, CA 90806

Appendix D – Test Results Form HYD-3
Revision Date: 04/2020

## HYDROSTATIC TEST RESULTS/ PIPELINE DATA

| Test Date: | CSFM Test ID # |
|---|---|
| 05/12/2025 | 25-07317 |
| Pipeline Operator | Independent Testing Firm |
| Santa Ofshore Corp/Pacific Pipeline Company | Milbar Hydro-Test Inc. |

### Type of Test and Pipeline Identification (description, line number, name, pre-tested pipe, etc.)

☐1 Year ☐2 Year ☐3 Year ☑5 Year ☐IMP (Part 195.452)☐OSFM High Risk☐ Pre-tested pipe
☐New Construction☐ Relocation ☐Facility (includes: Valves, Receivers, In-plant Piping)

Comment: Testing Segment #1 from MP 0 to MP 10.87 (324-Sta 0+00 (Lat.                    ) Sta 573+75 (La                    Test pressures shown are for the low point in the line and need to be adjusted for the test site. MOP at the low point in CA-324 is 1003 psig

Pipeline Location (mile post, street, station, etc.)

| From: | Sta 0+00 |
|---|---|
| To: | Sta 573+75 |

| CSFM Line ID#: | 0015 CA-324 -- 0445A -- Pacific Pipeline Company |
|---|---|
| Product Normally Transported: | Crude Oil |
| Test Medium : | ☑Water    ☐Other (Specify) |

| Location of Deadweight Tester: * | | Deadweight Elevation (ft):* |
|---|---|---|
| 12000 Calle Real, Goleta, CA | | 223 |

| Elevation of Pipeline | High Point (ft):* | 817' | Low Point (ft):* | 12' |
|---|---|---|---|---|
| Test Pressure | High Point (psig):* | 1166 - Spike \| 916 - Test | Low Point (psig):* | 1514 - Spike \| 1264 - Test |
| Maximum Operating Pressure (psig):* | | MOP at the low point in CA-324 is 1003 psig | | |

### PIPE DATA

| Pipe O.D. (in.) | Wall Thickness (in.) | Specification & Grade (SMYS) | Length of test segment (ft) | Volume (Barrels) |
|---|---|---|---|---|
| 24" | .344 | X-65 | 17,375 | ~30,000 |
| 3" | .216 | GRD B | 28.5 | |
| 4" | .237 | Grd. B | 3' | |
| 12" | .375 | X-52 | 14.5 | |
| 20" | .500 | X-52 | 41.5 | |
| | | | | |

### TEST EQUIPMENT

| Make of Deadweight Tester | | Serial # | Date Last Calibrated |
|---|---|---|---|
| Chandler | | 6106 | 03/06/2025 |
| Make of Pressure Chart Recorder (1) / Gauge (2) | | Serial # | Date Last Calibrated |
| 1) Recorder: | SignalFire | 004199 | 12/18/2024 |
| 2) Gauge: | SignalFire | 004199 | 12/18/2024 |
| Make of Temperature Recorder (1) / Gauge (2) | | Serial # | Date Last Calibrated |
| 1) Recorder: | SignalFire | 004199, 004175, 004327 | 12/18/2024 |
| 2) Gauge: | SignalFire | 004191 | 12/18/2024 |

| GPS | Beginning Location: | Ending Location: |
|---|---|---|
| Latitude: | | |
| Longitude: | | |

* N/A is not acceptable in these fields

Page 1 of 3

005007

Milbar Test ID# 1746608400                    CSFM ID#25-07317

| TEST DATA FOR CSFM TEST ID # | | | | | | | 25-07317 |
|---|---|---|---|---|---|---|---|
| Date | Time | Dead weight (psig) | Chart Pressure (psig) | Pipe Wall Temp. °F | Ambient Temp °F | Test Medium Change (+) Add'l (-) Drain (Gal.) | Comments |
| 5/12/25 | 5:09AM | 401 | 400 | 65 | 59 | | Start Pump |
| 5/12/25 | 5:12 | 418 | 400 | 65 | 59 | | Stop Pump |
| 5/12/25 | 5:25 | 417 | 400 | 65 | 58 | | Start Pump |
| 5/12/25 | 5:56 | 710 | 700 | 65 | 58 | | Leak Check |
| 5/12/25 | 6:46 | 708 | 700 | 65.4 | 58 | | Start Pump |
| 5/12/25 | 7:09 | 1000 | 1000 | 65.4 | 60 | | Leak Check |
| 5/12/25 | 7:26 | 1000 | 1000 | 65.4 | 60 | | Start Pump |
| 5/12/25 | 7:36 | 1130 | 1125 | 65.4 | 61 | | Start Plot |
| 5/12/25 | 7:59 | 1423 | 1420 | 65.4 | 61 | | Stop Plot |
| 5/12/25 | 8:05 | 1423 | 1420 | 65.4 | 62 | | On Spike Test |
| 5/12/25 | 8:10 | 1423 | 1420 | 65.4 | 63 | | |
| 5/12/25 | 8:15 | 1423 | 1420 | 65.4 | 62 | | |
| 5/12/25 | 8:20 | 1423 | 1420 | 65.4 | 63 | | Off Spike Test |
| 5/12/25 | 8:25 | 1423 | 1420 | 65.5 | 63 | | Bleed to Strength Test |
| 5/12/25 | 8:39 | 1173 | 1165 | 65.5 | 65 | | Stop Bleed |
| 5/12/25 | 8:45 | 1173 | 1165 | 65.5 | 65 | | |
| 5/12/25 | 9:00 | 1173 | 1165 | 65.5 | 68 | | On Test |
| 5/12/25 | 9:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 9:30 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 9:45 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 10:00 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 10:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 10:30 | 1173 | 1165 | 65.5 | 72 | | |
| 5/12/25 | 10:45 | 1173 | 1165 | 65.5 | 68 | | |
| 5/12/25 | 11:00 | 1173 | 1165 | 65.5 | 68 | | |
| 5/12/25 | 11:15 | 1173 | 1165 | 65.5 | 71 | | |
| 5/12/25 | 11:30 | 1173 | 1165 | 65.5 | 70 | | |
| 5/12/25 | 11:45 | 1173 | 1165 | 65.5 | 71 | | |
| 5/12/25 | 12:00PM | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 12:15 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 12:30 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 12:45 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 1:00 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 1:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 1:30 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 1:45 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 2:00 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 2:15 | 1173 | 1165 | 65.5 | 73 | | |
| 5/12/25 | 2:30 | 1173 | 1165 | 65.5 | 74 | | |
| 5/12/25 | 2:45 | 1173 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 3:00 | 1173 | 1165 | 65.5 | 73 | | |
| Net Change: | | | | | | | |

Page 2 of 3

USSER-000670

005008

Milbar Test ID# 1746608400          CSFM ID#25-07317

| TEST DATA FOR CSFM TEST ID # | | | | | | | 25-07317 |
|---|---|---|---|---|---|---|---|
| Date | Time | Dead weight (psig) | Chart Pressure (psig) | Pipe Wall Temp. °F | Ambient Temp °F | Test Medium Change (+) Add/ (-) Drain (Gal.) | Comments |
| 5/12/25 | 3:15PM | 1173 | 1165 | 65.5 | 72 | | |
| 5/12/25 | 3:30 | 1172 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 3:45 | 1172 | 1165 | 65.4 | 74 | | |
| 5/12/25 | 4:00 | 1172 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 4:15 | 1172 | 1165 | 65.4 | 72 | | |
| 5/12/25 | 4:30 | 1172 | 1165 | 65.4 | 73 | | |
| 5/12/25 | 4:45 | 1172 | 1165 | 65.4 | 72 | | |
| 5/12/25 | 5:00 | 1172 | 1165 | 65.4 | 73 | | Off Test |
| 5/12/25 | 5:15 | 1172 | 1165 | 65.4 | 71 | | |
| 5/12/25 | 5:24 | 1172 | 1165 | 65.4 | 70 | | Depressure |
| 5/12/2025 | 5:50 | 0 | 0 | | | | |
| Net Change: | | | | | | | |

USSER-000671                                      005009

Milbar Test ID# 1746608400          CSFM ID#25-07317

| LIST ALL LEAKS ON LINE PIPE RESULTING FROM UNSUCCESSFUL TEST ATTEMPTS | |
|---|---|
| LOCATION | CAUSE |
| | |
| | |
| | |
| | |
| | |

| Approved Hydrostatic Testing Firm | | |
|---|---|---|
| Name of Employee(s) and Company Conducting Test: | William Turner - Milbar Hydro-Test Inc | |
| Name of Independent Testing Firm Witnessing Test: | Milbar Hydro-Test Inc. | |
| Name of Certified Independant Witness on Site: | William Turner | Date: 05/12/2025 |
| Pipeline Operator's Representative on Site: | ▉ | Date: 05/12/2025 |
| Name of Person Certifying Test Data for Witnessing Firm: | Gary Zunkel | Date: 05/14/2025 |

Note:

Pipe temperature recorded from SignalFire unit 004327

Page 3 of 3

USSER-000672

005010

Milbar Test ID# 1746608400          CSFM ID#25-07317



"Pipeline Solutions Since 1952"

# Hydrotest Report Summary Review/Certification



## Sable Offshore
## Line ID# 0015 – CA-324 Segment 1
## CA OSFM ID# 25-07317

### Station 0+00 to Station 573+75
### 57,375 feet of 24" OD Pipe

USSER-000673

005011



# Hydrotest Report Summary
# Review/Certification

## 1. EXECUTIVE SUMMARY

The purpose of this report is to provide a review and assessment of the documentation for a hydrostatic test ID#1746608400 (CA OSFM ID 25-07317) conducted by Milbar Hydro-Test, Inc. on CA-324 Pipeline (Test Segment 1) owned by Sable Offshore/Pacific Pipeline Company (OSFM Line ID 0015). The hydrostatic test was performed on May 12, 2025, near Goleta, CA, using water as the test medium. Tested pipe was approximately 57,375 feet of pipe: 24-inch OD, nominal 0.344-inch wall thickness, X-65 grade and 87.5 feet of station piping of multiple sizes. Approximately 225 feet of pipe was exposed; approximately 150 feet at LFC Station and 75 feet at Gaviota Station. All remaining pipe was below grade, not visible.

The waiver agreement between OSFM and Sable Offshore/Pacific Pipeline Company (OSFM Line ID 0015) requires a Spike Hydrotest for 15 minutes at 1.5xMOP followed by an 8-hour pressure test at 1.25xMOP. CA-324, (Segment 1) MOP = 1003 psi (max) at the lowest elevation, 12 feet at Station 94+00 feet. All test pressures within CA-324 are adjusted for elevation based upon the MOP established by the low point in CA-324.

Results of this hydrostatic test represented by the data provided, summarized below, are accepted according to the requirements in 49 CFR Part 195, CA OSFM, and the state waiver agreement between the State of California and Sable Offshore/Pacific Pipeline Company

## 2. TEST SPECIFICS

### 2.1. Test Description

Tested pipe included 57,375 feet from Station 0+00 to Station 573+75, from Milepost 0.00 to Milepost 10.87, near Goleta, CA. (from ███████████████████ to ███████████████████

- 24 inch OD, 0.344 inch wall thickness, API X65

Additional pipe included in the test within LFC Station:

- 2-inch OD, 0.218-inch wall thickness, A106 Grade B – 28.5 feet

- 4-inch OD, 0.237-inch wall thickness, A106 Grade B – 3 feet

- 12-inch OD, 0.375-inch wall thickness, API 5L X52 – 14.5 feet

- 20 inch OD, 0.500 inch wall thickness, API 5L X52 – 41.5 feet

Test site location at Station 0+00 (LFC Station, upstream end) Lat, ███████████████

Elevations of mainline pipe (ref. elevation profile in test report and elevation locations identified in PP2412047 "Hydrostatic Test Plan Sable Offshore" Appendix B. Test Letter for Segment 1, Spike Test and Strength Test).

- Upstream (test site) Station 0+00: 223 feet

- Minimum at Station 94+00: 12 feet

- Maximum at Station 39+00: 817 feet

- End Station 573+75: 194 feet

USSER-000674     005012

Milbar Test ID# 1746608400          CSFM ID#25-07317



| | **Hydrotest Report Summary** **Review/Certification** | |
|---|---|---|

Test Pressures

- Reference PP2412047 "Hydrostatic Test Plan Sable Offshore", Appendix B. Test Letter for Segment 1. Spike Test and Strength Test

  - Spike Test Pressure at test site: 1413 psi (min); 1433 psi (max)

  - Strength test pressure at test site: 1162 psi (min); 1182 psi (max)

  - Test pressures are adjusted for elevation based upon the lowest elevation of CA-324 Segments 1 (12 feet) at Station 94+00 feet

Reference Drawing 324 – Seg 1:

- Pipeline tested, Including valves

- Test section Isolation

- Temperature and pressure Instrumentation: serial numbers and locations

Reference Drawings (station piping at LFC Station):

- LFPU-PS-0008-X

- Mech-304143e003 s1 of 1

- Mech-304143e015

- Mech-304143e016

### 2.2. Test Plan

Reference Test Procedure: PP2412047 (Rev 3) "Hydrostatic Test Plan Sable Offshore"

- Document Number: SO-LFP-HST-PLN-0001. Revision: 3. May 2, 2025

- 15-minute Spike Test at 1.5xMOP

- 8-hour Strength Test at 1.25xMOP

- P/V plot beginning at 80% test pressure

- All mainline valves jogged to partially open position during testing

### 2.3. Test Medium

The test medium was fresh water for the test conducted on 5/12/2025, acquired from wells near LFC, previously stored in the Emergency Containment Basin (ECB) at LFC.

### 2.4. Pressure Test Results

Spike Test pressure was achieved, and the Spike Test began at 8:05 AM on 5/12/2025 at 1423 psi and ended at 8:20 AM at 1423 psi.

Strength Test pressure was achieved, and Strength Test began at 9:00 AM on 5/12/2025 at 1173 psi and ended at 5:00 PM on 5/12/2025 at 1172 psi.

USSER-000675                                                               005013

Milbar Test ID# 1746608400                     CSFM ID#25-07317



# Hydrotest Report Summary
# Review/Certification

Pipe temperature recorded on the buried pipe was 65.5°F at the beginning of the test, remained nearly constant throughout the test, and ended the test at 65.4°F, recorded from RTU004327 located at MOV3. Ambient temperature (recorded from RTU 004199A began the test at 68°F, increased to 74°F, fluctuated between 68°F and 74°F, and was 73°F at the end of the test. Weather conditions were clear throughout the test.

Calculated sensitivity of changes in temperature of the nominal pipe (24" OD, 0.344" wt) indicate a change in temperature from 65°F to 66°F over the entire test segment will result in a pressure change of 18 psi (according to Pipeline Rules of Thumb, Pipeline Design and Construction, and refinements according to Bahadori. A.B., Vulhalura. H.B., "Prediction of bulk modulus and volumetric expansion coefficient of water for leak tightness test of pipelines"). This indicates that pipe temperature fluctuations of 0.1°F will result in a pressure change of 1.8 psi.

Results from the P/V plot resulted in 7.02 gal/psi. Calculated relationship between volume and pressure for the nominal pipe results in 6.68 gallons/psi (0.155 psi/gallon) for the test segment. The difference between calculated and measured results is 5%.

The hydrostatic test ID# 1746608400 (CA OSFM ID 25-07317) conducted by Milbar Hydro-Test Inc. on 5/12/2025 is accepted based upon the following criteria:

1.  Spike Test pressure was maintained above 1413 psi and below 1433 psi for 15 minutes
2.  Strength Test pressure was maintained above 1162 psi and below 1182 psi for 8 hours
3.  Minimal fluctuations in pressure throughout the test did not indicate evidence of a leak.
4.  The test meets the requirements of 49CFR Part 195, the CA OSFM, and the state waiver agreement.

## TEST CERTIFICATION

I, Gary Zunkel, certify that the attached hydrostatic test records represent the data collected on May 12th, 2025, for the hydrostatic test on ID#1746608400 (CA OSFM ID 25-07317) on CA-324 Pipeline (OSFM Line ID 0015) (Segment 1) owned by Sable Offshore/ Pacific Pipeline Company.

Further, I hereby certify that the pressure test represented by the documentation herein was an acceptable test that met the Spike and Strength Test requirements of Title 49, Part 195 of the Code of Federal Regulations for conducting hydrostatic testing of steel pipelines transporting crude oil. CA OSFM requirements, and the state waiver agreement between the State of California and Sable Offshore/Pacific Pipeline Company. This certification is based on data provided by qualified personnel and my review of the test documentation.

_____         _____May 14, 2025_____

Gary Zunkel

Page 3 of 3

Milbar Test ID#  1746608400          CSFM ID#25-07317          Test Site - Amb-RTU - TRA004199 - 004199A



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051                    ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004199

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004199A

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

USSER-000677                                                          005015

Milbar Test ID# **1746608400**          CSFM ID#25-07317          Test Site - Deadweight - DW16 - 6106



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051          ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Chandler

Instrument: DW16

Type: Deadweight

Model: 5-1

Range: 50-3000 PSI

Calibration Date: 03/06/2025

Serial Number: 6106

Recalibration Due Date: As Requested

Accuracy:  +/- 0.05% FS

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Refinery Supply

Test Equipment Model: 35265-003

Test Equipment S/N:    6504

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

USSER-000678                                                              005016

Milbar Test ID# **1746608400**      CSFM ID#25-07317      MOV3 - G-RTU - TRA004327 - 004327G



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051
(000) 000-0000

ecates@bsps-llc.com

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004327

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004327G

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

USSER-000679

005017

Milbar Test ID# 1746608400 | CSFM ID#25-07317 | MOV7 - G-RTU - TRA004175 - 004175G



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051
(000) 000-0000

ecates@bsps-llc.com

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004175

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004175G

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

USSER-000680

005018

Milbar Test ID#  **1746608400**          CSFM ID#25-07317          MOV3 - P-RTU - TRA004327 - 004327P



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051                    ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004327

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004327P

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

USSER-000681                                                005019

Milbar Test ID# **1746608400**   CSFM ID#25-07317   MOV7 - P-RTU - TRA004175 - 004175P



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051    ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: Signalfire

Instrument: TRA004175

Type: Temperature RTD

Model: Ranger-STD-4DPak-Int-HART

Range: -100 °F to 212 °F

Calibration Date: 12/18/2024

Serial Number: 004175P

Recalibration Due Date: As Requested

Accuracy: ± 0.50 °F

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Fluke

Test Equipment Model: 52II

Test Equipment S/N:    18400303

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

USSER-000682                                                                      005020

Milbar Test ID#  1746608400          CSFM ID#25-07317          Test Site - PR - PR124 - 0814139



**PFT - ALEXANDER, INC.**
Pressure, Flow & Tank Level Measurement & Control Solutions Since 1958

PFT - Alexander
3269 E. Grant St.
Signal Hill CA 90755

(562) 494-1320          https://www.pft-alexander.com          <N/A>
(562) 494-3633

Customer: Milbar

Manufacturer: BARTON

Instrument: PR124

Type: Pressure

Model:

Range: 0-3000 PSI

Calibration Date: 03/11/2025

Serial Number: 0814139

Recalibration Due Date: As Requested

Accuracy: ± 1% OF FULL SCALE

Remarks:

Control Number:

PFT-ALEXANDER, INC. certifies that the above listed Instrument and Test Standard meets or exceeds all published specifications. They have been calibrated using standards whose accuracies are traceable to the National Institute of Standards and Technology. Documents are on file and may be reviewed by Authorized Personnel.

Test Equipment Make:  Crystal Engineering

Test Equipment Model: 15KPSI

Test Equipment S/N:     804971

Technician Name:     Karl Claburn

Supervisor Name:     <N/A>

USSER-000683                                                    005021

Milbar Test ID# 1746608400    CSFM ID#25-07317    Far End - PR - PR084 - 202E-0925071



**PFT - ALEXANDER, INC.**
Pressure, Flow & Tank Level Measurement & Control Solutions Since 1958

PFT - Alexander
3269 E. Grant St.
Signal Hill CA 90755

(562) 494-1320          https://www.pft-alexander.com          <N/A>
(562) 494-3633

Customer: Milbar

Manufacturer: BARTON

Instrument: PR084

Type: Pressure

Model:

Range: 0-3000 PSI

Calibration Date: 03/05/2025

Serial Number: 202E-0925071

Recalibration Due Date: As Requested

Accuracy: ± 1% OF FULL SCALE

Remarks:

Control Number:

PFT-ALEXANDER, INC. certifies that the above listed Instrument and Test Standard meets or exceeds all published specifications. They have been calibrated using standards whose accuracies are traceable to the National
Institute of Standards and Technology. Documents are on file and may be reviewed by Authorized Personnel.

Test Equipment Make:  Crystal Engineering

Test Equipment Model: 15KPSI

Test Equipment S/N:    804971

Technician Name:      Karl Claburn

Supervisor Name:      <N/A>

USSER-000684                                                    005022

Milbar Test ID#  1746608400   CSFM ID#25-07317   Test Site - Press-RTU - PG4199 - 004199PG



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051
(000) 000-0000

ecates@bsps-llc.com

Customer: Milbar

Manufacturer: SignalFire

Instrument: PG4199

Type: Pressure

Model: Ranger-HART

Range: 0-5800 PSI

Calibration Date: 12/18/2024

Serial Number: 004199PG

Recalibration Due Date: As Requested

Accuracy: ±0.05% Full Scale
Baumer - PFMN-55.507 1183.4920.2002
S/N.:S121.27.X-1078-4904

Remarks:

Control Number:

"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Additel

Test Equipment Model: ADT685-GP20K-PSI-AM

Test Equipment S/N:   30220140131

Technician Name:      Ed Cates

Supervisor Name:      Scotty Young

USSER-000685

005023

Milbar Test ID# 1746608400      CSFM ID#25-07317      Far End - Press-RTU - PG4191 - 004191PG



BSPS LLC
147 South Elm St
Haughton LA 71037

(337) 412-2051      ecates@bsps-llc.com
(000) 000-0000

Customer: Milbar

Manufacturer: SignalFire

Instrument: PG4191

Type: Pressure

Model: Ranger-HART

Range: 0-5800 PSI

Calibration Date: 12/18/2024

Serial Number: 004191PG

Recalibration Due Date: As Requested

Accuracy: ±0.05% Full Scale
Baumer - PFMN-55.507 1183.4920.2002
S/N.:S121.27.X-1047-4905

Remarks:

Control Number:
"This instrument has been checked and calibrated using instruments which are traceable to the National Institute of Standards and Technology"

Test Equipment Make:  Refinery Supply

Test Equipment Model: 35265-003

Test Equipment S/N:    6504

Technician Name:     Ed Cates

Supervisor Name:     Scotty Young

USSER-000686                                                      005024

# MILBAR
HYDRO-TEST INCORPORATED

# CUSTODY TRANSFER

CSFM ID#25-07317

**5/7/2025**
**1746608400**

Company: Sable Offshore / Contractor: U.S. Pipeline | Project: PP2412047 - Las Flores Pipeline Hydrotest (Lines 324/325A/325B) / Sec: 1

| Document Type | Serial Number | Certification Included | Document has been signed by Milbar Representative and Company Representative |
|---------------|---------------|------------------------|------------------------------------------------------------------------------|
| PV Plot | ------ | ------ | Yes |
| Test Log | ------ | ------ | Yes |
| Pressure Chart | 0814139 | Yes | Yes |
| Pressure Chart | 202E-0925071 | Yes | Yes |

By signing below, you acknowledge receipt of this test report and the above original hydrostatic test documentation. Milbar will not be responsible for any loss or damage to any original documentation after acknowledgment of receipt by you. Milbar will not be responsible for any incorrect documentation after receipt by you. The acceptance of this documentation constitutes acknowledgment that the tests represented by the above original data were performed in accordance with all applicable D.O.T, State & Company specifications and acknowledgment that the test represented by the above original data is deemed to be acceptable proof that no leaks were evident at the time of the hydrostatic testing.

Milbar Representative
**William Turner**

USSER-000687

Company Representative



005025

USSER-000688

005026

# Inspection Output (IOR)

*Generated on 2026.April.29 08:43*

## Report Filters

Assets All, and including items not linked to any asset.
Results All

## Inspection Information

| | | |
|---|---|---|
| Inspection Name 2025_Sable Offshore Las Flores | Operator(s) SABLE OFFSHORE CORP (40851) SABLE OFFSHORE CORP PPC (40881) | Plan Submitted -- |
| Status LOCKED | Lead Frank Pirok | Plan Approval -- |
| Start Year 2025 | Team Members Trung Nguyen | All Activity Start 12/09/2025 |
| System Type HL | Observer(s) Rodrick Seeley, James Hosler, Huy Nguyen | All Activity End 12/11/2025 |
| Protocol Set ID HL.2025.02 | Supervisor Barbara Palmer | Inspection Submitted 02/25/2026 |
| | Director Dustin Hubbard | Inspection Approval 02/25/2026 by Dustin Hubbard |

### Inspection Summary

The Sable Offshore pipeline system consists of a crude oil emulsion pipeline from the offshore platform Harmony to the Las Flores facility near Goleta, CA, and an onshore pipeline from Las Flores to Pentland, CA.

The purpose of this inspection is for a jurisdictional analysis of the onshore portion of the pipeline, which was previously regulated by the California Office of the State Fire Marshal (CSFM), as well as a final review of Sable's procedures and records, as well as field observations before the pipeline is restarted.

PHMSA Western Region has previously conducted an integrated inspection of the pipeline from Platform Harmony to Las Flores in September 2025. In addition, CSFM has conducted several program inspections of the onshore pipeline in 2025 including:

- Standard Annual Operator Inspection, November 2025
- Operator Qualifications, November 2025
- Integrity Management, October 2025
- Specialized MOV Valves, September 2025
- Control Room Management, September 2025
- Public Awareness, July 2025
- Operations and Maintenance, July 2025

## Scope (Assets)

| # Short Name | Long Name | Asset Type | Asset IDs | Excluded Topics | Planned | Required | Total Inspected | Required % Complete |
|---|---|---|---|---|---|---|---|---|
| 1. 4655 | OO-SYU02 Platform Harmony to Sable Las Flores | unit | 4655 | GOA HVL CO2 Biofuels Reg Rural Gather Rural Low Stress | 110 | 110 | 110 | 100.0% |
| 2. 93810 (0445A) | Los Flores System (OSFM 0445A) | unit | 93810 | GOA Biofuels CO2 HVL Reg Rural | 110 | 110 | 110 | 100.0% |

USSER-000689                                                007029

| # | Short Name | Long Name | Asset Type | Asset IDs | Excluded Topics | Planned | Required | Total Inspected | Required % Complete |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Gather Rural Low Stress | | | | |

*1. Percent completion excludes unanswered questions planned as "always observe".*

## Plans

| # | Plan Assets | Focus Directives | Involved Groups/Subgroups | Qst Type(s) | Extent | Notes |
|---|---|---|---|---|---|---|
| 1. | 4655, 93810 (0445A) | -- | MO.LOOPER, MO.LO.OMEFFECTREVIEW.R, MO.LO.PRESSTESTREQ.P, MO.LO.PRESSTESTREQ.R, MO.LO.COMMSYS.O, MO.LO.OPRECORDS.P, MO.LO.OPRECORDS.R, MO.LO.OMMANUALREVIEW.R, MO.LO.OMLOCATION.O, MO.LO.OMHISTORY.R, MO.LO.OMHISTORY.O, MO.LMOPP.PRESSREGTEST.R, MO.LMOPP.PRESSREGTEST.O, MO.LMOPP.LAUNCHRECVRELIEF.O, MO.RW.PATROL.R, MO.RW.ROWMARKER.O, MO.RW.ROWCONDITION.O, MO.LM.VALVEMAINT.O, MO.LM.VALVEMAINT.R, MO.LOMOP.MOPDETERMINE.R, MO.ABNORMAL.ABNORMAL.R, MO.ABNORMAL.ABNORMALREVIEW.R, MO.EW.EXTWEATHERINSPIMPL.R, MO.LO.SRCR.P, MO.LO.OMEFFECTREVIEW.P, MO.LMOPP.PRESSREGTEST.P, MO.LMOPP.LAUNCHRECVRELIEF.P, MO.ABNORMAL.ABNORMAL.P, MO.RW.PATROL.P, MO.RW.ROWMARKER.P, MO.LM.VALVEMAINT.P, MO.EW.EXTWEATHERCRIT.P, MO.EW.EXTWEATHERINSPREQT.P | P, R, O, S | Detail | O&M review focusing on start up/commissioning procedures |
| 2. | 4655, 93810 (0445A) | -- | FS.PS.PSLOCATION.O, FS.PS.ABVGRNDPIPING.O, MO.LMOPP.LAUNCHRECVRELIEF.P, MO.LMOPP.LAUNCHRECVRELIEF.O, MO.LMOPP.PRESSREGTEST.R, FS.PS.VENTILATION.O, MO.LMOPP.PRESSREGTEST.P, FS.PS.VAPORALARM.O, MO.LMOPP.PRESSREGTEST.O, FS.PS.PSESD.O, FS.PS.PSAUXPWR.O, FS.FG.FIREPROT.O, FS.FG.PSFIREPROTPWR.O, FS.FG.FACPROTECT.O, FS.FG.SIGNAGE.O, FS.FG.FIREPROT.P, FS.FG.FIREPROT.R, MO.LM.VALVEMAINT.P, MO.LM.VALVEMAINT.R, MO.LM.VALVEMAINT.O, FS.VA.PSISOVALVES.O | R, O, P | Detail | O&M review and general observations at the Las Flores facility and pump stations |
| 3. | 4655, 93810 (0445A) | -- | TD.ATM.ATMCORRODEINSP.P, TD.ATM.ATMCORRODEINSP.R, TD.ATM.ATMCORRODEINSP.O, TD.CP.MAPRECORD.P, TD.CP.ISOLATE.R, TD.CP.ISOLATE.O, TD.CP.DEFICIENCY.R, TD.CP.MAPRECORD.R, TD.CP.DEFICIENCY.P, TD.CP.ISOLATE.P, TD.CP.MAPRECORD.P, TD.CPMONITOR.MONITORCRITERIA.R, TD.CPMONITOR.MONITOR.O, TD.CPMONITOR.CURRENTTEST.P, TD.CPMONITOR.CURRENTTEST.R, TD.CPMONITOR.CURRENTTEST.O, TD.CPMONITOR.INTFRCURRENT.P, TD.CP.DEFICIENCY.P, TD.CPMONITOR.INTFRCURRENT.R, TD.CPMONITOR.INTFRCURRENT.O, TD.CP.DEFICIENCY.R, TD.CP.MAPRECORD.R, TD.CPMONITOR.MONITORCRITERIA.P, TD.ICP.EVALUATE.P, TD.ICP.REPAIR.P, TD.ICP.INVESTREMED.P, TD.ICP.INVESTREMED.R, TD.ICP.INHIBITOR.P, TD.ICP.INHIBITOR.R, TD.ICP.INHIBITOR.O, TD.ICP.EXAMINE.P, TD.CPEXPOSED.EXPOSEINSPECT.P, TD.CPEXPOSED.EXPOSEINSPECT.R, TD.ICP.EXAMINE.R, TD.ICP.EVALUATE.R | R, O, P | Detail | O&M review for corrosion related records and observations |

| # | Plan Assets | Focus Directives | Involved Groups/Subgroups | Qst Type(s) | Extent | Notes |
|---|---|---|---|---|---|---|
| 4. | 4655, 93810 (0445A) | -- | EP.EPO.OPASUBMITTAL.R, EP.EPO.OPATRAINING.R, EP.EPO.OPADRILL.R | P, R, O, S | Detail | Review of OPA drill records |
| 5. | 4655, 93810 (0445A) | -- | AR.RMP.SAFETY.P, AR.RMP.WELDINSPECT.R, AR.RMP.CRACKNDE.P, AR.RMP.CRACKNDE.R, AR.RMP.METHOD.P, AR.RMP.METHOD.R, AR.RMP.WELDERQUAL.R, AR.RMP.WELDQUAL.R | P, R, O, S | Detail | Review of repair records and procedures |
| 6. | 4655, 93810 (0445A) | -- | TQ.OQ.RECORDS.R, TQ.OQ.TRAINING.R | P, R, O, S | Detail | Verify OQ records for individuals performing covered tasks |
| 7. | 4655, 93810 (0445A) | -- | DC.MO.MOPLIMIT.P, DC.PT.PRESSTEST.R, DC.MO.MOPLIMIT.R | P, R, O, S | Detail | Review of start up procedures and pressure test records |
| 8. | 4655, 93810 (0445A) | -- | IM.HC.HCALOCATION.R, IM.HC.HCALOCATION.O, IM.PM.PMMMEASURES.R, IM.PM.PMMIMPLEMENT.O, IM.FACIL.FACILIDENT.R, IM.FACIL.PMMPREVENTIVE.R, IM.FACIL.PMMMITIGATIVE.R, IM.FACIL.PMMIMPLEMENT.O, AR.IA.ASSESSSCHEDULE.R | P, R, O, S | Detail | Review of IM topics: HCA identification, ILI data, P&M measures |
| 9. | 4655, 93810 (0445A) | -- | CR.CRMGEN.CRMPROCLOCATION.O, CR.CRMRR.PRESSLIMITS.O, CR.CRMFM.CONTROLLERNUMBERS.O, CR.LD.LDTRAINING.O | P, R, O, S | Detail | Observations during control room visit |

## Plan Implementations

| # | Activity Name | SMART Act# | Start Date End Date | Focus Directives | Involved Groups/Subgroups | Assets | Qst Type(s) | Planned | Required | Total Inspected | Required % Complete |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | HQ/Field | -- | 12/09/2025 12/11/2025 | -- | all planned questions | all assets | all types | 220 | 220 | 220 | 100.0% |

*1. Since questions may be implemented in multiple activities, but answered only once, questions may be represented more than once in this table.*

*2. Percent completion excludes unanswered questions planned as "always observe".*

## Forms

This inspection has no Form data entry.

## Results (all values, 111 results)

*138 (instead of 111) results are listed due to re-presentation of questions in more than one sub-group.*

### AR.IA: Integrity Assessments

1. Question Result, ID, References — Sat, AR.IA.ASSESSSCHEDULE.R, 195.452(l)(1)(ii) (195.452(b)(5), 195.452(c), 195.452(d), 195.452(f)(5), 195.452(j)(3), 195.452(j)(5), 195.591)

   Question Text — *Do the records indicate that assessments are implemented as specified in the assessment plan?*

   Assets Covered — 4655, 93810 (0445A)

   Result Notes — Reviewed UT Ultra Scan ILI Final Report on Line 324 July 2023 by Baker Hughes, run performed 12/9/2022

   Reviewed ILI Final Report on Line 325A November 22 2023 by Baker Hughes, run 1 performed 9/15/2023, run 2 9/20/2023, tool got stuck and had to be cut out

USSER-000691

007031

Reviewed ILI Final Report on Line 325B to MOV 28/MP 75.4 12/4/2023 by Baker Hughes, run performed 10/8/2023

Reviewed ILI Final Report on Line 325B MOV 28 to Pentland 11/27/2023 by Baker Hughes, run performed 10/1/2023

## AR.RMP: Repair Methods and Practices

**2. Question Result, ID, References**   Sat, AR.RMP.SAFETY.P, 195.402(c)(14) (195.422(a), 195.452(h)(1))

**Question Text**   *Does the process ensure that repairs are made in a safe manner and are made so as to prevent damage to persons and property?*

**Assets Covered**   4655, 93810 (0445A)

**Result Notes**   Reviewed O&M P-195.422 Pipeline Repair Procedures

**3. Question Result, ID, References**   Sat, AR.RMP.METHOD.P, 195.402(c)(3) (195.452(h)(1), 195.585)

**Question Text**   *Does the process identify permissible repair methods for each type of defect?*

**Assets Covered**   4655, 93810 (0445A)

**Result Notes**   Reviewed O&M P-195.422 Pipeline Repair Procedures

**4. Question Result, ID, References**   Sat, AR.RMP.METHOD.R, 195.404(c)(1) (195.422(a), 195.422(b), 195.452(h)(1), 195.401(b)(1), 195.401(b)(2))

**Question Text**   *From the review of the results of integrity assessment and remediation projects, were all repairs performed in accordance with procedures and applicable sections of 49 CFR Part 195?*

**Assets Covered**   4655, 93810 (0445A)

**Result Notes**   Reviewed repair #87 record Line 324 log distance 56868.13 59% metal loss feature, repaired by cutout and replace 6'6" of pipe

Reviewed coating report at MOV 5 10/16/2024 and 10/21/2024 by Cameron Munter

Reviewed records for repair on line 325B, 8" of pipe was cut out and replaced due to a dent 10/17/2024

**5. Question Result, ID, References**   Sat, AR.RMP.WELDERQUAL.R, 195.214(a) (195.214(b), 195.222(a), 195.222(b))

**Question Text**   *From the review of the results of integrity assessment and remediation projects, were repairs requiring welding performed by qualified welders using qualified welding procedures?*

**Assets Covered**   4655, 93810 (0445A)

**Result Notes**   Reviewed Welder Qualification report for Cristobol Heredia by Aegeus Inspection Solutions for procedure CPBW-127-ALT and CPBW-322-ALT 9/19/2024, stamped by Mathew Neufeld CWI 09061871

Reviewed Welding Procedure Specification CPBW-127-ALT 5/7/2024; PQR on 5/29/2024 by Brian Wagoner, stamped by Mathew Neufeld CWI 09061871

**6. Question Result, ID, References**   Sat, AR.RMP.WELDQUAL.R, 195.226(a) (195.226(b), 195.226(c), 195.230(a), 195.230(b), 195.230(c))

**Question Text**   *From the review of the results of integrity assessment and remediation projects, were defects on new welds repaired in accordance with §195.226 or §195.230?*

**Assets Covered**   4655, 93810 (0445A)

**Result Notes**   Reviewed X Ray Reader sheet from 10/21/2024, weld W-866-40TI-001 failed NDE, then was repaired and re-examined. NDE technician Daniel Torres

**7. Question Result, ID, References**   Sat, AR.RMP.WELDINSPECT.R, 195.228(a) (195.228(b), 195.234(a), 195.234(b), 195.234(c), 195.234(d), 195.234(e))

**Question Text**   *From the review of the results of remediation projects, were new welds inspected and examined in accordance with §195.228 or §195.234?*

**Assets Covered**   4655, 93810 (0445A)

**Result Notes**   Reviewed Weld Diagram from Repair #87 on 2/26/2025

Reviewed X Ray Reader sheet from 10/21/2024, weld W-866-40TI-001 failed NDE, then was repaired and re-examined. NDE technician Daniel Torres

USSER-000692     007032

8. Question Result, ID, References — Sat, AR.RMP.CRACKNDE.P, 195.452(f)(4) (195.452(h))

Question Text — *Does the process include appropriate NDE method(s) and other information gathering during the evaluation of cracks and cracking?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.422 Pipeline Repair Procedures

9. Question Result, ID, References — NA, AR.RMP.CRACKNDE.R, 195.452(l)(1)(ii) (195.452(f)(4), 195.452(h), 195.404(c))

Question Text — *Do the records indicate that appropriate NDE method(s) were used and other information was gathered related to the evaluation of cracking?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — No such event occurred, or condition existed, in the scope of inspection review.

No cracking was found during the repair digs

## CR.CRMGEN: General

10. Question Result, ID, References — Sat, CR.CRMGEN.CRMPROCLOCATION.O, 195.446(a)

Question Text — *Are procedures readily available to controllers in the control room?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — During the control room visit, observed that paper copies of the procedures were available

## CR.CRMRR: Roles and Responsibilities

11. Question Result, ID, References — Sat, CR.CRMRR.PRESSLIMITS.O, 195.446(b)(2)

Question Text — *Are controllers aware of the current MOPs of all pipeline segments for which they are responsible, and have they been assigned the responsibility to maintain those pipelines at or below the MOP?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — During the control room visit, we discussed the operation of the system with the controllers including MOPs

## CR.CRMFM: Fatigue Management

12. Question Result, ID, References — Sat, CR.CRMFM.CONTROLLERNUMBERS.O, 195.446(d)(4)

Question Text — *Do operations include a sufficient number of qualified controllers?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — During our visit, the control room was sufficiently staffed

## CR.LD: Leak Detection (Non-CPM)

13. Question Result, ID, References — Sat, CR.LD.LDTRAINING.O, 195.505

Question Text — *Are the Pipeline Controllers trained to recognize leaks?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — During the control room visit we discussed the leak detection system with the controllers, and demonstrated a leak response on the simulator module

## DC.MO: Maintenance and Operations

14. Question Result, ID, References — Sat, DC.MO.MOPLIMIT.P, 195.402(a) (195.402(c)(7))

Question Text — *Does the process include procedures for starting up and shutting down any part of the pipeline system in a manner designed to assure operation within the limits prescribed by 195.406?*

Assets Covered — 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.402(c)(7): Operations of a Pipeline System, Pipeline Startup

15. Question Result, ID, References NA, DC.MO.MOPLIMIT.R, 195.402(c)(7)

Question Text *Do records indicate that pressure limitations on the pipeline are not exceeded?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The pipeline has not yet resumed operations

## DC.PT: Pressure Testing

16. Question Result, ID, References Sat, DC.PT.PRESSTEST.R, 195.310 (195.305(b))

Question Text *Are pressure test records available and adequate?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed hydrotest report Line 324 Section 1 Station 0 to 573+75 by Milbar 5/12/2025

Line 325A Section 2 Station 552+21 to 1337+21 by Milbar 5/27-28/25

Line 325A Section 3 Station 1338+21 to 2602+76 by Milbar 3/30/2025

Line 325B Section 4 Station 2602+76 to 3186+76 by Milbar 4/13/2025

Line 325B Section 5 Station 3186+76 to 3914+76 by Milbar 4/14/2025

Line 325B Section 6 Station 3914+76 to 4455+76 by Milbar 4/22/2025

Line 325B Section 7 Station 4455+76 to 5669+76 by Milbar 5/2/2025

Line 325B Section 8 Station 5669+76 to 6554+49 by Milbar 5/9/2025

## EP.EPO: Emergency Planning OPA

17. Question Result, ID, References Sat, EP.EPO.OPASUBMITTAL.R, 194.101(a) (194.101(b), 194.119(e), 194.121(b)) (also presented in: RPT.NR)

Question Text *If the operator is required to have a Facility Response Plan, does the current plan submitted and approved by PHMSA cover all the required pipeline assets?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Sable Offshore Integrated Contingency Plan Nov 2024

Reviewed Las Flores Pipeline Tactical Response Plan Rev 002 6/2024

18. Question Result, ID, References Sat, EP.EPO.OPATRAINING.R, 194.117(b)

Question Text *Do records indicate that the appropriate training was conducted?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed records of spill drill 7/17/2025, attendance list, action items/outstanding issues

19. Question Result, ID, References Sat, EP.EPO.OPADRILL.R, 194.7(b) (National Preparedness for Response Exercise Program (PREP) Guidelines, Section 5 (August 2002), 194.107(c)(1)(ix))

Question Text *Has the oil spill response drill/exercise program been documented?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed records of spill drill 7/17/2025, attendance list, action items/outstanding issues

## FS.FG: Facilities General

20. Question Result, ID, References Sat, FS.FG.FACPROTECT.O, 195.436 (also presented in: PD.SN)

USSER-000694

007034

Question Text *Are facilities adequately protected from vandalism and unauthorized entry?*

Assets Covered 4655, 93810 (0445A)

Result Notes All facilities visited during the inspection were fenced with locked gates

21. Question Result, ID, References Sat, FS.FG.SIGNAGE.O, 195.434 (also presented in: PD.SN)

Question Text *Are there operator signs around each pumping station, breakout tank area, and other applicable facilities?*

Assets Covered 4655, 93810 (0445A)

Result Notes All visited facilities had appropriate signs as required

22. Question Result, ID, References Sat, FS.FG.FIREPROT.P, 195.402(c)(3) (195.430(a), 195.430(b), 195.430(c))

Question Text *Does the process require firefighting equipment at pump station/breakout tank areas?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.430: Inspection of Firefighting Equipment

23. Question Result, ID, References Sat, FS.FG.FIREPROT.R, 195.404(c)(3) (195.430(a), 195.430(b), 195.430(c))

Question Text *Are records of inspections of firefighting equipment adequate?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed inspection dates of firefighting equipment available in the field

24. Question Result, ID, References Sat, FS.FG.FIREPROT.O, 195.430(a) (195.430(b), 195.430(c), 195.262(e))

Question Text *Has adequate fire protection equipment been installed at pump station/breakout tank areas and is it maintained properly?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed fire protection equipment with inspection history attached at all facilities visited during the inspection

25. Question Result, ID, References NA, FS.FG.PSFIREPROTPWR.O, 195.262(e)

Question Text *Has motive power, separate from pump station power, been provided for that fire protection equipment that incorporates pumps?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

## FS.PS: Pump Stations

26. Question Result, ID, References NA, FS.PS.VENTILATION.O, 195.262(a)

Question Text *Has adequate ventilation been provided at pump station buildings?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

27. Question Result, ID, References NA, FS.PS.VAPORALARM.O, 195.262(a)

Question Text *Have warning devices that warn of the presence of hazardous vapors been installed at pump station buildings?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

28. Question Result, ID, References Sat, FS.PS.PSESD.O, 195.262(b)

Question Text *Has a device for activating emergency shutdown of the pump station been installed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed emergency shutdown buttons installed at all visited facilities

29. Question Result, ID, References Sat, FS.PS.PSAUXPWR.O, 195.262(b)

Question Text *If power is needed to actuate safety devices, has an auxiliary power supply been provided?*

Report Filters: Results: all

USSER-000695                                                                      007035

Assets Covered 4655, 93810 (0445A)

Result Notes Observed auxiliary power systems at all visited facilites

30. Question Result, ID, References Sat, FS.PS.PSLOCATION.O, 195.262(d)

Question Text *Has on-shore pumping equipment been installed on property under the control of the operator and is that equipment at least 50 feet from the boundary of that property?*

Assets Covered 4655, 93810 (0445A)

Result Notes All pumping equipment at visited facilities is on property under control of the operator and at least 50 feet from the property boundary

31. Question Result, ID, References Sat, FS.PS.ABVGRNDPIPING.O, 195.254(b)

Question Text *Have above ground components within the pump station been protected from anticipated loads?*

Assets Covered 4655, 93810 (0445A)

Result Notes No issues were observed with any above ground piping at the visited facilities

## FS.VA: Valves

32. Question Result, ID, References Sat, FS.VA.PSISOVALVES.O, 195.260(a)

Question Text *Have valves been installed at locations that allow the pump station equipment to be isolated in the event of an emergency?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed valves to isolate pumping equipment at all visited pump stations

## IM.HC: High Consequence Areas

33. Question Result, ID, References Sat, IM.HC.HCALOCATION.R, 195.452(l)(1)(ii) (195.452(f)(1), 195.452(a), 195.452(b)(2), 195.452(d)(2), 195.452(j)(1))

Question Text *Do records indicate that locations and boundaries of HCA-affecting pipe segments are correctly identified and maintained up-to-date?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Liquids HCA Analysis Report by Geonomic Systems June 18th 2025

34. Question Result, ID, References Sat, IM.HC.HCALOCATION.O, 195.452(b)(5) (195.452(a), 195.452(b)(2), 195.452(f)(1), 195.452(j)(2)) (also presented in: IM.CA)

Question Text *Are locations and boundaries of pipe segments that can affect HCAs correctly identified, maintained up-to-date, and verified in accordance with the program?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on comparing field observations to the HCA Analysis, the HCAs appear to have been correctly identified

## IM.PM: Preventive and Mitigative Measures

35. Question Result, ID, References Sat, IM.PM.PMMMEASURES.R, 195.452(l)(1)(ii) (195.452(f)(6), 195.452(i)(1), 195.452(i)(2), 195 Appendix C, Section VI, API Standard 1160)

Question Text *Do records demonstrate that the process of identification and evaluation for Preventive & Mitigative Measures (P&M Measures) has been applied in accordance with the documented process?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

36. Question Result, ID, References Sat, IM.PM.PMMIMPLEMENT.O, 195.452(b)(5) (195.452(i)(1), 195.452(i)(2), 195.452(i)(3), 195.452(i)(4))

Question Text *Have preventive and mitigative actions been implemented as described in the records?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on our field visit, the measures outlined in the P&MM Form appear to have been implemented

Report Filters: Results: all

USSER-000696                                                                        007036

## IM.FACIL: Facilities

**37. Question Result, ID, References** Sat, IM.FACIL.FACILIDENT.R, 195.452(l)(1)(i) (195.452(b)(2), 195.452(d)(2)) (also presented in: TDC.IMFACIL)

**Question Text** *Do the records indicate that locations and boundaries of HCA-affecting facilities are correctly identified and maintained up-to-date?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

**38. Question Result, ID, References** Sat, IM.FACIL.PMMPREVENTIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: TDC.IMFACIL)

**Question Text** *Do the records indicate that facility preventive measures to protect the HCAs have been considered and implemented?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

**39. Question Result, ID, References** Sat, IM.FACIL.PMMMITIGATIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: TDC.IMFACIL)

**Question Text** *Do the records indicate that facility mitigative measures to protect the HCAs have been considered and implemented?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

**40. Question Result, ID, References** Sat, IM.FACIL.PMMIMPLEMENT.O, 195.452(i)(1) (also presented in: TDC.IMFACIL)

**Question Text** *Does an on-site observation provide indications that facility preventive & mitigative measures to protect the HCAs were implemented as proposed?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on our field visit, the measures outlined in the P&MM Form appear to have been implemented

## MO.LO: Liquid Pipeline Operations

**41. Question Result, ID, References** Sat, MO.LO.OMMANUALREVIEW.R, 195.402(a)

**Question Text** *Do records indicate annual reviews of the written procedures in the manual were conducted as required?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M Manual 8/20/2025 Revision log

**42. Question Result, ID, References** Sat, MO.LO.OMLOCATION.O, 195.402(a)

**Question Text** *Are appropriate parts of the manual kept at locations where operations and maintenance activities are conducted?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Observed that the O&M Manual was available at each visited facility

**43. Question Result, ID, References** Sat, MO.LO.OMHISTORY.R, 195.404(a) (195.404(c), 195.9, 195.402(c)(1))

**Question Text** *Do records indicate current maps and records of the pipeline system are maintained and made available as necessary?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on review of other records and maps during the inspection documented on other questions, Sable appears to be maintaining the required records

**44. Question Result, ID, References** Sat, MO.LO.OMHISTORY.O, 195.404(a) (195.404(c), 195.9, 195.402(c)(1))

**Question Text** *Are current maps and records of its pipeline systems available to appropriate operating personnel?*

**Assets Covered** 4655, 93810 (0445A)

USSER-000697                                                                007037

| | |
|---|---|
| Result Notes | Based on observations, all records are accessible to the appropriate personnel |

**45. Question Result, ID, References** Sat, MO.LO.OMEFFECTREVIEW.P, 195.402(a) (195.402(c)(13))

Question Text *Does the process address periodically reviewing the work done by the operator's personnel to determine the effectiveness of the procedures used in normal operation and maintenance and taking corrective action where deficiencies are found?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Procedure P-195.402(c)(13) Review Work Done by Operator.

**46. Question Result, ID, References** NA, MO.LO.OMEFFECTREVIEW.R, 195.402(a) (195.402(c)(13), 195.404(a))

Question Text *Do records indicate periodic review of the work done by operator personnel to determine the effectiveness of the procedures used in normal operation and maintenance and corrective action taken where deficiencies are found?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

**47. Question Result, ID, References** Sat, MO.LO.SRCR.P, 195.402(a) (195.402(f), 195.55(a))

Question Text *Does the procedure include instructions that allow personnel to recognize safety related conditions?*

Assets Covered 4655, 93810 (0445A)

Result Notes P-195.55 - Reporting of SRC.

**48. Question Result, ID, References** Sat, MO.LO.PRESSTESTREQ.P, 195.402(c)(3) (195.302(b), 195.302(c))

Question Text *Does the procedure require pressure testing for all lines except as allowed by 195.302(b)?*

Assets Covered 4655, 93810 (0445A)

Result Notes P-195.300 Pressure Testing

**49. Question Result, ID, References** Sat, MO.LO.PRESSTESTREQ.R, 195.402(c)(3) (195.302(b), 195.302(c))

Question Text *Do records indicate pressure testing for all lines except as allowed by 195.302(b)?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed hydrotest report Line 324 Section 1 Station 0 to 573+75 by Milbar 5/12/2025

Line 325A Section 2 Station 552+21 to 1337+21 by Milbar 5/27-28/25

Line 325A Section 3 Station 1338+21 to 2602+76 by Milbar 3/30/2025

Line 325B Section 4 Station 2602+76 to 3186+76 by Milbar 4/13/2025

Line 325B Section 5 Station 3186+76 to 3914+76 by Milbar 4/14/2025

Line 325B Section 6 Station 3914+76 to 4455+76 by Milbar 4/22/2025

Line 325B Section 7 Station 4455+76 to 5669+76 by Milbar 5/2/2025

Line 325B Section 8 Station 5669+76 to 6554+49 by Milbar 5/9/2025

**50. Question Result, ID, References** Sat, MO.LO.COMMSYS.O, 195.408(a) (195.408(b))

Question Text *Is a communication system in place that provides for the safe operation of the pipeline system?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed communications between field personnel and controllers. Operator trucks are equipped with Starlink for communication in remote areas

**51. Question Result, ID, References** Sat, MO.LO.OPRECORDS.P, 195.402(a) (195.402(c)(3), 195.404(b))

Question Text *Does the process include requirements that operating records that relate to 195.402 activities be maintained?*

Report Filters: Results: all

USSER-000698

007038

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Page 102 Retention Times.

52. Question Result, ID, References Sat, MO.LO.OPRECORDS.R, 195.404(b) (195.402(c)(3))

Question Text *Does the operator maintain operating records as required?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on review of other records and maps during the inspection documented on other questions, Sable appears to be maintaining the required records

## MO.LOOPER: Liquid Pipeline Startup and Shutdown Operations

53. Question Result, ID, References Sat, MO.LOOPER.PRESSURELIMIT.P, 195.402(a) (195.402(c)(7))

Question Text *Does the process include procedures for starting up and shutting down any part of the pipeline system in a manner designed to assure operation within the limits prescribed by 195.406?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed PPC 24-inch Line CA-324, 30-inch Line CA-325A and 30-inch Line CA-325B Fill Plan and Start Up Procedures

54. Question Result, ID, References NA, MO.LOOPER.PRESSURELIMIT.R, 195.404(b) (195.402(c)(7))

Question Text *Do records indicate the operator assured that pressure limitations on the pipeline were not exceeded during startups or shut-ins?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

55. Question Result, ID, References Sat, MO.LOOPER.FAILSAFE.P, 195.402(a) (195.402(c)(8))

Question Text *In the case of a pipeline that is not equipped to fail safe, does the process include procedures for monitoring from an attended location pipeline pressure during startup until steady state pressure and flow conditions are reached and during shut-in to assure operation within the limits of 195.406?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Las Flores Pipeline Linefill Positioning Plan Assignments for Stations, Line Surveillance, Control Center and Support Staff

Reviewed Las Flores Pipeline Linefill Operations Contact List

56. Question Result, ID, References NA, MO.LOOPER.FAILSAFE.R, 195.402(a) (195.402(c)(8))

Question Text *Do records indicate pressures and flow conditions were monitored as required on pipelines that are not equipped to fail safe?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

57. Question Result, ID, References Sat, MO.LOOPER.FAILSAFE.O, 195.402(a) (195.402(c)(8))

Question Text *Does the operator have the ability to monitor the pipeline pressure and flow conditions from an attended location on a pipeline that is not designed to fail safe?*

Assets Covered 4655, 93810 (0445A)

Result Notes During the control room visit, the controllers demonstrated how they are able to monitor the system conditions. In addition, each visited facility had a workstation to monitor the local pressures and flows

## MO.LMOPP: Liquid Pipeline Overpressure Protection

58. Question Result, ID, References Sat, MO.LMOPP.PRESSREGTEST.P, 195.402(c)(3) (195.428(a)) (also presented in: FS.PS)

Question Text *Does the process adequately detail the inspecting and testing of each pressure limiting device, relief valve, pressure regulator, or other items of pressure control equipment?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Manual: P-195.428(a): Inspect, calibrate, and maintain Overpressure Safety Devices

USSER-000699                    007039

## MO.LOMOP: Liquid Pipeline MOP

59. Question Result, ID, References  Sat, MO.LOMOP.MOPDETERMINE.R, 195.402(c)(3) (195.406(a), 195.406(b), 195.302(b), 195.302(c), ASME B31.8-2008)

Question Text  *Do records indicate the maximum operating pressure was established in accordance with 195.406?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Reviewed F-195.406 MOP Determination Line 324, 325A, 325B August 20, 2025; Harmony to Las Flores Pipeline 4/4/25

On Line 325A, the minimum wall thickness is 0.281", however the design calculation used 0.375"

## MO.LMOPP: Liquid Pipeline Overpressure Protection

60. Question Result, ID, References  Sat, MO.LMOPP.PRESSREGTEST.R, 195.404(c) (195.428(a)) (also presented in: FS.PS)

Question Text  *Do records indicate inspection and testing of each overpressure safety device on its non-HVL pipelines at intervals not to exceed 15 months, but at least once each calendar year?*

Assets Covered  4655, 93810 (0445A)

Result Notes  CA 324: PSV 101, 102, 103A, 103B, 104, 104A, 104B, 105, 107, 106, 123

PSV 101 - set Pressure 250, - facility pipeline.

PSV 104 - Thermal Relief, set Pressure 1360, Capacity 67 GPM,

CA-325B, Surge Relief Devices 4A09, Set Pressure: 1160psig. Dated: 11/04/2025 by Mike Lackey,

61. Question Result, ID, References  NA, MO.LMOPP.PRESSREGTEST.O, 195.428(a) (also presented in: FS.PS)

Question Text  *Are inspections of overpressure safety devices adequate (including HVL lines)?*

Assets Covered  4655, 93810 (0445A)

Result Notes  No such activity/condition was observed during the inspection.

62. Question Result, ID, References  Sat, MO.LMOPP.LAUNCHRECVRELIEF.P, 195.402(c)(3) (195.426) (also presented in: FS.PS)

Question Text  *Does the process include requirements for relief devices and their proper use for launchers and receivers?*

Assets Covered  4655, 93810 (0445A)

Result Notes  O&M P-195402(c)(7) Page 121

63. Question Result, ID, References  Sat, MO.LMOPP.LAUNCHRECVRELIEF.O, 195.426 (also presented in: FS.PS)

Question Text  *Are launchers and receivers equipped with relief devices?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Observed relief devices in place on all launchers and receivers at the visited facilities

## MO.ABNORMAL: Liquid Pipeline Abnormal Operations

64. Question Result, ID, References  Sat, MO.ABNORMAL.ABNORMAL.P, 195.402(a) (195.402(d)(1))

Question Text  *Does the process include procedures for responding to, investigating, and correcting the cause of the listed abnormal operating conditions?*

Assets Covered  4655, 93810 (0445A)

Result Notes  Reviewed O&M P-195.402(d): Abnormal Operations

## MO.LM: Liquid Pipeline Maintenance

65. Question Result, ID, References  Sat, MO.LM.VALVEMAINT.P, 195.402(c)(3) (195.420(a)) (also presented in: FS.VA)

Report Filters: Results: all

USSER-000700                                                                     007040

Question Text *Does the process adequately address the maintenance program for each valve that is necessary for safe operation of the pipeline system?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M P195.420 Inspecting and maintain Valves,

## MO.RW: ROW Markers, Patrols, Monitoring and Analysis

66. Question Result, ID, References Sat, MO.RW.PATROL.P, 195.402(a) (195.412(a), 195.412(b)) (also presented in: PD.RW)

Question Text *Does the process require inspection of ROW surface conditions and crossings under navigable waterways, as well as reporting and mitigation of findings from said inspections?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.412(a): Right-of-Way Inspections, P-195.412(b): Inspect Navigable Waterway Crossings

## MO.ABNORMAL: Liquid Pipeline Abnormal Operations

67. Question Result, ID, References NA, MO.ABNORMAL.ABNORMAL.R, 195.404(b) (195.402(d)(1))

Question Text *Do records indicate operator's personnel responded to indications of abnormal operations as required by the written procedures?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The pipeline has not yet resumed operations

## MO.RW: ROW Markers, Patrols, Monitoring and Analysis

68. Question Result, ID, References Sat, MO.RW.PATROL.R, 195.412(a) (195.412(b)) (also presented in: PD.RW)

Question Text *Do records indicate ROW surface conditions and crossings under navigable waterways were inspected, and reporting and appropriate mitigation performed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Routine Patrol the stations, weekly patrol

Review ROW Record Dated:10/1/2025 by Brad Brown.

ROW date:10/29/2025 by Brad Brown, KCSI

ROW date: 11/19/2025 by Brad Brown, KCSI

ROW date: 12/05/2025 by Brad Brown, KCSI, Exposed Pipe due to rain fall since 06/12/2024. Top of the pipe was exposed. -Operator monitor the exposed pipe with Oct, NOV Inspection.

F-195.569 Exposed Pipeline & Internal Surface Inspection Report. dated 06/12/2024 by Robert Gomez.

## MO.LM: Liquid Pipeline Maintenance

69. Question Result, ID, References Sat, MO.LM.VALVEMAINT.R, 195.404(c) (195.420(a), 195.420(b)) (also presented in: FS.VA)

Question Text *Do records indicate each mainline valve was inspected as required?*

Assets Covered 4655, 93810 (0445A)

Result Notes 324:

MOV1 - 9//30/2025 by Elijah Keener.

MOV 3- 9/08/ 25 by

MOV2 - 09/08/25

MOV 5 ,

MOV7, MOV 8, MOV 9

325A;

MOV 10 - 09/09/2025

MOV 13, MOV 14,

MOV16, MOV 18, - 09/15/2025

MOV 19 - 09/16/2025

MOV 20 - Dated 09/22/2025.

325B:

MOV 23, 10/01/2025

MOV 26, 10/01/2025

MOV 28, 09/03/2025

MOV 38, 09/29/2025

MOV 39, 09/29/2025

MOV 40, 09/29, 2025

SYU:

Onshore: SDV 30121, 30124 - by Ryan Dunehew dated: 08/25/2025.

Offshore: 700-1 by Shayne Duplantis 5-7-2025. OQ checked

## MO.RW: ROW Markers, Patrols, Monitoring and Analysis

**70. Question Result, ID, References** Sat, MO.RW.ROWMARKER.P, 195.402(a) (195.410(a), 195.410(c), API RP 1162 (1st Edition), Section 2.7, API RP 1162 (1st Edition), Section 8) (also presented in: PD.RW)

**Question Text** *Does the process address how line markers are to be placed and maintained?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.410: Place and Maintain Line Markers

**71. Question Result, ID, References** Sat, MO.RW.ROWMARKER.O, 195.410(a) (195.410(b), 195.410(c)) (also presented in: PD.RW)

**Question Text** *Are line markers placed and maintained as required?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Based on the field visit, pipeline markers are in place and maintained as required

**72. Question Result, ID, References** Sat, MO.RW.ROWCONDITION.O, 195.412(a) (also presented in: PD.RW)

**Question Text** *Are the ROW conditions acceptable for the type of patrolling used?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** No issues were observed for aerial patrolling

Report Filters: Results: all

USSER-000702

007042

## MO.ABNORMAL: Liquid Pipeline Abnormal Operations

| | |
|---|---|
| 73. Question Result, ID, References | NA, MO.ABNORMAL.ABNORMALREVIEW.R, 195.404(b) (195.402(d)(5)) |
| Question Text | *Do records indicate post-event reviews of actions taken by operator personnel to determine the effectiveness of the abnormal operation procedures and whether corrective actions were taken where deficiencies were found?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | No such event occurred, or condition existed, in the scope of inspection review.<br><br>The pipeline has not yet resumed operations |

## MO.LM: Liquid Pipeline Maintenance

| | |
|---|---|
| 74. Question Result, ID, References | Sat, MO.LM.VALVEMAINT.O, 195.420(a) (195.420(c)) (also presented in: FS.VA) |
| Question Text | *Do the pipeline system valves appear to be in good working order and are they protected from unauthorized operation?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | MOV 5 and Check Valve 6 appear to be in good working order and are located in locked vaults<br><br>Observed a full operation of MOV 14 with no issues observed, the valve is located in a fenced area with a locked gate |

## MO.EW: Extreme Weather

| | |
|---|---|
| 75. Question Result, ID, References | Sat, MO.EW.EXTWEATHERCRIT.P, 195.402(a) (195.414(a)) |
| Question Text | *Does the process adequately detail the specific weather or natural disaster conditions that would require an inspection?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed O&M P-195.414: Inspections of Pipelines Affected by Extreme Weather and Natural Disasters |

| | |
|---|---|
| 76. Question Result, ID, References | Sat, MO.EW.EXTWEATHERINSPREQT.P, 195.402(a) (195.414(b), 195.414(c)) |
| Question Text | *Does the process adequately detail initial inspection requirements?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed O&M P-195.414: Inspections of Pipelines Affected by Extreme Weather and Natural Disasters |

| | |
|---|---|
| 77. Question Result, ID, References | Sat, MO.EW.EXTWEATHERINSPIMPL.R, 195.404(c) (195.414(a), 195.414(b), 195.414(c), 195.414(d)) |
| Question Text | *Do records indicate the operator conducted the required inspection following an extreme weather or natural disaster event?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed records of responding to pipe exposed by washout in Gifford Creek during rain event 10/16/2025 and 11/13/2025 by Diego Oropeza<br><br>Reviewed F-195.569 Exposed Pipeline and Internal Surface Inspection Report 6/12/2024 by Robert Gomez, for same event as above |

## PD.DP: Damage Prevention

| | |
|---|---|
| 78. Question Result, ID, References | Sat, PD.DP.ONECALL.O, 195.442(c)(3) |
| Question Text | *Observe operator's process for a "One Call" Ticket.* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Observe operator processed 811-TIcket Detail: A251010125 by Nathan Sodergerg |

## TD.ATM: Atmospheric Corrosion

79. Question Result, ID, References Sat, TD.ATM.ATMCORRODEINSP.P, 195.402(c)(3) (195.583(a), 195.583(b), 195.583(c))

Question Text *Does the process give adequate instruction for the inspection of aboveground pipeline segments exposed to the atmosphere?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.581: Atmospheric Corrosion

80. Question Result, ID, References Sat, TD.ATM.ATMCORRODEINSP.R, 195.589(c) (195.583(a), 195.583(b), 195.583(c))

Question Text *Do records document inspection of aboveground pipe exposed to atmospheric corrosion?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Atmospheric 2024 Annual Survey date: 04/22/2024. by Carlos Argular, Robert Lench.

81. Question Result, ID, References Sat, TD.ATM.ATMCORRODEINSP.O, 195.583(c) (195.581(a))

Question Text *Is aboveground pipe that is exposed to atmospheric corrosion protected?*

Assets Covered 4655, 93810 (0445A)

Result Notes No atmospheric corrosion issues were observed at any visited facility

## TD.CP: External Corrosion - Cathodic Protection

82. Question Result, ID, References Sat, TD.CP.MAPRECORD.P, 195.589(a) (195.589(b)) (also presented in: TD.CPMONITOR)

Question Text *Does the process require maps and/or records of cathodic protection systems that have been installed on pipelines constructed, relocated, replaced, converted to hazardous liquid service, or otherwise changed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.402(c)(1): Making Information Available

83. Question Result, ID, References Sat, TD.CP.DEFICIENCY.P, 195.402(c)(3) (195.573(e)) (also presented in: TD.CPMONITOR, TD.CPEXPOSED)

Question Text *Does the process require correction of any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.585: Corrosion Remediation

84. Question Result, ID, References Sat, TD.CP.ISOLATE.P, 195.402(c)(3) (195.575(a), 195.575(b), 195.575(d))

Question Text *Does the process provide adequate guidance for electrically isolating each buried or submerged pipeline from other metallic structures unless they electrically interconnect and cathodically protect the pipeline and the other structures as a single unit?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.551: External Corrosion – Design and Installation, Electrical Isolation

85. Question Result, ID, References Sat, TD.CP.ISOLATE.R, 195.589(c) (195.575(a), 195.575(b), 195.575(d))

Question Text *Do records document adequate electrical isolation of each buried or submerged pipeline from other metallic structures unless they electrically interconnect and cathodically protect the pipeline and the other structures as a single unit?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

Sable pipeline is isolated from all other structures and casings

86. Question Result, ID, References Sat, TD.CP.ISOLATE.O, 195.575(a) (195.575(b), 195.575(d))

Question Text *Are measures performed to ensure electrical isolation of each buried or submerged pipeline from other metallic structures unless they electrically interconnect and cathodically protect the pipeline and the other structures as a single unit?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed a pipe to soil reading on a casing near MOV 14 with no issues

Report Filters: Results: all

USSER-000704

007044

**87. Question Result, ID, References** Sat, TD.CP.DEFICIENCY.R, 195.589(c) (195.573(e)) (also presented in: TD.CPMONITOR, TD.CPEXPOSED)

**Question Text** *Do records document adequate operator actions taken to correct any identified deficiencies in corrosion control?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

Low readings on initial survey were corrected and measured again during remedial survey

**88. Question Result, ID, References** Sat, TD.CP.MAPRECORD.R, 195.589(a) (195.589(b)) (also presented in: TD.CPMONITOR)

**Question Text** *Do maps and or records document cathodic protection system appurtenances that have been installed on pipelines that have been constructed, relocated, replaced, or otherwise changed or been converted to hazardous liquid service?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

## TD.CPMONITOR: External Corrosion - Cathodic Protection Monitoring

**89. Question Result, ID, References** Sat, TD.CPMONITOR.MONITORCRITERIA.P, 195.402(c)(3) (195.571)

**Question Text** *Does the process require that CP monitoring criteria be used that is acceptable?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.561: External Corrosion – Inspection and Maintenance of System, Determining Adequacy of Cathodic Protection

**90. Question Result, ID, References** Sat, TD.CPMONITOR.MONITORCRITERIA.R, 195.589(c) (195.571)

**Question Text** *Do records document that CP monitoring criteria used was acceptable?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

**91. Question Result, ID, References** Sat, TD.CPMONITOR.MONITOR.O, 195.571

**Question Text** *Do the methods for taking CP monitoring readings allow for the application of appropriate CP monitoring criteria?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Observed a pipe to soil reading at each visited facility and valve site with no issues observed

**92. Question Result, ID, References** Sat, TD.CPMONITOR.CURRENTTEST.P, 195.402(c)(3) (195.573(c))

**Question Text** *Does the process give sufficient details for making electrical checks of rectifiers, interference bonds, diodes, and reverse current switches?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed O&M P-195.561: External Corrosion – Inspection and Maintenance of System, Cathodic Protection Units (CPU) Surveys, Interference Bond Surveys (Positive and Negative)

**93. Question Result, ID, References** Sat, TD.CPMONITOR.CURRENTTEST.R, 195.589(c) (195.573(c))

**Question Text** *Do records document adequate electrical checks of rectifiers, interference bonds, diodes, and reverse current switches and at the required intervals?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed rectifier reading records for January 2025 to present

Reviewed critical bond reading records January 2025 to present, will be no longer considered critical at end of year

**94. Question Result, ID, References** Sat, TD.CPMONITOR.CURRENTTEST.O, 195.573(c)

**Question Text** *Are rectifiers, interference bonds, diodes, and reverse current switches properly maintained and are they functioning properly?*

Report Filters: Results: all
USSER-000705                                                                 007045

Assets Covered 4655, 93810 (0445A)

Result Notes Observed rectifiers at each visited facility with no issues

95. Question Result, ID, References Sat, TD.CPMONITOR.INTFRCURRENT.P, 195.402(c)(3) (195.577(a), 195.577(b))

Question Text *Does the operator have a process in place to minimize detrimental effects of interference currents on its pipeline system and do the procedures for designing and installing cathodic protection systems provide for the minimization of detrimental effects of interference currents on existing adjacent metallic structures?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.561: External Corrosion – Inspection and Maintenance of System, Interference Currents

96. Question Result, ID, References Sat, TD.CPMONITOR.INTFRCURRENT.R, 195.589(c) (195.577(a))

Question Text *Do records document that the operator has an effective program in place to minimize the detrimental effects of interference currents on their pipeline system, and is minimizing detrimental effects of interference currents from their CP systems on other underground metallic structures?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

No stray currents found on foreign line crossings

97. Question Result, ID, References NA, TD.CPMONITOR.INTFRCURRENT.O, 195.577(a)

Question Text *Are areas of potential stray current identified, and if found, the detrimental effects of stray currents minimized?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such relevant facilities/equipment existed in the scope of inspection review.

## TD.CPEXPOSED: External Corrosion - Exposed Pipe

98. Question Result, ID, References Sat, TD.CPEXPOSED.EXPOSEINSPECT.P, 195.402(c)(3) (195.569)

Question Text *Does the process require that exposed portions of buried pipeline be examined for external corrosion and coating deterioration, and if external corrosion is found, further examination required to determine the extent of the corrosion?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.569: External and Internal Inspection of Pipe

99. Question Result, ID, References Sat, TD.CPEXPOSED.EXPOSEINSPECT.R, 195.589(c) (195.569)

Question Text *Do records document that exposed buried piping was adequately examined for corrosion and deteriorated coating?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed exposed pipe report from repair #87 record Line 324 log distance 56868.13

## TD.ICP: Internal Corrosion - Preventive Measures

100. Question Result, ID, References Sat, TD.ICP.INVESTREMED.P, 195.402(c)(3) (195.579(a))

Question Text *Does the process give adequate guidance for investigating and mitigating the corrosive effects of hazardous liquids or carbon dioxide being transported?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

101. Question Result, ID, References NA, TD.ICP.INVESTREMED.R, 195.589(c) (195.579(a))

Question Text *Do records document investigation and mitigation of the corrosive effects of hazardous liquids or carbon dioxide being transported?*

Assets Covered 4655, 93810 (0445A)

USSER-000706

007046

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The line has not yet restarted operations

102. Question Result, ID, References Sat, TD.ICP.INHIBITOR.P, 195.402(c)(3) (195.579(b)(1), 195.579(b)(2), 195.579(b)(3))

Question Text *Does the process give adequate direction for the utilization of corrosion inhibitors?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

103. Question Result, ID, References NA, TD.ICP.INHIBITOR.R, 195.589(c) (195.579(b)(1), 195.579(b)(2), 195.579(b)(3))

Question Text *Do records document that corrosion inhibitors have been used in sufficient quantity?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such event occurred, or condition existed, in the scope of inspection review.

The line has not yet restarted operations

104. Question Result, ID, References NA, TD.ICP.INHIBITOR.O, 195.579(b)

Question Text *Are internal corrosion monitoring devices placed in appropriate locations?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such activity/condition was observed during the inspection.

105. Question Result, ID, References Sat, TD.ICP.EXAMINE.P, 195.402(c)(3) (195.579(a), 195.579(c))

Question Text *Does the process direct personnel to examine removed pipe for evidence of internal corrosion?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.569: External and Internal Inspection of Pipe

106. Question Result, ID, References Sat, TD.ICP.EXAMINE.R, 195.589(c) (195.579(c), 195.579(a))

Question Text *Do records document examination of removed pipe for evidence of internal corrosion?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed internal inspection report from cutout segment during repair #87 record Line 324 log distance 56868.13

107. Question Result, ID, References Sat, TD.ICP.EVALUATE.P, 195.402(c)(3) (195.587)

Question Text *Does the process give sufficient guidance for personnel to evaluate the remaining strength of pipe that has been internally corroded?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

108. Question Result, ID, References Sat, TD.ICP.EVALUATE.R, 195.589(c) (195.587)

Question Text *Do records document adequate evaluation of internally corroded pipe?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed internal inspection report from cutout segment during repair #87 record Line 324 log distance 56868.13

109. Question Result, ID, References Sat, TD.ICP.REPAIR.P, 195.402(c)(3) (195.585(a), 195.585(b))

Question Text *Does the process give sufficient guidance for personnel to repair or replace pipe that has internally corroded to an extent that there is no longer sufficient remaining strength in the pipe wall?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.579: Internal Corrosion

## TQ.OQ: Operator Qualification

Report Filters: Results: all

USSER-000707

007047

**110. Question Result, ID, References** Sat, TQ.OQ.RECORDS.R, 195.507(a) (195.507(b))

**Question Text** *Do records document the evaluation and qualifications of individuals performing covered tasks, and can the qualification of individuals performing covered tasks be verified?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed OQ certifications:

Michael Lackey - Inspect, Test and Calibrate Relief Valve 8/28/2025

Elijah Keener - Inspect Valves 8/19/2025

Ryan Dunehew - Inspect Valves 6/17/2025

Brad Brown - Inspect Surface Condition of Right of Way 10/3/2022

Cameron Munter - Inspect Pipe Coating with Holiday Detector expires 5/11/2027

Jose Muro - Cathodic Protection Potential Measurement 2/8/2024; Rectifier Inspection 3/12/2024

**111. Question Result, ID, References** Sat, TQ.OQ.TRAINING.R, 195.507(a) (195.507(b), 195.505(h))

**Question Text** *Does the operator have records for initial qualification, retraining and reevaluation of individuals performing covered tasks?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed OQ certifications:

Michael Lackey - Inspect, Test and Calibrate Relief Valve 8/28/2025

Elijah Keener - Inspect Valves 8/19/2025

Ryan Dunehew - Inspect Valves 6/17/2025

Brad Brown - Inspect Surface Condition of Right of Way 10/3/2022

Cameron Munter - Inspect Pipe Coating with Holiday Detector expires 5/11/2027

Jose Muro - Cathodic Protection Potential Measurement 2/8/2024; Rectifier Inspection 3/12/2024

## TDC.IMFACIL: Integrity Management for Facilities (Re-Presented)

**112. Question Result, ID, References** Sat, IM.FACIL.FACILIDENT.R, 195.452(l)(1)(i) (195.452(b)(2), 195.452(d)(2)) (also presented in: IM.FACIL)

**Question Text** *Do the records indicate that locations and boundaries of HCA-affecting facilities are correctly identified and maintained up-to-date?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

**113. Question Result, ID, References** Sat, IM.FACIL.PMMPREVENTIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: IM.FACIL)

**Question Text** *Do the records indicate that facility preventive measures to protect the HCAs have been considered and implemented?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

**114. Question Result, ID, References** Sat, IM.FACIL.PMMMITIGATIVE.R, 195.452(l)(1)(ii) (195.452(i)(1)) (also presented in: IM.FACIL)

**Question Text** *Do the records indicate that facility mitigative measures to protect the HCAs have been considered and implemented?*

Report Filters: Results: all

USSER-000708

007048

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed HCA Analysis September 2 2025

Reviewed PMM Form Spreadsheet 10/1/2025

115. Question Result, ID, References Sat, IM.FACIL.PMMIMPLEMENT.O, 195.452(i)(1) (also presented in: IM.FACIL)

Question Text *Does an on-site observation provide indications that facility preventive & mitigative measures to protect the HCAs were implemented as proposed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Based on our field visit, the measures outlined in the P&MM Form appear to have been implemented

## FS.PS: Pump Stations

116. Question Result, ID, References Sat, MO.LMOPP.PRESSREGTEST.R, 195.404(c) (195.428(a)) (also presented in: MO.LMOPP)

Question Text *Do records indicate inspection and testing of each overpressure safety device on its non-HVL pipelines at intervals not to exceed 15 months, but at least once each calendar year?*

Assets Covered 4655, 93810 (0445A)

Result Notes CA 324: PSV 101, 102, 103A, 103B, 104, 104A, 104B, 105, 107, 106, 123

PSV 101 - set Pressure 250, - facility pipeline.

PSV 104 - Thermal Relief, set Pressure 1360, Capacity 67 GPM,

CA-325B, Surge Relief Devices 4A09, Set Pressure: 1160psig. Dated: 11/04/2025 by Mike Lackey,

117. Question Result, ID, References Sat, MO.LMOPP.PRESSREGTEST.P, 195.402(c)(3) (195.428(a)) (also presented in: MO.LMOPP)

Question Text *Does the process adequately detail the inspecting and testing of each pressure limiting device, relief valve, pressure regulator, or other items of pressure control equipment?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M Manual: P-195.428(a): Inspect, calibrate, and maintain Overpressure Safety Devices

118. Question Result, ID, References NA, MO.LMOPP.PRESSREGTEST.O, 195.428(a) (also presented in: MO.LMOPP)

Question Text *Are inspections of overpressure safety devices adequate (including HVL lines)?*

Assets Covered 4655, 93810 (0445A)

Result Notes No such activity/condition was observed during the inspection.

119. Question Result, ID, References Sat, MO.LMOPP.LAUNCHRECVRELIEF.P, 195.402(c)(3) (195.426) (also presented in: MO.LMOPP)

Question Text *Does the process include requirements for relief devices and their proper use for launchers and receivers?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M P-195402(c)(7) Page 121

120. Question Result, ID, References Sat, MO.LMOPP.LAUNCHRECVRELIEF.O, 195.426 (also presented in: MO.LMOPP)

Question Text *Are launchers and receivers equipped with relief devices?*

Assets Covered 4655, 93810 (0445A)

Result Notes Observed relief devices in place on all launchers and receivers at the visited facilities

## FS.VA: Valves

121. Question Result, ID, References Sat, MO.LM.VALVEMAINT.P, 195.402(c)(3) (195.420(a)) (also presented in: MO.LM)

Question Text *Does the process adequately address the maintenance program for each valve that is necessary for safe operation of the pipeline system?*

Assets Covered 4655, 93810 (0445A)

Result Notes O&M P195.420 Inspecting and maintain Valves,

Report Filters: Results: all

USSER-000709

007049

**122.** **Question Result, ID, References**   Sat, MO.LM.VALVEMAINT.R, 195.404(c) (195.420(a), 195.420(b)) (also presented in: MO.LM)

**Question Text** *Do records indicate each mainline valve was inspected as required?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** 324:

MOV1 - 9//30/2025 by Elijah Keener.

MOV 3- 9/08/ 25 by

MOV2 - 09/08/25

MOV 5 ,

MOV7, MOV 8, MOV 9

325A;

MOV 10 - 09/09/2025

MOV 13, MOV 14,

MOV16, MOV 18, - 09/15/2025

MOV 19 - 09/16/2025

MOV 20 - Dated 09/22/2025.

325B:

MOV 23, 10/01/2025

MOV 26, 10/01/2025

MOV 28, 09/03/2025

MOV 38, 09/29/2025

MOV 39, 09/29/2025

MOV 40, 09/29, 2025

SYU:

Onshore: SDV 30121, 30124 - by Ryan Dunehew dated: 08/25/2025.

Offshore: 700-1 by Shayne Duplantis 5-7-2025. OQ checked

**123.** **Question Result, ID, References**   Sat, MO.LM.VALVEMAINT.O, 195.420(a) (195.420(c)) (also presented in: MO.LM)

**Question Text** *Do the pipeline system valves appear to be in good working order and are they protected from unauthorized operation?*

**Assets Covered** 4655, 93810 (0445A)

**Result Notes** MOV 5 and Check Valve 6 appear to be in good working order and are located in locked vaults

Observed a full operation of MOV 14 with no issues observed, the valve is located in a fenced area with a locked gate

Report Filters: Results: all

USSER-000710

007050

## IM.CA: Continual Evaluation and Assessment

124. Question Result, ID, References — Sat, IM.HC.HCALOCATION.O, 195.452(b)(5) (195.452(a), 195.452(b)(2), 195.452(f)(1), 195.452(j)(2)) (also presented in: IM.HC)

Question Text — *Are locations and boundaries of pipe segments that can affect HCAs correctly identified, maintained up-to-date, and verified in accordance with the program?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Based on comparing field observations to the HCA Analysis, the HCAs appear to have been correctly identified

## PD.RW: ROW Markers, Patrols, Monitoring

125. Question Result, ID, References — Sat, MO.RW.PATROL.P, 195.402(a) (195.412(a), 195.412(b)) (also presented in: MO.RW)

Question Text — *Does the process require inspection of ROW surface conditions and crossings under navigable waterways, as well as reporting and mitigation of findings from said inspections?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.412(a): Right-of-Way Inspections, P-195.412(b): Inspect Navigable Waterway Crossings

126. Question Result, ID, References — Sat, MO.RW.PATROL.R, 195.412(a) (195.412(b)) (also presented in: MO.RW)

Question Text — *Do records indicate ROW surface conditions and crossings under navigable waterways were inspected, and reporting and appropriate mitigation performed?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Routine Patrol the stations, weekly patrol

Review ROW Record Dated: 10/1/2025 by Brad Brown.

ROW date: 10/29/2025 by Brad Brown, KCSI

ROW date: 11/19/2025 by Brad Brown, KCSI

ROW date: 12/05/2025 by Brad Brown, KCSI, Exposed Pipe due to rain fall since 06/12/2024. Top of the pipe was exposed. -Operator monitor the exposed pipe with Oct, NOV Inspection.

F-195.569 Exposed Pipeline & Internal Surface Inspection Report. dated 06/12/2024 by Robert Gomez.

127. Question Result, ID, References — Sat, MO.RW.ROWCONDITION.O, 195.412(a) (also presented in: MO.RW)

Question Text — *Are the ROW conditions acceptable for the type of patrolling used?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — No issues were observed for aerial patrolling

128. Question Result, ID, References — Sat, MO.RW.ROWMARKER.O, 195.410(a) (195.410(b), 195.410(c)) (also presented in: MO.RW)

Question Text — *Are line markers placed and maintained as required?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Based on the field visit, pipeline markers are in place and maintained as required

129. Question Result, ID, References — Sat, MO.RW.ROWMARKER.P, 195.402(a) (195.410(a), 195.410(c), API RP 1162 (1st Edition), Section 2.7, API RP 1162 (1st Edition), Section 8) (also presented in: MO.RW)

Question Text — *Does the process address how line markers are to be placed and maintained?*

Assets Covered — 4655, 93810 (0445A)

Result Notes — Reviewed O&M P-195.410: Place and Maintain Line Markers

## PD.SN: Facilities Signage and Security

130. Question Result, ID, References — Sat, FS.FG.FACPROTECT.O, 195.436 (also presented in: FS.FG)

Report Filters: Results: all

USSER-000711

007051

Question Text *Are facilities adequately protected from vandalism and unauthorized entry?*

Assets Covered 4655, 93810 (0445A)

Result Notes All facilities visited during the inspection were fenced with locked gates

131. Question Result, ID, References Sat, FS.FG.SIGNAGE.O, 195.434 (also presented in: FS.FG)

Question Text *Are there operator signs around each pumping station, breakout tank area, and other applicable facilities?*

Assets Covered 4655, 93810 (0445A)

Result Notes All visited facilities had appropriate signs as required

## RPT.NR: Notices and Reporting

132. Question Result, ID, References Sat, EP.EPO.OPASUBMITTAL.R, 194.101(a) (194.101(b), 194.119(e), 194.121(b)) (also presented in: EP.EPO)

Question Text *If the operator is required to have a Facility Response Plan, does the current plan submitted and approved by PHMSA cover all the required pipeline assets?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed Sable Offshore Integrated Contingency Plan Nov 2024

Reviewed Las Flores Pipeline Tactical Response Plan Rev 002 6/2024

## TD.CPMONITOR: External Corrosion - Cathodic Protection Monitoring

133. Question Result, ID, References Sat, TD.CP.MAPRECORD.P, 195.589(a) (195.589(b)) (also presented in: TD.CP)

Question Text *Does the process require maps and/or records of cathodic protection systems that have been installed on pipelines constructed, relocated, replaced, converted to hazardous liquid service, or otherwise changed?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.402(c)(1): Making Information Available

134. Question Result, ID, References Sat, TD.CP.DEFICIENCY.P, 195.402(c)(3) (195.573(e)) (also presented in: TD.CP, TD.CPEXPOSED)

Question Text *Does the process require correction of any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed O&M P-195.585: Corrosion Remediation

135. Question Result, ID, References Sat, TD.CP.DEFICIENCY.R, 195.589(c) (195.573(e)) (also presented in: TD.CP, TD.CPEXPOSED)

Question Text *Do records document adequate operator actions taken to correct any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

Low readings on initial survey were corrected and measured again during remedial survey

136. Question Result, ID, References Sat, TD.CP.MAPRECORD.R, 195.589(a) (195.589(b)) (also presented in: TD.CP)

Question Text *Do maps and or records document cathodic protection system appurtenances that have been installed on pipelines that have been constructed, relocated, replaced, or otherwise changed or been converted to hazardous liquid service?*

Assets Covered 4655, 93810 (0445A)

Result Notes Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025

## TD.CPEXPOSED: External Corrosion - Exposed Pipe

137. Question Result, ID, References Sat, TD.CP.DEFICIENCY.P, 195.402(c)(3) (195.573(e)) (also presented in: TD.CP, TD.CPMONITOR)

Question Text *Does the process require correction of any identified deficiencies in corrosion control?*

Assets Covered 4655, 93810 (0445A)

Report Filters: Results: all

USSER-000712

007052

| | |
|---|---|
| Result Notes | Reviewed O&M P-195.585: Corrosion Remediation |
| 138. Question Result, ID, References | Sat, TD.CP.DEFICIENCY.R, 195.589(c) (195.573(e)) (also presented in: TD.CP, TD.CPMONITOR) |
| Question Text | *Do records document adequate operator actions taken to correct any identified deficiencies in corrosion control?* |
| Assets Covered | 4655, 93810 (0445A) |
| Result Notes | Reviewed annual CP survey 6/9/2025, remedial survey 10/29/2025 |
| | Low readings on initial survey were corrected and measured again during remedial survey |

Except as required to be disclosed by law, any inspection documentation, including completed protocol forms, summary reports, executive summary reports, and enforcement documentation are for internal use only by federal or state pipeline safety regulators. Some inspection documentation may contain information which the operator considers to be confidential. In addition, supplemental inspection guidance and related documents in the file library are also for internal use only by federal or state pipeline safety regulators (with the exception of documents published in the federal register, such as advisory bulletins). Do not distribute or otherwise disclose such material outside of the state or federal pipeline regulatory organizations. Requests for such information from other government organizations (including, but not limited to, NTSB, GAO, IG, or Congressional Staff) should be referred to PHMSA Headquarters Management.

USSER-000713

007053

# PACIFIC PIPELINE COMPANY
## Valve Line-up Sheet - Normal Operations

1. **TERMINAL/FACILITY:** LFC Pump Station          **DATE:** _____

| VALVE NUMBER | Remote | Valve Open | Close | Verified | Initials / Comments |
|---|---|---|---|---|---|
| | [X] | ☐ | ☐ | ☐ | STATION INLET |
| | [X] | ☐ | ☐ | ☐ | 12" METER SKID INLET |
| | ☐ | ☐ | [X] | ☐ | 2" STRAINER-101 DRAIN |
| | ☐ | ☐ | [X] | ☐ | 2" FE-121 METER DRAIN |
| | [X] | ☐ | ☐ | ☐ | 12" PROVER INLET @ METER SKID |
| | [X] | ☐ | ☐ | ☐ | 12" METER SKID OUTLET |
| | [X] | ☐ | ☐ | ☐ | 12" METER SKID INLET |
| | ☐ | ☐ | [X] | ☐ | 2" STRAINER-102 DRAIN |
| | ☐ | ☐ | [X] | ☐ | 2" FE-122 METER DRAIN |
| | [X] | ☐ | ☐ | ☐ | 12" PROVER INLET @ METER SKID |
| | [X] | ☐ | ☐ | ☐ | 12" METER SKID OUTLET |
| | [X] | ☐ | ☐ | ☐ | 6" PROVER 4-WAY |
| | ☐ | ☐ | [X] | ☐ | 2" PROVER DRAIN |
| | ☐ | ☐ | [X] | ☐ | 2" PROVER DRAIN |
| | [X] | ☐ | ☐ | ☐ | 14" P-101 SUCTION |
| | [X] | ☐ | ☐ | ☐ | 12" P-101 DISCHARGE |
| | [X] | ☐ | ☐ | ☐ | 14" P-102 SUCTION |
| | [X] | ☐ | ☐ | ☐ | 12" P-102 DISCHARGE |
| | ☐ | [X] | ☐ | ☐ | 8" FLOW CONTROL INLET |
| | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| | [X] | ☐ | ☐ | ☐ | 8" FLOW CONTROL OUTLET |
| | ☐ | [X] | ☐ | ☐ | 8" FLOW CONTROL INLET |
| | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| | [X] | ☐ | ☐ | ☐ | 8" FLOW CONTROL OUTLET |
| | ☐ | ☐ | [X] | ☐ | 2" PRESSURE CONTROL INLET DRAIN |
| | ☐ | [X] | ☐ | ☐ | 12" PRESSURE CONTROL INLET |
| | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| | [X] | ☐ | ☐ | ☐ | 12" PRESSURE CONTROL OUTLET |
| | ☐ | [X] | ☐ | ☐ | 12" PRESSURE CONTROL INLET |
| | [X] | ☐ | ☐ | ☐ | 4" FLOW CONTROL |
| | ☐ | ☐ | ☐ | ☐ | 12" PRESSURE CONTROL OUTLET |
| | ☐ | [X] | ☐ | ☐ | 3" PS-105 SUMP DISCHARGE |
| | [X] | ☐ | ☐ | ☐ | 2" P-106  DISCHARGE |
| | ☐ | [X] | ☐ | ☐ | 2" INJECTION DISCHARGE |
| | [X] | ☐ | ☐ | ☐ | 20" LAUNCHER KICKER |
| | [X] | ☐ | ☐ | ☐ | 20" LAUNCHER INLET |
| | [X] | ☐ | ☐ | ☐ | 24" LAUNCHER TRAP |
| | ☐ | ☐ | [X] | ☐ | 4" LAUNCHER BARREL DRAIN |

**Comments on Valve Line-ups**

_____

_____

_____

| | | |
|---|---|---|
| Operations Signature (Person Completing) | Date | |
| Operations Signature (Person Verifying) | Date | |

USSER-000714

007076

