UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>Petitioners,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,<br><br>Respondent,<br><br>----------------------------------------<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>Intervenors. | No. 25-8059<br><br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board<br><br>ORDER |
| STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>Respondents,<br><br>---------------------------------------- | No. 26-508<br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board |

PACIFIC PIPELINE COMPANY and
SABLE OFFSHORE CORP.,

      Intervenors.

California's motion to complete the administrative record and for judicial notice, Dkt. 55, is **GRANTED IN PART and DENIED IN PART.**

The court takes judicial notice of the documents located at 1-CalPSE-1–48, 1-CalPSE-49–51, 1-CalPSE-58–81, and 1-CalPSE-153–76. *See Kim v. Allison*, 87 F.4th 994, 998 n.3 (9th Cir. 2023); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010).

With respect to the documents located at 1-CalPSE-52–55, 1-CalPSE-56–57, 1-CalPSE-82–152, 1-CalPSE-177–82, California's motion to complete the administrative record is DENIED as moot.

Respondents are directed to complete the administrative record with "all documents and materials directly or indirectly considered by agency decision-makers," *Thompson v. U.S. Dep't of Labor*, 885 F.2d 551, 555 (9th Cir. 1989), including internal communications; communications with federal, state, or local agencies; communications with Intervenors; reports or memoranda of inspections referenced in PHMSA's December 17, 2025, letter (located at 1-CalER-24–26); and any other documents referenced in that letter.

In conformity with the foregoing, Respondents are directed to file a third revised certified index to the administrative record within 14 days of the date of this order.

IT IS SO ORDERED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

3                                                                    25-8059