Nos. 25-8059, 26-508
Argument Scheduled: July 7, 2026

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA,

*Petitioner*,

V.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, ET AL.,

*Respondents*.

## PETITIONER'S UNOPPOSED MOTION FOR THREE-DAY
## EXTENSION OF TIME TO FILE REPLY BRIEF

ROB BONTA
  *Attorney General of California*
ANNADEL A. ALMENDRAS
DEBORAH SMITH
  *Senior Assistant Attorneys
  General*
MYUNG J. PARK
VANESSA C. MORRISON
  *Supervising Deputy Attorneys
  General*

MATTHEW BULLOCK
MICHAEL S. DORSI
MITCHELL RISHE
RAFAEL J. HURTADO
REBECCA HUNTER
  *Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-1107
Michael.Dorsi@doj.ca.gov
Mitchell.Rishe@doj.ca.gov
  *Attorneys for Petitioner*

Pursuant to FRAP 31 and Circuit Rule 31-2.2(b), Petitioner the State of California ("Petitioner") respectfully requests that the Court extend its Reply Brief deadline from June 8, 2026, to June 11, 2026. Petitioner has reached out to all parties to this consolidated action and none oppose Petitioner's request. Declaration of Rebecca Hunter ("Hunter Decl."), ¶ 9; s*ee* Circuit Rule 31-2.2(b)(6).

On May 8, 2026, three days before filing its Answering Brief, Respondent Pipeline Hazardous Materials Safety Administration ("PHMSA") produced more than 5,000 pages of additional documents that they claim are part of the record in this case. Hunter Decl., ¶ 5. PHMSA added these documents to the record, *see* Case No. 26-508 (hereafter "California") Dkt. 51, more than quadrupling the record that it had originally certified in March. *See* California Dkt. 18 (certified index with fifty-three documents totaling 1,429 pages).

None of these additional documents had previously been disclosed to Petitioner. Hunter Decl., ¶ 5. Counsel for Petitioner has thus had to spend substantial time reviewing these additional documents, ascertaining their potential effect on the issues in this case, and determining how to address them—all of which has materially impeded Petitioner's preparation of its Reply Brief. *Id.* at ¶ 6. Some of these documents were heavily redacted. *Id.* at ¶ 5.

2

Upon discovering these additional documents, PHMSA sought an extension of time to file its Answering Brief, stating that it required additional time to review the documents before filing. California Dkt. 45. The Court partially granted that request, extending its deadline three days from May 8, 2026, to May 11, 2026. California Dkt. 48.

On May 22, 2026, Petitioners Environmental Defense Center, et al. ("Environmental Petitioners") moved for an extension of time to file their Reply Brief, citing the new record evidence as a basis. California Dkt. 63. The Court granted that request, extending its deadline three days from June 8, 2026, to June 11, 2026. California Dkt. 66.

To date, Petitioner still does not have the complete record. Recently, on May 26, 2026, the Court ordered PHMSA to complete the record and file a third revised certified index to the administrative record within 14 days (by June 9, 2026). California Dkt. 68. Accordingly, Petitioner is unable to fully evaluate the arguments raised in the Answering Brief until it can thoroughly review the forthcoming record documents.

Petitioner's Reply Brief is due in 12 days. Accordingly, Petitioner has a substantial need for the three-day extension it is requesting given that the record is still incomplete. Petitioner asks for the same additional time (three days) granted to PHMSA and Environmental Petitioners.

Petitioner has exercised diligence. It filed its Opening Brief as scheduled on March 23, 2026, and has not previously sought an extension of its Reply Brief. Hunter Decl., ¶ 7. Moreover, Petitioner's unopposed request for a short extension will not prejudice any party, as Petitioner does not seek any hearing continuance or postponement.

For the foregoing reasons, Petitioner respectfully requests that the Court grant this Motion and extend Petitioner's Reply Brief deadline from June 8, 2026, to June 11, 2026.

Dated: May 27, 2026

Respectfully submitted,

*/s/ Rafael J. Hurtado*

RAFAEL J. HURTADO
  *Deputy Attorney General*
ROB BONTA
  *Attorney General of California*
ANNADEL A. ALMENDRAS
DEBORAH SMITH
  *Senior Assistant Attorneys General*
MYUNG J. PARK
VANESSA C. MORRISON
  *Supervising Deputy Attorneys General*
MATTHEW BULLOCK
MICHAEL S. DORSI
MITCHELL RISHE
REBECCA HUNTER
  *Deputy Attorneys General*

## DECLARATION OF REBECCA HUNTER

1. I am counsel for Petitioner State of California in this matter. I submit this Declaration in support of Petitioner's Unopposed Motion for Extension of Time to file Reply Brief. I have personal knowledge of the following facts, and, if called as a witness in a relevant proceeding, could and would testify competently to the following facts.

2. On April 30, 2026, counsel for Respondent Pipeline Hazardous Materials Safety Administration ("PHMSA") informed Petitioner that the agency had discovered at least 1,500 pages of additional record documents and that it would be filing a motion for an extension of time to file its answering brief.

3. On May 1, 2026, PHMSA filed a motion for an extension of time to file its Answering Brief and supplemental excerpts of record. Therein, it announced it had discovered an additional 2,500 pages of record documents.

4. On May 5, 2026, the Court granted PHMSA a three-day extension of time.

5. On May 8, PHMSA produced its supplemental record to all parties. The next day, PHMSA filed its Second Revised Certified Index to the Administrative Record. The index identified 104 additional documents, consisting of 5,620 pages that it had not disclosed before to Petitioner. Some of the documents were heavily redacted, including documents cited by PHMSA in its Answering Brief.

5

6. I and other counsel of record in this matter have had to spend substantial time reviewing these additional documents, ascertaining their potential effect on the issues in this case, and determining how to address them—all of which has materially inhibited our preparation of Petitioner's Reply Brief.

7. Petitioner has exercised diligence. It filed its Opening Brief as scheduled on March 23, 2026, and it has not previously sought an extension of its Reply Brief.

8. On May 22, 2026, Petitioners Environmental Defense Center, et al. ("Environmental Petitioners") filed an unopposed Motion for an Extension of Time on their Reply Brief. The Court granted the extension that day.

9. On May 26, 2026, I emailed counsel for PHMSA, Intervenors Sable Offshore Corp. and Pacific Pipeline Company, and Environmental Petitioners about Petitioner's Motion for an Extension of Time and asked for their positions. The parties all informed me that they do not oppose Petitioner's request.

/ /

6

10.  On May 26, 2026, the Court ordered PHMSA to complete the administrative record and file a revised certified index within 14 days.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 27, 2026                    */s/ Rebecca Hunter*
                                       REBECCA HUNTER

8

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion was printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word, it contains 930 words and is less than 20 pages, in compliance with Federal Rule of Appellate Procedure 27(d)(2) and Circuit Rule 27-1(1).

Dated: May 27, 2026          */s/ Rafael J. Hurtado*
                                 RAFAEL J. HURTADO

# CERTIFICATE OF SERVICE

Case Name: **State of California v. Pipeline and Hazardous Materials Safety Administration, et al.**

Case No. **26-508**

I hereby certify that on <u>May 27, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PETITIONER'S UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF TIME TO FILE REPLY BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 27, 2026</u>, at San Diego, California.

| J. Llorens | /s/ J. Llorens |
|:---:|:---:|
| Declarant | Signature |