UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>      Petitioners,<br><br>  v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,<br><br>      Respondent,<br><br>----------------------------------------<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>      Intervenors. | No. 25-8059<br><br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board<br><br>ORDER |
| STATE OF CALIFORNIA,<br><br>      Petitioner,<br><br>  v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>      Respondents,<br><br>---------------------------------------- | No. 26-508<br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board |

PACIFIC PIPELINE COMPANY and
SABLE OFFSHORE CORP.,

           Intervenors.

Petitioners' motion to complete and supplement the administrative record and for judicial notice (Dkt. 56) is **GRANTED IN PART and DENIED IN PART.**

With respect to the documents located at 1-PSE-2–49, 1-PSE-124, and 1-PSE-125–29, Petitioners' motion is DENIED as moot. With respect to the document located at 1-PSE-195–219, Petitioners' motion for judicial notice is DENIED as moot.

The court takes judicial notice of the documents located at 1-PSE-50–51, 1-PSE-52–56, 1-PSE-57, 1-PSE-58–123, 1-PSE-130–94, 1-PSE-220–24, 1-PSE-225–41, 2-PSE-243–50, 2-PSE-251–53, 2-PSE-254–56, 2-PSE-257–59, 2-PSE-260–61, 2-PSE-262–67, 2-PSE-268–72, 2-PSE-273–74, 2-PSE-275–79, 2-PSE-280–83, 1-PSE-284–94, 2-PSE-295–331, 2-PSE-332–40, 2-PSE-341–58, 2-PSE-359–60, 2-PSE-361–81, and 2-PSE-382–98. *See Kim v. Allison*, 87 F.4th 994, 998 n.3 (9th Cir. 2023); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010).

The court will rule on Petitioners' requests to complete and supplement the administrative record in due course, but not before Respondents file a third revised certified index to the administrative record in accordance with our prior order (Dkt. 96).

           25-8059

IT IS SO ORDERED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-8059