UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al., | No. 25-8059 |
| Petitioners, | Agency No. 2025-1502 Department of Transportation, National Transportation Safety Board |
| v. | ORDER |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, | |
| Respondent, | |
| -------------------------------------- | |
| SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY, | |
| Intervenors. | |

| | |
|---|---|
| STATE OF CALIFORNIA, | No. 26-508 Agency No. 2025-1502 Department of Transportation, National Transportation Safety Board |
| Petitioner, | |
| v. | |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al., | |
| Respondents, | |
| -------------------------------------- | |

PACIFIC PIPELINE COMPANY and
SABLE OFFSHORE CORP.,

       Intervenors.

Before: PAEZ, TALLMAN, and BENNETT, Circuit Judges.

The parties are directed to file supplemental briefs addressing the following questions:

1) What is the relevance, if any, of *Flowers Foods, Inc. v. Brock*, 146 S. Ct. 1358 (2026) to this case? While giving effect to the whole statute, the parties are invited to explain the relevance of that decision to the scopes of the phrases "interstate pipeline facilities" and "interstate pipeline transportation," 49 U.S.C. § 60104(c), as defined in 49 U.S.C. § 60101, and to explain whether those provisions apply to pipelines or pipeline facilities that do not cross state borders.

2) Absent a petition that specifically challenges PHMSA's new jurisdictional determination, can this court rule on whether PHMSA properly asserted exclusive federal jurisdiction over Lines CA-324 and CA-325.

These briefs shall not exceed 7,000 words in length. Petitioners' briefs shall be filed and served within 7 days of the file date of this order. Respondents' and Intervenors' briefs shall be filed and served within 14 days of the file date of this

order.  Any replies shall be filed and served within 17 days of the file date of this order.

25-8059