UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENVIRONMENTAL DEFENSE CENTER; et al.,

Petitioners,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,

Respondent,

---------------------------------------

SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,

Intervenors.

No. 25-8059

Agency No. 2025-1502
Department of Transportation, National Transportation Safety Board

ORDER

STATE OF CALIFORNIA,

Petitioner,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,

Respondents,

---------------------------------------

No. 26-508
Agency No. 2025-1502
Department of Transportation, National Transportation Safety Board

PACIFIC PIPELINE COMPANY and SABLE OFFSHORE CORP.,

Intervenors.

STATE OF CALIFORNIA,

Petitioner,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,

Respondents.

No. 26-4629
Agency No. 2026-0464
Department of Transportation, National Transportation Safety Board

Before: PAEZ, TALLMAN, and BENNETT, Circuit Judges.

A video status conference is set for October 5, 2026, at 1:30 p.m. Pacific Time. Zoom information will follow.

IT IS SO ORDERED.