No. 26-4629

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

STATE OF CALIFORNIA

*Petitioner*,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PAUL ROBERTI, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, AND SEAN DUFFY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF TRANSPORTATION

*Respondent*.

# PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF, DECLARATION OF MICHAEL S. DORSI

ROB BONTA
*Attorney General of California*
ANNADEL A. ALMENDRAS
DEBORAH M. SMITH
*Senior Assistant Attorneys General*
MYUNG J. PARK
VANESSA C. MORRISON
*Supervising Deputy Attorneys General*

MATTHEW BULLOCK
MICHAEL S. DORSI
MITCHELL RISHE
RAFAEL J. HURTADO
REBECCA HUNTER
*Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Michael.Dorsi@doj.ca.gov
Mitchell.Rishe@doj.ca.gov
*Attorneys for Petitioner*

September 16, 2026

## MOTION

California respectfully requests a 30-day extension of time, from Friday, October 9, 2026, to Monday, November 9, 2026,[1] to file its Opening Brief in *California v. PHMSA, et al.*, Case No. 26-4629. *See* Fed. R. App. P. 26(b); 9th Cir. R. 31-2.2(b). This is California's first motion to extend time in Case No. 26-4629.[2] California has conferred with all parties to this case and the related cases, and all parties indicated that they do not oppose this extension.[3]

This case challenges the Pipeline and Hazardous Materials Safety Administration's (PHMSA) issuance of a Special Permit and related decisions issued on June 25, 2026. California filed its Petition for Review on July 20, 2026, and this Court scheduled the deadline for filing California's Opening Brief on October 9, 2026. California received the redacted administrative record on September 2, 2026. California has not yet received the unredacted administrative record. The Court set a status conference, by videoconference, for October 5, 2026.

California has good cause for this extension for three reasons:

---

[1] The 30th day is Sunday, November 8, 2026. Therefore, the deadline would be extended to Monday, November 9, 2026, by operation of Fed. R. App. P. 26(a)(1)(C).

[2] Yesterday, California requested a streamlined extension of time in this case. California viewed the streamlined extension as available because Case No. 26-4629 has not been expedited and no prior extension has been granted. California had conferred with other parties, and Defendant PHMSA agreed that the streamlined request was available. Defendant-Intervenor Sable Offshore Corp. took no position as to the availability of the streamlined request but indicated that it did not oppose California receiving an extension. This Court denied the streamlined extension, indicating that California must file this Motion.

[3] Environmental Defense Center, et al., petitioners in the related case *Environmental Defense Center, et al. v. PHMSA*, Case No. 25-8059, also indicated that they do not oppose California's extension request.

First, California does not believe it can reasonably complete its Opening Brief by October 9 given the limited time its attorneys will have to work with the complete record, which to date it has yet to receive. California received the redacted record less than 40 days before its Opening Brief is due and will have less than 23 days (as of today) with the unredacted record. Although California has worked diligently preparing its brief, this timeframe inhibits thorough briefing of complex issues.

Second, all parties have agreed to this extension, including Environmental Defense Center, et al. (EDC), petitioners in a related case. California anticipates that EDC will file a petition for review of the June 25, 2026, PHMSA Order once the 60-day notice period, related to a potential challenge under the Endangered Species Act, has lapsed. An extension for California is unlikely to delay resolution of these cases because the extension will bring California's schedule closer to the anticipated schedule for EDC. And it furthers judicial economy for all related challenges stemming from the June 25, 2026, PHMSA Order to be on a uniform briefing schedule.

Third, this Court set a Status Conference on October 5 and, depending on guidance from the Court, it may be prudent for California to adjust its approach in response to the Status Conference. Such adjustment would be inhibited by California having only four days following the Status Conference to file its Opening Brief. Granting an extension will enable California to meaningfully respond to any instructions from the Court. Notably, only California faces a deadline shortly after the Status Conference; no other party is impaired by the present schedule.

Dated: September 16, 2026

Respectfully submitted,

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
*Deputy Attorney General*
ROB BONTA
*Attorney General of California*
ANNADEL A. ALMENDRAS
*Senior Assistant Attorney General*
DEBORAH M. SMITH
*Acting Senior Assistant Attorney General*
MYUNG J. PARK
VANESSA C. MORRISON
*Supervising Deputy Attorneys General*
MATTHEW BULLOCK
MITCHELL RISHE
RAFAEL J. HURTADO
REBECCA HUNTER
*Deputy Attorneys General*

**DECLARATION**

I, Michael S. Dorsi declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the California Attorney General's Office, and counsel for the State of California in this case. I was responsible for conferring with all other parties concerning this Motion.

2. California's Opening Brief is due on October 9, 2026. That date has not been extended.

3. California received the redacted administrative record documents on September 2, 2026. California has not yet received the unredacted administrative record. California has agreed to a proposed protective order and anticipates that it will receive the unredacted administrative record within the next week.

4. California requests an extension of 30 days, plus one day by operation of law because the 30th day falls on a Sunday.

5. California has confirmed that no other party opposes this extension. On September 10, 2026, I contacted, by email, attorneys for Respondent PHMSA, Defendant-Intervenor Sable, and Petitioners Environmental Defense Center, et al. (EDC). I asked (A) whether, in their view, the streamlined extension of time was available, and (B) regardless of the streamlined extension of time, whether they would object to a 30-day extension for California's opening brief.

6. I received responses from all parties by September 14, 2026.

7. Counsel for Respondent PHMSA agreed that the streamlined extension was available and that PHMSA had no objection to California's extension.

8. Respondent-Intervenor Sable and Petitioners EDC took no position on the streamlined extension, but stated that they had no objection to California obtaining an extension.

9. Yesterday, September 15, 2026, I submitted the streamlined request for an extension of time through the ACMS system.

10. Earlier today, I received a notice from the ACMS that the streamlined extension request was denied and California "must file a written motion."

11. California has diligently worked to prepare its Opening Brief, and, unless unforeseen circumstances arise, expects to complete its Opening Brief within the extended period requested in this Motion.

I declare under penalty of perjury that the above is true and correct.

Executed September 16, 2026

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
*Deputy Attorney General*

## CERTIFICATE OF COMPLIANCE

I hereby certify:

1. This document complies with the length limitation of Circuit Rule 27-1(1)(d) because Procedure as the Motion contains 588 words on 2 pages, and the Declaration contains 326 words on 2 pages, excluding signatures.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

**Signature** *<u>/s/ Michael S. Dorsi</u>* **Date** September 16, 2026