No. 25-8059, consolidated with Nos. 26-508, 26-4629

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,

v.

PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety Administration

**FEDERAL RESPONDENTS' BRIEFING PROPOSAL FOR CONSIDERATION AT THIS COURT'S OCTOBER 5, 2026, STATUS CONFERENCE**

On October 5, 2026, this Court will hold a video status conference in these consolidated petitions. Dkt. 159. The petitions challenge a jurisdictional determination, special permit, and pipeline restart plan for the Santa Ynez pipeline system issued by the Pipeline and Hazardous Materials Safety Administration (PHMSA). Petitioners assert many claims, including a new claim that the special permit violates the Endangered Species Act. The crux of the case, however, is the jurisdictional issue of whether PHMSA has exclusive regulatory authority over the

onshore segments of the pipeline system under the Pipeline Safety Act. As this Court recognized during oral argument on July 7, "this case really turns on the jurisdictional question." Oral Argument 6:06. That jurisdictional issue has been briefed and argued, and the parties also provided supplemental briefs discussing *Flowers Foods, Inc. v. Brock*, 146 S. Ct. 1358 (2026). Most of the other issues have not yet been briefed.

Based on these circumstances, the United States plans to propose at the October 5 status conference that the Court bifurcate the issues raised in the petitions for review. The court would first rule on the jurisdictional issue of PHMSA's exclusive regulatory authority under the Pipeline Safety Act. After the court rules on that issue, the parties would submit briefing on any remaining issues.

Bifurcation of the jurisdictional issue is most efficient and effective way to proceed with these petitions. It will enable the Court to reach a decision much faster than if the parties brief all the issues, schedule oral argument, and ask the Court rule on all issues at the same time. Ruling on the jurisdictional issue will then narrow or even eliminate the remaining issues, giving all parties and the district court some much needed clarity.

Counsel for California, counsel for Environmental Petitioners, and counsel for intervenor Sable Offshore have informed the United States that they all concur in this proposal. If this proposal is acceptable to this Court, counsel for all parties

have informed the United States that they would agree to the following briefing schedule:

| **Brief** | **Due Date** | **Word Limit** |
|---|---|---|
| Opening Brief for California | November 9 | 9,333 words |
| Opening Brief for Environmental Petitioners | November 9 | 10,267 words |
| Answering Briefs of United States and<br>Intervenor Sable Offshore | December 18 | 10,267 words |
| Reply Briefs | January 20 | 4,667 words |

The United States appreciates the Court's time on this matter and looks forward to participating in the October 5 status conference.

Respectfully submitted,

/s/ *Matthew R. Oakes*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
REBECCA JAFFE
MATTHEW R. OAKES
*Attorneys*
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-2686
matthew.oakes@usdoj.gov

Of Counsel:

GREGORY ZERZAN
*General Counsel*
U.S. Dept. of Transportation

KEITH COYLE
*Chief Counsel*
BENJAMIN FRED
*Assistant Chief Counsel*
TIMOTHY O'SHEA
KATHLEEN MAITLAND
*Attorneys*
Pipeline and Hazardous Materials Safety Administration

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of imposed by this Court because this document contains 401 words. This document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/ *Matthew R. Oakes*
MATTHEW R. OAKES

Counsel for Respondents