UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>Petitioners,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,<br><br>Respondent,<br><br>---------------------------------------<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>Intervenors. | No. 25-8059<br><br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board<br><br>ORDER |
| STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>Respondents,<br><br>--------------------------------------- | No. 26-508<br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board |

PACIFIC PIPELINE COMPANY and SABLE OFFSHORE CORP.,

Intervenors.

STATE OF CALIFORNIA,

Petitioner,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,

Respondents.

No. 26-4629
Agency No. 2026-0464
Department of Transportation, National Transportation Safety Board

ENVIRONMENTAL DEFENSE CENTER; et al.,

Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; et al.,

Respondents.

No. 26-6190

Agency No. 2026-0464
Department of Transportation, National Transportation Safety Board

Before: PAEZ, TALLMAN, and BENNETT, Circuit Judges.

PLEASE TAKE NOTICE that in accordance with the parties' request, the court will bifurcate the jurisdictional issue, consolidate No. 26-6190 into the top-

captioned matter, and adopt the parties' proposed briefing schedule and word limits. The new briefing schedule and word limits are as follows:

| **Brief** | **Due Date** | **Word Limit** |
|---|---|---|
| Opening Brief for California | November 9 | 9,333 words |
| Opening Brief for Environmental Petitioners | November 9 | 10,267 words |
| Answering Briefs of United States and<br>Intervenor Sable Offshore | December 18 | 10,267 words |
| Reply Briefs | January 20 | 5,600 words |

By the court's calculation using the parties' suggested word limit rule [(Normal limit under Circuit Rule 32-1 + 1,400 word multiple party addition under Circuit Rule 32-2(b)) / 2/3], the Reply Briefs should be limited to 5,600 words.

The court will consider only arguments bearing directly on the jurisdictional issue. All other issues are reserved for subsequent briefing following resolution of the jurisdictional issue.

**IT IS SO ORDERED.**